# EXHIBIT "A"



VIA EMAIL ███████████

May 9, 2019

Dr. Michael and Jennifer Quasha
███████████
███████████

    Re:    ADA Grievance - H███ Q███ – Reasonable Accommodation for Peanut Allergy– City of Palm Beach Gardens and PBGYAA

Dear Dr. and Mrs. Quasha:

The City is in receipt of your complaint, originally dated April 22, 2019, in which you make several allegations, to wit:

1.    That the Palm Beach Gardens Youth Athletic Association (PBGYAA) denied your son, H███ Q███, the same reasonable accommodation during the Spring T-ball league that was afforded him during the Fall T-ball league.

2.    That the Spring T-ball league accommodation offered by PBGYAA was to schedule all of your son's games at the North Palm Beach Baseball facility (available due to inter-league play) or possibly providing your son's coach with an epi-pen.

3.    That Daniel Prieto, Deputy Leisure Services Administrator, disclaimed responsibility on behalf of the City and that the matter was closed.

As the ADA Coordinator, it is incumbent upon me to make certain that the facts are clearly stated and that the City's and PBGYAA's attempts to accommodate H███'s allergy are properly addressed. Accordingly, I offer the following:

1.    H███ Q███ has not, nor has he ever been refused registration or participation by PBGYAA or the City.

2.    Part of the Spring T-ball league accommodation offered by PBGYAA was to schedule all of H███'s games at the North Palm Beach Baseball (NPBB) facility (available due to inter-league play) or possibly providing your son's coach with an epi-pen. The NPBB facility is only a little more than one mile away from the City's facilities and does not a have a concession stand.

**CITY OF PALM BEACH GARDENS**
10500 N. Military Trail    Palm Beach Gardens, FL    33410-4698
www.pbgfl.com

Dr. Michael and Jennifer Quasha
May 9, 2019
Page 2 of 4

3.  Daniel Prieto, Deputy Leisure Services Administrator, never disclaimed responsibility on behalf of the City; Mr. Prieto directed you to address operations programming issues with PBGYAA. However, he did misspeak when he stated that the matter was closed as it related to the City.

4.  You have asserted, and the City has no reason to disbelieve, that H█████ Q█████ has a peanut allergy. However, the severity of his allergy remains a question of fact.

5.  The City owns the subject baseball fields upon which the majority of the games are played. However, PBGYAA operates the league and coordinates with the City to utilize the fields for league play. Additionally, during this Spring T-ball season, PBGYAA also had operational control of the NPBB facility as part of inter-league play.

6.  Based upon our investigation, it is my understanding that you first contacted PBGYAA regarding H████'s peanut allergy on or about September 22, 2018, during the Fall T-ball season, via an email from Mrs. Quasha to Seth Abram (PBGYAA) stating that, "…my son █████████ is deadly allergic to peanuts." To which, Anthony Badala responded on September 27, 2018, stating, "…we are going to do everything that we can to try to make this a positive experience for your child…"

7.  Subsequently, on or about September 30, 2018, PBGYAA took the following actions to accommodate █████'s peanut allergy during Fall T-ball:

    a.  As part of the standard maintenance conducted by City parks crew, the dugouts were swept each day prior to first use of the day.
    b.  PBGYAA scheduled all of Harley's Fall T-ball games as the first game, every game day.
    c.  PBGYAA delayed the sale of peanuts until the end of the first game.
    d.  PBGYAA informed the parent/coach volunteer of H████'s peanut allergy, which is standard procedure for PBGYAA.

8.  The Fall T-ball league concluded without any further requests or complaints related to H████'s peanut allergy.

9.  It is further my understanding that these steps were possible because the Fall T-ball league had significantly fewer participants than the Spring T-ball league. Spring T-ball has nearly double the number of children participating, which leads to increased field utilization rates, which precipitates numerous scheduling conflicts and challenges.

10. On January 16, 2019, Dr. Quasha informed Daniel Prieto, via telephone, that PBGYAA would not make the same accommodations for the Spring T-ball league that it previously had made for the Fall T-ball league and that PBGYAA would not sweep out the dugouts between games. It is important to understand that the dugouts are not swept out between games and never have been. They are swept once each day prior to the first game on each game day by City parks maintenance personnel.

