# RETURN OF SERVICE

| State of Florida | County of | District Court |
|---|---|---|



SLK2019004010

Case Number: 9:19-CV-80825-DMM

Plaintiff:
**Jennifer Quasha, on behalf of her son, H.Q., a minor,**

vs.

Defendant:
**City of Palm Beach Gardens, Florida,**

For:
Matthew W. Dietz
Disability Independence Group, Inc.
2990 Southwest 35th Avenue
Miami, FL 33133

Received by SLK INVESTIGATIONS, INC. on the 28th day of June, 2019 at 1:23 pm to be served on **City of Palm Beach Gardens, Florida - c/o Mark T. Marciano- City Mayor, 10500 N. Military Trail, Palm Beach Gardens, FL 33410.**

I, ENIL CERRANO, do hereby affirm that on the **1st day of July, 2019** at **11:15 am, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT and EXHIBIT A** with the date and hour of service endorsed thereon by me, to: **Barbara Chabre** as **Paralegal** at the address of: **10500 N. Military Trail, Palm Beach Gardens, FL 33410**, who stated they are authorized to accept service for **City of Palm Beach Gardens, Florida -**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 57, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 145, Hair: Blonde, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true pursuant to Florida Statute 92.525(2).

**ENIL CERRANO**
2083

**SLK INVESTIGATIONS, INC.**
**2212 East 5th Avenue**
**Tampa, FL 33605**
**(813) 247-6250**

Our Job Serial Number: SLK-2019004010

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c