UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE #: 9:19-cv-80825-DMM

JENNIFER QUASHA, on behalf of
her son, H.Q., a minor,

    Plaintiff,

vs.

CITY OF PALM BEACH GARDENS,
FLORIDA,

    Defendant.
_____/

## JOINT SCHEDULING REPORT

    Plaintiff, JENNIFER QUASHA, on behalf of her son, H.Q., and Defendant, CITY OF PALM BEACH GARDENS, by and through undersigned counsel, file their Joint Scheduling Report, as follows:

**1.    Nature of Claims/Defenses**

    Plaintiff, JENNIFER QUASHA, on behalf of her minor son, H.Q., alleges that the CITY OF PALM BEACH GARDENS violated the Americans With Disabilities Act of 1990, and the Rehabilitation Act of 1973 when it allegedly failed to afford a reasonable accommodation to H.Q. in participating in youth baseball. According to Plaintiff, H.Q. is disabled because he is allergic to peanuts and has asthma.

    The CITY OF PALM BEACH GARDENS denies Plaintiff's allegations and asserts that H.Q. does not have a disability within the meaning of the statutes and that it, in fact, provided a reasonable accommodation to H.Q. by allowing his team to schedule H.Q.'s Palm Beach Gardens Youth Athletic Association games at a neighboring ballpark that did not have concessions or peanut products for sale.

**2.      Likelihood of Settlement.**

The parties intend to conduct some discovery prior to formulating any opinions on the likelihood of settlement; however, they agree to explore settlement once information is exchanged.

**3.      Appearance of Other Parties / Amendments to Pleadings.**

The parties have agreed that any amendments to the pleadings or the addition of parties shall be completed by September 1, 2019.

**4.      Discovery Schedule/Suggested Deadliens.**

The parties anticipate service of written discovery within 30-60 days and then proceeding with depositions of the parties in 90-120 days. The discovery in this case will not be extensive or complicated, and should not require court involvement.

| **Suggested Proposed Limits on Time:** | | **Standard Track** |
|---|---|---|
| By | 9/16/19 | The Parties shall furnish lists with names and addresses of fact witnesses. The Parties are under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| By: | 10/15/19 | The parties shall select a mediator and jointly file a proposed order scheduling mediation. |
| By | 12/2/19 | Plaintiff shall furnish defense counsel with a written list containing the names and addresses of all <u>expert</u> witnesses intended to be called at trial and only those expert witnesses listed shall be permitted to testify. |
| By | 12/16/19 | Defendant shall furnish Plaintiff with a written list containing the names and addresses of all <u>expert</u> witnesses intended to be called at trial and only those expert witnesses list shall be permitted testify. |
| By | 1/15/20 | The Parties shall provide expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(2). |

| | | |
|---|---|---|
| By | 3/31/20 | The Parties shall complete all discovery, including expert discovery. |
| By | 4/20/20 | The Parties shall file all dispositive pre-trial motions and memoranda of law. |
| By: | 5/1/20 | The Parties shall complete mediation and file a mediation report with the Court. |
| By: | 5/1/20 | The parties shall file witness and exhibit lists and all motions *in limine*. The witness list should only include those witnesses the Parties actually intend to call at trial and shall include a brief synopsis of their testimony. The exhibit lists shall identify each witness that will introduce each exhibit. |
| By | 5/15/20 | The Parties shall file a Joint Pretrial Stipulation, as required by Local Rule 16.1(e) and final proposed jury instructions. Joint proposed jury instructions or conclusions of law (for non-jury trials) shall outline: (1) the legal elements of Plaintiff's claims, including damages; and (2) the legal elements of the defenses that are raised. |

**5.     Trial Setting.**

The parties anticipate a 3 day jury trial any time after May 2020 with a pretrial conference as per the Court's availability in April 2020.

**6.     Discovery Suggestions.**

At this time, the parties have no specific suggestions for the avoidance of unnecessary proof, cumulative evidence, or for obtaining admissions; however, as discovery progresses, the parties will cooperate in this regard.

**7.    Reference to Magistrate.**

The parties do not oppose reference of discovery matters to the assigned Magistrate Judge.

DATED:    July 24, 2019

| | |
|---|---|
| JOHNSON, ANSELMO, MURDOCH,<br>    BURKE, PIPER & HOCHMAN, P.A.<br>Attorneys for City<br>2455 East Sunrise Boulevard - Suite 1000<br>Fort Lauderdale, Florida 33304<br>(954) 463-0100 - Telephone | DISABILITY INDEPENDENCE GROUP, INC.<br>2990 Southwest 35th Avenue<br>Miami, FL 33133<br>(305) 669-2822 - Telephone |
| By:    */s/ E. BRUCE JOHNSON*<br>          FLA. BAR NO. 057207<br>          */s/ Scott D. Alexander*<br>          SCOTT D. ALEXANDER<br>          FLA. BAR NO. 057207 | By:    */s/Matthew W. Dietz*<br>          Fla. Bar No. 0084905 |