All set to Jet! Your trip to Richmond is confirmed.

From: JetBlue Reservations (jetblueairways@email.jetblue.com)

To: scottdalexander@yahoo.com

Date: Wednesday, February 20, 2019, 09:22 AM EST

Check out the details for your trip on Wed, Aug 21

 TRUEBLUE

Please note: This is not your boarding pass.

Your confirmation code is

**CRPYCX**

## Change made easy.

Switch or cancel flights, add extras like Even More Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details—all in one place.



You can also manage your trips by downloading our free mobile app.

## Flights

Date | Wed, Aug 21

| FLL | RIC | | |
|---|---|---|---|
| Fort Lauderdale, FL | Richmond, VA | Departs | 9:23pm |
| Terminal: 3 | | Arrives | 11:38pm |
| | | Flight | 1146 |

# jetBlue

If your booking was made at least 7 days in advance, you may cancel it within 24 hours (by 02/21/2019 09:21 AM EST) without a cancellation fee. Please click here for details on our change and cancel policies.

## Traveler Details

**SCOTT ALEXANDER**

Frequent Flier: B6 2016916954

Ticket number: 2792119975835

### FLL - RIC:

Fare: Blue Plus

Bags: One (1) checked bag, one (1) carry-on, one (1) personal item.*

Seat: 8D

*You may pay for additional bags online (within 24 hours of departure), or upon arrival at the airport via an airport kiosk or with an airport crewmember. Some restrictions apply.



Get up to 7" more legroom, a fast lane to the TSA checkpoint*, and early boarding—all the better to nab that overhead bin.

Fwd: Your trip confirmation-HNCEVX 26AUG

From: Brenda (brenkravec@yahoo.com)

To: scottdalexander@yahoo.com

Date: Saturday, March 2, 2019, 03:36 PM EST

Sent from my iPhone

Begin forwarded message:

> **From:** American Airlines <no-reply@notify.email.aa.com>
> **Date:** March 2, 2019 at 2:53:13 PM EST
> **To:** "BRENKRAVEC@YAHOO.COM" <BRENKRAVEC@YAHOO.COM>
> **Subject: Your trip confirmation-HNCEVX 26AUG**



Hello Brenda Kravec!                                   Issued: Mar 2, 2019

### Record locator: **HNCEVX**

[ Manage Your Trip ]

## Monday, August 26, 2019

| LYH | CLT | |
|---|---|---|
| **11:05 AM** | **12:12 PM** | Seats: 9D , 9F<br>Class: Economy (N)<br>Meals: |
| Lynchburg | Charlotte | |

American Airlines 5257
OPERATED BY PSA AIRLINES AS AMERICAN EAGLE.

| CLT | FLL | Seats: 15C , 15D |
| --- | --- | --- |
| 1:20 PM | 3:24 PM | Class: Economy (N) |
| Charlotte | Ft Lauderdale | Meals: |

American Airlines 523

Free entertainment with the American app »



AAdvantage # D876R44

Ticket # 0012340353623

Scott Alexander

AAdvantage # 6E8BB98

Ticket # 0012340353624

## Your trip receipt

Master Card XXXXXXXXXXXXX9965



FARE-USD
TAXES AND CARRIER-IMPOSED FEES
**TICKET TOTAL**



**Scott Alexander**

FARE-USD
TAXES AND CARRIER-IMPOSED FEES
**TICKET TOTAL**



**Buy trip insurance**