**Matthew Dietz**

| | |
|---|---|
| From: | Scott Alexander <alexander@jambg.com> |
| Sent: | Tuesday, August 6, 2019 5:17 PM |
| To: | Matthew Dietz |
| Subject: | Re: Quasha - Initial Disclosures |

I would like to depose Dr. and Mrs. Quasha on an expedited basis as I believe their testimony is critical to resolving the issues before the court. Do you oppose?

Sent from my iPhone

On Aug 6, 2019, at 5:08 PM, Scott Alexander <alexander@jambg.com> wrote:

> I think your clients have a major and fundamental misunderstanding of what the City proposed to accommodate them. I don't think you would have even brought this claim if they correctly informed you.
>
> The City never proposed having H         play in any league but the PBGYAA. In fact, not only did they not recommend shipping him to some City of NPB League, but NPB didn't even have a league at the time.
>
> If he missed one second of PBGYAA play, that was by his parents' choice.
>
> Sent from my iPhone
>
> On Aug 6, 2019, at 8:40 AM, Matthew Dietz <mdietz@justdigit.org> wrote:
>
>> Scott – I hope you had an opportunity to review my motion with your client and would like to resolve the issues arising in the preliminary injunction. Hopefully, it addressed all of the issues that have been raised by your answer and the City's prior decision from the ADA coordinator. The denial of the accommodations to this family and child is just not permitted, and the city is fully responsible under the ADA and RA for what licenses or lessees do in their parks.
>>
>> The issue should only be as to what is necessary for H         to play T-Ball, and that should have been done initially with the parents. While I would love to have an decision on this from Judge Middlebrooks, I want to ensure that H         is able to participate in T-Ball as soon as possible, and to engender a workable relationship between the Quashas, the PBGYAA and the city.
>>
>> Again, please advise as to whether the city would like to resolve this motion.
>>
>>
>> Matthew W. Dietz, Esq.
>> Litigation Director
>> Disability Independence Group, Inc.
>> 2990 Southwest 35th Avenue
>> Miami, FL 33133
>> Tel: (305) 669-2822



EXHIBIT "A"

1

Fax: (305) 442-4181
TTY: (786) 621-5647
e-mail: mdietz@justDIGit.org
web: www.justDIGit.org
<image004.png>
Expanding Opportunities for Persons with Disabilities

**From:** Scott Alexander [mailto:alexander@jambg.com]
**Sent:** Tuesday, July 30, 2019 1:29 PM
**To:** Matthew Dietz <mdietz@justdigit.org>
**Subject:** Re: Quasha - Initial Disclosures

The problem with what you propose is that the City does not sell peanuts, does not sell anything in the concession stands, does not purchase or re-sell items at the concessions, and does not own or license anything with regard to the concessions. The concessions fall solely under the purview of the PBGYAA. It purchases the items and then sells them to the public. The City does not have authority to, and does not in fact direct PBGYAA what to sell and what not to sell. Virtually any candy bar may have peanuts, and the popcorn may be popped with an oil that contains peanut products. I'll have to see your motion, but it is my understanding that the City plays no role in the concessions other than that they own the land.

On Tue, Jul 30, 2019 at 1:21 PM Matthew Dietz <mdietz@justdigit.org> wrote:

Mr. Alexander,

We will be filing a motion for preliminary injunction by Monday. Please advise whether the City will cease the sale of peanuts in their concession stands that they own and license to PBGYAA on days where HQ plays ball.

Thank you for your immediate attention to this matter.

## Matthew W. Dietz, Esq.

Litigation Director

Disability Independence Group, Inc.

2990 Southwest 35th Avenue

Miami, FL 33133

Tel: (305) 669-2822

Fax: (305) 442-4181

TTY: (786) 621-5647

e-mail: mdietz@justDIGit.org

web: www.justDIGit.org

<image003.png>

Expanding Opportunities for Persons with Disabilities


**From:** Scott Alexander [mailto:alexander@jambg.com]
**Sent:** Tuesday, July 30, 2019 12:52 PM
**To:** Matthew Dietz <mdietz@justdigit.org>
**Subject:** Quasha - Initial Disclosures


See attached.  I have withdrawn the Motion to Dismiss via filing an Answer today.


--

Scott D. Alexander

Johnson, Anselmo, Murdoch,

  Burke, Piper & Hochman, P.A.

2455 E. Sunrise Boulevard, Suite 1000

Fort Lauderdale, FL 33304

Tel: 954-463-0100

Fax: 954-463-2444

3

Alexander@JAMBG.COM

--
Scott D. Alexander
Johnson, Anselmo, Murdoch,
  Burke, Piper & Hochman, P.A.
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
Tel: 954-463-0100
Fax: 954-463-2444
Alexander@JAMBG.COM