

**From:** "PBG Baseball (Palm Beach Gardens Youth Athletic Association)" <clubnews@bluesombrero.com>
**Date:** August 13, 2019 at 3:04:49 PM EDT
**To:** quashdmd@aol.com
**Cc:** jeniega@aol.com
**Subject: Fall Rec Baseball - Registration Closing Soon!!**
**Reply-To:** info@pbgbaseball.com

# 2019 Fall Rec Baseball Registration

## Closing Soon!!!

**\*\*Season\*\***
September 1st-November 1st

1

EXHIBIT - A

**\*\*Request\*\***

The only request that will be honored this season is a Manager requesting their 1st Assistant Coach.

**\*\*Managers Needed\*\***

Please consider managing a Fall rec team this season.  Those that are selected to manage a team will receive a **full refund** for their child's registration on the team they are managing (non-resident fees still apply).  You must be a manager to receive the refund, not an assistant coach.  If you have any questions regarding the Manager position please email info@pbgbaseball.com.

# Palm Beach Gardens Youth Athletic Association

*For general inquiries, please contact your organization directly.*
Email: donotreplypbgyaa@gmail.com



**DICK'S TEAM SPORTS HQ**
*Powered by Blue Sombrero*
746 Willoughby Way, Suite 300
Atlanta, GA 30312

teamsportshq.dsg.com
www.bluesombrero.com

Want to opt out of these types of emails?

quashdmd@aol.com (primary)        **UNSUBSCRIBE**

jeniega@aol.com (secondary)       **UNSUBSCRIBE**

EXHIBIT - A