IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 9:19-cv-80825-DMM

JENNIFER QUASHA, on behalf of her
son, H.Q., a minor

    Plaintiffs

vs.
CITY OF PALM BEACH GARDENS, FLORIDA

    Defendants
_____/

## NOTICE OF ADDITIONAL AUTHORITY IN SUPPORT OF PLAINTIFF'S MOTION FOR PREMILINARY INJUNCTION

COMES NOW, Plaintiff, JENNIFER QUASHA, on behalf of her son, H.Q, by and though undersigned counsel, and files this notice of additional authority in support of the Expedited Motion for Preliminary Injunction [DE-12], and states as follows:

The DC Court of Appeals in *Brown v. District of Columbia*, No. 17-7152, 2019 U.S. App. LEXIS 20058, *13-*14 (D.C. Cir. July 5, 2019), clarified that under the regulations of Title II of the Americans with Disabilities Act, the public entity had the burden of proving the unreasonableness of an accommodation to avoid segregation or any type of discrimination by demonstrating whether the reasonable modification would be a fundamental alteration to the nature of the service, program or activity. (referring to 28 C.F.R. § 35.130(7)).

Respectfully submitted this 16th day of August, 2019.

                                  By:  s/ *Matthew W. Dietz*_____
                                        Matthew W. Dietz, Esq.
                                        Florida Bar No. 84905

*Quasha v. City of Palm Beach Gardens, FL*
*Case No.: 19-cv-80825-DMM*
*Page 2 of 2*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 16, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record in the herewith service list, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

DISABILITY INDEPENDENCE GROUP, INC.
2990 Southwest 35th Avenue
Miami, Florida 33133
Tel:  (305) 669-2822
Fax:  (305) 442-4181
Email: Mdietz@justDIGit.org
aa@justdigit.org

By: s/ *Matthew W. Dietz*
MATTHEW W. DIETZ, ESQ.
Florida Bar No.: 0084905