UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE #: 9:19-cv-80825-DMM

JENNIFER QUASHA, on behalf of
her son, H.Q., a minor,

    Plaintiff,

vs.

CITY OF PALM BEACH GARDENS,
FLORIDA,

    Defendant.
_____/

## NOTICE THAT PLAINTIFF IS BEING DEPOSED ON AUGUST 27, 2019

Defendant, CITY OF PALM BEACH GARDENS, by and through its undersigned counsel, hereby provides notice to the Court that while Plaintiff has not, as of this filing, formally withdrawn her objection to Defendant's Motion for Extension of Time, the parties have ***mutually agreed and coordinated*** depositions of Plaintiff, JENNIFER QUASHA, and her husband on an expedited basis, to take place on August 27, 2019, with said discovery to be utilized by Defendant in opposing the Motion for Preliminary Injunction. The parties agreed that these depositions should occur after what would have been the ordinary response deadline, if not extended per the motion.

See Exhibit "A."

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August, 2019, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

                                                  BY:    */s/E. Bruce Johnson*
                                                              E. BRUCE JOHNSON
                                                              FLA. BAR NO. 262137
                                                BY:    */s/Scott D. Alexander*
                                                               SCOTT D. ALEXANDER
                                                               FLA. BAR NO. 057207
                                                               JOHNSON, ANSELMO, MURDOCH,
                                                                 BURKE, PIPER & HOCHMAN, P.A.
                                                              **Attorneys for Defendant, City**
                                                               2455 East Sunrise Boulevard, Suite 1000
                                                               Fort Lauderdale, FL 33304
                                                               954/463-0100 Telephone
                                                               954/463-2444 Facsimile
                                                               Johnson@jambg.com / Young@jambg.com
                                                               Alexander@jambg.com

## SERVICE LIST

**MATTHEW W. DIETZ, ESQ.**
DISABILITY INDEPENDENCE GROUP, INC.
2990 SW 35th Avenue
Miami, FL 33133
(305) 669-2822 (Phone)
(305) 442-4181 (Fax)
mdietz@justdigit.org
aa@justdigit.org

**E. BRUCE JOHNSON, ESQ.**
**SCOTT D. ALEXANDER, ESQ.**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
**Attorneys for Defendant**
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
johnson@jambg.com
alexander@jambg.com
(954) 463-0100 (Phone)
(954) 463-2444 (Fax)