UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE #: 9:19-cv-80825-DMM

JENNIFER QUASHA, on behalf of
her son, H.Q., a minor,

    Plaintiff,

vs.

CITY OF PALM BEACH GARDENS,
FLORIDA,

    Defendant.
_____/

## NOTICE OF TAKING DEPOSITIONS

**PLEASE TAKE NOTICE** that the undersigned attorney will take the depositions of:

| NAME: | DATE: | TIME: |
|---|---|---|
| Jennifer Quasha | August 27, 2019 | 11:00 am |
| Dr. Michael D. Quasha | August 27, 2019 | Immediately after Jennifer Quasha |

**PLACE:** US Legal Support, 444 W Railroad Avenue, Suite 300, West Palm Beach, FL 33401; Phone: 561.835.0220

upon oral examination for purposes of discovery and for use as evidence in said cause. Said deposition will be taken before US LEGAL SUPPORT, or any officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee, nor attorney, not counsel of any of the parties who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in the action.

Said deposition will be taken pursuant to the Florida rules of Civil Procedure in such cases provided. The said oral examination will continue from hour to hour and from day to day until completed.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of August, 2019, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

BY: */s/E. Bruce Johnson*
E. BRUCE JOHNSON
FLA. BAR NO. 262137

BY: */s/Scott D. Alexander*
SCOTT D. ALEXANDER
FLA. BAR NO. 057207
JOHNSON, ANSELMO, MURDOCH,
 BURKE, PIPER & HOCHMAN, P.A.
**Attorneys for Defendant, City**
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
954/463-0100 Telephone
954/463-2444 Facsimile
Johnson@jambg.com / Young@jambg.com
Alexander@jambg.com

## SERVICE LIST

**MATTHEW W. DIETZ, ESQ.**
DISABILITY INDEPENDENCE GROUP, INC.
2990 SW 35th Avenue
Miami, FL 33133
(305) 669-2822 (Phone)
(305) 442-4181 (Fax)
mdietz@justdigit.org
aa@justdigit.org

**E. BRUCE JOHNSON, ESQ.**
**SCOTT D. ALEXANDER, ESQ.**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
**Attorneys for Defendant**
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
johnson@jambg.com
alexander@jambg.com
(954) 463-0100 (Phone)
(954) 463-2444 (Fax)