IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 9:19-cv-80825-DMM

JENNIFER QUASHA, on behalf of her
son, H.Q., a minor

    Plaintiffs

vs.

CITY OF PALM BEACH GARDENS, FLORIDA

    Defendants
_____/

## **PLAINTIFFS' RESPONSE TO DEFENDANTS NOTICE [DE-20]**

COMES NOW, Plaintiff, JENNIFER QUASHA, on behalf of her son, H.Q., by and though undersigned counsel, and files this response to the "Notice by City of Palm Beach Gardens, Florida that Plaintiff is being deposed on August 27, 2019", [DE 20], and states as follows:

Due to the start, and short duration, of the T-Ball season, the undersigned continues to object to the enlargement. The undersigned agreed to the depositions, and is having a staff attorney at Disability Independence Group, Stephanie Langer, who usually handles Special Education and Social Security matters, to cover the deposition, as the undersigned had depositions on another complicated disability employment matter scheduled for the entire week. Setting these depositions were done as a matter of professionalism, and not as a concession to the expedited nature of this motion.

Respectfully submitted this 16th day of August, 2019.

                                          By:  s/ *Matthew W. Dietz*_____
                                          Matthew W. Dietz, Esq.
                                          Florida Bar No. 84905

*Quasha v. City of Palm Beach Gardens, FL*
*Case No.: 19-cv-80825-DMM*
*Page 2 of 2*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 16, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record in the herewith service list, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

> DISABILITY INDEPENDENCE GROUP, INC.
> 2990 Southwest 35th Avenue
> Miami, Florida 33133
> Tel:  (305) 669-2822
> Fax:  (305) 442-4181
> Email: Mdietz@justDIGit.org
>            aa@justdigit.org
>
> By: s/ *Matthew W. Dietz*
> MATTHEW W. DIETZ, ESQ.
> Florida Bar No.: 0084905