IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 9:19-cv-80825-DMM

JENNIFER QUASHA, on behalf of her
son, H.Q., a minor

    Plaintiffs

vs.

CITY OF PALM BEACH GARDENS, FLORIDA

    Defendants
_____/

## NOTICE OF FILING IN SUPPORT TO
## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

COMES NOW, Plaintiff, JENNIFER QUASHA, on behalf of her son, H.Q., by and though undersigned counsel and hereby files Declaration of Jennifer Quasha, in support to Plaintiff, Motion for a Preliminary Injunction [DE-12]. The declaration discloses newly published facts on the baseball schedule: (1) the team and league that H.Q. was placed, (2) the fact that all games and practices are *only* at Gardens Park on Burns Road, and predominately on the *same* three fields in the park, (3) the times are either first after school at 5:15 to 6:45 P.M. on weekdays, and first in the morning - 9-10:30 A.M. on weekends.

Respectfully submitted this 11th day of September, 2019.

    By: s/ *Matthew W. Dietz*
    Matthew W. Dietz, Esq.
    Florida Bar No. 84905

*Quasha v. City of Palm Beach Gardens, FL*
*Case No.: 19-cv-80825-DMM*
*Page 2 of 2*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 11, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record in the herewith service list, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

DISABILITY INDEPENDENCE GROUP, INC.
2990 Southwest 35th Avenue
Miami, Florida 33133
Tel: (305) 669-2822
Fax: (305) 442-4181
Email: Mdietz@justDIGit.org
aa@justdigit.org

By: s/ *Matthew W. Dietz*
MATTHEW W. DIETZ, ESQ.
Florida Bar No.: 0084905