IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**CASE NO: 19-CV-80825-DMM**

JENNIFER QUASHA, on behalf of her
son, H.Q., a minor

    Plaintiffs

vs.

CITY OF PALM BEACH GARDENS, FLORIDA

    Defendants
_____/

## DECLARATION OF JENNIFER QUASHA

COMES NOW, Jennifer Quasha and pursuant to 28 U.S.C. § 1746, declares the following under penalty of perjury:

1. My name is Jennifer Quasha, and I am over 18 years old, and have personal knowledge of the statements set forth herein.

2. Yesterday, I received the schedule for my son's team, the team placement and schedule for practice and games is attached hereto as composite "Exhibit A".

3. My son was placed in the "Rookie" league.

4. All games and practices for the Rookie league is in the Burns Road Baseball field in Gardens Park, located at 4301 Burns Road, Palm Beach Gardens, Florida 33410.

5. All of the games and practices occur on three fields in this Palm Beach Gardens Park, fields 5, 6, 7, and 8.

6. During the weekdays, games and practices are between 5:15 and 6:45 PM, and on the weekends, the games and practices are between 9:00 and 10:30 AM.

7. After the Rookie League practice, the Minors Division play or practice. There are no other teams that play prior to the Rookie League on the days that they play on these fields.

8. H.Q. is signed up, but has not participated yet because of my concern that he will have an allergic reaction and have an anaphylactic reaction.

FURTHER DECLARANT SAYETH NAUGHT.

_____
Jennifer Quasha

Dated _9/11/2019_

# EXHIBIT "A"

-----Original Message-----
From: Palm Beach Gardens Youth Athletic Association <postmaster@bluesombrero.com>
To: quashdmd@aol.com <quashdmd@aol.com>
Sent: Wed, Sep 4, 2019 5:04 pm
Subject: Schedule Posted for Vega



# Palm Beach Gardens Youth Athletic Association

## SCHEDULE POSTED

Dear **michael Quasha**,

The following schedule has been posted:

Schedule: **2019 Fall Rookie Practice**

Program: **2019 Fall Rec Baseball**

Division: **Rookie**

Team: **Vega**

Click the View Schedule button below to visit your team page and view your schedule.

**VIEW SCHEDULE**

# Palm Beach Gardens Youth Athletic Association

# DICK'S TEAM SPORTS HQ

**DICK'S TEAM SPORTS HQ**  
*Powered by Blue Sombrero*  
746 Willoughby Way, Suite 300  
Atlanta, GA 30312

teamsportshq.dsg.com  
www.bluesombrero.com

Scheduling Event Name : 2019 Fall Rookie Practice
Match Schedule

| Date | AwayTeam | HomeTeam | Time | Location/Field |
|---|---|---|---|---|
| 09/07/2019 | Practice | Bartoli | 9:00AM - 10:30AM | Burns Road Baseball Fields / Field 8 |
| 09/07/2019 | Practice | Miami - Damsker | 9:00AM - 10:30AM | Burns Road Baseball Fields / Field 6 |
| 09/07/2019 | Practice | Gators - Goss | 9:00AM - 10:30AM | Burns Road Baseball Fields / Field 5 |
| 09/07/2019 | Practice | AZ State - Childers | 11:00AM - 12:30PM | Burns Road Baseball Fields / Field 8 |
| 09/07/2019 | Practice | Texas A&M - Vega | 11:00AM - 12:30PM | Burns Road Baseball Fields / Field 5 |
| 09/07/2019 | Practice | Michigan - Frankel | 11:00AM - 12:30PM | Burns Road Baseball Fields / Field 6 |
| 09/09/2019 | Practice | Gators - Goss | 5:15PM - 6:30PM | Burns Road Baseball Fields / Field 4 |
| 09/10/2019 | Practice | Michigan - Frankel | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 8 |
| 09/10/2019 | Practice | Miami - Damsker | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 7 |
| 09/10/2019 | Practice | AZ State - Childers | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 6 |
| 09/10/2019 | Practice | Bartoli | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 5 |
| 09/11/2019 | Practice | Texas A&M - Vega | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 6 |
| 09/11/2019 | Practice | Gators - Goss | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 5 |
| 09/11/2019 | Practice | Miami - Damsker | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 8 |
| 09/11/2019 | Practice | AZ State - Childers | 5:15PM - 6:30PM | Burns Road Baseball Fields / Field 7 |
| 09/12/2019 | Practice | Michigan - Frankel | 5:15PM - 6:30PM | Burns Road Baseball Fields / Field 8 |

