# EXHIBIT "A"

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO: 19-CV-80825-DMM**

JENNIFER QUASHA, on behalf of her
son, H.Q., a minor

    Plaintiffs

vs.

CITY OF PALM BEACH GARDENS, FLORIDA

    Defendants
_____/

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT**

COMES NOW, Plaintiff, JENNIFER QUASHA, on behalf of her son, H.Q., by and through undersigned counsel, and pursuant to Rule 33 of the Federal Rules of Civil Procedure, hereby directs Defendant, CITY OF PALM BEACH GARDENS, FLORIDA to answer the following interrogatories, separately and fully, in writing and under oath on or before thirty (30) days from the date of service thereof.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 4, 2019, a true and correct copy of the foregoing was served electronically to the attorney of record listed in the service list.

    /s/ *Matthew W. Dietz*
    Matthew W. Dietz, Esq.
    Fla. Bar No.: 0084905
    DISABILITY INDEPENDENCE GROUP, INC.
    2990 Southwest 35th Avenue
    Miami, Florida 33133
    T: (305) 669-2822/ F:(305) 442-4181
    mdietz@justdigit.org
    aa@justdigit.org

## SERVICE LIST

E. BRUCE JOHNSON
FLA. BAR NO. 262137
SCOTT D. ALEXANDER
FLA. BAR NO. 057207
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
T: 954/463-0100/ F: 954/463-2444
Johnson@jambg.com
Young@jambg.com
Alexander@jambg.com
Blanca@jambg.com

*Attorneys for Defendant*

## DEFINITIONS

1. "Defendant," "CITY" or "PALM BEACH GARDENS," means Defendant, CITY OF PALM BEACH GARDENS, FLORIDA, including all predecessors and/or successors, subsidiaries, divisions, and related or affiliated organizations, as well as any past or present member, director, officer, agent, employee, counsel, investigator or any other person or entity (apparently or actually) representing or acting for or on its behalf.

2. "Plaintiff," or "QUASHA," means Plaintiff, JENNIFER QUASHA, on behalf of her son, H.Q, including all agents, brokers, attorneys and/or and related or affiliated persons, agents, employees, counsel, investigators or any other person or entity (apparently or actually) representing or acting for or on her behalf or H.Q.'s behalf.

3. "PBGYAA" means the Palm Beach Gardens Youth Athletic Association, including all predecessors and/or successors, subsidiaries, divisions, leagues, and related or affiliated organizations, as well as any past or present member, director, officer, volunteer, agent, employee, counsel, or any other person or entity (apparently or actually) representing or acting for or on its behalf

4. "You" or "Your" includes Defendant and all predecessors and/or successors, subsidiaries, divisions, and related or affiliated organizations, as well as any past or present member, director, officer, agent, employee, counsel, investigator or any other person or entity (apparently or actually) representing or acting for or on its behalf. This specifically includes all members of the CITY OF PALM BEACH GARDENS, FLORIDA's, employees, agents, attorneys, and managers.

5. "Person" or "Persons" means any natural person or other legal entity, including without limitation any corporation, partnership, business, trust, agency, joint venture, or governmental organization, department or entity.

6. "Communication" means an instance in which words or information are transferred or transmitted between two or more persons by whatever manner or means, and regardless of how or by whom the communication was initiated, including, but not limited to, written or electronic correspondence, telephonic or in-person conversation, memoranda, manuals, notices, instructions, meetings, requests, demands, and conferences.

