# EXHIBIT "B"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

### CASE NO: 19-CV-80825-DMM

JENNIFER QUASHA, on behalf of her
son, H.Q., a minor

    Plaintiffs

vs.

CITY OF PALM BEACH GARDENS, FLORIDA

    Defendants

_____/

## PLAINTIFFS' FIRST REQUEST FOR PRODUCTION TO DEFENDANT

COMES NOW, Plaintiff, JENNIFER QUASHA, on behalf of her son, H.Q., by and through undersigned counsel and pursuant to Rule 34 of Federal Rules of Civil Procedure, hereby requests Defendant, CITY OF PALM BEACH GARDENS, FLORIDA to produce for inspection and copying the documents described in the following Requests for Production of Documents within thirty (30) days after service of these requests at the office of the undersigned.

1. If any document is claimed to be immune from discovery on the ground of privilege, please indicate the author, date, recipient and general subject matter of the document, together with the basis on which the privilege is asserted, in lieu of propounding the document.

2. If any of the documents cannot be produced in full, produce to the extent possible, and specify the reasons for the inability to produce the remainder.

3. This document request is a continuing one. If, after producing documents, you obtain or become aware of any further documents responsive to this request, you are hereby requested to produce such additional documents.

## **DEFINITIONS**

1. "Defendant," or "PALM BEACH GARDENS," means Defendant, CITY OF PALM BEACH GARDENS, FLORIDA including all predecessors and/or successors, subsidiaries, divisions, and related or affiliated organizations, as well as any past or present member, director, officer, agent, employee, counsel, investigator or any other person or entity (apparently or actually) representing or acting for or on its behalf.

2. "Plaintiff," or "QUASHA," means Plaintiff, JENNIFER QUASHA, on behalf of her son, H.Q, including all agents, brokers, attorneys and/or and related or affiliated persons, agents, employees, counsel, investigators or any other person or entity (apparently or actually) representing or acting for JENNIFER QUASHA or on behalf of H.Q.

3. "You" or "Your" includes Defendant and all predecessors and/or successors, subsidiaries, divisions, and related or affiliated organizations, as well as any past or present member, director, officer, agent, employee, counsel, investigator or any other person or entity (apparently or actually) representing or acting for or on its behalf.  This specifically includes all members of the CITY OF PALM BEACH GARDENS, FLORIDA's, employees, agents, attorneys, and managers.

4. "PBGYAA" means the Palm Beach Gardens Youth Athletic Association, including all predecessors and/or successors, subsidiaries, divisions, leagues, and related or affiliated organizations, as well as any past or present member, director, officer, volunteer, agent, employee, counsel, or any other person or entity (apparently or actually) representing or acting for or on its behalf

5. "Person" or "Persons" means any natural person or other legal entity, including without limitation any corporation, partnership, business, trust, agency, joint venture, or governmental organization, department or entity.

6. "Communication" means an instance in which words or information are transferred or transmitted between two or more persons by whatever manner or means, and regardless of how or by whom the communication was initiated, including, but not limited to, written or electronic correspondence, telephonic or in-person conversation, memoranda, manuals, notices, instructions, meetings, requests, demands, and conferences.

7. "Document" or "documents" are defined to be synonymous in meaning and equal in scope to the usage of the term "documents" in Fed. R. Civ. P. 34(a) and include(s) the term "writing." Unless the producing party demonstrates undue burden or other grounds sufficient to meet the requirements of Fed. R. Civ. P. 26(c), electronic mail is included within the definition of the term "document." It also means and refers to all originals, copies, duplicates, drafts, reproductions or other recordings of any written, graphic or other matter, whether inscribed by hand or by mechanical, electronic, photographic, video, phonic or any other means, including, but not limited to, correspondence, ledgers, journals, drawings, papers, books, accounts, photographs,

objects, telegrams, notes, memoranda, intra-office communications, reports, studies, projects, analyses, contracts, licenses, agreements, books of account, manuals, instructions, vouchers, invoices, receipts, working papers, file folders, labels or jackets, drafts, statistical records, tax returns and work papers, calendars, appointment books, diaries, time sheets or logs, job or transaction files, bills, statements, agendas, minutes, bulletins, notices, computer runs, pamphlets, lists, brochures, periodicals, charts, indices, bank records or statements, canceled checks, check receipt journals, accounting or financial statements, microfilm, microfiche, video, audio or computer tape or disks, data processing cards or programs, computerized records, electronic mail, electronically stored or computerized information and data stored on hard drives, floppy disks, compact discs, laptop computers, back-up storage devices, or handheld electronic devices, and any other "writing" of any nature and any other mechanical recording or reproduction of any sound or visual image of any nature. Every draft or preliminary form of a document and every copy bearing notations or marks not found on the original or other copies constitutes a separate document for identification and production.

