# EXHIBIT "D"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE #: 9:19-cv-80825-DMM**

JENNIFER QUASHA, on behalf of
her son, H.Q., a minor,

      Plaintiff,

vs.

CITY OF PALM BEACH GARDENS,
FLORIDA,

      Defendant.

_____/

**DEFENDANT, CITY OF PALM BEACH GARDENS' NOTICE OF FILING ANSWERS
AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES**

      COMES NOW Defendant, CITY OF PALM BEACH GARDENS, by and through its undersigned attorneys and files this Notice of Service of Answers and Objections to Plaintiff's First Set of Interrogatories certified as being electronically on September 3, 2019.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on October 3, 2019, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

BY: _____
E. BRUCE JOHNSON
FLA. BAR NO. 262137
SCOTT D. ALEXANDER
FLA. BAR NO. 057207
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
**Attorneys for Defendant, City**
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
(954) 463-0100 Ph / (954) 463-2444 Fax
Johnson@jambg.com / Young@jambg.com

<u>JENNIFER QUASHA, et al. v CITY OF PALM BEACH GARDENS, FLORIDA</u>
CASE #: 9:19 cv 80825-DMM
Defendant's Answers and Objections to Plaintiff's First Set of Interrogatories to Defendant

<u>SERVICE LIST</u>

**MATTHEW W. DIETZ, ESQ.**
DISABILITY INDEPENDENCE GROUP, INC.
2990 SW 35th Avenue
Miami, FL 33133
(305) 669-2822 (Phone)
(305) 442-4181 (Fax)
mdietz@justdigit.org
aa@justdigit.org

**E. BRUCE JOHNSON, ESQ.**
**SCOTT D. ALEXANDER, ESQ.**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
**Attorneys for Defendant**
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
johnson@jambg.com
alexander@jambg.com
(954) 463-0100 (Phone)
(954) 463-2444 (Fax)

JENNIFER QUASHA, et al. v CITY OF PALM BEACH GARDENS, FLORIDA
CASE #: 9:19 cv 80825-DMM
Defendant's Answers and Objections to Plaintiff's First Set of Interrogatories to Defendant

## DEFENDANT'S ANSWERS AND OBJECTIONS TO PLAINTIFF'S
## FIRST SET OF INTERROGATORIES

1. Please state the name, employment, and address of each person who responded to these interrogatories.

   **Answer:**    **Gracie Wong, Risk Manager, 10500 N. Military Trail, Palm Beach Gardens, with the assistance of counsel.**

2. Please state the name, address and telephone number of each person with knowledge of events in the Complaint in this lawsuit, and for each person, please state the knowledge that each person has relating to the events in this lawsuit.

   **Answer:**    **Stephen Stepp**
   **Daniel Prieto**
   **Ronald Ferris**
   **Jamie Voss**
   **David Reyes**
   **Lyndsey Marsh**

   **Daniel Prieto**
   **c/o City of Palm Beach Gardens**
   **(561) 799-4100**
   **Knowledge of Plaintiff's requests, City's responses, maintenance, and of City recreation programs.**

   **Seth Abram**
   **Anthony Badala**
   **Kelly Rogers**

   **David Craven**
   **c/o Palm Beach Gardens Youth Athletic Association**
   **Knowledge of PGBYAA activities, Quasha family requests,**

   **Russ Ruskay**
   **Bill Egan**

JENNIFER QUASHA, et al. v CITY OF PALM BEACH GARDENS, FLORIDA
CASE #: 9:19 cv 80825-DMM
Defendant's Answers and Objections to Plaintiff's First Set of Interrogatories to Defendant

> **Mary Romero**
> **c/o City of North Palm Beach**
> > **Knowledge of North Palm Beach's interleague play with PBGYAA.**
>
> **Michael Galucci**
> **c/o Marsh Point Elementary**
> > **Knowledge of Harley Quasha's allergy and school cafeteria arrangements**
>
> **Dr. James Beattie**
> **Dr. Elena Perez**
> **Harley Quasha's physicians, knowledge of medical issues.**

3. Please state the name, address and telephone number for the person who provided the City of Palm Beach Gardens information related to H.Q. dining habits in the cafeteria at his school.

   Answer:     **The information was not provided to the City of Palm Beach Gardens, but to defense counsel, and originated from a parent, who wished to remain anonymous, who had read a newspaper article about the Quasha family.**

4. Please state each federal grant the City of Palm Beach Gardens received as either the main grantee or a sub-recipient, and for each grant, please state the name of the grant, the grant number, and the agency that provided the grant.

   Answer:     **Defendant objects to interrogatory number 4 as overbroad in subject matter, time frame and scope, and unduly burdensome. The City of Palm Beach Gardens has been incorporated for more than fifty (50) years. Without waiving this objection, the City has not received any federal recreation related grants during the last five fiscal years. The City received a $50,000 state grant in January 2018 from the Florida Department of Environmental Protection through the Florida Recreation Development Assistance Program to install a shade structure over an existing playground located at Lilac Park.**

JENNIFER QUASHA, et al. v CITY OF PALM BEACH GARDENS, FLORIDA
CASE #: 9:19 cv 80825-DMM
Defendant's Answers and Objections to Plaintiff's First Set of Interrogatories to Defendant

5.  Please state all reasonable accommodations requested relating to allergies from 2015 to present to the Defendant for any programs and activities of the Defendant, and include the date of the request, the requestor, the request that was made, and the resolution to the request.

**Answer:**      **None.**

6.  Please state all reasonable accommodation requests relating to programs and activities in the City of Palm Beach Gardens parks from 2015 to present, including, but not limited to the programs in conjunction with the PGBGYAA, and include the date of the request, the requestor, the request that was made, and the resolution to the request.

**Answer:**      **Juan Carlos Gil brought suit against the City over the City's website. The case status and information are available via ECF in Case No. 19-cv-80053-DMM.   The U.S. District Court, in another action, recently imposed heavy sanctions and penalties upon the litigant and his attorney.**

## SIGNATURE PAGE

### CITY OF PALM BEACH GARDENS, FLORIDA

By: _____

As:  Risk Management _____


STATE OF *Florida* )

COUNTY OF *Palm Beach* ) ss


The foregoing instrument was acknowledged before me this 3ʳᵈ day of October, 2019, by *Gracie Wong*, as *Risk Management Coordinator* of **CITY OF PALM BEACH GARDENS, FLORIDA**, who is personally known to me or who has produced _____ as identification.


My Commission Expires:

*Barbara R Chabre*
/Notary Public

BARBARA R. CHABRE
Notary Public - State of Florida
Commission # GG 329397
My Comm. Expires Aug 6, 2023
Bonded through National Notary Assn.