UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-80825-CV-MIDDLEBROOKS

JENNIFER QUASHA, on behalf of her son,
H.Q., a minor,

    Plaintiff,

v.

CITY OF PALM BEACH GARDENS,

    Defendant.
_____/

## ORDER REFERRING DISCOVERY MOTIONS

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the Plaintiff's pending Motion to Compel (DE 31), as well as all future discovery motions are hereby referred to United States Magistrate Judge Dave Lee Brannon for resolution.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 25 day of October, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE