**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO: 19-CV-80825-DMM**

JENNIFER QUASHA, on behalf of her
son, H.Q., a minor

      Plaintiffs

vs.

CITY OF PALM BEACH GARDENS, FLORIDA

      Defendants
_____/

## UNOPPOSED MOTION TO STRIKE

COMES NOW, Plaintiff, JENNIFER QUASHA, on behalf of her son, H.Q., by and through the undersigned counsel, and pursuant to Rule 7(b), Federal Rules of Civil Procedure, hereby move this Court to strike Plaintiff's Complaint [DE-1] filed in this matter, and replace it with the attached, redacted version of Plaintiff's Complaint, and in support thereof states as follows:

1. On June 21, 2019, Plaintiff's filed the initial Complaint against Defendants, CITY OF PALM BEACH GARDENS, in this matter [DE-1].

2. The undersigned inadvertently filed the Complaint with the minor's name on page 4 instead of his initials as the rest of the Complaint, and has been recently advised by this Court of the error, and instructed to file a redacted version of the Complaint accordingly.

3. Plaintiff's Complaint with the minor's name redacted, and to replace the initial version filed on June 21, 2019 attached hereto as Exhibit "A".

4. The undersigned has conferred with counsel for Defendant who has informed the undersigned that Defendant does not oppose the Court granting the relief requested herein.

WHEREFORE, Plaintiff, JENNIFER QUASHA, on behalf of her son, H.Q, respectfully request this Court to strike [DE -1] from the public docket and replace it with the attached properly redacted Complaint.

Respectfully submitted this 11th day of November, 2019.

By: s/ *Matthew W. Dietz*
Matthew W. Dietz, Esq.
Florida Bar No. 84905

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record in the herewith service list, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

DISABILITY INDEPENDENCE GROUP, INC.
2990 Southwest 35th Avenue
Miami, Florida 33133
Tel:  (305) 669-2822
Fax:  (305) 442-4181
Email: Mdietz@justDIGit.org
         aa@justdigit.org

By: s/ *Matthew W. Dietz*
MATTHEW W. DIETZ, ESQ.
Florida Bar No.: 0084905

*Disability Independence Group, 2990 Southwest 35th Avenue, Miami, Florida 33133*