IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 19-CV-80825-DMM

JENNIFER QUASHA, on behalf of her
son, H.Q., a minor

    Plaintiffs

vs.

CITY OF PALM BEACH GARDENS, FLORIDA

    Defendants
_____/

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Justin Forti, Esq. of Disability Independence Group, Inc. hereby gives notice of his appearance in the above-styled cause as counsel for the Plaintiff, JENNIFER QUASHA, on behalf of her son, H.Q. Copies of all future pleadings and correspondences should be sent to the undersigned counsel at the address written below.

    Justin Forti, Esq.
    FL Bar No. 117720
    DISABILITY INDEPENDENCE GROUP, INC.
    2990 Southwest 35th Avenue
    Miami, Florida 33133
    Phone (305) 669-2822
    Facsimile (305) 442-4181
    E-Mail: jforti@jusdigit.org
           mdietz@justdigit.org
           aa@justdigit.org

*Quasha v. City of Palm Beach Gardens, FL*
*Case No.: 19-cv-80825-DMM*
*Page 2 of 2*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this November 11, 2019 a I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record in the herewith service list, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

DISABILITY INDEPENDENCE GROUP, INC.
2990 Southwest 35th Avenue
Miami, Florida 33133
Phone (305) 669-2822
Facsimile (305) 442-4181
E-Mail: MDietz@justdigit.org
aa@justdigit.org
jforti@justdigit.org

By: *s/Justin Forti*
Justin Forti, Esq.
FL Bar No. 117720