UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE #: 9:19-cv-80825-DMM**

JENNIFER QUASHA, on behalf of
her son, H.Q., a minor,

       Plaintiff,

vs.

CITY OF PALM BEACH GARDENS,
FLORIDA,

       Defendant.

_____/

## <u>DEFENDANT, CITY OF PALM BEACH GARDENS', FACT WITNESS LIST</u>

Defendant, **CITY OF PALM BEACH GARDENS,** by and through his undersigned counsel, pursuant to Order Referring Case and Setting Trial Date dated the Uniform Trial Order dated August 16, 2019, hereby files their Fact Witness List, as follows:

1.      Anthony Badala
      President of PBGYAA
      Palm Beach Gardens Youth Athletic Association
      9470 MacArthur Boulevard
      Palm Beach Gardens, Florida 33403

      Mr. Anthony Badala is President of Palm Beach Gardens Youth Athletic Association. Mrs. Quasha and Mr. Badala e-mailed one another regarding accommodations for H.Q. during the Fall 2018 and Spring 2019 T-ball seasons.

2.      Stephen J. Stepp
      Deputy City Manager, ADA Coordinator
      City of Palm Beach Gardens
      10500 N. Military Trail
      Palm Beach Gardens, FL 33410

      Mr. Stephen J. Stepp is the ADA Coordinator for the City of Palm Beach Gardens. Dr. and Mrs. Quasha exchanged e-mails with Mr. Stepp regarding Mrs. Quasha's formal ADA and Title II Complaint.

**1**

**Jennifer Quasha, on behalf of her son, H.Q., a minor vs. City of Palm Beach Gardens, Florida**
**Case No.:   9:19-cv-80825-DMM**
**Defendant's Disclosure of Fact Witnesses**

3.      Daniel Prieto
        Deputy Leisure Services Administrator
        City of Palm Beach Gardens
        10500 N. Military Trail
        Palm Beach Gardens, FL 33410

        Mr. Daniel Prieto is the Deputy Leisure Services Administrator for the City of Palm
        Beach Gardens.   Mr. Prieto and Mrs. Quasha exchanged e-mails regarding
        accommodations during t-ball as to H.Q.'s peanut allergies.  Mr. Prieto also spoke
        with Dr. Quasha by telephone regarding Mrs. Quasha's requests for accommodations
        by Palm Beach Gardens Youth Athletic Association for the 2019 T-ball season.

4.      Michael Gallucci
        Marsh Point Elementary
        12649 Ibiza Drive
        Palm Beach Gardens, FL 33418

        Mr. Galluci was H.Q's 1st grade teacher at Marsh Point Elementary.

5.      Seth Abrams
        President of Baseball Program
        Palm Beach Garden Youth Athletic Association
        9470 MacArthur Boulevard
        Palm Beach Gardens, Florida 33403

        Mr. Abrams is the President of the baseball program at Palm beach Garden Youth
        Athletic Association.

6.      Lyndsey Marsh
        Recreation Supervisor - Sports Programs/Groups
        City of Palm Beach Gardens
        10500 N. Military Trail
        Palm Beach Gardens, FL 33410

        Ms. Lyndsey Marsh is the Recreation Supervisor of the Sports Programs and Groups
        for the City of Palm Beach Gardens.

7.      James Beattie, MD
        Infants and Children, P.A.
        5205 Village Boulevard
        West PALM Beach, FL 33407

        Dr. James Beattie is H.Q.'s treating physician who has knowledge of his allergies and
        of his condition.

<u>Jennifer Quasha, on behalf of her son, H.Q., a minor vs. City of Palm Beach Gardens, Florida</u>
Case No.:   9:19-cv-80825-DMM
**Defendant's Disclosure of Fact Witnesses**

8.      Elena Perez, MD, Ph.D.
        Allergy Associates of the Palm Beaches, P.A.
        840 US Highway One, Suite 235
        North Palm Beach, FL 33408-3835

        Dr. Elena Perez was a provider who treated H.Q. during his visits at Allergy
        Associates of Palm Beaches.

9.      Benjamin Schwab
        c/o Palm Beach Garden Youth Athletic Association
        9470 MacArthur Boulevard
        Palm Beach Gardens, Florida 33403

        Mr. Schwab was H.Q.'s baseball coach at Palm Beach Garden Youth Athletic
        Association.

10.     Any and all witnesses listed by Plaintiff in this matter.

11.     Any and all other impeachment and/or rebuttal witnesses.

12.     Any all treating and expert physicians and medical providers listed by Plaintiff in
        this matter.

**THIS DEFENDANT RESERVES THE RIGHT TO AMEND AND/OR SUPPLEMENT THIS
WITNESS LIST.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of November, 2019, I electronically filed the

foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties.

I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by

first class mail to any non CM/ECF participants and/or the foregoing document was served via

transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF

participants.   This motion has additionally been served by U.S. Mail upon Michael Gallucci, c/o

Marsh Point Elementary, 12649 Ibiza Drive, Palm Beach Gardens, FL 33418; Palm Beach County

**Jennifer Quasha, on behalf of her son, H.Q., a minor vs. City of Palm Beach Gardens, Florida**
**Case No.:   9:19-cv-80825-DMM**
**Defendant's Disclosure of Fact Witnesses**

Schools, The School District of Palm Beach County, 3300 Forest Hill Blvd., C-124, West Palm

Beach, FL 33406; and Palm Beach County Classroom Teachers Association, 715 Spencer Drive,

West Palm Beach, FL 33409.

BY:     */s/E. Bruce Johnson*
   E. BRUCE JOHNSON
   FLA. BAR NO. 262137

BY:     */s/Scott D. Alexander*
   SCOTT D. ALEXANDER
   FLA. BAR NO. 057207
   JOHNSON, ANSELMO, MURDOCH,
   BURKE, PIPER & HOCHMAN, P.A.
   **Attorneys for Defendant, City**
   2455 East Sunrise Boulevard, Suite 1000
   Fort Lauderdale, FL 33304
   954/463-0100 Telephone
   954/463-2444 Facsimile
   Johnson@jambg.com / Young@jambg.com
   Alexander@jambg.com

**Jennifer Quasha, on behalf of her son, H.Q., a minor vs. City of Palm Beach Gardens, Florida**
**Case No.:   9:19-cv-80825-DMM**
**Defendant's Disclosure of Fact Witnesses**

## SERVICE LIST

**MATTHEW W. DIETZ, ESQ.**
**JUSTIN FORTI, ESQ.**
DISABILITY INDEPENDENCE GROUP, INC.
**Attorneys for Plaintiff**
2990 SW 35th Avenue
Miami, FL 33133
(305) 669-2822 (Phone)
(305) 442-4181 (Fax)
mdietz@justdigit.org
jforti@justdigit.org
aa@justdigit.org

---

**E. BRUCE JOHNSON, ESQ.**
**SCOTT D. ALEXANDER, ESQ.**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
**Attorneys for Defendant**
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
(954) 463-0100 (Phone)
(954) 463-2444 (Fax)
johnson@jambg.com
alexander@jambg.com