IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JENNIFER QUASHA, on behalf of
her son, H.Q., a minor,

    Plaintiff,

vs.                                            CASE NO: 9:19-cv-80825-DMM

CITY OF PALM BEACH GARDENS,
FLORIDA

    Defendant
_____/

## PLAINTIFF'S WITNESS LIST

COMES NOW, Plaintiffs, JENNIFER QUASHA, on behalf of her son, H.Q., a minor by and through the undersigned, and pursuant to the Pretrial Scheduling Order [DE-22], hereby files their Fact Witness List:

1. Jennifer Quasha
   c/o Disability Independence Group Inc.
   2990 SW 35th Avenue
   Miami, FL 33133
   305-669-2822

2. Dr. Michael D. Quasha
   c/o Disability Independence Group, Inc.
   2990 Southwest 35th Avenue
   Miami, Florida 33133

3. Daniel Prieto
   Deputy Leisure Services Administrator
   City of Palm Beach Gardens
   10500 N. Military Trail
   Palm Beach Gardens, Florida 33410

4. Stephen J. Stepp
   Deputy City Manager, ADA Coordinator
   City of Palm Beach Gardens

    10500 N. Military Trail
    Palm Beach Gardens, Florida 33410

5. Ron Ferris
   c/o City of Palm Beach Gardens

6. Anthony Badala
   President of PBGYAA
   Palm Beach Gardens Youth Athletic Association
   9470 MacArthur Boulevard
   Palm Beach Gardens, Florida 33403

7. James Beattie, M.D.
   Infants and Children, P.A.
   5205 Village Boulevard
   West Palm Beach, Florida 33407 (561)242-0505
   Fax (561) 242-9883

8. Dr. Elizabeth Otero
   Allergy and Asthma Care of the Palm Beaches
   University Commons
   500 University Blvd Suite 116
   Jupiter, FL 33458

9. Any Witnesses identified on City of West Palm Gardens' Witness List

10. Any and all other impeachment and/or rebuttal witnesses.

11. Any all treating and expert physicians and medical providers listed by Defendant in this matter.

**PLAITNIFF'S RESERVES THE RIGHT TO AMEND AND/OR SUPPLEMENT THIS WITNESS LIST.**

Respectfully submitted on this 25th day of November, 209.

                                        By: */s/ Matthew W. Dietz*
                                        Matthew W. Dietz, Esq.
                                        Fla. Bar No.: 0084905

*Quasha v. City of Palm Beach Gardens, Florida*
Case 9:19-cv-80825-DMM
Page **3** of 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this November 25, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record in the herewith service list, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

By: */s/ Matthew W. Dietz*
Matthew W. Dietz, Esq.
Fla. Bar No.: 0084905
DISABILITY INDEPENDENCE GROUP, INC.
2990 Southwest 35th Avenue
Miami, Florida 33133
Telephone (305) 669-2822
Facsimile (305) 442-4181
mdietz@justdigit.org
aa@justdigit.org

## SERVICE LIST

| | |
|---|---|
| E. BRUCE JOHNSON<br>FLA. BAR NO. 262137<br>SCOTT D. ALEXANDER<br>FLA. BAR NO. 057207<br>JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.<br>2455 East Sunrise Boulevard, Suite 1000<br>Fort Lauderdale, FL 33304<br>T: 954/463-0100/ F: 954/463-2444<br>Johnson@jambg.com<br>Young@jambg.com<br>Alexander@jambg.com<br>Blanca@jambg.com<br><br>*Attorneys for Defendant* | |

*Disability Independence Group, Inc. * 2990 SW 35th Avenue* Miami, FL 33133*