**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO: 19-CV-80825-DMM**

JENNIFER QUASHA, on behalf of her
son, H.Q., a minor

    Plaintiffs

vs.

CITY OF PALM BEACH GARDENS, FLORIDA

    Defendants
_____/

## **RESPONSE TO DEFENDANT, MOTION TO COMPEL**

COMES NOW, Plaintiff, JENNIFER QUASHA, on behalf of her son, H.Q., by and through undersigned counsel, and hereby file this response to Defendant's, CITY OF PALM BEACH GARDENS Motion to Compel Deposition Testimony against non-party, Michael Galluci [DE-39], and states as follows:

The Plaintiff lacks standing to object to the non-party subpoena, and has no objection to the taking of Mr. Galluci's deposition and asking questions about H.Q. The Plaintiff does not have standing to speak for other children or whether the School District would need a protective order or for other limitations on Mr. Galluci's testimony.

Respectfully submitted this 27th day of November, 2019.

                                  By:    s/ *Matthew W. Dietz*
                                            Matthew W. Dietz, Esq.
                                            FL BAR NO.: 0084905

*Quasha v. City of Palm Beach Gardens, FL*
*CASE NO.: 19-CV-80825-DMM*
*Page 2 of 2*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 27, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

>DISABILITY INDEPENDENCE GROUP, INC.
>2990 Southwest 35th Avenue
>Miami, Florida 33133
>Phone (305) 669-2822
>Facsimile (305) 442-4181
>E-Mail: mdietz@justdigit.org
>    aa@justdigit.org
>
>By:   s/ *Matthew W. Dietz*
>      Matthew W. Dietz, Esq.
>      FL BAR NO.: 0084905