UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80825-Civ-Middlebrooks/Brannon

JENNIFER QUASHA, on behalf of her son,
H.Q., a minor,

    Plaintiff,

vs.

CITY OF PALM BEACH GARDENS,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendant's, CITY OF PALM BEACH GARDENS Motion to Compel Deposition Testimony against non-party, Michael Galluci (the "Motion") [DE 39]. The Motion raises disputes relating to the deposition testimony of non-party Michael Galluci, who was H.Q.'s first grade teacher. The Motion is unopposed by Plaintiffs [DE 47]. Accordingly, the Court **ORDERS** as follows:

(1) The discovery hearing set for December 2, 2019 [41] is hereby **reset for December 12, 2019 at 10:30 A.M.**, 4th Floor, Courtroom 3, in the West Palm Beach Division before U.S. Magistrate Judge Dave Lee Brannon. Counsel must appear in person. One hour is reserved.

(2) Defendant shall forthwith serve a copy of this Order on an appropriate contact for non-party Michael Galluci. This may be accomplished by personal delivery; certified mail; express mail (such as FedEx or UPS); e-mail; or, other method designed to ensure that these individuals receive notice of this Order. Once this

1

non-party has been served, Defendant shall promptly file proof of completed service.

(3)     Responses to the Motion shall be filed **on or before 5:00 P.M. EST on December 9, 2019.**  Any replies shall be filed **on or before Noon 12:00 P.M. EST on December 11, 2019.**

**DONE AND ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 27nd day of November, 2019.

DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE