UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE #: 9:19-cv-80825-DMM**

JENNIFER QUASHA, on behalf of
her son, H.Q., a minor,

    Plaintiff,
vs.

CITY OF PALM BEACH GARDENS,
FLORIDA,

    Defendant.
                                          /

**DEFENDANT, CITY OF PALM BEACH GARDENS' REPLY
MEMORANDUM IN SUPPORT OF MOTION TO COMPEL
DEPOSITION TESTIMONY OF NON-PARTY, MICHAEL GALLUCI**

Defendant, CITY OF PALM BEACH GARDENS, by and through its undersigned counsel, files this Reply in Support of its Motion to Compel Deposition Testimony of non-party, Michael Galluci, and states:

Upon receipt of Plaintiff's Response, it remains apparent – as it was at the time of Mr. Galluci's deposition – that the Plaintiff, as mother of H.Q., has no objection to Mr. Galluci responding to questions pertinent to the issues in this case. Under the rules, that would be any question which is reasonably calculated to lead to the discovery of admissible evidence, interpreted broadly.

Defendant submits this Reply to inform the Court that the pertinent non-parties have been served with the Motion to Compel and the Paperless Order scheduling the discovery hearing. An attorney with the Palm Beach County Classroom Teachers Association has contacted defense counsel concerning the hearing, and it is anticipated that the non-party, Michael Galluci, will be represented at the hearing by counsel.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of November, 2019, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.  This motion has additionally been served by U.S. Mail upon Michael Gallucci, c/o Marsh Point Elementary, 12649 Ibiza Drive, Palm Beach Gardens, FL 33418; Palm Beach County Schools, The School District of Palm Beach County, 3300 Forest Hill Blvd., C-124, West Palm Beach, FL 33406; and Palm Beach County Classroom Teachers Association, 715 Spencer Drive, West Palm Beach, FL 33409.

|  |  |
|---|---|
| BY: | _/s/E. Bruce Johnson_ |
|  | E. BRUCE JOHNSON |
|  | FLA. BAR NO. 262137 |
| BY: | _/s/Scott D. Alexander_ |
|  | SCOTT D. ALEXANDER |
|  | FLA. BAR NO. 057207 |
|  | JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A. |
|  | **Attorneys for Defendant, City** |
|  | 2455 East Sunrise Boulevard, Suite 1000 |
|  | Fort Lauderdale, FL 33304 |
|  | 954/463-0100 Telephone |
|  | 954/463-2444 Facsimile |
|  | Johnson@jambg.com / Young@jambg.com |
|  | Alexander@jambg.com |

## SERVICE LIST

**MATTHEW W. DIETZ, ESQ.**
DISABILITY INDEPENDENCE GROUP, INC.
2990 SW 35th Avenue
Miami, FL 33133
(305) 669-2822 (Phone)
(305) 442-4181 (Fax)
mdietz@justdigit.org
aa@justdigit.org

**E. BRUCE JOHNSON, ESQ.**
**SCOTT D. ALEXANDER, ESQ.**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
**Attorneys for Defendant**
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
johnson@jambg.com
alexander@jambg.com
(954) 463-0100 (Phone)
(954) 463-2444 (Fax)