UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE #: 9:19-cv-80825-DMM**

JENNIFER QUASHA, on behalf of
her son, H.Q., a minor,

    Plaintiff,

vs.

CITY OF PALM BEACH GARDENS,
FLORIDA,

    Defendant.
_____/

## DEFENDANT, CITY OF PALM BEACH GARDENS', NOTICE OF FILING PROOF OF COMPLETED SERVICE ON NON-PARTY MICHAEL GALLUCCI

Defendant, CITY OF PALM BEACH GARDENS, by and through its undersigned counsel, hereby gives notice of filing the following FedEx receipts as proof of completed service of the Court's Order Rescheduling Discovery Hearing on December 12, 2019 upon non-party Michael Gallucci [DE 48]:

Exhibit A – FedEx Shipment Receipt to Denise Megiel at the Palm Beach County Classroom Teachers on December 2, 2019;

Exhibit B – FedEx Shipment Receipt to Michael Gallucci, c/o Marsh Point Elementary on December 2, 2019; and

Exhibit C – Fed Ex Shipment Receipt to Palm Beach County Schools, School District of Palm Beach County on December 2, 2019.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December, 2019, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by

first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

BY:  */s/E. Bruce Johnson*
E. BRUCE JOHNSON
FLA. BAR NO. 262137

BY:  */s/Scott D. Alexander*
SCOTT D. ALEXANDER
FLA. BAR NO. 057207
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
**Attorneys for Defendant, City**
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
954/463-0100 Telephone
954/463-2444 Facsimile
Johnson@jambg.com / Young@jambg.com
Alexander@jambg.com

## SERVICE LIST

**MATTHEW W. DIETZ, ESQ.**
DISABILITY INDEPENDENCE GROUP, INC.
2990 SW 35th Avenue
Miami, FL 33133
(305) 669-2822 (Phone)
(305) 442-4181 (Fax)
mdietz@justdigit.org
aa@justdigit.org

---

**E. BRUCE JOHNSON, ESQ.**
**SCOTT D. ALEXANDER, ESQ.**

JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
**Attorneys for Defendant**
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
johnson@jambg.com
alexander@jambg.com
(954) 463-0100 (Phone)
(954) 463-2444 (Fax)