

Blanca Benlevy <blanca@jambg.com>

# FedEx Shipment 777101230924 Delivered
1 message

**TrackingUpdates@fedex.com** <TrackingUpdates@fedex.com>
Reply-To: trackingmail@fedex.com
To: Blanca@jambg.com

Mon, Dec 2, 2019 at 8:50 AM

## Your package has been delivered
Tracking # 777101230924

Ship date:
Wed, 11/27/2019
**Scott Alexander**
Johnson, Anselmo
Ft. Lauderdale, FL 33304
US


Delivered

Delivery date:
Mon, 12/2/2019 8:48 am
**Denise Megiel or Manager**
Palm Beach County Classroom Teacher
715 Spencer Drive
WEST PALM BEACH, FL 33409
US



### Shipment Facts
Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 777101230924 |
| **Status:** | Delivered: 12/02/2019 08:48 AM Signed for By: L.SWANK |
| **Door Tag number:** | DT105434324168 |
| **Reference:** | 640/39219-Quasha-SDA |
| **Signed for by:** | L.SWANK |
| **Delivery location:** | WEST PALM BEACH, FL |
| **Delivered to:** | Receptionist/Front Desk |
| **Service type:** | FedEx Priority Overnight® |
| **Packaging type:** | FedEx® Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 0.50 lb. |
| **Special handling/Services:** | Deliver Weekday |
| **Standard transit:** | 11/29/2019 by 10:30 am |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 7:50 AM CST on 12/02/2019.
All weights are estimated.