

Blanca Benlevy <blanca@jambg.com>

# FedEx Shipment 777101201480 Delivered
1 message

---

**TrackingUpdates@fedex.com** <TrackingUpdates@fedex.com>
Reply-To: trackingmail@fedex.com
To: blanca@jambg.com

Mon, Dec 2, 2019 at 10:05 AM

## Your package has been delivered
Tracking # 777101201480

Ship date:
Wed, 11/27/2019

**Scott Alexander**
Johnson, Anselmo
Ft. Lauderdale, FL 33304
US



Delivered

Delivery date:
Mon, 12/2/2019 10:03 am

**Palm Beach County Schools**
The School District of Palm Beach C
3300 Forest Hill Blvd.
C-124
WEST PALM BEACH, FL 33406
US

### Shipment Facts
Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 777101201480 |
| **Status:** | Delivered: 12/02/2019 10:03 AM Signed for By: E.RIVERA |
| **Reference:** | 640/39219-Quasha-SDA |
| **Signed for by:** | E.RIVERA |
| **Delivery location:** | West Palm Beach, FL |
| **Delivered to:** | Receptionist/Front Desk |
| **Service type:** | FedEx Priority Overnight® |
| **Packaging type:** | FedEx® Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 0.50 lb. |
| **Special handling/Services:** | Deliver Weekday |
| **Standard transit:** | 12/2/2019 by 10:30 am |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:05 AM CST on 12/02/2019.
All weights are estimated.