# Matthew Dietz

**From:** Scott Alexander <alexander@jambg.com>
**Sent:** Monday, December 2, 2019 1:34 PM
**To:** Matthew Dietz
**Subject:** Re: Grant info

Risk Manager was out for entire week of Thanksgiving.  Just left a message.

On Mon, Dec 2, 2019 at 8:50 AM Matthew Dietz <mdietz@justdigit.org> wrote:

> Scott, I am following up on this again.  Please can you advise of the status of the disc and the notes?

**From:** Matthew Dietz
**Sent:** Thursday, November 21, 2019 10:50 AM
**To:** Scott Alexander <alexander@jambg.com>
**Subject:** RE: Grant info

Nope.  I don't disagree.  Looking forward to doing a lot of reading.

**From:** Scott Alexander <alexander@jambg.com>
**Sent:** Wednesday, November 20, 2019 11:30 AM
**To:** Matthew Dietz <mdietz@justdigit.org>
**Subject:** Re: Grant info

I am also going to send a disc with 3 years of Marsh emails.  I suspect it will take a month to read them all.

On the issue of Pietro's timeline, I need to read back his deposition testimony before committing to whether we intend to produce it.  As I recall, he specifically stated that he began to keep a timeline of events because he saw this was heading to litigation, and that he did so in conjunction with a department head.  If, in fact, a management level employee, in conjunction with a department head, began to maintain a timeline in anticipation of litigation, that arguably constitutes privileged material under the work product doctrine.  Do you disagree?

On Wed, Nov 20, 2019 at 8:44 AM Matthew Dietz <mdietz@justdigit.org> wrote:

> Scott.  I agree, and I think I am kicking a dead horse.  The reason why I want to docs is to establish a sufficient
> connection and control of the city to control what occurs on its fields.  I think ownership of the land is sufficient, and



all of the other items obtained thus far. If this is not an issue, then I won't press for the other rfps. Your folks said "partnership."

But, what is the status of the notes and chronology from the witness we had last week?

Thanks,

Matt

Sent from my iPad


Matthew W. Dietz, Esq.

Litigation Director

Disability Independence Group, Inc.

2990 Southwest 35th Avenue

Miami, FL 33133

Tel: (305) 669-2822

Fax: (305) 442-4181

TTY: (786) 621-5647

e-mail: mdietz@justDIGit.org

web: www.justDIGit.org


Expanding Opportunities for Persons with Disabilities

On Nov 19, 2019, at 4:13 PM, Scott Alexander <alexander@jambg.com> wrote:

Attached is the grant documentation that you requested. It appears that irrespective of whether we resolve all of the issues, that we will be before the Magistrate on the non-party issue anyway. Nonetheless, I am hopeful that the parties will not have any issues to bring to the Magistrate's attention that day as his Order encourages the parties to continue to work toward resolving.

--
Scott D. Alexander
Johnson, Anselmo, Murdoch,
  Burke, Piper & Hochman, P.A.
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
Tel: 954-463-0100
Fax: 954-463-2444
Alexander@JAMBG.COM<mailto:Alexander@JAMBG.COM>

<Agreement 12.17.15 with attachments.pdf>

<Agreement 10.3.17 with attachments.pdf>

<Agreement 10.19.18 with attachments.pdf>

<Agreement 10.23.19 with attachments.pdf>

--

Scott D. Alexander

Johnson, Anselmo, Murdoch,

  Burke, Piper & Hochman, P.A.

2455 E. Sunrise Boulevard, Suite 1000

Fort Lauderdale, FL 33304

Tel: 954-463-0100

Fax: 954-463-2444

Alexander@JAMBG.COM

--
Scott D. Alexander
Johnson, Anselmo, Murdoch,
   Burke, Piper & Hochman, P.A.
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
Tel: 954-463-0100
Fax: 954-463-2444
Alexander@JAMBG.COM