IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 19-CV-80825-DMM

JENNIFER QUASHA, on behalf of her
son, H.Q., a minor

    Plaintiffs

vs.

CITY OF PALM BEACH GARDENS, FLORIDA

    Defendants

_____/

## PLAINTIFF'S SECOND REQUEST FOR PRODUCTION TO DEFENDANT

COMES NOW, Plaintiff, JENNIFER QUASHA, on behalf of her son, H.Q., by and through the undersigned counsel and pursuant to Rule 34 of Federal Rules of Civil Procedure, hereby requests Defendant, CITY OF PALM BEACH GARDENS, FLORIDA, provide responsive documents to the following Request for Production.

1. If any document is claimed to be immune from discovery on the ground of privilege, please indicate the author, date, recipient and general subject matter of the document, together with the basis on which the privilege is asserted, in lieu of propounding the document.

2. If any of the documents cannot be produced in full, produce to the extent possible, and specify the reasons for the inability to produce the remainder.

3. This document request is a continuing one. If, after producing documents, you obtain or become aware of any further documents responsive to this request, you are hereby requested to produce such additional documents.



## DEFINITIONS

1. "Defendant," or "PALM BEACH GARDENS," means Defendant, CITY OF PALM BEACH GARDENS, FLORIDA including all predecessors and/or successors, subsidiaries, divisions, and related or affiliated organizations, as well as any past or present member, director, officer, agent, employee, counsel, investigator or any other person or entity (apparently or actually) representing or acting for or on its behalf.

2. "Plaintiff," or "QUASHA," means Plaintiff, JENNIFER QUASHA, on behalf of her son, H.Q, including all agents, brokers, attorneys and/or and related or affiliated persons, agents, employees, counsel, investigators or any other person or entity (apparently or actually) representing or acting for JENNIFER QUASHA or on behalf of H.Q.

3. "You" or "Your" includes Defendant and all predecessors and/or successors, subsidiaries, divisions, and related or affiliated organizations, as well as any past or present member, director, officer, agent, employee, counsel, investigator or any other person or entity (apparently or actually) representing or acting for or on its behalf. This specifically includes all members of the CITY OF PALM BEACH GARDENS, FLORIDA's, employees, agents, attorneys, and managers.

4. "PBGYAA" means the Palm Beach Gardens Youth Athletic Association, including all predecessors and/or successors, subsidiaries, divisions, leagues, and related or affiliated organizations, as well as any past or present member, director, officer, volunteer, agent, employee, counsel, or any other person or entity (apparently or actually) representing or acting for or on its behalf

5. "Person" or "Persons" means any natural person or other legal entity, including without limitation any corporation, partnership, business, trust, agency, joint venture, or governmental organization, department or entity.

6. "Communication" means an instance in which words or information are transferred or transmitted between two or more persons by whatever manner or means, and regardless of how or by whom the communication was initiated, including, but not limited to, written or electronic correspondence, telephonic or in-person conversation, memoranda, manuals, notices, instructions, meetings, requests, demands, and conferences.

7. "Document" or "documents" are defined to be synonymous in meaning and equal in scope to the usage of the term "documents" in Fed. R. Civ. P. 34(a) and include(s) the term "writing." Unless the producing party demonstrates undue burden or other grounds sufficient to meet the requirements of Fed. R. Civ. P. 26(c), electronic mail is included within the definition of the term "document." It also means and refers to all originals, copies, duplicates, drafts, reproductions or other recordings of any written, graphic or other matter, whether inscribed by hand or by mechanical, electronic, photographic, video, phonic or any other means, including, but not limited to, correspondence, ledgers, journals, drawings, papers, books, accounts, photographs,

objects, telegrams, notes, memoranda, intra-office communications, reports, studies, projects, analyses, contracts, licenses, agreements, books of account, manuals, instructions, vouchers, invoices, receipts, working papers, file folders, labels or jackets, drafts, statistical records, tax returns and work papers, calendars, appointment books, diaries, time sheets or logs, job or transaction files, bills, statements, agendas, minutes, bulletins, notices, computer runs, pamphlets, lists, brochures, periodicals, charts, indices, bank records or statements, canceled checks, check receipt journals, accounting or financial statements, microfilm, microfiche, video, audio or computer tape or disks, data processing cards or programs, computerized records, electronic mail, electronically stored or computerized information and data stored on hard drives, floppy disks, compact discs, laptop computers, back-up storage devices, or handheld electronic devices, and any other "writing" of any nature and any other mechanical recording or reproduction of any sound or visual image of any nature. Every draft or preliminary form of a document and every copy bearing notations or marks not found on the original or other copies constitutes a separate document for identification and production.

8. "Identify" when referring to a person means that you shall set forth, to the extent known, the person's full name, present or last known address, and, when referring to a natural person, their present or last known place of employment. Once a person has been identified in accordance with this paragraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

9. "Identify" when referring to documents means (l) the type of document; (2) the general subject matter; (3) the date of the document; and (4) author(s), addressee(s), recipient(s), or, alternatively to produce the document.

10. The present tense includes the past and future tenses. The singular includes the plural, and the plural includes the singular. "All" means "any and all;" "any" means "any and all." "Including" means "including but not limited to." "And" and "or" encompass both "and" and "or". Words in the masculine, feminine or neutral form shall include each of the other genders.

11. "Policy or Practice" means any official or unofficial policy, custom or practice, whether mandatory or discretionary, and is not limited to formal written procedures.

12. For the purposes of this document, a "reasonable accommodation," or any variant of it, is a change, exception, modification or adjustment to "rules, practices, or services", as defined by the Americans with Disabilities Act that may be necessary for a person with a disability to have an equal opportunity to use and enjoy a program, premises, or services of a governmental facility.

## SECOND REQUEST FOR PRODUCTION

1. City of Palm Beach Gardens Recreational Facilities Use Policies and Procedure Manual and any amendments from January 2017 to the present (as referred to in Section 4.07 of the Palm Beach County Lease Agreement dated January 23 2018, to facilitate the development of district park property.

2. From 2017 to the present, all policies, procedures or guidelines used by the City of Palm Beach Gardens for responding to accommodation requests, complaints, grievance polices, or appeals procedures under the Americans with Disabilities Act or Section 504 of the Rehabilitation Act.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2019, a true and correct copy of the foregoing was served electronically to the attorney of record listed in the service list.

By: /s/ *Matthew W. Dietz*
Matthew W. Dietz, Esq.
Fla. Bar No.: 0084905
DISABILITY INDEPENDENCE GROUP, INC.
2990 Southwest 35th Avenue
Miami, Florida 33133
P: (305) 669-2822/ F:(305) 442-4181
mdietz@justdigit.org
aa@justdigit.org

*Quasha v. City of Palm Beach Gardens, FL*
*Case No.: 19-cv-80825-DMM*
*Page 5 of 5*

## SERVICE LIST

E. BRUCE JOHNSON
FLA. BAR NO. 262137
SCOTT D. ALEXANDER
FLA. BAR NO. 057207
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
T: 954/463-0100/ F: 954/463-2444
Johnson@jambg.com
Young@jambg.com
Alexander@jambg.com
Blanca@jambg.com

*Attorneys for Defendant*