IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 9:19-cv-80825-DMM

JENNIFER QUASHA, on behalf of her
son, H.Q., a minor

    Plaintiffs

vs.

CITY OF PALM BEACH GARDENS, FLORIDA

    Defendants
_____/

## MOTION TO APPEAR TELEPHONICALLY AND NOTICE OF FILING

COMES NOW, Plaintiff, JENNIFER QUASHA, on behalf of her son, H.Q., by and though the undersigned counsel, respectfully requests to appear by telephone or to be excused from the hearing on December 12, 2019 on the Motion to Compel Non-Party. The Plaintiff has no objection to the relief ins such motion, and because the non-party is represented, such non-party's interests will be protected. In addition, the undersigned provides the court the attached emails which were all the discussions between the undersigned and counsel for the Defendant relating to the motion hearing to demonstrate that there was *no* basis whatsoever for impugning the undersigned's character.

Respectfully submitted this 11th day of December, 2019.

By: s/ *Matthew W. Dietz*
Matthew W. Dietz, Esq.
Florida Bar No. 84905

*Quasha v. City of Palm Beach Gardens, FL*
*Case No.: 19-cv-80825-DMM*
*Page 2 of 2*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 11, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record in the herewith service list, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

DISABILITY INDEPENDENCE GROUP, INC.
2990 Southwest 35th Avenue
Miami, Florida 33133
Tel: (305) 669-2822
Fax: (305) 442-4181
Email: Mdietz@justDIGit.org
aa@justdigit.org


By: s/ *Matthew W. Dietz*
MATTHEW W. DIETZ, ESQ.
Florida Bar No.: 0084905