| | |
|---|---|
| **From:** | Matthew Dietz |
| **To:** | Scott Alexander |
| **Cc:** | Admin Assistant |
| **Subject:** | RE: Grant info |
| **Date:** | Tuesday, December 10, 2019 9:27:51 AM |
| **Attachments:** | image001.png |
| | image002.png |

Then I'll file a memo as contemplated by the Order now.  Thanks.

## Matthew W. Dietz, Esq.

Litigation Director
Disability Independence Group, Inc.
2990 Southwest 35th Avenue
Miami, FL 33133
Tel: (305) 669-2822
Fax: (305) 442-4181
TTY: (786) 621-5647
e-mail: mdietz@justDIGit.org
web: www.justDIGit.org



Expanding Opportunities for Persons with Disabilities

**From:** Scott Alexander <alexander@jambg.com>
**Sent:** Tuesday, December 10, 2019 9:27 AM
**To:** Matthew Dietz <mdietz@justdigit.org>
**Cc:** Admin Assistant <aa@justdigit.org>
**Subject:** Re: Grant info

The City has been reminded of your requests.  I am not attending primarily because I am not available (expert deposition in another case), and because the court prefers younger attorneys to handle these motions.  That said, I don't think one could reasonably read the Court's Discovery Order as permitting argument as to other discovery issues plainly not set for hearing, without notice provided to the other side as contemplated by the Order, as that would constitute error.

On Tue, Dec 10, 2019 at 9:19 AM Matthew Dietz <mdietz@justdigit.org> wrote:

> The other two outstanding issues are the timeline from the employee from the city that we have discussed, and the policies and procedures which I requested.  Please advise as to the production of these documents.

While I appreciate the fact that a newer attorney is going to argue your motion, that does not prohibit you from attending as well, and it definitely does not prejudice my ability to ensure that I receive requested discovery.  I would prefer to receive the documents, however, the court is going to ask if there are other outstanding issues, and I will not prejudice my case by your choice of counsel to attend the hearing.

### Matthew W. Dietz, Esq.
Litigation Director
Disability Independence Group, Inc.
2990 Southwest 35th Avenue
Miami, FL 33133
Tel: (305) 669-2822
Fax: (305) 442-4181
TTY: (786) 621-5647
e-mail: mdietz@justDIGit.org
web: www.justDIGit.org



Expanding Opportunities for Persons with Disabilities


**From:** Scott Alexander <alexander@jambg.com>
**Sent:** Tuesday, December 10, 2019 9:13 AM
**To:** Matthew Dietz <mdietz@justdigit.org>
**Subject:** Re: Grant info

Mr. Dietz,

Pursuant to the Court's expressed preference in #6 of the attached Order Setting Discovery Procedure, I am sending our firm's youngest associate to present the issues concerning Mr. Galluci's refusal to testify.  She will not be prepared to, nor will she be addressing any matters other than those properly before the Court at the time of the hearing.  I have requested that a link containing the Marsh emails be forwarded to you today.  If, however, there remains any outstanding discovery issues between the parties after your receipt of that link, the attached Order provides the sole method for addressing the dispute, which obviously is not raising issues with the Magistrate that are not set for hearing and not properly before the court, particularly when the two primary attorneys handling the case are not present.

Scott D. Alexander

> On Tue, Dec 10, 2019 at 7:19 AM Matthew Dietz <mdietz@justdigit.org> wrote:
>
>> Scott, we have a hearing in two days, and I still have not received any of the discovery, or notice about the policies and procedures from the last request, and I am concerned about the delay. Please advise if I will receive the discovery by the hearing. If I do not receive any better clue than its at the risk manager, I will ask the magistrate to order production.
>>
>> Thanks for your attention to this matter.
>>
>> Sent from my iPad
>>
>> Matthew W. Dietz, Esq.
>> Litigation Director
>> Disability Independence Group, Inc.
>> 2990 Southwest 35th Avenue
>> Miami, FL 33133
>> Tel: (305) 669-2822
>> Fax: (305) 442-4181
>> TTY: (786) 621-5647
>> e-mail: mdietz@justDIGit.org
>> web: www.justDIGit.org
>> Expanding Opportunities for Persons with Disabilities
>>
>>> On Dec 2, 2019, at 1:33 PM, Scott Alexander <alexander@jambg.com> wrote:

--
Scott D. Alexander
Johnson, Anselmo, Murdoch,
  Burke, Piper & Hochman, P.A.
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
Tel: 954-463-0100
Fax: 954-463-2444
Alexander@JAMBG.COM


--
Scott D. Alexander
Johnson, Anselmo, Murdoch,

Burke, Piper & Hochman, P.A.
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
Tel: 954-463-0100
Fax: 954-463-2444
[Alexander@JAMBG.COM](mailto:Alexander@JAMBG.COM)