UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 19-CV-80825-DMM

JENNIFER QUASHA, on behalf of her son, H.Q., a minor,
PLAINTIFF(s)
v.
CITY OF PALM BEACH GARDENS, FLORIDA,
DEFENDANT(s)
_____/

| | |
|---|---|
| Matthew Dietz, Esquire | Scott Alexander, Esquire |
| Disability Independence Group, Inc. | Johnson Anselmo, et al. |
| 2990 SW 35th Avenue | 2455 E. Sunrise Boulevard, Suite 1000 |
| Miami, FL 33133 | Ft. Lauderdale, FL 33304 |
| Email: mdietz@justDIGit.org; | Email: alexander@jambg.com; |
| AA@usdisabilitylaw.com; | blanca@jambg.com |
| aa@justdigit.org | |

## NOTICE OF MEDIATION

**YOU ARE HEREBY NOTIFIED,** pursuant to the agreement of the parties and the provisions of Florida Statutes Chapter 44, that a Mediation Conference has been scheduled as follows:

*Mediator:* **Alvin Capp**
*Mediation Date:* **January 13, 2020**
*Mediation Time:* **1:00 P.M.**
*Mediation Location:* **Upchurch Watson White & Max, 1645 Palm Beach Lakes Blvd., Suite 400 Iberia Bank Bldg, West Palm Beach, FL 33401**
*Time Reserved:* **2.00 Hours**

The terms and provisions of the confirmation letter accompanying this Notice of Mediation are hereby incorporated by reference into this Notice of Mediation.
If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled to the provision of certain assistance at no cost to you. Please contact the ADA Coordinator in the Administrative office of Upchurch Watson White & Max, 125 S. Palmetto Avenue, Daytona Beach, FL 32114, Telephone 386-253-1560 or 800-264-2622, within two (2) working days of receipt of this Notice of Mediation.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Mediation has been served by e-mail to the above named addressees on Thursday, December 12, 2019.

UPCHURCH WATSON WHITE & MAX
Royal Palm at Southpointe
900 South Pine Island Road, Suite 410
Plantation, FL 33324
Phone: 954-423-8856 / Fax: 954-334-2838
Toll Free: 800-863-1462
Website: www.uww-adr.com

BY: *[signature]*
**Charles N. Tetunic, Esquire~ Shareholder**
**FL Bar No. 336191**
**FOR: Alvin Capp**