UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE #: 9:19-cv-80825-DMM**

JENNIFER QUASHA, on behalf of
her son, H.Q., a minor,

    Plaintiff,

vs.

CITY OF PALM BEACH GARDENS,
FLORIDA,

    Defendant.
_____/

**DEFENDANT, CITY OF PALM BEACH GARDENS', NOTICE OF FILING
PROOF OF COMPLETED SERVICE ON NON-PARTY MICHAEL GALLUCCI**

    Defendant, CITY OF PALM BEACH GARDENS, by and through its undersigned counsel, hereby gives notice of filing the following FedEx receipt as proof of completed service of the Court's Order Memorializing Court Rulings at Discovery Hearing [DE 59], together with the Defendant's Notice of Taking Deposition of Michael Gallucci, upon non-party, Michael Gallucci:

    Exhibit A – FedEx Shipment Receipt to Michael Gallucci, c/o Marsh Point Elementary on December 13, 2019.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 18th day of December, 2019, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via

transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

        BY:    */s/E. Bruce Johnson*
                 E. BRUCE JOHNSON
                 FLA. BAR NO. 262137
        BY:    */s/Scott D. Alexander*
                 SCOTT D. ALEXANDER
                 FLA. BAR NO. 057207
                 JOHNSON, ANSELMO, MURDOCH,
                 BURKE, PIPER & HOCHMAN, P.A.
                 **Attorneys for Defendant, City**
                 2455 East Sunrise Boulevard, Suite 1000
                 Fort Lauderdale, FL 33304
                 954/463-0100 Telephone
                 954/463-2444 Facsimile
                 Johnson@jambg.com / Young@jambg.com
                 Alexander@jambg.com

## SERVICE LIST

**MATTHEW W. DIETZ, ESQ.**
DISABILITY INDEPENDENCE GROUP, INC.
2990 SW 35th Avenue
Miami, FL 33133
(305) 669-2822 (Phone)
(305) 442-4181 (Fax)
mdietz@justdigit.org
aa@justdigit.org

**E. BRUCE JOHNSON, ESQ.**
**SCOTT D. ALEXANDER, ESQ.**

JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
**Attorneys for Defendant**
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
johnson@jambg.com
alexander@jambg.com
(954) 463-0100 (Phone)
(954) 463-2444 (Fax)