

Blanca Benlevy <blanca@jambg.com>

# FedEx Shipment 777228618901 Delivered
1 message

**TrackingUpdates@fedex.com** <TrackingUpdates@fedex.com>
Reply-To: trackingmail@fedex.com
To: blanca@jambg.com

Fri, Dec 13, 2019 at 9:01 AM



## Your package has been delivered
Tracking # 777228618901

**Ship date:**
Thu, 12/12/2019

**Scott Alexander**
Johnson, Anselmo
Ft. Lauderdale, FL 33304
US



Delivered

**Delivery date:**
Fri, 12/13/2019 8:58 am

**Michael Gallucci**
c/o Marsh Point Elementary
12649 Ibiza Drive
PALM BEACH GARDENS, FL 33418
US

### Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 777228618901 |
| **Status:** | Delivered: 12/13/2019 08:58 AM Signed for By: J.MEDINA |
| **Reference:** | 640/39219-Quasha-SDA |
| **Signed for by:** | J.MEDINA |
| **Delivery location:** | PALM BEACH GARDENS, FL |
| **Delivered to:** | Receptionist/Front Desk |
| **Service type:** | FedEx Priority Overnight® |
| **Packaging type:** | FedEx® Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 0.50 lb. |
| **Special handling/Services:** | Deliver Weekday |
| **Standard transit:** | 12/13/2019 by 10:30 am |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:01 AM CST on 12/13/2019.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2019 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.