IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 19-CV-80825-DMM

JENNIFER QUASHA, on behalf of her
son, H.Q., a minor

    Plaintiffs

vs.

CITY OF PALM BEACH GARDENS, FLORIDA

    Defendants
_____/

## UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

COMES NOW Plaintiff, JENNIFER QUASHA, on behalf of her son, H.Q., by and though the undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(2), hereby moves this Court to dismiss the action without prejudice filed against Defendant, CITY OF PALM BEACH GARDENS, FLORIDA.

Respectfully Submitted on this 8th day of January, 2020

                                              By: *s/ Matthew W. Dietz*
                                              Matthew W. Dietz, Esq.
                                              Florida Bar No. 0084905

*Quasha v. City of Palm Beach Gardens, FL*
Case No.: 19-cv-80825-DMM
Page 2 of 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 8, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record in the herewith service list, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

DISABILITY INDEPENDENCE GROUP, INC.
2990 Southwest 35th Avenue
Miami, Florida 33133
Tel: (305) 669-2822
Fax: (305) 442-4181
Email: Mdietz@justDIGit.org
aa@justdigit.org

By: s/ *Matthew W. Dietz*
MATTHEW W. DIETZ, ESQ.
Florida Bar No.: 0084905