UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE #: 9:19-cv-80825-DMM**

JENNIFER QUASHA, on behalf of
her son, H.Q., a minor,

    Plaintiff,

vs.

CITY OF PALM BEACH GARDENS,
FLORIDA,

    Defendant.
_____/

**DEFENDANT, CITY OF PALM BEACH GARDENS' RESPONSE TO PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL**

Defendant, CITY OF PALM BEACH GARDENS, by and through its undersigned counsel, responds to Plaintiff's Motion for Voluntary Dismissal, and states:

Plaintiff moved this Court for a voluntary dismissal of this action, stating that the motion was unopposed. While the CITY does not oppose this action being dismissed against it, that dismissal should be "on terms that the court considers proper." *Rule 41(a)(2), Fed.R.Civ.P.* Defendant, CITY, informs the Court that it has advised Plaintiff's counsel through e-mail communications leading up to the dismissal motion that the CITY has "no objection" to Plaintiff's counsel *withdrawing as counsel* (a motion seeking that relief has not been filed), but that the CITY will not be waiving any entitlement to move for taxable costs. *See*, Exhibit "A."

Thus, should the Court grant Plaintiff's motion, Defendant, CITY, respectfully requests that it do so in a manner which does not impair the CITY's right, as a prevailing litigant, to move for its taxable costs.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of January, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants. This motion has additionally been served by U.S. Mail upon Michael Gallucci, c/o Marsh Point Elementary, 12649 Ibiza Drive, Palm Beach Gardens, FL 33418; Palm Beach County Schools, The School District of Palm Beach County, 3300 Forest Hill Blvd., C-124, West Palm Beach, FL 33406; and Palm Beach County Classroom Teachers Association, 715 Spencer Drive, West Palm Beach, FL 33409.

BY: */s/E. Bruce Johnson*
E. BRUCE JOHNSON
FLA. BAR NO. 262137

BY: */s/Scott D. Alexander*
SCOTT D. ALEXANDER
FLA. BAR NO. 057207
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
**Attorneys for Defendant, City**
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
954/463-0100 Telephone
954/463-2444 Facsimile
Johnson@jambg.com / Young@jambg.com
Alexander@jambg.com

## SERVICE LIST

**MATTHEW W. DIETZ, ESQ.**
DISABILITY INDEPENDENCE GROUP, INC.
2990 SW 35th Avenue
Miami, FL 33133
(305) 669-2822 (Phone)
(305) 442-4181 (Fax)
mdietz@justdigit.org
aa@justdigit.org

---

**E. BRUCE JOHNSON, ESQ.**
**SCOTT D. ALEXANDER, ESQ.**

JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
**Attorneys for Defendant**
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
johnson@jambg.com
alexander@jambg.com
(954) 463-0100 (Phone)
(954) 463-2444 (Fax)