

Scott Alexander <alexander@jambg.com>

## Re: Quasha
1 message

**Scott Alexander** <alexander@jambg.com>  Tue, Jan 7, 2020 at 5:26 PM
To: Matthew Dietz <mdietz@justdigit.org>

No objection.

On Tue, Jan 7, 2020 at 5:16 PM Matthew Dietz <mdietz@justdigit.org> wrote:

> Scott – I have not heard back from my clients regarding the dismissal. I would like to file a motion to withdraw in the morning if I do not hear from them. Do you have an objection to the withdrawal.
>
> **Matthew W. Dietz, Esq.**
>
> Litigation Director
>
> Disability Independence Group, Inc.
>
> 2990 Southwest 35th Avenue
>
> Miami, FL 33133
>
> Tel: (305) 669-2822
>
> Fax: (305) 442-4181
>
> TTY: (786) 621-5647
>
> e-mail: mdietz@justDIGit.org
>
> web: www.justDIGit.org
>
> 
>
> Expanding Opportunities for Persons with Disabilities
>
> **From:** Scott Alexander <alexander@jambg.com>
> **Sent:** Tuesday, January 7, 2020 11:25 AM
> **To:** Matthew Dietz <mdietz@justdigit.org>
> **Subject:** Re: Quasha

Exhibit A

I have been told not to waive the right to seek costs at this time, but we will not be moving for attorney's fees. I do not know for certain whether the City will actually ask me to move for the costs. The City, however, is more interested in a record of having prevailed, particularly in light of the bad press Ms. Quasha heaped upon the City with allegations that the City cares more about profits from peanut sales than the health of her child.

On Tue, Jan 7, 2020 at 10:19 AM Matthew Dietz <mdietz@justdigit.org> wrote:

> Please advise if your clients intend to go after the quashas for costs. Thanks.
>
> Matthew W. Dietz, Esq.
>
> Litigation Director
>
> Disability Independence Group, Inc.
>
> 2990 Southwest 35th Avenue
>
> Miami, FL 33133
>
> Tel: (305) 669-2822
>
> Fax: (305) 442-4181
>
> TTY: (786) 621-5647
>
> e-mail: mdietz@justDIGit.org
>
> web: www.justDIGit.org
>
> 
>
> Expanding Opportunities for Persons with Disabilities
>
> **From:** Scott Alexander <alexander@jambg.com>
> **Sent:** Tuesday, January 7, 2020 10:17 AM
> **To:** Matthew Dietz <mdietz@justdigit.org>
> **Subject:** Quasha
>
> Mr. Dietz,
>
> The City does not agree to any stipulation or settlement as it relates to the lawsuit; however, Plaintiff may move to dismiss as set forth in Rule 41, Fed.R.Civ.P. If you have any questions, do not hesitate to contact me.