**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO: 19-CV-80825-DMM**

JENNIFER QUASHA, on behalf of her
son, H.Q., a minor

      Plaintiffs

vs.

CITY OF PALM BEACH GARDENS, FLORIDA

      Defendants

_____/

## REPLY TO RESPONSE TO UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

      COMES NOW Plaintiff, JENNIFER QUASHA, on behalf of her son, H.Q., by and though the undersigned counsel, and replies to the Defendant, CITY OF PALM BEACH GARDENS, FLORIDA, and states that the Plaintiff was relying on Rule 41(2) – which states as follows:

      (2) By Court Order; Effect. Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. …. Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice.

      While the correspondence between parties is irrelevant and unnecessary, including whether the undersigned was going to withdraw.  However, on January 7, 2020, at 10:17 AM, Mr. Alexander stated:

      The City does not agree to any stipulation or settlement as it relates to the lawsuit; however, Plaintiff may move to dismiss as set forth in Rule 41, Fed.R.Civ.P.  If you have any questions, do not hesitate to contact me.

Accordingly, this is what the Plaintiff has done.

      Respectfully Submitted on this 8th day of January, 2020

            By: */s/ Matthew W. Dietz*
            Matthew W. Dietz, Esq.
            Florida Bar No. 0084905

*Quasha v. City of Palm Beach Gardens, FL*
*Case No.: 19-cv-80825-DMM*
*Page 2 of 2*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 8, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record in the herewith service list, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

DISABILITY INDEPENDENCE GROUP, INC.
2990 Southwest 35th Avenue
Miami, Florida 33133
Tel: (305) 669-2822
Fax: (305) 442-4181
Email: Mdietz@justDIGit.org
aa@justdigit.org

By: s/ *Matthew W. Dietz*
MATTHEW W. DIETZ, ESQ.
Florida Bar No.: 0084905