UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE #: 9:19-cv-80825-DMM**

JENNIFER QUASHA, on behalf of
her son, H.Q., a minor,

    Plaintiff,

vs.

CITY OF PALM BEACH GARDENS,
FLORIDA,

    Defendant.
_____/

**APPENDIX IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

Defendant, CITY OF PALM BEACH GARDENS, by and through its undersigned counsel, and pursuant to Rule 56, Federal Rules of Civil Procedure, and Rule 7.5, Local Rules for the Southern District of Florida, hereby files this Appendix in support of its Motion for Summary Judgment.

Tab 1 :    Deposition transcript of Anthony Badala dated November 11, 2019

Tab 2 :    Deposition transcript of Seth Abrams dated November 11, 2019

Tab 3 :    Deposition transcript of Jennifer Quasha dated August 27, 2019

Tab 4 :    Deposition transcript of Daniel Prieto dated November 13, 2019

Tab 5 :    Deposition transcript of Michael Galluci dated November 11, 2019

Tab 6 :    Deposition transcript of Stephen Stepp dated November 13, 2019

Tab 7 :    Deposition transcript of Dr. Elena Perez dated December 16, 2019, together with exhibits

1

Tab 8 : Declaration of Stephen Stepp dated August 16, 2019

Tab 9 : Declaration of Daniel Prieto

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of January, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

|  |  |
|---|---|
| BY: | /s/E. Bruce Johnson |
|  | E. BRUCE JOHNSON |
|  | FLA. BAR NO. 262137 |
| BY: | /s/Scott D. Alexander |
|  | SCOTT D. ALEXANDER |
|  | FLA. BAR NO. 057207 |
|  | JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A. |
|  | **Attorneys for Defendant, City** |
|  | 2455 East Sunrise Boulevard, Suite 1000 |
|  | Fort Lauderdale, FL 33304 |
|  | 954/463-0100 Telephone |
|  | 954/463-2444 Facsimile |
|  | Johnson@jambg.com / Young@jambg.com Alexander@jambg.com |

2

## **SERVICE LIST**

**MATTHEW W. DIETZ, ESQ.**
DISABILITY INDEPENDENCE GROUP, INC.
2990 SW 35th Avenue
Miami, FL 33133
(305) 669-2822 (Phone)
(305) 442-4181 (Fax)
mdietz@justdigit.org
aa@justdigit.org


**E. BRUCE JOHNSON, ESQ.**
**SCOTT D. ALEXANDER, ESQ.**


JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
**Attorneys for Defendant**
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
johnson@jambg.com
alexander@jambg.com
(954) 463-0100 (Phone)
(954) 463-2444 (Fax)