Anthony Badala
November 11, 2019

1          UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
2
              CASE NO. 9:19-CV-80825-DMM
3
   _____/
4
   JENNIFER QUASHA, on behalf of her son,
5  H.Q., a minor,

6                 Plaintiff,

7  vs.

8
   CITY OF PALM BEACH GARDENS, FLORIDA,
9
                  Defendant.
10 _____/

11

12          DEPOSITION OF ANTHONY BADALA

13               Pages 1 - 84

14

15

16          November 11, 2019
            11:51 a.m. - 2:00 p.m.
17          444 West Railroad Avenue
            West Palm Beach, Florida 33401
18

19

20

21       Stenographically Reported By:
              Terri Becker, CSR
22       Certified Shorthand Reporter

23          Job No. 2008895

24

25

Anthony Badala
November 11, 2019                           2

```
 1                        APPEARANCES

 2
     ON BEHALF OF THE PLAINTIFF:
 3
          DISABILITY INDEPENDENCE GROUP, INC.
 4        2990 S.W. 35th Avenue
          Miami, Florida 33133
 5        Mdietz@justdigit.org
          Aa@justdigit.org
 6        BY:  MATTHEW W. DIETZ, ESQ.

 7
     ON BEHALF OF THE DEFENDANT:
 8
          JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN,
 9        P.A.
          2455 East Sunrise Boulevard
10        Suite 1000
          Fort Lauderdale, Florida 33404
11        Alexander@jambg.com
          Johnson@jambg.com
12        BY:  SCOTT ALEXANDER, ESQ.

13
     ON BEHALF OF THE WITNESS:
14
          ROBYN HANKINS, P.L.
15        4600 Military Trail
          Suite 21
16        Jupiter, Florida 33458
          Robyn@hankins-law.com
17        BY:  ROBYN HANKINS, ESQ.

18
     ALSO PRESENT:
19
          JENNIFER QUASHA
20

21

22

23

24

25
```

Anthony Badala
November 11, 2019                                3

```
 1                     INDEX OF PROCEEDINGS

 2
       DEPOSITION OF:  ANTHONY BADALA
 3
                         DIRECT  CROSS  REDIRECT
 4
       By Mr. Alexander        4
 5     By Mr. Dietz                     46

 6

 7                         EXHIBITS

 8     NUMBER               DESCRIPTION              PAGE

 9     Defendant's No. 1  504 ADA & Title II Complaint  31
       Defendant's No. 2  Declaration By Mrs. Quasha     37
10     Plaintiff's No. 1  Witness's Notes               46
       Plaintiff's No. 2  Bylaws of ABGYAA              46
11     Plaintiff's No. 3  City Contract                 48
       Plaintiff's No. 4  Recreation Brochure           58
12     Plaintiff's No. 5  PBGYAA Website Page           59
       Plaintiff's No. 6  City Website Page             60
13     Plaintiff's No. 7  PBGYAA 2019 Proposed Budget   67
       Plaintiff's No. 8  Letter Dated 11/12/18         69
14

15

16         NOTE:  THE REQUESTED PORTION OF PLAINTIFF'S
                   EXHIBIT 1 IS IN THE CUSTODY AND CONTROL
17                 OF ROBYN HANKINS, ESQ., AND IS NOT
                   ATTACHED TO THE TRANSCRIPT.
18

19

20

21

22

23

24

25
```

Anthony Badala
November 11, 2019                                4

```
1              Deposition taken before TERRI BECKER,
2       Certified Shorthand Reporter and Notary Public in
3       and for the State of Florida at Large, in the above
4       cause.
5                           *****
6              THE COURT REPORTER:  Please raise your
7       right hand.
8              Do you solemnly swear or affirm the
9       testimony you are about to give will be the truth,
10      the whole truth and nothing but the truth, so help
11      you God?
12              THE WITNESS:  Yes.
13  THEREUPON:
14                   ANTHONY BADALA,
15  having been first duly sworn or affirmed, was examined
16  and testified as follows:
17                   DIRECT EXAMINATION
18  BY MR. ALEXANDER:
19      Q    Tell us your name please.
20      A    Anthony Badala.
21      Q    I'm Scott Alexander, an attorney for the City
22  of Palm Beach Gardens.  You were in the room during the
23  deposition of Mr. Abrams so you're familiar with the
24  process?
25      A    Right.
```

```
1        Q    We can get right into it?

2        A    Yes.

3        Q    Date of birth?

4        A                    .

5        Q    Home address?

6        A    13321 Rolling Green Road, North Palm Beach,

7   Florida 33408.

8        Q    Normally I would ask for your phone, but in

9   the event this case goes to trial can we contact you

10  through Ms. Hankins' office?

11       A    Yes.

12       Q    Tell us a little bit about your educational

13  background starting with high school.

14       A    Graduated Brewster High School, baseball

15  scholarship to go to St. Leo College in the outside of

16  Tampa, Florida.  Baseball career was over two years,

17  then transferred to Pace University and two classes shy

18  of a degree, and I found a very profitable business in

19  the garbage business at that point.

20       Q    What type of business are you in?

21       A    Garbage and recycling.

22       Q    What is the name of it?

23       A    We used to be Southern Waste Systems, but we

24  sold that back in 2016 and now we have LGL Recycling,

25  which is predominantly metal recycling and aggregate
```

Anthony Badala
November 11, 2019                                6

 1  recycling.

 2       Q    Do you still work or are you retired?

 3       A    I still work.

 4       Q    In addition to your day job in the recycling

 5  business, do you volunteer your time with the Palm Beach

 6  Gardens Youth Athletic Association?

 7       A    I do.

 8       Q    What is your position with the Athletic

 9  Association?

10       A    Presently president of the PBGYAA.

11       Q    How long have you been president?

12       A    Fourth year.

13       Q    How does one get to be president?

14       A    You have to be patient.  You have to have a

15  love for what we do, to be honest with you.  That's the

16  only reason I do it.  I love the program.  I saw the

17  benefits of what it did for my own kids and I tried to

18  bring that to other kids and other families.

19       Q    Are your kids still of playing age?

20       A    Yes.

21       Q    How old are your kids?

22       A    One that's still left playing in the program

23  who is 11 years old.

24       Q    What sports does he play?

25       A    He plays baseball.

Anthony Badala
November 11, 2019                                    7

```
 1          Q    Can you give us a reasonable estimate as to
 2    how much time you dedicate to the Palm Beach Gardens
 3    Youth Athletic Association?
 4          A    It varies, but it could be upwards of 20 hours
 5    a week.
 6          Q    Do you get paid?
 7          A    No.  Thirteen years it has been.
 8          Q    I was going to ask you, how long you had been
 9    involved with the Palm Beach Gardens Youth Athletic
10    Association?
11          A    This is my fourth year as president.  I was
12    president of the baseball division for three years prior
13    to that, I was the travel director for two years prior
14    to that and I was manager and donor to the program for
15    five years, since my kid was five, and he's 18 now, so
16    13 years.
17          Q    Thirteen years donating your time?
18          A    Yes.
19          Q    You also donate money?
20          A    I do.  I'm probably the largest donor into the
21    PBGYAA.
22          Q    It's probably public record.  How much do you
23    donate?
24          A    Between the company and personally, probably
25    up to 20,000 a year.
```

Anthony Badala
November 11, 2019                                    8

1       Q     Are there numerous other parents that donate
2   time and money to the organization?
3       A     We have approximately 1,000 volunteers.
4       Q     On the issue of parents donating their time
5   for baseball, do you have team managers?
6       A     We have team managers.
7       Q     Are there assistant coaches, as well?
8       A     Usually typically two.
9       Q     Is there also a position of like a team mom?
10      A     Yes, for the younger age groups.
11      Q     What age groups have team moms?
12      A     I think T-ball and rookie, and once you get
13  past that...
14      Q     What does the team mom do?
15      A     Makes sure, whoever has schedule, for the
16  snacks, basically organize the kids for their turn at
17  bat, uniform in their bags and try to teach them
18  etiquette of baseball.
19      Q     Do you know if the plaintiff in our case, Ms.
20  Quasha, has ever volunteered to be team mom?
21      A     She's never volunteered to do anything.   I
22  asked.
23      Q     What did you ask her to do?
24      A     To volunteer.
25      Q     What did she say?

Anthony Badala
November 11, 2019                                    9

1        A    She discarded the question.

2        Q    A lot of things we covered with Mr. Abrams we

3   can skip over and try to get to the point, but I did

4   want to talk to you about the issue of the team

5   requests.  Did the Palm Beach Gardens Youth Athletic

6   Association baseball division at one time permit parents

7   to request teams?

8        A    We did.  We used to allow parents to request

9   their kids to be playing with other kids, but what was

10  happening was they were forming teams better than the

11  others, and to keep equality within the league,

12  basically they wanted three or four kids to play

13  together and they would use transportation or this or

14  that, but what was truly happening behind the scenes was

15  they were trying to eliminate the drafting prospect

16  and/or in the fall just put this team together that

17  didn't make it competitive for the other teams, so we

18  disbanded that.

19       Q    If I understand, putting all the ringers

20  together on one team?

21       A    Yes.

22       Q    Have like a super team?

23       A    Yes.

24       Q    Was there a change in policy?

25       A    There was.  We limited the requests down

```
 1   little by little over the past eight years to the point
 2   where there are very few.
 3        Q    The decision to eliminate the requesting
 4   process, was that a decision that was solely within the
 5   purview of the Palm Beach Gardens Youth Athletic
 6   Association?
 7        A    It was.
 8        Q    Does the City of Palm Beach Gardens and its
 9   employees tell the Palm Beach Gardens Youth Athletic
10   Association what policies to implement with respect to
11   team requests?
12        A    No.  As president, I solely deal with, four
13   years ago, the city and the YAA really have a very
14   limited interaction.  I'm the interaction between the
15   city and the Palm Beach Gardens Youth Athletic
16   Association, and they do not tell us how to run our
17   organization, what to do or anything.  They may question
18   it upon a parent calling them and I give my answer and
19   that's it.  They have no bearing on how we run our
20   program.
21        Q    Is your decision final?
22        A    Pretty much.
23        Q    Hypothetically, if a parent wanted their son
24   to be on a specific team and the YAA's response was,
25   "No, we don't honor team requests," and you get a call
```

Anthony Badala
November 11, 2019                                    11

1  from the city asking you to honor the request, are you

2  obligated to honor the city's --

3      A    No.

4      Q    Would the ultimate decision on whether to

5  honor a parental team request be solely within the

6  exclusive dominion of the YAA?

7      A    Yes.

8      Q    Does the city have any input into how you

9  divide up the teams?

10     A    No.

11     Q    Does the city have any input into who the

12 coaches are?

13     A    No.

14     Q    Does the city have any input into who the team

15 moms are?

16     A    No.

17     Q    Does the city make your baseball schedules?

18     A    No.

19     Q    Does the city set up your baseball practice

20 schedules?

21     A    No.

22     Q    You indicated earlier that you had very

23 limited interaction with the city.  On what issues would

24 you have that interaction?

25     A    Just more as -- I was very involved with the

Anthony Badala
November 11, 2019                                                            12

1   lobbying to get the north county facility done.  If

2   there is ever an issue with parents calling the city,

3   they communicate with me.  Sometimes things were getting

4   lost and not addressed, so dealing with me directly.

5       Q    Can you give us some examples of things

6   parents would call the city about and you would have

7   some interaction?

8       A    It could vary from... in the 13 years I have

9   been doing this I realize parents sometimes look at it

10  from their child and not as a program as a whole, but

11  once it goes to the city, I take a personal

12  responsibility to make sure that these questions are

13  answered.

14          So if a parent calls up and says, "There was

15  an incident at a field with a fight between two kids," I

16  will go to that board, we have eight different boards

17  now, and I'll go to the board and I'll speak with the

18  president, and I have to get an answer, and this way I

19  communicate back with the parent.

20      Q    And who is presently your liaison contact

21  person at the city?

22      A    I deal mostly with Daniel.  Daniel has moved

23  up the ranks in the past five years.  I've seen him from

24  the, you know, city staffer that was brought in under

25  Jack Downey as a -- what is the term in college when

Anthony Badala
November 11, 2019                                          13

 1   you're --

 2        Q     Internship?

 3        A     -- internship, from intern up until the

 4   position he is in right now.  So we've kind of grown

 5   together over the past eight years.

 6        Q     Do you recall there being in January of 2019 a

 7   request from Mike Quasha that his son allowed to be on a

 8   team with Aronowitz?

 9        A     Yes.

10        Q     What do you recall about that request?

11        A     Once it went to the city, so now I'm

12   personally involved, and, as I normally do, I think that

13   was -- I spoke with the Quashas.  I did go to Aronowitz,

14   spoke with them, because I had the ability to make these

15   special exceptions and I would then go to those boards

16   and say, "Listen, let's do this, this is the right thing

17   to do," but the Aronowitzes didn't want to be on the

18   team for several reasons.  I guess they live next to

19   them, and I probably should have developed -- what I

20   started to do was learn a lot of the details behind

21   everything the Quashas were telling me by talking to

22   these people.

23             MS. HANKINS:  Be precise because you're

24        saying "these people, them, they."

25        A     The Quashas.  The Aronowitzes did not want me

1    to accommodate them.

2         Q    So, if I understood you, in January of 2019

3    you received a request from the Quashas to place their

4    son on the Aronowitz team for the spring season?

5         A    Yes.

6         Q    And if you wanted to, could you have pushed

7    that through?

8         A    I don't like to overrule a board, because they

9    ruled not to make these, but for me, I want the child to

10   enjoy his experience there.  I'll make any accommodation

11   I possibly can, whether it's financial, it's time or

12   anything, to make sure these kids are having positive

13   experiences.

14            So initially when I heard this I got involved.

15   I spoke with Mr. or Mrs. Quasha at that time.  I

16   actually made a point to make it to the fields to meet

17   the Quashas and to meet the little boy.  That's what I

18   do.

19        Q    And what was your discussion with Doctor or

20   Mrs. Quasha about pushing through this request to team

21   them on the Aronowitzes --

22        A    I didn't discuss it back with them, because I

23   felt it was not appropriate to speak about it at that

24   time.

25        Q    What was your conversation with Coach

1   Aronowitz?

2        A    It wasn't the coach.  It was a parent.

3        Q    Oh, I'm sorry.

4        A    The coach was Benjie Schwab.  I just made sure

5   everything was fine at that particular game.  I have my

6   own children, various ages, jobs and other

7   responsibilities.  I think I showed up to the game,

8   maybe 15, 20 minutes, met the young boy and the parents

9   or maybe one of the parents was there, not both, and I

10  didn't even know if I -- if the accommodation was made

11  for the Aronowitzes.

12       Q    Did the Aronowitzes want to have HQ on the

13  team with their son?

14       A    They just preferred to let the league -- the

15  way it was said was, "We prefer you to do what the

16  league normally does.  We don't really want the

17  responsibility."  Because I think it was presented that

18  medically and transportation-wise they would be able to

19  help.  I think it's a tough deal for anybody to take

20  medical responsibility for another child who could die

21  from handling a baseball from someone else, so I mean

22  that was really, when I heard that, that's what brought

23  me to another level as far as looking into this.

24       Q    So let me just make sure I understand the

25  sources of all your conversations.  When you first

Anthony Badala
November 11, 2019                                        16

1  received the request to put HQ with Aronowitz so that

2  the Aronowitz parents could assist with car-pooling and

3  potentially a medical issue if it arose, was your first

4  point of contact with the Quashas, with the Aronowitzes

5  or with Benjie?

6        A     It was with the Quashas.

7        Q     And what was your discussion with them about

8  it?

9        A     Um, that I would do anything I can.  Fall was

10 a lot easier to -- it was told right upfront, in the

11 fall we could make these accommodations, we could play

12 those games first.  I asked the board to not sell

13 peanuts until after the first games were played.  I

14 talked to the city, asked them to sweep out the dugouts,

15 and we also bought brooms and put them outside the

16 concession stand for, just in case... just in case.

17       Q     But as to the issue of putting HQ with

18 Aronowitz, did you wind up speaking to Aronowitz?

19       A     I did.

20       Q     And was it Aronowitzes preference not to

21 undertake any additional responsibility?

22       A     It was Aronowitzes' wish for us to follow the

23 guidelines of the league which were set.

24       Q     So they wanted to go with whatever the

25 baseball board voted on?

Anthony Badala
November 11, 2019                                    17

1        A      Yes.

2        Q      And the baseball board said "No requests"?

3        A      Yes.

4        Q      Did they make any specific comments or

5    representations about whether they even wanted to

6    undertake this additional responsibility for someone

7    else's child?

8        A      Maybe not from his words, but the feeling I

9    got after that accommodation was they would -- it's a

10   responsibility they would probably not like to take on.

11       Q      And how did they make that clear?

12       A      I don't remember the exact conversation, but

13   that was the feeling I got out of it.

14       Q      Was the gist of their response that they would

15   go with the vote and they didn't want to overrule the

16   vote and have to take undertake additional medical

17   responsibility for another child?

18       A      That's the feeling, yes.

19       Q      Let's talk about the difference in fall and

20   spring.  What is the difference between the fall and

21   spring baseball leagues and T-ball leagues?

22       A      It's typically half.  Fall is more for

23   training, we don't really keep score, which T-ball we

24   don't keep score anyway, it's more for the kids that are

25   the low level players, it's not the advanced players.

Anthony Badala
November 11, 2019                                          18

1    In the spring we add the travel players back into the

2    mix, and in the fall, soccer is our big program in the

3    fall and baseball is secondary, and in the spring

4    baseball is predominant, then soccer.

5         Q    Is it more feasible for you as the person in

6    charge of the Youth Athletic Association to accommodate

7    special requests in the fall as opposed to the spring?

8         A    Not normally, no.

9         Q    For the fall, do you remember what the fall

10   requests were from the Quasha family related to their

11   son's peanut allergy?

12        A    When I got in, it was basically to stop

13   selling peanuts and to place the child -- I thought it

14   was two families, but maybe it was just the one.

15        Q    You thought what was two families?

16        A    I thought maybe they wanted to play with two

17   separate families, but maybe it was just one, the

18   Aronowitzes.

19        Q    And they wanted you to stop peanut sales?

20        A    Yes.

21        Q    Is that something you can do?

22        A    Uh, you know, it's a big part of baseball.

23   Peanuts and baseball go together for 100 years.  If we

24   don't sell them, people bring peanuts in.  I mean, it's

25   part of the game.  You have peanuts and other products

Anthony Badala
November 11, 2019                                    19

1    that contain peanuts.  You have kids bringing in peanut

2    and jelly sandwiches.  If we wanted to stop the sale of

3    peanuts, it wasn't going to deter any peanuts from

4    coming onto those fields.

5         Q    Was it your feeling as the person in charge of

6    this organization that if your concession stand stopped

7    selling peanuts then the parents would now bring in more

8    peanuts into the park on their own?

9                   MR. DIETZ:  Objection to form.

10        A    Without a doubt.

11        Q    Without a doubt?

12        A    Yes.

13        Q    And why was that your feeling?

14        A    Because it's part of the game, so kids -- it's

15   a snack, it's a general snack of baseball, and that's

16   just the way it has been for many years going back.

17        Q    So did you think that stopping the sale of

18   peanuts would have any appreciable effect on the amount

19   of peanuts introduced into the park overall?

20        A    Zero.

21        Q    So, even with that in mind, did you agree, in

22   an effort to appease the Quasha family, to make some

23   accommodations for the fall season?

24        A    In the fall, limited players on each team, not

25   as many.  T-ball and rookie are our biggest programs, so

Anthony Badala
November 11, 2019                                        20

1    if the program has 300 kids, it's most directly affected

2    by the younger age groups.  As it gets older kids fall

3    off and we have less teams and less players to a team.

4    By putting it first, reading this e-mail, I was

5    concerned, so putting it first --

6         Q    What do you mean, putting it first, putting

7    HQ's games first each day?

8         A    Yes, and it was normal, because it was one set

9    of teams.  It was limited during the fall because of the

10   participation rates.  So, even if we have games on three

11   fields, there's other kids on the other field, it

12   doesn't matter.  I mean it's public fields.  Someone

13   from anywhere could request a permit for that field.

14   Someone could just go on and use that field.  But during

15   this time period it was the easiest route and it seemed

16   like it was a mutual accommodation to all parties.

17        Q    So, if I understand you, what you agreed to do

18   was have HQ's game first of the day?

19        A    Yes.

20        Q    And was that something that was able to be

21   accomplished in the fall?

22        A    Yes.

23        Q    And --

24        A    And they were told that.

25        Q    And they were told that?

1        A    Yes.

2        Q    Were they told, "This might not happen in the

3   spring"?

4        A    I wasn't thinking that far ahead at that

5   point, but I did make a comment that our fall program is

6   half the size, and that's why the accommodations would

7   be made, not that they wouldn't be made in the spring.

8        Q    And were peanuts not sold during the first

9   game of each day?

10       A    I think we started at a certain time period.

11       Q    So what is the first game?

12       A    After the first game.  So whether it was 5:00

13  or 5:30, T-ball typically goes for an hour, so...

14       Q    Do you spend a lot of time out at the fields?

15       A    I used to.  I do when my child is there.

16       Q    Have you personally observed whether parents

17  bring their own snacks into the park?

18       A    Everybody does.

19       Q    So, if parents have a ten-year old playing and

20  he has a brother and sister eight and six years old, is

21  it common --

22       A    Everybody runs around with snacks in their

23  hands, and people that are less fortunate bring their

24  own stuff, they don't buy from the concession stand.

25  Yeah, people bring snacks in for end of the game, you

Anthony Badala
November 11, 2019                                        22

1    know, there's snacks everywhere.  It's that time of the

2    day, it's just before dinner, so everybody is trying to

3    hold their kids over until dinner time at that point.

4         Q    So is there a good amount of parents bringing

5    bags of their own snacks?

6         A    Tons.

7         Q    And do those includes peanuts?

8         A    Absolutely.

9         Q    Do those include other snacks with peanut

10   products in them?

11        A    Yes.

12        Q    And are young kids constantly snacking prior

13   to dinner time since the games run at night?

14        A    Yes.

15        Q    Is there any prohibition in the park, like you

16   might see in a pro stadium, from parents bringing their

17   own food and snacks into the park?

18        A    No.

19        Q    Are people allowed to bring whatever snacks

20   they want into the park?

21        A    Yes.

22        Q    Is alcohol generally not allowed in a public

23   Little League park?

24             MR. DIETZ:  Objection to form.

25        A    I think common sense would tell you around

Anthony Badala
November 11, 2019                                    23

1   youth sports don't bring alcohol.  That doesn't mean

2   it's not done.  You'll see the red cups out there, and

3   then we will address it, but typically two different,

4   you know, it's not even in the same category.

5        Q    Is that a park rule, no alcohol in the park?

6        A    It is.

7        Q    That's not a concession rule?

8        A    No.

9        Q    So, generally speaking, what does the City of

10  Palm Beach Gardens provide your organization that allows

11  these sports leagues to exist?

12       A    Fields.

13       Q    Does it also provide the building where the

14  concessions are located?

15       A    Yes, it does.

16       Q    Does the YAA pay rent --

17       A    No.

18       Q    -- for the building?

19       A    No.

20       Q    You're given free use of it?

21       A    Yes.

22       Q    And you pay permit fees for the fields?

23       A    We pay the recreation program, we pay a fee to

24  the city for the use of the fields, and we request -- we

25  give them schedules based on the participation of each

1    age group, the fields needed, and the city accommodates

2    us.

3        Q    Does the city tell you how to run the league,

4    though?

5        A    No.

6        Q    As far as how to organize teams and how many

7    kids to put on teams and so forth, is that exclusively

8    within your domain?

9        A    They have zero involvement.  We exclusively do

10   that.

11       Q    Getting back to the concessions, the city

12   gives you use of the building for free, correct?

13       A    Yes.

14       Q    And there's no line item charge for use of the

15   concession building, right?

16       A    No.

17       Q    How do you organize, as the Youth Athletic

18   Association, the concession program from that building?

19       A    We upgrade ourselves, the interior.  They give

20   us the shell basically.  Inside it's all PBGYAA's

21   equipment.  We have an ordering process for each sport,

22   and it could vary between vendors, but typically in

23   baseball we have had the same vendors, Pepsi products,

24   and the girls go to Costco and pick up everything.  The

25   big sellers we keep selling.  The smaller ones we may

Anthony Badala
November 11, 2019                                    25

1   trade out at some point.

2            It's all done through -- we have one person

3   that over the years has oversaw the concession stand.

4   We had two paid employees and now we have five paid

5   employees in there, because volunteers typically staffed

6   it, but we're just finding that volunteers are harder

7   and harder to find, especially for that, so to make sure

8   it's staffed properly, they now have five.  And that's

9   it.

