Seth Abrams
November 11, 2019

1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
2
                   CASE NO. 9:19-CV-80825-DMM
3
_____/
4
JENNIFER QUASHA, on behalf of her son,
5   H.Q., a minor,

6                     Plaintiff,

7   vs.

8
CITY OF PALM BEACH GARDENS, FLORIDA,
9
                     Defendant.
10  _____/

11

12              DEPOSITION OF SETH ABRAMS

13                   Pages 1 - 96

14

15

16              November 11, 2019
                9:30 a.m. - 11:45 a.m.
17              444 West Railroad Avenue
                West Palm Beach, Florida 33401
18

19

20

21           Stenographically Reported By:
                  Terri Becker, CSR
22            Certified Shorthand Reporter

23                 Job No. 2008895

24

25

Seth Abrams
November 11, 2019                                    2

```
 1                       APPEARANCES

 2

     ON BEHALF OF THE PLAINTIFF:
 3
         DISABILITY INDEPENDENCE GROUP, INC.
 4       2990 S.W. 35th Avenue
         Miami, Florida 33133
 5       Mdietz@justdigit.org
         Aa@justdigit.org
 6       BY:  MATTHEW W. DIETZ, ESQ.

 7

     ON BEHALF OF THE DEFENDANT:
 8
         JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN,
 9       P.A.
         2455 East Sunrise Boulevard
10       Suite 1000
         Fort Lauderdale, Florida 33404
11       Alexander@jambg.com
         Johnson@jambg.com
12       BY:  SCOTT ALEXANDER, ESQ.

13

     ON BEHALF OF THE WITNESS:
14
         ROBYN HANKINS, P.L.
15       4600 Military Trail
         Suite 21
16       Jupiter, Florida 33458
         Robyn@hankins-law.com
17       BY:  ROBYN HANKINS, ESQ.

18

     ALSO PRESENT:
19
         JENNIFER QUASHA
20       ANTHONY BADALA

21

22

23

24

25
```

```
 1                  INDEX OF PROCEEDINGS

 2
       DEPOSITION OF:  SETH ABRAMS
 3
                         DIRECT   CROSS   REDIRECT
 4
       By Mr. Alexander        4
 5     By Mr. Dietz                     64
       By Ms. Hankins                   84
 6

 7

 8                       EXHIBITS

 9     NUMBER        DESCRIPTION                 PAGE

10       Defendant's No. 1    E-Mail              56
         Defendant's No. 2    Correspondence      60
11       Plaintiff's No. 1    Field Locations Website  67
         Plaintiff's No. 2    E-Mail              79
12       Plaintiff's No. 3    E-Mail              82

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1           Deposition taken before TERRI BECKER,

2      Certified Shorthand Reporter and Notary Public in

3      and for the State of Florida at Large, in the above

4      cause.

5                        *****

6           THE COURT REPORTER:  Please raise your

7      right hand.

8           Do you solemnly swear or affirm the

9      testimony you are about to give will be the truth,

10      the whole truth and nothing but the truth, so help

11      you God?

12           THE WITNESS:  Yes.

13  THEREUPON:

14           SETH ABRAMS,

15  having been first duly sworn or affirmed, was examined

16  and testified as follows:

17           DIRECT EXAMINATION

18  BY MR. ALEXANDER:

19      Q    Tell us your name please.

20      A    Seth Abrams.

21      Q    Mr. Abrams, I'm Scott Alexander, an attorney

22  for the City of Palm Beach Gardens.  Have you been

23  through the deposition process before?

24      A    Yes.

25      Q    As you may remember from prior occasions, I'll

Seth Abrams
November 11, 2019                                    5

1   have questions and the other attorneys may have

2   questions for you as well when I'm done.  Let's try not

3   to talk over each other.  If I ask you something that

4   you don't know or don't recall, tell me, because nobody

5   wants you to guess or speculate incorrectly.  Try to

6   give verbal responses, rather than shrugs or nods to

7   respond, okay?

8        A    Okay.

9        Q    What is your date of birth?

10       A    December 12, 1975.

11       Q    What is your current residential address?

12       A    303 Caravelle Drive, Jupiter, Florida 33458.

13       Q    Just a few more background questions.  Can you

14  tell us a little bit about your educational background

15  starting with high school?

16       A    Went locally to Palm Beach Gardens, then

17  graduated from Dwyer and went to vocational schools as a

18  paramedic/firefighter and then got my insurance license,

19  opened an insurance agency, had it for 21 years, and

20  then I went to -- now I sell medical devices.

21       Q    Are you a licensed EMT or paramedic?

22       A    Not currently.

23       Q    You were licensed?

24       A    I was.

25       Q    And did you work in that capacity?

Seth Abrams
November 11, 2019                                    6

1     A     Yes.

2     Q     Which agency did you work for?

3     A     I worked for Palm Beach County Fire Rescue, I

4  worked for Everglades EMS, I worked for Bethesda

5  Ambulance Service.

6     Q     And what are you doing again at the present

7  time?

8     A     Medical devices.

9     Q     And for whom?

10    A     Today?

11    Q     Today.

12    A     Today, Podimetrics.  I say it like that

13 because I just gave my notice.

14    Q     Married?

15    A     No, divorced.

16    Q     And any kids?

17    A     Two.

18    Q     And how old are the kids know?

19    A     13 and 12.

20    Q     Boys or girls?

21    A     Girl is the oldest, boy the youngest.

22    Q     Did your kids participate in Palm Beach

23 Gardens Youth Athletic Association sports?

24    A     Yes.

25    Q     At the present time do you have a role with

1    the Palm Beach Gardens Youth Athletic Association?

2        A    Yes.

3        Q    What is your current role?

4        A    President of the baseball division.

5        Q    And a very basic elementary question:  Can you

6    tell us what the Palm Beach Gardens Youth Athletic

7    Association is?

8        A    It's a nonprofit organization that oversees

9    youth sports.

10       Q    Can you tell us how long it has been around?

11       A    For 20 years.

12       Q    How long have you been affiliated with the

13   organization?

14       A    My son has been playing since he was four.

15       Q    That's your 12-year old, so about eight years?

16       A    Correct.

17       Q    Did you have any role with the association

18   before your son began playing?

19       A    No.

20       Q    What sports has your son played in, in the

21   Palm Beach Gardens Youth Athletic Association?

22       A    Football, baseball.  I believe those are the

23   only two.

24       Q    How many different sports are there?

25       A    I don't know off the top of my head.

```
 1   Baseball, football, soccer, flag football, lacrosse,

 2   softball, cheerleading -- I think nine.

 3        Q    And who is the president of the association?

 4        A    Tony Badala.

 5        Q    Does each sport have a separate leader like

 6   you are for baseball?

 7        A    Yes.

 8        Q    How long have you been the -- do you call it

 9   the commissioner of baseball or the --

10        A    President.

11        Q    The president.  How long have you been the

12   president of baseball?

13        A    I believe three years.

14        Q    And during baseball season can you give us a

15   rough estimate as to the amount of time you dedicate

16   towards your Palm Beach Gardens Youth Athletic

17   Association duties in a given week or month?

18        A    20 to 25 hours per week.

19        Q    Per week?

20        A    Yes.

21        Q    How much do you get paid for that?

22        A    Zero.

23        Q    Is this all volunteer?

24        A    All volunteer.

25        Q    So what do you do in those 20 to 25 hours a
```

Seth Abrams
November 11, 2019                                    9

1   week?  Just give us an understanding as to how you

2   dedicate your time volunteering for this organization.

3        A    Oversee day-to-day operations.  We have

4   multiple divisions, whether it starts at T-ball, which

5   is four years old, goes up to 16 years old for baseball,

6   whether it's rec in the fall, rec in the spring or

7   travel, and then there is budgetary needs and meeting

8   with Cal Ripken and different organizations that want to

9   hold tournaments at our facilities.

10       Q    What is the difference between rec and travel?

11       A    Rec is for -- it's more of a general, the kids

12  want to come play on the weekends or during the week,

13  just fun atmosphere.  Travel is for your players looking

14  to advance.

15       Q    A little more competitive?

16       A    Much more.

17       Q    Where are the rec games primarily played?

18       A    Burns Road.

19       Q    The travel games?

20       A    They can be played at Burns Road, but again,

21  they can go to different organizations that have a

22  travel team.

23       Q    Does travel play games against other athletic

24  associations?

25       A    Yes.

Seth Abrams
November 11, 2019                                    10

1        Q     Are you aware of any written contracts that

2   exist between the city and the Palm Beach Gardens Youth

3   Athletic Association for the operation of the sports

4   programs?

5        A     Yes.

6        Q     What written documents are you aware of?

7        A     We have a contract with the city that allows

8   us access to the fields.

9        Q     Does the Palm Beach Gardens Youth Athletic

10  Association hold permits for the use of the fields?

11       A     Yes.

12       Q     Other than a contract that allows access to

13  the fields, are you aware of any other agreements that

14  exist between the city and the Palm Beach Gardens Youth

15  Athletic Association?

16       A     No.

17       Q     How does the Youth Athletic Association secure

18  funding in order to run the programs?

19       A     Donations and registration fees.

20       Q     Does the city provide any money or monetary

21  funding to the Youth Athletic Association for the

22  running of these programs?

23       A     They don't provide it to the organization, but

24  they provide us with city employees to tend to the

25  fields.

Seth Abrams
November 11, 2019                                    11

1        Q    If I understand, the city provides the fields?

2        A    Correct.

3        Q    And provides maintenance to the fields?

4        A    Correct.

5        Q    As far as the actual day-to-day operations of

6    the baseball sports programs themselves, is that

7    exclusively by the Palm Beach Gardens Youth Athletic

8    Association?

9        A    Yes.

10            MR. DIETZ:   Objection.

11       Q    Let's start with organization of a league,

12   baseball league, say a fall baseball league.  How do

13   you -- take it from the beginning.  How do you make the

14   public aware that you're going to have a league that

15   people can sign up for?

16       A    We send out e-mails or flyers at our expense

17   to the youth in the city.

18       Q    Do you also have a website?

19       A    We do.

20       Q    How do parents register their kids?

21       A    They go to the website and click the

22   registration link and fill out the form and pay online.

23       Q    Are the registration forms submitted to the

24   City of Palm Beach Gardens or to the Athletic

25   Association?

```
 1        A    Athletic Association.

 2        Q    And are the funds submitted to the City of

 3   Palm Beach Gardens or to the Athletic Association?

 4        A    Athletic Association.

 5        Q    And what is a typical fee for a baseball

 6   season?

 7        A    Registration fees, $130.

 8        Q    So it's the same for everyone, no matter what

 9   age?

10        A    Correct.

11        Q    And how are teams and coaches assigned?

12        A    Depends on the age, but T-ball is random so we

13   have an even amount of four-year olds as we do five-year

14   olds as we do six-year olds.  Other than that, it's a

15   draft.

16        Q    How are you able to secure coaches for these

17   teams?

18        A    Beg and plead.

19        Q    Are they typically parents of the players?

20        A    They are.

21        Q    So you get volunteer parents?

22        A    Correct.

23        Q    Are the parents paid for their time for

24   offering to coach?

25        A    No.  The only thing that we did, just did this
```

Seth Abrams
November 11, 2019                                      13

```
 1   past fall, was the manager, we offered to waive the fee

 2   for the manager, because we were having such a hard time

 3   getting coaches.

 4        Q    So, if a parent volunteers to coach his

 5   child's team, that child will have his or her fee

 6   waived?

 7        A    For the manager only.

 8        Q    For the manager only, okay.  And you said

 9   there is a draft.  How does that work?

10        A    Yes.  There is an evaluation prior to -- after

11   they register.  When registration closes everyone shows

12   up, all the managers and coaches show up, they watch the

13   kids hit the ball, throw the ball, catch the ball, and

14   after that they do their own record keeping of however

15   and rate the kids, and then we all gather in a room and

16   we go through the room and everyone picks the kids in an

17   orderly fashion as far as who they want first or who

18   they want second.

19        Q    Does the City of Palm Beach Gardens, the city

20   itself, have any role of assignment of children to the

21   specific teams?

22        A    No.

23        Q    This is done by the managers, each volunteer

24   manager?

25        A    Correct.
```

1       Q    Does the Palm Beach Gardens Youth Athletic

2  Association accept requests, in other words, "I want

3  Johnny to play with Coach Smith," and so forth?

4       A    Not anymore.

5       Q    Based upon your response, that used to exist

6  but no longer does, so why did that change?

7       A    Because too many requests were coming in and

8  we couldn't fulfill the needs of all the requests.

9       Q    Whose decision was it to end the process of

10  allowing parental requests of their children to be on

11  specific teams?

12       A    The board voted on it.

13       Q    When you say "the board" are you referring to

14  the Board of the Palm Beach Gardens Youth Athletic

15  Association?

16       A    Baseball division.

17       Q    Did the City of Palm Beach Gardens play any

18  role in the decision to stop allowing requests?

19       A    No.

20       Q    Would it be within the purview of the City of

21  Palm Beach Gardens to tell you how to run your league

22  and permit requests?

23       A    No.

24            MR. DIETZ:  Object to the form.

25       Q    Is that a decision that's made solely by the

1  Palm Beach Gardens Youth Athletic Association?

2       A    Yes.

3       Q    Does the City of Palm Beach Gardens tell the

4  Palm Beach Gardens Youth Athletic Association how to

5  divide up the kids onto teams?

6       A    No.

7       Q    Does it tell you who to hire as coaches?

8       A    No.

9       Q    Does it tell you how --

10      A    The only reason they would tell us to hire or

11  not to hire is we require everybody to go through a

12  background check, so if the coach didn't meet the

13  criteria of the city as far as background goes, then

14  they wouldn't be allowed to coach.

15      Q    Criminal history and so forth?

16      A    Yes.

17      Q    Who pays for the background checks?

18      A    The individual coaches.

19      Q    Does the city play any role in the background

20  checks?

21      A    They are the only ones that receive the

22  response and it's a pass/fail.

23      Q    What is the criteria for somebody to be

24  allowed to be a coach?

25      A    We are not made privy to that except if there

Seth Abrams
November 11, 2019                                  16

1    is an issue and the parent themselves tells us why.  We

2    don't know.  We just find out "yes" or "no".

3         Q    Is it rare for a coach to fail?

4         A    It's rare.

5         Q    So the kids sign up, they pay their fees,

6    teams are divided up, and I assume you have to have

7    practices and games, correct?

8         A    Right.

9         Q    How are the amount of practices determined?

10        A    As -- availability.  We make it equal.

11   Everyone gets two practices a week, they get two games a

12   week, all the teams.  It's computerized so the computer

13   just goes in there and generates the schedule and

14   whether they practice for the next day.

15        Q    And whose computer generates the schedule?

16        A    We use a program that we pay for.

17        Q    The Youth Athletic Association?

18        A    Yes.

19        Q    Does the City of Palm Beach Gardens play any

20   role in generating the practice schedule?

21        A    No.

22        Q    Does the City of Palm Beach Gardens give you

23   any input into your game schedule?

24        A    Only with weather.

25        Q    As far as, you know, Team A plays on Thursday

1    night at 6:00 --

2         A    No.

3         Q    -- does the city play any role in that type of

4    scheduling?

5         A    No.

6         Q    So you were saying weather, if it's raining,

7    that could affect the schedule, though?

8         A    The city will close the fields.

9         Q    What happens if a game rains out?  How do you

10   make it up?

11        A    If we can fit it in, then we will reschedule

12   it.  We do our best.

13        Q    I want to ask you some questions about the

14   concessions, and maybe this is better left for Mr.

15   Badala than you, you will let me know.  Are there

16   concession stands or is there a concession stand at the

17   Burns Road facility?

18        A    Yes.

19        Q    Is it open during practices?

20        A    We try to.

21        Q    Is it open during games?

22        A    We try to.

23        Q    When you say, "We try to," are you referring

24   to the Youth Athletic Association?

25        A    Baseball division.

Seth Abrams
November 11, 2019                                     18

```
 1          Q    Are the soccer games played at Burns Road?

 2          A    No.

 3          Q    What about other sports besides baseball?

 4          A    Baseball is the only sport currently played

 5   there.

 6          Q    Because there are baseball fields there?

 7          A    Correct.

 8          Q    How is the concession stand staffed?

 9          A    Paid.

10          Q    Who hires people that are paid to man the

11   concession stands?

12          A    For the most part, a board member, which is

13   Nick Ditamosso, D-I-T-A-M-A-S-S-O, I believe.

14          Q    And Nick is a board member of the Palm Beach

15   Gardens Youth Athletic Association?

16          A    Yes.

17          Q    And how did he draw the lucky straw to be in

18   charge of concessions?

19          A    He's treasurer, so he's working on controlling

20   the finances.

21          Q    For how long has Nick Ditamosso been the

22   treasurer?

23          A    One year right now.

24          Q    Is he paid or is he also a volunteer?

25          A    Volunteer.
```

1      Q      What does the treasurer of the Palm Beach

2   Gardens Youth Athletic Association do?

3      A      He is the treasurer of the baseball division.

4      Q      Just the baseball division?

5      A      Just the baseball division.

6      Q      Is he in charge of collecting the funds, the

7   fees?

8      A      He oversees it.  He doesn't physically collect

9   it.

10     Q      What does the treasurer of the baseball

11  division do?  What type of financing does he have to

12  manage and allocate?

13     A      Any financial decisions over $250 he has to

14  approve.

15     Q      Would that include purchasing uniforms?

16     A      Correct.

17     Q      And who oversees his record keeping, if

18  anyone?

19     A      We have paid bookkeepers and we also have a

20  treasurer over the whole YAA.

21     Q      What is the name of the treasurer of the whole

22  YAA?

23     A      Robert Coleman.

24     Q      Is Robert also a volunteer or is he a paid

25  employee?

1          A    Volunteer.

2          Q    And the bookkeepers you said are paid?

3          A    Yes.

4          Q    How many bookkeepers does the YAA have?

5          A    Three.

6          Q    Three paid employees?

7          A    Yes.

8          Q    Does that include the people that work the

9     concessions?

10         A    No, I'm sorry.  I don't know how many paid.

11         Q    The three that you were thinking of, who are

12    they?

13         A    They are the two accountants or bookkeepers

14    and then I believe Kelly's role is marketing.

15         Q    What is Kelly's last name?

16         A    Rogers.

17         Q    Does the Palm Beach Gardens Youth Athletic

18    Association, to your knowledge, and if I'm outside of

19    your purview of knowledge it's okay to let me know, does

20    it disburse any funds to the city?

21         A    Yes.

22         Q    And is that for field permits?

23         A    Yes.

24         Q    Other than for field permits, to your

25    knowledge, does the Athletic Association disburse any

Seth Abrams
November 11, 2019                                    21

```
 1   funds to the city?

 2       A    Yes.

 3       Q    What are those?

 4       A    We charge an out-of-area fee, so if someone

 5   doesn't live in the city we pay the city a fee for that.

 6       Q    So, if I understand, if you have a registrant

 7   who is not a resident of the City of Palm Beach Gardens?

 8       A    Correct.

 9       Q    And are you able to give me a reasonable

10   approximation as to what percentage of your registrants

11   for baseball are city versus non-city residents?

12       A    To the best of my knowledge, I believe a third

13   of them are not.

14       Q    People who live elsewhere that just want to be

15   in your league?

16       A    Correct.

17       Q    How many baseball seasons are there in a

18   calendar year?

19       A    Two for rec.

20       Q    Are those called fall and spring?

21       A    Yes.

22       Q    If we go by the calendar year, the spring

23   season would be the first and fall would be the second?

24       A    Yes.

25       Q    It might be different for a school year but
```

Seth Abrams
November 11, 2019                                    22

1    for a calendar year?

2         A    That's correct.

3         Q    Are there any differences between the spring

4    and fall seasons?

5                   MR. DIETZ:  Object to the form.

6         A    Yes.

7         Q    What are the differences between the spring

8    and fall seasons?

9         A    The spring is more competitive.  The fall is

10   more educational/instructional.

11        Q    So, if we go by the school year, the fall

12   would be at the beginning of the year?

13        A    That's correct.

14        Q    So that one tends to be more educational?

15        A    Instructional, yes.

16        Q    And then the kids that play in the spring,

17   it's more competitive?

18        A    That's correct.

19        Q    Is that by design or is it just sort of

20   something that happens that way?

21        A    That's how I've always known it to be.

22        Q    Do you advertise the seasons any differently

23   and say, like, the fall season is more instructional and

24   spring is more competitive?

25        A    I don't believe we advertise it, but if we are

Seth Abrams
November 11, 2019                                    23

1    asked, we tell the people that.

2        Q    Which season has more participants?

3        A    The spring.

4        Q    Is there any reason why that is the case or

5    that's just how it comes out?

6        A    We require the travel kids to play in the

7    spring, not the fall.

8        Q    So the kids that play travel baseball are

9    required to register for the spring?

10       A    Yes.

11       Q    In the fall they don't have to register?

12       A    Correct.

13       Q    So for the -- as far as numbers between the

14   two seasons, can you give me a rough estimate as to how

15   many kids play per year in spring versus play per year

16   in the fall?

17       A    This past fall was about 300, and spring, last

18   spring was about 550.

19       Q    Almost double?

20       A    Almost.

21       Q    Are the concessions open for both fall and

22   spring?

23       A    Spring more than fall.

24       Q    You said that the YAA hires someone to man the

25   concession stand?

 1        A     Yes.

 2        Q     As far as the items that are sold at the

 3   concession stand, how is that determined?  What products

 4   and items would be sold?

 5        A     The supply and demand.

 6        Q     Does the City of Palm Beach Gardens, to your

 7   knowledge, give the YAA any instruction on what items

 8   should be sold at the concessions?

 9        A     No.

10        Q     Is that a decision that's made exclusively by

11   the YAA?

12        A     Baseball division.

13        Q     Baseball division?

14        A     Yes.

15        Q     As the president of the baseball division, do

16   you have input into that?

17        A     Yes.

18        Q     What items do you like to have sold at the

19   concession stands during baseball season?

20        A     We've always sold peanuts, popcorn, candy,

21   chips, hot dogs, hamburgers.  We recently, and I mean in

22   the last year, have Chick-Fil-A there.

23        Q     Who sets the prices?

24        A     The baseball division.

25        Q     Does the City of Palm Beach Gardens instruct

Seth Abrams
November 11, 2019                                      25

1    the baseball division on how to price the menu items

2    sold at the concession?

3         A    No.

4         Q    Does the City of Palm Beach Gardens tell the

5    YAA what items can and cannot be sold at the concession

6    stands?

7         A    No.

8         Q    Does the City of Palm Beach Gardens get any

9    cut or percentage of the profits made at the concession

10   stand?

11        A    No.

12        Q    What happens to the funds that are generated

13   at the concessions?

14        A    It goes back into the league or to pay the

15   concession stand employees.

16        Q    Why do you sell peanuts?

17        A    People like to eat peanuts at baseball games.

18        Q    Is that one of the more popular items sold?

19        A    That's one -- I don't know if it's more

20   popular, but it's popular.  I can't say it's the most

21   popular.

22        Q    If we wanted to -- is there any paperwork

23   that's generated that would tell us what items are sold

24   more than others at the concession?

25        A    No.

1        Q     Who does the ordering for the concession?

2        A     Nick Ditamosso.

3        Q     So Nick might know that, whatever he orders

4    the most might be selling the most?

5        A     Correct.

6        Q     As baseball commissioner and someone who has

7    been involved in Palm Beach Gardens Youth Athletic

8    Association for eight years, have you personally

9    observed that peanuts are just popular at baseball?

10       A     Yes.

11             MR. DIETZ:   Object to the form.

12       Q     Do you have any knowledge or understanding as

13   to why peanuts tend to be popular at baseball?

14       A     People seem to like them.  We sell a lot of

15   them.

16       Q     Have you had occasion over the years as the

17   baseball president to learn that some kids may be

18   allergic to peanuts?

19       A     Yes.

20       Q     Have you heard that before?

21       A     Yes.

22       Q     And have parents approached you and told you

23   their kid is allergic to peanuts?

24       A     Yes.

25       Q     Parents other than the Quashas in this case?

Seth Abrams
November 11, 2019                              27

1        A     Yes.

2        Q     When parents approach you and say, "My kid is

3   allergic to peanuts," what is your response to that?

4        A     "We'll make the coach aware and do whatever we

5   can to prevent any incident," but we can't stop outside

6   people from bringing in stuff and I can't -- I can't

7   control outside influences.

8        Q     You can't stop peanuts from being introduced

9   into the park?

10       A     Correct.

11       Q     But you said you'll speak to the coach?

12       A     Yes.

13       Q     Do you have a direct line of communication

14   with the baseball coaches?

15       A     Yes.

16       Q     Do you have meetings?

17       A     Yes.

18       Q     How often do you meet with the baseball

19   coaches?

20       A     Every season.

21       Q     If you come to learn that a child that's

22   playing in the league has a peanut allergy you'll

23   address that with the coach?

24       A     I will or the league director will.

25       Q     Meaning Mr. Badala?

Seth Abrams
November 11, 2019                                    28