Dr. Michael and Jennifer Quasha
May 9, 2019
Page 3 of 4

11.     Mrs. Quasha followed the above-referenced telephone call with several emails ranging in date from January 16, 2019 – April 2, 2019, containing factually inaccurate statements and accusations that H▇▇ has been refused a reasonable accommodation. He was provided an accommodation and it was reasonable, the details of which are set forth below.

12.     Reasonable accommodation offered by PBGYAA for H▇▇ Q▇▇ for Spring T-ball league:

    a.     PBGYAA offered to schedule all of H▇▇'s team's games at the North Palm Beach baseball fields, <u>as that site does not sell any concessions whatsoever</u>. This accommodation provided the highest degree of safety for H▇▇ since no concessions are sold. This location is also located off Burns Road and is a little more than one mile away.
    b.     Due to the number of children participating in the Spring T-ball league, it was simply not possible to schedule all of H▇▇'s games for first play of the day at the City's baseball facility.
    c.     Dugouts continue to be swept prior to first use each game day.
    d.     Under the Americans with Disabilities Act (ADA), neither PBGYAA nor the City are required to cease selling peanuts, items that may contain peanuts, or that may be processed in a facility with peanuts.[1] Concession revenues are used to offset the cost of all PBGYAA Youth Athletic Programs.
    e.     You subsequently withdrew Harley from the Spring T-ball league.

13.     While it is apparent from your email correspondence that you are unsatisfied with the accommodation you were afforded, it was reasonable and any inconvenience you might have experienced by driving 1.3 miles further to the North Palm Beach Baseball facility than you would normally have to drive to the City's facilities is no more or less severe than that experienced by ▇▇▇'s teammates' parents.

14.     Additionally, you have stated more than once that H▇▇'s allergy is "severe" or "deadly." Dr. Quasha went so far as to provide an example when speaking to Daniel Prieto, stating that if one child were to touch a baseball after having handled peanuts, and then ▇▇▇ were to handle the baseball, he could have a severe allergic reaction. If such a description of H▇▇'s allergy is accurate, and not merely an exaggeration, it would not appear possible to provide an accommodation that is also reasonable. Neither PBGYAA nor the City have any control over or the ability to police what foods are handled or consumed by other children who may come in contact with ▇▇▇ or what equipment other children have handled. A peanut allergy as severe as you have stated, would appear to make it impossible for ANY accommodation to ameliorate the risks to H▇▇'s health. Regardless of where or what time H▇▇ might participate in T-ball, neither the City nor PBGYAA have the ability to prevent another child from transporting, handling, consuming, or exposing H▇▇ to peanuts.

15.     If H▇▇'s allergy to peanuts is as severe as you have stated, he may pose a "direct threat" to himself by merely participating in sports or being anywhere that the potential for contact with peanuts or someone who has recently handled peanuts might occur.

---

[1] PBGYAA operates the concession facilities, NOT the City.



**CITY OF PALM BEACH GARDENS**
10500 N. Military Trail   Palm Beach Gardens, FL   33410-4698
www.pbgfl.com

Dr. Michael and Jennifer Quasha
May 9, 2019
Page 4 of 4

16. However, in response to your request for accommodation, the City and PBGYAA offer the following:

    a. The dugouts will continue to be swept every game day prior to the first games and/or practices as part of the City's regular maintenance plan. There will be designated brooms available at the concession stand for the parent/coach volunteers to sweep out the dugout before use, if desired.

    b. PBGYAA will ensure that the parent/coach volunteers and the parents of H████'s teammates will be fully informed of H████'s peanut allergy.

    c. Under the Americans with Disabilities Act (ADA), neither PBGYAA nor the City are required to cease selling peanuts, items that may contain peanuts, or that may be processed in a facility with peanuts. PBGYAA operates the concession stand and it is permitted to sell whatever legally permissible concessions it chooses. However, a sign will be placed at the concession stand informing patrons that children with food allergies are present and encouraging them to place their peanut shells into trash receptacles.

Sincerely,

*[signature]*

Stephen J. Stepp
Deputy City Manager, ADA Coordinator

c: Mayor and Council