DocuSign Envelope ID: 225AA8A3-DE9E-433C-9436-B9C359BBD442

| Date | Type | Team | Time | Location |
|---|---|---|---|---|
| 09/12/2019 | Practice | Texas A&M - Vega | 5:15PM - 6:30PM | Burns Road Baseball Fields / Field 7 |
| 09/12/2019 | Practice | Bartoli | 5:15PM - 6:30PM | Burns Road Baseball Fields / Field 6 |
| 09/16/2019 | Practice | Gators - Goss | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 4 |
| 09/18/2019 | Practice | Michigan - Frankel | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 8 |
| 09/19/2019 | Practice | Texas A&M - Vega | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 8 |
| 09/19/2019 | Practice | Miami - Damsker | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 7 |
| 09/19/2019 | Practice | Bartoli | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 6 |
| 09/19/2019 | Practice | AZ State - Childers | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 5 |
| 09/23/2019 | Practice | Gators - Goss | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 4 |
| 09/25/2019 | Practice | AZ State - Childers | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 8 |
| 09/26/2019 | Practice | Miami - Damsker | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 8 |
| 09/26/2019 | Practice | Bartoli | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 7 |
| 09/26/2019 | Practice | Michigan - Frankel | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 6 |
| 09/26/2019 | Practice | Texas A&M - Vega | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 5 |
| 10/03/2019 | Practice | Michigan - Frankel | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 8 |
| 10/03/2019 | Practice | Bartoli | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 7 |
| 10/03/2019 | Practice | Texas A&M - Vega | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 6 |
| 10/03/2019 | Practice | Miami - | 5:15PM - 6:45PM | Burns Road |

| Date | Type | Team | Time | Location |
|---|---|---|---|---|
| | | Damsker | | Baseball Fields / Field 5 |
| 10/03/2019 | Practice | AZ State - Childers | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 4 |
| 10/07/2019 | Practice | Gators - Goss | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 4 |
| 10/09/2019 | Practice | Michigan - Frankel | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 8 |
| 10/10/2019 | Practice | Texas A&M - Vega | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 8 |
| 10/10/2019 | Practice | Bartoli | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 7 |
| 10/10/2019 | Practice | AZ State - Childers | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 6 |
| 10/10/2019 | Practice | Miami - Damsker | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 5 |
| 10/14/2019 | Practice | Gators - Goss | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 4 |
| 10/16/2019 | Practice | Michigan - Frankel | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 8 |
| 10/17/2019 | Practice | AZ State - Childers | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 8 |
| 10/17/2019 | Practice | Bartoli | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 7 |
| 10/17/2019 | Practice | Miami - Damsker | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 6 |
| 10/17/2019 | Practice | Texas A&M - Vega | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 5 |
| 10/21/2019 | Practice | Gators - Goss | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 4 |
| 10/23/2019 | Practice | Michigan - Frankel | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 8 |
| 10/24/2019 | Practice | Bartoli | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 8 |
| 10/24/2019 | Practice | Miami - Damsker | 5:15PM - 6:45PM | Burns Road Baseball Fields |

| Date | Type | Team | Time | Location |
|---|---|---|---|---|
| | | | | / Field 7 |
| 10/24/2019 | Practice | Texas A&M - Vega | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 6 |
| 10/24/2019 | Practice | AZ State - Childers | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 5 |

Scheduling Event Name : 2019 Fall Rookie Games

Match Schedule

| Date | AwayTeam | HomeTeam | Time | Location/Field |
|---|---|---|---|---|
| 09/14/2019 | Michigan - Frankel | Bartoli | 9:30AM - 10:45AM | Burns Road Baseball Fields / Field 5 |
| 09/14/2019 | Gators - Goss | AZ State - Childers | 9:30AM - 10:45AM | Burns Road Baseball Fields / Field 6 |
| 09/14/2019 | Miami - Damsker | Texas A&M - Vega | 9:30AM - 10:45AM | Burns Road Baseball Fields / Field 7 |
| 09/17/2019 | Texas A&M - Vega | Michigan - Frankel | 5:15PM - 6:30PM | Burns Road Baseball Fields / Field 5 |
| 09/17/2019 | AZ State - Childers | Miami - Damsker | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 6 |
| 09/18/2019 | Bartoli | Gators - Goss | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 5 |
| 09/21/2019 | Miami - Damsker | Gators - Goss | 9:00AM - 10:30AM | Burns Road Baseball Fields / Field 5 |
| 09/21/2019 | Michigan - Frankel | AZ State - Childers | 9:00AM - 10:30AM | Burns Road Baseball Fields / Field 6 |
| 09/21/2019 | Texas A&M - Vega | Bartoli | 9:00AM - 10:30AM | Burns Road Baseball Fields / Field 7 |
| 09/24/2019 | AZ State - Childers | Texas A&M - Vega | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 5 |
| 09/24/2019 | Bartoli | Miami - Damsker | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 6 |
| 09/25/2019 | Gators - Goss | Michigan - Frankel | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 5 |
| 09/28/2019 | Michigan - Frankel | Miami - Damsker | 9:00AM - 10:30AM | Burns Road Baseball Fields / Field 5 |
| 09/28/2019 | Texas A&M - Vega | Gators - Goss | 9:00AM - 10:30AM | Burns Road Baseball Fields / Field 6 |
| 09/28/2019 | AZ State - Childers | Bartoli | 9:00AM - 10:30AM | Burns Road Baseball Fields / Field 7 |
| 10/02/2019 | Gators - Goss | AZ State - Childers | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 5 |