7. "Document" or "documents" are defined to be synonymous in meaning and equal in scope to the usage of the term "documents" in Fed. R. Civ. P. 34(a) and include(s) the term "writing." Unless the producing party demonstrates undue burden or other grounds sufficient to meet the requirements of Fed. R. Civ. P. 26(c), electronic mail is included within the definition of the term "document." It also means and refers to all originals, copies, duplicates, drafts, reproductions or other recordings of any written, graphic or other matter, whether inscribed by hand or by mechanical, electronic, photographic, video, phonic or any other means, including, but

not limited to, correspondence, ledgers, journals, drawings, papers, books, accounts, photographs, objects, telegrams, notes, memoranda, intra-office communications, reports, studies, projects, analyses, contracts, licenses, agreements, books of account, manuals, instructions, vouchers, invoices, receipts, working papers, file folders, labels or jackets, drafts, statistical records, tax returns and work papers, calendars, appointment books, diaries, time sheets or logs, job or transaction files, bills, statements, agendas, minutes, bulletins, notices, computer runs, pamphlets, lists, brochures, periodicals, charts, indices, bank records or statements, canceled checks, check receipt journals, accounting or financial statements, microfilm, microfiche, video, audio or computer tape or disks, data processing cards or programs, computerized records, electronic mail, electronically stored or computerized information and data stored on hard drives, floppy disks, compact discs, laptop computers, back-up storage devices, or handheld electronic devices, and any other "writing" of any nature and any other mechanical recording or reproduction of any sound or visual image of any nature. Every draft or preliminary form of a document and every copy bearing notations or marks not found on the original or other copies constitutes a separate document for identification and production.

8. "Identify" when referring to a person means that you shall set forth, to the extent known, the person's full name, present or last known address, and, when referring to a natural person, their present or last known place of employment. Once a person has been identified in accordance with this paragraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

9. "Identify" when referring to documents means (l) the type of document; (2) the general subject matter; (3) the date of the document; and (4) author(s), addressee(s), recipient(s), or, alternatively to produce the document.

10. The present tense includes the past and future tenses. The singular includes the plural, and the plural includes the singular. "All" means "any and all;" "any" means "any and all." "Including" means "including but not limited to." "And" and "or" encompass both "and" and "or". Words in the masculine, feminine or neutral form shall include each of the other genders.

11. "Policy or Practice" means any official or unofficial policy, custom or practice, whether mandatory or discretionary, and is not limited to formal written procedures.

12. For the purposes of this document, a "reasonable accommodation," or any variant of it, is a change, exception, modification or adjustment to "rules, practices, or services", as defined by the Americans with Disabilities Act that may be necessary for a person with a disability to have an equal opportunity to use and enjoy a program, premises, or services of a governmental facility.

*Quasha v. City of Palm Beach Gardens, FL*
*Case No.: 19-cv-80825-DMM*
*Page 5 of 7*

## INTERROGATORIES

1. Please state the name, employment, and address of each person who responded to these interrogatories.

   **ANSWER:**

2. Please state the name, address and telephone number of each person with knowledge of the events in the complaint in this lawsuit, and for each person, please state the knowledge that each person has relating to the events in this lawsuit.

   **ANSWER:**

3. Please state the name, address and telephone number for the person who provided the City of Palm Beach Gardens information related to H.Q. dining habits in the cafeteria at his school.

   **ANSWER:**

4. Please state each federal grant the City of Palm Beach Gardens received as either the main grantee or as a sub-recipient, and for each grant, please state the name of the grant, the grant number, and the agency that provided the grant.

   **ANSWER:**

5. Please state all reasonable accommodations requested relating to allergies from 2015 to the present to the Defendant for any programs and activities of the Defendant, and include the date of the request, the requestor, the request that was made, and the resolution to the request.

   **ANSWER:**

6. Please state all reasonable accommodation requests relating to programs and activities in the City of Palm Beach Gardens parks from 2015 to the present, including, but not limited to programs in conjunction with the PGBGYAA, , and include the date of the request, the requestor, the request that was made, and the resolution to the request.

   **ANSWER:**

**I HAVE READ THE FOREGOING ANSWERS TO INTERROGATORIES AND DO SWEAR THAT THEY ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

_____
AFFIANT

STATE OF _____
COUNTY OF _____

On the \_\_\_\_\_ day of _____, 2019, before me personally came, _____ known to me or who produced a drivers license, to be the individual described in, and who executed the foregoing instrument, and she acknowledged to me that she executed the same.

My commission expires:

_____
NOTARY PUBLIC

_____
Printed Name of Notary