8. "Identify" when referring to a person means that you shall set forth, to the extent known, the person's full name, present or last known address, and, when referring to a natural person, their present or last known place of employment. Once a person has been identified in accordance with this paragraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

9. "Identify" when referring to documents means (l) the type of document; (2) the general subject matter; (3) the date of the document; and (4) author(s), addressee(s), recipient(s), or, alternatively to produce the document.

10. The present tense includes the past and future tenses. The singular includes the plural, and the plural includes the singular. "All" means "any and all;" "any" means "any and all." "Including" means "including but not limited to." "And" and "or" encompass both "and" and "or". Words in the masculine, feminine or neutral form shall include each of the other genders.

11. "Policy or Practice" means any official or unofficial policy, custom or practice, whether mandatory or discretionary, and is not limited to formal written procedures.

12. For the purposes of this document, a "reasonable accommodation," or any variant of it, is a change, exception, modification or adjustment to "rules, practices, or services", as defined by the Americans with Disabilities Act that may be necessary for a person with a disability to have an equal opportunity to use and enjoy a program, premises, or services of a governmental facility.

*Quasha v. City of Palm Beach Gardens, FL*
*Case No.: 19-cv-80825-DMM*
*Page 4 of 5*

### REQUEST FOR PRODUCTION

1. From 2010 to the present, any and all contracts, agreements, or memorandum of understanding between the Defendant and the PBGYAA (as defined above).

2. From 2017 to the present, all documents which refer to the PBGYAA, including, but not limited to emails, memorandum, budget items, resolutions, meeting minutes, meeting agendas, contracts, correspondence, electronic meeting agenda reminders, advertisements of PBGYAA programs and services.

3. From 2017 to the present, all Correspondence to and from Lyndsey Marsh referring or relating to the Palm Beach Gardens Youth Athletic League, any sports events conducted by members, staff, officers, or volunteers of the PBGYAA, or any child who was involved in programs of the PBGYAA.

4. Any and all documents sent by or received from any volunteer, employee, or board member of PBGYAA to the Defendant relating to H.Q. or Dr. or Mrs. Quasha.

5. Any documents in the possession of the Defendant relating to H.Q. or Dr. or Mrs. Quasha.

6. Any and all of H.Q.'s educational records, including, but not limited to reports, memorandum, letters, photographs, videos, or any other document, electronic, or recorded media, which was made in the course of H.Q. attending his school.

7. From 2015 to the present, all contracts or agreements for the operation of the concession stand at Gardens Park at 4301 Burns Road.

8. All contracts, agreements, or correspondence relating to the use of property outside of the City of Palm Beach Gardens for programs and activities of the PBGYAA.

9. All federal grant applications and awards received by the City of Palm Beach Gardens from 2015 to the present.

10. The interleague agreement as described in the email from Tony Badala in his email dated January 17, 2019, related to the PBGYAA team that plays in the North Palm Facility.

11. From 2015 to the present, all documentation related to accommodation requests made by persons who claimed to have an allergy, the responses thereto and the resolution of the request.

12. From 2010 to the present, please produce all non-employment related complaints against the City of Palm Beach Gardens relating to violation of the Americans with Disabilities

Act, Section 504 of the Rehabilitation Act, the Florida Civil Rights Act, or Chapter 15 of the Palm Beach County Code. This includes, but is not limited to complaints filed in Federal Courts, State Courts, Administrative tribunals, or complaints pursuant to grievance procedures required under these laws or federal grants.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 4, 2019, a true and correct copy of the foregoing was served electronically to the attorney of record listed in the service list.

/s/ *Matthew W. Dietz*
Matthew W. Dietz, Esq.
Fla. Bar No.: 0084905
DISABILITY INDEPENDENCE GROUP, INC.
2990 Southwest 35th Avenue
Miami, Florida 33133
T: (305) 669-2822/ F:(305) 442-4181
mdietz@justdigit.org
aa@justdigit.org

## SERVICE LIST

E. BRUCE JOHNSON
FLA. BAR NO. 262137
SCOTT D. ALEXANDER
FLA. BAR NO. 057207
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
T: 954/463-0100/ F: 954/463-2444
Johnson@jambg.com
Young@jambg.com
Alexander@jambg.com
Blanca@jambg.com

*Attorneys for Defendant*