10       Q    Is there refrigeration and cooking equipment

11   in the building?

12       A    Yes.

13       Q    And who owns that equipment?

14       A    We do, PBGYAA.

15       Q    The individuals that work in the building, are

16   they exclusively hired by the PBGYAA?

17       A    Yes.

18       Q    Does the PBGYAA purchase all of the products

19   for resale?

20       A    Yes.

21       Q    And does the PBGYAA also keep all of the

22   profits that are generated from the concessions?

23       A    Yes.

24       Q    Does the city share in any of the profits?

25       A    Zero.

Anthony Badala
November 11, 2019                                    26

1      Q     Does the city give the PBGYAA any direction on
2   what to sell and what not to sell in its concession
3   area?
4      A     No.  In 13 years that's never come up.
5      Q     Are peanuts one of your big sellers?
6      A     Maybe the biggest.
7      Q     How much do you charge for a bag of peanuts?
8      A     I think a buck.  It may be two bucks now but
9   it was a buck when it was...
10     Q     Does the PBGYAA generate income from the sale
11  of peanuts?
12     A     Yes.
13     Q     What happens with that income?
14     A     It goes back into the program.  We're a
15  nonprofit.  Everything we do is to benefit the children.
16  We, whether it's a paid child or a child with need, we
17  make sure they are accommodated, nonpaid, because we
18  have hardship parents that cannot afford so we'll pay
19  for them.  We've never turned down a child to play.
20  These revenue streams give us the ability to do those
21  things.
22     Q     Why do you do this, Mr. Badala?  Why do you
23  spend all your time on this?
24     A     I have four children.  Every one I groomed
25  that way.  My oldest child attends the Citadel.  I made

1    sure they stayed within the rec program for both fall

2    and spring.  He had one scholarship.  It didn't matter

3    to me.  He became a leader.  It makes the kids better

4    kids growing up.  My best friends now are the friends I

5    made when my kids were six years old.

6           It creates something that I've never seen

7    anywhere else.  I'll be honest with you, the PBGYAA has

8    become something.  I've seen these other programs that

9    are out there and they fall apart because travel becomes

10   such a main part of the program.  My thing was rec with

11   the beginning kids to make sure they are accommodated to

12   create a positive experience for both them and the

13   parents because I lived it.  I saw what it was.

14        Q    So, going back to the concessions,

15   hypothetically, if Daniel Pietro calls you and says,

16   "Tony, we would like you to sell Coke products instead

17   of Pepsi products," are you obligated to follow that

18   direction?

19        A    I would hang up on him.

20        Q    And if Daniel Pietro says, "We would like you

21   to sell this brand of hotdogs instead of that brand of

22   hotdogs, do you have any obligation to follow that?

23        A    No.

24        Q    Does the city have the right to tell you what

25   to sell and what not to sell at the concessions?

 1      A     They do not.

 2      Q     How long has the concession program been in

 3  existence?

 4      A     Um, at least 20 years.

 5      Q     Has it always been run by the Youth Athletic

 6  Association for as long as you have been involved?

 7      A     Yes.

 8      Q     Has the city ever had any involvement in the

 9  selling of products at the concessions at the Palm Beach

10  Gardens Youth Athletic Association games or practices?

11      A     No.

12      Q     Have you had occasion, you heard from Mr.

13  Abrams, have you had occasion over the years to speak to

14  parents whose kids have food allergies?

15      A     Yes, in every different sport, yes.

16      Q     If a parent approaches you and says, "My kid

17  is allergic to peanuts, we don't want peanuts around my

18  kids," are there some measures you take independently of

19  the city just as the Youth Athletic Association?

20      A     Yes, we will accommodate that child.  We will

21  speak with the coach and we will, whatever team he gets

22  drafted by or placed on, we will speak with the coach

23  and that coach will speak with the parents, and I've

24  never seen it not accommodated.

25      Q     That's what I wanted to ask you.  Has that

1   been effective in all the years you have been with the

2   Youth Athletic Association that you'll address the issue

3   with the coach and then rely upon the coach, who is a

4   grown adult, to address the issue with the other team

5   parents?

6        A    Yes, it has been very effective.

7        Q    And if the coach tells the other team parents

8   that there's a kid on the team with peanut allergies,

9   don't bring peanut snacks or allow your kid to eat

10  peanuts in the dugout, has that been a tested method of

11  dealing with it?

12       A    It never hurt anything.  It has always been

13  successful.

14       Q    Have you ever come across a situation where a

15  coach asked a parent not to introduce peanuts into the

16  dugout because there's an allergic child and the parents

17  came to you and said, "This is not fair, my kid should

18  be able to eat peanuts in the dugout"?

19       A    No, every parent, I mean we're in this

20  together, every parent has been very accommodating, it

21  has never been a problem.

22       Q    And in your 13 years have the other parents

23  been respectful of a child with allergies?

24       A    Yeah, those parents, yeah, it's actually, we

25  try not to even express who the child is, we try to make

Anthony Badala
November 11, 2019                                    30

1   them independent of the whole thing, especially at the

2   younger ages, but every parent has been respectful,

3   yeah.

4        Q    Any child ever go into anaphylactic shock from

5   peanuts in one of your dugouts?

6        A    Not to my knowledge.

7        Q    We heard some talk earlier about brooms, I

8   don't remember if it was during your deposition or the

9   prior one, but are there brooms available on-site?

10       A    After speaking with Mr. Quasha or Mrs. Quasha,

11  whoever I spoke with first, there was, and we went out

12  and bought more, so this way we knew that there were

13  brooms there, and I told them.

14       Q    What did you tell them about the brooms?

15       A    That in case the city failed to do any of the

16  sweeping, there would be brooms there where they could

17  do it or the coach could do it or they would be

18  available.

19       Q    Have you ever picked up a broom and swept out

20  a dugout?

21       A    Absolutely.

22       Q    How long does it take?

23       A    About a minute.

24       Q    Have you ever seen other parents pick up a

25  broom and sweep out the dugout?

Anthony Badala
November 11, 2019                                        31

1        A     All the time.  They'll do it just as a

2    courtesy between games.

3        Q     Does sometimes the departing team sweep out

4    the dugout for the incoming team?

5        A     No, it's typically the incoming team.

6        Q     How hard is it to find these brooms at

7    Gardens' park?

8        A     They are right outside the concession stand.

9        Q     All right.

10       A     I did get a call from Mrs. Quasha during the

11   initial fall season that said, "They failed to sweep out

12   the dugouts," or something to that effect, and I looked

13   into it and found that either it was done or -- it

14   wasn't brought to anybody's attention other than mine.

15       Q     That it was done?

16       A     It wasn't brought to anybody's attention, so

17   everybody thought it was normal course.

18       Q     All right.  When does the spring league start?

19       A     Spring typically starts in, we do evaluations

20   in February, I believe, typically starts in March.

21             (Defendant's Exhibit 1 marked for

22   Identification).

23       Q     Let me show you what we've marked as

24   Exhibit 1.  I understand you're not copied on here and

25   it's not addressed to you, but it's dated April 15,

1    2019.

2         A    Um-hum.

3         Q    Where would the PBGYAA be in baseball season

4    as of mid April?

5         A    Past one-third.

6         Q    Already playing games?

7         A    Yeah.  Almost done.

8         Q    Almost done?

9         A    Yeah, June is pretty much the last.

10        Q    Notwithstanding the date on this exhibit, are

11   these three line items on here your understanding of

12   what the Quashas were requesting for the spring?

13        A    Yeah.

14        Q    So Item Number 1, "Dugout swept before

15   practices and games," was it your understanding that the

16   city was going to continue from the fall and then into

17   the spring, and I say fall into spring because I'm

18   thinking more like a school year as opposed to a

19   calendar year, that the city would continue to sweep out

20   the dugouts every day?

21        A    It is normal.  We pulled up to the fields and

22   they were clean.

23             MR. DIETZ:  Object to the form.

24        Q    And if the dugout gets dirty or candy wrappers

25   are strawn or thrown around during the course of the

1    day, can a parent or coach or volunteer sweep out the

2    dugout?

3         A    Yes.

4              MR. DIETZ:  Objection to form.

5         Q    And can some locate a city park worker

6    on-site?

7         A    You know, I heard that before.  These guys are

8    out there prepping the fields, not really sweeping the

9    dugouts.  To call a city employee over to sweep out a

10   dugout is just something I've never seen.  It's

11   typically the responsibility of the parents or a

12   volunteer.  We're a thousand volunteers.

13        Q    Is it quicker just to pick up the broom and do

14   it yourself --

15        A    Yes, it is.

16        Q    -- than to have to go locate someone who's

17   raking a field and have them do it?

18        A    Yes.

19        Q    Okay.  Number 2, the Quashas requested that

20   the sale of peanuts be stopped during their son's games

21   and practices.  Were you made aware of that request?

22        A    I was part of the conversations with the

23   Quashas way prior to this.

24        Q    Prior to April?

25        A    Yeah, yeah.

Anthony Badala
November 11, 2019                                        34

1        Q    And there's eight fields there?

2        A    At that facility there's four, eight, ten

3   fields actually.

4        Q    Did you see the need as the president of this

5   organization to stop the sale of peanuts at Gardens park

6   park-wide?

7        A    No.

8        Q    What was the reason why you thought it was not

9   something that was a good idea to do?

10        A    You just couldn't control the flow of peanuts

11   into the field whether we sold them or not.  It was a

12   task that was unattainable.

13        Q    And parents and teammates on the team should

14   be notified of food allergies, is that something you do

15   as a matter of course?

16        A    Absolutely.

17        Q    So the only thing they wanted that you weren't

18   in agreement with for the spring was that you would stop

19   the sale of peanuts at the park?

20        A    Yes.

21        Q    And was it feasible to make sure HQ's games

22   were the first games of each day in the spring?

23        A    We would try to accommodate them.  For that

24   spring there were special accommodations made for this

25   child to play his games at the alternate location, which

1    would have accommodated everything they wanted here.

2        Q    Okay.  Let me talk to you about the alternate

3    location.  We've heard from Mrs. Quasha in this case and

4    read her correspondence.  If she was under the belief

5    that you were not going to register her son HQ into the

6    Palm Beach Gardens Youth Athletic Association and you

7    were essentially going to punt him over to the North

8    Palm Beach League, is that accurate?

9                MR. DIETZ:  Objection to form.

10       A    The child was registered in our program.  When

11   I heard or saw the city, I think the city was copied,

12   but basically the way they spoke about Seth, who I know

13   personally for 13 years, I said --

14               MR. DIETZ:  Can I -- I see there are

15        notes there in front of you, and I'll have them

16        marked for my deposition, so... just wanted to make

17        sure they don't go anywhere.

18               MS. HANKINS:  Are they all --

19               THE WITNESS:  That's my paper.

20               (Handing).

21       A    But there were special accommodations made,

22   because once I saw what they said about Seth, knowing

23   that not to be true, I said, "Let me handle this from

24   here," so I spoke with Seth, we came up with reasonable

25   accommodations, more than reasonable accommodations,

Anthony Badala
November 11, 2019                          36

1    which was to play these games at an alternate park with

2    no concession stand on his same team, which the other

3    parents would sacrifice exactly as them, driving at a

4    stretch three miles down the street.

5         This is what I verbally communicated to Dad

6    because I thought -- at this point I didn't understand

7    what I was -- I was trying to make the accommodation.

8    As a parent, if you have a reasonable and realistic

9    concern about your child's health, I said, okay, that we

10   would play the games here, and this is a great scenario

11   here, because now we have accomplished everything they

12   wanted, and I was told I was an asshole verbally on the

13   phone.

14        Q    By who?

15        A    By the dad.  And he hung up on me.  And I

16   said, okay, here we go, what did I do wrong here?  I

17   tried to make accommodations for their child, who is

18   what we all should be concerned about, is this child.

19   At that point I felt like I was more concerned about his

20   health than anyone at that point because here I am

21   trying to make these accommodations and I'm being told

22   I'm an asshole and hung up on.

23        So I put those in writing and communicated

24   with Mrs. Quasha at that point.  The games would have

25   been played at a field with no concession stand, no sale

1    of the peanuts.  The games would have been the first,

2    exactly as was stated, and we would have brought brooms

3    there to make sure they were swept out.  We would have

4    accommodated all three of their requests on paper.

5         Q    I'll show you what I'll mark as Exhibit 2 to

6    this deposition.

7              (Defendant's Exhibit 2 marked for

8    Identification).

9              This is a declaration that Mrs. Quasha filed

10   in this matter.  She declared these representations

11   therein under penalty of perjury.  I want to turn your

12   attention to paragraphs 39 and 40 and 41 and 42.  Was

13   the offer by the Palm Beach Gardens Youth Athletic

14   Association to move HQ's games to North Palm Beach in

15   any way going to prevent HQ from playing T-ball with the

16   friends that he had played with in the fall?

17        A    No.  And I specifically told that to the dad

18   and referred him to that part in the e-mails.

19        Q    Was HQ being asked to play in another league

20   such as North Palm Beach League?

21        A    Absolutely not.

22        Q    Was the offer that he would continue for the

23   spring, that he would continue to play in the Palm Beach

24   Gardens Youth Athletic Association, but just that his

25   games and practices would be scheduled on a field

1   without concessions?

2        A    My exact words were, "To help accommodate the

3   situation, we are doing an interleague with North Palm

4   Beach."  Duke Thrush, which is the president there, used

5   to be president of Palm Beach Gardens, Duke is a great

6   guy, Duke would have accommodated anything, much like

7   me, for the benefit of the child.

8             So we would have made sure that everyone of

9   his games on his Palm Beach Gardens team, and this was

10  related to the mom and dad, was to be played at that

11  field, because it had no concession stands, and this

12  would eliminate any of their concerns.  From my lips to

13  their ears.

14       Q    Did you ever tell the Quashas that you wanted

15  their son to play in a different league?

16       A    Absolutely not.

17       Q    Did you ever tell the Quashas that their son

18  at any time was not welcome to play in your league?

19       A    No, absolutely not.

20       Q    And had they accepted that accommodation

21  request, would he have played in his normal Palm Beach

22  Gardens Youth Athletic Association team in the spring?

23       A    His uniform, his team, Palm Beach Gardens

24  coach, others would have sacrificed to make sure,

25  whatever sacrifice that is, it's not really a sacrifice,

Anthony Badala
November 11, 2019                                          39

1   but they would have made the accommodations to play at

2   that field.

3        Q    So would the other parents on his team have

4   had to go to the North Palm Beach facility?

5        A    Yes.

6        Q    And would the opponents for that week have had

7   to go to the North Palm Beach facility?

8        A    Yes.

9        Q    And would his schedule have essentially

10  remained the same as far as what teams were being played

11  week to week?

12       A    No, North Palm Beach had very limited teams,

13  so basically they were playing the same team every week.

14  They wanted a variety of teams, so we said, "Okay, play

15  our teams," so we would have two teams there sometimes,

16  we would have had them, North Palm, sometimes and it

17  would have been normal course of business.

18       Q    Even without the issue of the peanut allergy,

19  would the Palm Beach Gardens Youth Athletic Association

20  teams going to have a certain number of games against

21  North Palm Beach teams that season?

22       A    Yeah.

23       Q    I want to take you back, if you look at

24  paragraph 20 of the declaration, it refers to an e-mail

25  that you sent.  Here is a copy of it so you can see the

Anthony Badala
November 11, 2019                    40

```
 1  e-mail (handing).  Did you maintain an open line of
 2  communications with the Quashas?
 3       A    I tried to.
 4       Q    Were there occasions where you would have to
 5  place multiple calls and not receive a call back?
 6       A    Yes, and just to, I never spoke with the city
 7  manager about this, to the best of my knowledge.  I
 8  don't even know if the city manager was spoken to.  I
 9  got a call from Dan Prieto.
10       Q    And what was your discussion with Mr. Prieto
11  that you can recall?
12       A    He said basically that they thought Seth was
13  an idiot and would I look into it.
14       Q    And how did you look into it?
15       A    I took a personal interest in it to make sure
16  this child had a positive experience.
17       Q    And was it your belief for the spring season
18  that having games at the alternate facility would have
19  continued the positive experience for each kid?
20       A    Without a doubt.
21       Q    Do you believe that kids that played baseball
22  at the North Palm Beach facility are being treated like
23  second class citizens?
24       A    When you have a game, the kids go to a field,
25  one dugout, second dugout, and you're really not
```

Anthony Badala
November 11, 2019                                41

1    interacting with everybody else.  The kids that are

2    playing interact with the kids on the opposing team or

3    their teammates.  Same concept at North Palm.  Had no

4    difference other than it didn't have a concession stand.

5    So I don't see any difference.

6         Q    And not having the concession stand --

7         A    Accommodated their request.

8         Q    Did either of the Quasha parents ever vocalize

9    to you that they felt that their son was being treated

10   differently if his games would have been played or

11   practices scheduled at North Palm Beach?

12        A    It kept going.  It just made no sense to me.

13   That's when I got really concerned with these people

14   because I was trying to figure out, where are they going

15   with this?  We're accommodating them and nothing I said

16   was sinking in, so it just, I was very, you know, with

17   the e-mails back and forth, I just honestly -- I never

18   saw this before, but being in business, I have seen it.

19   It just felt like this was not about the child at that

20   point, because if it was, they would have accepted and

21   we would have moved on.

22        Q    For HQ's first T-ball season, so the fall of

23   2018, were you aware of any issues with his actual

24   attendance at the games?

25        A    What happened was we -- I met at that game.  I

Anthony Badala
November 11, 2019                                    42

```
 1   didn't hear nothing else, you know?  No news is good
 2   news.  I guess Mrs. Quasha put some things on Facebook
 3   and did a thing on the news.
 4          So I'm sitting at Rocco's Tacos and Benjie
 5   Schwab, who was his coach, came up to me and said, "He
 6   only showed up for two games," and I said, "What are you
 7   talking about?"  He said, "Yeah, I think they showed up
 8   for two out of 17 games' practices."  I said, "Are you
 9   kidding me?"
10          You know, it was, nothing phased me at that
11   point, because now I saw everything that was happening,
12   and the fact that they wouldn't accept a reasonable
13   request to accommodate their child, just nothing
14   surprised me at that point, I just laughed.
15      Q    And do you know if HQ played in the spring
16   after the fall season where you understood he barely
17   ever attended?
18      A    No, the spring is when they requested a refund
19   and I granted them back their refund.  I sent the e-mail
20   to the accounting office to make sure they got their
21   money back.
22      Q    And did they register their son for this fall?
23      A    I was surprised.  I found out this, I guess
24   someone told Seth, Seth called the accountants who
25   called me and said, "We refunded their money in the
```

Anthony Badala
November 11, 2019                            43

1    spring," so I immediately asked Seth -- well, not

2    immediately, as soon as I found out, asked Seth to reach

3    out to Mr. Vega, and Mr. Vega said he sent out e-mails,

4    no responses from the parents.  It's in the e-mail.  No

5    responses from the e-mail.  So now, I mean, you got kids

6    that -- we got a certain amount of players on each team,

7    so I don't think they understood the effect of the non-

8    participation on behalf of their child and them.

9         Q    Does the non-participation have an adverse

10   effect on the team?

11        A    Yes, it has an effect, because as you get

12   older you have less and less kids on the team, per team,

13   and now you have to fill the positions.  So, yes, and

14   especially in the fall, because you have limited

15   coaches, you have limited everything.  So the effect, I

16   mean, it happens, but it does have an effect, but not to

17   the extent where you pay, you never respond, and your

18   kid never shows up.  That's unheard of.

19        Q    Is that what happened here?

20        A    That's what happened here.

21        Q    And is he paid for the current fall season?

22        A    Yeah, he paid for the fall season.

23        Q    Has he been showing up for games or practices?

24        A    No show, no call, no e-mail.  That's from the

25   coach.

Anthony Badala
November 11, 2019                        44

```
1        Q    Coach Vega?
2        A    That's correct.  And I asked him to put that
3   in e-mail form, so I had it, and he did.  I wanted that
4   information.
5                  MR. ALEXANDER:  All right, thank-you for
6        your time.
7                  MR. DIETZ:  Good afternoon.  I would like
8        this marked as --
9                  MS. HANKINS:  Well, hold on.  These were
10       actually notes that he wrote during Seth Abrams'
11       deposition that were to me asking me questions, so
12       I'm not going to allow you to mark them as an
13       exhibit to his deposition.
14                 MR. DIETZ:  He referred to them during
15       his deposition.
16                 THE WITNESS:  No, I wasn't.
17                 MS. HANKINS:  No, he didn't.
18                 MR. ALEXANDER:  I didn't see that.
19                 MR. DIETZ:  I'm going to ask --
20                 MS. HANKINS:  Do you need your
21       reservation?
22                 MR. DIETZ:  I'll ask to put this in an
23       envelope and we're going to give it to the Judge.
24                 MS. HANKINS:  That's fine.
25                 MR. DIETZ:  Don't look at it right now.
```

Anthony Badala
November 11, 2019                                    45

```
 1              MR. ALEXANDER:  And for the record, I did
 2    not see --
 3              MS. HANKINS:  Hold on.  There was
 4    actually only one of these, which is a note to me.
 5    And you can have the rest because it's corrections
 6    to Mr. Abrams' testimony that he wrote to me.  One
 7    is just a question that was a legal question.
 8              MR. ALEXANDER:  Let me just put one thing
 9    on the record.  It's my understanding that if a
10    witness uses a document to refresh a recollection
11    while on the record, then it becomes susceptible to
12    disclosure, but my personal observations here,
13    speaking as an officer of the Court, is I did not
14    see Mr. Badala refer to that page one time during
15    his direct exam testimony from me.
16              MR. DIETZ:  And the document was in front
17    of him and he was looking to it while he was
18    testifying.  And I have been doing this more often
19    than not, so --
20              MS. HANKINS:  I'll tell you what, I'll
21    rip off the part that I believe to be attorney/
22    client privilege, and the court reporter can place
23    that in an envelope and seal it, and we can take it
24    to one of my most favorite Judges and we can talk
25    to him about that attorney/client privilege issue,
```

Anthony Badala
November 11, 2019                           46

```
 1        and the rest of it I think is fair game.
 2                  MR. DIETZ:  Can you mark that and can I
 3        see it?
 4                  (Plaintiff's Exhibit 1 marked for
 5        Identification).
 6                  (Requested portion placed in an envelope
 7        and held in the custody and control of Ms.
 8        Hankins).
 9                  CROSS EXAMINATION
10   BY MR. DIETZ:
11        Q    I have what is marked as Plaintiff's Exhibit 1
12   to your deposition.  On the right it says, a note, "No
13   contact with city --"
14                  MS. HANKINS:  Contract.
15                  MR. DIETZ:  Oh.
16        Q    "-- contract with city."  What does that mean?
17        A    We don't have an executed contract with the
18   city.
19        Q    You have been involved with the PBGYAA for
20   13 years?
21        A    Yes.
22                  MR. DIETZ:  Let's mark this as
23        Plaintiff's Exhibit 2.
24                  (Plaintiff's Exhibit 2 marked for
25        Identification).
```

Anthony Badala
November 11, 2019                                          47

```
 1        Q     Can you identify what is marked as Plaintiff's
 2   Exhibit 2?
 3        A     Yes.
 4        Q     Are you familiar with this document?
 5        A     Yes.
 6        Q     Can you identify it for me?  What is it?
 7        A     It is our bylaws.
 8        Q     It's your bible?
 9        A     The bylaws.
10        Q     Oh, your bylaws.
11              Can you turn to page 22?
12        A     (Witness complies).
13        Q     Well, first of all, turn to page 19.
14        A     (Witness complies).
15        Q     It says, on the bottom it has three
16   attachments, one is your 501(c)3 exemption requirement,
17   two is copy of city contract, three is authorization and
18   signature page, correct?
19        A     Correct.
20        Q     Is there a copy of the bylaws that has a copy
21   of the city contract attached?
22        A     I do not see the copy of the contract with the
23   city here.
24        Q     Do you know if there's a copy of the bylaws
25   that exists that has a copy of the contract with the
```

Anthony Badala
November 11, 2019                                48

```
 1   city?
 2        A     The bylaws have been in existence for a long
 3   time.  We amend them from time to time, but that
 4   contract was never executed with the city.
 5                    MR. DIETZ:  Let's mark this as
 6        Plaintiff's Exhibit 3.
 7                    (Plaintiff's Exhibit 3 marked for
 8        Identification).
 9        Q     Have you ever seen what is marked as
10   Plaintiff's Exhibit 3?
11        A     I've never seen that.
12        Q     And you have been involved with the PBGYA
13   since what year?
14        A     Thirteen years, so since 2006.
15        Q     2006?
16        A     Approximately, yeah.
17        Q     In 2006 were you aware that there was a
18   contract?
19        A     In 2006 I was a manager of a team.  I wasn't
20   on the board.
21        Q     When were you on the board --
22        A     I was a manager on the team.  I went on the
23   board when my kid was born.
24        Q     In 2009 were you aware that there was a
25   contract in existence from 2005 to 2007 involving the
```

1    PBGYAA and the board?

2         A    There was a two-year agreement, so I don't

3    even think the contract was in existence.  There was no

4    pending contract with the city when I was first on the

5    board as travel director.