```
 1        A     No, the baseball board has an executive league
 2   director that runs the rec league.
 3        Q     Who is that for baseball?
 4        A     Currently Sean Saunders, S-A-U-N-D-E-R-S.
 5        Q     Have you had occasion over the years that
 6   you've been involved in the league to talk to a coach
 7   about a child that has an allergy?
 8        A     Yes.
 9        Q     Can you tell us, based on your best
10   recollection, what it is you would tell a coach if you
11   know he's going to be coaching a kid that has an
12   allergy?
13        A     Yes, I would make the coach aware that this
14   child has a food, whatever the allergy is, and try to
15   keep it away from them as best as possible.
16        Q     So, "The kid has peanut allergies, don't allow
17   peanuts in that kid's dugout"?
18        A     Correct.
19        Q     Has that worked?
20        A     To the best of my knowledge, we've not had any
21   incidents.
22        Q     How many years have you been involved?
23        A     Eight years.
24        Q     For eight years when you heard of a kid with a
25   peanut allergy you address it with the coach and ask for
```

1    that to be kept out of the kids' dugout and for eight

2    years that has worked?

3         A    Correct.

4         Q    Have you heard of any incidents where the kid

5    has gone into anaphylactic shock at any of your

6    practices or baseball games?

7         A    No.

8         Q    Has the peanut-free zone been a tested method

9    that's worked for the Youth Athletic Association in the

10   eight years in your affiliation with it?

11        A    We haven't had any instances with it, so...

12        Q    Is that a "Yes"?

13        A    Yes.

14        Q    When parents have told you that they have a

15   child with a peanut allergy, do you let them know you

16   will address it with the coach?

17        A    Yes.

18        Q    And have you had any occasion where the

19   parents were not satisfied with your response, other

20   than this case, where you told them you would address it

21   with the coach?

22        A    No.

23        Q    Have all parents been satisfied with your

24   explanation that you will address it with the coach and

25   establish that child's dugout as a peanut-free zone?

Seth Abrams
November 11, 2019                                    30

```
 1       A    Yes.
 2       Q    I may be asking something that is common
 3   sense, but how does a coach keep a peanut-free dugout?
 4       A    They tell the parents of the members on that
 5   team, "Hey, we have a peanut allergy if you bring
 6   snacks," because the younger ages bring snacks, "Don't
 7   bring anything with peanuts."
 8       Q    During the actual baseball games do kids sit
 9   in the dugouts and eat peanuts during the games?
10       A    They could.
11       Q    And if a coach has a kid with peanut
12   allergies, could the coach ban kids from doing that?
13       A    Yes.
14       Q    Would you expect one of your coaches to do
15   that?
16       A    Yes.
17       Q    Have your coaches, in fact, done that?
18       A    Yes.
19       Q    Are there girls that play baseball as well?
20       A    Yes.
21       Q    Boys and girls, "We have a kid with a peanut
22   allergy, you're not allowed to eat peanuts in the dugout
23   this season, because we have a child with a peanut
24   allergy"?
25       A    Correct.
```

Seth Abrams
November 11, 2019                                    31

```
 1        Q    And has that worked for the eight years that
 2   you've been affiliated with the Youth Athletic
 3   Association?
 4        A    Yes.
 5        Q    In your eight years of affiliation with the
 6   YAA how many parents have asked of you, as the baseball
 7   commissioner, to stop, halt the sale of peanuts at the
 8   park?
 9        A    This was the first time.
10        Q    Doctor and Mrs. Quasha?
11        A    Yes.
12        Q    And is there any way for you to even know how
13   many kids over the years have had peanut allergies that
14   are in this league?
15        A    No.
16        Q    Is disclosure of allergy part of the
17   application process?
18        A    Not to my knowledge.
19        Q    It's something that would have to be offered
20   by the parents?
21        A    Yes.
22        Q    Just thinking back over the years, and I know
23   you didn't keep a tally or running count, but can you
24   give me an estimate of how many times you may have been
25   made aware of a kid having a peanut allergy in baseball?
```

1      A     Maybe two or three.

2      Q     And the other parents were satisfied with your

3    explanation that the coach would be aware and would keep

4    that child's dugout peanut-free?

5      A     Yes.

6      Q     I want to talk to you about Doctor and Mrs.

7    Quasha.  Have they had several kids participate in the

8    leagues or just the boy that's at issue in this case?

9      A     To the best of my knowledge, just this boy.

10     Q     Because deposition transcripts get filed with

11   the Court and we don't like to disclose the names of

12   minors in litigation, and if we say his name it's okay,

13   we'll just go back and have to redact it, but I'll just

14   call him HQ, by his initials.  But when I say "HQ" are

15   you aware of who I'm referring to?

16     A     Yes.

17     Q     Doctor and Mrs. Quasha's boy, whose first name

18   begins with an H?

19     A     Yes.

20     Q     How did you first become familiar with or

21   acquainted with Doctor and Mrs. Quasha?

22     A     Sean Saunders forwarded an e-mail to me.

23     Q     What did Sean advise you in that e-mail?

24     A     He just forwarded their e-mail to me, didn't

25   give his opinion.

1       Q     He forwarded an e-mail to you sent by the

2   Quashas to someone else?

3       A     Sent from the Quashas to him directly.

4       Q     What were they informing him of?

5       A     That they spoke to somebody at the concession

6   stand and they said certain concessions were made in the

7   past.

8       Q     Did that e-mail indicate that it was their

9   understanding that in the past peanuts had been removed

10  from the park or something along those lines?

11      A     Something along those lines.

12            MR. DIETZ:  Object to the form.

13      Q     Are you aware of any situation in the past

14  where peanut sales had been banned in the park?

15      A     I'm not aware of -- I don't remember.

16            MR. ALEXANDER:  Off the record for a

17      second.

18            (Pause in the proceedings).

19      Q     My question, and I wasn't sure if I understood

20  your answer:  Were you aware prior to receiving this

21  e-mail that was forwarded by Saunders of any situations

22  in the past where peanut sales had been outlawed at

23  Burns Road?

24      A     Not for any other family, correct.

25      Q     Not for any other family other than the

Seth Abrams
November 11, 2019                                    34

1  Quashas?

2       A     Correct.

3       Q     So, if we talk about predating the Quashas,

4  were you aware of any situations where peanut sales were

5  ever banned at Burns Road?

6       A     No.

7       Q     Did Sean explain why he was forwarding the

8  e-mail to you, when he forwarded it?

9       A     Any time that there is any concern like that,

10 any e-mails go through me.

11      Q     Upon reading the e-mail, what was your

12 understanding as to what the Quashas were asking of the

13 YAA?

14      A     They wanted us to stop selling peanuts.

15      Q     Is this for the fall season or the spring

16 season?

17      A     This --

18      Q     Initially.

19      A     Initially it was for the fall.

20      Q     So after receiving the e-mail indicating that

21 a parent wanted peanut sales to be banned at the park

22 for the fall season what role, if any, did you play in

23 trying to deal with the situation?

24      A     At first we tried to make accommodations, but

25 then we realized that we couldn't, come the spring, so

Seth Abrams
November 11, 2019                           35

1   we made it in the fall, we made the exceptions in the

2   fall, but, because they already signed up, knowing that

3   I was going to bring it back to the board for a vote to

4   see if we were going to continue to sell, because a lot

5   of the items in the concession, peanut, M&M's, Snickers,

6   popcorn, Chic-Fila, they all contain some sort of

7   peanut, whether it's oil or peanuts, and besides that, I

8   can't control outside influences again.

9          If a T-ball player on their team eats a peanut

10  butter and jelly sandwich before they come to the game

11  and they don't wash their hands, Ms. Quasha told me that

12  if HQ touches the ball after someone else does he'll

13  have a deadly reaction.  I can't control what someone

14  does outside.

15      Q    Could you as the baseball president control

16  what food items parents bring into the park for their

17  other kids that are sitting out there that are perhaps

18  not playing in the games?

19      A    No, and I can't control who goes to the

20  dugouts.

21      Q    Have you seen occasions over the years that

22  you have been affiliated with the Association that

23  parents will come to the park with coolers and bags of

24  snacks for kids that perhaps are not even playing in the

25  games at the time?

1        A     Absolutely.

2        Q     For their other kids?

3        A     Absolutely.

4        Q     And what types of food items do parents bring

5   for kids to baseball games?

6        A     It could be anything.

7        Q     Including peanuts?

8        A     Including peanuts, peanut butter and jelly

9   sandwiches.

10       Q     Do the brothers and sisters or the

11  participants like to snack and eat while watching the

12  games?

13       A     Yes.

14       Q     And is it common for parents to bring snack

15  items for the viewer kids?

16       A     Yes.

17       Q     And do you have any control as the baseball

18  commissioner over what items parents can bring into the

19  park for their kids to snack on?

20       A     No.

21       Q     Obviously, no guns or knives are allowed in

22  the park, right?

23       A     Correct.

24       Q     And you don't sell beer or alcohol?

25       A     Correct.

1     Q    Because it's a public park?

2     A    Correct.

3     Q    Other than that, are parents entitled to bring

4  for their kids what they want them to snack on?

5     A    Yes.

6     Q    And do you feel as the baseball president that

7  you're entitled to select for the concession areas,

8  other than alcohol and things like that, what items

9  could be sold at the park?

10    A    Yes.

11         MR. DIETZ:  Object to the form.

12    Q    Do you submit any permission requests to the

13  city for your snack items to be sold at the concessions?

14    A    No.

15    Q    Does the city ask you for a list or tally of

16  what you'll be selling?

17    A    No.

18         MR. DIETZ:  Object to the form.

19    Q    You indicated that some concessions or

20  accommodations were made for the fall season.  That's

21  like the 300 kid season?

22    A    Correct.

23    Q    What was agreed upon for the fall season?

24    A    At that point I turned it over to Tony Badala.

25    Q    Mr. Badala handled it from there?

1      A    Yes.

2      Q    Do you know what ultimately was worked out for

3  the fall season?

4      A    They were going to sweep out the dugout prior

5  to his game being played first and no peanut sales

6  during the duration of his game.

7      Q    Now, you said "game being played first."  Were

8  HQ's games scheduled to be the first game of each day?

9      A    Yes.

10     Q    And was that something that was manageable in

11  the fall season when there were only 300 participants?

12     A    Yes.

13     Q    And did HQ's age at the time play any factor

14  in having his game being able to be played first each

15  day?

16     A    Yes.

17     Q    And what role did his age play in allowing

18  that to be accomplished?

19     A    Because I believe he was in T-ball.  T-ball

20  goes first, because those kids are younger, to get them

21  home earlier.

22     Q    So for scheduling it was manageable?

23     A    Yes.

24     Q    And for the number of participants it was

25  manageable?

```
 1        A    Yes.

 2        Q    Do you remember who HQ's coach was for his

 3   first T-ball season in the fall?

 4        A    Benjie Schwab, S-C-H-W-A-B.

 5        Q    Is Mr. Schwab still coaching in the league?

 6        A    Yes.

 7        Q    How many T-ball games were there in that first

 8   season?

 9        A    In between 10 and 13.  I don't remember

10   exactly.

11        Q    Was HQ a regular attendee at his own T-ball

12   games?

13        A    No.

14        Q    Why was he not a regular attendee at his own

15   team's T-ball games?

16        A    I don't know.

17        Q    Do you know if he showed up for all of his

18   games?

19        A    I only know because I asked Benjie.

20        Q    What did you learn from Benjie?

21        A    That of the first season that he played in the

22   fall of 2018 he showed up twice.

23        Q    Does having a kid registered and assigned for

24   a team not showing up for the majority of the games have

25   any effect on the team's ability to play?
```

```
 1        A     Yes.

 2                  MR. DIETZ:   Object to the form.

 3        Q     What does that do?

 4        A     If the team doesn't have enough players, they

 5  have to forfeit, and if there's -- that's the main thing

 6  is, they have to forfeit.

 7        Q     And when did Mr. Schwab tell you that HQ had

 8  only attended a couple of his 10 to 12 games?

 9        A     Recently.

10        Q     Did he indicate whether that had any adverse

11  effect on the team or the ability to manage the team?

12        A     I didn't ask.

13        Q     Having received an e-mail from the Quasha

14  parents through Mr. Saunders, you were aware of the

15  situation involving HQ --

16        A     Yes.

17        Q     -- during the fall season?

18        A     Yes.

19        Q     Did you make any personal effort to show up at

20  the games, meet the parents, oversee anything that was

21  going on with him in the fall season?

22                  MR. DIETZ:   Object to the form.

23        A     No.

24        Q     Did you even meet Doctor and Mrs. Quasha in

25  the fall season?
```

1          A     No.

2          Q     And were you aware of any adverse incidents or

3    problems that the parents had for the couple of games

4    that HQ did attend for that season?

5          A     I wasn't made aware of any.

6          Q     Did Doctor and Ms. Quasha seek to register HQ

7    for the spring season?

8          A     Yes.

9          Q     Did it come to your attention in conjunction

10   with registering HQ for the spring season that they were

11   having a request as a result of HQ's peanut allergies

12   for the spring?

13         A     Yes.

14         Q     What were they asking the YAA to do for them

15   in the spring?

16         A     Stop selling the peanuts and put him on

17   special teams.

18         Q     In other words, permit a team request?

19         A     Yes.

20         Q     So let's start with the team request, then we

21   will talk about the peanuts.  What was the team request?

22         A     They wanted him to be placed on certain teams

23   with his friends.

24         Q     And --

25         A     I think they said because they car-pooled

Seth Abrams
November 11, 2019                              42

 1   together.

 2        Q    Do you remember who the friend was?

 3        A    No, I think there was a couple of names

 4   listed, but I don't recall.

 5        Q    What was the Youth Athletic Association's

 6   response to the team request?

 7        A    "We don't take requests."

 8        Q    And the reason, I know we covered this a

 9   little earlier, but the reason you couldn't take the

10   team request from the Quashas for the spring was what?

11        A    We were too busy and too many people put in

12   requests and so we can't do it for one and not the

13   other.

14        Q    Was the request, as you understand it, made

15   for any type of medical or disability type reason or was

16   it for car-pooling?

17        A    They indicated that one of the parents was

18   medically trained.

19        Q    How were the Quashas advised that the team

20   request could not be fulfilled?

21        A    I don't remember.

22        Q    Whose decision was it, from an organizational

23   standpoint, to not permit the team request for HQ for

24   the spring baseball season?

25        A    I relayed the message, but the board

Seth Abrams
November 11, 2019                                    43

 1   ultimately decided.

 2        Q    The board of the Palm Beach Gardens Youth

 3   Athletic Association?

 4        A    The baseball division, yes.

 5        Q    Did the City of Palm Beach Gardens, meaning

 6   people like you, know who Stephen Stepp is?

 7        A    No.

 8        Q    Do you know who Daniel Prieto is?

 9        A    Yes.

10        Q    Lindsey Marsh?

11        A    Yes.

12        Q    Were any of the City of Palm Beach Gardens

13   employees consulted at all with regard to the decision

14   on whether to permit the team request for HQ?

15        A    No.

16        Q    Does the City of Palm Beach Gardens have

17   anything to do with fulfilling that type of request?

18        A    No.

19        Q    Is that strictly a Youth Athletic Association

20   decision?

21        A    Baseball division.

22        Q    Who was on the board that heard that -- that

23   ultimately made a decision on that?

24        A    Whoever was in attendance at that board

25   meeting.

1          Q    You don't recall?

2          A    To the best of my knowledge, everybody was

3     present.

4          Q    Are those the same individuals that are still

5     on the board?

6          A    Yes.

7          Q    So it's essentially the current baseball

8     division board?

9          A    Correct.

10         Q    Who does that consist of?

11         A    Myself as president, Seth Abrams; Kristen

12    Coleman is vice-president; Nick Ditamosso, treasurer;

13    Rebecca Blair as secretary; then we have Sean Saunders,

14    executive league director; Hal Venoff, IT director; John

15    Olea, travel director; Pat Moore as all star director.

16         Q    It's a lot more than I thought there would be.

17    I thought there were only three or four names.

18         A    No.  There's Wendy Vought, she is a member at

19    large; Amber, I don't know her last name, but she is a

20    member at large; Christina, I don't remember her last

21    name, Miller, I'm sorry, member at large.  How many is

22    that?

23         Q    I think you've done pretty well.  We can move

24    on.

25         A    Okay.

```
 1        Q     And did the issue about HQ's team request come
 2   before the board?
 3        A     Yes.
 4        Q     Was a vote taken?
 5        A     Yes.
 6        Q     Was it unanimous?
 7        A     It was unanimous.
 8        Q     That, "We're not going to allow team
 9   requests"?
10        A     Correct.
11        Q     Because if you allow it for one --
12        A     Then we would have to allow it for everybody.
13   And I don't vote as the president.  I only vote if there
14   is a tie.
15        Q     Do you know how the Quashas were informed that
16   the team request could not be honored?
17        A     I believe it was via Tony.
18        Q     And you mentioned also there was another
19   request to stop selling peanuts in the park?
20        A     Correct.
21        Q     How many fields are there at this park?
22        A     Eight.
23        Q     They wanted you to stop selling peanuts
24   throughout the entire park, all eight fields?
25        A     Yes.
```

Seth Abrams
November 11, 2019                              46

 1       Q    And did that request come before the board, as
 2   well?
 3       A    Yes.
 4       Q    And were there any notes or documents created
 5   in conjunction with putting that request before the
 6   board?
 7       A    I brought it up at the next board meeting and
 8   that also was unanimous.
 9       Q    So it was verbal?  You go before the board and
10   say, "A parent has requested we stop selling peanuts"?
11       A    It's under my president's report, yes.
12       Q    Did you give any comments to the board before
13   a vote on what your thoughts were on that request?
14       A    Yes.
15       Q    What were your thoughts on the request to
16   completely stop selling peanuts throughout eight fields
17   in the entire park?
18       A    I'm not going to make a rule that I can't
19   enforce.
20       Q    Why is it a rule that you thought you couldn't
21   enforce?
22       A    Because if someone brings in something from
23   the outside, I can't control it.
24       Q    Did the fact that peanuts generate funds for
25   the league play any role in your decision?

```
 1        A    We're a nonprofit.  Every dollar matters.

 2        Q    Do peanuts generate revenue?

 3        A    Yes.

 4        Q    Did revenue play a role in the decision?

 5        A    Kids' health comes before revenue, but we're

 6   nonprofit, we need every dime so we can scholarship kids

 7   and give kids opportunities that they wouldn't otherwise

 8   have.

 9        Q    Did you think even if you didn't sell peanuts

10   at the concession stands that would stop the

11   introduction of peanuts into the park?

12        A    No.

13        Q    Is that why you said it was a rule that you

14   couldn't enforce?

15        A    Yes.

16        Q    Have you had opportunities over the years to

17   see what the insides of these dugouts look like?

18        A    Yes.

19        Q    Are these dugouts like strewn with peanut

20   shells all over the place like a Roadhouse Grill?

21                  MR. DIETZ:  Objection to form.

22        A    No.

23        Q    Have you had a problem with loads of peanut

24   shells being strewn around the dugouts over the years?

25        A    Loads?  No.
```

Seth Abrams
November 11, 2019                                    48

```
 1        Q     Some peanut shells?

 2        A     Yes.

 3        Q     How is it that peanut shells can be removed

 4   from a dugout?

 5        A     Swept.

 6        Q     How long does it take to sweep out a dugout at

 7   Burns Road?

 8        A     A minute at most.

 9        Q     Could sweeping a dugout be accomplished by

10   city staff in the morning?

11        A     Yes.

12        Q     Has the city staff swept out the dugouts

13   consistently in the morning?

14        A     Yes.

15        Q     During the day, if a dugout needs an

16   additional sweeping, are there methods of having that

17   accomplished?

18        A     Yes.

19        Q     How can -- what time does the park open?

20        A     It's open in the morning, but we don't -- the

21   league doesn't go there generally until 4:00 or 5:00 in

22   the afternoon.

23        Q     If there is a 6:30 or 7:00 p.m. game and the

24   dugout needs to be swept, how can that be accomplished?

25        A     Many different ways.  There are brooms at the
```

1    field or we can call city staff to do it or we can do it

2    ourselves or a parent can do it.

3        Q    Have you seen coaches, parents and other Youth

4    Athletic Association volunteers grab a broom and sweep

5    out a dugout?

6        A    Yes.

7        Q    And it takes about --

8        A    A minute.

9        Q    How were Doctor and Ms. Quasha made aware that

10   their request to halt peanut sales in the park had also

11   been rejected?

12               MR. DIETZ:  Objection to form.

13       A    I believe Tony made them aware.

14       Q    Because there was an objection, did someone

15   make the Quashas aware of the decision with respect to

16   the request to stop selling peanuts at the park?

17               MR. DIETZ:  Objection to form.

18       A    Yes.

19       Q    And who was that person?

20       A    Tony Badala.

21       Q    For the spring season was it your

22   understanding that the City of Palm Beach Gardens would

23   continue sweeping out the dugouts first thing in the

24   morning every day?

25       A    Yes.

Seth Abrams
November 11, 2019                                      50

```
 1        Q    If a dugout needed to be swept midday, could
 2   you find a city person on staff and ask them to come do
 3   it, if you could locate them?
 4        A    Yes.
 5        Q    Is it quicker just to do it yourself then?
 6        A    Yes.
 7        Q    After the decision was made not to halt peanut
 8   sales at the park, did you wind up having interaction
 9   with Doctor and Mrs. Quasha about that decision?
10        A    Not to my knowledge.
11        Q    Was there a reason why the Youth Athletic
12   Association did not do the same thing for the spring
13   season as the fall with respect to the issue of
14   scheduling HQ's games first every day and not selling
15   peanuts during the first game of the day?
16        A    We were significantly busier.
17             MR. DIETZ:  I'm sorry, what did you say?
18             THE WITNESS:  We were significantly
19        busier.
20        Q    You mean with number of players?
21        A    Yes.
22        Q    Was it feasible to put that same plan in place
23   for the spring as you did in the fall where HQ's games
24   were first every day and no peanut sales until the end
25   of the first game?
```

```
 1          A    I couldn't promise that.

 2          Q    Why couldn't you promise that for the spring?

 3          A    Because of the number of participants.

 4          Q    Whose decision was it that peanuts would be

 5    sold during the baseball season in the spring?

 6          A    The baseball board.

 7          Q    Was there ever any time where Doctor or Mrs.

 8    Quasha were told that their son was not welcome into the

 9    league for the spring season?

10               MR. DIETZ:  Objection to form.

11          Q    To your knowledge?

12          A    Not to my knowledge, because he enrolled not

13    only in that fall of 2018, but he enrolled in spring

14    2019 and fall of 2019.

15          Q    Were you aware of any proposals made to Doctor

16    and Mrs. Quasha about HQ's games and practices being

17    held at the North Palm Beach facility?

18          A    Yes.

19          Q    And how did you become aware of that

20    situation?