DocuSign Envelope ID: 225AA8A3-DF9E-433C-9436-B9C359BBD442

| Date | Team 1 | Team 2 | Time | Location |
|---|---|---|---|---|
| 10/02/2019 | Miami - Damsker | Texas A&M - Vega | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 6 |
| 10/02/2019 | Bartoli | Michigan - Frankel | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 7 |
| 10/05/2019 | Texas A&M - Vega | Michigan - Frankel | 9:00AM - 10:30AM | Burns Road Baseball Fields / Field 5 |
| 10/05/2019 | AZ State - Childers | Miami - Damsker | 9:00AM - 10:30AM | Burns Road Baseball Fields / Field 6 |
| 10/05/2019 | Gators - Goss | Bartoli | 9:00AM - 10:30AM | Burns Road Baseball Fields / Field 7 |
| 10/08/2019 | Michigan - Frankel | AZ State - Childers | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 5 |
| 10/08/2019 | Bartoli | Texas A&M - Vega | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 6 |
| 10/09/2019 | Miami - Damsker | Gators - Goss | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 5 |
| 10/12/2019 | AZ State - Childers | Texas A&M - Vega | 9:00AM - 10:30AM | Burns Road Baseball Fields / Field 5 |
| 10/12/2019 | Gators - Goss | Michigan - Frankel | 9:00AM - 10:30AM | Burns Road Baseball Fields / Field 6 |
| 10/12/2019 | Miami - Damsker | Bartoli | 9:00AM - 10:30AM | Burns Road Baseball Fields / Field 7 |
| 10/15/2019 | Michigan - Frankel | Miami - Damsker | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 5 |
| 10/15/2019 | Bartoli | AZ State - Childers | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 6 |
| 10/16/2019 | Texas A&M - Vega | Gators - Goss | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 5 |
| 10/19/2019 | Gators - Goss | AZ State - Childers | 9:00AM - 10:30AM | Burns Road Baseball Fields / Field 5 |
| 10/19/2019 | Miami - Damsker | Texas A&M - Vega | 9:00AM - 10:30AM | Burns Road Baseball Fields / Field 6 |
| 10/19/2019 | Michigan - Frankel | Bartoli | 9:00AM - 10:30AM | Burns Road Baseball Fields / Field 7 |
| 10/22/2019 | Texas A&M - Vega | Michigan - | 5:15PM - 6:45PM | Burns Road |

DocuSign Envelope ID: 225AA8A3-DF9E-433C-9436-B9C359BBD442

| Date | | | | |
|---|---|---|---|---|
| | | Frankel | | Baseball Fields / Field 5 |
| 10/22/2019 | AZ State - Childers | Miami - Damsker | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 6 |
| 10/23/2019 | Bartoli | Gators - Goss | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 5 |
| 10/26/2019 | Miami - Damsker | Gators - Goss | 9:00AM - 10:30AM | Burns Road Baseball Fields / Field 5 |
| 10/26/2019 | Michigan - Frankel | AZ State - Childers | 9:00AM - 10:30AM | Burns Road Baseball Fields / Field 6 |
| 10/26/2019 | Texas A&M - Vega | Bartoli | 9:00AM - 10:30AM | Burns Road Baseball Fields / Field 7 |
| 10/29/2019 | AZ State - Childers | Texas A&M - Vega | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 5 |
| 10/29/2019 | Bartoli | Miami - Damsker | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 6 |
| 10/30/2019 | Gators - Goss | Michigan - Frankel | 5:15PM - 6:45PM | Burns Road Baseball Fields / Field 5 |