6         Q    Can you turn to page 4 of this document.

7         A    (Witness complies).

8         Q    Do you know if the PBGYAA has a comprehensive

9    liability insurance policy insuring the city against

10   claims?

11        A    I don't.  We've renewed that policy.

12   Typically once a year I go through it.

13        Q    Right.

14        A    I don't recall what's on that policy.

15        Q    Do you know whether or not it insures the

16   city?

17        A    I do not.

18        Q    Can you turn to the next page.

19        A    (Witness complies).

20        Q    Do you know if the PBGYAA provides the city a

21   list containing the name, title, primary phone number,

22   secondary phone number and e-mail addresses of all

23   officers and board members of the PBGYAA?

24        A    Yes, we do, upon their request.

25        Q    And do you provide that to Daniel Prieto?

Anthony Badala
November 11, 2019                                    50

```
 1        A    We do.

 2        Q    Why do you do that?

 3        A    To make sure that they do the background

 4   checks, that nobody is sitting on that board, may not be

 5   a manager but is representing the PBGYAA, that may have

 6   a criminal background.  They want to ensure the safety

 7   of the fields.

 8        Q    Who does the background checks?

 9        A    The city.

10        Q    The city does the background checks?

11        A    Yeah.

12        Q    Does the city do the background checks for the

13   managers, as well?

14        A    Yes.

15        Q    Who else, aside from the board and managers,

16   who else does the city do the background checks on?

17        A    I think that's it.

18        Q    Does the PBGYAA provide the recreation

19   director with annual financial reports?

20        A    I don't think -- they don't request that from

21   us.  Not to my recollection.  Basically a request would

22   be given to me and I would tell the accountants what to

23   do.

24        Q    Is the PBGYAA allowed to do structural or

25   physical changes to the city's facilities?
```

Anthony Badala
November 11, 2019                                51

```
 1         A     Give me an example.
 2         Q     Putting in a new window at the concession
 3    stand.
 4         A     Structural, we do not do.
 5         Q     Was the concession stand just renovated?
 6         A     I renovated at my expense the concession
 7    stands maybe about eight years ago.
 8         Q     Within the past two years has the concession
 9    stand been renovated by the City of Palm Beach Gardens?
10         A     We got funding to put a top floor on that
11    concession stand to accommodate tournaments which we
12    were unable to attain in the past.  We held a world
13    series three years ago.  We lost $100,000.  By doing
14    that we were not able to incur that expense going
15    forward, so the city, to accommodate Cal Ripken's
16    request and limit the expense on our behalf, built that
17    top floor on both sides.
18         Q     Do you know how much the city spent doing
19    that?
20         A     I do not know.
21         Q     When you say "we," who do you mean, you and
22    the city or just the PBGYAA?
23         A     "We" would be the PBGYAA, which I represent.
24         Q     And the discussions that you had with regards
25    to the renovation of the top floor of the concession
```

Anthony Badala
November 11, 2019                                        52

1   stand, would those conversations be with Daniel Prieto?

2       A    What do you mean?  As far as the build-out, we

3   had no detail of the engineering or architect of that

4   top.  There was a request, which would have helped

5   accommodate us, but -- as well as other tournaments at

6   the field.

7       Q    And that request was made to whom?

8       A    I --

9       Q    You made that request to whom?

10      A    I don't think there was a formal request for

11  anything made.  I think it was evident to draw

12  attraction to those fields, what needed to be done, and

13  also, more importantly, to create cover for the families

14  while they are at the baseball games.  That created

15  cover, shade, rain cover, and everything else.

16      Q    And what was the request made or the

17  requirements of the Cal Ripken organization in order to

18  have the tournament at the Burns field?

19      A    There was no request made.  It just became a

20  decision that the city recognized for, whether it was

21  PBGYAA or any aspect, to make the fields more desirable,

22  just to better come to as far as youth sports were

23  concerned.

24      Q    Other than the PBGYAA, are there any other

25  baseball tournaments that uses those fields?

Anthony Badala
November 11, 2019                                        53

 1        A     I don't know.  All I know is what I represent,

 2   the PBGYAA.

 3        Q     But you spoke about the PBGYAA and other

 4   organizations.  What other organizations were you

 5   referring to?

 6        A     Cal Ripken.

 7        Q     Okay.  And Cal Ripken is a sponsor for the

 8   PBGYAA --

 9        A     No, we are members of the Cal Ripken.

10        Q     And what is Cal Ripken?

11        A     Cal Ripken is the organization for which our

12   kids play sports, baseball.  There's Little League, Cal

13   Ripken and Pony.  We've always been a part of Cal

14   Ripken.

15        Q     And is the city a member of Cal Ripken?

16        A     No.

17        Q     Number 8 on this page says, "The PBGYAA shall

18   make provisions for adequate local emergency response,

19   fire rescue and police for the duration of each activity

20   that involves participants from outside the PBGYAA."

21   Who is responsible if any injury happens to a child on

22   the field?

23             MS. HANKINS:  Objection.  That calls for

24        a legal conclusion.

25             MR. ALEXANDER:  Join.

Anthony Badala
November 11, 2019                                        54

```
 1              MS. HANKINS:  You can answer to the
 2      extent that you know the answer.
 3      A    We have a board member at the fields pretty
 4  much every day.  If something happens, that board member
 5  will call the fire department or police department,
 6  whatever, the hospital, whatever.
 7      Q    If something happens on the field, does the
 8  city have to be notified?
 9      A    Um, we typically do as a courtesy, but whether
10  they have to or not, we -- we just do.
11      Q    Who would you notify from the city?
12      A    Typically whoever our contact was.  Now it's
13  Lindsey.  Back then it was Dan Prieto.
14      Q    Turn to the next page.  In paragraph 16 it
15  states, "The PBGYAA shall provide the recreation
16  superintendent a calendar of activities for each sport
17  division no later than 30 days prior to opening
18  registration date."  Does the PBGYAA provide calendars
19  to the city?
20      A    We do so they can line the fields, yeah, get
21  the fields ready, whatever sport it may be.
22      Q    Do they publish the calendars?
23      A    Does the city?
24      Q    Yeah.
25      A    Not to my knowledge.
```

Anthony Badala
November 11, 2019                    55

```
 1        Q    Do they publish opening day?
 2        A    We create a positive experience for the kids,
 3   so typically opening day the mayor, the city
 4   commissioners will come out and the city staff.  It's
 5   more of an appreciation thing for what the city does for
 6   the PBGYAA, so we embrace the relationship that we have,
 7   because it has been a positive experience for every
 8   child that's gone through the program.
 9        Q    Does the PBGYAA pay Lindsey?
10        A    No.
11        Q    And the PBGYAA is in contact with Lindsey many
12   times each day?
13        A    To ensure the safety of the kids.  Lindsey
14   will let us know when the fields are closed if possibly
15   they're going to be closed so we can notify the
16   families.  If something wasn't done as far as
17   preparation, we'll let Lindsey know, but typically
18   that's pretty much the extent.  And that's with all
19   sports.
20        Q    The next one says, "The PBGYAA shall provide
21   to the recreation superintendent all requests for travel
22   team use of sports facilities in the set boundaries of
23   recreational league seasons."  Is that something the
24   PBGYAA still does?
25        A    Um... shall provide to the recreation
```

1   superintendent all requests for travel team use of

2   sports facilities in the set boundaries of recreational

3   league seasons, um, reading it to myself... so, I don't

4   even understand what it means, that... shall provide to

5   the recreation superintendent all requests for travel

6   team use of sports facilities in set boundaries of

7   recreational league seasons.  So I don't even understand

8   what that means.  Shall provide to the recreation

9   superintendent all requests for travel team use of

10  sports facilities.

11          Okay, travel has a different schedule than

12  recreation.  Travel baseball is what we're talking about

13  here.  Recreation comes first.  Travel is secondary.

14  When the field is available travel will utilize those

15  fields.  We have a travel director within the YAA and he

16  will set that schedule to Lindsey separately from the

17  recreation schedule.  That's it, I guess.

18      Q    Does the PBGYAA get permits for each time that

19  it uses one of the fields?

20      A    No, it's just a master permit for the year.

21      Q    And what does that master permit allow you to

22  do?

23      A    Utilize the field.

24      Q    How many games or events does PBGYAA have with

25  the City of Palm Beach Gardens in a given year?

```
 1        A    On all sports?

 2        Q    All sports.

 3        A    I don't even want to venture to guess.

 4        Q    Thousands?

 5        A    I'm not guessing.

 6        Q    Let's go to the obligations for the city.

 7   "The city shall provide daily maintenance of the

 8   facilities and supply adequate utilities for regular

 9   season practices, games and permitted tournaments."

10   Does the city continue to do that?

11        A    Yes.

12        Q    "The city shall provide PBGYAA a list of

13   facility renovation dates and closings."  Do they still

14   continue to do that?

15        A    Yes.

16        Q    "The city shall provide facility condition

17   updates by 4:00 p.m. each weekday and 8:00 a.m. each

18   weekend day."  Is that done?

19        A    They try to.

20        Q    Let's go to 5.  "The city shall support

21   promotion of PBGYAA activities through the recreation

22   brochure and prior distribution."  Do they do that?

23        A    I don't believe they do that.

24             MR. DIETZ:  Let's mark this as

25        Plaintiff's 4.
```

Anthony Badala
November 11, 2019                                    58

```
 1              (Plaintiff's Exhibit 4 marked for

 2        Identification).

 3        Q    Have you ever seen what's marked as

 4   Plaintiff's 4?

 5        A    Yup.

 6        Q    Can you turn to page 3 of this document.

 7        A    (Witness complies).

 8        Q    Do you see the section that says "Youth Sports

 9   Leagues"?

10        A    Um-hum.

11        Q    It says, "The Palm Beach Gardens Youth

12   Athletic Association is the city's recognized provider

13   of youth recreational sports leagues"?

14        A    Yes.

15        Q    What does it mean to be a recognized provider?

16              MS. HANKINS:  Objection to form.

17              MR. ALEXANDER:  Join.

18        A    I would assume, since we're the largest youth

19   program for children to play in Palm Beach Gardens, that

20   they are referring to anybody that they don't provide a

21   sport for, to contact us.

22        Q    Do you know if the city has any other

23   recognized provider?

24        A    I do not, other than themselves.

25              MR. DIETZ:  Let's mark this as
```

1          Plaintiff's 5.

2                    (Plaintiff's Exhibit 5 marked for

3          Identification).

4          Q    Have you ever seen what's marked as

5   Plaintiff's 5?

6          A    When was this printed?

7          Q    Printed yesterday.

8          A    Because we just redid our website, which I

9   haven't approved yet, so I haven't -- actually it was

10  just done Friday.

11                   MS. HANKINS:  This would be the old one

12         then.

13                   THE WITNESS:  No, if he printed it

14         yesterday, it would be what we just posted.

15         Q    Page 2 says, "We work closely with the City of

16  Palm Beach Gardens, who provides us with the best sports

17  facilities in the county."  Do you see that?

18         A    Yes.

19         Q    How do you work closely with the City of Palm

20  Beach Gardens to get the best sports facilities in the

21  county?

22         A    They provide us the facilities.  I guess

23  that's what we're trying to get through with "we work

24  closely."  They provide us with the facilities, which

25  are second to none to any other facilities that are out

Anthony Badala
November 11, 2019                                60

```
 1   there.  We just opened up North County Park or they just

 2   opened up North County Park, which we now put our

 3   program at.  It's a premier center for kids to play

 4   youth sports.

 5        Q    How much do you pay for PBGYAA to have this

 6   youth sports at North County Park?

 7        A    We have a non-resident fee that we pay.

 8                  MR. DIETZ:  Let's mark this as 6.

 9                  (Plaintiff's Exhibit 6 marked for

10        Identification).

11        Q    This comes from the city website.  The city

12   website states, "The Palm Beach Gardens Youth Athletic

13   Association partners with the City of Palm Beach Gardens

14   to manage local youth sports leagues."  Do you see that?

15                  MS. HANKINS:  Where is this from?

16                  MR. DIETZ:  Palm Beach Gardens's website.

17                  MS. HANKINS:  The city's?  Okay.

18        Q    Do you consider yourself, the PBGYAA, to be

19   partners with the City of Palm Beach Gardens?

20                  MR. ALEXANDER:  Objection to form.

21                  MS. HANKINS:  Objection to form.

22        A    Here is what I'll tell you:  We're talking

23   about kids, talking about keeping them off the streets.

24   If they promote the PBGYAA, good for them, and those

25   kids could play within our organization.  Because all
```

Anthony Badala
November 11, 2019                              61

1   we're doing is helping these kids at a young age create

2   some kind of skill, some kind of communication process

3   with other children, some families, communication with

4   other families, which 99.9 times is a positive

5   experience, so if the city promotes us and wants to use

6   the word "partner" in that aspect, I'm all with them.

7          To keep those kids safe, that's the whole

8   reason six years ago I went into that city and told

9   them, "If you don't build more fields, you know what,

10   you better hire more cops."  And we've accomplished our

11   goal.  So if they want to use the word "partner" to

12   throw kids our way, so be it.

13          So in "partner" it's a matter of throwing kids

14   to our process while they produce the fields for us in

15   order for us to put kids out there playing a sport,

16   doing something productive, rather than nonproductive.

17   Q    Do you consider them to be a partner?

18          MR. ALEXANDER:  Objection, asked and

19      answered.

20          MS. HANKINS:  Objection, form.

21   A    And the way that they provide the fields to

22   us, if that's what you want to call partner, so be it.

23   As far as like financial, decision-making or anything

24   else, we're independent.

25   Q    Let's go back to Exhibit 3.  We're still on

Anthony Badala
November 11, 2019                                    62

1    page 4 of 6 on the top.  Number 7 of that page says,

2    "The city, through the parks director and/or recreation

3    superintendent, may issue keys to a city recreation

4    facility to an authorized representative."  Does anyone

5    from PBGYAA have any keys to city facilities?

6         A    The concession stands.

7         Q    Number 8, "The city shall provide a contact at

8    all monthly board meetings of the PBGYAA executive

9    board."

10                   MS. HANKINS:  We're not following where

11        you are.

12                   MR. DIETZ:  I'm on page 4 of 6, number 8.

13                   MS. HANKINS:  No, he's reading something

14        different.

15        Q    "The city shall provide a contact for all

16   monthly board meetings of the PBGYAA executive board."

17        A    Yes.

18        Q    The next one, "The city shall provide

19   assistance with Americans with Disabilities Act issues."

20   Does the city do that for you?

21        A    Um, I --

22                   MS. HANKINS:  Object to form.

23        A    -- does the city -- when they come to our

24   meetings they may update us or indicate anything that,

25   if any situations arise, in a hope to address certain

Anthony Badala
November 11, 2019                                    63

```
 1   things.
 2        Q    The city instructs the PBGYAA on Americans
 3   with Disabilities Act issues?
 4                  MR. ALEXANDER:  Objection,
 5        mischaracterizes his last response.
 6                  MS. HANKINS:  Form.
 7        A    Assistance with Americans with Disabilities
 8   Act issues... I don't even -- I can't even tell you if
 9   this has come into play in the time.
10        Q    Does the PBGYAA have any policies with regards
11   to the Americans with Disabilities Act?
12        A    No.
13        Q    Does the PBGYAA have any training with regards
14   to the Americans with Disabilities Act?
15        A    When situations come up such as this, we will
16   get as knowledgeable as we can as volunteers and try to
17   educate the rest of the program, coaches and so forth,
18   on an individual basis.
19             It has been my experience that parents want
20   their children to play a sport and become anonymous
21   within their sport, so typically in the past, prior to
22   this, parents have reached out to us, not wanting to
23   make their child a special exemption, not wanting to put
24   their child forefront in this process and wanted their
25   child to have a positive experience, enjoy just like
```

Anthony Badala
November 11, 2019                                    64

1   every other kid does, and we would accommodate that.

2            So, um, on occasions things do come up and we

3   will get educated to the best of our ability; whereas,

4   the parents become part of the board, much like Ms.

5   Quasha came to speak, so we can get knowledge on this

6   and understand it.

7        Q    How did you become as educated as possible?

8   How do you obtain that knowledge?

9        A    By speaking with other parents with the same

10  situation, by asking that parent, which typically prior

11  to this each parent has come in, and I can only count, I

12  remember two situations, one child had autism and the

13  parent became a coach, but he wanted to be anonymous,

14  and we respect that.  He didn't want his child separated

15  from the rest.  And that's how we become knowledgeable.

16  I'll take a personal interest and figure out a solution

17  with the parent.

18       Q    Would you ever ask Daniel Prieto for his

19  advice --

20       A    No.

21       Q    -- on ADA issues?

22       A    No.

23       Q    The next thing said, "The city shall provide a

24  standard of 700 hours in the parks division overtime

25  budget for PBGYAA extramural activities."  Does the city

Anthony Badala
November 11, 2019                                    65

```
 1   do that?

 2              MS. HANKINS:  Object to form.

 3        A    I don't know.  I mean --

 4              MS. HANKINS:  If you know.

 5        A    I don't know.

 6        Q    Turn to the next page, please, page 5 of 6,

 7   the first one, "Fund raising on city facility sites."

 8   Does the PBGYAA do fund raising on city facility sites?

 9        A    We will sell T-shirts during the games.  We'll

10   sell specialty items during the games, yeah.  We run the

11   concession stand.  Our teams, when they need to raise

12   money, we run the concession stand, so yes, we do fund

13   raise on the city fields during our program.

14        Q    Number 3, "The city grants PBGYAA permission

15   to operate concessions and to sell nonalcoholic

16   beverages during sporting events."

17        A    Yes.

18        Q    And they do that?

19        A    Yes, we do operate concessions, so, yes.

20        Q    The last one, "All beverages sold must be

21   products exclusively of Pepsi Cola and purchased through

22   a Pepsi Cola distributor until such time the city enters

23   into an agreement with another distributor."  Do you see

24   that?

25        A    Yes.
```

1        Q    And you still sell Pepsi Cola products?

2        A    We do not.  And the city doesn't have the

3    contract.  We have the contract.

4        Q    And when did that change, do you know?

5        A    I don't know if it has ever changed.  I don't

6    remember the city ever having a contract.  It has always

7    been with the YAA.

8        Q    You brought up Pepsi products earlier when you

9    were talking about the concession, and then you talked

10   about how Pepsi products are sold, and that was after

11   you said peanuts are a part of baseball.  Are Pepsi

12   products sold or not?

13       A    We have nine different sports.  Each sport is

14   allowed to enter into any contract they choose which

15   benefits their program.  We're changing that.  But as of

16   right now Pepsi provides three sports.  Coca-Cola, which

17   now does baseball, provides four sports.

18       Q    And what is sold at the concession stand?

19       A    Coca-Cola, I believe, up until last year it

20   was.  So... let me rephrase that.  A lot of drinks that

21   we buy right now are purchased independently when we go

22   to Costco, so I think just the fountain drinks are

23   Coca-Cola.

24            MR. DIETZ:  Let's take a ten-minute

25       break.

1               (Pause in the proceedings).

2               MR. DIETZ:  Mark this as Exhibit 7.

3               (Plaintiff's Exhibit 7 marked for

4        Identification).

5        Q    I was provided this in discovery.  Can you

6   please identify what is marked as Plaintiff's Exhibit 7?

7        A    It's our budget for 2019.

8        Q    It says "Executive Proposed Budget."  What

9   does "Executive Proposed Budget" mean?

10       A    The executive board oversees all the

11  individual sports.

12       Q    So this is the entire budget for the PBGYAA?

13       A    At a quick glance, and proposed, so I don't

14  know if this is the final budget, but this...

15       Q    Is there the amounts received from concessions

16  in this budget?

17       A    No.

18       Q    Is there a reason why it's not?

19       A    Because the executive board doesn't have any

20  concession stands.  The individual sports do.

21       Q    So there are specific budgets for each

22  individual sport?

23       A    No, we don't do budgets on each individual

24  sport.

25       Q    How do you do your accounting for each

Anthony Badala
November 11, 2019                                    68

1   individual sport?

2       A    It rolls up into -- this is the expenses for

3   the executive board.

4       Q    Let's look at soccer expenses.  It says

5   $95,779.  Does the soccer recreation have its own

6   budget?

7       A    Every sport has its own separate -- this is

8   just the executive budget.  This is what the sports pay

9   to the executive board, individual sports pay the

10  executive board, that's the executive budget.

11              MS. HANKINS:  You called it expenses, but

12       you were actually reading the income.

13              THE WITNESS:  The income.

14              MR. DIETZ:  Oh, the income, I'm sorry.

15      Q    You testified that you donated between

16  yourself and your company $20,000 to the PBGYAA?

17              MS. HANKINS:  Object to form.

18      A    Um, I donate quite a bit of money.

19      Q    Did you donate about $20,000 to the PBGYAA?

20      A    Yes.

21      Q    And when was that?

22      A    Over the past -- I sponsor teams.  I sponsor,

23  what, six different teams twice or three times a year.

24  I pay for teams to go away on travel expenses.  I donate

25  to my kids' own travel program, yes.  I pay for kids

Anthony Badala
November 11, 2019                              69

1    that can't afford to pay.  Any time we need an upgrade

2    on something that I want to do it but I don't want the

3    board to have to pay for it, I pay for it, yes.

4                    MR. DIETZ:  Mark this as Exhibit 8,

5         please.

6                    (Plaintiff's Exhibit 8 marked for

7         Identification).

8         Q    Turn to page 1 of Exhibit 8.

9         A    (Witness complies).

10        Q    It's a letter from Daszkal, Bolton?

11        A    Um-hum.

12        Q    This was sent to you, correct?

13        A    Everything gets sent to me, yes.

14        Q    Did you review this?

15        A    The 2017?  I'm sure.

16        Q    It was sent to you on November 12, 2018,

17   correct?

18        A    Correct.  We do yearly reviews and audits, so,

19   yes.

20        Q    Can you turn to page 22 of this document.  It

21   says "Contributors."  Do you see that?

22                    MS. HANKINS:  What page?

23                    MR. DIETZ:  22, if you look at the

24        bottom.

25        A    Okay.

Anthony Badala
November 11, 2019                                    70

1      Q    Can you tell me if you or any of your

2   companies is listed as a contributor on the 990?

3      A    Um, no, but I think these are single payments

4   that are made in one lump sum, so my donations are made

5   pretty much independently sport-by-sport, and I don't

6   know if I even file for tax returns on it.  I don't even

7   file for deductions on mine.  But it's done through

8   three different companies on individual sports.

9      Q    Are they individual sports within the PBGYAA?

10     A    Yes, but these look like they are lump sum

11  dollars.  That's what these are.

12     Q    So your testimony is the PBGYAA does not

13  account for your donations in its 990?

14     A    No, that's not what I'm saying.  I'm saying

15  the list of what you have here indicates lump sum

16  donors, one payment, that's what it looks like.

17     Q    Are you familiar how a 990 is done?

18     A    I am, yes.

19     Q    Can you tell me where the 990 shows where

20  you've donated in excess of $5,000 to PBGYAA?

21     A    I don't see it.

22     Q    Can you show me anywhere in the 990 where it

23  shows how much the PBGYAA makes in its concession

24  stands?