21          A    I suggested to Tony that as a, to try to allow

22    him to play, we have a league with Jupiter and North

23    Palm, other municipalities, why don't we set the game up

24    at North Palm, it's close and there is no concession, so

25    this won't be an issue.
```

1      Q     And in doing that were you proposing to Doctor

2    and Mrs. Quasha that HQ would not be in the Palm Beach

3    Gardens Youth Athletic Association?

4                  MR. DIETZ:  Objection to form.

5      A     No.

6      Q     Even if that proposal went forward and came to

7    fruition, would he still be in the Palm Beach Gardens

8    Youth Athletic Association?

9      A     Yes.

10     Q     Was he being kicked to another league, to the

11   North Palm Beach league?

12     A     No, he was on a Palm Beach Gardens team, no

13   different than if I sent him to PGA National for

14   practice... the fields at PGA National.

15     Q     If his games and practices were, in fact,

16   played at North Palm Beach, would he have still been

17   with his same Palm Beach Gardens team?

18     A     Yes.

19     Q     With his same coach?

20     A     Yes.

21     Q     Same teammates?

22     A     Yes.

23     Q     And would his opponents have been Palm Beach

24   Gardens Youth Athletic Association opponents?

25     A     Eighty percent of the time.  We are in a

1  league, so twice a year they would play a North Palm

2  Beach team.

3      Q    Whether it's at Burns or at North Palm Beach?

4      A    Correct.

5      Q    So, as far as who would be on his team and who

6  his coaches would have been, it would have been no

7  different?

8      A    No different.

9      Q    And as far as who the opponents would have

10 been for that season, it would have been no different?

11     A    Correct.

12     Q    If Ms. Quasha understood that you were trying

13 to preclude her son from playing in Palm Beach Gardens

14 Youth Athletic Association, instead have him participate

15 in a completely different league, was that understanding

16 just simply in error on her part?

17     A    Yes.

18          MR. DIETZ:  Objection to form.

19     Q    Did you ever propose to Doctor or Mrs. Quasha

20 that her son play in any league other than the Palm

21 Beach Gardens Youth Athletic Association?

22     A    No, because North Palm Beach kept their kids

23 together.  Palm Beach Gardens kept their kids together.

24 The teams just played each other.

25     Q    So if HQ's games and practices for the --

1    we're talking about the spring of 2019?

2         A    Yes.

3         Q    If his games and practices had been held at

4    North Palm Beach, would there have been any difference

5    other than the location of the games and practices?

6         A    No, it's only because we run out of space

7    because we're so large in the spring.

8         Q    Does the Palm Beach Gardens Youth Athletic

9    Association or did it in the spring of 2019 have access

10   and use of the North Palm Beach facility?

11        A    Yes.

12        Q    How far away is the North Palm Beach facility

13   from the Burns Road?

14        A    I'll guess two or three miles.

15        Q    What was the motivation for proposing use of

16   the North Palm Beach facility for HQ's games and

17   practices in the spring of 2019?

18        A    So he wouldn't be subjected to the peanuts.

19        Q    Does North Palm Beach have concessions?

20        A    No.

21        Q    So if HQ's games and practices were held at

22   the North Palm Beach facility, would all of the parents,

23   kids, grandparents, spectators for HQ's games in that

24   season have been deprived of the use of the concessions?

25        A    Yes.

Seth Abrams
November 11, 2019                                   55

1     Q    If there are no concessions, what do they have

2  to do?

3     A    Bring their own stuff.

4     Q    Have there been occasions over your years

5  affiliated with the Palm Beach Gardens Youth Athletic

6  Association where you've made use of the North Palm

7  Beach facility that has no concessions?

8     A    Yes.

9     Q    And when you have games and practices there,

10  parents have to bring their own stuff?

11     A    Yes.

12     Q    Are parents generally aware that there is no

13  concession there?

14     A    Yes.

15     Q    So they know you have to bring your own snacks

16  because you can't buy them at the park?

17     A    Yes.

18     Q    Has that been a problem or issue with any of

19  the other parents, grandparents, brothers, sisters,

20  spectators when they have had to have games or practices

21  held at North Palm Beach?

22          MR. DIETZ:  Objection to form.

23     A    No.

24     Q    For how many years did your association have

25  use of the North Palm Beach facility?

Seth Abrams
November 11, 2019                                    56

1      A    Multiple seasons.  I don't know exactly how

2   many.  We've done it also with Jupiter and Delray and

3   other locations.  North Palm was the closest.  That's

4   why I suggested that one.

5      Q    Do you know how, if at all, the parents were

6   informed of this proposal to utilize the North Palm

7   Beach facility for the spring of 2019 baseball season?

8      A    Once I received the initial e-mail from Ms.

9   Quasha telling me I'm ignorant, it was turned over to

10  Tony and I was done.

11                  MR. ALEXANDER:  Mark this as Exhibit 1.

12                  (Defendant's Exhibit 1 marked for

13         Identification).

14     Q    I'm handing you Exhibit 1.  It's actually

15  page 2 of Exhibit 1.  I'll give you a moment for you and

16  your attorney to take a look at that.

17     A    Okay.

18     Q    Was that the e-mail you were referring to when

19  you were called ignorant?

20     A    Yes.

21     Q    Just going through this very quickly, it says

22  on the third line, "You said that maybe T-ball isn't the

23  sport for my son just because you serve peanuts."  Is

24  that what you said?

25     A    Not to my knowledge.

1        Q     What do you recall the conversation being with

2   Ms. Quasha that precipitated this e-mail?

3        A     That I can't -- she brought up the fact that

4   in soccer the kids are isolated.  I can't isolate kids

5   in baseball, because of the way the dugouts are set up,

6   like they can in soccer.  So I can't control outside

7   influences; therefore, I just can't stop kids from

8   running up to the dugout that just had peanuts, M&M's or

9   Snickers or popcorn.

10       Q     So in soccer the kids can be isolated a little

11  differently than baseball where they're herded into a

12  dugout?

13       A     Correct.

14       Q     Would you have the ability to preclude little

15  brothers and sisters who just had peanut butter and

16  jelly or Snickers or M&M's or even shell peanuts from

17  running up to the dugout?

18       A     No.

19       Q     Is what you can do, make the coach aware of

20  the situation, though?

21       A     That's all I can do.

22       Q     Are the coaches in or in the vicinity of the

23  dugout during the games and practices?

24       A     Half the time.

25       Q     Depending on whether they are at bat or in the

Seth Abrams
November 11, 2019                                      58

```
 1   field?
 2        A    Yes.
 3        Q    When they are at bat, where are the coaches?
 4        A    In the field.
 5        Q    Could the parents of the other kids on HQ's
 6   team also be made aware?
 7        A    Yes.
 8        Q    Is that something that's been done?
 9        A    Yes.
10        Q    You not only tell the coaches, but you tell
11   the parents, "No peanut snacks, no peanuts in the
12   dugout"?
13        A    Most of the time the team manager has a
14   meeting with the parents at the beginning of the season
15   and that's when they would announce it.
16        Q    In your experience in eight years with the
17   league, are parents typically respectful of the fact
18   that a child has a peanut allergy who is on the team?
19        A    Yes.
20        Q    Do you recall having any other interaction
21   with Mrs. Quasha after she sent the e-mail calling you
22   ignorant?
23        A    No.
24        Q    At that point you turned it over to Tony?
25        A    Yes.
```

1      Q    Did HQ register for the spring season, the one

2    that has about 550 kids?

3      A    Yes.

4      Q    Did he play?

5      A    No.

6      Q    Was his registration fee refunded, if you

7    know?

8      A    I don't know.

9      Q    And do you have any -- I don't want you to

10   guess or speculate, but do you have any personal

11   knowledge or information as to why he didn't play in the

12   spring?

13     A    No.

14     Q    Was he ever even assigned a team?

15     A    Yes.

16     Q    Did his team ultimately play all their games

17   and practices at North Palm Beach or did that no longer

18   become an issue when he didn't play?

19     A    They did, but, because we assigned him to a

20   team not knowing, we had to make exceptions because the

21   team ultimately didn't have enough players because

22   another kid didn't show up, so we had to go rearrange

23   other teams when kids don't show up.  We bought uniforms

24   and there were other expenses.

25     Q    I want to hand you, I have multiple copies of

1   the same letter, but I want to use the one with the

2   redactions, if at all possible.

3                MS. HANKINS:  The one that you gave me is

4        not redacted.

5                MR. ALEXANDER:  Okay.  I'll mark this as

6        the next exhibit.

7                (Defendant's Exhibit 2 marked for

8        Identification).

9        Q    I have marked as Exhibit 2 a correspondence to

10  Doctor and Ms. Quasha from Stephen Stepp.  You're not a

11  party to this correspondence, do you agree?

12       A    Correct.

13       Q    Did you ever see it before today?

14       A    No.

15       Q    I just wanted to go through a couple of the

16  representations made in there and see what information

17  you may have on that.  If you look at the second page,

18  number 5, you don't have to read it out loud into the

19  record because it's attached as an exhibit, but it

20  begins, "The city owns the subject baseball fields..."

21       A    Um-hum.

22       Q    Take a moment and read that section.

23       A    (Witness complies with counsel's request)

24            Okay.

25       Q    There is an indication that the city has

 1   operational control of North Palm Beach baseball

 2   facilities as part of interleague play.  Is that your

 3   understanding, as well --

 4                 MR. DIETZ:  Objection to form.

 5   Q    -- for that time period?

 6   A    We have the rights to the fields.  We don't

 7   have control.

 8   Q    You have the rights to use them?

 9   A    Correct.

10   Q    Okay.  Take a look at number 10 that says, "On

11   January 16, 2019."

12   A    Um-hum.

13   Q    You see in there it indicates that PBGYA would

14   not make the same accommodations for the spring T-ball

15   league that it had previously made in the fall.  Was

16   that your understanding, as well?

17   A    Yes.

18   Q    And was that a decision made exclusively by

19   the Palm Beach Gardens Youth Athletic Association?

20   A    Baseball division.

21   Q    Baseball division.

22   A    Yes.

23   Q    Take a look at number 12 where it says,

24   "Reasonable accommodation offered by PBGYA for HQ for

25   the spring."

Seth Abrams
November 11, 2019                                              62

```
 1        A    Okay.
 2        Q    D refers to a legal issue so I won't ask about
 3   that, but is it your understanding that the PBGYA
 4   offered to schedule all of HQ's team's games at North
 5   Palm Beach, as that site does not have concessions?
 6        A    Yes.
 7        Q    Do you agree with that statement that that
 8   provided the highest degree of safety for HQ?
 9        A    Yes.
10        Q    Do you agree that that location is also
11   located off Burns Road, a little over a mile away?
12        A    The North Palm Beach fields?
13        Q    Yes.
14        A    They are not on Burns Road.
15        Q    Off Burns Road?
16        A    Off Burns Road, yes.
17        Q    All right.  And 12-B says, "Due to the number
18   of children participating in the spring T-ball league,
19   it was not simply possible to schedule all of HQ's games
20   for first play of the day at the city's baseball
21   facility."  Was that your understanding?
22        A    Yes.
23        Q    And the scheduling, is the scheduling done
24   exclusively by the Youth Athletic Association?
25        A    Baseball division.
```

Seth Abrams
November 11, 2019                                          63

```
 1        Q     Was it your understanding that the dugouts
 2   would continue to be swept prior to first use each day?
 3        A     Yes.
 4        Q     And just to sum it up, essentially after you
 5   got the e-mail, the ignorant e-mail that we marked as
 6   Exhibit 1, you turned it over to Tony?
 7        A     Correct.
 8        Q     So you didn't have any more dealings directly
 9   with the Quashas after that?
10        A     That's correct.
11        Q     And for the current season is HQ registered?
12        A     Yes.
13        Q     Is he playing?
14        A     No.
15        Q     Have you had any discussions with his coaches
16   as to why he's not playing?
17        A     They didn't know why.
18        Q     Who would have been his coach if he had played
19   this year?
20        A     This most recent season?
21        Q     Yes.
22        A     Vega is the last name, V-E-G-A.
23        Q     Do you know his first name?
24        A     No, not off the top of my head.
25        Q     Prior to learning that HQ was not actually
```

Seth Abrams
November 11, 2019                                64

1  showing up and participating, did you discuss with Coach

2  Vega that you have a kid on your team with a peanut

3  allergy?

4       A    I didn't even know he signed up.

5       Q    Do you know if anyone from the Youth Athletic

6  Association addressed the issue with Coach Vega?  Do you

7  know sitting here today?

8       A    I don't know.

9       Q    When did you find out HQ had signed up for the

10  current season, the season that's going on now?

11       A    Just the beginning of the season.

12       Q    How did you find out he had signed up?

13       A    Tony asked me to verify it.

14       Q    Did you have any conversations with Daniel

15  Prieto about it, that you can recall?

16       A    No.

17            MR. ALEXANDER:  I don't have any other

18       questions.  Mr. Dietz may have some questions for

19       you.  Thank-you for your time.

20                      CROSS EXAMINATION

21  BY MR. DIETZ:

22       Q    I'm Matthew Dietz and I represent Jennifer

23  Quasha for her son, HQ.  How many different leagues does

24  the baseball division manage?

25       A    Five.

Seth Abrams
November 11, 2019                                        65

1        Q     What are those leagues?

2        A     T-ball, rookie, minor, major, senior.

3        Q     When you said there were 300 in the fall and

4    550 in the spring, what league were you referring to?

5        A     Combined, all of them.

6        Q     Combined.  So how many are in the T-ball

7    league?

8        A     I don't know off the top of my head.

9        Q     Do the T-ball league and rookie leagues play

10   on the same day?

11       A     They can.

12       Q     But do they?

13       A     On a regular basis, no.

14       Q     The rookie leagues are also the first game

15   that's played on the field during the particular day,

16   isn't that true?

17       A     Yes.

18       Q     Do you know how many more people are on the

19   spring rookie league versus the fall rookie league?

20       A     No.

21       Q     Do you know how many people are on the spring

22   T-ball league as compared to the fall T-ball league?

23       A     No.

24       Q     What entity do you have an arrangement with

25   for interleague play in North Palm Beach?

Seth Abrams
November 11, 2019                              66

1       A    It's North Palm Beach Little League, I think
2   is the name.  I don't know what their exact title is.
3       Q    Does the PBGYAA have a contract with the North
4   Palm Beach Little League?
5       A    No.
6       Q    What are the terms of the agreement?
7              MS. HANKINS:  He said "No."
8              MR. DIETZ:  I'm not asking --
9       Q    Is there any agreement, verbal agreement,
10  between the PBGYA and the North Palm Beach Little
11  League?
12             MS. HANKINS:  Objection to form.
13      A    Yes.
14      Q    What are the terms of that agreement?
15      A    That we'll include their kids, because they
16  didn't have enough teams, we would let their kids play
17  with our kids, not mix matching all the kids, but their
18  North Palm Beach team versus Palm Beach Gardens team.
19      Q    So the Palm Beach Gardens kids play the North
20  Palm Beach children?
21      A    Correct.
22      Q    And where do they play?
23      A    It varies.
24      Q    Do you know where the North Palm Beach Little
25  League practices?

```
 1        A     At North Palm Beach.
 2        Q     In the spring which rookie league team played
 3   in the North Palm Beach fields?
 4        A     I don't remember.
 5        Q     Where would that information be kept?
 6        A     I don't know if we keep it.
 7        Q     Are there team schedules for where the teams
 8   play?
 9        A     At that time -- at the time that we play, yes.
10        Q     And those schedules are on the Blue Sombrero
11   site?
12        A     They are not -- I don't believe... I don't
13   know.
14        Q     But every coach gets a schedule of where the
15   games are played, correct?
16        A     Correct.
17        Q     All of the rookie games are played at Burns
18   Road, isn't that correct?
19        A     I believe they were.
20              MR. DIETZ:  I'll mark this as Plaintiff's
21        Exhibit 1.
22              (Plaintiff's Exhibit 1 marked for
23        Identification).
24        Q     Do you recognize Plaintiff's Exhibit 1?
25        A     No.
```

```
1        Q    Have you ever seen the website for the Palm
2   PBGYAA?
3        A    Yes.
4        Q    And this is the field locations from the
5   website of the Palm Beach Gardens Youth Athletic
6   Association?
7                  MS. HANKINS:  Objection.
8        A    No.
9        Q    Have you seen this website?
10       A    No.
11       Q    Do you know if the PBGYAA ever holds itself
12  out for having its games at North Palm, Jupiter or
13  Delray?
14                 MR. ALEXANDER:  Objection to form.
15       A    What do you mean by that?
16       Q    Do they publish it anywhere that the games are
17  held at North Palm, Jupiter or Delray?
18                 MS. HANKINS:  Objection to form.
19                 MR. ALEXANDER:  Join.
20       A    I don't know if it's published anywhere, but
21  the parents are made aware of it.
22       Q    Is the North Palm Beach league a T-ball
23  league?
24       A    Yes.
25       Q    Is it a rookie league?
```

1       A     I don't know.

2       Q     Who did you have the discussions with, with

3   regards to the accommodation being the interleague play?

4       A     I don't handle that, so I don't know who has

5   that discussion.

6       Q     Who did you have discussions with?  You

7   testified in your deposition that it was your idea and

8   you thought of interleague play because there would be

9   no concession stand there; is that correct?

10      A     That's correct.

11      Q     Who did you have these discussions with?

12      A     Duke Thrush.

13      Q     Who is Duke Thrush?

14      A     He runs the North Palm Beach league.  I don't

15  know his exact title.

16      Q     Who did you have conversations with, with

17  regards to the city and the option of HQ playing in the

18  North Palm Beach fields?

19      A     I suggested it to Tony and I didn't discuss it

20  with anyone else.

21      Q     Would a whole team from Palm Beach Gardens be

22  transferred to the North Palm Beach facility?

23      A     Yes.

24      Q     So every child on that team would be moved

25  from the Gardens park facility and would have all their

Seth Abrams
November 11, 2019                                    70

1    practices in North Palm Beach; is that correct?

2         A    If there was availability, yes.

3         Q    How would you determine if there was

4    availability?

5         A    We would set it up that way.

6         Q    Did you send any e-mails to Duke Thrush about

7    this idea?

8         A    No.

9         Q    Did you send any e-mails to Tony Badala about

10   this idea?

11        A    No.

12        Q    Did you have any discussions with Daniel

13   Prieto about this?

14        A    Not to my knowledge.

15        Q    Who is Daniel Prieto?

16        A    I don't know his title, but he is one of the

17   directors or managers at the City of Palm Beach Gardens.

18        Q    What interactions did you have with him with

19   regards to your role at the PBGYAA?

20        A    Not much anymore.  We deal mostly with Lindsey

21   on the day-to-day operations, Lindsey Marsh.

22        Q    What interactions do you have with Ms. Marsh?

23        A    I speak to her almost on a daily basis.

24        Q    What do you speak to her about?

25        A    Anything from "The lights aren't on" to

Seth Abrams
November 11, 2019                         71

```
 1   day-to-day operations of the field.
 2        Q    Does she reserve fields for you, for the
 3   PBGYAA?
 4        A    We have a standing schedule that we have the
 5   fields unless otherwise spoken.
 6        Q    Do you serve alcohol at the concession stands?
 7        A    No.
 8        Q    Are you permitted to?
 9        A    No.
10        Q    What do you mean, you're not permitted to?
11        A    We don't sell alcohol.  I don't know whether
12   we're permitted or not permitted.
13        Q    What does the Palm Beach Gardens -- I'll ask
14   you what does the PBGYAA do to prevent parents or others
15   from bringing alcohol onto the fields?
16             MS. HANKINS:  Objection to form.
17        A    There are signs up that tell them not to.
18        Q    Where are the signs?  Do you recall?
19        A    I don't recall.
20        Q    Do you put up those signs or does the city put
21   up those signs?
22        A    The city.
23        Q    At the North Palm Beach facility, what would
24   prevent parents who are spectators from bringing in
25   their own peanuts?
```

1      A    Nothing.

2      Q    Would that be the same issue in the Palm Beach

3   Gardens facility?

4               MR. ALEXANDER:  Objection to form, vague.

5      A    I don't understand your question.

6      Q    Sure.  Is there anything more or less that

7   would prevent parents from bringing in their own peanut

8   butter or nut products into the Burns Road facility as

9   they could in the North Palm Beach facility?

10     A    What do you mean, "more or less"?

11     Q    Would it be the same thing, a parent could

12  bring in a peanut sandwich to North Palm Beach and they

13  could bring a peanut sandwich to Burns Road, correct?

14     A    Correct.

15     Q    How much does the PBGYAA pay to rent out the

16  concession area?

17              MR. ALEXANDER:  Objection to form.

18              MS. HANKINS:  Objection to form.

19              MR. ALEXANDER:  Predicate.

20     A    I'm not aware.

21     Q    Do you know if the Palm Beach Gardens Youth

22  Athletic Association pays anything to rent out the

23  concession stands?

24     A    I'm not aware.

25     Q    You're not aware if they do or they don't?

Seth Abrams
November 11, 2019                                73

```
 1        A    Correct.

 2        Q    Or you're not aware if they do?

 3        A    I'm not aware if they do or don't.

 4        Q    Who would know that?

 5        A    Tony Badala.

 6        Q    The fees you testified in the beginning were

 7   $130.  What were the fees for?

 8        A    Registration.

 9        Q    That's the same fee notwithstanding which of

10   the five leagues a child is registered with?

11        A    As long as they are a resident of Palm Beach

12   Gardens and signed up on time, yes.

13        Q    And how much is the non-resident fee?

14        A    It adds on an additional $55.

15        Q    You collect that money and give it to the

16   city?

17        A    Yes.

18        Q    What is the ADA policy, if any, at the PBGYAA?

19             MS. HANKINS:  Object to form.

20        A    I'm not aware.

21        Q    Have you ever received any training with

22   regards to accommodating players that had disabilities?

23        A    No.

24        Q    Is there any policy of what to do if a request

25   for accommodation is made?
```

```
 1              MS. HANKINS:  Objection to form.

 2       A    I would notify Tony.

 3       Q    How many, in your experience -- well, you said

 4  that you were involved in league play for eight years

 5  and you were head of the baseball division of the PBGYAA

 6  for three years.  Did you have any position prior to

 7  being president of the baseball division of the PGYAA?

 8       A    The PBGYA is the parent.  Of baseball, yes.

 9  And baseball, I was a former vice-president.  Before

10  that I was the executive league director and before that

11  I was the equipment manager.

12       Q    And when did you start becoming involved

13  within the services in the PBGYAA?

14       A    Well, the first year I was there I was the

15  manager.

16       Q    Now, since you have been there how many

17  children have you been involved with that had a peanut

18  allergy?

19       A    I think, as I said, two or three maybe.  And

20  that's why I feel that North Palm was a good answer,

21  because there's a fewer amount of kids there, so we

22  could control it better or they could control it better.

23       Q    How would it be controlled?

24              MS. HANKINS:  Object to form.

25       A    Less children to put HQ at risk.
```

1    Q    Now, let's turn to Defendant's Exhibit 2,

2   page 2, paragraph 7.  Let's start with the first one.

3   "As part of the standard maintenance conducted by city

4   parks crew, the dugouts were swept each day prior to the

5   first use of the day."  You see that, correct?

6    A    Yes.

7    Q    You testified that you can call up the city

8   for maintenance at any time during the day; is that

9   correct?

10    A    Yes.

11    Q    How is that done?

12    A    Just like you said, with a phone call.

13    Q    Would you speak to Lindsey Marsh?

14    A    Not necessarily.

15    Q    Who else would you speak to in the city with

16   regards to doing additional maintenance?

17    A    Whoever is working that evening on the parks

18   and rec line.

19    Q    And do you have to do it or is any person

20   involved with PBGYAA, could they do it?

21    A    Are you speaking specifically about the

22   baseball division?

23    Q    Correct.

24    A    For the most part, it comes from me.

25    Q    Would it cost the PBGYAA anything to call up

1    and request the dugouts to be swept out during the

2    middle of the day?

3         A    (Shrugs).

4         Q    Would they charge you, is what I'm asking.

5         A    No.

6         Q    Let's go to B, "PBGYA scheduled all of HQ's

7    fall T-ball games as the first game every game day."

8    It's true, isn't it, that the rookie games are the first

9    game of every game day too; isn't that correct?

10        A    Unless there is a makeup or something.

11        Q    Now, how are the locations of the teams

12   decided, which team plays on which field?

13        A    By the age and size of the field.

14        Q    Now, with regards to the rookie team, how many

15   rookie teams were there in the spring of this year?

16        A    I don't recall.

17        Q    Approximately?

18        A    Ten to twelve.

19        Q    How many fields are there in the Gardens park?

20        A    There are eight fields.

21        Q    So how do you determine which rookie team goes

22   on which field?

23        A    We only have four fields that are rookie size.

24        Q    How do you determine which rookie team goes on

25   which of the four fields?

```
 1        A    It's random.

 2        Q    Could one rookie team be assigned to the same

 3   field for each practice game -- excuse me.  Can one

 4   rookie team be assigned to the same field for each game

 5   of the season, whether practice or play?

 6        A    Not necessarily.

 7        Q    Because it's random?

 8        A    No.

 9        Q    Why?

10        A    Because it depends on what is following it or

11   if anything happened before.

12        Q    Number 9 of this letter says, "The fall T-ball

13   league has significantly fewer participants than the

14   spring T-ball league."  Do you know how many more

15   participants the fall T-ball league has from the spring

16   T-ball league?

17             MR. ALEXANDER:  Objection, asked and

18        answered.

19        A    I gave you the total numbers.  I don't know

20   how -- I don't recall how it breaks down, but if it goes

21   with the numbers, it's close to double.

22        Q    Does the rookie league in the T-ball league

23   have a travel team?

24        A    Yes.  I don't believe T-ball has a travel.

25   The rookie has a travel.
```

Seth Abrams
November 11, 2019                                    78

```
 1        Q    Now, with regards to, you previously testified

 2   that the spring league always has more people because

 3   the travel teams are required to do spring; is that

 4   correct?

 5             MS. HANKINS:  Object to form.

 6        A    Yes, amongst other reasons.

 7        Q    Why would the spring T-ball league be twice

 8   the size of the fall T-ball league?

 9        A    Because kids want to play other sports at that

10   time of year.

11        Q    In number 7, do you know who suggested the

12   resolution of the scheduling fall T-ball games as the

13   first game and delaying sale of peanuts until the end of

14   the first game; do you know who suggested that result?

15        A    No.

16        Q    Other than recommending that HQ play in North

17   Palm Beach, were there any other attempts to find a

18   resolution to HQ's accommodation request?

19             MS. HANKINS:  Objection to form.

20             MR. ALEXANDER:  Join.

21        A    To the best of my knowledge, there were.

22        Q    What were the other ones?

23        A    I believe they were -- besides sweeping out

24   the dugout, buying an EpiPen, training the coach with an

25   EpiPen and playing his game first.
```

Seth Abrams
November 11, 2019                                    79

```
1         Q    It's your understanding that he was offered
2    that he play his game first?
3         A    In the fall when we could accommodate.
4         Q    But not in the spring?
5         A    Correct, because we couldn't accommodate it.
6         Q    What efforts were made to accommodate?
7              MS. HANKINS:  Objection, asked and
8         answered.
9         A    I don't remember.
10        Q    With regard to the request that Doctor and Ms.
11   Quasha made to have HQ on a certain team, you understood
12   that to be because of HQ's disability, correct?
13        A    No.
14        Q    What is your understanding of why the request
15   was made for HQ to be placed on a certain team?
16        A    The medical reason is part of it but the other
17   part was car pool.
18             MR. DIETZ:  Mark this as Plaintiff's 2.
19             (Plaintiff's Exhibit 2 marked for
20        Identification).
21        Q    I've handed you what is marked as Plaintiff's
22   Exhibit 2.  Have you ever seen this e-mail before?
23        A    Just the other day.
24        Q    When you brought up the accommodation with
25   regards to HQ being -- requesting the accommodation for
```

Seth Abrams
November 11, 2019                              80

1   the peanuts on the field and this accommodation, you

2   brought them up to the Board of Directors of the PBGYAA

3   baseball, correct?

4        A    Yes.

5        Q    Is that reflected in the minutes?

6        A    Yes.

7        Q    Do you maintain the minutes?

8        A    Yes.

9        Q    What else is in the minutes with regard to

10  both of these decisions that were made?

11       A    I don't recall what exactly -- what else we

12  discussed at that meeting.

13       Q    In that meeting did you say that the reason --

14  one of the reasons why they wanted this was because of

15  HQ's allergies?

16                 MR. ALEXANDER:  Objection.

17                 MS. HANKINS:  Join.

18       A    I don't remember.

19       Q    Other than not wanting to set a precedent in

20  allowing a parent to pick a team, were there any other

21  reasons why this request was denied?

22       A    Can you repeat the question?

23       Q    Other than not wanting to set a precedent as

24  to allowing a parent to suggest and pick a team, can you

25  tell me any other reasons why this request was denied?