25     A    If you can point me to the page, because I

Anthony Badala
November 11, 2019                              71

```
 1   don't see it, I'm not an accountant.
 2        Q    How much does PBGYAA make on a yearly basis
 3   from its concession stands?
 4             MS. HANKINS:  Object to form.
 5        A    I have no idea, but it's a big source of our
 6   income.
 7        Q    How much does the PBGYAA make in peanut sales?
 8             MS. HANKINS:  Object to form.
 9        A    No idea.
10        Q    How much did the PBGYAA lose for not selling
11   peanuts during the T-ball league when HQ was playing
12   T-ball?
13             MR. ALEXANDER:  Object to form.
14        Predicate.
15        A    No idea.
16        Q    Was that amount even requested?
17        A    No.
18        Q    When did you speak to Mr. Aronowitz about HQ
19   going with him --
20        A    Right after they sent the request.
21        Q    Did you call him up or did you send an e-mail?
22        A    I saw him at the field.
23        Q    How long did you speak with him for?
24        A    Two minutes.
25        Q    You asked him all the questions you talked
```

Anthony Badala
November 11, 2019                                    72

```
1   about at the field?

2       A    I said, "I got a request for Quasha to be on

3   your team," and he said, "I don't want that

4   responsibility.  Just do what the league normally does."

5   Politely he said that.

6       Q    Do you know if there was a written request

7   sent in by Ms. Aronowitz asking for HQ and her son to be

8   on the same team?

9       A    I don't know.  I spoke with the dad.

10      Q    What other investigations did you do into Dr.

11  Quasha or Ms. Quasha?

12      A    I didn't do any --

13          MS. HANKINS:  Object to form.

14      A    -- I didn't do any investigations.  Ms. Quasha

15  went on the Facebook barrage and everything else that

16  she did and people started coming to me about some of

17  the other things, which I really don't care about.  All

18  I care about is the child.

19      Q    Do you know if she went on the Facebook

20  barrage before or after this case was filed?

21      A    I think she did the Ellen Degeneres thing

22  first, from my recall, then did the Facebook thing.  I

23  read the comments, I think Ms. Quasha did too, and we

24  can both see where this led, so...

25      Q    The Ellen Degeneres issue, that didn't involve
```

Anthony Badala
November 11, 2019                          73

```
 1   the baseball league, did it?
 2       A    I don't know, but it had to do with peanut
 3   allergies, and it was all during the same process.
 4       Q    So it's your understanding that the Ellen
 5   Degeneres issue and the peanut allergy were one and the
 6   same?
 7               MS. HANKINS:  Object to form.
 8               MR. ALEXANDER:  Objection.
 9               MS. HANKINS:  Object to form,
10       mischaracterization.
11       A    It didn't really matter to me.  I was just
12   looking at it as an overview.
13       Q    Did you ever tell Ms. Quasha that you can't
14   stop selling peanuts because it's baseball?
15       A    No, not like that.  I said, "Peanuts is part
16   of baseball".
17       Q    So did you laugh and say, "Peanuts is part of
18   baseball"?
19               MR. ALEXANDER:  Object to form.
20       A    I wouldn't laugh at this situation, okay?  I
21   may have really been taken back by some of the comments
22   that were on the back end of my solutions, but peanuts
23   is part of baseball, and it was uncontrollable, that's
24   why it would be uncontrollable even if I stopped selling
25   it, to limit the flow of the product and other items
```

1    that contain peanuts from coming onto the field.  It

2    wasn't a laughing matter to me.

3         Q    Is beer a part of baseball?

4         A    Not youth sports, but I'm sure it is part of

5    baseball, yes.  But we're talking about youth sports.  I

6    heard your comments before.  So two different things.

7         Q    Is chewing tobacco part of baseball?

8         A    Not youth sports.  Peanuts is an alternate to

9    chewing tobacco, so...

10        Q    Is chewing tobacco part of adult baseball?

11        A    Used to be.

12        Q    Is it now?

13        A    Less than it used to be.

14        Q    What conversations have you had with Daniel

15   Prieto about Ms. Quasha's request?

16        A    That I took it over, Seth would no longer

17   handle it, I would handle it directly.

18        Q    Are those all the conversations you had with

19   Daniel Prieto?

20        A    Yeah, I've never, conversation-wise, very

21   little conversation.  This was a YAA thing until the

22   lawsuit came into the city.

23        Q    So do you know if there was an ADA

24   investigation done by the city at any time?

25        A    No.

Anthony Badala
November 11, 2019                                    75

```
 1            MS. HANKINS:  Object to form.
 2       Q    With regards to the interleague play, where
 3  does the North Palm Beach team currently play in the
 4  PBGYAA league?
 5            MR. ALEXANDER:  Object to form.
 6       A    North Palm plays off of, I believe it's off of
 7  Prosperity, as well as other locations, and Palm Beach
 8  Gardens plays on Burns Road.
 9       Q    Does the North Palm Beach team ever play on
10  Burns Road?
11       A    They have.
12       Q    When is that?
13       A    Whenever the schedules -- whenever we
14  accommodate it, whatever, North Palm, Delray, Jupiter,
15  whenever we can accommodate.
16       Q    And they would come and play the PBGYAA teams
17  on the Burns Road field?
18       A    Yeah.
19       Q    Currently do any PBGYAA teams play in North
20  Palm Beach?
21       A    I don't know.  We were going to make sure this
22  happened for her son.
23       Q    Prior to her son, did it ever occur?
24       A    I think that was the first year they really
25  approached us because Joe Tompke was president prior to
```

1    that.  Duke took over and Duke realized that they had

2    limited teams.  He was used to Palm Beach Gardens, knew

3    the situation at Palm Beach Gardens, so when those

4    communications opened Seth called me and I called Duke,

5    said, "If I have to accommodate this young man and the

6    parents accept, can we play all those games there?"

7    Duke said, "Whatever we can do for that child, yes,"

8    exact words.

9         Q    Were any of these conversations in writing?

10        A    No, all verbal.  I communicate best this way.

11   This way, when you say something, I hear it, we have an

12   agreeance back and forth, old school.

13        Q    Will you agree that the rookie games are also

14   the first games of the day?

15        A    I have no idea.  There's a lot of teams going

16   on.  You've got rookie games three days a week and

17   you've got other teams practicing and a lot of things

18   happening at that time.  Whether you're the first game

19   or second game, I don't know if they are the first game.

20             So typically, yes, we try to take care of the

21   younger age group first, but that's not necessarily true

22   on Saturdays.  Saturdays the rookie games are going to

23   be first, second and third.  So during the week,

24   possibly, but there's other fields being accommodated by

25   other people.

Anthony Badala
November 11, 2019                                            77

1        Q     Did you ever tell Mr. Prieto that the rookie

2   games were not the first day of the week?

3        A     It's not.  It's on Saturdays.

4        Q     I mean the first game.

5        A     I don't know if I told him, but it's factually

6   not true.  Saturdays they are playing throughout the

7   first and second timeline and could be the third based

8   on the coaches's request.

9        Q     Are you sure about that?

10        A     A hundred percent.

11        Q     With regard to T-ball games, are the spring

12   T-ball games the first ones of the day?

13        A     Typically T-ball was different because T-ball

14   we did not play on -- to my recollection, T-ball games

15   were played Monday and Friday.  It was an easy fix.

16   Once you get into rookie, it wasn't, because you play

17   Saturdays.

18        Q     But with regards to T-ball in the spring, that

19   would be the first game of the day?

20        A     Possibly.  I think we had two overflows

21   because the league was growing at that time, so it could

22   be the second game.

23                    MR. ALEXANDER:  If we will be much

24        longer, I would like to tell the other witness --

25                    MR. DIETZ:  Two more minutes.

Anthony Badala
November 11, 2019                              78

1                    MR. ALEXANDER:  -- just a heads up as to

2         how long we're going to keep him.

3         Q    You don't like my clients, do you?

4         A    Why do you say that?

5                    MS. HANKINS:  Object to form.

6         A    Why do you say that?

7         Q    Prior to the deposition did you call my

8    clients outside in the hall "fucking sick pieces of

9    shit"?

10        A    Absolutely not.  Absolutely not.  I don't know

11   where you would ever get that from.

12        Q    Those are words you wouldn't use?

13        A    Probably words I would use but not against

14   your clients.

15        Q    Who were you calling a "fucking sick piece of

16   shit" outside?

17        A    I just spent the weekend in Delray with a

18   mutual friend of Seth's who I didn't enjoy the company

19   and some of the antics of their visit, so I think I was

20   referring to them, but I didn't know anybody was

21   listening to my private conversation with Seth, so...

22                    MR. DIETZ:  I have no further questions.

23                    MR. ALEXANDER:  No other questions.  Want

24        to read?

25                    MS. HANKINS:  We'll read.

```
 1                THE COURT REPORTER:  Copy?

 2                MR. DIETZ:  Yes, please.

 3                THE COURT REPORTER:  Scott?

 4                MR. ALEXANDER:  Yes.

 5                (The deposition was concluded at 2

 6    o'clock, p.m.)

 7                (Reading and signing of the deposition

 8    was not waived by the witness and all parties.)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Anthony Badala
November 11, 2019                              80

1                    CERTIFICATE OF OATH

2
STATE OF FLORIDA        )
3  COUNTY OF PALM BEACH  )

4

5          I, TERRI BECKER, Certified Shorthand Reporter,

6  Notary Public, State of Florida, certify that ANTHONY

7  BADALA personally appeared before me on November 11,

8  2019 and was duly sworn.

9          Signed this 13th day of November, 2019.

10

11

12          _____
                  Terri Becker, CSR
13                Certified Shorthand Reporter
                  Notary Public, State of Florida
14                Commission No.:  FF177109
                  Expires:  March 13, 2023
15

16

17

18

19

20

21

22

23

24

25

1                    CERTIFICATE OF REPORTER

2

    STATE OF FLORIDA        )
3   COUNTY OF PALM BEACH   )

4

5            I, TERRI BECKER, Certified Shorthand Reporter,

6   do hereby certify that I was authorized to and did

7   stenographically report the Deposition of ANTHONY

8   BADALA, pages 1 through 84; that a review of the

9   transcript was requested; and that the transcript is a

10  true record of my stenographic notes.

11           I further certify that I am not a relative,

12  employee, attorney, or counsel of any of the parties,

13  nor am I a relative or employee of any of the parties'

14  attorneys or counsel connected with the action, nor am I

15  financially interested in the action.

16           Dated this 13th day of November, 2019.

17

18

19          _____
            Terri Becker, CSR
20          Certified Shorthand Reporter

21

22

23

24

25

```
 1                    WITNESS NOTIFICATION LETTER

 2

 3     November 13, 2019

 4
       Anthony Badala
 5     c/o Scott Alexander, Esq.
       2455 E. Sunrise Blvd.
 6     Fort Lauderdale, Florida 33304

 7
       In Re:  Jennifer Quasha, etc. vs. City of Palm Beach
 8     Gardens, Florida

 9
       Deposition Taken on November 11, 2019
10     U.S. Legal Support Job No. 2008895

11
               The transcript of the above-referenced proceeding
12     has been prepared and is being provided to your office
       for review by the witness.
13
               We respectfully request that the witness complete
14     their review within 30 days and return the errata sheet
       to our office at the below address or via email to:
15     Southeastproduction@uslegalsupport.com.

16                          Sincerely,

17

18                          Terri Becker, CSR
                            U.S. Legal Support, Inc.
19                          700 East Dania Beach Boulevard
                            First Floor
20                          Dania Beach, Florida 33004
                            (561)835-0220
21

22
       cc via transcript:
23     Matthew Dietz, Esq.