```
 1              MS. HANKINS:  Objection to form.
 2       A    It's something that we can't control.
 3       Q    What is something that you can't control?
 4       A    Who brings in peanuts and who doesn't bring in
 5  peanuts.
 6       Q    Let me rephrase the question.  In looking at
 7  Plaintiff's 2, which is the e-mail dated January 15,
 8  2019, this is a request that was made to placing HQ on a
 9  certain team.  I'm sorry, this was a request made to
10  place HQ with another boy, to be placed on a team.  Is
11  there a reason, other than not wanting to set a
12  precedent, that this request was denied?
13              MS. HANKINS:  Objection to form.
14       A    No.
15       Q    Have you had any conversations with Daniel
16  Prieto with regards to the Quashas?
17       A    I don't remember.
18       Q    Did you have a conversation with Dr. Quasha?
19       A    I don't remember.
20       Q    Did you have a conversation with Ms. Quasha?
21       A    Yes.
22       Q    And was this prior to the e-mail of September
23  26, 2018?
24       A    I don't remember.
25       Q    Do you recall what your conversation was with
```

Seth Abrams
November 11, 2019                                82

1    Ms. Quasha?

2         A    I remember we had a conversation and I said

3    that -- I don't remember exactly other than what she's

4    alleging in this e-mail.

5                   MR. DIETZ:  Mark this as Plaintiff's 3.

6                   (Plaintiff's Exhibit 3 marked for

7         Identification).

8         Q    Who is Sean Saunders?

9         A    Currently the executive league director.

10        Q    And Mr. Saunders sent this e-mail to you,

11   correct?

12        A    Yes.

13        Q    On the first page it says, "Just so you know,

14   this guy is back."  Do you see that?

15        A    Yes.

16        Q    What conversations have you had with Sean

17   Saunders with regard to the Quashas?

18        A    That we made accommodations in the fall and we

19   are unable to make them in the spring.

20        Q    On the second page of this it has a request

21   made by Dr. Quasha, correct?

22        A    Yes.

23        Q    After you received this e-mail from Mr.

24   Saunders, what did you do?

25        A    I sent it to the accounting office.

Seth Abrams
November 11, 2019                                      83

1        Q     Why did you send it to the accounting office?

2        A     Just so we had a record of it.

3        Q     Did you speak to Mr. Badala about this e-mail

4    after you received it?

5        A     According to the document, no, or according to

6    Exhibit, Plaintiff's 3, no.

7        Q     How soon after receiving this did you speak

8    with the board of the PBGYAA baseball to consider these

9    accommodation requests?

10             MS. HANKINS:   Object to form.

11        A     It would be in our minutes.  I don't know off

12    the top of my head.

13        Q     Was there ever any inquiry done as to the

14    nature or extent of HQ's allergy?

15             MS. HANKINS:   Objection to form.

16        A     Not to my knowledge.

17        Q     Does the PBGYAA baseball do any evaluation of

18    the health of their participants?

19        A     No.

20        Q     Is there a new indoor training facility being

21    built --

22        A     There is a new building being built, yes.

23        Q     The PBGYAA is going to have an office in that

24    facility, correct?

25        A     Not to my knowledge.

Seth Abrams
November 11, 2019                                           84

1      Q    Have you seen the contract between PBGYAA and

2   the city?

3      A    Maybe, not to my -- I don't recall it off the

4   top of my head.

5                  (Pause in the proceedings).

6                  MR. DIETZ:  I have no further questions.

7                  MS. HANKINS:  I --

8                  THE WITNESS:  Can we have a minute?

9                  MS. HANKINS:  Sure.

10                  (Pause in the proceedings).

11                  CROSS EXAMINATION

12   BY MS. HANKINS:

13      Q    Good morning.  I'm going to put my chair down

14   and we will start.  I represent the Palm Beach Gardens

15   Youth Athletic Association.  You and I have met?

16      A    Yes.

17      Q    And what is your role with the association?

18      A    I'm the president of the baseball division.

19      Q    Do you attend the baseball division board

20   meetings?

21      A    Yes.

22      Q    Have the Quashas ever come to a board meeting

23   to request an accommodation for their son?

24      A    No.

25      Q    Have the Quashas ever volunteered at the Palm

Seth Abrams
November 11, 2019                                    85

```
 1   Beach Gardens Youth Athletic Association even with
 2   respect to their own children's games?
 3        A    No.
 4        Q    Did Mrs. Quasha say, "My son has a peanut
 5   allergy, can you just give me a broom, and I'll sweep
 6   out the dugout"?
 7        A    No.
 8        Q    Did she ever say, "Give me a broom, I have a
 9   girlfriend who's bringing my son, she can sweep out the
10   dugout"?
11        A    No.
12        Q    And you said you haven't seen a contract with
13   the Palm Beach Gardens Youth Athletic Association and
14   the city, correct?
15        A    Correct.
16        Q    So your testimony earlier when you said there
17   must be a contract, was that a speculation when you said
18   there must be something in writing?
19        A    It was.
20        Q    You gave some testimony about things that
21   happened in January, and I'm referring you to
22   Plaintiff's Exhibit Number 3.  Those are e-mails dated
23   in January, correct?
24        A    Yes.
25        Q    I believe your testimony was when Mrs. Quasha
```

1    called you an idiot that you stepped out of trying to

2    provide her son with an accommodation, you left it to

3    Mr. Badala?

4         A    That's correct.

5         Q    So, as of January 2019 were you actively

6    involved in whatever the Palm Beach Gardens Youth

7    Athletic Association was doing to try to provide

8    accommodations?

9         A    No.

10        Q    Were you privy to what accommodations were

11   explored with the Quashas?

12        A    No, I was specifically told, "I'll handle it

13   from here," by Tony.

14        Q    What is Mr. Badala's position?

15        A    He is president of the whole PGYAA.

16        Q    Do you attend the whole PGYAA board meetings?

17        A    As often as possible.

18        Q    Were you ever at a board meeting where either

19   of the Quashas showed up?

20        A    No.

21        Q    Were you ever at a board meeting where either

22   of the Quashas came in and said, "We need to have an

23   accommodation for our son who has a peanut allergy"?

24        A    No.

25        Q    I'll show you what was previously marked as

Seth Abrams
November 11, 2019                                    87

1    Defendant's Exhibit 1 and I'll refer you down to the

2    bottom where Mrs. Quasha is e-mailing about her son's

3    capacity.  What does it say about the nature of the

4    allergy?

5         A    It's a deadly allergy.

6         Q    Were you told what type of exposure would

7    cause HQ to go into anaphylactic shock?

8         A    Yes.

9         Q    By whom?

10        A    By Mrs. Quasha.

11        Q    What did Mrs. Quasha tell you?

12        A    That if he touches a ball that someone that

13   has eaten peanuts, he would go into anaphylactic shock.

14        Q    And did you trust her?

15        A    I had no reason not to.

16        Q    Did you make any inquiry and say, "That can't

17   be true, we need to have a forensic or medical

18   evaluation of the child to make sure that he can play"?

19        A    No.

20        Q    You just believed the mom?

21        A    Yes.

22        Q    Because of those representations by Ms.

23   Quasha, did that give you some concern about the health

24   and safety of this child?

25        A    Absolutely.

1      Q    What was the basis of that concern?

2      A    Because I can't control what other people

3  bring in; therefore, I can't stop someone else from her

4  child having a problem on someone else's account.

5      Q    And would that concern you?

6      A    Absolutely.

7      Q    Why?

8      A    Well, number one, my niece has allergies to

9  peanuts or had them.  I have been in the medical

10 industry for years and I know how serious it can be.

11     Q    And Mrs. Quasha insinuates that you don't give

12 a darn about disabled children and you were unwilling to

13 talk to her about her child; do you see that?

14     A    I do.

15     Q    How did you respond to that e-mail?

16     A    I didn't, because once someone -- Mrs. Quasha

17 doesn't know me.  I've run -- I have been involved in

18 the PBGYAA for years.  Even as of this past February I

19 ran a charity for disabled children and I had special

20 arrangements made so they could play baseball on the

21 fields in their wheelchairs.

22     Q    And you as the president of the PBGYAA

23 baseball board, if there was a reasonable accommodation

24 that you could have provided so that this child could

25 play baseball, was it something that you were willing to

Seth Abrams
November 11, 2019                              89

 1   do?

 2        A     Yes.

 3              MR. DIETZ:  Objection to form.

 4        Q     Were you willing to talk to Mrs. Quasha and

 5   Dr. Quasha about any potential accommodation that could

 6   be made available to their son so that he could play?

 7              MR. DIETZ:  Objection to form.

 8        A     Yes.

 9        Q     If she had told you, "The only issue is if my

10   son eats something with peanuts," would it have been a

11   different response?

12              MR. DIETZ:  Objection to form.

13        A     Yes.

14        Q     Why is that?

15        A     Because then we could control that, but this

16   wasn't that case.  This was if he touched it.

17        Q     Did she also tell you that if it's in the air

18   around him, like there's peanut shells on the ground, he

19   could go into anaphylactic shock?

20        A     That I don't remember, but she also mentioned

21   other things that I can't control.  She said he was

22   allergic to eggs, he was allergic to -- I don't remember

23   everything, but there was other things on the list.

24        Q     Now, with respect to Plaintiff's Exhibit

25   Number 2, let me hand it to you, is that an e-mail that

1    you've ever seen before?

2         A    No.

3         Q    Anything about the dialogue there that you

4    were responsible for?

5         A    No.

6         Q    Did you have any communications telling

7    anybody how to respond to any of those e-mails?

8         A    No.

9         Q    Were you privy to any of those communications

10   at the time that the e-mails were sent?

11        A    No.

12        Q    Have you seen it before today, other than in

13   the context of this litigation?

14        A    No.

15             MS. HANKINS:  No further questions.

16             MR. ALEXANDER:  Unless there is anything

17        that --

18             MS. HANKINS:  He'll read.

19             THE COURT REPORTER:  May he read your

20        copy?

21             MS. HANKINS:  Yes.

22             THE COURT REPORTER:  Copy?

23             MR. DIETZ:  Copy.

24             MR. ALEXANDER:  I'm ordering.

25             MS. HANKINS:  I don't need a copy.

Seth Abrams
November 11, 2019                                    91

1              (Discussion off the record).

2              (The deposition was concluded at 11:45

3    o'clock, a.m.)

4              (Reading and signing of the deposition

5    was not waived by the witness and all parties.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                          CERTIFICATE OF OATH

2
     STATE OF FLORIDA          )
3    COUNTY OF PALM BEACH      )

4

5              I, TERRI BECKER, Certified Shorthand Reporter,

6    Notary Public, State of Florida, certify that SETH

7    ABRAMS personally appeared before me on November 11,

8    2019 and was duly sworn.

9              Signed this 12th day of November, 2019.

10

11

12              _____
                Terri Becker, CSR
13              Certified Shorthand Reporter
                Notary Public, State of Florida
14              Commission No.:  FF177109
                Expires:  March 13, 2023
15

16

17

18

19

20

21

22

23

24

25
```

Seth Abrams
November 11, 2019                                    93

```
1                    CERTIFICATE OF REPORTER

2
     STATE OF FLORIDA        )
3    COUNTY OF PALM BEACH    )

4

5            I, TERRI BECKER, Certified Shorthand Reporter,

6    do hereby certify that I was authorized to and did

7    stenographically report the Deposition of SETH ABRAMS,

8    pages 1 through 96; that a review of the transcript was

9    requested; and that the transcript is a true record of

10   my stenographic notes.

11           I further certify that I am not a relative,

12   employee, attorney, or counsel of any of the parties,

13   nor am I a relative or employee of any of the parties'

14   attorneys or counsel connected with the action, nor am I

15   financially interested in the action.

16           Dated this 12th day of November, 2019.

17

18

19                 _____

                   Terri Becker, CSR
20                 Certified Shorthand Reporter

21

22

23

24

25
```

```
 1                WITNESS NOTIFICATION LETTER

 2

 3   November 12, 2019

 4

 5   Seth Abrams
     c/o Scott Alexander, Esq.

 6   2455 E. Sunrise Blvd.
     Fort Lauderdale, Florida 33304

 7

 8   In Re:  Jennifer Quasha, etc. vs. City of Palm Beach
     Gardens, Florida

 9

10   Deposition Taken on November 11, 2019
     U.S. Legal Support Job No. 2008895

11

12         The transcript of the above-referenced proceeding
     has been prepared and is being provided to your office
13   for review by the witness.

14         We respectfully request that the witness complete
     their review within 30 days and return the errata sheet
15   to our office at the below address or via email to:
     Southeastproduction@uslegalsupport.com.

16                      Sincerely,

17

18                      Terri Becker, CSR
                        U.S. Legal Support, Inc.
19                      700 East Dania Beach Boulevard
                        First Floor
20                      Dania Beach, Florida 33004
                        (561)835-0220
21

22   cc via transcript:
23   Matthew Dietz, Esq.

24

25
```

```
 1                         ERRATA SHEET

 2               DO NOT WRITE ON THE TRANSCRIPT

 3                 ENTER CHANGES ON THIS PAGE

 4

 5   In Re:  Jennifer Quasha, etc. vs. City of Palm Beach
     Gardens, Florida
 6

 7   Deposition of Seth Abrams
     Taken on November 11, 2019
 8   U.S. Legal Support Job No. 2008895

 9
     Page No.  Line No.  Change      Reason
10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____
     _____
```

Seth Abrams
November 11, 2019                                          96

1    _____

2    _____

3    _____

4    _____

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20

21         Under penalties of perjury, I declare that I have
     read the foregoing document and that the facts stated in
22   it are true.

23

                    _____
24                  Date           Seth Abrams

25

## $

**$130**  12:7
  73:7
**$250**  19:13
**$55**  73:14

## 1

**1**  56:11,12,
  14,15 63:6
  67:21,22,24
  87:1
**10**  39:9 40:8
  61:10
**11:45**  91:2
**12**  5:10 6:19
  40:8 61:23
**12-B**  62:17
**12-year**  7:15
**13**  6:19 39:9
**15**  81:7
**16**  9:5 61:11
**1975**  5:10

## 2

**2**  56:15 60:7,
  9 75:1,2
  79:18,19,22
  81:7 89:25
**20**  7:11 8:18,
  25
**2018**  39:22
  51:13 81:23
**2019**  51:14
  54:1,9,17
  56:7 61:11
  81:8 86:5
**21**  5:19
**25**  8:18,25
**26**  81:23

## 3

**3**  82:5,6 83:6
  85:22
**300**  23:17
  37:21 38:11
  65:3
**303**  5:12
**33458**  5:12

## 4

**4:00**  48:21

## 5

**5**  60:18
**550**  23:18
  59:2 65:4
**5:00**  48:21

## 6

**6:00**  17:1
**6:30**  48:23

## 7

**7**  75:2 78:11
**7:00**  48:23

## 9

**9**  77:12

## A

**a.m.**  91:3
**ability**  39:25
  40:11 57:14
**able**  12:16
  21:9 38:14
**about**  4:9
  5:14 7:15
  17:13 18:3

23:17,18 28:7
32:6 34:3
41:21 45:1
49:7 50:9
51:16 54:1
59:2 62:2
64:15 70:6,9,
13,24 75:21
83:3 85:20
87:2,3,23
88:12,13 89:5
90:3
**above**  4:3
**Abrams**  4:14,
  20,21 44:11
**Absolutely**
  36:1,3 87:25
  88:6
**accept**  14:2
**access**  10:8,
  12 54:9
**accommodate**
  79:3,5,6
**accommodating**
  73:22
**accommodation**
  61:24 69:3
  73:25 78:18
  79:24,25 80:1
  83:9 84:23
  86:2,23 88:23
  89:5
**accommodations**
  34:24 37:20
  61:14 82:18
  86:8,10
**accomplished**
  38:18 48:9,
  17,24
**according**
  83:5
**account**  88:4
**accountants**
  20:13
**accounting**
  82:25 83:1
**acquainted**
  32:21

**actively**  86:5
**actual**  11:5
  30:8
**actually**
  56:14 63:25
**ADA**  73:18
**additional**
  48:16 73:14
  75:16
**address**  5:11
  27:23 28:25
  29:16,20,24
**addressed**
  64:6
**adds**  73:14
**advance**  9:14
**adverse**  40:10
  41:2
**advertise**
  22:22,25
**advise**  32:23
**advised**  42:19
**affect**  17:7
**affiliated**
  7:12 31:2
  35:22 55:5
**affiliation**
  29:10 31:5
**affirm**  4:8
**affirmed**  4:15
**after**  13:10,
  14 34:20
  35:12 50:7
  58:21 63:4,9
  82:23 83:4,7
**afternoon**
  48:22
**again**  6:6
  9:20 35:8
**against**  9:23
**age**  12:9,12
  38:13,17
  76:13
**agency**  5:19
  6:2
**ages**  30:6

agree   60:11
  62:7,10
agreed   37:23
agreement
  66:6,9,14
agreements
  10:13
air   89:17
alcohol   36:24
  37:8 71:6,11,
  15
Alexander
  4:18,21 33:16
  56:11 60:5
  64:17 68:14,
  19 72:4,17,19
  77:17 78:20
  80:16 90:16,
  24
all   8:23,24
  13:12,15 14:8
  16:12 29:23
  35:6 39:17
  43:13 44:15
  45:24 47:20
  54:22 56:5
  57:21 59:16
  60:2 62:4,17,
  19 65:5 66:17
  67:17 69:25
  76:6 91:5
alleging   82:4
allergic
  26:18,23 27:3
  89:22
allergies
  28:16 30:12
  31:13 41:11
  80:15 88:8
allergy   27:22
  28:7,12,14,25
  29:15 30:5,
  22,24 31:16,
  25 58:18 64:3
  74:18 83:14
  85:5 86:23
  87:4,5

allocate
  19:12
allow   28:16
  45:8,11,12
  51:21
allowed
  15:14,24
  30:22 36:21
allowing
  14:10,18
  38:17 80:20,
  24
allows   10:7,
  12
almost   23:19,
  20 70:23
along   33:10,
  11
already   35:2
also   11:18
  18:24 19:19,
  24 45:18 46:8
  49:10 56:2
  58:6 62:10
  65:14 89:17,
  20
always   22:21
  24:20 78:2
Amber   44:19
Ambulance   6:5
amongst   78:6
amount   8:15
  12:13 16:9
  74:21
anaphylactic
  29:5 87:7,13
  89:19
and   4:2,3,10,
  16 5:1,17,18,
  19,25 6:6,9,
  16,18,19 7:5
  8:3,14 9:7,8,
  10 10:2,14,19
  11:3,21,22
  12:2,5,11,18
  13:8,12,13,
  15,16 14:3,7,
  22 15:15,22

16:1,6,7,13,
  15 17:14
  18:14,17
  19:12,17,19
  20:2,14,18,22
  21:9,20,23
  22:4,8,16,23
  23:17,21
  24:4,5,21
  25:5 26:6,22
  27:2,4,6
  28:14,25
  29:1,18,24
  30:9,11,21
  31:1,10,12,22
  32:2,3,6,11,
  12,13,17,21
  33:6,19 35:7,
  10,11,19,23
  36:4,8,10,11,
  14,17,24
  37:6,8 38:5,
  10,13,17,24
  39:9,23 40:5,
  7,24 41:2,6,
  16,24 42:8,
  11,12 45:1,
  13,18 46:1,4,
  7,9 47:7
  48:23 49:3,4,
  7,9,19 50:2,
  9,14,24
  51:14,16,19,
  22,24 52:1,2,
  6,15,23 53:5,
  9,25 54:3,5,
  10,16,21 55:9
  56:2,10,15
  57:15,23
  58:15 59:9,
  17,24 60:10,
  16,22 61:18
  62:17,23
  63:4,11 64:1,
  22 65:3,9
  66:10,22
  67:10 68:4
  69:7,17,19,25
  72:12 73:12,

13,15 74:5,9,
  10,12,19
  75:18,19
  76:1,13 77:17
  78:13,25
  79:7,10 80:1,
  24 81:4,22
  82:2,10,18
  84:1,14,15,17
  85:5,12,13,21
  86:22 87:1,
  14,16,24
  88:5,10,11,
  12,19,22 89:4
  91:4,5
announce
  58:15
another   45:18
  52:10 59:22
  81:10
answer   33:20
  74:20
answered
  77:18 79:8
any   6:16 7:17
  10:1,13,20
  13:20 14:17
  15:19 16:19,
  23 17:3 19:13
  20:20,25
  22:3,22 23:4
  24:7 25:8,22
  26:12 27:5
  28:20 29:4,5,
  11,18 31:12
  33:13,21,24,
  25 34:4,9,10,
  22 36:17
  37:12 38:13
  39:25 40:10,
  19 41:2,5
  42:15 43:12
  46:4,12,25
  51:7,15 53:20
  54:4 55:18
  58:20 59:9,10
  63:8,15
  64:14,17 66:9
  70:6,9,12

73:18,21,24
74:6 75:8,19
78:17 80:20,
25 81:15
83:13,17
87:16 89:5
90:6,7,9
**anybody** 90:7
**anymore** 14:4
70:20
**anyone** 19:18
64:5 69:20
**anything** 30:7
36:6 40:20
43:17 70:25
72:6,22 75:25
77:11 90:3,16
**anywhere**
68:16,20
**application**
31:17
**approach** 27:2
**approached**
26:22
**approve** 19:14
**Approximately**
76:17
**approximation**
21:10
**are** 4:9 5:21
6:6,18 7:22,
24 8:6 9:17
10:1,6,13
11:23 12:2,
11,16,19,20,
23 14:13
15:21,25
16:6,9 17:15,
23 18:1,6,10
20:2,11,13
21:3,9,11,13,
17,20 22:3,7,
25 23:8,21
24:2 25:12,23
26:9 30:19
31:14 32:14
33:13 35:17,
24 36:21 37:3

38:20 44:4
45:21 47:19
48:16,25
52:25 55:1,12
57:4,5,22,25
58:3,17 62:14
65:1,6,14,18,
21 66:6,14
67:7,10,12,
15,17 68:16,
21 71:8,17,
18,24 73:11
75:21 76:8,
11,19,20,23
78:3 82:19
85:22
**area** 72:16
**areas** 37:7
**aren't** 70:25
**around** 7:10
47:24 89:18
**arrangement**
65:24
**arrangements**
88:20
**as** 4:16,25
5:2,17 8:15
9:1 11:5
12:13,14
13:17 15:7,13
16:10,25
21:10 23:13,
14 24:2,15
26:6,12,16
28:15 29:25
30:19 31:6
34:12 35:15
36:17 37:6
41:11 42:14
44:11,13,15
45:13 46:1
50:13,23
51:21 53:5,9
56:11 59:11
60:5,9,19
61:2,3,16
62:5 63:5,16
65:22 67:20
72:8 73:11

74:19 75:3
76:7 78:12
79:18,21
80:23 82:5
83:13 86:5,
17,25 88:18,
22
**ask** 5:3 17:13
28:25 37:15
40:12 50:2
62:2 71:13
**asked** 23:1
31:6 39:19
64:13 77:17
79:7
**asking** 30:2
34:12 41:14
66:8 76:4
**assigned**
12:11 39:23
59:14,19
77:2,4
**assignment**
13:20
**association**
6:23 7:1,7,
17,21 8:3,17
10:3,10,15,
17,21 11:8,25
12:1,3,4
14:2,15 15:1,
4 16:17 17:24
18:15 19:2
20:18,25 26:8
29:9 31:3
35:22 43:3,19
49:4 50:12
52:3,8,24
53:14,21 54:9
55:6,24 61:19
62:24 64:6
68:6 72:22
84:15,17
85:1,13 86:7
**Association's**
42:5
**associations**
9:24

**assume** 16:6
**at** 4:3 6:6,25
9:4,9,20
11:16 17:1,16
18:1 22:12
24:2,8,18
25:2,5,9,13,
17,24 26:9,13
29:5 31:7
32:8 33:5,22
34:5,21,24
35:25 37:9,
13,24 38:13
39:11,14
40:19 43:13,
24 44:18,20,
21 45:21 46:7
47:10 48:6,8,
25 49:16 50:8
51:17,24
52:14,16 53:3
54:3,21
55:16,21
56:5,16 57:25
58:3,14,24
59:17 60:2,17
61:10,23
62:4,20 67:1,
9,17 68:12,17
70:17,19
71:6,23 73:18
74:25 75:8
78:9 80:12
81:6 84:25
86:18,21
90:10 91:2
**athletic** 6:23
7:1,6,21 8:16
9:23 10:3,9,
15,17,21
11:7,24 12:1,
3,4 14:1,14
15:1,4 16:17
17:24 18:15
19:2 20:17,25
26:7 29:9
31:2 42:5
43:3,19 49:4
50:11 52:3,8,