24

25
```

Anthony Badala
November 11, 2019                                    83

1                         ERRATA SHEET

2               DO NOT WRITE ON THE TRANSCRIPT

3                  ENTER CHANGES ON THIS PAGE

4

5    In Re:  Jennifer Quasha, etc. vs. City of Palm Beach
     Gardens, Florida
6

7    Deposition of Anthony Badala
     Taken on November 11, 2019
8    U.S. Legal Support Job No. 2008895

9
     Page No.  Line No.  Change       Reason
10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____
     _____

Anthony Badala
November 11, 2019                                    84

1   _____

2   _____

3   _____

4   _____

5   _____

6   _____

7   _____

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20

21          Under penalties of perjury, I declare that I have
    read the foregoing document and that the facts stated in
22  it are true.

23

            _____
24           Date          Anthony Badala

25

**$**

**$100,000**
51:13
**$20,000**
68:16,19
**$5,000**  70:20
**$95,779**  68:5

**1**

**1**  31:21,24
32:14 46:4,11
69:8
**1,000**  8:3
**100**  18:23
**11**  6:23
**12**  69:16
**13**  7:16 12:8
26:4 29:22
35:13 46:20
**13321**  5:6
**15**  15:8 31:25
**16**  54:14
**17**  42:8
**18**  7:15
**19**  47:13
**1967**  5:4

**2**

**2**  33:19 37:5,
7 46:23,24
47:2 59:15
79:5
**20**  7:4 15:8
28:4 39:24
**20,000**  7:25
**2005**  48:25
**2006**  48:14,
15,17,19
**2007**  48:25
**2009**  48:24
**2016**  5:24

**2017**  69:15
**2018**  41:23
69:16
**2019**  13:6
14:2 32:1
67:7
**22**  47:11
69:20,23

**3**

**3**  48:6,7,10
58:6 61:25
65:14
**30**  54:17
**300**  20:1
**33408**  5:7
**39**  37:12

**4**

**4**  49:6 57:25
58:1,4 62:1,
12
**40**  37:12
**41**  37:12
**42**  37:12
**4:00**  57:17

**5**

**5**  57:20 59:1,
2,5 65:6
**501(c)3**  47:16
**5:00**  21:12
**5:30**  21:13

**6**

**6**  5:4 60:8,9
62:1,12 65:6

**7**

**7**  62:1 67:2,
3,6

**700**  64:24

**8**

**8**  53:17 62:7,
12 69:4,6,8
**8:00**  57:17

**9**

**99.9**  61:4
**990**  70:2,13,
17,19,22

**A**

**a.m.**  57:17
**ability**  13:14
26:20 64:3
**able**  15:18
20:20 29:18
51:14
**about**  4:9
5:12 9:4 12:6
13:10 14:20,
23 16:7 17:5,
19 30:7,14,23
35:2,12,22
36:9,18,19
40:7 41:19
42:7 45:25
51:7 53:3
56:12 60:23
66:9,10 68:19
71:18 72:1,
16,17,18
74:5,15 77:9
**above**  4:3
**Abrams**  4:23
9:2 28:13
**Abrams'**  44:10
45:6
**absolutely**
22:8 30:21
34:16 37:21
38:16,19
78:10

**accept**  42:12
76:6
**accepted**
38:20 41:20
**accommodate**
14:1 18:6
28:20 34:23
38:2 42:13
51:11,15 52:5
64:1 75:14,15
76:5
**accommodated**
26:17 27:11
28:24 35:1
37:4 38:6
41:7 76:24
**accommodates**
24:1
**accommodating**
29:20 41:15
**accommodation**
14:10 15:10
17:9 20:16
36:7 38:20
**accommodations**
16:11 19:23
21:6 34:24
35:21,25
36:17,21 39:1
**accomplished**
20:21 36:11
61:10
**account**  70:13
**accountant**
71:1
**accountants**
42:24 50:22
**accounting**
42:20 67:25
**accurate**  35:8
**across**  29:14
**Act**  62:19
63:3,8,11,14
**activities**
54:16 57:21
64:25
**activity**
53:19

actual 41:23
actually
 14:16 29:24
 34:3 44:10
 45:4 59:9
 68:12
ADA 64:21
 74:23
add 18:1
addition 6:4
additional
 16:21 17:6,16
address 5:5
 23:3 29:2,4
 62:25
addressed
 12:4 31:25
addresses
 49:22
adequate
 53:18 57:8
adult 29:4
 74:10
advanced
 17:25
adverse 43:9
advice 64:19
affected 20:1
affirm 4:8
affirmed 4:15
afford 26:18
 69:1
after 16:13
 17:9 21:12
 30:10 42:16
 66:10 71:20
 72:20
afternoon
 44:7
against 39:20
 49:9 78:13
age 6:19
 8:10,11 20:2
 24:1 61:1
 76:21
ages 15:6
 30:2

aggregate
 5:25
ago 10:13
 51:7,13 61:8
agree 19:21
 76:13
agreeance
 76:12
agreed 20:17
agreement
 34:18 49:2
 65:23
ahead 21:4
alcohol 22:22
 23:1,5
Alexander
 4:18,21 44:5,
 18 45:1,8
 53:25 58:17
 60:20 61:18
 63:4 71:13
 73:8,19 75:5
 77:23 78:1,23
 79:4
all 9:19
 15:25 20:16
 24:20 25:2,
 18,21 26:23
 29:1 31:1,9,
 18 35:18
 36:18 37:4
 44:5 47:13
 49:22 53:1
 55:18,21
 56:1,5,9
 57:1,2 60:25
 61:6 62:8,15
 65:20 67:10
 71:25 72:17
 73:3 74:18
 76:6,10 79:8
allergic
 28:17 29:16
allergies
 28:14 29:8,23
 34:14 73:3
allergy 18:11
 39:18 73:5

allow 9:8
 29:9 44:12
 56:21
allowed 13:7
 22:19,22
 50:24 66:14
allows 23:10
Almost 32:7,8
Already 32:6
also 7:19 8:9
 16:15 23:13
 25:21 52:13
 76:13
alternate
 34:25 35:2
 36:1 40:18
 74:8
always 28:5
 29:12 53:13
 66:6
am 36:20
 70:18
amend 48:3
Americans
 62:19 63:2,7,
 11,14
amount 19:18
 22:4 43:6
 71:16
amounts 67:15
anaphylactic
 30:4
and 4:2,3,10,
 16 5:17,18,
 21,24,25
 6:17,18 7:14,
 15,24 8:2,12,
 17 9:3,11,13
 10:8,13,15,
 16,18,24,25
 12:4,6,10,14,
 17,18,20
 13:12,15,16,
 19 14:6,17,19
 15:6,8,9,18
 16:2,7,15,20
 17:2,11,15,
 16,19,20,21

18:2,3,13,19,
 23,25 19:2,
 13,15,25
 20:3,8,14,15,
 20,23,24,25
 21:6,8,19,20,
 23 22:7,12,17
 23:2,22,24
 24:1,6,7,14,
 22,24 25:4,7,
 8,10,13,21
 26:2 27:2,9,
 12,15,20,25
 28:16,21,23
 29:3,7,16,17,
 22 30:11,12,
 13,19,25
 31:12,13,24
 32:15,16,17,
 21,24 33:5,
 13,17,21
 34:1,13,21
 35:3,6,15
 36:8,10,12,
 15,21,22,23
 37:2,12,17,
 18,25 38:9,
 10,11,20
 39:6,9,16
 40:5,6,10,13,
 14,17,25
 41:6,15,17,20
 42:3,4,5,6,
 12,15,19,22,
 25 43:3,8,12,
 13,17,21
 44:2,3,23
 45:1,5,16,17,
 18,22,23,24
 46:1,2,7
 47:17 48:12
 49:1,22,23,25
 50:15,22
 51:16,21,24
 52:7,12,15,16
 53:3,7,10,13,
 15,19 55:4,
 11,18 56:15,
 21 57:8,9,13,

17,22 60:24
61:5,8,10,18,
21 63:16,17,
20,24 64:1,2,
6,11,12,14,
15,16 65:15,
18,21 66:1,2,
4,9,10,18
67:13 68:16,
21 69:18 70:5
72:3,7,15,16,
23 73:3,5,17,
23,25 75:7,16
76:1,4,5,12,
16,17,23
77:7,15 78:19
79:7,8
**and/or** 9:16
62:2
**annual** 50:19
**anonymous**
63:20 64:13
**another**
15:20,23
17:17 37:19
65:23
**answer** 10:18
12:18 54:1,2
**answered**
12:13 61:19
**Anthony** 4:14,
20
**antics** 78:19
**any** 11:8,11,
14 14:10
16:21 17:4
19:3,18 22:15
25:24 26:1
27:22 28:8
30:4,15 37:15
38:12,18
41:5,23
52:21,24
53:21 58:22
59:25 62:5,25
63:10,13
66:14 67:19
69:1 70:1

72:12,14
74:24 75:19
76:9
**anybody** 15:19
58:20 78:20
**anybody's**
31:14,16
**anyone** 36:20
62:4
**anything** 8:21
10:17 14:12
16:9 29:12
38:6 52:11
61:23 62:24
**anyway** 17:24
**anywhere**
20:13 27:7
35:17 70:22
**apart** 27:9
**appease** 19:22
**appreciable**
19:18
**appreciation**
55:5
**approached**
75:25
**approaches**
28:16
**appropriate**
14:23
**approved** 59:9
**approximately**
8:3 48:16
**April** 31:25
32:4 33:24
**architect**
52:3
**are** 4:9 5:20
6:2,19,21
8:1,7 10:2
11:1,12,15
12:12 14:12
17:24 19:25
21:23 22:12,
19 23:14
25:6,15,22
26:5,17 27:4,

9,11,17 28:18
30:9 31:8
32:10,25 33:7
35:14,18 38:3
40:22 41:1,14
42:6,8 47:4
52:14,24 53:9
55:14 58:20
59:25 62:11
66:10,11,21,
22 67:21
70:3,4,9,10,
11,17 74:18
76:13,19,22
77:6,9,11
78:12
**area** 26:3
**arise** 62:25
**Aronowitz**
13:8,13 14:4
15:1 16:1,2,
18 71:18 72:7
**Aronowitzes**
13:17,25
14:21 15:11,
12 16:4,20
18:18
**Aronowitzes'**
16:22
**arose** 16:3
**around** 21:22
22:25 28:17
32:25
**as** 4:16 7:1,
11 8:7 10:12
11:25 12:10,
25 13:12
15:23 16:17
18:5,7 19:5,
25 20:2 24:6,
17 28:6,19
31:1,23 32:4,
18 34:4,15
36:3,8 37:2,
5,20 39:10
43:2,11 44:8,
12 45:13
46:11,22 47:1
48:5,9 49:5

50:13 52:2,5,
22 54:9 55:16
57:24 58:3,25
59:4 60:8
61:23 63:15,
16 64:7 66:15
67:2,6 69:4
70:2 73:12
75:7 78:1
**aside** 50:15
**ask** 5:8 7:8
8:23 28:25
44:19,22
64:18
**asked** 8:22
16:12,14
29:15 37:19
43:1,2 44:2
61:18 71:25
**asking** 11:1
44:11 64:10
72:7
**aspect** 52:21
61:6
**asshole**
36:12,22
**assist** 16:2
**assistance**
62:19 63:7
**assistant** 8:7
**Association**
6:6,9 7:3,10
9:6 10:6,10,
16 18:6 24:18
28:6,10,19
29:2 35:6
37:14,24
38:22 39:19
58:12 60:13
**assume** 58:18
**at** 4:3 5:19
8:16 9:6
12:9,15,21
14:15,23 15:5
21:4,10,14
22:3,13 25:1
27:25 28:4,9
30:1 31:6

34:2,5,19,25
36:1,3,6,19,
20,24,25
38:10,18
39:1,23
40:18,22
41:3,11,19,
24,25 42:4,
10,14 44:25
51:2,6 52:5,
14,18 54:3
60:3,6 61:1
62:7 66:18
67:13 68:4
69:23 71:22
72:1 73:12,20
74:24 76:3,18
77:21 79:5
**Athletic** 6:6,
8 7:3,9 9:5
10:5,9,15
18:6 24:17
28:5,10,19
29:2 35:6
37:13,24
38:22 39:19
58:12 60:12
**attached**
47:21
**attachments**
47:16
**attain** 51:12
**attendance**
41:24
**attended**
42:17
**attends** 26:25
**attention**
31:14,16
37:12
**attorney** 4:21
45:21
**attorney/
client** 45:25
**attraction**
52:12
**audits** 69:18

**authorization**
47:17
**authorized**
62:4
**autism** 64:12
**available**
30:9,18 56:14
**aware** 33:21
41:23 48:17,
24
**away** 68:24

---

**B**

**back** 5:24
12:19 14:22
18:1 19:16
24:11 26:14
27:14 39:23
40:5 41:17
42:19,21
54:13 61:25
73:21,22
76:12
**background**
5:13 50:3,6,
8,10,12,16
**Badala** 4:14,
20 26:22
45:14
**bag** 26:7
**bags** 8:17
22:5
**barely** 42:16
**barrage**
72:15,20
**baseball**
5:14,16 6:25
7:12 8:5,18
9:6 11:17,19
15:21 16:25
17:2,21 18:3,
4,22,23 19:15
24:23 32:3
40:21 52:14,
25 53:12
56:12 66:11,
17 73:1,14,

16,18,23
74:3,5,7,10
**based** 23:25
77:7
**basically**
8:16 9:12
18:12 24:20
35:12 39:13
40:12 50:21
**basis** 63:18
71:2
**bat** 8:17
**Beach** 4:22
5:6 6:5 7:2,9
9:5 10:5,8,9,
15 23:10 28:9
35:6,8 37:13,
14,20,23
38:4,5,9,21,
23 39:4,7,12,
19,21 40:22
41:11 51:9
56:25 58:11,
19 59:16,20
60:12,13,16,
19 75:3,7,9,
20 76:2,3
**bearing** 10:19
**became** 27:3
52:19 64:13
**because**
13:14,23
14:8,22 15:17
19:14 20:8,9
25:5 26:17
27:9,13 29:16
32:17 35:22
36:6,11,20
38:11 41:14,
20 42:11
43:11,14 45:5
55:7 59:8
60:25 67:19
70:25 73:14
75:25 77:13,
16,21
**BECKER** 4:1

**become** 27:8
63:20 64:4,7,
15
**becomes** 27:9
45:11
**been** 4:15
6:11 7:7,8
12:9 19:16
28:2,5,6
29:1,6,10,12,
20,21,23 30:2
36:25 37:1
39:17 41:10
43:23 45:18
46:19 48:2,12
51:9 53:13
55:7 63:19
66:7 73:21
**beer** 74:3
**before** 4:1
22:2 32:14
33:7 41:18
72:20 74:6
**beginning**
27:11
**behalf** 43:8
51:16
**behind** 9:14
13:20
**being** 13:6
36:21 37:19
39:10 40:22
41:9,18 76:24
**belief** 35:4
40:17
**believe** 31:20
40:21 45:21
57:23 66:19
75:6
**benefit** 26:15
38:7
**benefits** 6:17
66:15
**Benjie** 15:4
16:5 42:4
**best** 27:4
40:7 59:16,20
64:3 76:10

**better** 9:10
27:3 52:22
61:10
**between** 7:24
10:14 12:15
17:20 24:22
31:2 68:15
**beverages**
65:16,20
**bible** 47:8
**big** 18:2,22
24:25 26:5
71:5
**biggest** 19:25
26:6
**birth** 5:3
**bit** 5:12
68:18
**board** 12:16,
17 14:8
16:12,25 17:2
48:20,21,23
49:1,5,23
50:4,15 54:3,
4 62:8,9,16
64:4 67:10,19
68:3,9,10
69:3
**boards** 12:16
13:15
**Bolton** 69:10
**born** 48:23
**both** 15:9
27:1,12 51:17
72:24
**bottom** 47:15
69:24
**bought** 16:15
30:12
**boundaries**
55:22 56:2,6
**boy** 14:17
15:8
**brand** 27:21
**break** 66:25
**Brewster** 5:14

**bring** 6:18
18:24 19:7
21:17,23,25
22:19 23:1
29:9
**bringing** 19:1
22:4,16
**brochure**
57:22
**broom** 30:19,
25 33:13
**brooms** 16:15
30:7,9,13,14,
16 31:6 37:2
**brother** 21:20
**brought** 12:24
15:22 31:14,
16 37:2 66:8
**buck** 26:8,9
**bucks** 26:8
**budget** 64:25
67:7,8,9,12,
14,16 68:6,8,
10
**budgets**
67:21,23
**build** 61:9
**build-out**
52:2
**building**
23:13,18
24:12,15,18
25:11,15
**built** 51:16
**Burns** 52:18
75:8,10,17
**business**
5:18,19,20
6:5 39:17
41:18
**but** 4:10 5:8,
23 7:4 9:3,9,
14 12:10
13:17 14:9
16:17 17:8,12
18:14,17
20:14 21:5
23:3 24:22

25:6 26:8
30:2,9 31:25
35:12,21
37:24 39:1
41:18 43:16
45:12 48:3
50:5 52:5
53:3 54:9
55:17 64:13
66:15 67:14
68:11 69:2
70:3,7,10
71:5 73:2,22
74:4,5 76:21,
24 77:5,18
78:13,20
**buy** 21:24
66:21
**by** 4:18 10:1
13:21 20:2,4
25:16 28:5,22
36:14,15
37:13 46:10
51:9,13 57:17
64:9,10 72:7
73:21 74:24
76:24 79:8
**bylaws** 47:7,
9,10,20,24
48:2

---

**C**

**Cal** 51:15
52:17 53:6,7,
9,10,11,12,
13,15
**calendar**
32:19 54:16
**calendars**
54:18,22
**call** 10:25
12:6 31:10
33:9 40:5,9
43:24 54:5
61:22 71:21
78:7

**called** 42:24,
25 68:11 76:4
**calling** 10:18
12:2 78:15
**calls** 12:14
27:15 40:5
53:23
**came** 29:17
35:24 42:5
64:5 74:22
**can** 5:1,9 7:1
9:3 12:5
14:11 16:9
18:21 33:1,5
35:14 39:25
40:11 45:5,
22,23,24 46:2
47:1,6,11
49:6,18 54:1,
20 55:15 58:6
63:16 64:5,11
67:5 69:20
70:1,19,22,25
72:24 75:15
76:6,7
**can't** 63:8
69:1 73:13
**candy** 32:24
**cannot** 26:18
**car-pooling**
16:2
**care** 72:17,18
76:20
**career** 5:16
**case** 5:9 8:19
16:16 30:15
35:3 72:20
**category** 23:4
**cause** 4:4
**center** 60:3
**certain** 21:10
39:20 43:6
62:25
**Certified** 4:2
**change** 9:24
66:4
**changed** 66:5

changes  50:25
changing
  66:15
charge  18:6
  19:5 24:14
  26:7
checks  50:4,
  8,10,12,16
chewing  74:7,
  9,10
child  12:10
  14:9 15:20
  17:7,17 18:13
  21:15 26:16,
  19,25 28:20
  29:16,23,25
  30:4 34:25
  35:10 36:17,
  18 38:7 40:16
  41:19 42:13
  43:8 53:21
  55:8 63:23,
  24,25 64:12,
  14 72:18 76:7
child's  36:9
children  15:6
  26:15,24
  58:19 61:3
  63:20
choose  66:14
Citadel  26:25
citizens
  40:23
city  4:21
  10:8,13,15
  11:1,8,11,14,
  17,19,23
  12:2,6,11,21,
  24 13:11
  16:14 23:9,24
  24:1,3,11
  25:24 26:1
  27:24 28:8,19
  30:15 32:16,
  19 33:5,9
  35:11 40:6,8
  46:13,16,18
  47:17,21,23

48:1,4 49:4,
  9,16,20 50:9,
  10,12,16
  51:9,15,18,22
  52:20 53:15
  54:8,11,19,23
  55:3,4,5
  56:25 57:6,7,
  10,12,16,20
  58:22 59:15,
  19 60:11,13,
  19 61:5,8
  62:2,3,5,7,
  15,18,20,23
  63:2 64:23,25
  65:7,8,13,14,
  22 66:2,6
  74:22,24
city's  11:2
  50:25 58:12
  60:17
claims  49:10
class  40:23
classes  5:17
clean  32:22
clear  17:11
client  45:22
clients  78:3,
  8,14
closed  55:14,
  15
closely
  59:15,19,24
closings
  57:13
coach  14:25
  15:2,4 28:21,
  22,23 29:3,7,
  15 30:17 33:1
  38:24 42:5
  43:25 44:1
  64:13
coaches  8:7
  11:12 43:15
  63:17
coaches's
  77:8

Coca-cola
  66:16,19,23
Coke  27:16
Cola  65:21,22
  66:1
college  5:15
  12:25
come  26:4
  29:14 52:22
  55:4 62:23
  63:9,15 64:2,
  11 75:16
comes  56:13
  60:11
coming  19:4
  72:16 74:1
comment  21:5
comments  17:4
  72:23 73:21
  74:6
commissioners
  55:4
common  21:21
  22:25
communicate
  12:3,19 76:10
communicated
  36:5,23
communication
  61:2,3
communications
  40:2 76:4
companies
  70:2,8
company  7:24
  68:16 78:18
competitive
  9:17
complies
  47:12,14
  49:7,19 58:7
  69:9
comprehensive
  49:8
concept  41:3
concern  36:9

concerned
  20:5 36:18,19
  41:13 52:23
concerns
  38:12
concession
  16:16 19:6
  21:24 23:7
  24:15,18 25:3
  26:2 28:2
  31:8 36:2,25
  38:11 41:4,6
  51:2,5,6,8,
  11,25 62:6
  65:11,12
  66:9,18 67:20
  70:23 71:3
concessions
  23:14 24:11
  25:22 27:14,
  25 28:9 38:1
  65:15,19
  67:15
concluded
  79:5
conclusion
  53:24
condition
  57:16
consider
  60:18 61:17
constantly
  22:12
contact  5:9
  12:20 16:4
  46:13 54:12
  55:11 58:21
  62:7,15
contain  19:1
  74:1
containing
  49:21
continue
  32:16,19
  37:22,23
  57:10,14
continued
  40:19

contract
  46:14,16,17
  47:17,21,22,
  25 48:4,18,25
  49:3,4 66:3,
  6,14
contributor
  70:2
Contributors
  69:21
control   34:10
  46:7
conversation
  14:25 17:12
  74:21 78:21
conversation-
wise   74:20
conversations
  15:25 33:22
  52:1 74:14,18
  76:9
cooking   25:10
copied   31:24
  35:11
cops   61:10
copy   39:25
  47:17,20,22,
  24,25 79:1
correct   24:12
  44:2 47:18,19
  69:12,17,18
corrections
  45:5
correspondence
  35:4
Costco   24:24
  66:22
could   7:4
  12:8 14:6
  15:20 16:2,11
  20:13,14
  24:22 30:16,
  17 60:25
  77:7,21
couldn't
  34:10
count   64:11

county   12:1
  59:17,21
  60:1,2,6
course   31:17
  32:25 34:15
  39:17
court   4:6
  45:13,22
  79:1,3
courtesy   31:2
  54:9
cover   52:13,
  15
covered   9:2
create   27:12
  52:13 55:2
  61:1
created   52:14
creates   27:6
criminal   50:6
CROSS   46:9
cups   23:2
current   43:21
currently
  75:3,19
custody   46:7

---

### D

dad   36:5,15
  37:17 38:10
  72:9
daily   57:7
Dan   40:9
  54:13
Daniel   12:22
  27:15,20
  49:25 52:1
  64:18 74:14,
  19
Daszkal   69:10
date   5:3
  32:10 54:18
dated   31:25
dates   57:13
day   6:4 20:7,
  18 21:9 22:2

32:20 33:1
  34:22 54:4
  55:1,3,12
  57:18 76:14
  77:2,12,19
days   54:17
  76:16
deal   10:12
  12:22 15:19
dealing   12:4
  29:11
decision
  10:3,4,21
  11:4 52:20
decision-
making   61:23
declaration
  37:9 39:24
declared
  37:10
dedicate   7:2
deductions
  70:7
defendant's
  31:21 37:7
Degeneres
  72:21,25 73:5
degree   5:18
Delray   75:14
  78:17
departing
  31:3
department
  54:5
deposition
  4:1,23 30:8
  35:16 37:6
  44:11,13,15
  46:12 78:7
  79:5,7
desirable
  52:21
detail   52:3
details   13:20
deter   19:3
developed
  13:19

did   6:17
  8:23,25 9:3,
  5,8 13:13,25
  15:12 16:18,
  19 17:4,11
  19:17,21 21:5
  30:14 31:10
  34:4 36:16
  38:14,17
  40:1,14 41:8
  42:3,22 44:3
  45:1,13 64:7
  66:4 68:19
  69:14 71:10,
  18,21,23
  72:10,16,21,
  22,23 73:1,
  13,17 75:23
  77:1,14 78:7
didn't   9:17
  13:17 14:22
  15:10 17:15
  27:2 36:6
  41:4 42:1
  44:17,18
  64:14 72:12,
  14,25 73:11
  78:18,20
die   15:20
DIETZ   19:9
  22:24 32:23
  33:4 35:9,14
  44:7,14,19,
  22,25 45:16
  46:2,10,15,22
  48:5 57:24
  58:25 60:8,16
  62:12 66:24
  67:2 68:14
  69:4,23 77:25
  78:22 79:2
difference
  17:19,20
  41:4,5
different
  12:16 23:3
  28:15 38:15
  56:11 62:14
  66:13 68:23

70:8 74:6
77:13
**differently**
41:10
**dinner** 22:2,
3,13
**direct** 4:17
45:15
**direction**
26:1 27:18
**directly** 12:4
20:1 74:17
**director** 7:13
49:5 50:19
56:15 62:2
**dirty** 32:24
**Disabilities**
62:19 63:3,7,
11,14
**disbanded**
9:18
**discarded** 9:1
**disclosure**
45:12
**discovery**
67:5
**discuss** 14:22
**discussion**
14:19 16:7
40:10
**discussions**
51:24
**distribution**
57:22
**distributor**
65:22,23
**divide** 11:9
**division** 7:12
9:6 54:17
64:24
**do** 4:8 6:2,5,
7,15,16 7:6,
20,22 8:5,14,
19,21,23
10:16,17
13:6,10,12,
16,17,20

14:18 15:15
16:9 18:9,21
20:6,17
21:14,15
22:7,9 24:9,
17 25:14
26:7,15,20,22
27:22 28:1
30:15,17
31:1,19
33:13,17
34:9,14 36:16
40:21 42:15
44:20 47:22,
24 49:8,15,
17,20,24,25
50:1,2,3,12,
16,23,24
51:4,18,20,21
52:2 54:9,10,
20,22 55:1
56:22 57:10,
13,14,22,23
58:8,22,24
59:17,19
60:5,14,18
61:17 62:20
64:2,8 65:1,
8,12,18,19,23
66:2,4 67:20,
23,25 69:2,
18,21 72:4,6,
10,12,14,19
73:2 74:23
75:19 76:7
78:3,4,6
**Doctor** 14:19
**document**
45:10,16 47:4
49:6 58:6
69:20
**does** 6:13,24
8:14 10:8
11:8,11,14,
17,19 15:16
21:18 23:9,
13,15,16 24:3
25:18,21,24
26:1,10 27:24

30:22 31:3,18
43:9,16 46:16
50:8,10,12,
16,18 54:7,
18,23 55:5,9,
24 56:18,21,
24 57:10