24 53:14,21
54:8 55:5
61:19 62:24
64:5 68:5
72:22 84:15
85:1,13 86:7
**atmosphere**
9:13
**attached**
60:19
**attempts**
78:17
**attend**  41:4
84:19 86:16
**attendance**
43:24
**attended**  40:8
**attendee**
39:11,14
**attention**
41:9
**attorney**  4:21
56:16
**attorneys**  5:1
**availability**
16:10 70:2,4
**available**
89:6
**aware**  10:1,6,
13 11:14 27:4
28:13 31:25
32:3,15
33:13,15,20
34:4 40:14
41:2,5 49:9,
13,15 51:15,
19 55:12
57:19 58:6
68:21 72:20,
24,25 73:2,3,
20
**away**  28:15
54:12 62:11

———————

**B**

**back**  25:14
31:22 32:13

35:3 82:14
**background**
5:13,14
15:12,13,17,
19
**Badala**  8:4
17:15 27:25
37:24,25
49:20 70:9
73:5 83:3
86:3
**Badala's**
86:14
**bags**  35:23
**ball**  13:13
35:12 87:12
**ban**  30:12
**banned**  33:14
34:5,21
**baseball**  7:4,
22 8:1,6,9,
12,14 9:5
11:6,12 12:5
14:16 17:25
18:3,4,6
19:3,4,5,10
21:11,17 23:8
24:12,13,15,
19,24 25:1,17
26:6,9,13,17
27:14,18
28:1,3 29:6
30:8,19 31:6,
25 35:15
36:5,17 37:6
42:24 43:4,21
44:7 51:5,6
56:7 57:5,11
60:20 61:1,
20,21 62:20,
25 64:24
74:5,7,8,9
75:22 80:3
83:8,17
84:18,19
88:20,23,25
**based**  14:5
28:9

**basic**  7:5
**basis**  65:13
70:23 88:1
**bat**  57:25
58:3
**Beach**  4:22
5:16 6:3,22
7:1,6,21 8:16
10:2,9,14
11:7,24 12:3
13:19 14:1,
14,17,21
15:1,3,4
16:19,22
18:14 19:1
20:17 21:7
24:6,25 25:4,
8 26:7 43:2,
5,12,16 49:22
51:17 52:2,7,
11,12,16,17,
23 53:2,3,13,
21,22,23
54:4,8,10,12,
16,19,22
55:5,7,21,25
56:7 59:17
61:1,19 62:5,
12 65:25
66:1,4,10,18,
19,20,24
67:1,3 68:5,
22 69:14,18,
21,22 70:1,17
71:13,23
72:2,9,12,21
73:11 78:17
84:14 85:1,13
86:6
**because**  5:4
6:13 13:2
14:7 18:6
30:6,23 32:10
35:2,4 37:1
38:19,20
39:19 41:25
45:11 46:22
49:14 51:3,12
53:22 54:6,7

55:16 56:23
57:5 59:19,
20,21 60:19
66:15 69:8
74:21 77:7,10
78:2,9 79:5,
12 80:14
87:22 88:2,16
89:15
**BECKER**  4:1
**become**  32:20
51:19 59:18
**becoming**
74:12
**been**  4:15,22
7:10,12,14
8:8,11 18:21
26:7 28:6,22
29:8,23 31:2,
24 33:9,14,22
35:22 49:11
52:16,23
53:6,10 54:3,
4,24 55:4,18
58:8 63:18
74:16,17
88:9,17 89:10
**beer**  36:24
**before**  4:1,23
7:18 26:20
35:10 45:2
46:1,5,9,12
47:5 60:13
74:9,10 77:11
79:22 90:1,12
**Beg**  12:18
**began**  7:18
**beginning**
11:13 22:12
58:14 64:11
73:6
**begins**  32:18
60:20
**being**  27:8
38:5,7,14
47:24 51:16
52:10 57:1
69:3 74:7

79:25 83:20,
22
**believe** 7:22
8:13 18:13
20:14 21:12
22:25 38:19
45:17 49:13
67:12,19
77:24 78:23
85:25
**believed**
87:20
**Benjie** 39:4,
19,20
**besides** 18:3
35:7 78:23
**best** 17:12
21:12 28:9,
15,20 32:9
44:2 78:21
**Bethesda** 6:4
**better** 17:14
74:22
**between** 9:10
10:2,14 22:3,
7 23:13 39:9
66:10 84:1
**birth** 5:9
**bit** 5:14
**Blair** 44:13
**Blue** 67:10
**board** 14:12,
13,14 18:12,
14 28:1 35:3
42:25 43:2,
22,24 44:5,8
45:2 46:1,6,
7,9,12 51:6
80:2 83:8
84:19,22
86:16,18,21
88:23
**bookkeepers**
19:19 20:2,4,
13
**both** 23:21
80:10

**bottom** 87:2
**bought** 59:23
**boy** 6:21
32:8,9,17
81:10
**Boys** 6:20
30:21
**breaks** 77:20
**bring** 30:5,6,
7 35:3,16
36:4,14,18
37:3 55:3,10,
15 72:12,13
81:4 88:3
**bringing** 27:6
71:15,24 72:7
85:9
**brings** 46:22
81:4
**broom** 49:4
85:5,8
**brooms** 48:25
**brothers**
36:10 55:19
57:15
**brought** 46:7
57:3 79:24
80:2
**budgetary** 9:7
**building**
83:22
**built** 83:21,
22
**Burns** 9:18,20
17:17 18:1
33:23 34:5
48:7 53:3
54:13 62:11,
14,15,16
67:17 72:8,13
**busier** 50:16,
19
**busy** 42:11
**but** 4:10 9:20
10:23 12:12
14:6 21:25
22:25 25:20

27:5,11 30:3
31:23 32:13,
14 34:24 35:2
42:4,9,25
44:19 47:5
48:20 51:13
58:10 59:10,
19 60:1,19
62:3 65:12
66:17 67:14
68:20 70:16
77:20 79:4,16
89:15,20,23
**butter** 35:10
36:8 57:15
72:8
**buy** 55:16
**buying** 78:24
**by** 4:18 11:7
13:23 14:25
21:22 22:11,
19 24:10
31:20 32:14
33:1,21 48:9
61:18,24
62:24 64:21
68:15 75:3
76:13 82:21
84:12 86:13
87:9,10,22
91:5

---

## C

**Cal** 9:8
**calendar**
21:18,22 22:1
**call** 8:8
32:14 49:1
75:7,12,25
**called** 21:20
56:19 86:1
**calling** 58:21
**came** 52:6
86:22
**can** 5:13 7:5,
10 8:14 9:20,
21 11:15

17:11 23:14
25:5 27:5
28:9 31:23
36:18 44:23
47:6 48:3,19,
24 49:1,2
57:6,10,19,21
64:15 65:11
75:7 77:3
80:22,24 84:8
85:5,9 87:18
88:10
**can't** 25:20
27:5,6,8
35:8,13,19
42:12 46:18,
23 55:16
57:3,4,6,7
81:2,3 87:16
88:2,3 89:21
**candy** 24:20
**cannot** 25:5
**capacity** 5:25
87:3
**car** 79:17
**car-pooled**
41:25
**car-pooling**
42:16
**Caravelle**
5:12
**case** 23:4
26:25 29:20
32:8 89:16
**catch** 13:13
**cause** 4:4
87:7
**certain** 33:6
41:22 79:11,
15 81:9
**Certified** 4:2
**chair** 84:13
**change** 14:6
**charge** 18:18
19:6 21:4
76:4
**charity** 88:19

check 15:12
checks 15:17, 20
cheerleading 8:2
Chic-fila 35:6
Chick-fil-a 24:22
child 13:5 27:21 28:7,14 29:15 30:23 58:18 69:24 73:10 87:18, 24 88:4,13,24
child's 13:5 29:25 32:4
children 13:20 14:10 62:18 66:20 74:17,25 88:12,19
children's 85:2
chips 24:21
Christina 44:20
city 4:22 10:2,7,14,20, 24 11:1,17,24 12:2 13:19 14:17,20 15:3,13,19 16:19,22 17:3,8 20:20 21:1,5,7,11 24:6,25 25:4, 8 37:13,15 43:5,12,16 48:10,12 49:1,22 50:2 60:20,25 69:17 70:17 71:20,22 73:16 75:3,7, 15 84:2 85:14
city's 62:20

click 11:21
close 17:8 51:24 77:21
closes 13:11
closest 56:3
coach 12:24 13:4 14:3 15:12,14,24 16:3 27:4,11, 23 28:6,10, 13,25 29:16, 21,24 30:3, 11,12 32:3 39:2 52:19 57:19 63:18 64:1,6 67:14 78:24
coaches 12:11,16 13:3,12 15:7, 18 27:14,19 30:14,17 49:3 53:6 57:22 58:3,10 63:15
coaching 28:11 39:5
Coleman 19:23 44:12
collect 19:8 73:15
collecting 19:6
Combined 65:5,6
come 9:12 27:21 34:25 35:10,23 41:9 45:1 46:1 50:2 84:22
comes 23:5 47:5 75:24
coming 14:7
comments 46:12
commissioner 8:9 26:6 31:7 36:18

common 30:2 36:14
communication 27:13
communications 90:6,9
compared 65:22
competitive 9:15 22:9,17, 24
completely 46:16 53:15
complies 60:23
computer 16:12,15
computerized 16:12
concern 34:9 87:23 88:1,5
concession 17:16 18:8,11 23:25 24:3,19 25:2,5,9,15, 24 26:1 33:5 35:5 37:7 47:10 51:24 55:13 69:9 71:6 72:16,23
concessions 17:14 18:18 20:9 23:21 24:8 25:13 33:6 37:13,19 54:19,24 55:1,7 62:5
concluded 91:2
conducted 75:3
conjunction 41:9 46:5
consider 83:8
consist 44:10
consistently 48:13

consulted 43:13
contain 35:6
context 90:13
continue 35:4 49:23 63:2
contract 10:7,12 66:3 84:1 85:12,17
contracts 10:1
control 27:7 35:8,13,15,19 36:17 46:23 57:6 61:1,7 74:22 81:2,3 88:2 89:15,21
controlled 74:23
controlling 18:19
conversation 57:1 81:18, 20,25 82:2
conversations 64:14 69:16 81:15 82:16
coolers 35:23
copies 59:25
copy 90:20, 22,23,25
correct 7:16 11:2,4 12:10, 22 13:25 16:7 18:7 19:16 21:8,16 22:2, 13,18 23:12 26:5 27:10 28:18 29:3 30:25 33:24 34:2 36:23,25 37:2,22 44:9 45:10,20 53:4,11 57:13 60:12 61:9 63:7,10 66:21 67:15,16,18 69:9,10 70:1

72:13,14 73:1
75:5,9,23
76:9 78:4
79:5,12 80:3
82:11,21
83:24 85:14,
15,23 86:4
**correspondence**
60:9,11
**cost** 75:25
**could** 17:7
30:10,12
35:15 36:6
37:9 42:20
45:16 48:9
50:1,3 58:5
72:9,11,13
74:22 75:20
77:2 79:3
88:20,24
89:5,6,15,19
**couldn't** 14:8
34:25 42:9
46:20 47:14
51:1,2 79:5
**counsel's**
60:23
**count** 31:23
**County** 6:3
**couple** 40:8
41:3 42:3
60:15
**Court** 4:6
32:11 90:19,
22
**covered** 42:8
**created** 46:4
**crew** 75:4
**Criminal**
15:15
**criteria**
15:13,23
**CROSS** 64:20
84:11
**current** 5:11
7:3 44:7
63:11 64:10

**currently**
5:22 18:4
28:4 82:9
**cut** 25:9

---

**D**

**D-I-T-A-M-A-S-
S-O** 18:13
**daily** 70:23
**Daniel** 43:8
64:14 70:12,
15 81:15
**darn** 88:12
**date** 5:9
**dated** 81:7
85:22
**day** 16:14
38:8,15 48:15
49:24 50:14,
15,24 62:20
63:2 65:10,15
75:4,5,8
76:2,7,9
79:23
**day-to-day**
9:3 11:5
70:21 71:1
**deadly** 35:13
87:5
**deal** 34:23
70:20
**dealings** 63:8
**December** 5:10
**decided** 43:1
76:12
**decision**
14:9,18,25
24:10 42:22
43:13,20,23
46:25 47:4
49:15 50:7,9
51:4 61:18
**decisions**
19:13 80:10
**dedicate** 8:15
9:2

**defendant's**
56:12 60:7
75:1 87:1
**degree** 62:8
**delaying**
78:13
**Delray** 56:2
68:13,17
**demand** 24:5
**denied** 80:21,
25 81:12
**Depending**
57:25
**depends** 12:12
77:10
**deposition**
4:1,23 32:10
69:7 91:2,4
**deprived**
54:24
**design** 22:19
**determine**
70:3 76:21,24
**determined**
16:9 24:3
**devices** 5:20
6:8
**dialogue** 90:3
**did** 5:25 6:2,
22 7:17 12:25
14:6,17 18:17
32:20,23 33:8
34:7,22
38:13,17
39:20 40:7,
10,19,24
41:4,6,9 43:5
45:1 46:1,12,
24 47:4,9
49:14 50:8,
12,17,23
51:19 53:19
54:9 55:24
59:1,4,16,17,
19 60:13
64:1,9,12,14
69:2,6,11,16
70:6,9,12,18

74:6,12 80:13
81:18,20
82:24 83:1,3,
7 85:4,8
87:11,14,16,
23 88:15
89:17 90:6
**didn't** 15:12
31:23 32:24
40:12 47:9
59:11,18,21,
22 63:8,17
64:4 66:16
69:19 88:16
**Dietz** 11:10
14:24 22:5
26:11 33:12
37:11,18
40:2,22 47:21
49:12,17
50:17 51:10
52:4 53:18
55:22 61:4
64:18,21,22
66:8 67:20
79:18 82:5
84:6 89:3,7,
12 90:23
**difference**
9:10 54:4
**differences**
22:3,7
**different**
7:24 9:8,21
21:25 48:25
52:13 53:7,8,
10,15 64:23
89:11
**differently**
22:22 57:11
**dime** 47:6
**direct** 4:17
27:13
**directly** 33:3
63:8
**director**
27:24 28:2
44:14,15

74:10 82:9
**directors**
 70:17 80:2
**disabilities**
 73:22
**disability**
 42:15 79:12
**disabled**
 88:12,19
**disburse**
 20:20,25
**disclose**
 32:11
**disclosure**
 31:16
**discuss**   64:1
 69:19
**discussed**
 80:12
**discussion**
 69:5 91:1
**discussions**
 63:15 69:2,6,
 11 70:12
**Ditamosso**
 18:13,21 26:2
 44:12
**divide**   15:5
**divided**   16:6
**division**   7:4
 14:16 17:25
 19:3,4,5,11
 24:12,13,15,
 24 25:1 43:4,
 21 44:8
 61:20,21
 62:25 64:24
 74:5,7 75:22
 84:18,19
**divisions**   9:4
**divorced**   6:15
**do**   4:8 6:25
 8:8,21,25
 11:12,13,18,
 19,20 12:13,
 14 13:14
 17:9,12 19:2,

11 22:22
24:15,18
25:16 26:12
27:4,13,16,18
29:15 30:8,14
36:4,10,17
37:6,12 38:2
39:2,17 40:3
41:14 42:2,12
43:8,17 45:15
47:2 49:1,2
50:2,5,12
55:1,2 56:5
57:1,19,21
58:20 59:9,10
60:11 62:7,10
63:23 64:5,6
65:9,12,18,
21,24 66:22,
24 67:24
68:11,15,16
70:22,24
71:6,10,14,
18,20 72:10,
21,25 73:2,3,
24 75:19,20
76:21,24
77:14 78:3,
11,14 80:7
81:25 82:14,
24 83:17
84:19 86:16
88:13,14 89:1
**Doctor**   31:10
32:6,17,21
40:24 41:6
49:9 50:9
51:7,15 52:1
53:19 60:10
79:10
**document**   83:5
**documents**
 10:6 46:4
**does**   8:5 9:23
10:9,17,20
13:9,19 14:1,
6 15:3,7,9,19
16:19,22 17:3
19:1,10,11

20:4,8,17,19,
25 24:6,25
25:4,8 26:1
30:3 35:12,14
37:15 39:23
40:3 43:16
44:10 48:6,19
54:8,19 62:5
64:23 66:3
71:2,13,14,20
72:15 77:22
83:17 87:3
**doesn't**   19:8
21:5 40:4
48:21 81:4
88:17
**dogs**   24:21
**doing**   6:6
30:12 52:1
75:16 86:7
**dollar**   47:1
**don't**   5:4
7:25 10:23
16:2 20:10
22:25 23:11
25:19 28:16
30:6 32:11
33:15 35:11
36:24 39:9,16
42:4,7,21
44:1,19,20
45:13 48:20
51:23 56:1
59:8,9,23
60:18 61:6
64:8,17 65:8
66:2 67:4,6,
12 68:20
69:1,4,14
70:16 71:11,
19 72:5,25
73:3 76:16
77:19,20,24
79:9 80:11,18
81:17,19,24
82:3 83:11
84:3 88:11
89:20,22
90:25

**Donations**
 10:19
**done**   5:2
 13:23 30:17
 44:23 56:2,10
 58:8 62:23
 75:11 83:13
**double**   23:19
 77:21
**down**   77:20
 84:13 87:1
**Dr**   81:18
 82:21 89:5
**draft**   12:15
 13:9
**draw**   18:17
**Drive**   5:12
**Due**   62:17
**dugout**   28:17
 29:1,25 30:3,
 22 32:4 38:4
 48:4,6,9,15,
 24 49:5 50:1
 57:8,12,17,23
 58:12 78:24
 85:6,10
**dugouts**   30:9
 35:20 47:17,
 19,24 48:12
 49:23 57:5
 63:1 75:4
 76:1
**Duke**   69:12,13
 70:6
**duly**   4:15
**duration**   38:6
**during**   8:14
 9:12 17:19,21
 24:19 30:8,9
 38:6 40:17
 48:15 50:15
 51:5 57:23
 65:15 75:8
 76:1
**duties**   8:17
**Dwyer**   5:17

**E**

e-mail 32:22,
 23,24 33:1,8,
 21 34:8,11,20
 40:13 56:8,18
 57:2 58:21
 63:5 79:22
 81:7,22 82:4,
 10,23 83:3
 88:15 89:25
e-mailing
 87:2
e-mails 11:16
 34:10 70:6,9
 85:22 90:7,10
each 5:3 8:5
 13:23 38:8,14
 53:24 63:2
 75:4 77:3,4
earlier 38:21
 42:9 85:16
eat 25:17
 30:9,22 36:11
eaten 87:13
eats 35:9
 89:10
educational
 5:14 22:14
educational/
instructional
 22:10
effect 39:25
 40:11
effort 40:19
efforts 79:6
eggs 89:22
eight 7:15
 26:8 28:23,24
 29:1,10 31:1,
 5 45:22,24
 46:16 58:16
 74:4 76:20
Eighty 52:25
either 86:18,
 21

elementary
 7:5
else 33:2
 35:12 69:20
 75:15 80:9,11
 88:3
else's 88:4
elsewhere
 21:14
employee
 19:25
employees
 10:24 20:6
 25:15 43:13
EMS 6:4
EMT 5:21
end 14:9
 50:24 78:13
enforce
 46:19,21
 47:14
enough 40:4
 59:21 66:16
enrolled
 51:12,13
entire 45:24
 46:17
entitled
 37:3,7
entity 65:24
Epipen 78:24,
 25
equal 16:10
equipment
 74:11
error 53:16
essentially
 44:7 63:4
establish
 29:25
estimate 8:15
 23:14 31:24
evaluation
 13:10 83:17
 87:18
even 12:13
 31:12 35:24

40:24 47:9
 52:6 57:16
 59:14 64:4
 85:1 88:18
evening 75:17
ever 34:5
 51:7 53:19
 59:14 60:13
 68:1,11 73:21
 79:22 83:13
 84:22,25 85:8
 86:18,21 90:1
Everglades
 6:4
every 27:20
 47:1,6 49:24
 50:14,24
 67:14 69:24
 76:7,9
everybody
 15:11 44:2
 45:12
everyone 12:8
 13:11,16
 16:11
everything
 89:23
exact 66:2
 69:15
exactly 39:10
 56:1 80:11
 82:3
EXAMINATION
 4:17 64:20
 84:11
examined 4:15
except 15:25
exceptions
 35:1 59:20
exclusively
 11:7 24:10
 61:18 62:24
excuse 77:3
executive
 28:1 44:14
 74:10 82:9
exhibit
 56:11,12,14,

15 60:6,7,9,
 19 63:6
 67:21,22,24
 75:1 79:19,22
 82:6 83:6
 85:22 87:1
 89:24
exist 10:2,14
 14:5
expect 30:14
expense 11:16
expenses
 59:24
experience
 58:16 74:3
explain 34:7
explanation
 29:24 32:3
explored
 86:11
exposure 87:6
extent 83:14

**F**

facilities
 9:9 61:2
facility
 17:17 51:17
 54:10,12,16,
 22 55:7,25
 56:7 62:21
 69:22,25
 71:23 72:3,8,
 9 83:20,24
fact 30:17
 46:24 52:15
 57:3 58:17
factor 38:13
fail 16:3
fall 9:6
 11:12 13:1
 21:20,23
 22:4,8,9,11,
 23 23:7,11,
 16,17,21,23
 34:15,19,22

35:1,2 37:20,
23 38:3,11
39:3,22
40:17,21,25
50:13,23
51:13,14
61:15 65:3,
19,22 76:7
77:12,15
78:8,12 79:3
82:18
**familiar**
32:20
**family**  33:24,
25
**far**  11:5
13:17 15:13
16:25 23:13
24:2 53:5,9
54:12
**fashion**  13:17
**feasible**
50:22
**February**
88:18
**fee**  12:5
13:1,5 21:4,5
59:6 73:9,13
**feel**  37:6
74:20
**fees**  10:19
12:7 16:5
19:7 73:6,7
**few**  5:13
**fewer**  74:21
77:13
**field**  20:22,
24 49:1 58:1,
4 65:15 68:4
71:1 76:12,
13,22 77:3,4
80:1
**fields**  10:8,
10,13,25
11:1,3 17:8
18:6 45:21,24
46:16 52:14
60:20 61:6

62:12 67:3
69:18 71:2,5,
15 76:19,20,
23,25 88:21
**filed**  32:10
**fill**  11:22
**finances**
18:20
**financial**
19:13
**financing**
19:11
**find**  16:2
50:2 64:9,12
78:17
**Fire**  6:3
**first**  4:15
13:17 21:23
31:9 32:17,20
34:24 38:5,7,
8,14,20 39:3,
7,21 49:23
50:14,15,24,
25 62:20
63:2,23 65:14
74:14 75:2,5
76:7,8 78:13,
14,25 79:2
82:13
**fit**  17:11
**five**  64:25
73:10
**five-year**
12:13
**flag**  8:1
**Florida**  4:3
5:12
**flyers**  11:16
**following**
77:10
**follows**  4:16
**food**  28:14
35:16 36:4
**football**  7:22
8:1
**for**  4:3,22
5:2,19 6:2,3,

4,9 7:11 8:6,
21 9:2,5,11,
13 10:3,10,21
11:15 12:5,8,
16,23 13:2,7,
8 15:17,23
16:3,14,16
17:14 18:12,
21 20:22,24
21:5,11,19,25
22:1 23:9,13,
21 26:1,8
28:3,24,25
29:1,9 31:1,
12 33:16,24,
25 34:15,19,
22 35:3,16,24
36:2,5,14,15,
19 37:4,7,13,
15,20,23
38:2,22,24
39:2,17,23,24
41:3,4,7,10,
12,14 42:10,
12,15,16,23
43:14 45:11,
12 46:24
49:21 50:12,
23 51:2,9
52:13 53:10,
25 54:15,16,
23 55:24
56:7,12,15,23
59:1 60:7
61:5,14,24
62:8,20 63:11
64:9,18,19,23
65:25 67:7,22
68:1,12 71:2
73:7,25 74:4,
6 75:8,24
77:3,4 79:15,
19,25 82:6
84:23 86:23
88:10,18,19
90:4
**forensic**
87:17

**forfeit**  40:5,
6
**form**  11:22
14:24 22:5
26:11 33:12
37:11,18
40:2,22 47:21
49:12,17
51:10 52:4
53:18 55:22
61:4 66:12
68:14,18
71:16 72:4,
17,18 73:19
74:1,24 78:5,
19 81:1,13
83:10,15
89:3,7,12
**former**  74:9
**forms**  11:23
**forth**  14:3
15:15
**forward**  52:6
**forwarded**
32:22,24
33:1,21 34:8
**forwarding**
34:7
**four**  7:14 9:5
44:17 76:23,
25
**four-year**
12:13
**friend**  42:2
**friends**  41:23
**from**  4:25
5:17 11:13
27:6,8 28:15
30:12 33:3,10
37:25 39:20
40:13 42:10,
22 46:22 48:4
53:13 54:13
56:8 57:7,16
60:10 64:5
68:4 69:21,25
70:25 71:15,
24 72:7 75:24

77:15 82:23
86:13 88:3
**fruition** 52:7
**fulfill** 14:8
**fulfilled**
42:20
**fulfilling**
43:17
**fun** 9:13
**funding**
10:18,21
**funds** 12:2
19:6 20:20
21:1 25:12
46:24
**further** 84:6
90:15