58:15 62:4,
20,23 63:10,
13 64:1,25
65:8 66:17
67:9 68:5
70:12 71:2,7
72:4 75:3,9
**doesn't** 20:12
23:1 66:2
67:19
**doing** 12:9
38:3 45:18
51:13,18
61:1,16
**dollars** 70:11
**domain** 24:8
**dominion** 11:6
**don't** 10:25
14:8 15:16
17:12,23,24
18:24 21:24
23:1 28:17
29:9 30:8
35:17 40:8
41:5 43:7
44:25 46:17
49:2,11,14
50:20 52:10
53:1 56:3,7
57:3,23 58:20
61:9 63:8
65:3,5 66:5
67:13,23 69:2
70:5,6,21
71:1 72:3,9,
17 73:2 75:21
76:19 77:5
78:3,10
**donate** 7:19,
23 8:1 68:18,
19,24

**donated** 68:15
70:20
**donating** 7:17
8:4
**donations**
70:4,13
**done** 12:1
23:2 25:2
31:13,15
32:7,8 52:12
55:16 57:18
59:10 70:7,17
74:24
**donor** 7:14,20
**donors** 70:16
**doubt** 19:10,
11 40:20
**down** 9:25
26:19 36:4
**Downey** 12:25
**Dr** 72:10
**drafted** 28:22
**drafting** 9:15
**draw** 52:11
**drinks** 66:20,
22
**driving** 36:3
**dugout** 29:10,
16,18 30:20,
25 31:4
32:14,24
33:2,10 40:25
**dugouts** 16:14
30:5 31:12
32:20 33:9
**Duke** 38:4,5,6
76:1,4,7
**duly** 4:15
**duration**
53:19
**during** 4:22
20:9,14 21:8
30:8 31:10
32:25 33:20
44:10,14
45:14 65:9,
10,13,16

71:11 73:3
76:23

**E**

**e-mail** 20:4
39:24 40:1
42:19 43:4,5,
24 44:3 49:22
71:21
**e-mails** 37:18
41:17 43:3
**each** 19:24
20:7 21:9
23:25 24:21
34:22 40:19
43:6 53:19
54:16 55:12
56:18 57:17
64:11 66:13
67:21,23,25
**earlier** 11:22
30:7 66:8
**ears** 38:13
**easier** 16:10
**easiest** 20:15
**easy** 77:15
**eat** 29:9,18
**educate** 63:17
**educated**
64:3,7
**educational**
5:12
**effect** 19:18
31:12 43:7,
10,11,15,16
**effective**
29:1,6
**effort** 19:22
**eight** 10:1
12:16 13:5
21:20 34:1,2
51:7
**either** 31:13
41:8
**eliminate**
9:15 10:3

38:12
**Ellen** 72:21,
25 73:4
**else** 15:21
27:7 41:1
42:1 50:15,16
52:15 61:24
72:15
**else's** 17:7
**embrace** 55:6
**emergency**
53:18
**employee** 33:9
**employees**
10:9 25:4,5
**end** 21:25
73:22
**engineering**
52:3
**enjoy** 14:10
63:25 78:18
**ensure** 50:6
55:13
**enter** 66:14
**enters** 65:22
**entire** 67:12
**envelope**
44:23 45:23
46:6
**equality** 9:11
**equipment**
24:21 25:10,
13
**especially**
25:7 30:1
43:14
**essentially**
35:7 39:9
**estimate** 7:1
**etiquette**
8:18
**evaluations**
31:19
**even** 15:10
17:5 19:21
20:10 23:4
29:25 39:18

40:8 49:3
56:4,7 57:3
63:8 70:6
71:16 73:24
**event** 5:9
**events** 56:24
65:16
**ever** 8:20
12:2 28:8
29:14 30:4,
19,24 38:14,
17 41:8 42:17
48:9 58:3
59:4 64:18
66:5,6 73:13
75:9,23 77:1
78:11
**every** 26:24
28:15 29:19,
20 30:2 32:20
39:13 54:4
55:7 64:1
68:7
**everybody**
21:18,22 22:2
31:17 41:1
**everyone** 38:8
**everything**
13:21 15:5
24:24 26:15
35:1 36:11
42:11 43:15
52:15 69:13
72:15
**everywhere**
22:1
**evident** 52:11
**exact** 17:12
38:2 76:8
**exactly** 36:3
37:2
**exam** 45:15
**EXAMINATION**
4:17 46:9
**examined** 4:15
**example** 51:1
**examples** 12:5

**exceptions**
13:15
**excess** 70:20
**exclusive**
11:6
**exclusively**
24:7,9 25:16
65:21
**executed**
46:17 48:4
**executive**
62:8,16 67:8,
9,10,19 68:3,
8,9,10
**exemption**
47:16 63:23
**exhibit**
31:21,24
32:10 37:5,7
44:13 46:4,
11,23,24 47:2
48:6,7,10
58:1 59:2
60:9 61:25
67:2,3,6
69:4,6,8
**exist** 23:11
**existence**
28:3 48:2,25
49:3
**exists** 47:25
**expense** 51:6,
14,16
**expenses**
68:2,4,11,24
**experience**
14:10 27:12
40:16,19
55:2,7 61:5
63:19,25
**experiences**
14:13
**express** 29:25
**extent** 43:17
54:2 55:18
**extramural**
64:25

**F**

**Facebook** 42:2
72:15,19,22
**facilities**
50:25 55:22
56:2,6,10
57:8 59:17,
20,22,24,25
62:5
**facility** 12:1
34:2 39:4,7
40:18,22
57:13,16 62:4
65:7,8
**fact** 42:12
**factually**
77:5
**failed** 30:15
31:11
**fair** 29:17
46:1
**fall** 9:16
16:9,11
17:19,20,22
18:2,3,7,9
19:23,24
20:2,9,21
21:5 27:1,9
31:11 32:16,
17 37:16
41:22 42:16,
22 43:14,21,
22
**familiar** 4:23
47:4 70:17
**families** 6:18
18:14,15,17
52:13 55:16
61:3,4
**family** 18:10
19:22
**far** 15:23
21:4 24:6
39:10 52:2,22
55:16 61:23

**favorite**
45:24
**feasible** 18:5
34:21
**February**
31:20
**fee** 23:23
60:7
**feeling** 17:8,
13,18 19:5,13
**fees** 23:22
**felt** 14:23
36:19 41:9,19
**few** 10:2
**field** 12:15
20:11,13,14
33:17 34:11
36:25 37:25
38:11 39:2
40:24 52:6,18
53:22 54:7
56:14,23
71:22 72:1
74:1 75:17
**fields** 14:16
19:4 20:11,12
21:14 23:12,
22,24 24:1
32:21 33:8
34:1,3 50:7
52:12,21,25
54:3,20,21
55:14 56:15,
19 61:9,14,21
65:13 76:24
**fight** 12:15
**figure** 41:14
64:16
**file** 70:6,7
**filed** 37:9
72:20
**fill** 43:13
**final** 10:21
67:14
**financial**
14:11 50:19
61:23

**find** 25:7
31:6
**finding** 25:6
**fine** 15:5
44:24
**fire** 53:19
54:5
**first** 4:15
15:25 16:3,
12,13 20:4,5,
6,7,18 21:8,
11,12 30:11
34:22 37:1
41:22 47:13
49:4 56:13
65:7 72:22
75:24 76:14,
18,19,21,23
77:2,4,7,12,
19
**five** 7:15
12:23 25:4,8
**fix** 77:15
**floor** 51:10,
17,25
**Florida** 4:3
5:7,16
**flow** 34:10
73:25
**follow** 16:22
27:17,22
**following**
62:10
**follows** 4:16
**food** 22:17
28:14 34:14
**for** 4:3,21
5:8 6:15,17
7:12,13,14
8:5,10,15,16
9:17 13:18
14:4,9 15:11,
19,20 16:16,
22 17:6,17,
22,24 18:5,9,
23 19:16,23
20:13 21:13,
25 23:18,22,

24 24:12,14,
21 25:7,19
26:7,19 27:1,
12 28:6 31:4,
21 32:12
34:18,23,24
35:13,16
36:17 37:7,22
38:7 39:6
40:17,19
41:22 42:6,8,
22 43:21,22,
23 44:5 45:1
46:4,19,24
47:6 48:2,7
50:12 52:10,
13,20 53:7,
11,18,19,23
54:16 55:2,5,
7,21 56:1,5,
9,18,20 57:6,
8 58:1,19,21
59:2 60:3,5,
9,24 61:14,15
62:15,20
64:18,25
67:3,7,12,21,
25 68:2,24,25
69:3,6 70:6,
7,13 71:10,23
72:2,7 75:22
76:7
**forefront**
63:24
**form** 19:9
22:24 32:23
33:4 35:9
44:3 58:16
60:20,21
61:20 62:22
63:6 65:2
68:17 71:4,8,
13 72:13
73:7,9,19
75:1,5 78:5
**formal** 52:10
**forming** 9:10
**forth** 24:7
41:17 63:17

76:12

**fortunate**
21:23

**forward** 51:15

**found** 5:18
31:13 42:23
43:2

**fountain**
66:22

**four** 9:12
10:12 26:24
34:2 66:17

**fourth** 6:12
7:11

**free** 23:20
24:12

**Friday** 59:10
77:15

**friend** 78:18

**friends** 27:4
37:16

**from** 11:1
12:8,10,23
13:3,7 14:3
15:21 17:8
18:10 19:3
20:13 21:24
22:16 24:18
25:22 26:10
28:12 30:4
31:10 32:16
35:3,23 37:15
38:12 40:9
43:4,5,24
45:15 48:3,25
50:15,20
53:20 54:11
56:16 60:11,
15 62:5 64:15
67:15 69:10
71:3 72:22
74:1 78:11

**front** 35:15
45:16

**fucking** 78:8,
15

**fund** 65:7,8,
12

**funding** 51:10

**further** 78:22

---

**G**

**game** 15:5,7
18:25 19:14
20:18 21:9,
11,12,25
40:24 41:25
46:1 76:18,19
77:4,19,22

**games** 16:12,
13 20:7,10
22:13 28:10
31:2 32:6,15
33:20 34:21,
22,25 36:1,
10,24 37:1,
14,25 38:9
39:20 40:18
41:10,24 42:6
43:23 52:14
56:24 57:9
65:9,10 76:6,
13,14,16,22
77:2,11,12,14

**games'** 42:8

**garbage** 5:19,
21

**Gardens** 4:22
6:6 7:2,9 9:5
10:5,8,9,15
23:10 28:10
34:5 35:6
37:13,24
38:5,9,22,23
39:19 51:9
56:25 58:11,
19 59:16,20
60:12,13,19
75:8 76:2,3

**Gardens'** 31:7

**Gardens's**
60:16

**general** 19:15

**generally**
22:22 23:9

**generate**
26:10

**generated**
25:22

**get** 5:1 6:13
7:6 8:12 9:3
10:25 12:1,18
31:10 43:11
54:20 56:18
59:20,23
63:16 64:3,5
77:16 78:11

**gets** 20:2
28:21 32:24
69:13

**getting** 12:3
24:11

**girls** 24:24

**gist** 17:14

**give** 4:9 7:1
10:18 12:5
23:25 24:19
26:1,20 44:23
51:1

**given** 23:20
50:22 56:25

**gives** 24:12

**glance** 67:13

**go** 5:15
12:16,17
13:13,15
16:24 17:15
18:23 20:14
24:24 30:4
33:16 35:17
36:16 39:4,7
40:24 49:12
57:6,20 61:25
66:21 68:24

**goal** 61:11

**God** 4:11

**goes** 5:9
12:11 21:13
26:14

**going** 7:8
19:3,16 27:14
32:16 35:5,7
37:15 39:20

41:12,14
44:12,19,23
51:14 55:15
71:19 75:21
76:15,22 78:2

**gone** 55:8

**good** 22:4
34:9 42:1
44:7 60:24

**got** 14:14
17:9,13 18:12
40:9 41:13
42:20 43:5,6
51:10 72:2
76:16,17

**Graduated**
5:14

**granted** 42:19

**grants** 65:14

**great** 36:10
38:5

**Green** 5:6

**groomed** 26:24

**group** 24:1
76:21

**groups** 8:10,
11 20:2

**growing** 27:4
77:21

**grown** 13:4
29:4

**guess** 13:18
42:2,23 56:17
57:3 59:22

**guessing** 57:5

**guidelines**
16:23

**guy** 38:6

**guys** 33:7

---

**H**

**had** 7:8 11:22
13:14 24:23
25:4 27:2
28:8,12,13
37:16 38:11,

20 39:4,6,12,
16 40:16 41:3
44:3 51:24
52:3 64:12
73:2 74:14,18
76:1 77:20
**half** 17:22
21:6
**hall** 78:8
**hand** 4:7
**handing** 35:20
40:1
**handle** 35:23
74:17
**handling**
15:21
**hands** 21:23
**hang** 27:19
**Hankins** 13:23
35:18 44:9,
17,20,24
45:3,20 46:8,
14 53:23 54:1
58:16 59:11
60:15,17,21
61:20 62:10,
13,22 63:6
65:2,4 68:11,
17 69:22
71:4,8 72:13
73:7,9 75:1
78:5,25
**Hankins'** 5:10
**happen** 21:2
**happened**
41:25 43:19,
20 75:22
**happening**
9:10,14 42:11
76:18
**happens** 26:13
43:16 53:21
54:4,7
**hard** 31:6
**harder** 25:6,7
**hardship**
26:18

**has** 7:7 8:15,
20 12:22
19:16 20:1
21:20 25:3
27:7 28:2,5,
8,25 29:6,10,
12,20,21 30:2
43:11,23
47:15,20,25
49:8 51:8
55:7 56:11
58:22 63:9,19
64:11 66:5,6
68:7
**have** 5:24
6:11,14 8:3,
5,6,11 9:22
10:13,19
11:8,11,14,24
12:6,8,16,18
13:19 14:6
15:5,12 17:16
18:25 19:1,18
20:3,10,18
21:16,19
24:9,21,23
25:2,4,8
26:18,24
27:22,24
28:6,12,13,14
29:1,14,22
30:19,24
33:16,17
35:1,15 36:8,
11,24 37:1,2,
3 38:6,8,21,
24 39:1,3,6,
9,15,16,17,20
40:4,18,24
41:4,10,18,
20,21 43:9,
12,13,14,15,
16 45:5,18
46:11,17,19
48:2,9,12
50:5 52:4,18
54:3,8,10
55:6 56:15,24
58:3 59:4

60:5,7 62:5
63:10,13,22,
25 66:2,3,13
67:19 68:5
69:3 70:15
71:5 73:21
74:14 75:11
76:5,11,15
78:22
**haven't** 59:9
**having** 4:15
14:12 40:18
41:6 66:6
**he** 6:24,25
13:4 21:20
27:2,3 28:21
36:15 37:16,
22,23 38:21
40:12 42:5,7,
16 43:3,21,
22,23 44:3,
10,14,17
45:6,17 56:15
59:13 64:13,
14 72:3,5
76:2
**he's** 7:15
62:13
**heads** 78:1
**health** 36:9,
20
**hear** 42:1
76:11
**heard** 14:14
15:22 28:12
30:7 33:7
35:3,11 74:6
**held** 46:7
51:12
**help** 4:10
15:19 38:2
**helped** 52:4
**helping** 61:1
**her** 8:23
35:4,5 72:7
75:22,23
**here** 31:24
32:11 35:1,24

36:10,11,16,
20 39:25
43:19,20
45:12 47:23
56:13 60:22
70:15
**high** 5:13,14
**him** 12:23
27:19 35:7
37:18 44:2
45:17,25
71:19,21,22,
23,25 77:5
78:2
**hire** 61:10
**hired** 25:16
**his** 13:7
14:10 17:8
34:25 36:2,19
37:24 38:9,
21,23 39:3,9
41:10,23 42:5
44:13,15
45:15 63:5
64:14,18
**hold** 22:3
44:9 45:3
**Home** 5:5
**honest** 6:15
27:7
**honestly**
41:17
**honor** 10:25
11:1,2,5
**hope** 62:25
**hospital** 54:6
**hotdogs**
27:21,22
**hour** 21:13
**hours** 7:4
64:24
**how** 6:11,13,
21 7:2,8,22
10:16,19 11:8
17:11 24:3,6,
17 26:7 28:2
30:22 31:6
40:14 51:18

56:24 59:19
60:5 64:7,8,
15 66:10
67:25 70:17,
23 71:2,7,10,
23 78:2
**HQ** 15:12
16:1,17 35:5
37:15,19
42:15 71:11,
18 72:7
**HQ's** 20:7,18
34:21 37:14
41:22
**hundred** 77:10
**hung** 36:15,22
**hurt** 29:12
**hypothetically**
10:23 27:15

---

I

**I'LL** 12:17
14:10 27:7
35:15 37:5
44:22 45:20
60:22 64:16
**I'M** 4:21 7:20
10:14 13:11
15:3 32:17
36:21,22 42:4
44:12,19 57:5
61:6 62:12
68:14 69:15
70:14 71:1
74:4
**I'VE** 12:23
27:6,8 28:23
33:10 48:11
74:20
**idea** 34:9
71:5,9,15
76:15
**Identification**
31:22 37:8
46:5,25 48:8
58:2 59:3
60:10 67:4

**69:7
identify**
47:1,6 67:6
**idiot** 40:13
**if** 8:19 9:19
10:23 12:1,14
14:2,6 15:10
16:3 18:23
19:2,6 20:1,
10,17 21:19
27:15,20
28:16 29:7
30:8 32:24
35:4 36:8
39:23 40:8
41:10,20
42:15 45:9
47:24 49:8,20
53:21 54:4,7
55:14,16
58:22 59:13
60:24 61:5,9,
11,22 62:25
63:8 65:4
66:5 67:14
69:23 70:1,6,
25 72:6,19
73:24 74:23
76:5,19 77:5,
23
**immediately**
43:1,2
**implement**
10:10
**importantly**
52:13
**in** 4:2,3,22
5:8,15,18,20,
24 6:4,22
8:17,19 9:16,
24 12:8,23,
24,25 13:4,6
14:2 16:10,16
17:19 18:1,2,
3,5,7,12,24
19:1,5,7,21,
24 20:21
21:2,7,22,25
22:10,15,16,

22 23:4,5
24:22 25:5,
11,15,24
26:2,4 28:2,
8,15 29:1,10,
18,19,22
30:5,15
31:19,20 32:3
34:18,22
35:3,10,15
36:23 37:10,
14,16,18,19,
23 38:15,18,
21,22 40:15
41:16,18
42:15,25
43:4,14 44:3,
22 45:16,23
46:6,7 48:2,
17,19,24,25
49:3 51:2,12
52:17 54:14
55:11,22
56:2,6,25
58:19 59:17,
20 61:6,13,14
62:25 63:9,
21,24 64:11,
24 67:1,5,16
70:4,13,20,
22,23 71:7
72:7 75:3,19
76:9 77:18
78:8,17
**incident**
12:15
**include** 22:9
**includes** 22:7
**income** 26:10,
13 68:12,13,
14 71:6
**incoming**
31:4,5
**incur** 51:14
**independent**
30:1 61:24
**independently**
28:18 66:21
70:5

**indicate**
62:24
**indicated**
11:22
**indicates**
70:15
**individual**
63:18 67:11,
20,22,23
68:1,9 70:8,9
**individuals**
25:15
**information**
44:4
**initial** 31:11
**initially**
14:14
**injury** 53:21
**input** 11:8,
11,14
**Inside** 24:20
**instead**
27:16,21
**instructs**
63:2
**insurance**
49:9
**insures** 49:15
**insuring** 49:9
**interact** 41:2
**interacting**
41:1
**interaction**
10:14 11:23,
24 12:7
**interest**
40:15 64:16
**interior**
24:19
**interleague**
38:3 75:2
**intern** 13:3
**internship**
13:2,3
**into** 5:1 7:20
11:8,11,14
15:23 18:1

19:8,19 21:17
22:17,20
26:14 29:15
30:4 31:13
32:16,17
34:11 35:5
40:13,14 61:8
63:9 65:23
66:14 68:2
72:10 74:22
77:16
**introduce**
29:15
**introduced**
19:19
**investigation**
74:24
**investigations**
72:10,14
**involve** 72:25
**involved** 7:9
11:25 13:12
14:14 28:6
46:19 48:12
**involvement**
24:9 28:8
**involves**
53:20
**involving**
48:25
**is** 5:22,25
6:8,23 7:11
8:9 10:21
12:2,20,25
13:4,16
17:20,22
18:2,3,4,5,21
21:5,11,15,20
22:2,4,15,22
23:5,6 24:7
25:10 26:15
28:17 29:3,
17,25 31:6
32:9,21
33:10,13,15
34:14 35:8
36:5,10,17,18
37:9 38:4,5,

25 39:25
42:1,18
43:19,21
45:4,7,13
46:1,11 47:1,
6,7,16,17,20
48:9 50:4,5,
24 53:1,7,10,
11,15,21
55:11,23
56:12,13,14
57:18 58:12
60:15,22
61:1,4 66:13,
18 67:6,12,
14,15,18
68:2,7,8
70:2,12,17
72:18 73:15,
17,23 74:3,4,
7,8,10,12
75:12
**issue** 8:4 9:4
12:2 16:3,17
29:2,4 39:18
45:25 62:3
72:25 73:5
**issues** 11:23
41:23 62:19
63:3,8 64:21
**it** 5:1,22
6:16,17 7:4,7
9:17 10:7,18,
19 12:8,9,11
13:11 14:16,
22,23 15:2,
15,17 16:3,6,
8,10,20,22
17:13 18:5,
12,13,14,17
19:3,5,16
20:2,4,5,6,8,
9,11,15,16
21:12,21
23:3,6,13,15,
20 24:22
25:6,9 26:8,
9,14 27:2,3,
6,13 28:5,24

29:6,11,12,20
30:8,17,22
31:1,6,13,15,
16,17 32:15,
21 33:13,14,
15,17 34:8,
11,21 38:11
39:16,24,25
40:13,14,15,
17 41:4,12,
16,18,19,20
42:10 43:11,
16 44:3,23,25
45:11,17,23
46:1,3,12
47:6,7,15
49:12,15
50:17 52:11,
19,20 54:13,
14,21 55:7
56:3,4,17,19
58:11,15
59:9,13,14
61:12,22
63:19 64:6
66:5,6,19
67:8 68:2,4,
11 69:2,3,16,
20 70:6,16,
21,22 71:1
73:1,2,3,11,
12,23,24,25
74:1,4,12,13,
16,17 75:14,
23 76:11
77:15,16,21
**it's** 7:22
14:11 15:19
17:9,22,24,25
18:22,24
19:14,15
20:1,12 22:1,
2 23:2,4
24:20 25:2,8
26:16 29:24
31:5,25 33:10
38:25 43:4
45:5,9 47:8
54:12 55:4

56:20 60:3
61:13 67:7,18
69:10 70:7
71:5 73:4,14
75:6 77:3,5
**item** 24:14
32:14
**items** 32:11
65:10 73:25
**its** 10:8 26:2
68:5,7 70:13,
23 71:3

---

### J

**Jack** 12:25
**January** 13:6
14:2
**jelly** 19:2
**job** 6:4
**jobs** 15:6
**Joe** 75:25
**Join** 53:25
58:17
**Judge** 44:23
**Judges** 45:24
**June** 32:9
**Jupiter** 75:14
**just** 9:16
11:25 15:4,
14,24 16:16
18:14,17
19:16 20:14
22:2 25:6
28:19 31:1
33:10,13
34:10 35:16
37:24 40:6
41:12,16,17,
19 42:13,14
45:7,8 51:5,
22 52:19,22
54:10 56:20
59:8,10,14
60:1 63:25
66:22 68:8
72:4 73:11
78:1,17

**K**

keep  9:11
  17:23,24
  24:25 25:21
  61:7 78:2
keeping  60:23
kept  41:12
keys  62:3,5
kid  7:15
  28:16 29:8,9,
  17 40:19
  43:18 48:23
  64:1
kidding  42:9
kids  6:17,18,
  19,21 8:16
  9:9,12 12:15
  14:12 17:24
  19:1,14 20:1,
  2,11 22:3,12
  24:7 27:3,4,
  5,11 28:14,18
  40:21,24
  41:1,2 43:5,
  12 53:12
  55:2,13 60:3,
  23,25 61:1,7,
  12,13,15
  68:25
kids'  68:25
kind  13:4
  61:2
knew  30:12
  76:2
know  8:19
  12:24 15:10
  18:22 22:1
  23:4 33:7
  35:12 40:8
  41:16 42:1,
  10,15 47:24
  49:8,15,20
  51:18,20 53:1
  54:2 55:14,17
  58:22 61:9
  65:3,4,5

66:4,5 67:14
70:6 72:6,9,
19 73:2 74:23
75:21 76:19
77:5 78:10,20
knowing  35:22
knowledge
  30:6 40:7
  54:25 64:5,8
knowledgeable
  63:16 64:15

**L**

Large  4:3
largest  7:20
  58:18
last  32:9
  63:5 65:20
  66:19
later  54:17
laugh  73:17,
  20
laughed  42:14
laughing  74:2
lawsuit  74:22
leader  27:3
league  9:11
  15:14,16
  16:23 22:23
  24:3 31:18
  35:8 37:19,20
  38:15,18
  53:12 55:23
  56:3,7 71:11
  72:4 73:1
  75:4 77:21
leagues  17:21
  23:11 58:9,13
  60:14
learn  13:20
least  28:4
led  72:24
left  6:22
legal  45:7
  53:24

Leo  5:15
less  20:3
  21:23 43:12
  74:13
let  15:14,24
  31:23 35:2,23
  45:8 55:14,17
  66:20
let's  13:16
  17:19 46:22
  48:5 57:6,20,
  24 58:25 60:8
  61:25 66:24
  68:4
letter  69:10
level  15:23
  17:25
LGL  5:24
liability
  49:9
liaison  12:20
like  8:9 9:22
  14:8 17:10
  20:16 22:15
  27:16,20
  32:18 36:19
  38:6 40:22
  41:19 44:7
  61:23 63:25
  64:4 70:10,16
  73:15 77:24
  78:3
limit  51:16
  73:25
limited  9:25
  10:14 11:23
  19:24 20:9
  39:12 43:14,
  15 76:2
Lindsey  54:13
  55:9,11,13,17
  56:16
line  24:14
  32:11 40:1
  54:20
lips  38:12
list  49:21
  57:12 70:15

listed  70:2
Listen  13:16
listening
  78:21
little  5:12
  10:1 14:17
  22:23 53:12
  74:21
live  13:18
lived  27:13
lobbying  12:1
local  53:18
  60:14
locate  33:5,
  16
located  23:14
location
  34:25 35:3
locations
  75:7
long  6:11 7:8
  28:2,6 30:22
  48:2 71:23
  78:2
longer  74:16
  77:24
look  12:9
  39:23 40:13,
  14 44:25 68:4
  69:23 70:10
looked  31:12
looking  15:23
  45:17 73:12
looks  70:16
lose  71:10
lost  12:4
  51:13
lot  9:2 13:20
  16:10 21:14
  66:20 76:15,
  17
love  6:15,16
low  17:25
lump  70:4,10,
  15

**M**

made  14:16
  15:4,10 21:7
  26:25 27:5
  33:21 34:24
  35:21 38:8
  39:1 41:12
  52:7,9,11,16,
  19 70:4
main  27:10
maintain  40:1
maintenance
  57:7
make  9:17
  11:17 12:12
  13:14 14:9,
  10,12,16
  15:24 16:11
  17:4,11 19:22
  21:5 25:7
  26:17 27:11
  29:25 34:21
  35:16 36:7,
  17,21 37:3
  38:24 40:15
  42:20 50:3
  52:21 53:18
  63:23 71:2,7
  75:21
makes  8:15
  27:3 70:23
man  76:5
manage  60:14
manager  7:14
  40:7,8 48:19,
  22 50:5
managers  8:5,
  6 50:13,15
many  19:16,25
  24:6 55:11
  56:24
March  31:20
mark  37:5
  44:12 46:2,22
  48:5 57:24
  58:25 60:8

67:2 69:4
marked  31:21,
  23 35:16 37:7
  44:8 46:4,11,
  24 47:1 48:7,
  9 58:1,3
  59:2,4 60:9
  67:3,6 69:6
master  56:20,
  21
matter  20:12
  27:2 34:15
  37:10 61:13
  73:11 74:2
may  10:17
  24:25 26:8
  50:4,5 54:21
  62:3,24 73:21
maybe  15:8,9
  17:8 18:14,
  16,17 26:6
  51:7
mayor  55:3
me  12:3,4
  13:21,25 14:9