**G**

**game** 16:23
17:9 35:10
38:5,6,7,8,14
48:23 50:15,
25 51:23
65:14 76:7,9
77:3,4 78:13,
14,25 79:2
**games** 9:17,
19,23 16:7,11
17:21 18:1
25:17 29:6
30:8,9 35:18,
25 36:5,12
38:8 39:7,12,
15,18,24
40:8,20 41:3
50:14,23
51:16 52:15
53:25 54:3,5,
16,21,23
55:9,20 57:23
59:16 62:4,19
67:15,17
68:12,16
76:7,8 78:12
85:2

**Gardens** 4:22
5:16 6:23
7:1,6,21 8:16
10:2,9,14
11:7,24 12:3
13:19 14:1,
14,17,21
15:1,3,4
16:19,22
18:15 19:2
20:17 21:7
24:6,25 25:4,
8 26:7 43:2,
5,12,16 49:22
52:3,7,12,17,
24 53:13,21,
23 54:8 55:5
61:19 66:18,
19 68:5
69:21,25
70:17 71:13
72:3,21 73:12
76:19 84:14
85:1,13 86:6
**gather** 13:15
**gave** 6:13
60:3 77:19
85:20
**general** 9:11
**generally**
48:21 55:12
**generate**
46:24 47:2
**generated**
25:12,23
**generates**
16:13,15
**generating**
16:20
**get** 8:21
12:21 16:11
25:8 32:10
38:20
**gets** 16:11
67:14
**getting** 13:3
**Girl** 6:21

**girlfriend**
85:9
**girls** 6:20
30:19,21
**give** 4:9 5:6
8:14 9:1
16:22 21:9
23:14 24:7
31:24 32:25
46:12 47:7
56:15 73:15
85:5,8 87:23
88:11
**given** 8:17
**go** 9:21 11:21
13:16 15:11
21:22 22:11
32:13 34:10
46:9 48:21
59:22 60:15
76:6 87:7,13
89:19
**God** 4:11
**goes** 9:5
15:13 16:13
25:14 35:19
38:20 76:21,
24 77:20
**going** 11:14
28:11 35:3,4
38:4 40:21
45:8 46:18
56:21 64:10
83:23 84:13
**gone** 29:5
**good** 74:20
84:13
**got** 5:18 63:5
**grab** 49:4
**graduated**
5:17
**grandparents**
54:23 55:19
**Grill** 47:20
**ground** 89:18
**guess** 5:5
54:14 59:10

**guns** 36:21
**guy** 82:14

**H**

**had** 5:19
26:16 28:5,20
29:11,18
31:13 32:7
33:9,14,22
40:7,10 41:3
47:16,23
49:10 54:3
55:20 57:8,15
59:20,22
61:15 63:15,
18 64:9,12
73:22 74:17
81:15 82:2,16
83:2 87:15
88:9,19 89:9
**Hal** 44:14
**Half** 57:24
**halt** 31:7
49:10 50:7
**hamburgers**
24:21
**hand** 4:7
59:25 89:25
**handed** 79:21
**handing** 56:14
**handle** 69:4
86:12
**handled** 37:25
**hands** 35:11
**HANKINS** 60:3
66:7,12 68:7,
18 71:16
72:18 73:19
74:1,24 78:5,
19 79:7 80:17
81:1,13
83:10,15
84:7,9,12
90:15,18,21,
25
**happened**
77:11 85:21

happens  17:9
  22:20 25:12
hard  13:2
has  7:10,14,
  20 18:21
  19:13 23:2
  26:6 27:22
  28:1,7,11,14,
  16,19 29:2,5,
  8 30:11 31:1
  46:10 48:12
  55:7,18
  58:13,18 59:2
  60:25 69:4
  77:13,15,24,
  25 78:2 82:20
  85:4 86:23
  87:13 88:8
have  4:22 5:1
  6:25 7:12,17
  8:5,8,11 9:3,
  21 10:7
  11:14,18
  12:13 13:5,20
  16:6 19:11,19
  20:4 21:6
  23:11 24:16,
  18,22 26:8,
  12,16,20,22
  27:13,16
  28:5,22 29:4,
  14,18,23
  30:5,17,21,23
  31:6,13,19,24
  32:7,13
  35:13,21,22
  36:17 39:24
  40:4,5,6
  43:16 44:13
  45:12 47:8,
  16,23 49:3
  51:22 52:16,
  23 53:6,9,10,
  14 54:4,9,19,
  24 55:1,4,9,
  10,15,20,24
  57:14 59:9,
  10,21,25
  60:9,17,18

61:6,7,8 62:5
  63:8,15,18
  64:2,14,17,18
  65:24 66:3,16
  68:1,9 69:2,
  6,11,16,25
  70:12,18,22
  71:4 73:21
  74:6,16,17
  75:19 76:23
  77:23 79:11,
  22 81:15,18,
  20 82:16
  83:23 84:1,6,
  8,15,22,25
  85:8 86:22
  87:17 88:9,
  17,24 89:10
  90:6,12
haven't  29:11
  85:12
having  4:15
  13:2 31:25
  38:14 39:23
  40:13 41:11
  48:16 50:8
  58:20 68:12
  88:4
he  7:14
  18:17,24
  19:3,6,8,11,
  13,24 26:3
  32:24 33:1
  34:7,8 38:19
  39:14,17,21,
  22 40:10
  51:12,13
  52:7,10,12,16
  54:18 59:4,
  11,14,18
  63:13,18
  64:4,12 66:7
  69:14 70:16
  79:1,2 86:15
  87:12,13,18
  89:6,16,18,
  21,22 90:19
he'll  35:12
  90:18

he's  18:19
  28:11 63:16
head  7:25
  63:24 65:8
  74:5 83:12
  84:4
health  47:5
  83:18 87:23
heard  26:20
  28:24 29:4
  43:22
held  51:17
  54:3,21 55:21
  68:17
help  4:10
her  13:5
  44:19,20
  53:13,16,20
  64:23 70:23,
  24 86:2 87:2,
  14 88:3,13
herded  57:11
here  64:7
  86:13
Hey  30:5
high  5:15
highest  62:8
him  32:14
  33:3,4 40:21
  41:16,22
  51:22 52:13
  53:14 59:19
  70:18 89:18
hire  15:7,10,
  11
hires  18:10
  23:24
his  13:4,5
  19:17 32:12,
  14,25 38:5,6,
  14,17 39:2,
  11,14,17 40:8
  41:23 52:15,
  17,19,23
  53:5,6 54:3
  59:6,16
  63:15,18,23
  69:15 70:16

78:25 79:2
history  15:15
hit  13:13
hold  9:9
  10:10
holds  68:11
home  38:21
honored  45:16
hot  24:21
hours  8:18,25
how  6:18
  7:10,12,24
  8:8,11,21 9:1
  10:17 11:12,
  13,20 12:11,
  16 13:9 14:21
  15:4,9 16:9
  17:9 18:8,17,
  21 20:4,10
  21:17 22:21
  23:5,14 24:3
  25:1 27:18
  28:22 30:3
  31:6,12,24
  32:20 39:7
  42:19 44:21
  45:15,21
  48:3,6,19,24
  49:9 51:19
  54:12 55:24
  56:1,5 64:12,
  23 65:6,18,21
  70:3 72:15
  73:13 74:3,
  16,23 75:11
  76:11,14,19,
  21,24 77:14,
  20 83:7
  88:10,15 90:7
however  13:14
HQ  32:14
  35:12 39:11
  40:7,15 41:4,
  6,10 42:23
  43:14 52:2
  59:1 61:24
  62:8 63:11,25
  64:9,23 69:17

74:25 78:16
79:11,15,25
81:8,10 87:7
**HQ's** 38:8,13
39:2 41:11
45:1 50:14,23
51:16 53:25
54:16,21,23
58:5 62:4,19
76:6 78:18
79:12 80:15
83:14

---

**I**

**I'LL** 4:25
32:13 54:14
56:15 60:5
67:20 71:13
85:5 86:12,25
87:1
**I'M** 4:21 5:2
20:10,18
32:15 33:15
44:21 46:18
50:17 56:9,14
64:22 66:8
72:20,24
73:3,20 76:4
81:9 84:13,18
85:21 90:24
**I'VE** 22:21
79:21 88:17
**idea** 69:7
70:7,10
**Identification**
56:13 60:8
67:23 79:20
82:7
**idiot** 86:1
**if** 5:3 11:1
13:4 15:12,25
17:6,9,11
19:17 20:18
21:4,6,22
22:11,25
25:19,22
27:21 28:10

30:5,11 32:12
33:19 34:3,22
35:4,9,12
39:17 40:4,5
45:11,13
46:22 47:9
48:15,23
50:1,3 52:6,
13,15 53:12,
25 54:3,21
55:1 56:5
59:6 60:2,17
63:18 64:5
67:6 68:11,20
70:2,3 72:21,
25 73:2,3,18,
24 77:11,20
87:12 88:23
89:9,16,17
**ignorant**
56:9,19 58:22
63:5
**in** 4:2,3 5:25
6:22 7:20
8:17,25 9:6
10:18 11:17
13:15,16
14:2,7,18
15:19 16:13,
20 17:3,11
18:17 19:6
21:5,15,17
22:16 23:6,
11,15,16
24:21 26:7,25
27:6,22 28:6,
17 29:9,10
30:9,17,22
31:5,14,25
32:7,8,12,23
33:6,9,13,14,
18,22 34:22
35:1,5,18,24
36:21 38:10,
14,17,19
39:3,5,7,9,21
40:21,24
41:9,15,18
42:11 43:24

45:19 46:5,
17,22,25 47:4
48:10,13,20,
21 49:10,23
50:22,23
51:5,13 52:1,
2,7,15,25
53:13,15,16,
20 54:7,9,17,
23 57:4,5,6,
10,22,25
58:4,11,16
59:11 60:16
61:13,15
62:18 65:3,4,
6,25 67:2,3
69:7,17 70:1
71:24 72:2,7,
9,12 73:6
74:3,4,13
75:15 76:15,
19 77:22
78:11,16
79:3,4 80:5,
9,13,19 81:4,
6 82:4,18,19
83:11,23
84:5,10
85:18,21,23
86:6,22 88:3,
9,17,21 89:17
90:12
**incident** 27:5
**incidents**
28:21 29:4
41:2
**include** 19:15
20:8 66:15
**Including**
36:7,8
**incorrectly**
5:5
**indicate** 33:8
40:10
**indicated**
37:19 42:17
**indicates**
61:13

**indicating**
34:20
**indication**
60:25
**individual**
15:18
**individuals**
44:4
**indoor** 83:20
**industry**
88:10
**influences**
27:7 35:8
57:7
**information**
59:11 60:16
67:5
**informed**
45:15 56:6
**informing**
33:4
**initial** 56:8
**Initially**
34:18,19
**initials**
32:14
**input** 16:23
24:16
**inquiry** 83:13
87:16
**insides** 47:17
**insinuates**
88:11
**instances**
29:11
**instead** 53:14
**instruct**
24:25
**instruction**
24:7
**instructional**
22:15,23
**insurance**
5:18,19
**interaction**
50:8 58:20

interactions
  70:18,22
interleague
  61:2 65:25
  69:3,8
into  16:23
  24:16 25:14
  27:9 29:5
  35:16 36:18
  47:11 51:8
  57:11 60:18
  72:8 87:7,13
  89:19
introduced
  27:8
introduction
  47:11
involved  26:7
  28:6,22 74:4,
  12,17 75:20
  86:6 88:17
involving
  40:15
is  5:9,11
  6:21 7:3,7
  8:3,23 9:5,7,
  10,11,13 11:6
  12:5,12 13:9,
  10,23 14:25
  15:11,23
  16:1,3 17:14,
  16,19,21
  18:4,8,12,14,
  24 19:3,6,21,
  24 20:14,15,
  22 21:7 22:9,
  19,23,24 23:4
  24:3,10
  25:18,22
  26:23 27:2,3
  28:3,10,14
  29:12 30:2
  31:12,16
  34:9,15 36:14
  39:5 40:6
  43:6,8,19
  44:12,18,19,
  21 45:14
  46:20 47:13

48:3,23 50:5
51:24 54:12
55:12 56:23
57:19 58:8,18
60:3,25 61:2
62:3,10,23
63:11,13,22
66:2,9 68:4,
22,25 69:9,13
70:1,15,16
72:6 73:10,
13,18,24,25
74:8 75:8,11,
17,19 76:4,10
77:10 78:3
79:14,16,21
80:5,9 81:3,
7,8,10 82:8,
14 83:20,22,
23 84:17
86:14,15 87:2
89:9,14,25
90:16
isn't  56:22
  65:16 67:18
  76:8,9
isolate  57:4
isolated
  57:4,10
issue  16:1
  32:8 45:1
  50:13 51:25
  55:18 59:18
  62:2 64:6
  72:2 89:9
it  5:19 6:12
  7:10 8:8 9:4
  10:23 11:13
  14:9,12,20
  15:7,9 16:3,
  10 17:10,11,
  12,19,21
  19:8,9 20:20
  21:25 22:19,
  21,25 23:5
  25:14 28:10,
  15,25 29:10,
  11,16,20,24
  32:13 33:8

34:8,19 35:1,
3 36:6,14
37:24,25
38:22,24 41:9
42:12,14,16,
22 44:14
45:6,7,11,12,
17 46:7,9,20,
23 47:13
48:3,6 49:1,
2,7,21 50:3,
5,22 51:4
53:6,10 54:9
56:2,9,21
58:15,24
60:13,18,19
61:13,15,23
62:3,19 63:1,
4,6 64:13,15
66:23 67:6
68:16,21,25
69:7,19 70:5
72:11 73:14,
15 74:22,23
75:19,20,24,
25 76:8
77:10,20
79:5,16
82:13,20,25
83:1,2,4,11
84:3 85:19
86:2,12 87:3
88:10,25
89:10,16,25
90:12
it's  7:8 9:6,
11 12:8,14
15:22 16:4,12
17:6 20:19
22:17 25:19,
20 31:19
32:12 35:7
37:1 44:7,16
46:11 48:20
51:24 53:3
54:6 56:14
60:19 66:1
68:20 76:8
77:1,7,21

79:1 81:2
87:5 89:17
items  24:2,4,
  7,18 25:1,5,
  18,23 35:5,16
  36:4,15,18
  37:8,13
its  68:12
itself  13:20
  68:11

---

## J

January  61:11
  81:7 85:21,23
  86:5
jelly  35:10
  36:8 57:16
Jennifer
  64:22
John  44:14
Johnny  14:3
Join  68:19
  78:20 80:17
Jupiter  5:12
  51:22 56:2
  68:12,17
just  5:13
  6:13 9:1,13
  12:25 16:2,13
  19:4,5 21:14
  22:19 23:5
  26:9 31:22
  32:8,9,13,24
  50:5 53:16,24
  56:21,23
  57:7,8,15
  60:15 63:4
  64:11 75:12
  79:23 82:13
  83:2 85:5
  87:20

---

## K

keep  28:15
  30:3 31:23
  32:3 67:6

keeping 13:14
19:17
Kelly's
20:14,15
kept 29:1
53:22,23 67:5
kicked 52:10
kid 26:23
27:2 28:11,
16,24 29:4
30:11,21
31:25 37:21
39:23 59:22
64:2
kid's 28:17
kids 6:16,18,
22 9:11 11:20
13:13,15,16
15:5 16:5
22:16 23:6,8,
15 26:17
30:8,12 31:13
32:7 35:17,24
36:2,5,15,19
37:4 38:20
47:6,7 53:22,
23 54:23
57:4,7,10
58:5 59:2,23
66:15,16,17,
19 74:21 78:9
kids' 29:1
47:5
knives 36:21
know 5:4 6:18
7:25 16:2,25
17:15 20:10,
19 25:19 26:3
28:11 29:15
31:12,22 38:2
39:16,17,19
42:8 43:6,8
44:19 45:15
55:15 56:1,5
59:7,8 63:17,
23 64:4,5,7,8
65:8,18,21
66:2,24 67:6,

13 68:11,20
69:1,4,15
70:16 71:11
72:21 73:4
77:14,19
78:11,14
82:13 83:11
88:10,17
knowing 35:2
59:20
knowledge
20:18,19,25
21:12 24:7
26:12 28:20
31:18 32:9
44:2 50:10
51:11,12
56:25 59:11
70:14 78:21
83:16,25
known 22:21
Kristen 44:11

---

**L**

lacrosse 8:1
large 4:3
44:19,20,21
54:7
last 20:15
23:17 24:22
44:19,20
63:22
leader 8:5
league 11:11,
12,14 14:21
21:15 25:14
27:22,24
28:1,2,6
31:14 39:5
44:14 46:25
48:21 51:9,22
52:10,11
53:1,15,20
58:17 61:15
62:18 65:4,7,
9,19,22 66:1,
4,11,25 67:2

68:22,23,25
69:14 74:4,10
77:13,14,15,
16,22 78:2,7,
8 82:9
leagues 32:8
64:23 65:1,9,
14 73:10
learn 26:17
27:21 39:20
learning
63:25
left 17:14
86:2
legal 62:2
less 72:6,10
74:25
let 17:15
20:19 29:15
66:16 81:6
89:25
let's 5:2
11:11 41:20
75:1,2 76:6
letter 60:1
77:12
license 5:18
licensed
5:21,23
lights 70:25
like 6:12 8:5
22:23 24:18
25:17 26:14
32:11 34:9
36:11 37:8,21
43:6 47:17,
19,20 57:6
75:12 89:18
Lindsey 43:10
70:20,21
75:13
line 27:13
56:22 75:18
lines 33:10,
11
link 11:22
list 37:15

89:23
listed 42:4
litigation
32:12 90:13
little 5:14
9:15 42:9
57:10,14
62:11 66:1,4,
10,24
live 21:5,14
loads 47:23,
25
locally 5:16
locate 50:3
located 62:11
location 54:5
62:10
locations
56:3 68:4
76:11
long 7:10,12
8:8,11 18:21
48:6 73:11
longer 14:6
59:17
look 47:17
56:16 60:17
61:10,23
looking 9:13
81:6
lot 26:14
35:4 44:16
loud 60:18
lucky 18:17

---

**M**

M&m's 35:5
57:8,16
made 14:25
15:25 24:10
25:9 31:25
33:6 35:1
37:20 41:5
42:14 43:23
49:9,13 50:7
51:15 55:6

58:6 60:16
61:15,18
68:21 73:25
79:6,11,15
80:10 81:8,9
82:18,21
88:20 89:6
**main** 40:5
**maintain** 80:7
**maintenance**
11:3 75:3,8,
16
**major** 65:2
**majority**
39:24
**make** 11:13
16:10 17:10
27:4 28:13
34:24 40:19
46:18 49:15
57:19 59:20
61:14 82:19
87:16,18
**makeup** 76:10
**man** 18:10
23:24
**manage** 19:12
40:11 64:24
**manageable**
38:10,22,25
**manager** 13:1,
2,7,8,24
58:13 74:11,
15
**managers**
13:12,23
70:17
**many** 7:24
14:7 20:4,10
21:17 23:15
28:22 31:6,
13,24 39:7
42:11 44:21
45:21 48:25
55:24 56:2
64:23 65:6,
18,21 74:3,16
76:14,19

77:14
**mark** 56:11
60:5 67:20
79:18 82:5
**marked** 56:12
60:7,9 63:5
67:22 79:19,
21 82:6 86:25
**marketing**
20:14
**Married** 6:14
**Marsh** 43:10
70:21,22
75:13
**matching**
66:17
**matter** 12:8
**matters** 47:1
**Matthew** 64:22
**may** 4:25 5:1
26:17 30:2
31:24 60:17
64:18 90:19
**maybe** 17:14
32:1 56:22
74:19 84:3
**me** 5:4 17:15
20:19 21:9
23:14 31:24
32:22,24
34:10 35:11
56:9 60:3
64:13 75:24
77:3 80:25
81:6 85:5,8
88:17 89:25
**mean** 24:21
50:20 68:15
71:10 72:10
**meaning** 27:25
43:5
**medical** 5:20
6:8 42:15
79:16 87:17
88:9
**medically**
42:18

**meet** 15:12
27:18 40:20,
24
**meeting** 9:7
43:25 46:7
58:14 80:12,
13 84:22
86:18,21
**meetings**
27:16 84:20
86:16
**member** 18:12,
14 44:18,20,
21
**members** 30:4
**mentioned**
45:18 89:20
**menu** 25:1
**message** 42:25
**met** 84:15
**method** 29:8
**methods** 48:16
**midday** 50:1
**middle** 76:2
**might** 21:25
26:3,4
**mile** 62:11
**miles** 54:14
**Miller** 44:21
**minor** 65:2
**minors** 32:12
**minute** 48:8
49:8 84:8
**minutes** 80:5,
7,9 83:11
**mix** 66:17
**mom** 87:20
**moment** 56:15
60:22
**monetary**
10:20
**money** 10:20
73:15
**month** 8:17
**Moore** 44:15
**more** 5:13

9:11,15,16
22:9,10,14,
17,23,24
23:2,23
25:18,19,24
44:16 63:8
65:18 72:6,10
77:14 78:2
**morning**
48:10,13,20
49:24 84:13
**most** 18:12
25:20 26:4
48:8 58:13
63:20 75:24
**mostly** 70:20
**motivation**
54:15
**move** 44:23
**moved** 69:24
**Mr** 4:18,21
11:10 14:24
17:14 22:5
26:11 27:25
33:12,16
37:11,18,25
39:5 40:2,7,
14,22 47:21
49:12,17
50:17 51:10
52:4 53:18
55:22 56:11
60:5 61:4
64:17,18,21
66:8 67:20
68:14,19
72:4,17,19
77:17 78:20
79:18 80:16
82:5,10,23
83:3 84:6
86:3,14 89:3,
7,12 90:16,
23,24
**Mrs** 31:10
32:6,17,21
40:24 50:9
51:7,16 52:2
53:19 58:21

85:4,25 87:2,
10,11 88:11,
16 89:4
**Ms** 35:11 41:6
49:9 53:12
56:8 57:2
60:3,10 66:7,
12 68:7,18
70:22 71:16
72:18 73:19
74:1,24 78:5,
19 79:7,10
80:17 81:1,
13,20 82:1
83:10,15
84:7,9,12
87:22 90:15,
18,21,25
**much** 8:21
9:16 70:20
72:15 73:13
**multiple** 9:4
56:1 59:25
**municipalities**
51:23
**must** 85:17,18
**my** 5:18 6:13
7:14,25 21:12
27:2 28:20
31:18 32:9
33:19 44:2
46:11 50:10
51:12 56:23,
25 63:24 65:8
70:14 78:21
83:12,16,25
84:3,4,13
85:4,9 88:8
89:9
**Myself** 44:11

---

**N**

**name** 4:19
19:21 20:15
32:12,17
44:19,21
63:22,23 66:2

**names** 32:11
42:3 44:17
**National**
52:13,14
**nature** 83:14
87:3
**necessarily**
75:14 77:6
**need** 47:6
86:22 87:17
90:25
**needed** 50:1
**needs** 9:7
14:8 48:15,24
**new** 83:20,22
**next** 16:14
46:7 60:6
**Nick** 18:13,
14,21 26:2,3
44:12
**niece** 88:8
**night** 17:1
**nine** 8:2
**no** 6:15 7:19
10:16 12:8,25
13:22 14:6,
19,23 15:6,8
16:2,21 17:2,
5 18:2 20:10
24:9 25:3,7,
11,25 28:1
29:7,22 31:15
34:6 35:19
36:20,21
37:14,17 38:5
39:13 40:23
41:1 42:3
43:7,15,18
44:18 47:12,
22,25 50:24
51:24 52:5,12
53:6,8,10,22
54:6,20 55:1,
7,12,23 57:18
58:11,23
59:5,13,17
60:14 63:14,
24 64:16

65:13,20,23
66:5,7 67:25
68:8,10 69:9
70:8,11 71:7,
9 73:23 76:5
77:8 78:15
79:13 81:14
83:5,6,19
84:6,24 85:3,
7,11 86:9,12,
20,24 87:15,
19 90:2,5,8,
11,14,15
**nobody** 5:4
**nods** 5:6
**non-city**
21:11
**non-resident**
73:13
**nonprofit** 7:8
47:1,6
**North** 51:17,
22,24 52:11,
16 53:1,3,22
54:4,10,12,
16,19,22
55:6,21,25
56:3,6 59:17
61:1 62:4,12
65:25 66:1,3,
10,18,19,24
67:1,3 68:12,
17,22 69:14,
18,22 70:1
71:23 72:9,12
74:20 78:16
**not** 5:2,22
14:4 15:11,25
21:7,13 23:7
28:20 29:19
30:22 31:18
33:15,24,25
35:18,24
39:14,24
42:12,20,23
45:8,16 46:18
50:7,10,12,14
51:8,12 52:2
56:25 58:10

59:20 60:4,10
61:14 62:5,
14,19 63:16,
24,25 66:8,17
67:12 70:14,
20 71:10,12,
17 72:20,24,
25 73:2,3,20
75:14 77:6
79:4 80:19,23
81:11 83:16,
25 84:3 87:15
91:5
**Notary** 4:2
**notes** 46:4
**nothing** 4:10
72:1
**notice** 6:13
**notify** 74:2
**notwithstandin
g** 73:9
**now** 5:20
18:23 38:7
64:10 74:16
75:1 76:11,14
78:1 89:24
**number** 38:24
50:20 51:3
60:18 61:10,
23 62:17
77:12 78:11
85:22 88:8
89:25
**numbers** 23:13
77:19,21
**nut** 72:8