  15:23,24 27:3
  31:23 35:2,23
  36:15 38:7
  41:12 42:5,9,
  10,14,25
  44:11 45:4,6,
  8,15 47:6
  50:22 51:1
  66:20 69:13
  70:1,19,22,25
  72:16 73:11
  74:2 76:4
mean  15:21
  18:24 20:6,12
  23:1 29:19
  43:5,16 46:16
  51:21 52:2
  58:15 65:3
  67:9 77:4
means  56:4,8
measures
  28:18

medical  15:20
  16:3 17:16
medically
  15:18
meet  14:16,17
meetings
  62:8,16,24
member  53:15
  54:3,4
members  49:23
  53:9
met  15:8
  41:25
metal  5:25
method  29:10
mid  32:4
might  21:2
  22:16
Mike  13:7
miles  36:4
mind  19:21
mine  31:14
  70:7
minute  30:23
minutes  15:8
  71:24 77:25
mischaracteriz
ation  73:10
mischaracteriz
es  63:5
mix  18:2
mom  8:9,14,20
  38:10
moms  8:11
  11:15
Monday  77:15
money  7:19
  8:2 42:21,25
  65:12 68:18
monthly  62:8,
  16
more  11:25
  17:22,24 18:5
  19:7 30:12
  32:18 35:25
  36:19 45:18
  52:13,21 55:5

61:9,10 77:25
most  20:1
  45:24
mostly  12:22
move  37:14
moved  12:22
  41:21
Mr  4:18,23
  9:2 14:15
  19:9 22:24
  26:22 28:12
  30:10 32:23
  33:4 35:9,14
  40:10 43:3
  44:5,7,14,18,
  19,22,25
  45:1,6,8,14,
  16 46:2,10,
  15,22 48:5
  53:25 57:24
  58:17,25
  60:8,16,20
  61:18 62:12
  63:4 66:24
  67:2 68:14
  69:4,23
  71:13,18
  73:8,19 75:5
  77:1,23,25
  78:1,22,23
  79:2,4
Mrs  14:15,20
  30:10 31:10
  35:3 36:24
  37:9 42:2
Ms  5:10 8:19
  13:23 35:18
  44:9,17,20,24
  45:3,20 46:7,
  14 53:23 54:1
  58:16 59:11
  60:15,17,21
  61:20 62:10,
  13,22 63:6
  64:4 65:2,4
  68:11,17
  69:22 71:4,8
  72:7,11,13,
  14,23 73:7,9,

**13** 74:15 75:1
78:5,25
**much** 7:2,22
10:22 26:7
32:9 38:6
51:18 54:4
55:18 60:5
64:4 70:5,23
71:2,7,10
77:23
**multiple** 40:5
**must** 65:20
**mutual** 20:16
78:18
**my** 6:17 7:11,
15 10:18 15:5
21:15 26:25
27:4,5,10
28:16,17
29:17 30:6
35:16,19
38:2,12 40:7
45:9,12,24
48:23 50:21
51:6 54:25
63:19 68:25
70:4 72:22
73:22 77:14
78:3,7,21
**myself** 56:3

———————

**N**

**name** 4:19
5:22 49:21
**necessarily**
76:21
**need** 26:16
34:4 44:20
65:11 69:1
**needed** 24:1
52:12
**never** 8:21
26:4,19 27:6
28:24 29:12,
21 33:10 40:6
41:17 43:17,
18 48:4,11

**74**:20
**new** 51:2
**news** 42:1,2,3
**next** 13:18
49:18 54:14
55:20 62:18
64:23 65:6
**night** 22:13
**nine** 66:13
**no** 7:7 10:12,
19,25 11:3,
10,13,16,18,
21 17:2 18:8
22:18 23:5,8,
17,19 24:5,
14,16 26:4
27:23 28:11
29:19 31:5
34:7 36:2,25
37:17 38:11,
19 39:12
41:3,12 42:1,
18 43:4,24
44:16,17
46:12 49:3
52:3,19 53:9,
16 54:17
55:10 56:20
59:13 62:13
63:12 64:20,
22 67:17,23
70:3,14 71:5,
9,15,17 73:15
74:16,25
76:10,15
78:22,23
**nobody** 50:4
**non-** 43:7
**non-
participation**
43:9
**non-resident**
60:7
**nonalcoholic**
65:15
**none** 59:25
**nonpaid** 26:17

**nonproductive**
61:16
**nonprofit**
26:15
**normal** 20:8
31:17 32:21
38:21 39:17
**normally** 5:8
13:12 15:16
18:8 72:4
**north** 5:6
12:1 35:7
37:14,20 38:3
39:4,7,12,16,
21 40:22
41:3,11 60:1,
2,6 75:3,6,9,
14,19
**not** 10:16
12:4,10 13:25
14:9,23 15:9
16:12,20
17:8,10,25
18:8 19:24
21:2,7,8
22:22 23:2,4,
7 26:2 27:25
28:1,24
29:15,17,25
30:6 31:24,25
33:8 34:8,11
35:5,23 37:21
38:16,18,19,
25 40:5,25
41:6,19 43:1,
16 44:12
45:2,13,19
47:22 49:15,
17 50:4,21
51:4,14,20
54:10,25 57:5
58:24 62:10
63:22,23
66:2,12 67:18
70:12,14
71:1,10 73:15
74:4,8 76:21
77:2,3,6,14
78:10,13 79:8

**Notary** 4:2
**note** 45:4
46:12
**notes** 35:15
44:10
**nothing** 4:10
41:15 42:1,
10,13
**notified**
34:14 54:8
**notify** 54:11
55:15
**Notwithstandin
g** 32:10
**November**
69:16
**now** 5:24 7:15
12:17 13:4,11
19:7 25:4,8
26:8 27:4
36:11 42:11
43:5,13 44:25
54:12 60:2
66:16,17,21
74:12
**number** 32:14
33:19 39:20
49:21,22
53:17 62:1,7,
12 65:14
**numerous** 8:1

———————

**O**

**o'clock** 79:6
**Object** 32:23
62:22 65:2
68:17 71:4,8,
13 72:13
73:7,9,19
75:1,5 78:5
**Objection**
19:9 22:24
33:4 35:9
53:23 58:16
60:20,21
61:18,20 63:4
73:8

**obligated**
11:2 27:17
**obligation**
27:22
**obligations**
57:6
**observations**
45:12
**observed**
21:16
**obtain** 64:8
**occasion**
28:12,13
**occasions**
40:4 64:2
**occur** 75:23
**of** 4:3,22,23
5:3,15,18,20,
22 6:10,17,19
7:4,12 8:4,9,
18 9:2,4
10:5,8 11:6
12:5 13:4,6,
20 14:2 15:9,
25 16:4,17,23
17:13,14
18:6,22,25
19:2,5,14,15,
17,19 20:9,18
21:9,14,25
22:1,4,5
23:9,20,24,25
24:12,14
25:18,21,24
26:5,7,11
27:10,17,21
28:9,18
29:10,23
30:1,5,15
32:4,11,25
33:11,20,21,
22 34:4,5,10,
14,15,19,22
35:15 37:1,4,
11 38:5,7,8,
12 39:14,17,
18,20,24,25
40:1,7 41:8,

22,23 42:8
43:6,7,8,18
45:4,13,17,24
46:1,7 47:13,
17,20,21,22,
24,25 48:19
49:6,22,23
50:7 51:9,25
52:3,17 53:9,
13,15,19
54:16 55:5,
13,22 56:1,2,
6,9,19,25
57:7,12,21
58:6,13
59:15,19
60:13,19
61:2,13 62:1,
8,12,16 63:17
64:3,4,24
65:6,21
66:11,15,20
68:18 69:8,20
70:1,15,20
71:5 72:16
73:16,17,21,
22,23,25
74:3,4,7,10
75:6 76:9,14,
15,17,20
77:2,12,19
78:8,15,18,19
79:7
**off** 20:3
45:21 60:23
75:6
**offer** 37:13,
22
**office** 5:10
42:20
**officer** 45:13
**officers**
49:23
**often** 45:18
**Oh** 15:3 46:15
47:10 68:14
**okay** 33:19
35:2 36:9,16
39:14 53:7

56:11 60:17
69:25 73:20
**old** 6:21,23
21:19,20 27:5
59:11 76:12
**older** 20:2
43:12
**oldest** 26:25
**on** 8:4 9:20
10:19,24
11:4,23 13:7,
17 14:4,21
15:12 16:25
17:10 19:8,
18,24 20:10,
11,14 23:25
24:7 26:1,23
27:19 28:22
29:8 31:24
32:10,11
34:13 36:2,
12,15,22
37:4,25 38:9
39:3 41:2,21
42:2,3 43:6,
8,10,12 44:9
45:3,9,11
46:12 47:15
48:20,21,22
49:4,14 50:4,
16 51:10,16,
17 53:17,21
54:7 57:1
61:25 62:1,12
63:2,18 64:2,
5,21 65:7,8,
13 67:23
68:24 69:2,16
70:2,6,7,8
71:2 72:2,8,
15,19 73:22
75:8,9,17
76:16,22
77:3,8,14
**on-site** 30:9
33:6
**once** 8:12
12:11 13:11
35:22 49:12

77:16
**one** 6:13,22
9:6,20 15:9
18:14,17 20:8
25:2 26:5,24
27:2 30:5,9
40:25 45:4,6,
8,14,24 47:16
55:20 56:19
59:11 62:18
64:12 65:7,20
70:4,16 73:5
**one-third**
32:5
**ones** 24:25
77:12
**only** 6:16
34:17 42:6
45:4 64:11
**onto** 19:4
74:1
**open** 40:1
**opened** 60:1,2
76:4
**opening** 54:17
55:1,3
**operate**
65:15,19
**opponents**
39:6
**opposed** 18:7
32:18
**opposing** 41:2
**or** 4:8,15 6:2
9:12,13 10:17
14:11,15,19
15:9 16:5
17:4 21:13
26:16 28:10,
22 29:9 30:8,
10,17 31:12,
13 32:24,25
33:1,11 34:11
35:11 41:2,10
43:23 49:15
50:24 51:22
52:3,16,21
54:5,10 56:24

60:1 61:23
62:24 66:12
68:23 70:1
71:21 72:11,
20 76:19
**order** 52:17
61:15
**ordering**
24:21
**organization**
8:2 10:17
19:6 23:10
34:5 52:17
53:11 60:25
**organizations**
53:4
**organize** 8:16
24:6,17
**other** 6:18
8:1 9:9,17
15:6 18:25
20:11 22:9
27:8 29:4,7,
22 30:24
31:14 36:2
39:3 41:4
52:5,24 53:3,
4 58:22,24
59:25 61:3,4
64:1,9 72:10,
17 73:25 75:7
76:17,24,25
77:24 78:23
**others** 9:11
38:24
**our** 8:19
10:16,19 18:2
19:25 21:5
35:10 39:15
47:7 51:16
53:11 54:12
59:8 60:2,25
61:10,12,14
62:23 64:3
65:11,13 67:7
71:5
**ourselves**
24:19

**out** 16:14
17:13 21:14
23:2 25:1
27:9 30:11,
19,25 31:3,11
32:19 33:1,8,
9 37:3 41:14
42:8,23 43:2,
3 55:4 59:25
61:15 63:22
64:16
**outside** 5:15
16:15 31:8
53:20 78:8,16
**over** 5:16 9:3
10:1 13:5
22:3 25:3
28:13 33:9
35:7 68:22
74:16 76:1
**overall** 19:19
**overflows**
77:20
**overrule** 14:8
17:15
**oversaw** 25:3
**oversees**
67:10
**overtime**
64:24
**overview**
73:12
**own** 6:17 15:6
19:8 21:17,24
22:5,17 68:5,
7,25
**owns** 25:13

---

**P**

**p.m.** 57:17
79:6
**Pace** 5:17
**page** 45:14
47:11,13,18
49:6,18 53:17
54:14 58:6
59:15 62:1,12

65:6 69:8,20,
22 70:25
**paid** 7:6 25:4
26:16 43:21,
22
**Palm** 4:22 5:6
6:5 7:2,9 9:5
10:5,8,9,15
23:10 28:9
35:6,8 37:13,
14,20,23
38:3,5,9,21,
23 39:4,7,12,
16,19,21
40:22 41:3,11
51:9 56:25
58:11,19
59:16,19
60:12,13,16,
19 75:3,6,7,
9,14,20 76:2,
3
**paper** 35:19
37:4
**paragraph**
39:24 54:14
**paragraphs**
37:12
**parent** 10:18,
23 12:14,19
15:2 28:16
29:15,19,20
30:2 33:1
36:8 64:10,
11,13,17
**parental** 11:5
**parents** 8:1,4
9:6,8 12:2,6,
9 15:8,9 16:2
19:7 21:16,19
22:4,16 26:18
27:13 28:14,
23 29:5,7,16,
22,24 30:24
33:11 34:13
36:3 39:3
41:8 43:4
63:19,22
64:4,9 76:6

**park** 19:8,19
21:17 22:15,
17,20,23 23:5
31:7 33:5
34:5,19 36:1
60:1,2,6
**park-wide**
34:6
**parks** 62:2
64:24
**part** 18:22,25
19:14 27:10
33:22 37:18
45:21 53:13
64:4 66:11
73:15,17,23
74:3,4,7,10
**participants**
53:20
**participation**
20:10 23:25
43:8
**particular**
15:5
**parties** 20:16
79:8
**partner** 61:6,
11,13,17,22
**partners**
60:13,19
**past** 8:13
10:1 12:23
13:5 32:5
51:8,12 63:21
68:22
**patient** 6:14
**pause** 67:1
**pay** 23:16,22,
23 26:18
43:17 55:9
60:5,7 68:8,
9,24,25 69:1,
3
**payment** 70:16
**payments** 70:3
**PBGYA** 48:12
**PBGYAA** 6:10
7:21 25:14,

16,18,21
26:1,10 27:7
32:3 46:19
49:1,8,20,23
50:5,18,24
51:22,23
52:21,24
53:2,3,8,17,
20 54:15,18
55:6,9,11,20,
24 56:18,24
57:12,21
60:5,18,24
62:5,8,16
63:2,10,13
64:25 65:8,14
67:12 68:16,
19 70:9,12,
20,23 71:2,7,
10 75:4,16,19
PBGYAA's
24:20
peanut  18:11,
19 19:1 22:9
29:8,9 39:18
71:7 73:2,5
peanuts  16:13
18:13,23,24,
25 19:1,3,7,
8,18,19 21:8
22:7 26:5,7,
11 28:17
29:10,15,18
30:5 33:20
34:5,10,19
37:1 66:11
71:11 73:14,
15,17,22
74:1,8
penalty  37:11
pending  49:4
people  13:22,
24 18:24
21:23,25
22:19 41:13
72:16 76:25
Pepsi  24:23
27:17 65:21,
22 66:1,8,10,

11,16
per  43:12
percent  77:10
period  20:15
21:10
perjury  37:11
permission
65:14
permit  9:6
20:13 23:22
56:20,21
permits  56:18
permitted
57:9
person  12:21
18:5 19:5
25:2
personal
12:11 40:15
45:12 64:16
personally
7:24 13:12
21:16 35:13
phased  42:10
phone  5:8
36:13 49:21,
22
physical
50:25
pick  24:24
30:24 33:13
picked  30:19
piece  78:15
pieces  78:8
Pietro  27:15,
20
place  14:3
18:13 40:5
45:22
placed  28:22
46:6
plaintiff
8:19
plaintiff's
46:4,11,23,24
47:1 48:6,7,
10 57:25

58:1,4 59:1,
2,5 60:9
67:3,6 69:6
play  6:24
9:12 16:11
18:16 26:19
34:25 36:1,10
37:19,23
38:15,18
39:1,14 53:12
58:19 60:3,25
63:9,20 75:2,
3,9,16,19
76:6 77:14,16
played  16:13
36:25 37:16
38:10,21
39:10 40:21
41:10 42:15
77:15
players  17:25
18:1 19:24
20:3 43:6
playing  6:19,
22 9:9 21:19
32:6 37:15
39:13 41:2
61:15 71:11
77:6
plays  6:25
75:6,8
please  4:6,19
65:6 67:6
69:5 79:2
point  5:19
9:3 10:1
14:16 16:4
21:5 22:3
25:1 36:6,19,
20,24 41:20
42:11,14
70:25
police  53:19
54:5
policies
10:10 63:10
policy  9:24
49:9,11,14

Politely  72:5
Pony  53:13
portion  46:6
position  6:8
8:9 13:4
positions
43:13
positive
14:12 27:12
40:16,19
55:2,7 61:4
63:25
possible  64:7
possibly
14:11 55:14
76:24 77:20
posted  59:14
potentially
16:3
practice
11:19
practices
28:10 32:15
33:21 37:25
41:11 42:8
43:23 57:9
practicing
76:17
precise  13:23
Predicate
71:14
predominant
18:4
predominantly
5:25
prefer  15:15
preference
16:20
preferred
15:14
premier  60:3
preparation
55:17
prepping  33:8
presented
15:17

presently
  6:10 12:20
president
  6:10,11,13
  7:11,12 10:12
  12:18 34:4
  38:4,5 75:25
pretty   10:22
  32:9 54:3
  55:18 70:5
prevent   37:15
Prieto   40:9,
  10 49:25 52:1
  54:13 64:18
  74:15,19 77:1
primary   49:21
printed   59:6,
  7,13
prior   7:12,13
  22:12 30:9
  33:23,24
  54:17 57:22
  63:21 64:10
  75:23,25 78:7
private   78:21
privilege
  45:22,25
pro   22:16
probably
  7:20,22,24
  13:19 17:10
  78:13
problem   29:21
proceedings
  67:1
process   4:24
  10:4 24:21
  61:2,14 63:24
  73:3
produce   61:14
product   73:25
productive
  61:16
products
  18:25 22:10
  24:23 25:18
  27:16,17 28:9

65:21 66:1,8,
  10,12
profitable
  5:18
profits
  25:22,24
program   6:16,
  22 7:14 10:20
  12:10 18:2
  20:1 21:5
  23:23 24:18
  26:14 27:1,10
  28:2 35:10
  55:8 58:19
  60:3 63:17
  65:13 66:15
  68:25
programs
  19:25 27:8
prohibition
  22:15
promote   60:24
promotes   61:5
promotion
  57:21
properly   25:8
proposed
  67:8,9,13
prospect   9:15
Prosperity
  75:7
provide
  23:10,13
  49:25 50:18
  54:15,18
  55:20,25
  56:4,8 57:7,
  12,16 58:20
  59:22,24
  61:21 62:7,
  15,18 64:23
provided   67:5
provider
  58:12,15,23
provides
  49:20 59:16
  66:16,17

provisions
  53:18
public   4:2
  7:22 20:12
  22:22
publish   54:22
  55:1
pulled   32:21
punt   35:7
purchase
  25:18
purchased
  65:21 66:21
purview   10:5
pushed   14:6
pushing   14:20
put   9:16
  16:1,15 24:7
  36:23 42:2
  44:2,22 45:8
  51:10 60:2
  61:15 63:23
putting   9:19
  16:17 20:4,5,
  6 51:2

---

Q

Quasha   8:20
  13:7 14:15,20
  18:10 19:22
  30:10 31:10
  35:3 36:24
  37:9 41:8
  42:2 64:5
  72:2,11,14,23
  73:13
Quasha's
  74:15
Quashas
  13:13,21,25
  14:3,17 16:4,
  6 32:12
  33:19,23
  38:14,17 40:2
question   9:1
  10:17 45:7

questions
  12:12 44:11
  71:25 78:22,
  23
quick   67:13
quicker   33:13
quite   68:18

---

R

rain   52:15
raise   4:6
  65:11,13
raising   65:7,
  8
raking   33:17
ranks   12:23
rates   20:10
rather   61:16
reach   43:2
reached   63:22
read   35:4
  72:23 78:24,
  25
reading   20:4
  56:3 62:13
  68:12 79:7
ready   54:21
realistic
  36:8
realize   12:9
realized   76:1
really   10:13
  15:16,22
  17:23 33:8
  38:25 40:25
  41:13 72:17
  73:11,21
  75:24
reason   6:16
  34:8 61:8
  67:18
reasonable
  7:1 35:24,25
  36:8 42:12
reasons   13:18

rec   27:1,10
recall   13:6,
  10 40:11
  49:14 72:22
receive   40:5
received   14:3
  16:1 67:15
recognized
  52:20 58:12,
  15,23
recollection
  45:10 50:21
  77:14
record   7:22
  45:1,9,11
recreation
  23:23 50:18
  54:15 55:21,
  25 56:5,8,12,
  13,17 57:21
  62:2,3 68:5
recreational
  55:23 56:2,7
  58:13
recycling
  5:21,24,25
  6:1,4
red   23:2
redid   59:8
refer   45:14
referred
  37:18 44:14
referring
  53:5 58:20
  78:20
refers   39:24
refresh   45:10
refrigeration
  25:10
refund   42:18,
  19
refunded
  42:25
regard   77:11
regards   51:24
  63:10,13 75:2
  77:18

register   35:5
  42:22
registered
  35:10
registration
  54:18
regular   57:8
related   18:10
  38:10
relationship
  55:6
rely   29:3
remained
  39:10
remember
  17:12 18:9
  30:8 64:12
  66:6
renewed   49:11
renovated
  51:5,6,9
renovation
  51:25 57:13
rent   23:16
rephrase
  66:20
reporter   4:2,
  6 45:22 79:1,
  3
reports   50:19
represent
  51:23 53:1
representation
s   17:5 37:10
representative
  62:4
representing
  50:5
request   9:7,8
  11:1,5 13:7,
  10 14:3,20
  16:1 20:13
  23:24 33:21
  38:21 41:7
  42:13 49:24
  50:20,21
  51:16 52:4,7,

9,10,16,19
  71:20 72:2,6
  74:15 77:8
requested
  33:19 42:18
  46:6 71:16
requesting
  10:3 32:12
requests   9:5,
  25 10:11,25
  17:2 18:7,10
  37:4 55:21
  56:1,5,9
requirement
  47:16
requirements
  52:17
resale   25:19
rescue   53:19
reservation
  44:21
respect   10:10
  64:14
respectful
  29:23 30:2
respond   43:17
response
  10:24 17:14
  53:18 63:5
responses
  43:4,5
responsibiliti
es   15:7
responsibility
  12:12 15:17,
  20 16:21
  17:6,10,17
  33:11 72:4
responsible
  53:21
rest   45:5
  46:1 63:17
  64:15
retired   6:2
returns   70:6
revenue   26:20

review   69:14
reviews   69:18
right   4:7,25
  5:1 13:4,16
  16:10 24:15
  27:24 31:8,9,
  18 44:5,25
  46:12 49:13
  66:16,21
  71:20
ringers   9:19
rip   45:21
Ripken   52:17
  53:6,7,9,10,
  11,13,14,15
Ripken's
  51:15
Road   5:6
  75:8,10,17
Rocco's   42:4
Rolling   5:6
rolls   68:2
rookie   8:12
  19:25 76:13,
  16,22 77:1,16
room   4:22
route   20:15
rule   23:5,7
ruled   14:9
run   10:16,19
  22:13 24:3
  28:5 65:10,12
runs   21:22

---

S

sacrifice
  36:3 38:25
sacrificed
  38:24
safe   61:7
safety   50:6
  55:13
said   15:15
  17:2 29:17
  31:11 35:13,
  22,23 36:9,16

Anthony Badalamenti

39:14 40:12
41:15 42:5,6,
7,8,25 43:3
64:23 66:11
72:2,3,5
73:15 76:5,7
sale 19:2,17
26:10 33:20
34:5,19 36:25
sales 18:19
71:7
same 23:4
24:23 36:2
39:10,13 41:3
64:9 72:8
73:3,6
sandwiches
19:2
Saturdays
76:22 77:3,6,
17
saw 6:16
27:13 35:11,
22 41:18
42:11 71:22
say 8:25
13:16 32:17
51:21 73:17
76:11 78:4,6
saying 13:24
70:14
says 12:14
27:15,20
28:16 46:12
47:15 53:17
55:20 58:8,11
59:15 62:1
67:8 68:4
69:21
scenario
36:10
scenes 9:14
schedule 8:15
39:9 56:11,
16,17
scheduled
37:25 41:11

schedules
11:17,20
23:25 75:13
scholarship
5:15 27:2
school 5:13,
14 32:18
76:12
Schwab 15:4
42:5
score 17:23,
24
Scott 4:21
79:3
seal 45:23
season 14:4
19:23 31:11
32:3 39:21
40:17 41:22
42:16 43:21,
22 57:9
seasons 55:23
56:3,7
second 40:23,
25 59:25
76:19,23
77:7,22
secondary
18:3 49:22
56:13
section 58:8
see 22:16
23:2 34:4
35:14 39:25
41:5 44:18
45:2,14 46:3
47:22 58:8
59:17 60:14
65:23 69:21
70:21 71:1
72:24
seemed 20:15
seen 12:23
27:6,8 28:24
30:24 33:10
41:18 48:9,11
58:3 59:4

sell 16:12
18:24 26:2
27:16,21,25
65:9,10,15
66:1
sellers 24:25
26:5
selling 18:13
19:7 24:25
28:9 71:10
73:14,24
send 71:21
sense 22:25
41:12
sent 39:25
42:19 43:3
69:12,13,16
71:20 72:7
separate
18:17 68:7
separated
64:14
separately
56:16
September 5:4
series 51:13
set 11:19
16:23 20:8
55:22 56:2,6,
16
Seth 35:12,
22,24 40:12
42:24 43:1,2
44:10 74:16
76:4 78:21
Seth's 78:18
several 13:18
shade 52:15
shall 53:17
54:15 55:20,
25 56:4,8
57:7,12,16,20
62:7,15,18
64:23
share 25:24
she 8:25 9:1
35:4 37:10

72:16,19,21
She's 8:21
shell 24:20
shit 78:9,16
shock 30:4
Shorthand 4:2
should 13:19
29:17 34:13
36:18
show 31:23
37:5 43:24
70:22
showed 15:7
42:6,7
showing 43:23
shows 43:18
70:19,23
shy 5:17
sick 78:8,15
sides 51:17
signature
47:18
signing 79:7
since 7:15
22:13 48:13,
14 58:18
single 70:3
sinking 41:16
sister 21:20
sites 65:7,8
sitting 42:4
50:4
situation
29:14 38:3
64:10 73:20
76:3
situations
62:25 63:15
64:12
six 21:20
27:5 61:8
68:23
size 21:6
skill 61:2
skip 9:3
smaller 24:25

snack  19:15
snacking
  22:12
snacks  8:16
  21:17,22,25
  22:1,5,9,17,
  19 29:9
so  4:10,23
  7:15 9:17
  12:4,14 13:4,
  11 14:2,14
  15:21,24
  16:1,24
  19:14,17,21,
  25 20:5,10,17
  21:11,12,13,
  19 22:2,4
  23:9 24:7
  25:7 26:18
  27:14 30:12
  31:16 32:14
  34:17 35:16,
  24 36:23 38:8
  39:3,13,14,
  15,25 41:5,
  16,22 42:4
  43:1,5,7,13,
  15 44:3,11
  45:19 48:14
  49:2 51:15
  54:20 55:3,6,
  15 56:3,7
  59:9 61:5,11,
  12,13,22
  63:17,21
  64:2,5 65:12,
  19 66:20,22
  67:12,13,21
  69:18 70:4,12
  72:24 73:4,17
  74:6,9,23
  76:3,20,23
  77:21 78:19,
  21
soccer  18:2,4
  68:4,5
sold  5:24
  21:8 34:11
  65:20 66:10,

12,18
solely  10:4,
  12 11:5
solemnly  4:8
solution
  64:16
solutions
  73:22
some  12:5,7
  19:22 25:1
  28:18 30:7
  33:5 42:2
  61:2,3 72:16
  73:21 78:19
someone  15:21
  17:6 20:12,14
  33:16 42:24
something
  18:21 20:20
  27:6,8 31:12
  33:10 34:9,14
  54:4,7 55:16,
  23 61:16
  62:13 69:2