---

**O**

**o'clock** 91:3
**Object** 14:24
22:5 26:11
33:12 37:11,
18 40:2,22
73:19 74:24
78:5 83:10
**objection**
11:10 47:21

49:12,14,17
51:10 52:4
53:18 55:22
61:4 66:12
68:7,14,18
71:16 72:4,
17,18 74:1
77:17 78:19
79:7 80:16
81:1,13 83:15
89:3,7,12
**observed** 26:9
**Obviously**
36:21
**occasion**
26:16 28:5
29:18
**occasions**
4:25 35:21
55:4
**of** 4:3,22 5:9
7:4,25 8:3,9,
12,15 9:11
10:1,3,6,10,
13,22 11:5,
11,24 12:2,
13,19 13:14,
19,20 14:8,9,
10,14,17,20
15:3,13 16:9,
19,22 17:3
18:14,18
19:1,3,6,10,
11,21 20:11,
18,19 21:7,
10,12,13
22:12,19
24:6,15,25
25:4,8,9,18
26:14 27:13
28:20,24
29:1,4,5
30:4,14 31:5,
6,7,16,24,25
32:9,11,15
33:4,13,15,21
34:4,12 35:5,
6,23 36:4
37:15 38:6,8,

24 39:17,21,
22,24 40:8,14
41:2,3,5,11
42:3,15,17
43:2,5,12,16,
17 44:2,10
47:11,17,23
48:16 49:15,
22 50:13,15,
20,25 51:3,
13,14,15,19
52:25 54:1,5,
6,9,10,15,17,
22,24 55:6,
18,25 56:6,7,
15 57:5,19,22
58:5,13,14,17
59:25 60:15
61:1,2 62:4,
8,18,19,20
63:24 64:11
65:5,8 66:6,
14 67:14,17
68:5,21 69:8,
17 70:16,17
71:1 73:9,11,
24 74:5,7,8,
21 75:3,5
76:2,6,9,11,
13,15,25
77:5,12 78:8,
10,12,13,21
79:12,14,16
80:2,10,14
81:22 82:20
83:2,8,12,14,
17,18 84:4,18
86:1,5,15,19,
22 87:3,6,18,
22,24 88:1,
18,22 90:7,9,
13 91:4
**off** 7:25
33:16 62:11,
15,16 63:24
65:8 83:11
84:3 91:1
**offered** 13:1
31:19 61:24

62:4 79:1
**offering**
12:24
**office** 82:25
83:1,23
**often** 27:18
86:17
**oil** 35:7
**okay** 5:7,8
13:8 20:19
32:12 44:25
56:17 60:5,24
61:10 62:1
**old** 6:18 7:15
9:5
**oldest** 6:21
**olds** 12:13,14
**Olea** 44:15
**on** 9:12 12:12
14:10,12
16:25 18:19
24:7 25:1
28:9 30:4
35:9 36:19
37:4 39:25
40:11,21
41:16,22
43:14,22,23
44:5,24
46:13,15 50:2
52:12 53:5,16
56:22 57:25
58:5,18 60:17
61:10 62:14
64:2,10
65:10,13,15,
18,21 67:10
69:24 70:21,
23,25 73:12,
14 75:17
76:12,22,24
77:10 79:11,
15 80:1 81:8,
10 82:13,20
88:4,20
89:18,23
**once** 56:8
88:16

**one** 18:23
22:14 25:18,
19 30:14
42:12,17
45:11 56:4
59:1 60:1,3
70:16 75:2
77:2,3 80:14
88:8
**ones** 15:21
78:22
**online** 11:22
**only** 7:23
12:25 13:7,8
15:10,21
16:24 18:4
38:11 39:19
40:8 44:17
45:13 51:13
54:6 58:10
76:23 89:9
**onto** 15:5
71:15
**open** 17:19,21
23:21 48:19,
20
**opened** 5:19
**operation**
10:3
**operational**
61:1
**operations**
9:3 11:5
70:21 71:1
**opinion** 32:25
**opponents**
52:23,24 53:9
**opportunities**
47:7,16
**option** 69:17
**or** 4:8,15
5:4,5,6,21
6:20 8:9,17
9:6,12 10:20
11:16,24 12:3
13:5,17 15:10
16:2 17:16
18:24 19:24

20:13 22:19
23:4 25:9,14
26:12 27:24
29:6 31:23
32:1,8,20
33:10 34:15
35:7 36:10,
21,24 37:15,
19 40:11 41:2
42:15 44:17
46:4 48:21,23
49:1,2 51:7
53:3,19 54:9,
14 55:18,20
57:8,9,16,22,
25 59:10,11,
17 68:12,17
70:17 71:12,
14,20 72:6,8,
10,25 73:2,3
74:19,22
75:19 76:10
77:5,10 83:5,
14 87:17 88:9
**order** 10:18
**ordering** 26:1
90:24
**orderly** 13:17
**orders** 26:3
**organization**
7:8,13 9:2
10:23 11:11
**organizational**
42:22
**organizations**
9:8,21
**other** 5:1,3
9:23 10:12,13
12:14 14:2
18:3 20:24
26:25 29:19
32:2 33:24,25
35:17 36:2
37:3,8 41:18
42:13 49:3
51:23 53:20,
24 54:5 55:19
56:3 58:5,20
59:23,24

64:17 78:6,9,
16,17,22
79:16,23
80:19,20,23,
25 81:11 82:3
88:2 89:21,23
90:12
**others** 25:24
71:14
**otherwise**
47:7 71:5
**our** 9:9 11:16
17:12 66:17
83:11 86:23
**ourselves**
49:2
**out** 11:16,22
16:2 17:9
23:5 29:1
35:17 38:2,4
48:6,12 49:5,
23 54:6 60:18
64:9,12 68:12
72:15,22 76:1
78:23 85:6,9
86:1
**out-of-area**
21:4
**outlawed**
33:22
**outside** 20:18
27:5,7 35:8,
14 46:23 57:6
**over** 5:3
19:13,20
26:16 28:5
31:13,22
35:21 36:18
37:24 47:16,
20,24 55:4
56:9 58:24
62:11 63:6
**oversee** 9:3
40:20
**oversees** 7:8
19:8,17
**own** 13:14
39:11,14

55:3,10,15
71:25 72:7
85:2
**owns** 60:20

---

**P**

**p.m.** 48:23
**page** 56:15
60:17 75:2
82:13,20
**paid** 8:21
12:23 18:9,
10,24 19:19,
24 20:2,6,10
**Palm** 4:22
5:16 6:3,22
7:1,6,21 8:16
10:2,9,14
11:7,24 12:3
13:19 14:1,
14,17,21
15:1,3,4
16:19,22
18:14 19:1
20:17 21:7
24:6,25 25:4,
8 26:7 43:2,
5,12,16 49:22
51:17,23,24
52:2,7,11,12,
16,17,23
53:1,3,13,20,
22,23 54:4,8,
10,12,16,19,
22 55:5,6,21,
25 56:3,6
59:17 61:1,19
62:5,12 65:25
66:1,4,10,18,
19,20,24
67:1,3 68:1,
5,12,17,22
69:14,18,21,
22 70:1,17
71:13,23
72:2,9,12,21
73:11 74:20
78:17 84:14,

25 85:13 86:6
**paperwork**
25:22
**paragraph**
75:2
**paramedic**
5:21
**paramedic/
firefighter**
5:18
**parent** 13:4
16:1 34:21
46:10 49:2
72:11 74:8
80:20,24
**parental**
14:10
**parents** 11:20
12:19,21,23
26:22,25 27:2
29:14,19,23
30:4 31:6,20
32:2 35:16,23
36:4,14,18
37:3 40:14,20
41:3 42:17
49:3 54:22
55:10,12,19
56:5 58:5,11,
14,17 68:21
71:14,24 72:7
**park** 27:9
31:8 33:10,14
34:21 35:16,
23 36:19,22
37:1,9 45:19,
21,24 46:17
47:11 48:19
49:10,16 50:8
55:16 69:25
76:19
**parks** 75:4,17
**part** 18:12
31:16 53:16
61:2 75:3,24
79:16,17
**participants**
23:2 36:11

38:11,24 51:3
77:13,15
83:18
**participate**
6:22 32:7
53:14
**participating**
62:18 64:1
**particular**
65:15
**parties** 91:5
**party** 60:11
**pass/fail**
15:22
**past** 13:1
23:17 33:7,9,
13,22 88:18
**Pat** 44:15
**pause** 33:18
84:5,10
**pay** 11:22
16:5,16 21:5
25:14 72:15
**pays** 15:17
72:22
**PBGYA** 61:13,
24 62:3 66:10
74:8 76:6
**PBGYAA** 66:3
68:2,11 70:19
71:3,14 72:15
73:18 74:5,13
75:20,25 80:2
83:8,17,23
84:1 88:18,22
**peanut** 27:22
28:16,25
29:15 30:5,
11,21,23
31:13,25
33:14,22
34:4,21 35:5,
7,9 36:8 38:5
41:11 47:19,
23 48:1,3
49:10 50:7,24
57:15 58:11,
18 64:2 72:7,

12,13 74:17
85:4 86:23
89:18
**peanut-free**
29:8,25 30:3
32:4
**peanuts** 24:20
25:16,17
26:9,13,18,23
27:3,8 28:17
30:7,9,22
31:7 33:9
34:14 35:7
36:7,8 41:16,
21 45:19,23
46:10,16,24
47:2,9,11
49:16 50:15
51:4 54:18
56:23 57:8,16
58:11 71:25
78:13 80:1
81:4,5 87:13
88:9 89:10
**people** 11:15
18:10 20:8
21:14 23:1
25:17 26:14
27:6 42:11
43:6 65:18,21
78:2 88:2
**per** 8:18,19
23:15
**percent** 52:25
**percentage**
21:10 25:9
**perhaps**
35:17,24
**period** 61:5
**permission**
37:12
**permit** 14:22
41:18 42:23
43:14
**permits** 10:10
20:22,24
**permitted**
71:8,10,12

**person** 49:19
50:2 75:19
**personal**
40:19 59:10
**personally**
26:8
**PGA** 52:13,14
**PGYAA** 74:7
86:15,16
**phone** 75:12
**physically**
19:8
**pick** 80:20,24
**picks** 13:16
**place** 47:20
50:22 81:10
**placed** 41:22
79:15 81:10
**placing** 81:8
**plaintiff's**
67:20,22,24
79:18,19,21
81:7 82:5,6
83:6 85:22
89:24
**plan** 50:22
**play** 9:12,23
14:3,17 15:19
16:19 17:3
22:16 23:6,8,
15 30:19
34:22 38:13,
17 39:25
46:25 47:4
51:22 53:1,20
59:4,11,16,18
61:2 62:20
65:9,25
66:16,19,22
67:8,9 69:3,8
74:4 77:5
78:9,16 79:2
87:18 88:20,
25 89:6
**played** 7:20
9:17,20 18:1,
4 38:5,7,14
39:21 52:16

53:24 63:18
65:15 67:2,
15,17
**player** 35:9
**players** 9:13
12:19 40:4
50:20 59:21
73:22
**playing** 7:14,
18 27:22
35:18,24
53:13 63:13,
16 69:17
78:25
**plays** 16:25
76:12
**plead** 12:18
**please** 4:6,19
**Podimetrics**
6:12
**point** 37:24
58:24
**policy** 73:18,
24
**pool** 79:17
**popcorn** 24:20
35:6 57:9
**popular**
25:18,20,21
26:9,13
**position** 74:6
86:14
**possible**
28:15 60:2
62:19 86:17
**potential**
89:5
**practice**
16:14,20
52:14 77:3,5
**practices**
16:7,9,11
17:19 29:6
51:16 52:15
53:25 54:3,5,
17,21 55:9,20
57:23 59:17
66:25 70:1

precedent
80:19,23
81:12
precipitated
57:2
preclude
53:13 57:14
predating
34:3
Predicate
72:19
present  6:6,
25 44:3
president  7:4
8:3,10,11,12
24:15 26:17
35:15 37:6
44:11 45:13
74:7 84:18
86:15 88:22
president's
46:11
pretty  44:23
prevent  27:5
71:14,24 72:7
previously
61:15 78:1
86:25
price  25:1
prices  24:23
Prieto  43:8
64:15 70:13,
15 81:16
primarily
9:17
prior  4:25
13:10 33:20
38:4 63:2,25
74:6 75:4
81:22
privy  15:25
86:10 90:9
problem  47:23
55:18 88:4
problems  41:3
proceedings
33:18 84:5,10

process  4:23
14:9 31:17
products  24:3
72:8
profits  25:9
program  16:16
programs
10:4,18,22
11:6
promise  51:1,
2
proposal  52:6
56:6
proposals
51:15
propose  53:19
proposing
52:1 54:15
provide
10:20,23,24
86:2,7
provided  62:8
88:24
provides
11:1,3
public  4:2
11:14 37:1
publish  68:16
published
68:20
purchasing
19:15
purview  14:20
20:19
put  41:16
42:11 50:22
71:20 74:25
84:13
putting  46:5

Q

Quasha  31:10
32:7,21 35:11
40:13,24 41:6
49:9 50:9
51:8,16 52:2

53:12,19 56:9
57:2 58:21
60:10 64:23
79:11 81:18,
20 82:1,21
85:4,25 87:2,
10,11,23
88:11,16
89:4,5
Quasha's
32:17
Quashas  26:25
33:2,3 34:1,
3,12 42:10,19
45:15 49:15
63:9 81:16
82:17 84:22,
25 86:11,19,
22
question  7:5
33:19 72:5
80:22 81:6
questions
5:1,2,13
17:13 64:18
84:6 90:15
quicker  50:5
quickly  56:21

R

raining  17:6
rains  17:9
raise  4:6
ran  88:19
random  12:12
77:1,7
rare  16:3,4
rate  13:15
rather  5:6
reaction
35:13
read  60:18,22
90:18,19
reading  34:11
91:4

realized
34:25
rearrange
59:22
reason  15:10
23:4 42:8,9,
15 50:11
79:16 80:13
81:11 87:15
reasonable
21:9 61:24
88:23
reasons  78:6
80:14,21,25
Rebecca  44:13
rec  9:6,10,
11,17 21:19
28:2 75:18
recall  5:4
42:4 44:1
57:1 58:20
64:15 71:18,
19 76:16
77:20 80:11
81:25 84:3
receive  15:21
received
40:13 56:8
73:21 82:23
83:4
receiving
33:20 34:20
83:7
recent  63:20
recently
24:21 40:9
recognize
67:24
recollection
28:10
recommending
78:16
record  13:14
19:17 33:16
60:19 83:2
91:1
redact  32:13

redacted   60:4
redactions
  60:2
refer   87:1
referring
  14:13 17:23
  32:15 56:18
  65:4 85:21
refers   62:2
reflected
  80:5
refunded   59:6
regard   43:13
  79:10 80:9
  82:17
regards   69:3,
  17 70:19
  73:22 75:16
  76:14 78:1
  79:25 81:16
register
  11:20 13:11
  23:9,11 41:6
  59:1
registered
  39:23 63:11
  73:10
registering
  41:10
registrant
  21:6
registrants
  21:10
registration
  10:19 11:22,
  23 12:7 13:11
  59:6 73:8
regular
  39:11,14
  65:13
rejected
  49:11
relayed   42:25
remember   4:25
  33:15 39:2,9
  42:2,21 44:20
  67:4 79:9

80:18 81:17,
  19,24 82:2,3
  89:20,22
removed   33:9
  48:3
rent   72:15,22
repeat   80:22
rephrase   81:6
report   46:11
Reporter   4:2,
  6 90:19,22
represent
  64:22 84:14
representation
s   60:16 87:22
request
  41:11,18,20,
  21 42:6,10,
  14,20,23
  43:14,17
  45:1,16,19
  46:1,5,13,15
  49:10,16
  60:23 73:24
  76:1 78:18
  79:10,14
  80:21,25
  81:8,9,12
  82:20 84:23
requested
  46:10
requesting
  79:25
requests
  14:2,7,8,10,
  18,22 37:12
  42:7,12 45:9
  83:9
require   15:11
  23:6
required   23:9
  78:3
reschedule
  17:11
Rescue   6:3
reserve   71:2
resident   21:7

73:11
residential
  5:11
residents
  21:11
resolution
  78:12,18
respect   49:15
  50:13 85:2
  89:24
respectful
  58:17
respond   5:7
  88:15 90:7
response   14:5
  15:22 27:3
  29:19 42:6
  89:11
responses   5:6
responsible
  90:4
result   41:11
  78:14
revenue   47:2,
  4,5
right   4:7
  16:8 18:23
  36:22 62:17
rights   61:6,8
Ripken   9:8
risk   74:25
Road   9:18,20
  17:17 18:1
  33:23 34:5
  48:7 54:13
  62:11,14,15,
  16 67:18
  72:8,13
Roadhouse
  47:20
Robert   19:23,
  24
Rogers   20:16
role   6:25
  7:3,17 13:20
  14:18 15:19
  16:20 17:3

20:14 34:22
  38:17 46:25
  47:4 70:19
  84:17
rookie   65:2,
  9,14,19 67:2,
  17 68:25
  76:8,14,15,
  21,23,24
  77:2,4,22,25
room   13:15,16
rough   8:15
  23:14
rule   46:18,20
  47:13
run   10:18
  14:21 54:6
  88:17
running   10:22
  31:23 57:8,17
runs   28:2
  69:14

_____

S

S-A-U-N-D-E-R-
S   28:4
S-C-H-W-A-B
  39:4
safety   62:8
  87:24
said   13:8
  20:2 23:24
  27:11 33:6
  38:7 41:25
  47:13 56:22,
  24 65:3 66:7
  74:3,19 75:12
  82:2 85:12,
  16,17 86:22
  89:21
sale   31:7
  78:13
sales   33:14,
  22 34:4,21
  38:5 49:10
  50:8,24

same  12:8
  44:4 50:12,22
  52:17,19,21
  60:1 61:14
  65:10 72:2,11
  73:9 77:2,4
sandwich
  35:10 72:12,
  13
sandwiches
  36:9
satisfied
  29:19,23 32:2
Saunders  28:4
  32:22 33:21
  40:14 44:13
  82:8,10,17,24
say  6:12
  11:12 14:13
  17:23 22:23
  25:20 27:2
  32:12,14
  46:10 50:17
  80:13 85:4,8
  87:3,16
saying  17:6
says  56:21
  61:10,23
  62:17 77:12
  82:13
schedule
  16:13,15,20,
  23 17:7 62:4,
  19 67:14 71:4
scheduled
  38:8 76:6
schedules
  67:7,10
scheduling
  17:4 38:22
  50:14 62:23
  78:12
scholarship
  47:6
school  5:15
  21:25 22:11
schools  5:17

Schwab  39:4,5
  40:7
Scott  4:21
Sean  28:4
  32:22,23 34:7
  44:13 82:8,16
season  8:14
  12:6 21:23
  22:23 23:2
  24:19 27:20
  30:23 34:15,
  16,22 37:20,
  21,23 38:3,11
  39:3,8,21
  40:17,21,25
  41:4,7,10
  42:24 49:21
  50:13 51:5,9
  53:10 54:24
  56:7 58:14
  59:1 63:11,20
  64:10,11 77:5
seasons  21:17
  22:4,8,22
  23:14 56:1
second  13:18
  21:23 33:17
  60:17 82:20
secretary
  44:13
section  60:22
secure  10:17
  12:16
see  35:4
  47:17 60:13,
  16 61:13 75:5
  82:14 88:13
seek  41:6
seem  26:14
seen  35:21
  49:3 68:1,9
  79:22 84:1
  85:12 90:1,12
select  37:7
sell  5:20
  25:16 26:14
  35:4 36:24
  47:9 71:11

selling  26:4
  34:14 37:16
  41:16 45:19,
  23 46:10,16
  49:16 50:14
send  11:16
  70:6,9 83:1
senior  65:2
sense  30:3
sent  33:1,3
  52:13 58:21
  82:10,25
  90:10
separate  8:5
September
  81:22
serious  88:10
serve  56:23
  71:6
Service  6:5
services
  74:13
set  51:23
  57:5 70:5
  80:19,23
  81:11
Seth  4:14,20
  44:11
sets  24:23
several  32:7
she  44:18,19
  57:3 58:21
  71:2 85:8,9
  89:9,17,20,21
she's  82:3
shell  57:16
shells  47:20,
  24 48:1,3
  89:18
shock  29:5
  87:7,13 89:19
Shorthand  4:2
should  24:8
show  13:12
  40:19 59:22,
  23 86:25

showed  39:17,
  22 86:19
showing  39:24
  64:1
shows  13:11
shrugs  5:6
  76:3
sign  11:15
  16:5
signed  35:2
  64:4,9,12
  73:12
significantly
  50:16,18
  77:13
signing  91:4
signs  71:17,
  18,20,21
simply  53:16
  62:19
since  7:14
  74:16
sisters  36:10
  55:19 57:15
sit  30:8
site  62:5
  67:11
sitting  35:17
  64:7
situation
  33:13 34:23
  40:15 51:20
  57:20
situations
  33:21 34:4
six-year
  12:14
size  76:13,23
  78:8
Smith  14:3
snack  36:11,
  14,19 37:4,13
snacks  30:6
  35:24 55:15
  58:11
Snickers  35:5
  57:9,16

so 4:10 7:15
8:25 12:8,12,
21 13:4 14:3,
6 15:12,15
16:5,12 17:6
18:19 21:4,6
22:11,14
23:8,13 26:3
28:16 29:11
34:3,20,25
38:22 41:20
42:12 44:7
46:9 47:6
51:24 53:1,5,
25 54:7,18,21
55:15 57:6,10
59:22 62:2
63:8 65:6
66:19 69:4,24
74:21 76:21
82:13 83:2
85:16 86:5
88:20,24 89:6
soccer 8:1
18:1 57:4,6,
10
softball 8:2
sold 24:2,4,
8,18,20 25:2,
5,18,23 37:9,
13 51:5
solely 14:25
solemnly 4:8
Sombrero
67:10
some 17:13
26:17 35:6
37:19 48:1
64:18 85:20
87:23
somebody
15:23 33:5
someone 21:4
23:24 26:6
33:2 35:12,13
46:22 49:14
87:12 88:3,4,
16

something 5:3
22:20 30:2
31:19 33:10,
11 38:10
46:22 58:8
76:10 81:2,3
85:18 88:25
89:10
son 7:14,18,
20 51:8
53:13,20
56:23 64:23
84:23 85:4,9
86:2,23 89:6,
10
son's 87:2
soon 83:7
sorry 20:10
44:21 50:17
81:9
sort 22:19
35:6
space 54:6
speak 27:11
70:23,24
75:13,15
83:3,7
speaking
75:21
special 41:17
88:19
specific
13:21 14:11
specifically
75:21 86:12
spectators
54:23 55:20
71:24
speculate 5:5
59:10
speculation
85:17
spoke 33:5
spoken 71:5
sport 8:5
18:4 56:23
sports 6:23

7:9,20,24
10:3 11:6
18:3 78:9
spring 9:6
21:20,22
22:3,7,9,16,
24 23:3,7,9,
15,17,18,22,
23 34:15,25
41:7,10,12,15
42:10,24
49:21 50:12,
23 51:2,5,9,
13 54:1,7,9,
17 56:7 59:1,
12 61:14,25
62:18 65:4,
19,21 67:2
76:15 77:14,
15 78:2,3,7
79:4 82:19
staff 48:10,
12 49:1 50:2
staffed 18:8
stand 17:16
18:8 23:25
24:3 25:10,15
33:6 69:9
standard 75:3
standing 71:4
standpoint
42:23
stands 17:16
18:11 24:19
25:6 47:10
71:6 72:23
star 44:15
start 11:11
41:20 74:12
75:2 84:14
starting 5:15
starts 9:4
State 4:3
statement
62:7
Stephen 43:6
60:10