  76:11
sometimes
  12:3,9 31:3
  39:15,16
son  10:23
  13:7 14:4
  15:13 35:5
  38:15,17 41:9
  42:22 72:7
  75:22,23
son's  18:11
  33:20
soon  43:2
sorry  15:3
  68:14
source  71:5
sources  15:25
Southern  5:23
speak  12:17
  14:23 28:13,
  21,22,23 64:5
  71:18,23
speaking
  16:18 23:9

30:10 45:13
  64:9
special  13:15
  18:7 34:24
  35:21 63:23
specialty
  65:10
specific
  10:24 17:4
  67:21
specifically
  37:17
spend  21:14
  26:23
spent  51:18
  78:17
spoke  13:13,
  14 14:15
  30:11 35:12,
  24 40:6 53:3
  72:9
spoken  40:8
sponsor  53:7
  68:22
sport  24:21
  28:15 54:16,
  21 58:21
  61:15 63:20,
  21 66:13
  67:22,24
  68:1,7
sport-by-sport
  70:5
sporting
  65:16
sports  6:24
  23:1,11 52:22
  53:12 55:19,
  22 56:2,6,10
  57:1,2 58:8,
  13 59:16,20
  60:4,6,14
  66:13,16,17
  67:11,20
  68:8,9 70:8,9
  74:4,5,8
spring  14:4
  17:20,21

18:1,3,7
  21:3,7 27:2
  31:18,19
  32:12,17
  34:18,22,24
  37:23 38:22
  40:17 42:15,
  18 43:1
  77:11,18
St  5:15
stadium  22:16
staff  55:4
staffed  25:5,
  8
staffer  12:24
stand  16:16
  19:6 21:24
  25:3 31:8
  36:2,25 41:4,
  6 51:3,5,9,11
  52:1 65:11,12
  66:18
standard
  64:24
stands  38:11
  51:7 62:6
  67:20 70:24
  71:3
start  31:18
started  13:20
  21:10 72:16
starting  5:13
starts  31:19,
  20
State  4:3
stated  37:2
states  54:15
  60:12
stayed  27:1
still  6:2,3,
  19,22 55:24
  57:13 61:25
  66:1
stop  18:12,19
  19:2 34:5,18
  73:14

stopped  19:6
33:20 73:24
stopping
19:17
strawn  32:25
streams  26:20
street  36:4
streets  60:23
stretch  36:4
structural
50:24 51:4
stuff  21:24
successful
29:13
such  27:10
37:20 63:15
65:22
sum  70:4,10,
15
super  9:22
superintendent
54:16 55:21
56:1,5,9 62:3
supply  57:8
support  57:20
sure  8:15
12:12 14:12
15:4,24 25:7
26:17 27:1,11
34:21 35:17
37:3 38:8,24
40:15 42:20
50:3 69:15
74:4 75:21
77:9
surprised
42:14,23
susceptible
45:11
swear  4:8
sweep  16:14
30:25 31:3,11
32:19 33:1,9
sweeping
30:16 33:8
swept  30:19
32:14 37:3

sworn  4:15
Systems  5:23

---

**T**

T-BALL  8:12
17:21,23
19:25 21:13
37:15 41:22
71:11,12
77:11,12,13,
14,18
T-SHIRTS  65:9
Tacos  42:4
take  12:11
15:19 17:10,
16 28:18
30:22 39:23
45:23 64:16
66:24 76:20
taken  4:1
73:21
talk  9:4
17:19 30:7
35:2 45:24
talked  16:14
66:9 71:25
talking  13:21
42:7 56:12
60:22,23 66:9
74:5
Tampa  5:16
task  34:12
tax  70:6
teach  8:17
team  8:5,6,9,
11,14,20 9:4,
16,20,22
10:11,24,25
11:5,14 13:8,
18 14:4,20
15:13 19:24
20:3 28:21
29:4,7,8
31:3,4,5
34:13 36:2
38:9,22,23
39:3,13 41:2

43:6,10,12
48:19,22
55:22 56:1,6,
9 72:3,8
75:3,9
teammates
34:13 41:3
teams  9:7,10,
17 11:9 20:3,
9 24:6,7
39:10,12,14,
15,20,21
65:11 68:22,
23,24 75:16,
19 76:2,15,17
tell  4:19
5:12 10:9,16
22:25 24:3
27:24 30:14
38:14,17
45:20 50:22
60:22 63:8
70:1,19 73:13
77:1,24
telling  13:21
tells  29:7
ten  34:2
ten-minute
66:24
ten-year
21:19
term  12:25
TERRI  4:1
tested  29:10
testified
4:16 68:15
testifying
45:18
testimony  4:9
45:6,15 70:12
than  9:10
31:14 33:16
35:25 36:20
41:4 45:19
52:24 54:17
56:11 58:24
61:16 74:13

thank-you
44:5
that  5:19,24
6:18 7:13,14
8:1,13 9:14,
16,18 10:4
11:22,24
12:12,16,24
13:7,10,12
14:7,15,23
15:5,17,22
16:1,9 17:9,
11,13,14,24
18:21 19:1,6,
13,17,21
20:13,14,20,
24,25 21:4,5,
7,23 22:1,3
23:1,5,10
24:7,10,18
25:3,6,7,13,
15,22 26:13,
18,25 27:6,8,
17,21,22
28:20,23,25
29:2,8,10
30:12,15
31:11,12,13,
15 32:15,19
33:7,19,21
34:2,9,12,14,
17,18,23
35:5,8,23
36:9,19,20,24
37:9,16,17,
18,22,23,24
38:8,10,14,
17,20,25
39:2,6,21,25
40:11,12,18,
21 41:1,9,19,
25 42:10,11,
12,14 43:6,19
44:2,3,10,11,
18 45:6,7,9,
14,21,23,25
46:2,16
47:20,25
48:3,11,17,24

49:11,14,25
50:2,3,4,5,20
51:10,14,16,
19,24 52:3,7,
9,14,20,25
53:20,23
54:2,4 55:6,
23 56:4,8,16,
18,21 57:10,
14,18,22,23
58:8,19,20
59:17,25
60:7,14 61:6,
8,21 62:1,20,
24 63:19
64:1,8,10,14
65:1,18,24
66:4,10,15,20
68:15,21
69:1,2,21
70:4 71:16
72:3,5,15,25
73:4,13,15,22
74:1,16
75:12,24
76:1,7,13,18
77:1,9,18,21
78:4,6,11

**that's** 6:15,
22 10:19
14:17 15:22
17:18 19:15
21:6 23:7
25:8 26:4
28:25 35:19
41:13 43:18,
20,24 44:2,24
50:17 55:8,18
56:17 59:23
61:7,22 64:15
68:10 70:11,
14,16 73:23
76:21

**their** 8:4,16,
17 9:9 10:23
12:10 14:3
15:13 17:14
18:10 19:8
21:17,22,23

22:3,5,16
33:20 36:17
37:4 38:12,
13,15,17
41:3,7,9
42:13,19,20,
22,25 43:8
49:24 63:20,
21,23,24
66:15 78:19

**them** 8:17
10:18 13:14,
19,24 14:1,
21,22 16:7,
14,15 18:24
22:10 23:25
26:19 27:12
30:1,13,14
33:17 34:11,
23 35:15 36:3
39:16 41:15
42:19 43:8
44:12,14 48:3
60:23,24
61:6,9,17
78:20

**themselves**
58:24

**then** 5:17
13:15 18:4
19:7 23:3
29:3 32:16
45:11 54:13
59:12 66:9
72:22

**there** 8:1,7,9
9:24,25 10:2
12:2,14 13:6
14:10 15:9
21:15 22:4,15
23:2 25:5,10
27:9 28:18
30:9,11,12,
13,16 33:8
34:1,24
35:14,15,21
37:3 38:4
39:15 40:4
45:3 47:20

48:17,24
49:2,3 52:4,
10,19,24 60:1
61:15 67:15,
18,21 72:6
74:23 76:6

**there's** 20:11
22:1 24:14
29:8,16 34:1,
2 47:24 53:12
76:15,24

**therein** 37:11

**THEREUPON**
4:13

**these** 12:12
13:14,22,24
14:9,12 16:11
23:11 26:20
27:8 31:6
32:11 33:7
36:1,21 37:10
41:13 44:9
45:4 61:1
70:3,10,11
76:9

**they** 9:10,12,
13,15 10:16,
17,19 12:3
13:18,24 14:8
15:14,18
16:24 17:4,5,
9,10,11,14,15
18:16,19
20:24,25
21:2,7,24
22:20 24:9,19
25:8,16 26:17
27:1,9,11
28:1 30:16,17
31:8,11 32:22
34:17 35:1,
12,17,18,22
36:11 37:3
38:20 39:1,
13,14 40:12
41:9,14,20
42:7,12,18,
20,22 43:7
50:3,6,20

52:14 54:10,
20,22 55:1
57:13,19,22,
23 58:20
59:22,24
60:1,24
61:11,14,21
62:23,24
65:11,18
66:14 70:9,10
71:20 75:11,
16,24 76:1,19
77:6

**They'll** 31:1

**they're** 55:15

**thing** 13:16
27:10 30:1
34:17 42:3
45:8 55:5
64:23 72:21,
22 74:21

**things** 9:2
12:3,5 26:21
42:2 63:1
64:2 72:17
74:6 76:17

**think** 8:12
13:12 15:7,
17,19 19:17
21:10 22:25
26:8 35:11
42:7 43:7
46:1 49:3
50:17,20
52:10,11
66:22 70:3
72:21,23
75:24 77:20
78:19

**thinking** 21:4
32:18

**third** 76:23
77:7

**Thirteen** 7:7,
17 48:14

**this** 5:9 7:11
9:13,16 12:9,
18 13:16

14:14,20
15:23 17:6
19:6 20:4,15
21:2 26:22,23
27:21 29:17,
19 30:12
32:10 33:23
34:4,24 35:3,
23 36:5,6,10,
18 37:6,9,10
38:9,11 40:7,
16 41:15,18,
19 42:22,23
44:8,22 45:18
46:22 47:4
48:5 49:6
53:17 57:24
58:6,25 59:6,
11 60:5,8,11,
15 63:9,15,
22,24 64:5,11
67:2,5,12,14,
16 68:2,7,8
69:4,12,14,20
72:20,24
73:20 74:21
75:21 76:5,
10,11

**those** 13:15
16:12 19:4
22:7,9 26:20
29:24 36:23
52:1,12,25
56:14 60:24
61:7 74:18
76:3,6 78:12

**though** 24:4

**thought**
18:13,15,16
31:17 34:8
36:6 40:12

**thousand**
33:12

**Thousands**
57:4

**three** 7:12
9:12 20:10
32:11 36:4
37:4 47:15,17

51:13 66:16
68:23 70:8
76:16

**through** 5:10
14:7,20 25:2
49:12 55:8
57:21 59:23
62:2 65:21
70:7

**throughout**
77:6

**throw** 61:12

**throwing**
61:13

**thrown** 32:25

**Thrush** 38:4

**time** 6:5 7:2,
17 8:2,4 9:6
14:11,15,24
20:15 21:10,
14 22:1,3,13
26:23 31:1
38:18 44:6
45:14 48:3
56:18 63:9
65:22 69:1
74:24 76:18
77:21

**timeline** 77:7

**times** 55:12
61:4 68:23

**title** 49:21

**to** 4:9 5:9,
15,17,23 6:4,
13,14,15,17,
18 7:1,2,8,
13,14,25 8:2,
17,20,21,23,
24 9:3,4,7,8,
9,11,12,15
10:1,3,10,16,
17,24 11:1,2,
4 12:1,11,12,
16,17,18
13:7,11,13,
14,15,17,18,
20,21 14:1,3,
6,8,9,12,16,

17,20,23
15:7,12,14,
15,18,19,23
16:1,10,12,
14,17,18,20,
22,24 17:5,
10,15,16
18:6,7,10,12,
13,16,19
19:2,3,9,22
20:3,16,17,20
21:15 22:2,
13,19,24
23:11,23
24:3,6,7,11,
24 25:7 26:2,
15,19,20
27:3,11,14,
16,17,21,22,
24,25 28:13,
17,25 29:4,9,
15,17,18,25
30:6,15 31:6,
11,12,14,16,
25 32:16,18,
19,21,23
33:4,9,13,16,
23,24 34:5,9,
21,23,25
35:2,5,7,9,
16,23 36:1,5,
7,17,21 37:3,
5,11,12,14,
15,17,18,19,
23 38:2,5,10,
12,15,18,24
39:1,4,7,11,
20,23,24
40:3,4,6,7,8,
15,24 41:9,
12,14 42:5,
13,20 43:2,3,
13,16 44:2,
11,12,13,14,
19,22,23
45:4,6,10,11,
14,17,21,24,
25 46:12
47:11,13

48:3,25 49:6,
18,25 50:3,6,
21,22,24,25
51:10,11,12,
14,15,25
52:7,9,11,12,
13,17,21,22
53:5,21 54:1,
8,10,14,17,
19,25 55:13,
15,21,25
56:3,4,8,16,
21 57:3,6,10,
14,19,20
58:6,15,16,
19,20,21
59:20,23,25
60:3,5,14,18,
20,21 61:5,7,
11,14,15,17,
21,22,25
62:3,4,5,22,
23,25 63:11,
14,16,20,21,
22,23,25
64:3,5,11,13
65:2,6,11,15
66:14,22
68:9,16,17,
19,24,25
69:1,2,3,8,
12,13,16,20
70:20,25
71:4,8,13,18
72:2,7,13,16
73:2,7,9,11,
19,25 74:2,8,
11,13 75:1,2,
5,21,23,25
76:2,5,20,22
77:11,14,18,
24 78:1,2,5,
7,20,21,24

**tobacco** 74:7,
9,10

**together**
9:13,16,20
13:5 18:23
29:20

told   16:10
  20:24,25 21:2
  30:13 36:12,
  21 37:17
  42:24 61:8
  77:5
Tompke   75:25
Tons   22:6
Tony   27:16
too   72:23
took   40:15
  74:16 76:1
top   51:10,17,
  25 52:4 62:1
tough   15:19
tournament
  52:18
tournaments
  51:11 52:5,25
  57:9
trade   25:1
training
  17:23 63:13
transferred
  5:17
transportation
  9:13
transportation
-wise   15:18
travel   7:13
  18:1 27:9
  49:5 55:21
  56:1,5,9,11,
  12,13,14,15
  68:24,25
treated   40:22
  41:9
trial   5:9
tried   6:17
  36:17 40:3
true   35:23
  76:21 77:6
truly   9:14
truth   4:9,10
try   8:17 9:3
  29:25 34:23
  57:19 63:16

76:20
trying   9:15
  22:2 36:7,21
  41:14 59:23
turn   8:16
  37:11 47:11,
  13 49:6,18
  54:14 58:6
  65:6 69:8,20
turned   26:19
twice   68:23
two   5:16,17
  7:13 8:8
  12:15 18:14,
  15,16 23:3
  25:4 26:8
  39:15 42:6,8
  47:17 51:8
  64:12 71:24
  74:6 77:20,25
two-year   49:2
type   5:20
typically   8:8
  17:22 21:13
  23:3 24:22
  25:5 31:5,19,
  20 33:11
  49:12 54:9,12
  55:3,17 63:21
  64:10 76:20
  77:13

---

### U

Uh   18:22
ultimate   11:4
Um-hum   32:2
  58:10 69:11
unable   51:12
unattainable
  34:12
uncontrollable
  73:23,24
under   12:24
  35:4 37:11
understand
  9:19 15:24

20:17 31:24
  36:6 56:4,7
  64:6
understanding
  32:11,15 45:9
  73:4
understood
  14:2 42:16
  43:7
undertake
  16:21 17:6,16
unheard   43:18
uniform   8:17
  38:23
University
  5:17
until   13:3
  16:13 22:3
  65:22 66:19
  74:21
up   7:25 11:9,
  19 12:14,23
  13:3 15:7
  16:18 24:24
  26:4 27:4,19
  30:19,24
  32:21 33:13
  35:24 36:15,
  22 42:5,6,7
  43:18,23
  60:1,2 63:15
  64:2 66:8,19
  68:2 71:21
  78:1
update   62:24
updates   57:17
upfront   16:10
upgrade   24:19
  69:1
upon   10:18
  29:3 49:24
upwards   7:4
us   4:19 5:12
  7:1 10:16
  12:5 16:22
  24:2,20 26:20
  50:21 52:5
  55:14 58:21

59:16,22,24
  61:5,14,15,22
  62:24 63:22
  75:25
use   9:13
  20:14 23:20,
  24 24:12,14
  55:22 56:1,6,
  9 61:5,11
  78:12,13
used   5:23 9:8
  21:15 38:4
  74:11,13 76:2
uses   45:10
  52:25 56:19
Usually   8:8
utilities
  57:8
utilize
  56:14,23

---

### V

varies   7:4
variety   39:14
various   15:6
vary   12:8
  24:22
Vega   43:3
  44:1
vendors
  24:22,23
venture   57:3
verbal   76:10
verbally
  36:5,12
very   5:18
  10:2,13
  11:22,25
  29:6,20 39:12
  41:16 74:20
visit   78:19
vocalize   41:8
volunteer   6:5
  8:24 33:1,12
volunteered
  8:20,21

volunteers
    8:3 25:5,6
    33:12 63:16
vote  17:15,16
voted  16:25

———————

W

waived  79:8
want  9:4
    13:17,25 14:9
    15:12,16
    17:15 22:20
    28:17 37:11
    39:23 50:6
    57:3 61:11,22
    63:19 64:14
    69:2 72:3
    78:23
wanted  9:12
    10:23 14:6
    16:24 17:5
    18:16,19 19:2
    28:25 34:17
    35:1,16 36:12
    38:14 39:14
    44:3 63:24
    64:13
wanting
    63:22,23
wants  61:5
was  4:15 5:16
    7:8,11,13,14,
    15 9:9,10,14,
    24,25 10:4,7,
    24 11:25
    12:14,24
    13:13,20
    14:19,23,25
    15:2,4,5,9,
    10,15,17,22
    16:3,6,7,9,
    10,20,22
    17:9,13,14
    18:12,14,15,
    17 19:5,13
    20:4,8,9,15,
    16,18,20

21:12 26:9
27:10,13
30:8,11
31:13,15,17
32:15,16
33:22 34:8,9,
11,12,18,21
35:4,10,11
36:1,7,12,19
37:2,12,19,22
38:9,10,18
40:8,10,12,17
41:9,14,16,
19,20,25
42:5,10,11,23
45:3,7,16,17
48:4,17,19,
22,23,24
49:2,3,4 51:5
52:4,7,10,11,
16,19,20
54:12,13
59:6,9 66:10,
20 67:5 68:21
69:12,16
71:11,16
72:6,20 73:3,
11,23 74:21,
23 75:24,25
76:2 77:13,
15,21 78:19,
20 79:5,8
wasn't  15:2
19:3 21:4
31:14,16
44:16 48:19
55:16 74:2
77:16
Waste  5:23
way  12:18
15:15 19:16
26:25 30:12
33:23 35:12
37:15 61:12,
21 76:10,11
we  5:1,9,23,
24 6:15 8:3,6
9:2,8,17,25
10:19,25

12:16 15:15,
16 16:11,15
17:23 18:1,23
19:2 20:3,10
21:10 23:3,
23,24 24:9,
19,21,23,25
25:2,4,14
26:15,16,17
27:16,20
28:17,20,21,
22 29:24,25
30:7,11,12
31:19 32:21
34:11,23
35:24 36:9,
11,16,18
37:2,3 38:3,8
39:14,15,16
41:21,25
42:25 43:6
45:23,24
46:17 48:3
49:24 50:1
51:4,10,11,
12,13,14,21,
23 52:2 53:9
54:3,9,10,20
55:2,6,15
56:15 59:8,
14,15,23
60:1,2,7
63:15,16
64:1,2,5,14,
15 65:9,10,
12,19 66:2,3,
13,21 67:23
69:1,18 72:23
75:13,15,21
76:6,7,11,20
77:14,20,23
we'll  26:18
55:17 65:9
78:25
we're  25:6
26:14 29:19
33:12 41:15
44:23 56:12
58:18 59:23

60:22 61:1,
24,25 62:10
66:15 74:5
78:2
we've  13:4
26:19 31:23
35:3 49:11
53:13 61:10
website  59:8
60:11,12,16
week  7:5
39:6,11,13
76:16,23 77:2
weekday  57:17
weekend  57:18
78:17
welcome  38:18
well  8:7 43:1
44:9 47:13
50:13 52:5
75:7
went  13:11
30:11 48:22
61:8 72:15,19
were  4:22
9:10,15 12:3
13:21 16:13,
23 18:10
20:24,25
21:2,8 27:5
30:12 32:12,
22 33:21
34:22,24
35:5,7,21
37:3 38:2
39:10,13 40:4
41:23 44:9,11
48:17,21,24
51:12,14
52:22 53:4
66:9 68:12
73:5,22 75:21
76:9 77:2,15
78:15
weren't  34:17
what  5:20,22
6:8,15,17,24
8:11,14,23,25

9:9,14 10:10,
17 11:23
12:25 13:10,
19 14:17,19,
25 15:15,22
16:7 17:20
18:9,15 20:6,
17 21:11 23:9
26:2,13
27:13,24,25
28:25 30:14
31:23 32:12
34:8 35:22
36:5,7,16,18
37:5 39:10
40:10 41:25
42:6 43:19,20
45:20 46:11,
16 47:1,6
48:9,13 50:22
52:2,12,16
53:1,4,10
55:5 56:4,8,
12,21 58:15
59:14,23
60:22 61:9,22
66:18 67:6,8
68:8,23 69:22
70:11,14,15,
16 72:4,10
74:14

**what's**  49:14
58:3 59:4

**whatever**
16:24 22:19
28:21 38:25
54:6,21 75:14
76:7

**when**  12:25
14:14 15:22,
25 18:12
21:15 26:9
27:5 31:18
35:10 40:24
41:13 42:18
48:21,23 49:4
51:21 55:14
56:14 59:6
62:23 63:15

65:11 66:4,8,
21 68:21
71:11,18
75:12 76:3,11

**whenever**
75:13,15

**where**  10:2
23:13 29:14
30:16 32:3
40:4 41:14
42:16 43:17
60:15 62:10
70:19,22
72:24 75:2
78:11

**whereas**  64:3

**whether**  11:4
14:11 17:5
21:12,16
26:16 34:11
49:15 52:20
54:9 76:18

**which**  5:25
16:23 17:23
34:25 36:1,2
38:4 45:4
51:11,23 52:4
53:11 59:8,24
60:2 61:4
64:10 66:14,
16 72:17

**while**  45:11,
17 52:14
61:14

**who**  6:23
11:11,14
12:20 15:20
25:13 29:3,25
35:12 36:14,
17 42:5,24
50:8,15,16
51:21 53:21
54:11 59:16
78:15,18

**who's**  33:16

**whoever**  8:15
30:11 54:12

**whole**  4:10
12:10 30:1
61:7

**whom**  52:7,9

**whose**  28:14

**why**  19:13
21:6 26:22
34:8 50:2
67:18 73:24
78:4,6

**will**  4:9
12:16 23:3
28:20,21,22,
23 54:5 55:4,
14 56:14,16
63:15 64:3
65:9 76:13
77:23

**wind**  16:18

**window**  51:2

**wish**  16:22

**with**  4:23
5:13 6:5,8,15
7:9 9:2,9
10:10,12
11:23,25
12:2,3,4,15,
17,19,22
13:8,13,14
14:15,19,22,
25 15:13
16:1,2,4,5,6,
7,17,24 17:15
18:16 19:21
21:22 22:9
26:13,16
27:7,10
28:21,22,23
29:1,3,4,8,
11,23 30:10,
11 33:22
34:18 35:24
36:1,24,25
37:15,16 38:3
40:2,6,10
41:1,2,13,15,
16,23 46:13,
16,17,19
47:4,22,25

48:4,12 49:4
50:19 51:24
52:1 55:11,18
56:24 59:15,
16,19,23,24
60:13,19
61:3,6 62:19
63:3,7,10,11,
13,14 64:9,17
65:23 66:7
71:19,23 72:9
73:2 74:14,18
75:2 77:11,18
78:17,21

**within**  9:11
10:4 11:5
24:8 27:1
51:8 56:15
60:25 63:21
70:9

**without**
19:10,11 38:1
39:18 40:20

**witness**  4:12
35:19 44:16
45:10 47:12,
14 49:7,19
58:7 59:13
68:13 69:9
77:24 79:8

**word**  61:6,11

**words**  17:8
38:2 76:8
78:12,13

**work**  6:2,3
25:15 59:15,
19,23

**worker**  33:5

**world**  51:12

**would**  5:8
9:13 11:4,23
12:6 13:15
15:18 16:9
17:9,10,14
19:7,18 21:6
22:25 27:16,
19,20 30:16,
17 32:3,19

34:18,23 35:1
36:3,10,24
37:1,2,3,22,
23,25 38:6,8,
12,21,24
39:1,3,6,9,
15,16,17,19
40:4,13,18
41:10,20,21
44:7 50:21,22
51:23 52:1,4
54:11 58:18
59:11,14
64:1,18 73:24
74:16,17
75:16 77:19,
24 78:11,13
**wouldn't**  21:7
42:12 73:20
78:12
**wrappers**
32:24
**writing**  36:23
76:9
**written**  72:6
**wrong**  36:16
**wrote**  44:10
45:6

———————————

**Y**

———————————

**YAA**  10:13
11:6 23:16
56:15 66:7
74:21
**YAA's**  10:24
**yeah**  21:25
29:24 30:3
32:7,9,13
33:25 39:22
42:7 43:22
48:16 50:11
54:20,24
65:10 74:20
75:18
**year**  6:12
7:11,25
32:18,19

48:13 49:12
56:20,25
66:19 68:23
75:24
**yearly**  69:18
71:2
**years**  5:16
6:23 7:7,12,
13,15,16,17
10:1,13 12:8,
23 13:5 18:23
19:16 21:20
25:3 26:4
27:5 28:4,13
29:1,22 35:13
46:20 48:14
51:7,8,13
61:8
**yes**  4:12 5:2,
11 6:20 7:18
8:10 9:21,23
11:7 13:9
14:5 17:1,3,
18 18:20
19:12 20:8,
19,22 21:1
22:11,14,21
23:15,21
24:13 25:12,
17,20,23
26:12 28:7,
15,20 29:6
33:3,15,18
34:20 39:5,8
40:6 43:11,13
46:21 47:3,5
49:24 50:14
57:11,15
58:14 59:18
62:17 65:12,
17,19,25
68:20,25
69:3,13,19
70:10,18 74:5
76:7,20 79:2,
4
**yesterday**
59:7,14

**yet**  59:9
**you**  4:8,9,11,
22 5:9,20
6:2,5,11,14,
15 7:1,2,6,8,
19,22 8:5,12,
19,23 9:4
10:25 11:1,8,
22,24 12:5,6,
24 13:6,10
14:2,3,6
15:15,25
16:18 18:5,9,
15,19,21,22,
25 19:1,17,21
20:6,17
21:14,16,25
22:15,25
23:4,22 24:3,
12,17 26:7,22
27:7,15,16,
17,20,22,24
28:6,12,13,
16,18,25
29:1,14,17
30:14,19,24
31:23,25
33:7,21 34:4,
8,10,14,17,18
35:2,5,6,15
36:8 37:5
38:14,17
39:23,25
40:1,4,11,14,
21,24 41:9,
16,23 42:1,6,
8,10,15,16
43:5,11,12,
13,14,15,17
44:12,20
45:5,20 46:2,
19 47:1,4,6,
11,24 48:9,
12,17,21,24
49:6,8,15,18,
20,25 50:2
51:18,21,24
52:2,9 53:3,4
54:1,2,11

56:21 58:3,6,
8,22 59:4,17,
19 60:5,14,
18,22 61:9,
10,17,22
62:11,20 63:8
64:7,8,18
65:4,23 66:1,
4,8,9,11
67:5,25
68:11,12,15,
19 69:12,14,
16,20,21,23
70:1,15,17,
19,22,25
71:18,21,23,
25 72:6,10,19
73:13,17
74:14,18,23
76:11,13
77:1,9,16
78:3,4,6,7,
11,12,15
**you'll**  23:2
29:2
**you're**  4:23
13:1,23 23:20
31:24 40:25
76:18
**you've**  70:20
76:16,17
**young**  15:8
22:12 61:1
76:5
**younger**  8:10
20:2 30:2
76:21
**your**  4:6,19
5:8,12 6:4,5,
8,19,21 7:17
10:21 11:17,
19 12:20
14:19,25
15:25 16:3,7
19:5,6,13
23:10 24:8
26:5,23 29:9,
22 30:5,8
32:11,15 36:9

```
  37:11 38:18
  40:10,17
  43:17 44:6,20
  46:12 47:8,
  10,16 67:25
  68:16 70:1,
  12,13 72:3
  73:4 74:6
  78:14
yourself
  33:14 60:18
  68:16
youth  6:6
  7:3,9 9:5
  10:5,9,15
  18:6 23:1
  24:17 28:5,
  10,19 29:2
  35:6 37:13,24
  38:22 39:19
  52:22 58:8,
  11,13,18
  60:4,6,12,14
  74:4,5,8
Yup  58:5
```

---

### Z

---

```
zero  19:20
  24:9 25:25
```