Stepp 43:6
60:10
stepped 86:1
still 39:5
44:4 52:7,16
stop 14:18
27:5,8 31:7
34:14 41:16
45:19,23
46:10,16
47:10 49:16
57:7 88:3
straw 18:17
strewn 47:19,
24
strictly
43:19
stuff 27:6
55:3,10
subject 60:20
subjected
54:18
submit 37:12
submitted
11:23 12:2
such 13:2
suggest 80:24
suggested
51:21 56:4
69:19 78:11,
14
sum 63:4
supply 24:5
sure 33:19
72:6 84:9
87:18
swear 4:8
sweep 38:4
48:6 49:4
85:5,9
sweeping
48:9,16 49:23
78:23
swept 48:5,
12,24 50:1
63:2 75:4
76:1

| | | | |
|---|---|---|---|
| **sworn** 4:15 | **teammates** 52:21 | **Thank-you** 64:19 | 55:7,12,18 56:4,16,18, |
| **T** | **teams** 12:11, 17 13:21 14:11 15:5 16:6,12 41:17,22 53:24 59:23 66:16 67:7 76:11,15 78:3 | **that** 5:3,25 6:12 7:8 8:21 9:8,21 10:1, 7,12,13 11:6, 14 12:14,25 13:5,9,14 14:5,6,25 15:21,25 16:16 17:3,7 18:10 19:15 20:8,11,22 21:5,14 22:14,16,19, 20 23:1,4,8, 24 24:2,3,10, 16 25:12,18, 23 26:3,9,17, 20 27:3,21,23 28:2,3,5,7, 11,13,17,19 29:1,2,12,14, 24,25 30:2,4, 12,15,17,19 31:1,13,19 32:3,4,23 33:5,8,9,21 34:9,20,25 35:2,7,11,17, 21,22,24 37:3,6,8,19, 24 38:10,18 39:7,21 40:3, 7,10,20 41:3, 4,10 42:17,19 43:17,19,22, 23,24 44:4, 10,22 45:8,15 46:1,5,8,13, 18,20,24 47:7,10,13 48:3,16,24 49:9,19,22 50:9,22 51:1, 2,4,8,13,19, 21 52:1,2,6 53:10,12,15, 20 54:23 | 22,24 57:2,3, 8 58:8,18,24 59:2,17 60:3, 17,22,25 61:2,5,10,13, 15,16,18 62:3,5,7,10, 21 63:1,5,9, 25 64:2,15 65:16 66:14, 15 67:5,9,18 68:15,16 69:4,5,7,9,24 70:1,5 71:4, 17 72:2,6 73:4,15,22 74:4,10,17,20 75:5,7,8,11, 17 76:8,9,23 78:2,3,9,14, 16 79:1,2,10, 12 80:5,10, 12,13 81:2,3, 8,12 82:3,14, 18 83:23 85:17,20 86:1 87:12,16,18, 23 88:1,5,11, 13,15,24,25 89:5,6,14,15, 16,17,20,21, 25 90:3,10,17 |
| **T-BALL** 9:4 12:12 35:9 38:19 39:3,7, 11,15 56:22 61:14 62:18 65:2,6,9,22 68:22 76:7 77:12,14,15, 16,22,24 78:7,8,12 | | | |
| **take** 11:13 42:7,9 48:6 56:16 60:22 61:10,23 | | | |
| **taken** 4:1 45:4 | **tell** 4:19 5:4,14 7:6,10 14:21 15:3,7, 9,10 23:1 25:4,23 28:9, 10 30:4 40:7 58:10 71:17 80:25 87:11 89:17 | | |
| **takes** 49:7 | | | |
| **talk** 5:3 28:6 32:6 34:3 41:21 88:13 89:4 | | | |
| **talking** 54:1 | **telling** 56:9 90:6 | | |
| **tally** 31:23 37:15 | **tells** 16:1 | | |
| **team** 9:22 13:5 16:25 30:5 35:9 39:24 40:4,11 41:18,20,21 42:6,10,19,23 43:14 45:1,8, 16 52:12,17 53:2,5 58:6, 13,18 59:14, 16,20,21 64:2 66:18 67:2,7 69:21,24 76:14,21, 24 77:2,4,23 79:11,15 80:20,24 81:9,10 | **Ten** 76:18 | | |
| | **tend** 10:24 26:13 | | |
| | **tends** 22:14 | | |
| | **terms** 66:6,14 | | **that's** 7:15 14:25 22:2, 13,18,21 23:5 24:10 25:19, 23 27:21 29:9 32:8 37:20 40:5 56:3 57:21 58:8,15 63:10 64:10 65:15 69:10 73:9 74:20 86:4 |
| | **TERRI** 4:1 | | |
| | **tested** 29:8 | | |
| | **testified** 4:16 69:7 73:6 75:7 78:1 | | |
| | **testimony** 4:9 85:16,20,25 | | |
| | **than** 5:6 10:12 12:14 17:15 20:24 23:23 25:24 26:25 29:20 33:25 37:3,8 44:16 52:13 53:20 54:5 57:11 77:13 78:16 80:19, 23 81:11 82:3 90:12 | | **their** 11:20 12:23 13:14 14:10 16:5 |
| **team's** 39:15, 25 62:4 | | | |

26:23 32:24
33:8 35:9,11,
16 36:2,19
37:4 49:10
51:8 53:22,23
55:3,10 59:16
66:2,15,16,17
69:25 71:25
72:7 83:18
84:23 85:2
88:21 89:6
**them** 21:13
26:14,15
28:15 29:15,
20 37:4 38:20
41:14 49:13
50:2,3 55:16
61:8 65:5
71:17 80:2
82:19 88:9
**themselves**
11:6 16:1
**then** 5:16,18,
20 9:7 13:15
15:13 17:11
20:14 22:16
34:25 41:20
44:13 45:12
50:5 89:15
**there** 7:24
9:7 13:9,10
15:25 16:13
17:15,16
18:5,6 21:17
22:3 23:4
24:22 25:22
30:19 31:12
34:9 35:17
37:25 38:11
39:7 42:3
44:16,17
45:13,18,21
46:4 48:16,
21,23,25
49:14 50:11
51:7,24 54:4
55:1,4,9,12,
13 59:24
60:16,25

61:13 65:3
66:9 67:7
69:8,9 70:2,3
71:17 72:6
73:24 74:14,
16,21 76:10,
15,19,20
78:17,21
80:20 81:11
83:13,20,22
85:16,18
88:23 89:23
90:3,16
**there's** 40:5
44:18 74:21
89:18
**therefore**
57:7 88:3
**THEREUPON**
4:13
**these** 10:22
12:16 47:17,
19 69:11
80:10 83:8
**they** 9:20,21
10:23,24
11:21 12:19,
20 13:11,12,
14,17,18
15:10,14,21
16:5,11,14
20:12,13
23:11 29:14
30:4,10 32:7
33:4,5,6
34:14 35:2,6,
10,11 37:4
38:4 40:4,6
41:10,14,22,
25 42:17
45:23 47:7
53:1 55:1,15,
20 57:6,25
58:3,15 59:19
62:14 63:17
65:11,12
66:15,22
67:12,19
68:16 72:9,

12,25 73:2,3,
11 74:22
75:20 76:4
78:23 80:14
88:20
**they're** 57:11
**thing** 12:25
40:5 49:23
50:12 72:11
**things** 37:8
85:20 89:21,
23
**think** 8:2
41:25 42:3
44:23 47:9
66:1 74:19
**thinking**
20:11 31:22
**third** 21:12
56:22
**this** 8:23 9:2
12:25 13:23
17:14 23:17
26:25 28:13
29:20 30:23
31:9,14 32:8,
9 33:20
34:15,17 42:8
45:21 51:25
56:6,11,21
57:2 60:5,11
63:19,20
67:20 68:4,9
70:7,10,13
76:15 77:12
79:18,22
80:1,14,21,25
81:8,9,12,22
82:4,5,10,14,
20,23 83:3,7
87:24 88:18,
24 89:15,16
90:13
**those** 7:22
8:25 21:3,20
33:10,11
38:20 44:4
65:1 67:10
71:20,21

85:22 87:22
90:7,9
**though** 17:7
57:20
**thought**
44:16,17
46:20 69:8
**thoughts**
46:13,15
**three** 8:13
20:5,6,11
32:1 44:17
54:14 74:6,19
**through** 4:23
13:16 15:11
34:10 40:14
56:21 60:15
**throughout**
45:24 46:16
**throw** 13:13
**Thrush** 69:12,
13 70:6
**Thursday**
16:25
**tie** 45:14
**time** 6:7,25
8:15 9:2
12:23 13:2
31:9 34:9
35:25 38:13
48:19 51:7
52:25 57:24
58:13 61:5
64:19 67:9
73:12 75:8
78:10 90:10
**times** 31:24
**title** 66:2
69:15 70:16
**to** 4:9 5:3,5,
6,16,17,20
8:15,18,25
9:1,5,8,12,
14,21 10:8,
12,18,21,23,
24 11:3,14,
17,21,23,24
12:2,3,16,24

13:1,4,10,20
14:3,5,9,10,
13,18,21,24
15:4,7,10,11,
14,23,24,25
16:3,6 17:13,
20,22,23,24
18:10,17
19:11,13
20:18,19,20,
24 21:1,9,10,
12,14 22:5,
14,21 23:6,9,
11,14,24
24:6,18 25:1,
12,14,17,22
26:11,13,14,
17,18,23
27:3,5,11,21
28:6,11,14,20
29:1 30:14,22
31:7,12,18,19
32:6,9,11,13,
15,22,24
33:1,2,3,5,
12,20 34:8,
12,14,21,23,
24 35:3,4,10,
19,23 36:5,
11,14,19
37:3,4,7,11,
12,13,18,24
38:4,5,8,14,
18,20 39:25
40:2,5,6,8,
11,19,22
41:6,9,14,22
42:6,23
43:13,14,17
44:2 45:8,12,
19,23 46:12,
15,18 47:16,
21 48:6,24
49:1,10,12,
15,16,17
50:1,2,5,7,
10,13,22
51:10,11,12,
15,21,22

52:1,4,6,10,
13 53:13,18,
19 54:18
55:2,10,15,
20,22 56:6,9,
16,18,25
57:8,14,17
58:24 59:9,
11,19,20,22,
25 60:1,9,11,
15,18 61:4,6,
8 62:2,4,17,
19 63:2,4,6,
16,25 64:13
65:4,22 66:12
68:14,18
69:3,17,19,22
70:6,9,14,19,
23,24,25
71:8,10,14,
16,17 72:4,
12,13,15,17,
18,22 73:15,
19,22,24
74:1,6,24,25
75:1,4,13,15,
16,19,25
76:1,6,14,18
77:2,4,21
78:1,3,5,9,
17,18,19,21
79:6,10,11,
12,15,25
80:2,9,19,20,
23,24 81:1,8,
9,10,11,13,
16,22 82:10,
17,19,25
83:1,3,5,8,
10,13,15,16,
23,25 84:3,
13,22,23
85:2,21 86:1,
2,7,10,22
87:1,7,15,17,
18 88:8,12,
13,15,25
89:3,4,6,7,
12,22,24,25

90:7,9
**today**  6:10,
11,12 60:13
64:7 90:12
**together**  42:1
53:23
**told**  26:22
29:14,20
35:11 51:8
86:12 87:6
89:9
**Tony**  8:4
37:24 45:17
49:13,20
51:21 56:10
58:24 63:6
64:13 69:19
70:9 73:5
74:2 86:13
**too**  14:7
42:11 76:9
**top**  7:25
63:24 65:8
83:12 84:4
**total**  77:19
**touched**  89:16
**touches**  35:12
87:12
**tournaments**
9:9
**towards**  8:16
**trained**  42:18
**training**
73:21 78:24
83:20
**transcripts**
32:10
**transferred**
69:22
**travel**  9:7,
10,13,19,22,
23 23:6,8
44:15 77:23,
24,25 78:3
**treasurer**
18:19,22
19:1,3,10,20,
21 44:12

**tried**  34:24
**true**  65:16
76:8 87:17
**trust**  87:14
**truth**  4:9,10
**try**  5:2,5
17:20,22,23
28:14 51:21
86:7
**trying**  34:23
53:12 86:1
**turn**  75:1
**turned**  37:24
56:9 58:24
63:6
**twelve**  76:18
**twice**  39:22
53:1 78:7
**two**  6:17 7:23
16:11 20:13
21:19 23:14
32:1 54:14
74:19
**type**  17:3
19:11 42:15
43:17 87:6
**types**  36:4
**typical**  12:5
**typically**
12:19 58:17

---

**U**

**ultimately**
38:2 43:1,23
59:16,21
**Um-hum**  60:21
61:12
**unable**  82:19
**unanimous**
45:6,7 46:8
**under**  46:11
**understand**
11:1 21:6
42:14 72:5
**understanding**
9:1 26:12

33:9 34:12
49:22 53:15
61:3,16 62:3,
21 63:1 79:1,
14

**understood**
33:19 53:12
79:11

**uniforms**
19:15 59:23

**unless**  71:5
76:10 90:16

**until**  48:21
50:24 78:13

**unwilling**
88:12

**up**  9:5 11:15
13:12 15:5
16:5,6 17:10
35:2 39:17,
22,24 40:19
46:7 50:8
51:23 57:3,5,
8,17 59:22,23
63:4 64:1,4,
9,12 70:5
71:17,20,21
73:12 75:7,25
79:24 80:2
86:19

**upon**  14:5
34:11 37:23

**us**  4:19 5:14
7:6,10 8:14
9:1 10:8,24
15:10 16:1
25:23 28:9
34:14

**use**  10:10
16:16 54:10,
15,24 55:6,25
60:1 61:8
63:2 75:5

**used**  14:5

**utilize**  56:6

**V**

**V-E-G-A**  63:22
**vague**  72:4
**varies**  66:23
**Vega**  63:22
64:2,6
**Venoff**  44:14
**verbal**  5:6
46:9 66:9
**verify**  64:13
**versus**  21:11
23:15 65:19
66:18
**very**  7:5
56:21
**via**  45:17
**vice-president**
44:12 74:9
**vicinity**
57:22
**viewer**  36:15
**vocational**
5:17
**volunteer**
8:23,24 12:21
13:23 18:24,
25 19:24 20:1
**volunteered**
84:25
**volunteering**
9:2
**volunteers**
13:4 49:4
**vote**  35:3
45:4,13 46:13
**voted**  14:12
**Vought**  44:18

**W**

**waive**  13:1
**waived**  13:6
91:5

**want**  9:8,12
13:17,18 14:2
17:13 21:14
32:6 37:4
59:9,25 60:1
78:9
**wanted**  25:22
34:14,21
41:22 45:23
60:15 80:14
**wanting**
80:19,23
81:11
**wants**  5:5
**was**  4:15 5:24
7:14 13:1
14:9 23:17,18
31:9 33:8,21
34:7,11,19
35:3 37:23
38:2,10,19,
22,24 39:2,
11,14 40:20
41:21 42:2,3,
5,10,14,15,
17,22 43:22,
24 44:2 45:4,
6,7,17,18
46:8,9 47:13
49:14,19,21
50:7,11,22
51:4,7,8
52:10,12
53:15 54:15
56:3,9,10,18
59:6,14
61:15,18
62:19,21
63:1,25 69:7
70:2,3 74:9,
10,11,14,20
79:1,15,17
80:14,21,25
81:8,9,12,22,
25 83:13
85:17,19,25
86:7,12,25
88:1,23,25
89:16,21,22,

23 91:2,5
**wash**  35:11
**wasn't**  33:19
41:5 89:16
**watch**  13:12
**watching**
36:11
**way**  22:20
31:12 57:5
70:5
**ways**  48:25
**we**  9:3 10:7
11:16,19
12:12,13,14,
25 13:1,2,15,
16 14:8
15:11,25
16:1,2,10,16
17:11,12,20,
22,23 19:19
21:4,5,22
22:11,25
23:1,6 24:21
25:22 26:14
27:4,5 29:11
30:5,21,23
32:11,12
34:3,24,25
35:1,4 41:20
42:7,8,11,12
44:13,23
45:12 46:10
47:6 48:20
49:1 50:16,18
51:22,23
52:25 54:6
59:19,20,22,
23 61:6 63:5
66:16 67:6,9
70:5,20 71:4,
11 74:21
76:23 79:3,5
80:11 81:2
82:2,18 83:2
84:8,14 86:22
87:17 89:15
**we'll**  27:4
32:13 66:15

we're   45:8
  47:1,5 54:1,7
  71:12
we've   24:20
  28:20 56:2
weather   16:24
  17:6
website
  11:18,21
  68:1,5,9
week   8:17,18,
  19 9:1,12
  16:11,12
weekends   9:12
welcome   51:8
well   5:2
  30:19 44:23
  46:2 61:3,16
  74:3,14 88:8
Wendy   44:18
went   5:16,17,
  20 52:6
were   5:23
  13:2 14:7
  17:6 20:11
  29:19 32:2
  33:4,6,20
  34:4,12 35:4
  37:20 38:4,7,
  11 39:7 40:14
  41:2,10,14
  42:11,19
  43:12 44:17
  45:15 46:4,
  13,15 49:9
  50:16,18,24
  51:8,15 52:1,
  15 53:12
  54:21 56:5,
  18,19 59:24
  65:3,4 67:19
  73:6,7 74:4,5
  75:4 76:15
  78:17,21,22,
  23 79:6
  80:10,20
  86:5,10,18,21
  87:6 88:12,25

89:4 90:4,9,
  10
what   5:9,11
  6:6 7:3,6,20
  8:25 9:10
  10:6 12:5,8
  15:23 17:9
  18:3 19:1,10,
  11,21 20:15
  21:3,10 22:7
  24:3,7,18
  25:5,12,23
  27:3 28:10
  32:23 33:4
  34:11,12,22
  35:13,16
  36:4,18 37:4,
  8,16,23 38:2,
  17 39:20 40:3
  41:14,21
  42:5,10
  46:13,15
  47:17 48:19
  50:17 54:15
  55:1 56:24
  57:1,19 60:16
  65:1,4,24
  66:2,6,14
  68:15 70:18,
  22,24 71:10,
  13,14,23
  72:10 73:7,
  18,24 76:4
  77:10 78:22
  79:6,14,21
  80:9,11 81:3,
  25 82:3,16,24
  84:17 86:10,
  14,25 87:3,6,
  11 88:1,2
whatever   26:3
  27:4 28:14
  86:6
wheelchairs
  88:21
when   5:2
  13:11 14:13
  17:23 27:2
  28:24 29:14

32:14 34:8
  38:11 40:7
  55:9,20 56:18
  58:3,15
  59:18,23 64:9
  65:3 74:12
  79:3,24
  85:16,17,25
where   9:17
  29:4,18,20
  33:14,22 34:4
  50:23 51:7
  55:6 57:11
  58:3 61:23
  66:22,24
  67:5,7,14
  71:18 86:18,
  21 87:2
whether   9:4,6
  16:14 35:7
  40:10 43:14
  53:3 57:25
  71:11 77:5
which   6:2 9:4
  18:12 23:2
  67:2 73:9
  76:12,21,22,
  24,25 81:7
while   36:11
who   8:3 13:17
  15:7,17 18:10
  19:17 20:11
  21:7,14 24:23
  26:1,6 28:3
  32:15 35:19
  39:2 42:2
  43:6,8,22
  44:10 49:19
  53:5,9 57:15
  58:18 63:18
  69:2,4,6,11,
  13,16 70:15
  71:24 73:4
  75:15 78:11,
  14 81:4 82:8
  86:23
who's   85:9
Whoever   43:24
  75:17

whole   4:10
  19:20,21
  69:21 86:15,
  16
whom   6:9 87:9
whose   14:9
  16:15 32:17
  42:22 51:4
why   14:6 16:1
  23:4 25:16
  26:13 34:7
  39:14 46:20
  47:13 50:11
  51:2,23 56:4
  59:11 63:16,
  17 74:20 77:9
  78:7 79:14
  80:14,21,25
  83:1 88:7
  89:14
will   4:9 13:5
  17:8,11,15
  27:24 29:16,
  24 35:23
  41:21 84:14
willing   88:25
  89:4
wind   50:8
with   5:15
  6:25 7:12,17
  9:8 10:7,24
  11:11 14:3
  16:24 27:14,
  18,23 28:24,
  25 29:10,11,
  15,16,19,21,
  23,24 30:7,
  11,21,23
  31:2,5 32:2,
  10,18,20,21
  34:23 35:22,
  23 40:21
  41:10,20,23
  43:13,17 46:5
  47:19,23
  49:15 50:9,
  13,20 51:22
  52:17,19
  55:5,18 56:2

57:1 58:14,
16,21 60:1,23
62:7 63:9,15
64:1,2,6,14
65:24 66:3,17
69:2,6,11,16,
20 70:12,18,
20,22 73:10,
21 74:17
75:2,12,15,20
76:14 77:21
78:1,24
79:10,24 80:9
81:10,15,16,
18,20,25
82:16,17 83:8
84:17 85:1,12
86:2,11
89:10,24
**within**  14:20
74:13
**witness**  4:12
50:18 60:23
84:8 91:5
**won't**  51:25
62:2
**words**  14:2
41:18
**work**  5:25 6:2
13:9 20:8
**worked**  6:3,4
28:19 29:2,9
31:1 38:2
**working**  18:19
75:17
**would**  14:20
15:10 19:15
21:23 22:12
24:4 25:23
28:10,13
29:20 30:14
31:19 32:3
44:16 45:12
47:10 49:22
51:4 52:2,7,
16,23 53:1,5,
6,9,10 54:4,
22 57:14
58:15 61:13

63:2,18 66:16
67:5 69:8,21,
24,25 70:3,5
71:23 72:2,7,
11 73:4 74:2,
23 75:13,15,
25 76:4 78:7
83:11 87:6,13
88:5 89:10
**wouldn't**
15:14 47:7
54:18
**writing**  85:18
**written**  10:1,
6

---

## Y

**YAA**  19:20,22
20:4 23:24
24:7,11 25:5
31:6 34:13
41:14
**year**  18:23
21:18,22,25
22:1,11,12
23:15 24:22
53:1 63:19
74:14 76:15
78:10
**years**  5:19
7:11,15 8:13
9:5 26:8,16
28:5,22,23,24
29:2,10 31:1,
5,13,22 35:21
47:16,24
55:4,24 58:16
74:4,6 88:10,
18
**yes**  4:12,24
6:1,24 7:2
8:7,20 9:25
10:5,11 11:9
13:10 15:2,16
16:2,18 17:18
18:16 20:3,7,
21,23 21:2,

21,24 22:6,15
23:10 24:1,
14,17 26:10,
19,21,24
27:1,12,15,17
28:8,13
29:12,13,17
30:1,13,16,
18,20 31:4,
11,21 32:5,
16,19 36:13,
16 37:5,10
38:1,9,12,16,
23 39:1,6
40:1,16,18
41:8,13,19
43:4,9,11
44:6 45:3,5,
25 46:3,11,14
47:3,15,18
48:2,11,14,18
49:6,18,25
50:4,6,21
51:18 52:9,
18,20,22
53:17 54:2,
11,25 55:8,
11,14,17
56:20 58:2,7,
9,19,25 59:3,
15 61:17,22
62:6,9,13,16,
22 63:3,12,21
65:17 66:13
67:9 68:3,24
69:23 70:2
73:12,17 74:8
75:6,10 77:24
78:6 80:4,6,8
81:21 82:12,
15,22 83:22
84:16,21
85:24 87:8,21
89:2,8,13
90:21
**you**  4:8,9,11,
22,25 5:2,3,
4,5,13,21,23,
25 6:2,6,25

7:5,10,12,17
8:6,8,11,14,
15,21,25 9:1
10:1,6,13
11:13,18
12:16,21 13:8
14:13,21
15:7,9 16:6,
22,25 17:6,9,
13,15,23
20:2,11 21:6,
9 22:22
23:14,24
24:16,18
25:16 26:8,
12,16,20,22
27:2,8,11,13,
16,18,21
28:5,9,10,22,
24,25 29:4,
14,15,18,20,
24 30:5,14
31:6,12,23,24
32:6,15,20,23
33:1,13,20
34:4,8,22
35:15,21,22
36:17,24
37:6,12,15,19
38:2,7 39:2,
17,20 40:7,
14,19,24 41:2
42:2,9,14
43:6,8 44:1
45:11,15,18,
23 46:9,12,20
47:9,13,16,23
49:3 50:2,3,
8,17,20,23
51:2,15,19
52:1 53:12,19
55:9,15,16
56:5,14,15,
18,19,22,23,
24 57:1,14,19
58:10,20,21,
24 59:6,9,10,
25 60:3,11,
13,17,18

61:8,13 62:7,
10 63:4,6,8,
15,23 64:1,2,
5,6,9,12,14,
15,19 65:3,4,
18,21,24
66:24 67:24
68:1,9,11,15
69:2,6,8,11,
16 70:3,6,9,
12,18,22,24
71:2,6,8,10,
14,18,20
72:10,21
73:6,15,21
74:3,4,5,6,
12,16,17
75:5,7,12,13,
15,19,21
76:4,21,24
77:14,19
78:1,11,14
79:11,21,22,
24 80:1,7,13,
22,24 81:3,
15,18,20,25
82:10,13,14,
16,23,24
83:1,3,4,7
84:1,15,19
85:5,12,16,
17,20,21
86:1,2,5,10,
16,18,21,25
87:1,6,11,14,
16,20,23
88:5,11,12,
13,15,22,24,
25 89:4,9,17,
25 90:3,6,9,
12
**you'll**  27:11,
22 37:16
**you're**  11:14
30:22 37:7
60:10 71:10
72:25 73:2
**you've**  28:6
31:2 44:23

55:6 90:1
**younger**  30:6
38:20
**youngest**  6:21
**your**  4:6,19
5:9,11,14
6:22 7:3,15,
18,20 8:16
9:2,13 14:5,
21 16:23
20:18,19,24
21:10,15 24:6
27:3 28:9
29:5,10,19,23
30:14,17 31:5
32:2 33:20
34:11 37:13
41:9 46:13,
15,25 49:21
51:11 55:4,
15,24 56:16
58:16 61:2,16
62:3,21 63:1
64:2,19 69:7
70:19 72:5
74:3 79:1,14
81:25 84:17
85:16,25
90:19
**yourself**  50:5
**youth**  6:23
7:1,6,9,21
8:16 10:2,9,
14,17,21
11:7,17 14:1,
14 15:1,4
16:17 17:24
18:15 19:2
20:17 26:7
29:9 31:2
42:5 43:2,19
49:3 50:11
52:3,8,24
53:14,21 54:8
55:5 61:19
62:24 64:5
68:5 72:21
84:15 85:1,13
86:6

**Z**

**Zero**  8:22
**zone**  29:8,25