1             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
2              CASE NO.9:19-CV-80825-DMM

3

JENNIFER QUASHA, on behalf of
4 her son, H.Q., a minor,

5          Plaintiff,
   -vs-
6
CITY OF PALM BEACH GARDENS,
7 FLORIDA,

8          Defendant.
_____
9          DEPOSITION OF JENNIFER QUASHA

10

11            Tuesday, August 27, 2019
           11:06 a.m. - 12:44 p.m.
12

13

14          444 West Railroad Avenue
            Suite 300
15       West Palm Beach, Florida 33401

16

17

18 Reported By:
Sandra W. Townsend, RPR, FPR
19 Notary Public, State of Florida
U.S. Legal Support, Inc.
20 West Palm Beach Office
Job #1989361

21

22

23

24

25

Jennifer Quasha
August 27, 2019                                                2

```
 1    APPEARANCES:

 2    On behalf of the Plaintiff:

 3         STEPHANIE LANGER, ESQUIRE
           DISABILITY INDEPENDENCE GROUP, INC.
 4         2990 SW 35th Avenue
           Miami, Florida  33133
 5         Phone: 305.669.2822
           mdietz@justdigit.org
 6         slanger@justdigit.org

 7    On behalf of the Defendant:

 8         SCOTT D. ALEXANDER, ESQUIRE
           JOHNSON, ANSELMO, MURDOCH, BURKE,
 9         PIPER & HOCHMAN, PA
           2455 East Sunrise Boulevard
10         Suite 1000
           Fort Lauderdale, Florida  33304
11         Phone: 954.463.0100
           alexander@jambg.com
12         johnson@jambg.com

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                         -  -  -

 2                     I N D E X

 3                         -  -  -

 4

 5     WITNESS:           DIRECT   CROSS   REDIRECT   RECROSS

 6     JENNIFER QUASHA

 7        By Mr. Alexander  4

 8

 9

10                         -  -  -

11                   E X H I B I T S

12                         -  -  -

13

14     NUMBER              DESCRIPTION           PAGE

15     Exhibit No. 1      Declaration             24

16

17

18

19

20

21

22

23

24

25
```

Jennifer Quasha
August 27, 2019                                    4

```
1              P R O C E E D I N G S

2                     - - -

3        Deposition taken before Sandra W. Townsend,

4   Registered Professional Reporter and Notary Public

5   in and for the State of Florida at Large, in the

6   above cause.

7                     - - -

8   Thereupon,

9                   (JENNIFER QUASHA)

10  having been first duly sworn or affirmed, was examined

11  and testified as follows:

12              THE WITNESS:  Yes.

13                  DIRECT EXAMINATION

14  BY MR. ALEXANDER:

15      Q    Tell us your name, please.

16      A    Jennifer Quasha.

17      Q    My name is Scott Alexander.  I'm an attorney

18  for the City of Palm Beach Gardens.  And we're here for

19  your deposition today.

20           Have you ever given deposition before?

21      A    No.

22      Q    So let me go over some brief rules that will

23  make it easier for both of us and the court reporter as

24  well.

25           I'm going to ask you questions.  Please
```

Jennifer Quasha
August 27, 2019                                5

1    respond verbally to my questions.  Try to avoid nods,

2    shrugs, uh-huhs, uh-uhs or anything that won't be clear

3    when we try to read it back later on paper.

4            It's important that we don't talk over each

5    other, so even if you know what my question is going to

6    be before I finish asking it, let me get it completely

7    out.  And in turn, I'm not going to interrupt you.  You

8    can answer as long as you want to each question and I'll

9    wait until you finish before asking another question.

10           I may ask you several things today that you

11   don't know the answer to or you don't recall the answer

12   to.  If that happens, just tell me you don't know or

13   don't recall.

14           You've been placed under oath, so even if a

15   response might be harmful to your position in this case,

16   you are still legally obligated to give a truthful

17   response to each and every question.  Okay?

18       A    Yes.

19       Q    What school does your son -- we'll call him

20   H.Q. today.  What school does he attend?

21       A    Marsh Pointe Elementary School.

22       Q    Who is his teacher?

23       A    Mr. Gallucci.

24       Q    Is it correct that he is not in a peanut free

25   classroom; that he's in a mainstream classroom with kids

Jennifer Quasha
August 27, 2019                                6

```
 1   without allergies?
 2       A    He is in a mainstream classroom, but the
 3   classroom is peanut free.  They do not bring peanuts
 4   into the classroom.
 5       Q    They don't each lunch in a classroom, right?
 6       A    No, they eat in a cafeteria.
 7       Q    So when a parent sends in snacks, whose
 8   obligation is it to that make sure if there's a birthday
 9   party or someone brings in cupcakes for a birthday,
10   whose responsibility is it to insure there are no peanut
11   products brought into any of your son's classrooms?
12           MS. LANGER:  Objection to form.
13           You can answer.  Objection for the record, but
14       you can answer.
15           THE WITNESS:  Sorry.
16           It really -- it depends on the classroom.
17       Last year -- what was the question again?
18   BY MR. ALEXANDER:
19       Q    Are there occasions where there are snacks
20   brought in the classroom for someone's birthday or
21   something like that?
22       A    Yes.  They're store bought and they're usually
23   nut free.  And his teachers are very considerate.
24           And in the beginning of the year I sent in
25   safe snacks for him.  And they also will let me know
```

Jennifer Quasha
August 27, 2019                                    7

```
 1   when they are bringing in snacks, so...
 2        Q    All right.  And --
 3        A    Uh-huh.
 4        Q    -- in the cafeteria, are there peanut free
 5   tables?
 6        A    There are peanut free tables, yes.
 7        Q    Are you aware that your son sat at a peanut
 8   free table last school year?
 9        A    Yes, I am aware.
10        Q    Are you aware he's no longer, this school year
11   no longer sitting at a peanut free table?
12        A    I am aware, because his teacher is so kind
13   that he lets him sit on the end of the table.  And I
14   send in wipes and he cleans his hands and the table
15   before and puts him at the end to keep him safe.
16        Q    Did you play any role in the decision to have
17   your son sit at a table where peanuts were allowed to be
18   consumed in the school cafeteria?
19        A    Yes, I did.
20        Q    And who did you interact with --
21        A    He doesn't sit next to people who are eating
22   peanuts.  His teacher checks everyone's lunchbox first
23   to make sure they're allergen free.  And he sits next to
24   someone who doesn't have it in their lunchbox, uh-huh.
25        Q    What about two people over, is it possible
```

Jennifer Quasha
August 27, 2019                                    8

1   that someone two people over could be eating a peanut
2   butter and jelly sandwich?
3        A    It's possible, yes.
4        Q    So under the situation which you've blessed at
5   his school, he could be sitting literally three or
6   four feet away from someone eating a peanut butter and
7   jelly sandwich?
8        A    He could, but he's not sitting directly on
9   peanuts.
10            MS. LANGER:  Objection to form prior to the
11       answer.
12   BY MR. ALEXANDER:
13       Q    Well, my question wasn't whether he was
14   sitting directly on peanuts.
15       A    Right.
16       Q    My question was, have you blessed this
17   situation at his school where he's no longer at a peanut
18   free table and he may be sitting one child over from a
19   child consuming peanuts?
20       A    Yes.
21       Q    And you don't think that presents a health
22   risk to your son, based upon the severity of his allergy
23   situation, correct?
24       A    I mean, he's okay so far.  But they stay in
25   their seat and they're not touching him and they wash

Jennifer Quasha
August 27, 2019                                9

1   their hands after lunch.

2        Q    Who washes their hands after lunch?

3        A    The teacher.

4        Q    Washes whose hands?

5        A    The whole class.

6        Q    The whole class washes hands after lunch?

7        A    Yes.

8        Q    Is that Mr. Gallucci that organizes that?

9        A    Yes.

10       Q    What about the child that's sitting across

11  from your son, is there any preventative measures to

12  insure that the child sitting directly across the table

13  from your son closer than we are to each other right now

14  is not eating peanuts?

15       A    He sits at the end of the table, so, like,

16  here.

17       Q    At the end of the table, we're at the end of

18  the table and there's two of us at it.

19       A    Those people do not have any food allergens in

20  their lunch.

21       Q    Who are those people?

22       A    I'm not sure of their names.  The teacher, I

23  said, checks the lunchboxes before lunch.  So it could

24  vary.

25       Q    So what went into this decision on your part

1    to allow your son to be moved from a peanut free table

2    at his school cafeteria to a table that is not peanut

3    free?

4         A    Because he wanted to be included with his

5    friends, and sitting at a table alone is very isolating.

6         Q    Was he the only one at the peanut free table

7    last year?

8         A    No, he was not.  But the person that he sat

9    with is also doing the same thing this year.

10        Q    So as of the 2019/2020 school year, your son

11   will not be eating lunch at a peanut free table any

12   longer; is that correct?

13        A    Well, if this works, then -- and it's safe

14   this way, then we will continue this.

15        Q    When did you learn that your son was not going

16   to be eating at a peanut free table in the current

17   school year?

18        A    He was sitting at the peanut free table when

19   school started.  And he told me that he really wanted to

20   sit with all of his friends, he was lonely.

21        Q    So when did this start?

22        A    I don't know the exact date.  I mean, we're

23   into the third week of school, so...

24        Q    And what in particular have you instructed his

25   teacher to look for as it relates to the child sitting

```
 1  immediately next to your son?

 2       A    To see if there are any type of nuts or sesame

 3  seeds in the lunchbox or raw nuts, raw eggs, any raw

 4  food.

 5       Q    What about pineapple?

 6       A    Pineapple, sure.

 7       Q    So we have --

 8       A    He has a list of his allergens.

 9       Q    What else is on the list besides nuts, sesame

10  seeds, raw eggs and pineapple?

11       A    Eggs, sesame, peanuts, tree nuts, shellfish,

12  pineapple and possible fig, but we're not sure about

13  that one yet.

14       Q    Can you tell me the name of the child who is

15  sitting next to your son at lunch at the end of the

16  table?

17       A    I told you that each day he checks with the

18  students to see who is not -- who did not bring

19  allergens in their lunchbox.  And that's how he arranges

20  it.  He takes his time to help him and check lunchboxes.

21       Q    Has your son ever had an allergic reaction at

22  Marsh Pointe Elementary?

23       A    No, he has not.  They're very accommodating

24  and they do their best to keep him safe.

25       Q    Is there any prohibition from another child
```

Jennifer Quasha
August 27, 2019                                          12

```
 1  besides the one sitting next to your son at his lunch
 2  table from eating peanuts?
 3       A    Is there -- I don't understand your question.
 4       Q    Will the teacher allow, based upon your
 5  understanding of how the teacher is managing the
 6  situation, a child to sit at the same, exact table as
 7  your son eating peanuts?
 8       A    I'm not sure.  I'm not in the cafeteria.  But
 9  definitely the people sitting next to him.
10       Q    When you say, people sitting --
11       A    And there aren't peanuts in his chair or on
12  his table.  He's not sitting in peanuts.
13       Q    How do you know?
14       A    Because the teacher -- I send in wipes and the
15  teacher cleans his hands and cleans his table and his
16  chair before he even sits down.  And then he puts a
17  paper towel down and puts his lunch on it that I provide
18  in his lunchbox daily.
19       Q    What about the floor, does anyone clean the
20  floor?
21       A    There's no peanut shells on the floor.  And
22  yes, the floor is cleaned after every grade and the
23  tables.
24       Q    Does anyone make a special dedicated cleaning
25  of the floor under where your son will sit?
```

Jennifer Quasha
August 27, 2019                              13

```
 1        A    Well, they use a broom to clean the floor.
 2             Is there a special thing to clean a floor with
 3    for food allergens?
 4        Q    No.  What I'm asking is, is there any special
 5    cleaning done for your son's cafeteria spot, as opposed
 6    to the way the floor is cleaned for everyone else in the
 7    cafeteria?
 8        A    Just the way that you would clean a floor.
 9    You sweep it and you pick everything up off of it.
10        Q    If there were peanut butter on the floor under
11    his seat --
12        A    Uh-huh.
13        Q    -- based upon your understanding of his
14    allergies, would that present any particular risk to him
15    as long as he's wearing shoes?
16        A    I mean, it would depend.  Does he get it on
17    his fingers?  I really don't know.
18        Q    Does the aroma of peanut butter trigger an
19    allergy in him?
20        A    It has not.  I mean, allergies are ever
21    changing, so don't know from one day to the next.
22        Q    Now, I'm not asking a hypothetical.  I'm
23    asking in fact.
24        A    That's not hypothetical.  That's how allergies
25    work.
```

Jennifer Quasha
August 27, 2019                                    14

```
 1        Q    But what I'm asking you is not a hypothetical
 2   situation.  I'm asking, has, in fact, your son had an
 3   allergic reaction to peanut butter?
 4        A    No.
 5        Q    Has he had an allergic reaction to the smell
 6   of peanuts when he has not come in physical touch and
 7   contact with them?
 8        A    No, he has not.
 9        Q    So am I correct that the only time that you've
10   observed him have a reaction to a nut is when he has
11   physically put it in his mouth and consumed it?
12        A    Yes, he ate one cashew and his throat closed.
13        Q    And --
14        A    Anaphylaxis.
15        Q    Other than the single occasion when he
16   actually put a nut in his mouth and consumed it, has he
17   ever had a reaction?
18        A    To any type of food or to what?
19        Q    To nuts.
20        A    No.  Because --
21             THE WITNESS:  Should I add on to that?
22             No, because once that happens it's extremely
23        dangerous.  And you practice avoidance or your
24        child could die.
25   BY MR. ALEXANDER:
```

1          Q    You have an Epipen at your house?

2          A    I do.

3          Q    How many times have you used it?

4          A    I haven't used it because I've kept him safe.

5          Q    Is there an Epipen at his school?

6          A    Yes, there is.

7          Q    How many times has it been used?

8          A    It hasn't.  They've kept him safe.

9          Q    Has he ever been injected with Epinephrin?

10         A    He has been injected with Decadron, yes, when

11    his throat closed from a cashew.

12         Q    The one and only time in his entire life that

13    he's required medication for his peanut allergy or nut

14    allergy is when he put a cashew in his mouth and chewed

15    it and swallowed it?

16         A    Correct.  It would be irresponsible for me to

17    subject him to that again.

18         Q    Okay.  What is his date of birth?

19         A    December 21, 2012.

20         Q    How old is he today?

21         A    He is six.

22         Q    And he attended kindergarten and first grade

23    at Marsh Pointe?

24         A    Correct.

25         Q    Who was his kindergarten teacher?

Jennifer Quasha
August 27, 2019                                16

```
 1      A     Mr. Beatty and Mrs. Bailes.  He had two.

 2      Q     How do you spell Beatty?

 3      A     B-E-A-T-T-Y.

 4      Q     And his pediatrician has the same name?

 5      A     B-E-A-T-T-I-E.

 6      Q     Your pediatrician is Dr. James Beattie?

 7      A     Correct, Beattie.

 8      Q     They pronounce it Beattie?

 9      A     Uh-huh.

10      Q     Both the kindergarten teacher and the doctor

11  say it the same way.  Okay.

12            Where is the doctor's office located?

13      A     He has two locations.

14      Q     Where does he see your son?

15      A     Mostly in Jupiter.  But if I have to go on a

16  Saturday, then we go to West Palm.  Could see him at

17  either.

18      Q     Is your son on any regular medications for any

19  reason?

20      A     He -- when he begins to get a cold, we put him

21  on Flovent to prevent his asthma from flaring up.  He

22  also takes a daily multivitamin.

23            Flovent is a preventative steroid for asthma.

24      Q     When was he diagnosed as asthmatic?

25      A     Last year, the beginning of the year.
```

Jennifer Quasha
August 27, 2019                                      17

1      Q    Based upon what the doctors have advised, is
2  there any correlation between his nut allergies and
3  having asthma?
4      A    Yes.
5      Q    What is the correlation?
6      A    I mean, studies show that people who have
7  asthma are more likely to have food allergies.
8      Q    Does he take any daily medication as a result
9  of having asthma?
10     A    No, that's not how it works.
11     Q    Does he have an inhaler at school?
12     A    Yes, he does.
13     Q    What is in that inhaler, what medicine?
14     A    Xopenex, I believe.
15     Q    Where does he keep that?
16     A    Keeps it in the nurse's office.
17     Q    How many times has the school administered
18  Xopenex to your son?
19     A    Last year they didn't -- well, they did the
20  Xopenex -- what do you call that thing?  Give me a
21  minute.  Not the inhaler, but the nebulizer when he was
22  having asthmatic.  He had to go into the nurse's office
23  for treatment.
24     Q    Did they use the Xopenex or just a nebulizer?
25     A    It is Xopenex, but when you're that young they

Jennifer Quasha
August 27, 2019                                    18

```
 1   don't always inhale the inhaler correctly, so they put
 2   it in the nebulizer for you.
 3        Q    That was one occasion?
 4        A    No, multiple.
 5        Q    About how many times in kindergarten?
 6        A    It was at the beginning of the year last year
 7   during the sick season.  I'm not really sure the exact
 8   month.
 9        Q    When you say, multiple times, are you talking
10   two to five or more than five?
11        A    You wouldn't do it five times a day.  That's
12   not how it works.
13        Q    I mean in total.  How many occasions?
14        A    In total?  I mean, it was -- I don't remember
15   exactly how many.  I'd say, multiple.
16        Q    Did you come to learn of what triggered any
17   issues with asthma on those days when he had the
18   nebulizer at school?
19        A    I mean, there's all different reasons.  You
20   could be sick and then after you get sick you get
21   asthma.  You could be -- it could be a change in weather
22   when it's suddenly cold.
23        Q    Anything else, besides coming off an illness
24   and weather change?
25        A    It could be exercise induced, but not for him.
```

1   It's never -- he's a machine.  He's never -- it's never

2   stopped him in that manner.

3        Q    So far this school year has he had to utilize

4   Xopenex at school?

5        A    We're only in the third week of school.

6        Q    What about at home, how often do you or your

7   husband as parents administer an inhaler or a nebulizer

8   to your son as a result of adverse reactions from

9   asthma?

10       A    I mean, it depends really.  Like I said, if --

11  now that we've gotten on the preventative inhaler, which

12  is Flovent, when he takes that it hopefully slows down,

13  keeps the asthma at bay.

14            So when he starts to get a cold or if we hear

15  some wheezing, we first try the Flovent.  And if that

16  doesn't work, then we'll use either the nebulizer or the

17  inhaler.

18       Q    Can you give me a reasonable estimate as to

19  the frequency in which you use the nebulizer or inhaler?

20  Is it once a month?  Twice a month?

21       A    Maybe once every two months.  But when you're

22  on it you have to use it a couple times a day, sometimes

23  right before bed.  It varies.

24       Q    Do you have other children?

25       A    I do.

Jennifer Quasha
August 27, 2019                                        20

1          Q    How many other children?

2          A    Two.

3          Q    Boys or girls?

4          A    My eldest is a boy and my middle is a girl.

5          Q    How old is your oldest son?

6          A    He's 11, almost 12.

7          Q    And your daughter?

8          A    Nine.

9          Q    Either of them have food allergies?

10         A    They do not.

11         Q    Either of them have asthma?

12         A    My oldest one, yes.  He has asthma and his is

13    more exercise induced.  That's why I brought that up.

14         Q    Does your oldest have medication at school as

15    well?

16         A    He does, yes.

17         Q    For H.Q., where is the Epipen kept at his

18    school?

19         A    In the nurse's office.  Six-year-olds don't

20    carry their own --

21         Q    Well, does the teacher --

22         A    -- Epipen.

23         Q    Does the teacher have one?

24         A    No, they don't, but they buzz the office if

25    they need it.

```
 1        Q    So far in a full school year at Marsh Pointe
 2   plus three weeks there's been no need?
 3        A    No.  You don't want to have a need.
 4        Q    Of course not.
 5        A    Yeah.
 6        Q    But I'm saying, there has not been?
 7        A    No, because they're very accommodating and
 8   efficient and kind, caring, good people, thank God.
 9        Q    Who was the first person to broach the subject
10   of your son sitting at a table that was not a peanut
11   free table in this cafeteria?
12        A    I was.  My son was to me.
13        Q    What did he say to you?
14        A    He said he wanted to sit with his friends, he
15   was lonely.
16        Q    And after he spoke to you, was there any --
17   any type of written correspondence or e-mails between
18   you and his teacher?
19        A    Yes.  I e-mailed him asking him if there was a
20   way, like sitting at the end of the table.
21        Q    You e-mailed Mr. Gallucci?
22        A    Correct.
23        Q    And have you retained copies, either on paper
24   or on your computer, of all the e-mails that went back
25   and forth between you and Mr. Gallucci on the subject?
```

Jennifer Quasha
August 27, 2019                                      22

```
 1        A     I'm sure I do, but on one occasion he answered

 2   me at the car line after my first e-mail.

 3        Q     And what did he say to you at the car line?

 4        A     He said he would be glad to help him, I just

 5   have to put it in writing and we have to come up with a

 6   plan.

 7        Q     And is the plan in writing?

 8        A     Possibly.  I would have to look.

 9        Q     Okay.

10        A     I'm pretty sure.

11        Q     Is the plan essentially what you've already

12   told me today?

13        A     Correct.

14        Q     So the plan is your son sits at the end of the

15   table?

16        A     Yes.

17        Q     And the child immediately adjacent to him, but

18   not across, has to be -- has to have their lunch checked

19   and approved by Mr. Gallucci?

20        A     Correct.  On both sides.

21        Q     And you say your son sits on a paper towel?

22        A     No, I did not say that.

23        Q     Didn't you say somebody wiped his seat and

24   they put a paper towel down?

25        A     They wipe his hands and they wipe the table,
```

Jennifer Quasha
August 27, 2019                                    23

```
1   because hand wipes and hand washing kill food allergens.

2   And then after they do that, I send him a paper towel

3   for extra protection and he puts it on the table and

4   puts his lunch on top of it.

5        Q    Do you send him to school with anti-bacterial

6   cream?

7        A    Hand sanitizer does not kill food allergens.

8        Q    Only washing?

9        A    Hand washing and hand wipes.

10       Q    Do you know why that's the case, why the hand

11  sanitizer is ineffective?

12       A    I'm really not sure.  Have to ask a scientist.

13       Q    Is your son currently enrolled in any fall

14  sports?

15       A    He is.

16       Q    Soccer, right?

17       A    And baseball.

18       Q    When was he enrolled in baseball?

19       A    I don't know the exact date.

20       Q    Approximately when?

21       A    Maybe a week ago.

22       Q    And who enrolled him?

23       A    My husband.

24       Q    And where will his games be played this coming

25  fall?
```

Jennifer Quasha
August 27, 2019                                24

```
 1        A    Well, hopefully where everyone else's games
 2   are played.
 3        Q    Are you going to permit him to play at Gardens
 4   Park if there is no ban on peanut sales?
 5        A    If there are no -- if there are accommodations
 6   made, yes, I will allow him to play there.
 7        Q    Well, let me read to you -- I'm just going to
 8   mark your entire 12-1 filing as a Composite Exhibit 1.
 9             (Exhibit No. 1 was marked for identification.)
10   BY MR. ALEXANDER:
11        Q    And if you'd like, the very last page lists
12   some accommodations that were proposed.
13             And it's on page 12-1, page 45.
14             You want to take a moment to read paragraph
15   16a, b and c?
16             Okay.  Have you had a chance to review the
17   three proposed accommodations in paragraph 16?
18        A    I did.
19        Q    If nothing else is going to be done for the
20   fall T-ball season, other than what's in 16a, b and c,
21   will your son continue to play in the league?
22        A    The accommodations that I would like are the
23   same ones they offered him last fall.
24        Q    But that's not what I'm asking you.
25             What I'm asking you is, if 16a, b and c is
```

Jennifer Quasha
August 27, 2019                                                  25

```
 1   what is being offered -- well, let me put it this way:

 2   16a, b and c was what was being offered, and yet your

 3   husband enrolled him, right?

 4       A    We were told to enroll him.  First we were

 5   told to wait until the case was over and then we were

 6   told to enroll him.

 7       Q    When you say that, are you talking about

 8   communications between you and your attorney or are you

 9   talking about communications with someone other than

10   your attorney?

11       A    Between me and my attorney.

12            MR. ALEXANDER:  Okay.  If you want to give her

13       any instruction on attorney/client.

14            MS. LANGER:  Yeah.

15            Do not provide any information that's

16       discussed with me or Matthew.

17            THE WITNESS:  Sure.

18   BY MR. ALEXANDER:

19       Q    My questions are not intended to elicit from

20   you confidential attorney/client communications you have

21   with your counsel.  I think -- I wasn't trying to elicit

22   that, but you told them to me anyway, that you were

23   first told to wait and then you were told to go ahead

24   and enroll him.  Yes?

25       A    Because we were waiting to see what was going
```

Jennifer Quasha
August 27, 2019                                    26

1   to happen, yes.

2        Q    All right.  So am I correct that,

3   notwithstanding the fact that no accommodations have

4   been offered other than are set forth in Mr. Stepp's

5   letter dated May 9, 2019, that your husband has gone

6   ahead and enrolled your son to play in the league

7   anyway?

8        A    Yes, he did.

9        Q    And if the letter dated May 9, 2019, that's

10  part of Composite 1 sets forth all that the Palm Beach

11  Gardens Youth Athletic Association is going to do for

12  your son, am I correct that he will play in the league

13  anyway?

14       A    I hired a lawyer because I'm not one and I

15  don't understand what's on that paper, so...

16       Q    I'm going to show you Composite 1, which is

17  court document 12-1, page 38.  It's a letter dated

18  April 15, 2019, to Stephen Stepp, City Manager, from

19  Dr. Michael Quasha.  And it also has your name on the

20  bottom, but he signed it, right?

21       A    Uh-huh.

22       Q    Is that a yes?

23       A    Correct.

24       Q    Have you seen this letter before?

25       A    I have.  I wrote this letter.

Jennifer Quasha
August 27, 2019                               27

```
 1        Q    So what you asked for was three things,
 2   correct?
 3        A    The same things that they provided in the fall
 4   that was Mr. Ferris' idea, the City manager, that they
 5   denied him in the spring.
 6        Q    And out of those three things, am I correct
 7   that the -- that the Youth Association has offered to
 8   grant your wishes as to items one and three?
 9        A    One and three, no.  Mr. Badala said he would
10   not sweep, it was too much of a burden, in an e-mail.
11        Q    Well, what they told you was, and you can
12   correct me if I'm wrong, is that the dugouts would
13   continue to be swept at the beginning of each day?
14        A    He told me he would not sweep, and as far as
15   the City, the case is closed, take it up with Mr.
16   Badala.
17        Q    Before you filed this lawsuit, were you aware
18   that the dugouts would continue to be swept prior to
19   first use each game day?
20        A    Before I -- let me see.  Where is the paper
21   that -- their reply from the formal ADA complaint?  Do
22   you have it?
23        Q    Okay.  Well --
24        A    Yes.
25        Q    Your lawsuit -- I'm not trying to trick you --
```

Jennifer Quasha
August 27, 2019                                    28

1    according to the court entry number was filed on

2    June 21, 2019.

3              Does that sound right?

4         A    I'm not sure.

5         Q    Let me show you a copy.

6         A    I was looking for their response to the formal

7    ADA complaint.  I don't see it.

8         Q    I understand.  All right.  This is the

9    complaint that was filed, right?  What I'm showing you

10   now?

11        A    Okay.

12        Q    And you see the date that it was -- docket

13   entry, document number one, that it was filed with the

14   court is June 21, 2019?

15        A    Okay.

16        Q    So do you agree with me that's when your

17   lawsuit was filed?

18        A    If that date is accurate.  I'm not sure.

19        Q    Let's assume it is.

20             Prior to you filing your lawsuit, were you

21   informed that the dugouts would continue to be swept

22   prior --

23        A    No, I don't think so.

24        Q    -- to first use each day?

25        A    I believe they said that they would have

Jennifer Quasha
August 27, 2019                    29

```
 1   volunteers sweep the dugout.
 2        Q    Well, let's turn your attention then back to
 3   Composite 1.  And we're talking about the spring T-ball
 4   league, right?
 5        A    Correct.
 6        Q    Okay.  Look at paragraph 12, which is on page
 7   44 and 45.
 8        A    Uh-huh.
 9        Q    What does 12c say?
10        A    12c.  That was not what they offered in their
11   formal ADA.  This is different.
12        Q    That's not what I'm asking you.
13             What does 12c tell you?
14        A    Let's see what it says.  Dugouts continue to
15   be swept prior to the first use each game day.
16        Q    And did you receive this letter on about -- on
17   or about May 9, 2019?
18        A    I don't know.  I really have to, like, sit
19   down and read everything because --
20        Q    Well, it shows -- this is an attachment that
21   your attorney filed into the court record, an e-mail
22   dated May 9, 2019 --
23        A    Uh-huh.
24        Q    -- to quashdmd@aol.com G1P, jeniega@aol.com.
25             Is that your e-mail address?
```

```
 1        A    Yes, it is.

 2        Q    And do you recall receiving this letter from

 3   Mr. Stepp?

 4        A    I do.

 5        Q    Okay.  All right.  And did his letter inform

 6   you that dugouts would continue to be swept prior to

 7   first use each game day?

 8        A    This is what they were offering now, but it

 9   was not what they offered to me in the spring.

10        Q    This is what was offered to you as of May 9,

11   2019?

12        A    After they -- after they said they were

13   sending him to North Palm Beach and they wouldn't sweep

14   anymore because it was a burden.

15        Q    Well, we'll talk more about your understanding

16   of North Palm Beach.

17             Were you aware that North Palm Beach didn't

18   even have a spring T-ball league?

19        A    Well, then why would he send him there?  Who

20   was he going to play against?

21        Q    No one was sending him there.

22        A    Oh.

23        Q    You weren't aware of it?

24        A    His words are confusing.

25        Q    His words are confusing?
```

 1      A     Uh-huh.

 2      Q     Look at paragraph five, as long as we're on

 3  that subject, which is on page 43 of 45.

 4      A     I have an e-mail from Mr. Badala that says

 5  that he would send him to North Palm Beach.

 6      Q     There is no North Palm Beach T-ball league,

 7  ma'am.

 8      A     Well, then someone should inform him.

 9      Q     Let's look at what Mr. Stepp told you from the

10  City of Palm Beach Gardens.  I'm going to read it.

11      A     Mr. Stepp, the City told me that Mr. Badala

12  was in charge.

13      Q     From deputy City manager of the party that you

14  have filed your lawsuit against, the City of Palm Beach

15  Gardens, paragraph five says, quote, the City owns the

16  subject baseball fields upon which the majority of the

17  games are played; however, PBGYAA operates the league

18  and coordinates with the City to utilize fields for

19  league play.  Additionally, during the spring T-ball

20  season, PBGYAA also had operational control of the North

21  Palm Beach baseball facility or NPBB facility, as part

22  of inter-league play.

23          So am I correct that you were informed in

24  writing by the deputy City manager in May of 2019 that

25  the North Palm Beach facility was under the operational

Jennifer Quasha
August 27, 2019                                    32

```
 1    control of the Palm Beach Gardens Youth Association?
 2            MS. LANGER:  Objection to form.
 3    BY MR. ALEXANDER:
 4        Q    Go ahead.
 5            MS. LANGER:  You can answer, if you know.
 6            THE WITNESS:  I mean, I guess he wrote that
 7        there.
 8    BY MR. ALEXANDER:
 9        Q    So when you were informed in writing several,
10    several weeks before you filed your lawsuit --
11        A    Uh-huh.
12        Q    -- that the PBGYAA had operational control of
13    the North Palm Beach baseball facility as part of
14    inter-league play, why did you think that someone was
15    asking your son to play in any league other than the
16    PBGYAA just because of use of this other facility that
17    the PBGYAA had control over?
18        A    He was already placed on Benjamin Schwab's
19    team and I was given a copy of the schedule.  And they
20    all played at Gardens Park from 5:15 to 6:45, the same
21    as they did in the fall.
22        Q    You understood that Mr. Badala --
23        A    Uh-huh.
24        Q    -- from the Palm Beach Gardens Youth Athletic
25    Association offered to have your son's Palm Beach
```

Jennifer Quasha
August 27, 2019                                    33

```
 1   Gardens Youth Association games moved to a field without

 2   concessions; is that true?

 3        A    No.  In his e-mail he said he would move him.

 4        Q    How do you move one person?  Who's he going to

 5   play with and play against?

 6        A    How's he going to convince the whole team to

 7   move to another park?  What teams are they going to play

 8   against when they're there?  Are you going to provide a

 9   bus?

10        Q    How many kids bus to Gardens Park?

11        A    None.

12        Q    None?

13        A    No.

14        Q    How do they get there?

15        A    Their parents drive them.

16        Q    And do you know how far the other Palm Beach

17   Gardens Youth Athletic Association operational facility

18   is from Gardens Park?

19        A    It's 4.3 miles away.

20        Q    Mr. Stepp says it's 1.3 miles away.

21             MS. LANGER:  Objection to form.

22   BY MR. ALEXANDER:

23        Q    Where did you get that it was 4.3 miles away?

24        A    On Google Maps.

25        Q    Which particular baseball facility are you
```

Jennifer Quasha
August 27, 2019                                      34

```
 1   referring to?

 2        A     North Palm Beach baseball field.

 3        Q     Do you know how many they have?

 4        A     No, I don't.  I live in Palm Beach Gardens.

 5        Q     Do you know if the -- what was proposed by

 6   Mr. Badala was changing the schedule of all of your

 7   son's games to be played at this other facility?

 8        A     Those weren't his words.

 9        Q     What were Mr. Badala's words?

10        A     That he would move him to North Palm Beach,

11   for him to play on a team in North Palm Beach.

12        Q     But there is no North Palm Beach spring T-ball

13   league, right?

14        A     I don't -- I don't look into North Palm Beach.

15        Q     Well, if -- did you look in to see if there

16   was even such a league, whether North Palm Beach even

17   had a T-ball league in the spring?

18        A     They do.

19        Q     In the spring of 2000 --

20        A     I don't know when they play.

21        Q     How do you know they do now?

22        A     I have -- I saw their website, but I don't

23   know anything about their league.

24        Q     And the league that we're talking about now --

25        A     Uh-huh.
```

Jennifer Quasha
August 27, 2019                                35

```
 1        Q     -- the spring T-ball league --
 2        A     Yes.
 3        Q     -- do you know if there even was a North Palm
 4  Beach spring T-ball league?
 5        A     All of his friends played at Gardens Park,
 6  Burns Road, where they always play.
 7        Q     So if Mr. Badala offered to move your son's
 8  games to a field with no concessions in North Palm
 9  Beach, then wouldn't his teammates be playing there as
10  well?
11        A     No, they would not.
12        Q     I don't understand.
13        A     Because they play at Gardens Park, where they
14  always have.
15        Q     But what Mr. Badala offered to do --
16        A     Was to send him.
17        Q     Ma'am, what Mr. Badala offered to do was to
18  schedule your son's games and your son's opponents --
19        A     Uh-huh.
20        Q     -- at North Palm Beach; isn't that true?
21        A     No.
22              MS. LANGER:  Objection to form.
23              THE WITNESS:  He said he would send him to
24        play on a team at North Palm Beach.
25  BY MR. ALEXANDER:
```

Jennifer Quasha
August 27, 2019                              36

1          Q     Did he say this to you verbally?

2          A     No, in writing.

3          Q     What is the date of that e-mail?

4          A     I'm not sure.  I don't have it on me.

5    Probably sometime back in January.  Same one where he

6    said that sweeping's a burden.

7          Q     So when Mr. Badala talked about the North Palm

8    Beach facility, did you ask him what team would he play

9    on?

10         A     No, I did not, because he wanted to play with

11   his friends in Gardens Park.

12         Q     So if Mr. Badala were to testify that what he

13   proposed to you at all times was that just your son's

14   PBGYAA games would be moved to a concession free field,

15   you dispute that?

16         A     Yes.

17         Q     And you're saying that you have a writing

18   somewhere where Mr. Badala said he was going to refuse

19   enrollment of your son in Palm Beach Gardens Youth

20   Athletic Association and ship him to another separate

21   league where he had no friends; is that what you're

22   saying?

23         A     No.

24         Q     What are you saying?

25         A     I said he said that sweeping was too much of a

Jennifer Quasha
August 27, 2019                                          37

```
 1   burden and that he would send him to North Palm Beach to

 2   play on a team there.

 3        Q    And can you give me the date of any e-mail?

 4        A    It's in January probably.

 5        Q    Your attorneys filed 45 pages worth of

 6   documents.  Is that e-mail in there?

 7        A    I'm not a lawyer.

 8             MS. LANGER:  Objection to form.

 9             Let him finish the question.

10   BY MR. ALEXANDER:

11        Q    Your attorney filed significant amounts of

12   e-mails and documents.  So let's take a look and see if

13   we can find this e-mail where you claim Mr. Badala said

14   he was going to ship your son off to another league.

15             MS. LANGER:  Objection to form.

16   BY MR. ALEXANDER:

17        Q    Page 28, is that the e-mail you're referring

18   to?

19        A    No, that's not it.

20        Q    What about page 29, do you see it in there?

21        A    No, those are from the fall.

22        Q    Page 30, is that it?

23        A    This says page 3 -- oh, up at the top.

24        Q    Is that from the fall as well?

25        A    That's also from the fall.
```

1        Q    What about page 31, dated January 15, 2019,

2   does that contain any e-mail where Mr. Badala references

3   your son playing any league whatsoever other than

4   PBGYAA?

5        A    I'm sorry.  What did you say?

6        Q    This e-mail communication, which you allege

7   Mr. Badala supposedly said that he wanted your son to

8   play in some league other than the PBGYAA --

9        A    This is not the e-mail.

10        Q    That's not it?

11             What about page 32, do you see it there?

12        A    This is from Daniel Prieto, when he says it's

13   not the City's responsibility, take it up with Anthony.

14        Q    One of the things you e-mailed to Mr. Prieto,

15   as long as we're on that subject, was that you

16   understood that your son was going to be sent to another

17   league, right?

18        A    Yes.

19        Q    And was the first thing that Mr. Prieto said

20   in response to that was, the assertions -- quote, the

21   assertions made in your January 16, 2019, e-mail are

22   incorrect?

23             MS. LANGER:  Objection to form.

24             THE WITNESS:  He did.

25   BY MR. ALEXANDER:

1      Q    And did you ask to clarify what was incorrect?

2      A    No, I did not because he said the case was

3   closed, to take it up with Anthony.

4      Q    Let's go ahead and look on page 32 or 33.

5           Do you see any e-mail from Mr. Badala where it

6   was ever discussed that your son would not play in the

7   Palm Beach Gardens Youth Athletic Association T-ball

8   league?

9      A    Nope, not on that page.

10     Q    What about page 34?

11     A    That's where he refused for him to be on the

12  same team as a friend.  I don't see it here.

13     Q    So in all of the e-mails that were filed on

14  your behalf by your attorney in support of this case of

15  your Motion for Preliminary Injunction, am I correct

16  that there is no e-mail filed with the Court where

17  Mr. Badala references your son playing in any league

18  other than the PBGYAA?

19          MS. LANGER:  Objection to form.

20          I'm going to instruct the witness not to

21       answer.

22          MR. ALEXANDER:  On what grounds?

23          MS. LANGER:  Attorney/client privilege and

24       work product.

25          MR. ALEXANDER:  What work product?

Jennifer Quasha
August 27, 2019                              40

```
 1              MS. LANGER:  It speaks for itself.  What is
 2         filed is filed.  Why it wasn't filed is --
 3              MR. ALEXANDER:  Well, it may speak for itself.
 4         That's a form objection, if it speaks for itself.
 5    BY MR. ALEXANDER:
 6         Q    But am I correct that there's no e-mail in
 7    this packet which references your son playing in any
 8    league other than the PBGYAA from either the City or
 9    from the Athletic Association?
10              MS. LANGER:  Objection to form.
11              You can go ahead and answer, if you know.
12              THE WITNESS:  I don't see it here, but there
13         is one.
14    BY MR. ALEXANDER:
15         Q    Where is it?
16         A    I have it in my e-mail.  I gave it to the
17    attorney.
18         Q    Do you have it on your phone?
19         A    I do.
20         Q    Can you read it to us?  We'll take a minute.
21         A    I would have to ask my attorney.
22              MS. LANGER:  We'll provide it to you.  We're
23         not going to read something off her phone.  That's
24         not proper.
25              MR. ALEXANDER:  What's not proper?
```

 1          MS. LANGER:  To read something off the phone.

 2      We'll print it and provide it to you.

 3          MR. ALEXANDER:  We're here for her deposition

 4      today, so I want to question her about it.

 5          MS. LANGER:  So you should have asked for it

 6      in discovery.

 7          MR. ALEXANDER:  We have a preliminary

 8      injunction.  We don't have time for discovery.

 9      Just so the record is clear, because what occurs

10      today, you know, the Judge is going to read this.

11  BY MR. ALEXANDER:

12      Q    Am I correct that you are claiming that you

13  have an e-mail from Anthony Badala --

14      A    Uh-huh.

15      Q    -- not between you and your attorney, that you

16  have an e-mail from Anthony Badala where it says that he

17  wanted your son to play in another league?

18      A    Correct.

19      Q    That you have the ability to access it here in

20  your deposition today, but you're refusing to do that?

21  Am I correct?

22          MS. LANGER:  I think it's improper to read

23      something off of a telephone.

24          MR. ALEXANDER:  We can e-mail it to U.S. Legal

25      and we can have a hard copy of it inside of 60

1    seconds.

2         MS. LANGER:  Do you want to take a break?

3         MR. ALEXANDER:  Yes.

4         MS. LANGER:  Okay.  Let's take a break.

5         (Recess.)

6         MS. LANGER:  We're -- I'm not comfortable

7    producing anything during the depo and we're just

8    not.

9         MR. ALEXANDER:  All right.  Let me make what's

10   clear what has transpired here for the record, and

11   if anyone disagrees, they can clarify.

12        We're here at a deposition in opposition to a

13   Motion for Preliminary Injunction where no

14   discovery has been able to be conducted in the

15   case, including Requests to Produce and

16   Interrogatories.

17        The witness has testified that she is in

18   possession of an e-mail from Anthony Badala,

19   wherein Mr. Badala allegedly said that he was going

20   to have her son play in a league other than his

21   own.  He's the commissioner of the PBGYAA.

22        The witness has said that she has the e-mail

23   and that she can access it on her phone, but I've

24   been advised that it will not be produced today.

25        If anyone disagrees, say what their

Jennifer Quasha
August 27, 2019                          43

```
 1        disagreement is; otherwise, we'll go forward.
 2   BY MR. ALEXANDER:
 3        Q    Do you have any disagreement, ma'am?
 4             MS. LANGER:  Oh, no.  I'm going to object.
 5             Is that a pending question?
 6             MR. ALEXANDER:  It is.
 7   BY MR. ALEXANDER:
 8        Q    Do you have any disagreement with what I just
 9   said?
10             MS. LANGER:  She's advised by her counsel not
11        to answer that question and not to produce anything
12        off her phone.
13   BY MR. ALEXANDER:
14        Q    Do you have an e-mail from Anthony Badala
15   saved in your e-mail system where Mr. Badala states that
16   he is going to refuse your son enrollment in PBGYAA and
17   have him play in a league other than PBGYAA?
18             MS. LANGER:  Objection to form.
19   BY MR. ALEXANDER:
20        Q    Do you have such an e-mail?
21        A    It doesn't say that verbatim.
22        Q    Okay.  Have you had an opportunity to look at
23   that e-mail to refresh your recollection as to what it
24   says while we were on break?
25        A    No, I did not.
```

Jennifer Quasha
August 27, 2019                                    44

1        Q    How do you know it doesn't say that verbatim?

2        A    Because I remember it doesn't say -- it

3   doesn't say what you're saying right now.  It's worded

4   differently in different words.

5        Q    What words did he use, as best as you know?

6        A    I'm not going to say that right now because I

7   haven't read it and I don't want to say something

8   incorrectly.

9        Q    What you're saying is -- you're not refusing

10  to answer my question; you're saying you can't answer

11  the question?

12       A    I don't want to answer it incorrectly because

13  I haven't read it and I don't want to tell you it says

14  something verbatim if I haven't read it in the past few

15  minutes.

16       Q    Well, what Mr. Stepp from Palm Beach Gardens

17  told you, and correct me if I'm wrong, is that the Palm

18  Beach Gardens Youth Athletic Association offered to

19  schedule all of your son's team's games at the North

20  Palm Beach baseball fields, correct?

21       A    That's what he said, but that's not what

22  Mr. Badala said, uh-huh.

23       Q    So if we go by what the party in this case,

24  which is the City of Palm Beach Gardens, its deputy City

25  manager, Stephen Stepp, and ADA coordinator, Stephen

1   Stepp told you in paragraph 12a of his letter, which is

2   marked as docket entry 12-1, page 44, quote, PBGYAA

3   offered to schedule all of H.Q. team's games at the

4   North Palm Beach baseball fields, as that site does not

5   sell any concessions whatsoever, end quote.

6            Did I accurately read what Mr. Stepp informed

7   you?

8       A    You read that accurately.  I'm not sure if

9   he's referring to what was offered before I filed a

10  formal ADA complaint or if he means that's what they're

11  offering after.

12      Q    But as far as what was offered in his May 9,

13  2019, letter prior to you bringing this lawsuit, what he

14  informed you was that H      would still be in the Palm

15  Beach Gardens Youth Athletic Association, but that the

16  PBGYAA was offering to schedule all of H      's teams

17  games at a nearby facility, correct?

18      A    I'm confused.  I'm sorry.  This is what he --

19  this what he's saying that Anthony had offered or is

20  this what he was offering from here on out?

21      Q    I'm not going to interpret the writing.  I'm

22  just asking you, is what you were told by Mr. Stepp was

23  that the PBGYAA --

24      A    From what --

25      Q    -- offered to schedule your son's team's games

1    at North Palm Beach?

2        A    From what I'm gathering, that's what he's

3    saying here, but that is not what actually happened.

4        Q    Well, your son didn't enroll, and so the games

5    were never ultimately played at North Palm Beach, right?

6        A    My son didn't enroll when and where?

7        Q    Spring T-ball league.

8        A    Last spring he did enroll, yes.

9        Q    Where were his games played?

10        A    They were played at Gardens Park for Benjamin

11    Schwab (phonetics), that was the team he was placed on.

12        Q    Did he enroll in the fall and the spring?

13        A    Correct.

14        Q    And for this particular dispute where there

15    was the e-mails going back and forth and correspondence

16    in January through May of 2019, the last information you

17    were given by the City was that H      would -- they

18    were offering that H      would stay in the PBGYAA, but

19    that his games would be scheduled at North Palm Beach,

20    right?

21        A    This is what they believed was offered to me,

22    but this was not what was offered to me.  This is what

23    they were saying after the fact.

24        Q    So who has control here, based upon your

25    understanding?  Does Mr. Stepp have any control?

```
 1        A     Not --

 2              MS. LANGER:  Objection to form.

 3              Go ahead.

 4              THE WITNESS:  Well, can I answer?

 5              MS. LANGER:  You can answer, if you know.

 6              THE WITNESS:  Now I know they're in charge,

 7        but before they told me they were not in charge and

 8        that the case was closed and that all -- everything

 9        from here on out had to be dealt with, with Tony

10        Badala or the PBGYAA baseball league.

11   BY MR. ALEXANDER:

12        Q    As of when did you believe that Mr. Stepp was

13   in control?

14        A    After I learned he was the one responsible for

15   formal ADA accommodations, uh-huh.

16        Q    So the person that you understood that was

17   formally responsible for the ADA accommodations told you

18   in writing in May that H      would stay in PBGYAA, and

19   that his games would be moved -- his team's games, not

20   just him alone, his team's games would be moved to the

21   North Palm Beach baseball field as an accommodation,

22   correct?

23        A    No, not correct.  This was after the spring

24   season was over, so he had already missed a whole

25   season.
```

```
 1        Q    I thought you said he played in the spring
 2   season?
 3        A    He did not play in the spring because they
 4   said that they could not -- Mr. Badala, who I was told
 5   was in charge, said he could not provide the same
 6   accommodations because it was too much of a burden.
 7        Q    Didn't I just ask that?
 8             MR. ALEXANDER:  Can we go back?
 9             MS. LANGER:  You asked whether he registered,
10        not whether he played.
11   BY MR. ALEXANDER:
12        Q    Don't you have to register to play?
13        A    He did register.  And then I e-mailed him,
14   letting him know H     would be coming back, and that I
15   know that it's difficult and that I appreciated what
16   they did in the fall, and I wanted to let you know he'd
17   be back and I'd appreciate if they could do the same
18   thing.
19        Q    Does the May 9, 2019, letter from Mr. Stepp,
20   was this the last word you received from the City on
21   accommodating H     for the fall T-ball season?
22        A    Here T-ball was over, most likely.  And I -- I
23   didn't know anything.  I didn't even realize my son's
24   peanut allergy was a disability because up until this
25   point everyone is just naturally kind and helpful.
```

```
 1              And so in the fall when we signed him up, I
 2    did not realize peanuts were all over the dugout, so we
 3    asked -- I forgot his name.
 4         Q    Did you forget what my question is?  Have you
 5    completely forgotten what my question is?  I didn't ask
 6    about any of that.
 7         A    You could be a little bit nicer to me.  I'm a
 8    human.
 9         Q    I'm speaking as nice to you as you're speaking
10    to me.  But I believe you forgot what my question is.
11              MR. ALEXANDER:  Let's read the question back.
12              (A portion of the transcript was read.)
13              THE WITNESS:  This was the last word, yes, for
14         the fall, for this fall now.
15    BY MR. ALEXANDER:
16         Q    Okay.  So the last word for this fall now --
17         A    Yes.
18         Q    -- informed you that if you wanted this
19    accommodation, the PBGYAA was offering to schedule all
20    of H    's team's games at the North Palm Beach
21    baseball fields?
22         A    Right here it says -- it's not saying what
23    they would offer now.  It says, reasonable accommodation
24    offered, past tense, by PBGYAA for Quasha for spring
25    T-ball.
```

1      Q    So that had already been offered to you for

2  the spring?

3      A    That was not offered.  He was incorrect here

4  because he had nothing to do with it.

5           I was told we had to only deal with Anthony,

6  which is how I got onto the other subject, yes.

7      Q    So why did your son not play in the spring?

8      A    Because they would not provide the same

9  accommodations as the fall.

10      Q    And in the spring one of the accommodations

11  they offered was for the Youth Association, Palm Beach

12  Gardens to schedule H    's team's games at North Palm

13  Beach, and that was not acceptable to you, right?

14      A    That was not what they offered.  The City did

15  not offer anything.  Anthony Badala offered.  And what

16  he offered was for H     to play on a team in North

17  Palm Beach, not with his team.

18      Q    And the only time that Mr. Badala allegedly

19  did this was in an e-mail, right?  It's not verbal?

20      A    He did it in an e-mail.  But Daniel Prieto

21  also said it to my husband and then, yes, on the phone.

22      Q    You're claiming that Daniel Prieto, who

23  doesn't even work for the Palm Beach Gardens Youth

24  Athletic Association and doesn't volunteer for that

25  Association, said that he wanted your son to play in

Jennifer Quasha
August 27, 2019                              51

1    another league?

2         A    No.  He was reciting probably what Tony had

3    said to my husband.

4         Q    Okay.  All right.  So let's talk about for the

5    fall T-ball league.

6              Paragraph 16 identifies what accommodations

7    were made for the current fall T-ball season for which

8    your son is already enrolled?

9         A    Right.  He showed me this before.

10        Q    So for this current season, the City, prior to

11   you filing your lawsuit, offered that the dugouts will

12   continue to be swept every day, every game day prior to

13   the first games and/or practices as part of the City's

14   regular maintenance plan.  There will be designated

15   brooms available at the concession stand for the

16   parent/coach volunteers to sweep out the dugout before

17   use, if desired.

18             Do you agree with me that that is one of the

19   accommodations that Mr. Stepp made for this current

20   T-ball season?

21        A    It is, yes, if it's on this paper.  Has to be.

22        Q    And so if the -- and he numbered them a, b and

23   c, three of them, right?

24        A    Uh-huh.

25        Q    And when your husband wrote the letter, how

1   many accommodations did he ask for?

2        A    He asked for the same three accommodations

3   that we were provided in the fall, which was by Ron

4   Ferris in the fall, the City manager.

5        Q    So three?

6        A    Yes.

7        Q    And do the numbers on Mr. Stepp's letter, page

8   45 of 45 of Composite 1, correspond to the three things

9   that were asked for in the April 15, 2019, letter?

10           MS. LANGER:  Objection to form.

11   BY MR. ALEXANDER:

12       Q    The first one is sweeping.

13       A    Number one, kind of, because it says swept

14   every game day prior to first game.  His game may not

15   always be first.

16           And then also in the third one, no.

17           So I would say maybe 1.5 out of three, uh-huh.

18       Q    All right.  16b on Mr. Stepp's letter said,

19   PBGYAA will insure that the parent/coach volunteers and

20   the parents of your son's teammates will be fully

21   informed of his peanut allergy.

22       A    What?  Where is that part of the --

23       Q    16b?

24       A    Oh, right here.  Okay.

25       Q    And does that correspond with item three on

Jennifer Quasha
August 27, 2019                                        53

1    your April 15, 2019, letter that was sent by your

2    husband?

3         A    Sure.

4              MS. LANGER:  Objection to the form.

5              You can answer.

6              THE WITNESS:  Okay.

7    BY MR. ALEXANDER:

8         Q    So the City agreed to sweep at the beginning

9    of each day, correct?

10        A    For now, for the fall, yes.

11        Q    And they agreed to notify --

12        A    Beginning of each day, not necessarily his

13   game.

14        Q    And they agreed to insure that the parents and

15   coach volunteers of your son's games will be fully

16   informed of his peanut allergy.  So those are the two

17   things they agreed to, right?

18        A    Uh-huh.

19        Q    Yes?

20        A    Yes.

21        Q    The one thing that you and your husband

22   requested for the fall, this current season, that was

23   not granted was that the sale of peanuts, sale of

24   peanuts stop during his games and practices?

25        A    Uh-huh.

Jennifer Quasha
August 27, 2019                                    54

1      Q    Is that a yes?

2      A    Yes.

3      Q    So what you and your husband wanted was for

4    the sale of peanuts to stop during your son's games and

5    practices?

6      A    Yes.

7      Q    So if your son had a 3:00 p.m. game and

8    people -- what time do the parents normally arrive for a

9    3:00 p.m. game?

10     A    They don't have 3:00 p.m. games.

11     Q    We'll use another one.

12     A    5:15 to 6:45 is always his age bracket for

13   now.

14     Q    If there's a 5:15 game, what time do the

15   parents typically arrive?

16     A    I really don't know.

17     Q    Do they typically arrive before 5:15, so that

18   they can drop off their kids for a little warmup before

19   the game starts?

20     A    I think they probably arrive on time.  I don't

21   watch what everyone else is doing.

22     Q    What time do you arrive for your son's 5:15

23   games?

24     A    Probably 5:15.

25     Q    How does he get there?

Jennifer Quasha
August 27, 2019                                     55

```
1        A     I drive him or my husband drives him.

2        Q     And you drop him off at the game right at the

3   start time?

4        A     I never drop him off.  I stay with him.

5        Q     But is the time where your son is due to

6   arrive for a first pitch 5:15 game or first T-ball bat

7   5:15 game right at 5:15?

8        A     It usually starts on time, correct.

9        Q     Doesn't he have to get there, like, at least

10  five minutes before the game and, like, walk over and --

11       A     Okay, yeah.  So we get there maybe 5:00.

12       Q     So about 5:00?

13       A     Yeah.

14       Q     So under the proposal that you and your

15  husband made on April 15, 2019, it would have been

16  acceptable for Gardens Park to sell peanuts from the

17  time it opened in the morning all the way up until 5:15,

18  correct?

19       A     If they were going to sweep afterwards and

20  stop selling them when we were there, yes, clean up the

21  dugout.

22       Q     You only asked for the peanut sales to stop

23  during his games and practices.  So under your proposal

24  there could have been peanut sales going on for six to

25  eight hours prior to your son's games, right?
```

1      A     No one's there.  They're at school.  No one's

2   there during the day.  Maybe on the weekend, yes.  It's

3   run by parent volunteers who are at work, and that's why

4   they don't start the first games until 5:15.

5      Q     Do some parents bring their own peanuts to the

6   park?

7      A     I've never seen anyone bring peanuts.

8      Q     Do you see what parents bring to the park?

9      A     Usually they're -- my friends have, like,

10   multiple children and they have a wagon with chairs that

11   they can sit in and whatnot.

12      Q     Do parents bring snacks for their kids?

13      A     We bring snacks as the team for the end of the

14   game.  And that's what we did in the fall.

15           The coach, his wife was in charge of snacks

16   and she sent out an e-mail, because she's my friend,

17   saying that please don't bring snacks with nuts in them,

18   uh-huh.

19      Q     How many fields are at Gardens Park?

20      A     Maybe eight, I think, uh-huh.

21      Q     So if there's -- are there eight games going

22   on at a time sometimes?

23      A     I'm not an expert on baseball.

24      Q     If there had been peanuts sold at the park all

25   day for eight different fields' worth of participants

Jennifer Quasha
August 27, 2019                              57

1    and viewers, why did you think just stopping peanut

2    sales during his games to be effective in eradicating

3    peanuts in or near him?

4         A    Because that's what the City manager, Ron

5    Ferris, said they usually do for people with peanut

6    allergies when he offered that accommodation in the

7    fall.

8         Q    Any other reason?

9         A    Yes.  Because the parents -- have you been to

10   a baseball game before?  There's two dugouts and a

11   field.  And then next to each dugout there are stands.

12   So the parents sit on the stands.  And since the

13   children are little, we go in and out and we help them

14   because they have to change quickly.

15              So if they were eating peanuts on the

16   bleachers, then they could go in and bring them in the

17   dugout that's right next to the bleachers.

18        Q    Were the parents of your son's team instructed

19   to try not to have peanuts at his games?

20        A    They were.  And most of them were my friends,

21   so yeah.

22        Q    Wasn't that effective?

23        A    Well, no, there weren't any peanuts allowed in

24   the fall, yes.

25        Q    Well, there are peanuts allowed in the fall,

1   right?

2        A    They did not sell peanuts during my son's game

3   in fall 2018.  Ron Ferris stopped the sale of peanuts

4   during his games.

5        Q    But before and after his games there were

6   peanut sales allowed, correct?

7        A    Yes, but there were never any games before

8   his, because since they're the youngest, ages four to

9   six always play from 5:15 to 6:45 so they can get to bed

10  at a decent time.

11       Q    What about, how did the PBGYAA go about

12  keeping peanuts out of your son's dugout that perhaps

13  were not sold at the concessions?

14       A    They swept before his games and they cleaned

15  it really well.

16       Q    Who cleaned it?

17       A    I'm guessing City maintenance, because Ron

18  Ferris set it up.

19       Q    What did they clean, besides sweeping?

20       A    The bench, because when I first took him in

21  the fall I didn't realize there were going to be peanuts

22  all over a children's baseball park, you know, maybe

23  major league or whatever, but not a children's baseball

24  park.  So that's when I first -- I didn't bring it to

25  their attention in the fall until after his first

1   practice when I saw peanut shells and peanuts all over

2   the bench and the floor.  That's when they helped me.

3       Q    How would you go about preventing the

4   introduction of peanuts into your son's dugout during

5   his games, but that which were not actually sold at the

6   concessions?

7       A    You can put up a sign, uh-huh.

8       Q    Has that been effective?

9       A    You can just tell your team.  We all

10  communicate on Team Manager and I could easily tell the

11  parents, hey, my son is allergic to peanuts.

12           Yes, if there's a sign, a lot of people want

13  to keep children safe and they're very respectful of it

14  and they appreciate a sign.

15      Q    Agreed.  So if there's a sign up telling

16  people not to bring peanuts into your son's dugout --

17      A    Uh-huh.

18      Q    -- why is that not effective enough?  Why do

19  we have to stop peanut sales to seven other fields in

20  this massive park?

21           Go ahead.

22           MS. LANGER:  Objection to form.

23           THE WITNESS:  I've never said there's seven

24      other fields, but...

25  BY MR. ALEXANDER:

Jennifer Quasha
August 27, 2019                                        60

1       Q     You said there were eight.  You were right.
2  You were actually correct.
3       A     Yes, but I did not say for you to stop peanut
4  sales to seven other fields at all times.  I said just
5  during his games.
6       Q     So why is the sign and the respectful parents
7  that you just mentioned, why is that not effective
8  enough to keep peanuts from going into your son's dugout
9  during his games?
10      A     I mean, because you're talking about small
11 children and parents.  I don't know.  There's many
12 people there.  There's people who come who are
13 grandparents to watch the game.  So there's, I mean,
14 babysitters.  There's people who may not know about the
15 sign who aren't there on a regular basis.
16      Q     Is there a sign on your son's dugout during
17 his game saying, no peanuts in this dugout?
18      A     There was not, because I would say probably
19 85 percent of his team were our friends, yes.
20      Q     So if 85 percent of the team are your son's
21 friends and they're aware of your son's peanut
22 allergy --
23      A     Right.
24      Q     -- they're aware not to bring peanuts into his
25 dugout, one of 16 dugouts in the stadium --

```
 1        A     Okay.

 2        Q     -- during his games, why is that not effective

 3    enough so that we have to ban peanut sales for everyone

 4    else in the park?

 5              MS. LANGER:  Objection.

 6    BY MR. ALEXANDER:

 7        Q     Go ahead.

 8              THE WITNESS:  Can I answer or no?

 9              MS. LANGER:  You can.

10              THE WITNESS:  They no longer, if you turn to

11         this page, accept friend requests and they denied

12         my son a request to be with his best friend on his

13         team.  The mother is a nurse practitioner.  The

14         father is a physician's assistant.  And they would

15         not honor that.  Even though we told them it was a

16         medical condition, they said, no more friend

17         requests.

18              MR. ALEXANDER:  Could you read back my

19         question?  I think you're answering something other

20         than what I asked you.

21              THE WITNESS:  You asked me why, if he has

22         friends.  He no longer will have friends directly

23         on his team.

24    BY MR. ALEXANDER:

25        Q     Well, did they --
```

Jennifer Quasha
August 27, 2019                                    62

```
 1        A     It's a possibility, but...
 2        Q     Did the PBGYAA put that boy on your son's team
 3   as part of a friend request in the past?
 4        A     They did.
 5        Q     Or did they just happen to be on the team?
 6        A     No, no.  They honored friend requests in the
 7   fall.  The fall 2018 was the last season where they
 8   honored friend requests.
 9        Q     Well, I don't want to spend any time on friend
10   requests because the Motion for Preliminary Injunction
11   doesn't seek to enjoin them from not having friend
12   requests.  It's about peanut sales.
13        A     But you asked me why, if he had so many
14   friends, did it matter.
15              And my answer was that he no longer has a
16   friend.  And so, I mean...
17        Q     Is it your belief as a parent of a child with
18   a peanut allergy, that if you placed a sign or a poster
19   board on his dugout saying, don't bring peanuts into
20   here during my son's games, is it your position as a
21   parent of a child with a peanut allergy that that would
22   be ineffective?
23        A     Be ineffective?
24        Q     Yes.
25        A     It would be partially effective, but not
```

Jennifer Quasha
August 27, 2019                                  63

1   everybody reads signs and not everybody is respectful.

2   But it definitely would be helpful.

3       Q    Are there coaches that are in the dugout with

4   the kids during the games?

5       A    They're mainly on the field, except for at

6   certain times they might walk them over because they're

7   little and say, go get your bat, go get your helmet.

8   But that's when parents step in at this stage and we

9   give them all a hand.

10      Q    Can coaches and parents just simply tell kids,

11  don't bring peanuts in the dugout during my son's games?

12      A    They couldn't possibly.  You said there were

13  eight fields there.  They couldn't possibly tell

14  everybody.

15      Q    No, in his dugout.  Isn't it reasonable for

16  the coaches and parents of your son's games just to

17  simply tell the kids in the dugout, no peanuts in the

18  dugout during his game?

19      A    No.

20      Q    Why?

21      A    Because different people come in and out of

22  the dugout.

23      Q    How many kids are on a team?  Is there, like,

24  50 of them or is there, like, ten of them?

25      A    I don't know.  Maybe 15 at the most.  I'm not

Jennifer Quasha
August 27, 2019                                    64

```
1    sure.

2         Q    All right.  And the parents in your son's

3    elementary school class are made aware not to send

4    peanut snacks when there's a snack time in the

5    classroom, right?

6         A    Yes.

7         Q    And couldn't the parents of a T-ball team,

8    which is even smaller than a first grade classroom,

9    simply be told via an e-mail or a notice not to bring

10   peanuts into your son's dugouts during his games?

11        A    I suppose they could.  But if they did, a

12   dugout is much smaller and it's much more crowded, and

13   it's a lot more difficult to control something like

14   that.

15        Q    Now, as far as sweeping --

16        A    Uh-huh.

17        Q    -- were you satisfied with the City's offer

18   that sweeping would still be accomplished prior to the

19   first game play of each day?

20        A    For this fall --

21        Q    Yes.

22        A    -- you mean?

23             I think that will be helpful, but it has to be

24   before his game.

25        Q    So what he said was --
```

Jennifer Quasha
August 27, 2019                                        65

```
 1        A    And somewhere I read -- I don't know if it was
 2   Mr. Stepp's affidavit, he was changing it now.  I don't
 3   know.
 4        Q    What did he change?
 5        A    I saw that in his affidavit.  Something about
 6   saying -- I don't know.  I would have to go find it.
 7        Q    So he also added in 16a, quote, there will be
 8   designated brooms available at the concession stand for
 9   the parent/coach volunteers to sweep out the dugout
10   before use, if desired.
11             Do you agree with that?
12        A    Sure.  The more brooms the better.
13        Q    Because --
14        A    Yeah.
15        Q    Because you wouldn't mind picking up a broom
16   and sweeping out a dugout to keep your son safe, would
17   you?
18        A    No.  My father had to do that once before.
19        Q    I read that in your declaration.  How long did
20   it take him?
21        A    I don't know.  I didn't watch him.
22        Q    You agree with me that any capable adult with
23   a broom can sweep out a little league dugout in about a
24   minute?
25        A    I'm not sure.  I've never swept a dugout
```

1    before.

2         Q    But if peanuts were introduced into the dugout

3    that your son was going to occupy at some point between

4    morning sweeping and his game, would you have any

5    problem grabbing a broom and sweeping out his dugout to

6    keep your son safe?

7         A    I would do anything to keep my child safe.

8    It's what I do on a daily basis.

9         Q    So do you agree with me then that the proposal

10   made in 16a was satisfactory to you, insofar as sweeping

11   the dugouts?

12        A    No.

13        Q    What was unsatisfactory about the City

14   sweeping the dugouts prior to -- prior to game day?

15        A    The sweeping is great, as long as it's before

16   his game and his dugout.  And anyone else who may have

17   peanut allergy as well I'm sure would benefit from that.

18        Q    But we've got multiple games going on.  And

19   what if there's not a City employee who's aware of when

20   the last game ends and when your son's game starts and

21   there's now peanuts in the dugout?  Why is it not

22   effective enough just to have brooms available right

23   there at the concession stand?

24        A    I mean, I'm thinking back.  They give you a

25   schedule at the beginning of every season.  I'm sure

Jennifer Quasha
August 27, 2019                                    67

1   that the City manager could tell City maintenance what

2   the schedule was.

3        Q    Why is it important for a City maintenance

4   worker to spend a minute sweeping out a dugout, as

5   opposed to just a parent/coach volunteer?  Why are you

6   insisting that it be someone from the City do it?

7             MS. LANGER:  Objection to form.

8             You can answer, if you know.

9             THE WITNESS:  I don't know.  I mean...

10  BY MR. ALEXANDER:

11       Q    Because I asked you, I said, they told you

12  that they're going to sweep the beginning of each day

13  and then they're going to make brooms available if an

14  additional sweep is required over the course of a day.

15       A    Then there's another part where he forgot what

16  he wrote and he wrote that he'll also sweep midway.

17       Q    Where is that?

18       A    In his affidavit.

19       Q    Mid game?

20       A    Mid game, I'm sorry.

21       Q    Well, I don't think it says that, but that's

22  your testimony.

23       A    Where is his affidavit?  I'll find it for you.

24  Is it in here or is that --

25       Q    Mid game?

Jennifer Quasha
August 27, 2019                           68

1        A     Yeah.  Steven Stepp they would, not only sweep

2   the floor, but they would also sweep mid game.

3        Q     It's not in that package.

4        A     Not in this one?  Okay.

5        Q     So let me ask you.

6        A     I read it though.

7        Q     Do you have any objection to this

8   accommodation offer, insofar as sweeping out the dugout,

9   that they'll sweep at the beginning of each day and

10  leave brooms available, if it needs a subsequent sweep?

11       A     Yes.  His dugout needs to be swept before his

12  game.

13       Q     So if there's brooms at the concession stands,

14  what prevents it from being swept prior to his games?

15       A     What do you mean?

16       Q     Why does it have to be a City worker that

17  takes a broom and sweeps out a kids' dugout, which

18  takes, like, a minute?  Why does it have to be a City

19  worker?

20       A     Because I could be in a rush.  I have children

21  that have to go to other -- my son is in travel PBGYAA

22  soccer.  My daughter is in dance.  We have a busy

23  schedule.  If I know that it's done, then I could be

24  safe --

25       Q     Is there some parent or guardian --

```
 1        A    -- if I'm in a hurry.
 2        Q    -- at the field with H      during all of his
 3   games?
 4        A    We are, yes.  But that's why I had asked if he
 5   could be on Maddox Aronowitz's team, because his parents
 6   live around the block from us and they're a P.A. and an
 7   N.P., and so they watch him all the time and they know
 8   exactly what to look for and exactly how to help.
 9        Q    I understand that, but we're not covering that
10   now, we're not talking about that.
11             I'm just asking you, is there a parent or
12   guardian of H      present at all of his T-ball games?
13   Grandparent?
14        A    There is, but I would like to be able to
15   carpool if I have to because I have three children's
16   schedules in the afternoon.  So if I have somebody that
17   I absolutely trust that knows to look for the signs of
18   food allergies and exactly what to do, then I could
19   maybe go and drop my kid somewhere else and come back.
20   But I was there because I did not have that.
21        Q    Let me ask it this way, because we're going
22   off in a different direction.
23             What, if anything --
24        A    Uh-huh.
25        Q    -- is ineffective about the proposal that was
```

Jennifer Quasha
August 27, 2019                                    70

1    made to you that the City would sweep out the dugouts

2    first every game day and make brooms available, if over

3    the course of a day it needed to be swept out again?

4    What is ineffective about that proposal?

5           MS. LANGER:  Objection to form.  Asked and

6        answered.

7           You can answer it again.

8           THE WITNESS:  I answered it a hundred times.

9           I said, because it doesn't say they will sweep

10       out his dugout before his game.

11   BY MR. ALEXANDER:

12       Q    Is that your complete answer to that

13   question, is that it doesn't say they would sweep out

14   his dugout?

15       A    Right.

16       Q    So when they said in here --

17       A    Before his game, not just before the first

18   games.

19       Q    So you want someone from the City to make sure

20   that the City employee is available there to sweep out

21   his dugout before he starts?

22       A    Just like they did in the fall.

23       Q    Why is it not effective to make brooms

24   available for anyone to do it, if your father was

25   capable of doing it?

Jennifer Quasha
August 27, 2019                              71

```
 1        A    My father lives in Miami.  He's not always
 2   there.
 3        Q    How old is your father?
 4        A    73.
 5        Q    So if a 73-year-old man can do it, what is
 6   ineffective about the City making --
 7        A    My dad is in excellent shape.  Not all
 8   73-year-old men can do that.
 9        Q    That's not pertinent to what I'm asking.
10        A    But it is because not all 73-year-old men are
11   in the same condition.  Some could be very ill.  Yeah.
12   Yeah.
13        Q    I understand.
14        A    Yeah.
15        Q    What is ineffective, though, about having
16   brooms available for any parent, coach, volunteer,
17   spectator, parents, grandparent, aunt, uncle, teenage
18   child to use that broom to sweep out the dugout?  Why
19   does it have to be a City maintenance worker doing it?
20             MS. LANGER:  Objection to form.  Asked and
21        answered.
22             Answer, if you can.
23             MR. ALEXANDER:  I don't think it's been
24        answered.
25   BY MR. ALEXANDER:
```

1    Q    Go ahead.

2    A    I said, to make sure that it's done each time.

3  You can't depend on a parent doing it.  They may forget.

4  They're busy with their own children.

5    Q    Is that why it's effective, because someone

6  may forget -- ineffective?

7    A    I guess.

8    Q    Wouldn't you be there to tell someone to do

9  it?

10    A    I just said, I will be there.  Sometimes I

11  don't make it exactly on time.  I have three children

12  with piles of homework and I have to feed them before.

13    Q    Were you happy with the proposal c, that they

14  would insure that the -- PBGYAA will insure that the

15  parent/coach volunteers and the parents of H      's

16  teammates will be fully informed of H      's peanut

17  allergy?  Is that satisfactory?

18    A    No.  Which one?

19    Q    B, 16b.

20    A    Oh, sure.  They never did that in the fall.

21  They said they did, but I actually told them all because

22  they're my friends.

23    Q    How effective was you telling them?

24    A    It was very helpful.  But, I mean, again, they

25  were my friends.  I don't know how people feel that I

```
 1   don't know.
 2        Q    How many times has H       had an allergic
 3   reaction to peanuts because he stepped on peanut shells
 4   while wearing shoes?
 5             MS. LANGER:  Objection to form.
 6             You can answer.
 7             THE WITNESS:  He has not yet, yes.
 8   BY MR. ALEXANDER:
 9        Q    So if he's wearing shoes in the dugout --
10        A    Right.
11        Q    -- and the dugout is swept before his games --
12        A    Uh-huh.
13        Q    -- what concerns do you have over the fact
14   that peanut concessions may be going on during his
15   games?
16        A    Because more peanuts could get into the
17   dugout.
18        Q    How do they get into a dugout?
19        A    Because there are people coming in and out of
20   the dugout and you can't stop them.
21        Q    So in a game where a child is in the dugout
22   with a peanut allergy, are you suspecting that an adult
23   is going to walk into your son's dugout during his game
24   eating shelled peanuts and throwing them on the floor?
25        A    They could, because it's not just parents
```

1    always.  Sometimes they have to send a babysitter, a

2    relative, and they may not read the sign or they may not

3    have been informed.  Yeah.

4         Q    How many times in your son's games have you

5    seen someone walk into his dugout during one of his

6    games eating peanuts or throwing peanut shells on the

7    ground?

8         A    I have not witnessed that myself, but, yeah.

9         Q    Do you know anyone who has?

10        A    But they weren't selling peanuts during his

11   game.

12        Q    But people can bring peanuts from home, right?

13        A    Most people don't though.  It's not like the

14   Yankees or something.  It's a T-ball and children's

15   little league program.

16        Q    Don't you agree with me, it's basic common

17   sense that if 16b occurs where everyone is informed of

18   your son's peanut allergy, that H     's coaches and the

19   other parents that are present would police the entry of

20   peanuts into his dugout?

21             MS. LANGER:  Objection to form.

22             THE WITNESS:  I don't agree.  I don't agree.

23        They wouldn't have time to do that.

24             These are very small children.  They're very

25        hands on trying to help them learn the game of

Jennifer Quasha
August 27, 2019                              75

1        baseball.  And as I said, it's not just parents.

2        It's babysitters.  It's relatives.  It could be

3        anyone, a friend helping a friend.

4            People don't always stay.  They have multiple

5        children and they have to get everyone to different

6        places at the same time.

7   BY MR. ALEXANDER:

8        Q    So if I understand your answer, you want the

9   sale of peanuts during your son's games completely

10  banned for all eight fields of Gardens Park because a

11  babysitter might show up on a day, not be aware of your

12  son's peanut allergy, and that babysitter during the

13  game may actually walk into the dugout during the game

14  eating peanuts and throwing peanut shells on the floor?

15          MS. LANGER:  Objection to form.

16          THE WITNESS:  They could if they're selling

17      them.

18  BY MR. ALEXANDER:

19      Q    So that is your concern?

20      A    Yes.

21      Q    All right.  And you think that if they're not

22  selling peanuts during his game --

23      A    Right.

24      Q    -- that this will eliminate the prospect of a

25  babysitter who's not normally familiar with this T-ball

1    team showing up and eating peanuts, bringing them into

2    the dugout and throwing them on the floor?

3         A    Not just the babysitter.  Like I said, they

4    send friends, they send relatives, so...

5         Q    Okay.  Has H      ever had an allergic

6    reaction to stepping on peanut shells?

7         A    No.  You asked me that already.

8         Q    Has H      ever had an allergic reaction to

9    handling peanut shells with his hands?

10        A    I don't allow him to.  That would be extremely

11   irresponsible of me as a mother.  His life is way too

12   important to me to do something like that.

13        Q    How is it you've prevented your son from

14   handling and picking up and touching peanut shells with

15   his hands all these years?

16        A    The only place we're around peanut shells is

17   at T-ball.

18        Q    You never go anywhere where there's peanuts

19   sold?

20        A    No, uh-uh.  They don't sell them at soccer,

21   no.

22        Q    All right.

23        A    They don't sell them in the movie theater.  I

24   can't think of anywhere we go where they --

25        Q    Do movie theaters sell products with peanuts?

1    A    They sell candy.

2    Q    Snickers bars and things that have peanuts in

3   them?

4    A    Yes.  But he doesn't sit next to people who

5   are eating them.

6    Q    And does that present a risk to him, if

7   someone touches his hand that touched a Snickers bar?

8    A    That wouldn't happen because we take him to

9   the movies and we don't buy those things.

10    Q    Does H      know what a peanut shell looks

11   like?

12    A    I'm sure he does.  He's a very, very high IQ,

13   smart individual.

14    Q    He's a smart first grade boy?

15    A    Yeah.

16    Q    So if there were peanut shells on the floor of

17   his dugout, would he know what those are and know not to

18   touch them with his hands and then touch his hand to his

19   mouth?

20    A    No.  I mean, he would, but he could

21   accidentally touch it and the oil could get on his

22   hands.  And you don't know what could happen to him or

23   to anyone else, for that matter.

24    Q    And the peanut shells you're concerned about

25   are the ones on the ground, right?

```
 1        A     They were also on the bench, yeah.  They were

 2   pretty much everywhere.

 3        Q     And if someone swept it out, then they

 4   wouldn't be on the ground or the bench, right?

 5        A     Most likely.

 6        Q     Okay.

 7        A     If they did a good job.

 8        Q     Are there peanut shells also throughout the

 9   park that are not just in his dugout, but that people

10   have eaten walking around the park during the day?

11        A     No, it didn't ever appear that way to me.  I

12   really only saw them all over the dugouts.  So maybe by

13   the -- where the fields -- what's the red clay meets

14   the, like, concrete in the corner.  I don't know.  They

15   must sweep them or something.

16        Q     Have his doctors ever indicated that he could

17   have an allergic reaction just by touching peanut shells

18   with his hand?

19        A     They have not, but it's very possible, uh-huh.

20        Q     Have you had any discussions with Tony Badala

21   since May of 2019 when Mr. Stepp sent you the final

22   letter?

23        A     Absolutely not.

24        Q     Have you had any discussions with Mr. Abrams?

25        A     No.
```

1      Q    Has anyone from the Palm Beach Gardens Youth

2   Athletic Association explained to you why the Youth

3   Athletic Association wishes to continue to sell peanuts

4   at the concessions at the park, notwithstanding your

5   objection to it?

6      A    They explained to me why they need to sell

7   peanuts?  No, they have not.

8      Q    How did you know your father swept out a

9   dugout?

10     A    He told me.

11     Q    You didn't see it?

12     A    I didn't watch him sweep it, but he told me

13  that he swept it, because he went in there and checked

14  it and it hadn't been swept.  My son had been absent

15  because he was sick.  Maybe they thought he wasn't

16  coming back, and so it wasn't swept one day.

17     Q    We're almost done.

18          Paragraph five of Mr. Stepp's letter, page 43

19  of 45, quote, PBGYAA also had operational control of the

20  North Palm Beach baseball facility as part of

21  inter-league play, end quote.

22          Do you know what inter-league play means?

23     A    No, I do not.

24     Q    Is your husband a baseball fan?

25     A    He likes the Red Sox.

Jennifer Quasha
August 27, 2019                                    80

```
 1        Q    Did you ask him what inter-league play was
 2   when you saw a term that you didn't understand?
 3        A    No.  What page is that on?
 4        Q    Page 43 of 45.
 5        A    Where is that?
 6        Q    Number paragraph five.
 7        A    Five.
 8        Q    So you see that?
 9        A    Uh-huh.
10        Q    Inter-league play?
11        A    I see it.
12        Q    Is that a term with which you have any
13   familiarity?
14        A    I mean, no, but it's common sense.
15        Q    What is inter-league play?
16        A    When two leagues play together.
17        Q    And those two leagues would be Palm Beach
18   Gardens Athletic Association and North Palm Beach?
19        A    Uh-huh.
20        Q    Right?
21        A    Yes.
22        Q    So was it your understanding that all of the
23   kids from the North Palm Beach -- from North Palm Beach
24   played in the Palm Beach Gardens Youth Athletic
25   Association?
```

Jennifer Quasha
August 27, 2019                                  81

```
 1        A    All of my son's friends only have ever played
 2   at Gardens Park.  No one I know has ever had a game at
 3   the North Palm Beach league.
 4        Q    Do you know any parents or kids that play in
 5   the North Palm Beach --
 6        A    No.
 7        Q    -- recreational sports?
 8        A    No, nobody.
 9        Q    Were you aware that all of the North Palm
10   Beach kids played in the Palm Beach Gardens Youth
11   Athletic Association for this season that's referenced
12   in the letter?
13        A    No.
14             So you're saying that the kids from North Palm
15   Beach played at our facility in Palm Beach Gardens?
16        Q    They played in the Palm Beach Gardens Youth
17   Athletic Association for that season.
18             MS. LANGER:  Don't ask him questions.
19             THE WITNESS:  Anyone could --
20             I didn't understand his question.  I was
21        trying to clarify.
22             So anybody could play in our city.  There's a
23        resident fee and a non-resident fee.  So even if
24        they're from North Palm Beach, they can still -- if
25        you're from Miami, you could play, just have to pay
```

```
 1        more money.  That's how it works for soccer or
 2        anything.
 3   BY MR. ALEXANDER:
 4        Q    And when is H    's first baseball game for
 5   this fall season?
 6        A    They didn't put him on a roster.  His friends
 7   got their roster, though, so I'm not sure.
 8        Q    Has anyone from the Palm Beach Gardens Youth
 9   Athletic Association rejected your son's application to
10   play in this upcoming fall?
11        A    They did not, but all the rosters have been
12   created and they did not put my son on one.  So I'm not
13   sure.
14        Q    Is it your understanding that they're going to
15   put him on a team?  You registered and paid the fee, I
16   assume, right?
17        A    Since everyone has their team already and he
18   doesn't have one, I'm not sure.  I can't answer that.
19        Q    Did you pay a fee?
20        A    We did.
21        Q    Did they accept it?
22        A    Yes.
23        Q    And you don't honestly believe they're going
24   to take your money and not put your son on a team, do
25   you?
```

Jennifer Quasha
August 27, 2019                                83

```
 1              MS. LANGER:  Objection to form.

 2              THE WITNESS:  I don't know what they're

 3         thinking.

BY MR. ALEXANDER:

 4

 5         Q     Who accepted your payment?

 6         A     I have no idea.  It's through the computer

 7    through the website.

 8         Q     Was enrollment still open?

 9         A     Yes.

10         Q     All right.  So you registered on time and paid

11    on time?

12         A     Correct.

13         Q     And they processed your payment?

14         A     Correct.

15         Q     In other words, you didn't get a rejection

16    saying, too late, your son's out?  You didn't get

17    anything like that?

18         A     Not this time, no.

19              THE WITNESS:  All right.  I don't have any

20         other questions.

21              You want her to read or waive or do you have

22         any questions?

23              MS. LANGER:  We'll read.

24              MR. ALEXANDER:  Yes.  I might need some.

25              MS. LANGER:  I don't know.  I'll let you know.
```

Jennifer Quasha
August 27, 2019                                          84

1    Probably, but I'll let you know.

2            (Witness excused.)

3            (Deposition was concluded.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Jennifer Quasha
August 27, 2019                                              85

1                          CERTIFICATE OF OATH

2       STATE OF FLORIDA

3       COUNTY OF PALM BEACH

4

5              I hereby certify that on this 27th day of

6       August, 2019, JENNIFER QUASHA appeared before me and was

7       sworn by me for the purpose of giving testimony in the

8       matter of Quasha vs. City of Palm Beach Gardens, Case

9       number 9:19-cv-80825-DMM.

10

11       _____

12
         Sandra W. Townsend, RPR, FPR
13       Notary Public - State of Florida
         My Commission Expires:  6/26/20
14       My Commission No.:  FF 996937

15

16

17

18

19

20

21

22

23

24

25

Jennifer Quasha
August 27, 2019                                      86

```
1                    C E R T I F I C A T E

2      STATE OF FLORIDA

3      COUNTY OF PALM BEACH

4

5              I, Sandra W. Townsend, Registered
       Professional Reporter and Notary Public in and for
6      the State of Florida at Large, do hereby certify
       that the aforementioned witness was by me first duly
7      sworn to testify the whole truth; that I was
       authorized to and did report said deposition in
8      stenotype; and that the foregoing pages, are a true
       and correct transcription of my shorthand notes of
9      said deposition.

10             I further certify that said deposition was
       taken at the time and place hereinabove set forth
11     and that the taking of said deposition was commenced
       and completed as hereinabove set out.

12
               I further certify that I am not attorney or
13     counsel of any of the parties, nor am I a relative or
       employee of any attorney or counsel of party connected
14     with the action, nor am I financially interested in the
       action.

15
               The foregoing certification of this transcript
16     does not apply to any reproduction of the same by any
       means unless under the direct control and/or  direction
17     of the certifying reporter.

18
               Dated this 29th day of August, 2019.
19

20             _____

21
               Sandra W. Townsend, RPR, FPR
22

23

24

25
```

Jennifer Quasha
August 27, 2019                                87

```
1   DATE:        August 29, 2019

2   TO:          JENNIFER QUASHA      Job #1989361
                 c/o Stephanie Langer, Esquire
3                Disability Independence Group, Inc.
                 2990 SW 35th Avenue
4                Miami, Florida  33133

5   IN RE:       Quasha vs. City of Palm Beach Gardens

6   CASE NO.:  9:19-cv-80825-DMM

7        Please take notice that on Tuesday, the 27th of
    August, 2019, you gave your deposition in the
8   above-referred matter.  At that time, you did not
    waive signature.  It is now necessary that you sign
9   your deposition.
         If you do not read and sign the deposition
10  within a reasonable time, the original, which has
    already been forwarded to the ordering attorney, may
11  be filed with the Clerk of the Court.  If you wish
    to waive your signature, sign your name in the blank
12  at the bottom of this letter and return it to us.

13                         Very truly yours,

14

15                         _____

16                         Sandra W. Townsend, RPR, FPR
                           U.S. LEGAL SUPPORT, INC.
17                         444 W. Railroad Avenue, Suite 300
                           West Palm Beach, Florida  33401
18                         Phone:  561.835.0220

19  I do hereby waive my signature.

20  _____

21  Jennifer Quasha

22  I do hereby waive my signature:

23  Cc:  Via transcript:  All Counsel of Record; File
    copy
24

25
```

U.S. LEGAL SUPPORT
www.uslegalsupport.com

Jennifer Quasha
August 27, 2019                                                88

```
1              C E R T I F I C A T E

2                    -  -  -

3    THE STATE OF FLORIDA

4    COUNTY OF PALM BEACH

5        I hereby certify that I have read the foregoing

6    deposition by me given, and that the statements

7    contained herein are true and correct to the best of

8    my knowledge and belief, with the exception of any

9    corrections or notations made on the errata sheet,

10   if one was executed.

11

12       Dated this _____ day of _____,

13   2019.

14

15

16

17

18   _____

19   JENNIFER QUASHA

20   Job #1989361

21

22

23

24

25
```

Jennifer Quasha
August 27, 2019                                    89

```
 1                    E R R A T A   S H E E T

 2    IN RE: QUASHA VS. CITY OF PALM BEACH GARDENS  CR: SANDRA

 3    TOWNSEND

 4    DEPOSITION OF: JENNIFER QUASHA

 5    TAKEN: 8/27/19    JOB NO.: 1989361

 6

 7      DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

 8    PAGE #  LINE #   CHANGE                    REASON
      _____
 9
      _____
10
      _____
11
      _____
12
      _____
13
      _____
14
      _____
15
      _____
16
      _____
17
      _____
18    Please forward the original signed errata sheet to
      this  office so that copies may be distributed to
19    all parties.

20    Under penalty of perjury, I declare that I have read
      my deposition and that it is true and correct
21    subject to any changes in form or substance entered
      here.
22

23    DATE: _____

24

25    SIGNATURE OF
      DEPONENT:_____
```

U.S. LEGAL SUPPORT
www.uslegalsupport.com

**29**   37:20

---

**1**

---

**1**   24:8,9
26:10,16 29:3
52:8
**1.3**   33:20
**1.5**   52:17
**11**   20:6
**12**   20:6 29:6
**12-1**   24:8,13
26:17 45:2
**12a**   45:1
**12c**   29:9,10,
13
**15**   26:18 38:1
52:9 53:1
55:15 63:25
**16**   24:17
38:21 51:6
60:25
**16a**   24:15,20,
25 25:2 65:7
66:10
**16b**   52:18,23
72:19 74:17

---

**2**

---

**2000**   34:19
**2012**   15:19
**2018**   58:3
62:7
**2019**   26:5,9,
18 28:2,14
29:17,22
30:11 31:24
38:1,21 45:13
46:16 48:19
52:9 53:1
55:15 78:21
**2019/2020**
10:10
**21**   15:19
28:2,14
**28**   37:17

---

**3**

---

**3**   37:23
**30**   37:22
**31**   38:1
**32**   38:11 39:4
**33**   39:4
**34**   39:10
**38**   26:17
**3:00**   54:7,9,
10

---

**4**

---

**4.3**   33:19,23
**43**   31:3 79:18
80:4
**44**   29:7 45:2
**45**   24:13 29:7
31:3 37:5
52:8 79:19
80:4

---

**5**

---

**50**   63:24
**5:00**   55:11,12
**5:15**   32:20
54:12,14,17,
22,24 55:6,7,
17 56:4 58:9

---

**6**

---

**60**   41:25
**6:45**   32:20
54:12 58:9

---

**7**

---

**73**   71:4
**73-year-old**
71:5,8,10

---

**8**

---

**85**   60:19,20

---

**9**

---

**9**   26:5,9
29:17,22
30:10 45:12
48:19

---

**A**

---

**ability**   41:19
**able**   42:14
69:14
**about**   7:25
9:10 11:5,12
12:19 18:5
19:6 25:7,9
29:3,16,17
30:15 34:23,
24 36:7 37:20
38:1,11 39:10
41:4 49:6
51:4 55:12
58:11 59:3
60:10,14
62:12 65:5,23
66:13 69:10,
25 70:4 71:6,
15 77:24
**above**   4:6
**Abrams**   78:24
**absent**   79:14
**absolutely**
69:17 78:23
**accept**   61:11
82:21
**acceptable**
50:13 55:16
**accepted**   83:5
**access**   41:19
42:23
**accidentally**
77:21

**accommodating**
11:23 21:7
48:21
**accommodation**
47:21 49:19,
23 57:6 68:8
**accommodations**
24:5,12,17,22
26:3 47:15,17
48:6 50:9,10
51:6,19 52:1,
2
**accomplished**
64:18
**according**
28:1
**accurate**
28:18
**accurately**
45:6,8
**across**   9:10,
12 22:18
**actually**
14:16 46:3
59:5 60:2
72:21 75:13
**ADA**   27:21
28:7 29:11
44:25 45:10
47:15,17
**add**   14:21
**added**   65:7
**additional**
67:14
**Additionally**
31:19
**address**   29:25
**adjacent**
22:17
**administer**
19:7
**administered**
17:17
**adult**   65:22
73:22
**adverse**   19:8

**advised** 17:1
42:24 43:10
**affidavit**
65:2,5 67:18,
23
**affirmed** 4:10
**after** 9:1,2,6
12:22 18:20
21:16 22:2
23:2 30:12
45:11 46:23
47:14,23
58:5,25
**afternoon**
69:16
**afterwards**
55:19
**again** 6:17
15:17 70:3,7
72:24
**against** 30:20
31:14 33:5,8
**age** 54:12
**ages** 58:8
**ago** 23:21
**agree** 28:16
51:18 65:11,
22 66:9
74:16,22
**agreed** 53:8,
11,14,17
59:15
**ahead** 25:23
26:6 32:4
39:4 40:11
47:3 59:21
61:7 72:1
**Alexander**
4:14,17 6:18
8:12 14:25
24:10 25:12,
18 32:3,8
33:22 35:25
37:10,16
38:25 39:22,
25 40:3,5,14,
25 41:3,7,11,
24 42:3,9

43:2,6,7,13,
19 47:11
48:8,11
49:11,15
52:11 53:7
59:25 61:6,
18,24 67:10
70:11 71:23,
25 73:8 75:7,
18 82:3 83:4,
24
**all** 7:2 10:20
18:19 21:24
26:2,10 28:8
30:5 32:20
34:6 35:5
36:13 39:13
42:9 44:19
45:3,16 47:8
49:2,19 51:4
52:18 55:17
56:24 58:22
59:1,9 60:4
63:9 64:2
69:2,7,12
71:7,10 72:21
75:10,21
76:15,22
78:12 80:22
81:1,9 82:11
83:10,19
**allege** 38:6
**allegedly**
42:19 50:18
**allergen** 7:23
**allergens**
9:19 11:8,19
13:3 23:1,7
**allergic**
11:21 14:3,5
59:11 73:2
76:5,8 78:17
**allergies** 6:1
13:14,20,24
17:2,7 20:9
57:6 69:18
**allergy** 8:22
13:19 15:13,
14 48:24

52:21 53:16
60:22 62:18,
21 66:17
72:17 73:22
74:18 75:12
**allow** 10:1
12:4 24:6
76:10
**allowed** 7:17
57:23,25 58:6
**almost** 20:6
79:17
**alone** 10:5
47:20
**already** 22:11
32:18 47:24
50:1 51:8
76:7 82:17
**also** 6:25
10:9 16:22
26:19 31:20
37:25 50:21
52:16 65:7
67:16 68:2
78:1,8 79:19
**always** 18:1
35:6,14 52:15
54:12 58:9
71:1 74:1
75:4
**am** 7:9,12
14:9 26:2,12
27:6 31:23
39:15 40:6
41:12,21
**amounts** 37:11
**Anaphylaxis**
14:14
**and** 4:4,5,11,
18,23 5:7,8,
17 6:22,23,
24,25 7:2,13,
14,15,20,23
8:2,6,18,21,
25 9:18 10:5,
13,19,24
11:10,12,19,
20,24 12:11,

14,15,16,17,
21,22 13:9
14:6,11,12,
13,16,23
15:12,14,15,
22 16:1,4,10
17:2 18:20,24
19:15 20:4,7,
12 21:7,8,16,
18,23,25
22:3,5,7,17,
19,21,23,25
23:1,2,3,9,
17,22,24
24:11,13,15,
20,25 25:2,5,
8,11,23,24
26:6,9,14,19
27:6,8,9,11,
14 28:12
29:3,7,16,19
30:2,5,13
31:18 32:19
33:5,16 34:24
35:18 36:17,
20 37:1,3,12
38:19 39:1,4,
23 40:11
41:2,15,25
42:7,10,15,23
43:11,16
44:7,13,17,25
46:4,6,12,14,
15 47:7,8,18
48:13,14,15,
16,17,22,25
49:1 50:10,
13,15,18,21,
24 51:22,25
52:7,16,19,25
53:11,14,21,
24 54:3,4,7
55:2,10,14,
19,23 56:3,
10,11,14,16
57:1,10,11,
12,13,16,20
58:5,14 59:1,
2,10,13,14

60:6,11,21
61:11,14
62:15,16
63:1,7,8,10,
16,21 64:2,7,
12 65:1,16
66:4,5,16,18,
20 67:13,16
68:9,17 69:6,
7,8,18,19
70:2,5 71:20
72:12,15
73:11,19,20,
24 74:2,14,18
75:1,5,12,14,
21 76:1,2,14
77:2,6,9,17,
18,21,22,24
78:3 79:13,
14,16 80:17,
18 81:23
82:4,12,15,
17,23,24
83:10,13

**and/or** 51:13

**another** 5:9
11:25 33:7
36:20 37:14
38:16 41:17
51:1 54:11
67:15

**answer** 5:8,11
6:13,14 8:11
32:5 39:21
40:11 43:11
44:10,12
47:4,5 53:5
61:8 62:15
67:8 70:7,12
71:22 73:6
75:8 82:18

**answered** 22:1
70:6,8 71:21,
24

**answering**
61:19

**Anthony** 38:13
39:3 41:13,16
42:18 43:14

45:19 50:5,15

**anti-bacterial**
23:5

**any** 6:11 7:16
9:11,19 10:11
11:2,3,25
13:4,14 14:18
16:18 17:2,8
18:16 21:16,
17 23:13
25:13,15
32:15 37:3
38:2,3 39:5,
17 40:7 43:3,
8 45:5 46:25
49:6 57:8,23
58:7 62:9
65:22 66:4
68:7 71:16
78:20,24
80:12 81:4
83:19,22

**anybody** 81:22

**anymore** 30:14

**anyone** 12:19,
24 42:11,25
56:7 66:16
70:24 74:9
75:3 77:23
79:1 81:19
82:8

**anything** 5:2
18:23 34:23
42:7 43:11
48:23 50:15
66:7 69:23
82:2 83:17

**anyway** 25:22
26:7,13

**anywhere**
76:18,24

**appear** 78:11

**application**
82:9

**appreciate**
48:17 59:14

**appreciated**
48:15

**approved**
22:19

**Approximately**
23:20

**April** 26:18
52:9 53:1
55:15

**are** 5:16
6:10,19,23
7:1,4,6,7,10,
21 9:13,21
11:2 13:20
17:7 18:9
24:2,3,5,22
25:7,8,19
26:4 30:24,25
31:17 33:7,8,
25 36:24
37:21 38:21
41:12 53:16
56:3,19,21
57:11,13,25
60:12,20
63:3,23 64:3
67:5 69:4
71:10 73:19,
22 74:19,24
77:5,17,25
78:8,9

**aren't** 12:11
60:15

**aroma** 13:18

**Aronowitz's**
69:5

**around** 69:6
76:16 78:10

**arranges**
11:19

**arrive** 54:8,
15,17,20,22
55:6

**as** 4:11,23
5:8 10:10,25
12:6 13:5,15
16:24 17:8
19:7,8,18
20:14 24:8
27:8,14 30:10

31:2,21
32:13,21 35:9
37:24 38:15
39:12 43:23
44:5 45:2,4,
12 47:12,21
49:9 50:9
51:13 56:13
62:3,17,20
64:15 66:10,
15,17 67:4
68:8 75:1
76:11 79:20

**ask** 4:25 5:10
23:12 36:8
39:1 40:21
48:7 49:5
52:1 68:5
69:21 80:1
81:18

**asked** 27:1
41:5 48:9
49:3 52:2,9
55:22 61:20,
21 62:13
67:11 69:4
70:5 71:20
76:7

**asking** 5:6,9
13:4,22,23
14:1,2 21:19
24:24,25
29:12 32:15
45:22 69:11
71:9

**assertions**
38:20,21

**assistant**
61:14

**Association**
26:11 27:7
32:1,25 33:1,
17 36:20 39:7
40:9 44:18
45:15 50:11,
24,25 79:2,3
80:18,25
81:11,17 82:9

assume   28:19
 82:16
asthma   16:21,
 23 17:3,7,9
 18:17,21
 19:9,13
 20:11,12
asthmatic
 16:24 17:22
at   4:5 7:7,
 11,15,17 8:4,
 17 9:15,17,18
 10:2,5,6,11,
 16,18 11:15,
 21 12:1,6
 15:1,5,23
 16:16 17:11
 18:6,18 19:4,
 6,13 20:14,17
 21:1,10,20
 22:2,3,14
 24:3 27:13
 29:6 31:2,9
 32:20 34:7
 35:5,13,20,24
 36:13 37:23
 42:12 43:22
 44:19 45:3,17
 46:1,5,10,19
 49:20 50:12
 51:15 53:8
 55:2,7,9
 56:1,3,19,22,
 24 57:19
 58:10,13 59:5
 60:4 63:5,8,
 25 65:8 66:3,
 23,25 68:9,13
 69:2,12 75:6
 76:17,20 79:4
 81:2,15
ate   14:12
Athletic
 26:11 32:24
 33:17 36:20
 39:7 40:9
 44:18 45:15
 50:24 79:2,3
 80:18,24

81:11,17 82:9
attachment
 29:20
attend   5:20
attended
 15:22
attention
 29:2 58:25
attorney   4:17
 25:8,10,11
 29:21 37:11
 39:14 40:17,
 21 41:15
attorney/
client   25:13,
 20 39:23
attorneys
 37:5
aunt   71:17
available
 51:15 65:8
 66:22 67:13
 68:10 70:2,
 20,24 71:16
avoid   5:1
avoidance
 14:23
aware   7:7,9,
 10,12 27:17
 30:17,23
 60:21,24 64:3
 66:19 75:11
 81:9
away   8:6
 33:19,20,23

_____

B

B-E-A-T-T-I-E
 16:5
B-E-A-T-T-Y
 16:3
babysitter
 74:1 75:11,
 12,25 76:3
babysitters
 60:14 75:2

back   5:3
 21:24 29:2
 36:5 46:15
 48:8,14,17
 49:11 61:18
 66:24 69:19
 79:16
Badala   27:9,
 16 31:4,11
 32:22 34:6
 35:7,15,17
 36:7,12,18
 37:13 38:2,7
 39:5,17
 41:13,16
 42:18,19
 43:14,15
 44:22 47:10
 48:4 50:15,18
 78:20
Badala's   34:9
Bailes   16:1
ban   24:4 61:3
banned   75:10
bar   77:7
bars   77:2
baseball
 23:17,18
 31:16,21
 32:13 33:25
 34:2 44:20
 45:4 47:10,21
 49:21 56:23
 57:10 58:22,
 23 75:1
 79:20,24 82:4
based   8:22
 12:4 13:13
 17:1 46:24
basic   74:16
basis   60:15
 66:8
bat   55:6 63:7
bay   19:13
Beach   4:18
 26:10 30:13,
 16,17 31:5,6,
 10,14,21,25

32:1,13,24,25
 33:16 34:2,4,
 10,11,12,14,
 16 35:4,9,20,
 24 36:8,19
 37:1 39:7
 44:16,18,20,
 24 45:4,15
 46:1,5,19
 47:21 49:20
 50:11,13,17,
 23 79:1,20
 80:17,18,23,
 24 81:3,5,10,
 15,16,24 82:8
Beattie   16:6,
 7,8
Beatty   16:1,2
because   7:12
 10:4 12:14
 14:20,22 15:4
 21:7 23:1
 25:25 26:14
 29:19 30:14
 32:16 35:13
 36:10 39:2
 41:9 44:2,6,
 12 48:3,6,24
 50:4,8 52:13
 56:16 57:4,9,
 14 58:8,17,20
 60:10,18
 62:10 63:6,21
 65:13,15
 67:11 68:20
 69:5,15,20,21
 70:9 71:10
 72:5,21 73:3,
 16,19,25
 75:10 77:8
 79:13,15
bed   19:23
 58:9
been   4:10
 5:14 15:7,9,
 10 21:2,6
 26:4 42:14,24
 50:1 55:15,24
 56:24 57:9

59:8 71:23
74:3 79:14
82:11
**before** 4:3,20
5:6,9 7:15
9:23 12:16
19:23 26:24
27:17,20
32:10 45:9
47:7 51:9,16
54:17,18
55:10 57:10
58:5,7,14
64:24 65:10,
18 66:1,15
68:11 70:10,
17,21 72:12
73:11
**beginning**
6:24 16:25
18:6 27:13
53:8,12 66:25
67:12 68:9
**begins** 16:20
**behalf** 39:14
**being** 25:1,2
68:14
**belief** 62:17
**believe** 17:14
28:25 47:12
49:10 82:23
**believed**
46:21
**bench** 58:20
59:2 78:1,4
**benefit** 66:17
**Benjamin**
32:18 46:10
**besides** 11:9
12:1 18:23
58:19
**best** 11:24
44:5 61:12
**better** 65:12
**between** 17:2
21:17,25
25:8,11 41:15
66:3

**birth** 15:18
**birthday** 6:8,
9,20
**bit** 49:7
**bleachers**
57:16,17
**blessed** 8:4,
16
**block** 69:6
**board** 62:19
**both** 4:23
16:10 22:20
**bottom** 26:20
**bought** 6:22
**boy** 20:4 62:2
77:14
**Boys** 20:3
**bracket** 54:12
**break** 42:2,4
43:24
**brief** 4:22
**bring** 6:3
11:18 56:5,7,
8,12,13,17
57:16 58:24
59:16 60:24
62:19 63:11
64:9 74:12
**bringing** 7:1
45:13 76:1
**brings** 6:9
**broach** 21:9
**broom** 13:1
65:15,23 66:5
68:17 71:18
**brooms** 51:15
65:8,12 66:22
67:13 68:10,
13 70:2,23
71:16
**brought** 6:11,
20 20:13
**burden** 27:10
30:14 36:6
37:1 48:6
**Burns** 35:6

**bus** 33:9,10
**busy** 68:22
72:4
**but** 6:2,13
8:8,24 10:8
11:12 12:8
14:1 16:15
17:21,25
18:25 19:21
20:24 21:6
22:1,17 24:24
25:22 26:20
30:8 34:12,22
35:15 40:6,12
41:20 42:23
44:21 45:12,
15 46:3,18,22
47:9 49:10
50:20 55:5
58:5,7,23
59:5,24 60:3
62:1,13,25
63:2,8 64:11,
23 66:2,18
67:21 68:2
69:4,9,14,20
71:10 72:21,
24 74:8,10,12
77:4,20 78:9,
19 79:12
80:14 82:11
84:1
**butter** 8:2,6
13:10,18 14:3
**buy** 77:9
**buzz** 20:24
**by** 4:14 6:18
8:12 14:25
22:19 24:10
25:18 31:24
32:3,8 33:22
34:5 35:25
37:10,16
38:25 39:14
40:5,14 41:11
43:2,7,10,13,
19 44:23
45:22 46:17
47:11 48:11

49:15,24
52:3,11 53:1,
7 56:3 59:25
61:6,24 67:10
70:11 71:25
73:8 75:7,18
78:12,17 82:3
83:4

---

C

**cafeteria** 6:6
7:4,18 10:2
12:8 13:5,7
21:11
**call** 5:19
17:20
**can** 5:8 6:13,
14 11:14
19:18 27:11
32:5 37:3,13
40:11,20
41:24,25
42:11,23
47:4,5 48:8
53:5 54:18
56:11 58:9
59:7,9 61:8,9
63:10 65:23
67:8 70:7
71:5,8,22
73:6 74:12
81:24
**can't** 44:10
72:3 73:20
76:24 82:18
**candy** 77:1
**capable** 65:22
70:25
**car** 22:2,3
**caring** 21:8
**carpool** 69:15
**carry** 20:20
**case** 5:15
23:10 25:5
27:15 39:2,14
42:15 44:23
47:8

cashew  14:12
  15:11,14
cause  4:6
certain  63:6
chair  12:11,
  16
chairs  56:10
chance  24:16
change  18:21,
  24 57:14 65:4
changing
  13:21 34:6
  65:2
charge  31:12
  47:6,7 48:5
  56:15
check  11:20
checked  22:18
  79:13
checks  7:22
  9:23 11:17
chewed  15:14
child  8:18,19
  9:10,12 10:25
  11:14,25 12:6
  14:24 22:17
  62:17,21 66:7
  71:18 73:21
children
  19:24 20:1
  56:10 57:13
  59:13 60:11
  68:20 72:4,11
  74:24 75:5
children's
  58:22,23
  69:15 74:14
city  4:18
  26:18 27:4,15
  31:10,11,13,
  14,15,18,24
  40:8 44:24
  46:17 48:20
  50:14 51:10
  52:4 53:8
  57:4 58:17
  66:13,19
  67:1,3,6

68:16,18
  70:1,19,20
  71:6,19 81:22
City's  38:13
  51:13 64:17
claim  37:13
claiming
  41:12 50:22
clarify  39:1
  42:11 81:21
class  9:5,6
  64:3
classroom
  5:25 6:2,3,4,
  5,16,20 64:5,
  8
classrooms
  6:11
clay  78:13
clean  12:19
  13:1,2,8
  55:20 58:19
cleaned  12:22
  13:6 58:14,16
cleaning
  12:24 13:5
cleans  7:14
  12:15
clear  5:2
  41:9 42:10
closed  14:12
  15:11 27:15
  39:3 47:8
closer  9:13
coach  53:15
  56:15 71:16
coaches  63:3,
  10,16 74:18
cold  16:20
  18:22 19:14
come  14:6
  18:16 22:5
  60:12 63:21
  69:19
comfortable
  42:6

coming  18:23
  23:24 48:14
  73:19 79:16
commissioner
  42:21
common  74:16
  80:14
communicate
  59:10
communication
  38:6
communications
  25:8,9,20
complaint
  27:21 28:7,9
  45:10
complete
  70:12
completely
  5:6 49:5 75:9
Composite
  24:8 26:10,16
  29:3 52:8
computer
  21:24 83:6
concern  75:19
concerned
  77:24
concerns
  73:13
concession
  36:14 51:15
  65:8 66:23
  68:13
concessions
  33:2 35:8
  45:5 58:13
  59:6 73:14
  79:4
concluded
  84:3
concrete
  78:14
condition
  61:16 71:11
conducted
  42:14

confidential
  25:20
confused
  45:18
confusing
  30:24,25
considerate
  6:23
consumed  7:18
  14:11,16
consuming
  8:19
contact  14:7
contain  38:2
continue
  10:14 24:21
  27:13,18
  28:21 29:14
  30:6 51:12
  79:3
control  31:20
  32:1,12,17
  46:24,25
  47:13 64:13
  79:19
convince  33:6
coordinates
  31:18
coordinator
  44:25
copies  21:23
copy  28:5
  32:19 41:25
corner  78:14
correct  5:24
  8:23 10:12
  14:9 15:16,24
  16:7 21:22
  22:13,20
  26:2,12,23
  27:2,6,12
  29:5 31:23
  39:15 40:6
  41:12,18,21
  44:17,20
  45:17 46:13
  47:22,23 53:9
  55:8,18 58:6

60:2 83:12,14
**correctly**
18:1
**correlation**
17:2,5
**correspond**
52:8,25
**correspondence**
21:17 46:15
**could**  8:1,5,8
9:23 14:24
16:16 18:20,
21,25 48:4,5,
17 49:7 55:24
57:16 59:10
61:18 64:11
67:1 68:20,23
69:5,18 71:11
73:16,25
75:2,16
77:20,21,22
78:16 81:19,
22,25
**couldn't**
63:12,13 64:7
**counsel**  25:21
43:10
**couple**  19:22
**course**  21:4
67:14 70:3
**court**  4:23
26:17 28:1,14
29:21 39:16
**covering**  69:9
**cream**  23:6
**created**  82:12
**crowded**  64:12
**cupcakes**  6:9
**current**  10:16
51:7,10,19
53:22
**currently**
23:13

_____

**D**

_____

**dad**  71:7

**daily**  12:18
16:22 17:8
66:8
**dance**  68:22
**dangerous**
14:23
**Daniel**  38:12
50:20,22
**date**  10:22
15:18 23:19
28:12,18 36:3
37:3
**dated**  26:5,9,
17 29:22 38:1
**daughter**  20:7
68:22
**day**  11:17
13:21 18:11
19:22 27:13,
19 28:24
29:15 30:7
51:12 52:14
53:9,12 56:2,
25 64:19
66:14 67:12,
14 68:9 70:2,
3 75:11 78:10
79:16
**days**  18:17
**deal**  50:5
**dealt**  47:9
**Decadron**
15:10
**December**
15:19
**decent**  58:10
**decision**  7:16
9:25
**declaration**
65:19
**dedicated**
12:24
**definitely**
12:9 63:2
**denied**  27:5
61:11

**depend**  13:16
72:3
**depends**  6:16
19:10
**depo**  42:7
**deposition**
4:3,19,20
41:3,20 42:12
84:3
**deputy**  31:13,
24 44:24
**designated**
51:14 65:8
**desired**  51:17
65:10
**diagnosed**
16:24
**did**  7:16,19,
20 10:15,21
11:18 17:19,
24 18:16
21:13 22:3,22
24:18 26:8
29:16 30:5
32:14,21
33:23 34:15
36:1,8,10
38:5,24 39:1,
2 43:25 44:5
45:6 46:8,12
47:12 48:3,
13,16 49:2,4
50:7,14,19,20
52:1 56:14
57:1 58:2,11,
19 60:3 61:25
62:2,4,5,14
64:11 65:4,19
69:20 70:22
72:20,21 78:7
79:8 80:1
82:11,12,19,
20,21
**didn't**  17:19
22:23 30:17
46:4,6 48:7,
23 49:5
58:21,24

65:21 78:11
79:11,12 80:2
81:20 82:6
83:15,16
**die**  14:24
**different**
18:19 29:11
44:4 56:25
63:21 69:22
75:5
**differently**
44:4
**difficult**
48:15 64:13
**DIRECT**  4:13
**direction**
69:22
**directly**  8:8,
14 9:12 61:22
**disability**
48:24
**disagreement**
43:1,3,8
**disagrees**
42:11,25
**discovery**
41:6,8 42:14
**discussed**
25:16 39:6
**discussions**
78:20,24
**dispute**  36:15
46:14
**do**  6:3 9:19
11:24 12:13
15:2 16:2
17:20 18:11
19:6,24,25
20:10 22:1
23:2,5,10
25:15 26:11
27:21 28:16
30:2,4 33:4,
14,16 34:3,5,
18,21 35:3,
15,17 37:20
38:11 39:5
40:18,19

41:20 42:2
43:3,8,14,20
44:1 48:17
50:4 51:18
52:7 54:8,14,
17,22 56:5,8,
12 57:5 59:18
65:11,18
66:7,8,9 67:6
68:7,15 69:18
70:24 71:5,8
72:8 73:13,18
74:9,23
76:12,25
79:22,23 81:4
82:24 83:21
**docket** 28:12
45:2
**doctor** 16:10
**doctor's**
16:12
**doctors** 17:1
78:16
**document**
26:17 28:13
**documents**
37:6,12
**does** 5:19,20
12:19,24
13:16,18
16:14 17:8,
11,12,15
20:14,16,21,
23 23:7 28:3
29:9,13 38:2
45:4 46:25
48:19 52:25
54:25 68:16,
18 71:19
77:6,10,12
**doesn't** 7:21,
24 19:16
43:21 44:1,2,
3 50:23,24
55:9 62:11
70:9,13 77:4
82:18
**doing** 10:9

54:21 70:25
71:19 72:3
**don't** 5:4,11,
12,13 6:5
8:21 10:22
12:3 13:17,21
18:1,14
20:19,24 21:3
23:19 26:15
28:7,23 29:18
34:4,14,20,22
35:12 36:4
39:12 40:12
41:8 44:7,12,
13 48:12
54:10,16,20
56:4,17 60:11
62:9,19
63:11,25
65:1,2,6,21
67:9,21 71:23
72:11,25 73:1
74:13,16,22
75:4 76:10,
20,23 77:9,22
78:14 81:18
82:23 83:2,
19,25
**done** 13:5
24:19 68:23
72:2 79:17
**down** 12:16,17
19:12 22:24
29:19
**Dr** 16:6 26:19
**drive** 33:15
55:1
**drives** 55:1
**drop** 54:18
55:2,4 69:19
**due** 55:5
**dugout** 29:1
49:2 51:16
55:21 57:11,
17 58:12
59:4,16 60:8,
16,17,25
62:19 63:3,

11,15,17,18,
22 64:12
65:9,16,23,25
66:2,5,16,21
67:4 68:8,11,
17 70:10,14,
21 71:18
73:9,11,17,
18,20,21,23
74:5,20 75:13
76:2 77:17
78:9 79:9
**dugouts**
27:12,18
28:21 29:14
30:6 51:11
57:10 60:25
64:10 66:11,
14 70:1 78:12
**duly** 4:10
**during** 18:7
31:19 42:7
53:24 54:4
55:23 56:2
57:2 58:2,4
59:4 60:5,9,
16 61:2 62:20
63:4,11,18
64:10 69:2
73:14,23
74:5,10 75:9,
12,13,22
78:10

---

**E**

**e-mail** 22:2
27:10 29:21,
25 31:4 33:3
36:3 37:3,6,
13,17 38:2,6,
9,21 39:5,16
40:6,16
41:13,16,24
42:18,22
43:14,15,20,
23 50:19,20
56:16 64:9

**e-mailed**
21:19,21
38:14 48:13
**e-mails**
21:17,24
37:12 39:13
46:15
**each** 5:4,8,17
6:5 9:13
11:17 27:13,
19 28:24
29:15 30:7
53:9,12 57:11
64:19 67:12
68:9 72:2
**easier** 4:23
**easily** 59:10
**eat** 6:6
**eaten** 78:10
**eating** 7:21
8:1,6 9:14
10:11,16
12:2,7 57:15
73:24 74:6
75:14 76:1
77:5
**effective**
57:2,22 59:8,
18 60:7 61:2
62:25 66:22
70:23 72:5,23
**efficient**
21:8
**eggs** 11:3,10,
11
**eight** 55:25
56:20,21,25
60:1 63:13
75:10
**either** 16:17
19:16 20:9,11
21:23 40:8
**eldest** 20:4
**elementary**
5:21 11:22
64:3
**elicit** 25:19,
21

eliminate
75:24
else   11:9
13:6 18:23
24:19 54:21
61:4 66:16
69:19 77:23
else's   24:1
employee
66:19 70:20
end   7:13,15
9:15,17 11:15
21:20 22:14
45:5 56:13
79:21
ends   66:20
enjoin   62:11
enough   59:18
60:8 61:3
66:22
enroll   25:4,
6,24 46:4,6,
8,12
enrolled
23:13,18,22
25:3 26:6
51:8
enrollment
36:19 43:16
83:8
entire   15:12
24:8
entry   28:1,13
45:2 74:19
Epinephrin
15:9
Epipen   15:1,5
20:17,22
eradicating
57:2
essentially
22:11
estimate
19:18
even   5:5,14
12:16 30:18
34:16 35:3

48:23 50:23
61:15 64:8
81:23
ever   4:20
11:21 13:20
14:17 15:9
39:6 76:5,8
78:11,16
81:1,2
every   5:17
12:22 19:21
51:12 52:14
66:25 70:2
everybody
63:1,14
everyone   13:6
24:1 48:25
54:21 61:3
74:17 75:5
82:17
everyone's
7:22
everything
13:9 29:19
47:8
everywhere
78:2
exact   10:22
12:6 18:7
23:19
exactly   18:15
69:8,18 72:11
EXAMINATION
4:13
examined   4:10
excellent
71:7
except   63:5
excused   84:2
exercise
18:25 20:13
exhibit   24:8,
9
expert   56:23
explained
79:2,6

extra   23:3
extremely
14:22 76:10

---

**F**

---

facility
31:21,25
32:13,16
33:17,25 34:7
36:8 45:17
79:20 81:15
fact   13:23
14:2 26:3
46:23 73:13
fall   23:13,25
24:20,23 27:3
32:21 37:21,
24,25 46:12
48:16,21
49:1,14,16
50:9 51:5,7
52:3,4 53:10,
22 56:14
57:7,24,25
58:3,21,25
62:7 64:20
70:22 72:20
82:5,10
familiar
75:25
familiarity
80:13
fan   79:24
far   8:24 19:3
21:1 27:14
33:16 45:12
64:15
father   61:14
65:18 70:24
71:1,3 79:8
fee   81:23
82:15,19
feed   72:12
feel   72:25
feet   8:6
Ferris   52:4
57:5 58:3,18

Ferris'   27:4
few   44:14
field   33:1
34:2 35:8
36:14 47:21
57:11 63:5
69:2
fields   31:16,
18 44:20 45:4
49:21 56:19
59:19,24 60:4
63:13 75:10
78:13
fields'   56:25
fig   11:12
filed   27:17
28:1,9,13,17
29:21 31:14
32:10 37:5,11
39:13,16 40:2
45:9
filing   24:8
28:20 51:11
final   78:21
find   37:13
65:6 67:23
fingers   13:17
finish   5:6,9
37:9
first   4:10
7:22 15:22
19:15 21:9
22:2 25:4,23
27:19 28:24
29:15 30:7
38:19 51:13
52:12,14,15
55:6 56:4
58:20,24,25
64:8,19 70:2,
17 77:14 82:4
five   18:10,11
31:2,15 55:10
79:18 80:6,7
flaring   16:21
floor   12:19,
20,21,22,25
13:1,2,6,8,10

59:2 68:2
73:24 75:14
76:2 77:16
**Florida** 4:5
**Flovent**
16:21,23
19:12,15
**follows** 4:11
**food** 9:19
11:4 13:3
14:18 17:7
20:9 23:1,7
69:18
**for** 4:5,18,23
6:9,13,20,25
10:25 13:3,5,
6 15:13,16
16:18,23
17:23 18:2,25
20:17 23:3
24:9,19 26:11
27:1 28:6
31:18 34:11
39:11,15
40:1,3,4
41:3,5,8
42:10,13
46:10,14
47:14,17
48:21 49:13,
14,16,24
50:1,11,16,
23,24 51:4,7,
10,15,19
52:1,2,9
53:10,22
54:3,8,12,18,
22 55:6,16,
22,24 56:12,
13,25 57:5
60:3 61:3
62:10 63:5,15
64:20 65:8
67:3,23 69:8,
17 70:24
71:16 75:10
77:23 81:11,
17 82:1,4

**forget** 49:4
72:3,6
**forgot** 49:3,
10 67:15
**forgotten**
49:5
**form** 6:12
8:10 32:2
33:21 35:22
37:8,15 38:23
39:19 40:4,10
43:18 47:2
52:10 53:4
59:22 67:7
70:5 71:20
73:5 74:21
75:15 83:1
**formal** 27:21
28:6 29:11
45:10 47:15
**formally**
47:17
**forth** 21:25
26:4,10 46:15
**forward** 43:1
**four** 8:6 58:8
**free** 5:24
6:3,23 7:4,6,
8,11,23 8:18
10:1,3,6,11,
16,18 21:11
36:14
**frequency**
19:19
**friend** 39:12
56:16 61:11,
12,16 62:3,6,
8,9,11,16
75:3
**friends** 10:5,
20 21:14 35:5
36:11,21 56:9
57:20 60:19,
21 61:22
62:14 72:22,
25 76:4 81:1
82:6

**from** 8:6,18
9:11,13 10:1
11:25 12:2
13:21 15:11
16:21 19:8
25:19 26:18
27:21 30:2
31:4,9,13
32:20,24
33:18 37:21,
24,25 38:12
39:5 40:8,9
41:13,16
42:18 43:14
44:16 45:20,
24 46:2 47:9
48:19,20
55:16 58:9
60:8 62:11
66:17 67:6
68:14 69:6
70:19 74:12
76:13 79:1
80:23 81:14,
24,25 82:8
**full** 21:1
**fully** 52:20
53:15 72:16

---

**G**

**G1p** 29:24
**Gallucci** 5:23
9:8 21:21,25
22:19
**game** 27:19
29:15 30:7
51:12 52:14
53:13 54:7,9,
14,19 55:2,6,
7,10 56:14
57:10 58:2
60:13,17
63:18 64:19,
24 66:4,14,
16,20 67:19,
20,25 68:2,12
70:2,10,17
73:21,23

74:11,25
75:13,22 81:2
82:4
**games** 23:24
24:1 31:17
33:1 34:7
35:8,18 36:14
44:19 45:3,
17,25 46:4,9,
19 47:19,20
49:20 50:12
51:13 53:15,
24 54:4,10,23
55:23,25
56:4,21 57:2,
19 58:4,5,7,
14 59:5 60:5,
9 61:2 62:20
63:4,11,16
64:10 66:18
68:14 69:3,12
70:18 73:11,
15 74:4,6
75:9
**Gardens** 4:18
24:3 26:11
31:10,15
32:1,20,24
33:1,10,17,18
34:4 35:5,13
36:11,19 39:7
44:16,18,24
45:15 46:10
50:12,23
55:16 56:19
75:10 79:1
80:18,24
81:2,10,15,16
82:8
**gathering**
46:2
**gave** 40:16
**get** 5:6 13:16
16:20 18:20
19:14 33:14,
23 54:25
55:9,11 58:9
63:7 73:16,18
75:5 77:21

| | | | |
|---|---|---|---|
| 20,21,22 | 46:2 71:1 | 2,4 57:3 | 81:20 82:6 |
| 16:1,13,14, | 73:9 77:12,14 | 58:20 65:20, | **home** 19:6 |
| 20,21,24 | **health** 8:21 | 21 69:7 76:10 | 74:12 |
| 17:8,11,12, | **hear** 19:14 | 77:6,8,22 | **homework** |
| 15,21,22 | **helmet** 63:7 | 79:12 80:1 | 72:12 |
| 18:17 19:3, | **help** 11:20 | 81:18 82:6,15 | **honestly** |
| 12,14 20:12, | 22:4 57:13 | **hired** 26:14 | 82:23 |
| 16 21:13,14, | 69:8 74:25 | **his** 5:22 6:23 | **honor** 61:15 |
| 16 22:1,3,4 | **helped** 59:2 | 7:12,14,22 | **honored** 62:6, |
| 23:3,15,18 | **helpful** 48:25 | 8:5,17,22 | 8 |
| 26:8,12,20 | 63:2 64:23 | 10:2,4,20,24 | **hopefully** |
| 27:9,14 | 72:24 | 11:8,20 12:1, | 19:12 24:1 |
| 30:19,20 31:5 | **helping** 75:3 | 11,12,15,17, | **hours** 55:25 |
| 32:6,18 33:3, | **her** 25:12 | 18 13:11,13, | **house** 15:1 |
| 4,6 34:10 | 40:23 41:3,4 | 17 14:11,12, | **how** 11:19 |
| 35:23 36:1,5, | 42:20,23 | 16 15:5,11, | 12:5,13 13:24 |
| 8,10,12,18, | 43:10,12 | 12,13,14,18, | 15:3,7,20 |
| 21,25 37:1,14 | 83:21 | 25 16:4,21 | 16:2 17:10,17 |
| 38:7,12,24 | **here** 4:18 | 17:2 20:12,17 | 18:5,12,13,15 |
| 39:2,11 41:16 | 9:16 39:12 | 21:14,18 | 19:6 20:1,5 |
| 42:19 43:16 | 40:12 41:3,19 | 22:23,25 | 33:4,10,14,16 |
| 44:5,21 | 42:10,12 | 23:4,24 30:5, | 34:3,21 44:1 |
| 45:10,13,18, | 45:20 46:3,24 | 24,25 33:3 | 50:6 51:25 |
| 20 46:8,11,12 | 47:9 48:22 | 34:8 35:5,9 | 54:25 56:19 |
| 47:14,24 | 49:22 50:3 | 36:11 42:20 | 58:11 59:3 |
| 48:1,3,5,9, | 52:24 62:20 | 45:1,12 46:9, | 63:23 65:19 |
| 10,13 50:3,4, | 67:24 70:16 | 19 47:19,20 | 69:8 71:3 |
| 16,20,25 | **hey** 59:11 | 49:3 50:17 | 72:23,25 |
| 51:2,9,22 | **high** 77:12 | 52:14,21 | 73:2,18 74:4 |
| 52:1,2 54:25 | **him** 5:19 6:25 | 53:12,16,24 | 76:13 79:8 |
| 55:9 57:6 | 7:13,15 8:25 | 54:12 55:23 | 82:1 |
| 61:21,22 | 11:20,24 12:9 | 56:15 57:2,19 | **How's** 33:6 |
| 62:13,15 | 13:14,19 | 58:4,5,8,14, | **however** 31:17 |
| 64:25 65:2,4, | 14:10 15:4,8, | 25 59:5 60:5, | **human** 49:8 |
| 7 67:15,16 | 17 16:16,20 | 9,17,19,24 | **hundred** 70:8 |
| 69:4 70:21 | 18:25 19:2 | 61:2,12,23 | **hurry** 69:1 |
| 73:3,7 77:4, | 21:19 22:4,17 | 62:19 63:15, | **husband** 19:7 |
| 12,17,20 | 23:2,5,22 | 18 64:10,24 | 23:23 25:3 |
| 78:16 79:10, | 24:3,6,23 | 65:5 66:4,5, | 26:5 50:21 |
| 12,13,15,25 | 25:3,4,6,24 | 16 67:18,23 | 51:3,25 53:2, |
| 82:17 | 27:5 30:13, | 68:11,14 | 21 54:3 55:1, |
| **he'd** 48:16 | 19,21 31:5,8 | 69:2,5,12 | 15 79:24 |
| **he'll** 67:16 | 33:3 34:10,11 | 70:10,14,17, | **hypothetical** |
| **he's** 5:25 | 35:16,23 | 21 73:11,14, | 13:22,24 14:1 |
| 7:10 8:8,17, | 36:8,20 37:1, | 23 74:5,10,20 | |
| 24 12:12 | 9 39:11 43:17 | 75:22 76:9, | |
| 13:15 15:13 | 47:20 48:13, | 11,15 77:7, | |
| 19:1 20:6 | 14 49:1 55:1, | 17,18,21 | |
| 42:21 45:9,19 | | 78:9,16,18 | |

**I**

**I'D**  18:15
48:17
**I'LL**  5:8
67:23 83:25
84:1
**I'M**  4:17,25
5:7 9:22 12:8
13:4,22 14:1,
2 18:7 21:6
22:1,10 23:12
24:7,24,25
26:14,16
27:12,25
28:4,9,18
29:12 31:10
36:4 37:7
38:5 39:20
42:6 43:4
44:6,17 45:8,
18,21 46:2
49:7,9 56:23
58:17 63:25
65:25 66:17,
24,25 67:20
69:1,11 71:9
77:12 82:7,
12,18
**I'VE**  15:4
42:23 56:7
59:23 65:25
**idea**  27:4
83:6
**identification**
24:9
**identifies**
51:6
**if**  5:5,12,14
6:8 10:13
11:2 13:10
16:15 19:10,
14,15 20:24
21:19 24:4,5,
11,19,25
25:12 26:9
27:12 28:18

32:5 34:5,15
35:3,7 36:12
37:12 40:4,11
42:11,25
44:14,17,23
45:8,10 47:5
48:17 49:18
51:17,21,22
54:7,14 55:19
56:21,24
57:15 59:12,
15 60:20
61:10,21
62:13,18
64:11 65:1,10
66:2,19 67:8,
13 68:10,13,
23 69:1,4,15,
16,23 70:2,24
71:5,22 73:9
74:17 75:8,
16,21 77:6,16
78:3,7 81:23,
24
**ill**  71:11
**illness**  18:23
**immediately**
11:1 22:17
**important**  5:4
67:3 76:12
**improper**
41:22
**in**  4:5 5:7,
15,24,25 6:2,
5,6,7,9,20,24
7:1,4,14,16,
18,24 8:24
9:19 10:16,24
11:3,19 12:8,
11,12,14,18
13:6,19,23
14:2,6,11,16
15:12,14
16:15 17:13,
16 18:2,5,13,
14,21 19:2,5,
19 20:19
21:1,11 22:5,
7 23:13,18

24:17,20,21
26:4,6,12
27:3,5,10
29:10 30:9
31:12,23,24
32:9,15,21
33:3 34:4,11,
15,17,19 35:8
36:2,5,11,19
37:4,6,20
38:8,20,21
39:6,13,14,17
40:6,7,16
41:6,17,19
42:12,14,17,
20 43:15,16,
17 44:4,14,23
45:1,12,14
46:12,16,18
47:6,7,13,18
48:1,3,5,16
49:1 50:7,10,
16,19,20,25
52:3,4,9,16
55:17 56:11,
14,15,17
57:2,3,6,13,
16,23,25
58:3,20,25
59:19 60:17,
25 61:4 62:3,
6 63:3,8,11,
15,17,21
64:2,4 65:5,
7,19,23
66:10,21
67:18,24
68:3,4,20,21,
22 69:1,16,22
70:16,22
71:1,7,11
72:20 73:9,
19,21 74:4
76:23 77:2
78:9,14 79:13
80:24 81:4,
10,12,15,16,
22 82:10
83:15

**included**  10:4
**including**
42:15
**incorrect**
38:22 39:1
50:3
**incorrectly**
44:8,12
**indicated**
78:16
**individual**
77:13
**induced**  18:25
20:13
**ineffective**
23:11 62:22,
23 69:25 70:4
71:6,15 72:6
**inform**  30:5
31:8
**information**
25:15 46:16
**informed**
28:21 31:23
32:9 45:6,14
49:18 52:21
53:16 72:16
74:3,17
**inhale**  18:1
**inhaler**
17:11,13,21
18:1 19:7,11,
17,19
**injected**
15:9,10
**injunction**
39:15 41:8
42:13 62:10
**inside**  41:25
**insisting**
67:6
**insofar**  66:10
68:8
**instruct**
39:20
**instructed**
10:24 57:18

instruction
   25:13
insure   6:10
   9:12 52:19
   53:14 72:14
intended
   25:19
inter-league
   31:22 32:14
   79:21,22
   80:1,10,15
interact   7:20
interpret
   45:21
Interrogatorie
s   42:16
interrupt   5:7
into   6:4,11
   9:25 10:23
   17:22 29:21
   34:14 59:4,16
   60:8,24 62:19
   64:10 66:2
   73:16,18,23
   74:5,20 75:13
   76:1
introduced
   66:2
introduction
   59:4
IQ   77:12
irresponsible
   15:16 76:11
is   4:17 5:5,
   22,24 6:2,3,
   8,10 7:12,25
   9:8,11,14
   10:2,5,9,12
   11:9,14,18,25
   12:3,5,22
   13:2,4,6
   14:1,10 15:5,
   6,14,18,20,21
   16:6,12,18,23
   17:1,5,13,25
   19:12,20
   20:4,5,12,17
   22:7,11,14

23:11,13,15
24:4,19,25
25:1 26:11,
16,22 27:12,
15,20 28:8,
14,18,19
29:6,11,20,25
30:1,8,10
31:3,6 33:2,
18 34:12
36:3,21 37:6,
17,22,24
38:9,12 39:16
40:1,2,13,15
41:9,10 42:17
43:1,5,6,16
44:9,17,24
45:1,18,19,22
46:3,21,22
48:25 49:4,5,
10 50:6 51:8,
18,21 52:12,
22 54:1,12,21
55:5 59:11,18
60:6,7,16
61:2,13,14
62:17,20
63:1,23,24
64:8,12
66:15,21
67:3,14,17,
23,24 68:21,
22,25 69:11,
14,25 70:4,
12,13,20,23
71:3,5,7,10,
15 72:5,17
73:11,21,23
74:17 75:19
76:11,13,16
79:24 80:3,5,
12,15 82:4,14
isn't   35:20
   63:15
isolating
   10:5
issues   18:17
it   4:23 5:3,
   6,24 6:8,10,

16 7:24,25
9:18,23 10:25
11:20 12:17
13:9,16,20
14:11,16
15:3,4,7,8,
15,16 16:8,11
17:10,16,25
18:2,6,11,12,
14,21,25
19:10,12,20,
22,23 20:25
22:5 23:3,4
25:1 26:19,20
27:10,15,22
28:7,12,13,19
29:14,20
30:1,8,14,23
31:10 33:23
36:4 37:19,
20,22 38:10,
11,13 39:3,5,
12 40:1,2,3,
4,12,15,16,
18,20,22
41:2,4,5,16,
19,24,25
42:23,24
43:6,21,23
44:1,2,7,12,
13,14 48:6
49:22,23
50:4,20,21
51:21 52:13
55:8,15,17
58:15,16,18,
24 59:13
61:15 62:14,
17,20,25
63:2,15 64:23
65:1,2,6,20
66:21 67:3,6,
21,23,24
68:6,10,14,
16,18 69:21
70:3,7,8,9,
13,23,24,25
71:5,10,19
72:3,9,11,24

75:2 76:13
77:21 78:3,11
79:5,11,12,
13,14,16
80:11,22
82:1,14,21
it's   5:4 8:3
   10:13 14:22
   18:22 19:1
   24:13 26:17
   33:19,20 37:4
   38:12 41:22
   44:3 48:15
   49:22 50:19
   51:21 56:2
   62:1,12
   64:12,13
   66:8,15 68:3,
   23 71:23
   72:2,5 73:25
   74:13,14,16
   75:1,2 78:19
   80:14 83:6
item   52:25
items   27:8
its   44:24
itself   40:1,
   3,4

---

## J

James   16:6
January   36:5
   37:4 38:1,21
   46:16
jelly   8:2,7
jeniega@aol.
com.   29:24
jennifer   4:9,
   16
job   78:7
Judge   41:10
June   28:2,14
Jupiter   16:15
just   5:12
   13:8 17:24
   22:4 24:7
   32:16 36:13

41:9 42:7
43:8 45:22
47:20 48:7,25
57:1 59:9
60:4,7 62:5
63:10,16
66:22 67:5
69:11 70:17,
22 72:10
73:25 75:1
76:3 78:9,17
81:25

**K**

keep 7:15
11:24 17:15
59:13 60:8
65:16 66:6,7
keeping 58:12
keeps 17:16
19:13
kept 15:4,8
20:17
kid 69:19
kids 5:25
33:10 54:18
56:12 63:4,
10,17,23
80:23 81:4,
10,14
kids' 68:17
kill 23:1,7
kind 7:12
21:8 48:25
52:13
kindergarten
15:22,25
16:10 18:5
know 5:5,11,
12 6:25 10:22
12:13 13:17,
21 23:10,19
29:18 32:5
33:16 34:3,5,
20,21,23 35:3
40:11 41:10
44:1,5 47:5,6

48:14,15,16,
23 54:16
58:22 60:11,
14 63:25
65:1,3,6,21
67:8,9 68:23
69:7 72:25
73:1 74:9
77:10,17,22
78:14 79:8,22
81:2,4 83:2,
25 84:1
knows 69:17

**L**

LANGER 6:12
8:10 25:14
32:2,5 33:21
35:22 37:8,15
38:23 39:19,
23 40:1,10,22
41:1,5,22
42:2,4,6
43:4,10,18
47:2,5 48:9
52:10 53:4
59:22 61:5,9
67:7 70:5
71:20 73:5
74:21 75:15
81:18 83:1,
23,25
Large 4:5
last 6:17 7:8
10:7 16:25
17:19 18:6
24:11,23
46:8,16 48:20
49:13,16 62:7
66:20
late 83:16
later 5:3
lawsuit
27:17,25
28:17,20
31:14 32:10
45:13 51:11

lawyer 26:14
37:7
league 24:21
26:6,12 29:4
30:18 31:6,
17,19 32:15
34:13,16,17,
23,24 35:1,4
36:21 37:14
38:3,8,17
39:8,17 40:8
41:17 42:20
43:17 46:7
47:10 51:1,5
58:23 65:23
74:15 81:3
leagues
80:16,17
learn 10:15
18:16 74:25
learned 47:14
least 55:9
leave 68:10
Legal 41:24
legally 5:16
let 4:22 5:6
6:25 24:7
25:1 27:20
28:5 37:9
42:9 48:16
68:5 69:21
83:25 84:1
let's 28:19
29:2,14 31:9
37:12 39:4
42:4 49:11
51:4
lets 7:13
letter 26:5,
9,17,24,25
29:16 30:2,5
45:1,13 48:19
51:25 52:7,9,
18 53:1 78:22
79:18 81:12
letting 48:14
life 15:12
76:11

like 6:21
9:15 19:10
21:20 24:11,
22 29:18
55:9,10 56:9
63:23,24
64:13 68:18
69:14 70:22
74:13 76:3,12
77:11 78:14
83:17
likely 17:7
48:22 78:5
likes 79:25
line 22:2,3
list 11:8,9
lists 24:11
literally 8:5
little 49:7
54:18 57:13
63:7 65:23
74:15
live 34:4
69:6
lives 71:1
located 16:12
locations
16:13
lonely 10:20
21:15
long 5:8
13:15 31:2
38:15 65:19
66:15
longer 7:10,
11 8:17 10:12
61:10,22
62:15
look 10:25
22:8 29:6
31:2,9 34:14,
15 37:12 39:4
43:22 69:8,17
looking 28:6
looks 77:10
lot 59:12
64:13

lunch  6:5
    9:1,2,6,20,23
    10:11 11:15
    12:1,17 22:18
    23:4
lunchbox
    7:22,24 11:3,
    19 12:18
lunchboxes
    9:23 11:20

—————————

M

ma'am  31:7
    35:17 43:3
machine  19:1
Maddox  69:5
made  24:6
    38:21 51:7,19
    55:15 64:3
    66:10 70:1
mainly  63:5
mainstream
    5:25 6:2
maintenance
    51:14 58:17
    67:1,3 71:19
major  58:23
majority
    31:16
make  4:23 6:8
    7:23 12:24
    42:9 67:13
    70:2,19,23
    72:2,11
making  71:6
man  71:5
manager  26:18
    27:4 31:13,24
    44:25 52:4
    57:4 59:10
    67:1
managing  12:5
manner  19:2
many  15:3,7
    17:17 18:5,
    13,15 20:1

33:10 34:3
52:1 56:19
60:11 62:13
63:23 73:2
74:4
Maps  33:24
mark  24:8
marked  24:9
    45:2
Marsh  5:21
    11:22 15:23
    21:1
massive  59:20
matter  62:14
    77:23
Matthew  25:16
may  5:10 8:18
    26:5,9 29:17,
    22 30:10
    31:24 40:3
    45:12 46:16
    47:18 48:19
    52:14 60:14
    66:16 72:3,6
    73:14 74:2
    75:13 78:21
maybe  19:21
    23:21 52:17
    55:11 56:2,20
    58:22 63:25
    69:19 78:12
    79:15
me  4:22 5:6,
    12 6:25 10:19
    11:14 15:16
    17:20 19:18
    21:12 22:2,12
    24:7 25:1,11,
    16,22 27:12,
    14,20 28:5,16
    30:9 31:11
    36:4 37:3
    42:9 44:17
    46:21,22 47:7
    49:7,10 51:9,
    18 59:2 61:21
    62:13 65:22
    66:9 68:5

69:21 74:16
76:7,11,12
78:11 79:6,
10,12
mean  8:24
    10:22 13:16,
    20 17:6
    18:13,14,19
    19:10 32:6
    60:10,13
    62:16 64:22
    66:24 67:9
    68:15 72:24
    77:20 80:14
means  45:10
    79:22
measures  9:11
medical  61:16
medication
    15:13 17:8
    20:14
medications
    16:18
medicine
    17:13
meets  78:13
men  71:8,10
mentioned
    60:7
Miami  71:1
    81:25
Michael  26:19
mid  67:19,20,
    25 68:2
middle  20:4
midway  67:16
might  5:15
    63:6 75:11
    83:24
miles  33:19,
    20,23
mind  65:15
minute  17:21
    40:20 65:24
    67:4 68:18
minutes  44:15
    55:10

missed  47:24
moment  24:14
money  82:1,24
month  18:8
    19:20
months  19:21
more  17:7
    18:10 20:13
    30:15 61:16
    64:12,13
    65:12 73:16
    82:1
morning  55:17
    66:4
most  48:22
    57:20 63:25
    74:13 78:5
Mostly  16:15
mother  61:13
    76:11
Motion  39:15
    42:13 62:10
mouth  14:11,
    16 15:14
    77:19
move  33:3,4,7
    34:10 35:7
moved  10:1
    33:1 36:14
    47:19,20
movie  76:23,
    25
movies  77:9
Mr  4:14 5:23
    6:18 8:12 9:8
    14:25 16:1
    21:21,25
    22:19 24:10
    25:12,18 26:4
    27:4,9,15
    30:3 31:4,9,
    11 32:3,8,22
    33:20,22
    34:6,9 35:7,
    15,17,25
    36:7,12,18
    37:10,13,16
    38:2,7,14,19,

25 39:5,17,
22,25 40:3,5,
14,25 41:3,7,
11,24 42:3,9,
19 43:2,6,7,
13,15,19
44:16,22
45:6,22 46:25
47:11,12
48:4,8,11,19
49:11,15
50:18 51:19
52:7,11,18
53:7 59:25
61:6,18,24
65:2 67:10
70:11 71:23,
25 73:8 75:7,
18 78:21,24
79:18 82:3
83:4,24

**Mrs**  16:1
**MS**  6:12 8:10
25:14 32:2,5
33:21 35:22
37:8,15 38:23
39:19,23
40:1,10,22
41:1,5,22
42:2,4,6
43:4,10,18
47:2,5 48:9
52:10 53:4
59:22 61:5,9
67:7 70:5
71:20 73:5
74:21 75:15
81:18 83:1,
23,25
**much**  27:10
36:25 48:6
64:12 78:2
**multiple**
18:4,9,15
56:10 66:18
75:4
**multivitamin**
16:22

**must**  78:15
**my**  4:17 5:1,5
8:13,16 20:4,
12 21:12 22:2
23:23 25:11,
19 40:16,21
44:10 46:6
48:23 49:4,5,
10 50:21 51:3
55:1 56:9,16
57:20 58:2
59:11 61:12,
18 62:15,20
63:11 65:18
66:7 68:21,22
69:19 71:1,7
72:22,25
79:14 81:1
82:12
**myself**  74:8

———————————

### N

**N.P.**  69:7
**name**  4:15,17
11:14 16:4
26:19 49:3
**names**  9:22
**naturally**
48:25
**near**  57:3
**nearby**  45:17
**nebulizer**
17:21,24
18:2,18 19:7,
16,19
**necessarily**
53:12
**need**  20:25
21:2,3 79:6
83:24
**needed**  70:3
**needs**  68:10,
11
**never**  19:1
46:5 55:4
56:7 58:7
59:23 65:25

72:20 76:18
**next**  7:21,23
11:1,15 12:1,
9 13:21
57:11,17 77:4
**nice**  49:9
**nicer**  49:7
**Nine**  20:8
**no**  4:21 6:6,
10 7:10,11
8:17 10:8
11:23 12:21
13:4 14:4,8,
20,22 17:10
18:4 20:24
21:2,3,7
22:22 24:4,5,
9 26:3 27:9
28:23 30:21
31:6 33:3,13
34:4,12 35:8,
11,21 36:2,
10,21,23
37:19,21
39:2,16 40:6
42:13 43:4,25
47:23 51:2
52:16 56:1
57:23 60:17
61:8,10,16,22
62:6,15
63:15,17,19
65:18 66:12
72:18 76:7,
20,21 77:20
78:11,25
79:7,23 80:3,
14 81:2,6,8,
13 83:6,18
**nobody**  81:8
**nods**  5:1
**non-resident**
81:23
**None**  33:11,12
**Nope**  39:9
**normally**  54:8
75:25

**North**  30:13,
16,17 31:5,6,
20,25 32:13
34:2,10,11,
12,14,16
35:3,8,20,24
36:7 37:1
44:19 45:4
46:1,5,19
47:21 49:20
50:12,16
79:20 80:18,
23 81:3,5,9,
14,24
**not**  5:7,24
6:3 8:8,25
9:14,19,22
10:2,8,11,15
11:12,18,23
12:8,12
13:20,22,24
14:1,6,8
17:10,21
18:7,12,25
20:10 21:4,6,
10 22:18,22
23:7,12 24:24
25:15,19
26:14 27:10,
14,25 28:4,18
29:10,12 30:9
35:11 36:4,10
37:7,19 38:9,
10,13 39:2,6,
9,20 40:23,
24,25 41:15
42:6,8,24
43:10,11,25
44:6,9,21
45:4,8,21
46:3,22 47:1,
7,19,23 48:3,
4,5,10 49:2,
22 50:3,7,8,
13,14,15,17,
19 52:14
53:12,23
56:23 57:19
58:2,13,23

59:5,16,18
60:3,7,14,18,
24 61:2,15
62:11,25
63:1,25 64:3,
9 65:25
66:19,21
68:1,3,4
69:9,10,20
70:17,23
71:1,7,9,10
73:7,25 74:2,
8,13 75:1,11,
21,25 76:3
77:17 78:9,
19,23 79:7,23
82:7,11,12,
18,24 83:18
**Notary**  4:4
**nothing**  24:19
50:4
**notice**  64:9
**notify**  53:11
**notwithstandin
g**  26:3 79:4
**now**  9:13
13:22 19:11
28:10 30:8
34:21,24
44:3,6 47:6
49:14,16,23
53:10 54:13
64:15 65:2
66:21 69:10
**NPBB**  31:21
**number**  28:1,
13 52:18 80:6
**numbered**
51:22
**numbers**  52:7
**nurse**  61:13
**nurse's**
17:16,22
20:19
**nut**  6:23
14:10,16
15:13 17:2

**nuts**  11:2,3,
9,11 14:19
56:17

― O ―

**oath**  5:14
**object**  43:4
**objection**
6:12,13 8:10
32:2 33:21
35:22 37:8,15
38:23 39:19
40:4,10 43:18
47:2 52:10
53:4 59:22
61:5 67:7
68:7 70:5
71:20 73:5
74:21 75:15
79:5 83:1
**obligated**
5:16
**obligation**
6:8
**observed**
14:10
**occasion**
14:15 18:3
22:1
**occasions**
6:19 18:13
**occupy**  66:3
**occurs**  41:9
74:17
**of**  4:5,18,23
6:11,24 7:13
8:22 9:15,17,
18,22 10:10,
20,23 11:2,8,
14,15 12:5,25
13:9,13,18
14:6,18 15:18
16:25 17:9
18:6,16 19:5,
8 20:9,11
21:4,10,17,
20,24 22:14

23:4 26:10
27:6,10,13
30:10,16,23
31:3,10,13,
14,16,20,22,
24 32:1,12,
13,16,19
34:6,19 35:5
36:3,19,25
37:3,5,11
38:14 39:13,
14 41:23,25
42:18,21
44:19,24
45:1,3,16
46:16 47:12
48:6 49:6,12,
20 50:10
51:13,18,23
52:8,13,17,
20,21,22
53:9,12,15,
16,23 54:4
56:13,15,25
57:18,20
58:3,12 59:4,
12,13 60:19,
20,21,25
62:3,17,21
63:16,21,24
64:7,19
66:19,25
67:12,14 68:9
69:2,12,17
70:3,25
72:12,15,16
73:19 74:5,
17,19,25
75:9,10,11,24
76:11,24
77:16 78:21
79:18,19,20
80:4,22 81:1,
9
**off**  13:9
18:23 37:14
40:23 41:1,23
43:12 54:18
55:2,4 69:22

**offer**  49:23
50:15 64:17
68:8
**offered**  24:23
25:1,2 26:4
27:7 29:10
30:9,10 32:25
35:7,15,17
44:18 45:3,9,
12,19,25
46:21,22
49:24 50:1,3,
11,14,15,16
51:11 57:6
**offering**  30:8
45:11,16,20
46:18 49:19
**office**  16:12
17:16,22
20:19,24
**often**  19:6
**oh**  30:22
37:23 43:4
52:24 72:20
**oil**  77:21
**okay**  5:17
8:24 15:18
16:11 22:9
24:16 25:12
27:23 28:11,
15 29:6 30:5
42:4 43:22
49:16 51:4
52:24 53:6
55:11 61:1
68:4 76:5
78:6
**old**  15:20
20:5 71:3
**oldest**  20:5,
12,14
**on**  5:3 6:16
7:13 8:8,14
9:25 11:9
12:11,17,21
13:10,16
14:21 16:15,
18,21 18:17

19:11,22
21:23,24,25
22:1,20,21
23:3,4 24:4,
13 25:13
26:15,19 28:1
29:6,16 31:2,
3 32:18 33:24
34:11 35:24
36:4,9 37:2
38:15 39:4,9,
11,13,22
40:18 42:23
43:24 45:20
46:11 47:9
48:20 50:16,
21 51:21
52:7,18,25
54:20 55:8,
15,24 56:2,
22,23 57:12,
15 59:10
60:15,16
61:12,23
62:2,5,9,19
63:5,23 66:8,
18 69:5 72:3,
11 73:3,14,24
74:6,25
75:11,14
76:2,6 77:16,
21,25 78:1,4
80:3 82:6,12,
15,24 83:10,
11
**once**  14:22
19:20,21
65:18
**one**  8:18 10:6
11:13 12:1
13:21 14:12
15:12 18:3
20:12,23 22:1
26:14 27:8,9
28:13 30:21
33:4 36:5
38:14 40:13
47:14 50:10
51:18 52:12,

13,16 53:21
54:11 60:25
68:4 72:18
74:5 79:16
81:2 82:12,18
**one's**  56:1
**ones**  24:23
77:25
**only**  10:6
14:9 15:12
19:5 23:8
50:5,18 55:22
68:1 76:16
78:12 81:1
**onto**  50:6
**open**  83:8
**opened**  55:17
**operates**
31:17
**operational**
31:20,25
32:12 33:17
79:19
**opponents**
35:18
**opportunity**
43:22
**opposed**  13:5
67:5
**opposition**
42:12
**or**  4:10 5:2,
11,12 6:9,20
8:5 11:2,3
12:11 14:18,
23 15:13
17:24 18:10
19:6,7,14,16,
19 20:3
21:17,24
25:8,16 29:17
31:21 39:4
40:8 45:10,19
47:10 55:1,6
57:3 58:23
61:8 62:5,18
63:24 64:9
67:24 68:25

69:11 74:2,6,
14 77:22
78:4,15 81:4
82:1 83:21
**organizes**  9:8
**other**  5:5
9:13 14:15
19:24 20:1
24:20 25:9
26:4 32:15,16
33:16 34:7
38:3,8 39:18
40:8 42:20
43:17 50:6
57:8 59:19,24
60:4 61:19
68:21 74:19
83:15,20
**otherwise**
43:1
**our**  60:19
81:15,22
**out**  5:7 27:6
45:20 47:9
51:16 52:17
56:16 57:13
58:12 63:21
65:9,16,23
66:5 67:4
68:8,17 70:1,
3,10,13,20
71:18 73:19
78:3 79:8
83:16
**over**  4:22 5:4
7:25 8:1,18
25:5 32:17
47:24 48:22
49:2 55:10
58:22 59:1
63:6 67:14
70:2 73:13
78:12
**own**  20:20
42:21 56:5
72:4
**owns**  31:15

_____

**P**

**P.A.**  69:6
**p.m.**  54:7,9,
10
**package**  68:3
**packet**  40:7
**page**  24:11,13
26:17 29:6
31:3 37:17,
20,22,23
38:1,11 39:4,
9,10 45:2
52:7 61:11
79:18 80:3,4
**pages**  37:5
**paid**  82:15
83:10
**Palm**  4:18
16:16 26:10
30:13,16,17
31:5,6,10,14,
21,25 32:1,
13,24,25
33:16 34:2,4,
10,11,12,14,
16 35:3,8,20,
24 36:7,19
37:1 39:7
44:16,17,20,
24 45:4,14
46:1,5,19
47:21 49:20
50:11,12,17,
23 79:1,20
80:17,18,23,
24 81:3,5,9,
10,14,15,16,
24 82:8
**paper**  5:3
12:17 21:23
22:21,24 23:2
26:15 27:20
51:21
**paragraph**
24:14,17 29:6
31:2,15 45:1

51:6 79:18
80:6
**parent** 6:7
56:3 62:17,21
68:25 69:11
71:17 72:3
**parent/coach**
51:16 52:19
65:9 67:5
72:15
**parents** 19:7
33:15 52:20
53:14 54:8,15
56:5,8,12
57:9,12,18
59:11 60:6,11
63:8,10,16
64:2,7 69:5
71:17 72:15
73:25 74:19
75:1 81:4
**park** 24:4
32:20 33:7,
10,18 35:5,13
36:11 46:10
55:16 56:6,8,
19,24 58:22,
24 59:20 61:4
75:10 78:9,10
79:4 81:2
**part** 9:25
26:10 31:21
32:13 51:13
52:22 62:3
67:15 79:20
**partially**
62:25
**participants**
56:25
**particular**
10:24 13:14
33:25 46:14
**party** 6:9
31:13 44:23
**past** 44:14
49:24 62:3
**pay** 81:25
82:19

**payment** 83:5,
13
**PBGYAA** 31:17,
20 32:12,16,
17 36:14
38:4,8 39:18
40:8 42:21
43:16,17
45:2,16,23
46:18 47:10,
18 49:19,24
52:19 58:11
62:2 68:21
72:14 79:19
**peanut** 5:24
6:3,10 7:4,6,
7,11 8:1,6,17
10:1,2,6,11,
16,18 12:21
13:10,18 14:3
15:13 21:10
24:4 48:24
52:21 53:16
55:22,24
57:1,5 58:6
59:1,19 60:3,
21 61:3
62:12,18,21
64:4 66:17
72:16 73:3,
14,22 74:6,18
75:12,14
76:6,9,14,16
77:10,16,24
78:8,17
**peanuts** 6:3
7:17,22 8:9,
14,19 9:14
11:11 12:2,7,
11,12 14:6
49:2 53:23,24
54:4 55:16
56:5,7,24
57:3,15,19,
23,25 58:2,3,
12,21 59:1,4,
11,16 60:8,
17,24 62:19
63:11,17

64:10 66:2,21
73:3,16,24
74:6,10,12,20
75:9,14,22
76:1,18,25
77:2 79:3,7
**pediatrician**
16:4,6
**pending** 43:5
**people** 7:21,
25 8:1 9:19,
21 12:9,10
17:6 21:8
54:8 57:5
59:12,16
60:12,14
63:21 72:25
73:19 74:12,
13 75:4 77:4
78:9
**percent**
60:19,20
**perhaps** 58:12
**permit** 24:3
**person** 10:8
21:9 33:4
47:16
**pertinent**
71:9
**phone** 40:18,
23 41:1 42:23
43:12 50:21
**phonetics**
46:11
**physical** 14:6
**physically**
14:11
**physician's**
61:14
**pick** 13:9
**picking** 65:15
76:14
**piles** 72:12
**pineapple**
11:5,6,10,12
**pitch** 55:6

**place** 76:16
**placed** 5:14
32:18 46:11
62:18
**places** 75:6
**plan** 22:6,7,
11,14 51:14
**play** 7:16
24:3,6,21
26:6,12 30:20
31:19,22
32:14,15
33:5,7 34:11,
20 35:6,13,24
36:8,10 37:2
38:8 39:6
41:17 42:20
43:17 48:3,12
50:7,16,25
58:9 64:19
79:21,22
80:1,10,15,16
81:4,22,25
82:10
**played** 23:24
24:2 31:17
32:20 34:7
35:5 46:5,9,
10 48:1,10
80:24 81:1,
10,15,16
**playing** 35:9
38:3 39:17
40:7
**please** 4:15,
25 56:17
**plus** 21:2
**point** 48:25
66:3
**Pointe** 5:21
11:22 15:23
21:1
**police** 74:19
**portion** 49:12
**position** 5:15
62:20
**possession**
42:18

possibility
62:1
possible 7:25
8:3 11:12
78:19
possibly 22:8
63:12,13
poster 62:18
practice
14:23 59:1
practices
51:13 53:24
54:5 55:23
practitioner
61:13
preliminary
39:15 41:7
42:13 62:10
present 13:14
69:12 74:19
77:6
presents 8:21
pretty 22:10
78:2
prevent 16:21
preventative
9:11 16:23
19:11
prevented
76:13
preventing
59:3
prevents
68:14
Prieto 38:12,
14,19 50:20,
22
print 41:2
prior 8:10
27:18 28:20,
22 29:15 30:6
45:13 51:10,
12 52:14
55:25 64:18
66:14 68:14
privilege
39:23

probably 36:5
37:4 51:2
54:20,24
60:18 84:1
problem 66:5
processed
83:13
produce 42:15
43:11
produced
42:24
producing
42:7
product
39:24,25
products 6:11
76:25
Professional
4:4
program 74:15
prohibition
11:25
pronounce
16:8
proper 40:24,
25
proposal
55:14,23 66:9
69:25 70:4
72:13
proposed
24:12,17 34:5
36:13
prospect
75:24
protection
23:3
provide 12:17
25:15 33:8
40:22 41:2
48:5 50:8
provided 27:3
52:3
Public 4:4
put 14:11,16
15:14 16:20
18:1 22:5,24

25:1 59:7
62:2 82:6,12,
15,24
puts 7:15
12:16,17
23:3,4

## Q

Quasha 4:9,16
26:19 49:24
quashdmd@aol.
com 29:24
question 5:5,
8,9,17 6:17
8:13,16 12:3
37:9 41:4
43:5,11
44:10,11
49:4,5,10,11
61:19 70:13
81:20
questions
4:25 5:1
25:19 81:18
83:20,22
quickly 57:14
quote 31:15
38:20 45:2,5
65:7 79:19,21

## R

raw 11:3,10
reaction
11:21 14:3,5,
10,17 73:3
76:6,8 78:17
reactions
19:8
read 5:3
24:7,14 29:19
31:10 40:20,
23 41:1,10,22
44:7,13,14
45:6,8 49:11,
12 61:18
65:1,19 68:6

74:2 83:21,23
reads 63:1
realize 48:23
49:2 58:21
really 6:16
10:19 13:17
18:7 19:10
23:12 29:18
54:16 58:15
78:12
reason 16:19
57:8
reasonable
19:18 49:23
63:15
reasons 18:19
recall 5:11,
13 30:2
receive 29:16
received
48:20
receiving
30:2
Recess 42:5
reciting 51:2
recollection
43:23
record 6:13
29:21 41:9
42:10
recreational
81:7
red 78:13
79:25
referenced
81:11
references
38:2 39:17
40:7
referring
34:1 37:17
45:9
refresh 43:23
refuse 36:18
43:16
refused 39:11

refusing
 41:20 44:9
register
 48:12,13
registered
 4:4 48:9
 82:15 83:10
regular 16:18
 51:14 60:15
rejected 82:9
rejection
 83:15
relates 10:25
relative 74:2
relatives
 75:2 76:4
remember
 18:14 44:2
reply 27:21
reporter 4:4,
 23
request 61:12
 62:3
requested
 53:22
requests
 42:15 61:11,
 17 62:6,8,10,
 12
required
 15:13 67:14
resident
 81:23
respectful
 59:13 60:6
 63:1
respond 5:1
response
 5:15,17 28:6
 38:20
responsibility
 6:10 38:13
responsible
 47:14,17
result 17:8
 19:8

retained
 21:23
review 24:16
right 6:5 7:2
 8:15 9:13
 19:23 23:16
 25:3 26:2,20
 28:3,8,9 29:4
 30:5 34:13
 38:17 42:9
 44:3,6 46:5,
 20 49:22
 50:13,19
 51:4,9,23
 52:18,24
 53:17 55:2,7,
 25 57:17 58:1
 60:1,23 64:2,
 5 66:22 70:15
 73:10 74:12
 75:21,23
 76:22 77:25
 78:4 80:20
 82:16 83:10,
 19
risk 8:22
 13:14 77:6
Road 35:6
role 7:16
Ron 52:3 57:4
 58:3,17
roster 82:6,7
rosters 82:11
rules 4:22
run 56:3
rush 68:20

_____

S

safe 6:25
 7:15 10:13
 11:24 15:4,8
 59:13 65:16
 66:6,7 68:24
said 9:23
 19:10 21:14
 22:4 27:9
 28:25 30:12

33:3 35:23
 36:6,18,25
 37:13 38:7,19
 39:2 42:19,22
 43:9 44:21,22
 48:1,4,5
 50:21,25 51:3
 52:18 57:5
 59:23 60:1,4
 61:16 63:12
 64:25 67:11
 70:9,16 72:2,
 10,21 75:1
 76:3
sale 53:23
 54:4 58:3
 75:9
sales 24:4
 55:22,24 57:2
 58:6 59:19
 60:4 61:3
 62:12
same 10:9
 12:6 16:4,11
 24:23 27:3
 32:20 36:5
 39:12 48:5,17
 50:8 52:2
 71:11 75:6
Sandra 4:3
sandwich 8:2,
 7
sanitizer
 23:7,11
sat 7:7 10:8
satisfactory
 66:10 72:17
satisfied
 64:17
Saturday
 16:16
saved 43:15
saw 34:22
 59:1 65:5
 78:12 80:2
say 12:10
 16:11 18:9,15
 21:13 22:3,

21,22,23 25:7
 29:9 36:1
 38:5 42:25
 43:21 44:1,2,
 3,6,7 52:17
 60:3,18 63:7
 70:9,13
saying 21:6
 36:17,22,24
 44:3,9,10
 45:19 46:3,23
 49:22 56:17
 60:17 62:19
 65:6 81:14
 83:16
says 29:14
 31:4,15 33:20
 37:23 38:12
 41:16 43:24
 44:13 49:22,
 23 52:13
 67:21
schedule
 32:19 34:6
 35:18 44:19
 45:3,16,25
 49:19 50:12
 66:25 67:2
 68:23
scheduled
 46:19
schedules
 69:16
school 5:19,
 20,21 7:8,10,
 18 8:5,17
 10:2,10,17,
 19,23 15:5
 17:11,17
 18:18 19:3,4,
 5 20:14,18
 21:1 23:5
 56:1 64:3
Schwab 46:11
Schwab's
 32:18
scientist
 23:12

Scott  4:17
season  18:7
  24:20 31:20
  47:24,25
  48:2,21 51:7,
  10,20 53:22
  62:7 66:25
  81:11,17 82:5
seat  8:25
  13:11 22:23
seconds  42:1
see  11:2,18
  16:14,16
  25:25 27:20
  28:7,12 29:14
  34:15 37:12,
  20 38:11
  39:5,12 40:12
  56:8 79:11
  80:8,11
seeds  11:3,10
seek  62:11
seen  26:24
  56:7 74:5
sell  45:5
  55:16 58:2
  76:20,23,25
  77:1 79:3,6
selling  55:20
  74:10 75:16,
  22
send  7:14
  12:14 23:2,5
  30:19 31:5
  35:16,23 37:1
  64:3 74:1
  76:4
sending
  30:13,21
sends  6:7
sense  74:17
  80:14
sent  6:24
  38:16 53:1
  56:16 78:21
separate
  36:20

sesame  11:2,
  9,11
set  26:4
  58:18
sets  26:10
seven  59:19,
  23 60:4
several  5:10
  32:9,10
severity  8:22
shape  71:7
she  42:17,22,
  23 56:16
she's  43:10
  56:16
shell  77:10
shelled  73:24
shellfish
  11:11
shells  12:21
  59:1 73:3
  74:6 75:14
  76:6,9,14,16
  77:16,24
  78:8,17
ship  36:20
  37:14
shoes  13:15
  73:4,9
should  14:21
  31:8 41:5
show  17:6
  26:16 28:5
  75:11
showed  51:9
showing  28:9
  76:1
shows  29:20
shrugs  5:2
sick  18:7,20
  79:15
sides  22:20
sign  59:7,12,
  14,15 60:6,
  15,16 62:18
  74:2

signed  26:20
  49:1
significant
  37:11
signs  63:1
  69:17
simply  63:10,
  17 64:9
since  57:12
  58:8 78:21
  82:17
single  14:15
sit  7:13,17,
  21 10:20
  12:6,25 21:14
  29:18 56:11
  57:12 77:4
site  45:4
sits  7:23
  9:15 12:16
  22:14,21
sitting  7:11
  8:5,8,14,18
  9:10,12 10:5,
  18,25 11:15
  12:1,9,10,12
  21:10,20
situation
  8:4,17,23
  12:6 14:2
six  15:21
  55:24 58:9
Six-year-olds
  20:19
slows  19:12
small  60:10
  74:24
smaller  64:8,
  12
smart  77:13,
  14
smell  14:5
snack  64:4
snacks  6:7,
  19,25 7:1
  56:12,13,15,
  17 64:4

Snickers
  77:2,7
so  4:22 5:5,
  14 6:7 7:1,12
  8:4,24 9:15,
  23,25 10:10,
  21,23 11:7
  13:21 14:9
  18:1 19:3,14
  21:1 22:14
  26:2,15 27:1
  28:16,23
  31:23 32:9
  35:7 36:7,12
  37:12 39:13
  41:4,5,9
  44:23 46:4,24
  47:16,24
  49:1,2,16
  50:1,7 51:4,
  10,22 52:5,17
  53:8,16 54:3,
  7,17 55:11,
  12,14,23
  56:21 57:12,
  15,21 58:9,24
  59:15 60:6,
  13,20 61:3
  62:13,16
  64:25 65:7
  66:9 68:5,13
  69:7,16
  70:16,19 71:5
  73:9,21 75:8,
  19 76:4 77:16
  78:12 79:16
  80:8,22
  81:14,22,23
  82:7,12 83:10
soccer  23:16
  68:22 76:20
  82:1
sold  56:24
  58:13 59:5
  76:19
some  4:22
  19:15 24:12
  38:8 56:5
  66:3 68:25

71:11 83:24

**somebody**
22:23 69:16

**someone** 6:9
7:24 8:1,6
25:9 31:8
32:14 67:6
70:19 72:5,8
74:5 77:7
78:3

**someone's**
6:20

**something**
6:21 40:23
41:1,23 44:7,
14 61:19
64:13 65:5
74:14 76:12
78:15

**sometime** 36:5

**sometimes**
19:22 56:22
72:10 74:1

**somewhere**
36:18 65:1
69:19

**son** 5:19 7:7,
17 8:22 9:11,
13 10:1,10,15
11:1,15,21
12:1,7,25
14:2 16:14,18
17:18 19:8
20:5 21:10,12
22:14,21
23:13 24:21
26:6,12 32:15
36:19 37:14
38:3,7,16
39:6,17 40:7
41:17 42:20
43:16 46:4,6
50:7,25 51:8
54:7 55:5
59:11 61:12
65:16 66:3,6
68:21 76:13
79:14 82:12,
24

**son's** 6:11
13:5 32:25
34:7 35:7,18
36:13 44:19
45:25 48:23
52:20 53:15
54:4,22 55:25
57:18 58:2,12
59:4,16 60:8,
16,20,21
62:2,20
63:11,16
64:2,10 66:20
73:23 74:4,18
75:9,12 81:1
82:9 83:16

**sorry** 6:15
38:5 45:18
67:20

**sound** 28:3

**Sox** 79:25

**speak** 40:3

**speaking** 49:9

**speaks** 40:1,4

**special** 12:24
13:2,4

**spectator**
71:17

**spell** 16:2

**spend** 62:9
67:4

**spoke** 21:16

**sports** 23:14
81:7

**spot** 13:5

**spring** 27:5
29:3 30:9,18
31:19 34:12,
17,19 35:1,4
46:7,8,12
47:23 48:1,3
49:24 50:2,7,
10

**stadium** 60:25

**stage** 63:8

**stand** 51:15
65:8 66:23

**stands** 57:11,
12 68:13

**start** 10:21
55:3 56:4

**started** 10:19

**starts** 19:14
54:19 55:8
66:20 70:21

**State** 4:5

**states** 43:15

**stay** 8:24
46:18 47:18
55:4 75:4

**step** 63:8

**Stephen** 26:18
44:25

**Stepp** 26:18
30:3 31:9,11
33:20 44:16,
25 45:1,6,22
46:25 47:12
48:19 51:19
68:1 78:21

**Stepp's** 26:4
52:7,18 65:2
79:18

**stepped** 73:3

**stepping** 76:6

**steroid** 16:23

**Steven** 68:1

**still** 5:16
45:14 64:18
81:24 83:8

**stop** 53:24
54:4 55:20,22
59:19 60:3
73:20

**stopped** 19:2
58:3

**stopping** 57:1

**store** 6:22

**students**
11:18

**studies** 17:6

**subject** 15:17
21:9,25 31:3,
16 38:15 50:6

**subsequent**
68:10

**such** 34:16
43:20

**suddenly**
18:22

**support** 39:14

**suppose** 64:11

**supposedly**
38:7

**sure** 6:8 7:23
9:22 11:6,12
12:8 18:7
22:1,10 23:12
25:17 28:4,18
36:4 45:8
53:3 64:1
65:12,25
66:17,25
70:19 72:2,20
77:12 82:7,
13,18

**suspecting**
73:22

**swallowed**
15:15

**sweep** 13:9
27:10,14 29:1
30:13 51:16
53:8 55:19
65:9,23
67:12,14,16
68:1,2,9,10
70:1,9,13,20
71:18 78:15
79:12

**sweeping**
36:25 52:12
58:19 64:15,
18 65:16
66:4,5,10,14,
15 67:4 68:8

**sweeping's**
36:6

**sweeps** 68:17

**swept** 27:13,
18 28:21
29:15 30:6

51:12 52:13
58:14 65:25
68:11,14 70:3
73:11 78:3
79:8,13,14,16
**sworn**  4:10
**system**  43:15

---

**T**

**T-BALL**  24:20
29:3 30:18
31:6,19
34:12,17
35:1,4 39:7
46:7 48:21,22
49:25 51:5,7,
20 55:6 64:7
69:12 74:14
75:25 76:17
**table**  7:8,11,
13,14,17 8:18
9:12,15,17,18
10:1,2,5,6,
11,16,18
11:16 12:2,6,
12,15 21:10,
11,20 22:15,
25 23:3
**tables**  7:5,6
12:23
**take**  17:8
24:14 27:15
37:12 38:13
39:3 40:20
42:2,4 65:20
77:8 82:24
**taken**  4:3
**takes**  11:20
16:22 19:12
68:17,18
**talk**  5:4
30:15 51:4
**talked**  36:7
**talking**  18:9
25:7,9 29:3
34:24 60:10
69:10

**teacher**  5:22
7:12,22 9:3,
22 10:25
12:4,5,14,15
15:25 16:10
20:21,23
21:18
**teachers**  6:23
**team**  32:19
33:6 34:11
35:24 36:8
37:2 39:12
46:11 50:16,
17 56:13
57:18 59:9,10
60:19,20
61:13,23
62:2,5 63:23
64:7 69:5
76:1 82:15,
17,24
**team's**  44:19
45:3,25
47:19,20
49:20 50:12
**teammates**
35:9 52:20
72:16
**teams**  33:7
45:16
**teenage**  71:17
**telephone**
41:23
**tell**  4:15
5:12 11:14
29:13 44:13
59:9,10
63:10,13,17
67:1 72:8
**telling**  59:15
72:23
**ten**  63:24
**tense**  49:24
**term**  80:2,12
**testified**
4:11 42:17
**testify**  36:12

**testimony**
67:22
**than**  9:13
14:15 18:10
24:20 25:9
26:4 32:15
38:3,8 39:18
40:8 42:20
43:17 61:20
64:8
**thank**  21:8
**that**  4:22
5:2,4,10,12,
24,25 6:8,21
7:7,13 8:1,21
9:8,12 10:2,
8,12,15,19
11:13,17
12:17 13:8,14
14:9,21,22
15:12,17
17:6,13,15,
20,25 18:3
19:2,11,12,15
20:13 21:10,
24 22:22 23:2
24:12,22
25:7,22 26:2,
3,5,10,12,15,
22 27:3,4,7,
12,18,21
28:3,9,12,13,
18,21,25
29:10,20,25
30:6,17 31:3,
4,5,11,13,23,
24 32:6,12,
14,16,22
33:2,23
34:10,24
35:20 36:3,6,
12,13,15,17,
21,25 37:1,6,
17,22,24
38:2,7,15,16,
19,20 39:6,9,
13,16 40:6
41:12,15,16,
19,20 42:17,

19,22,23,24
43:5,11,15,
21,23 44:1,6,
17 45:4,8,14,
15,19,23
46:3,11,17,
18,19 47:8,
12,16,18,19
48:4,7,14,15
49:6,18 50:1,
3,13,14,18,
22,24,25
51:11,18,19
52:3,9,19,22,
25 53:1,14,
21,22,23
54:1,17 55:14
56:10,17
57:6,22 58:12
59:5,8,18
60:7 61:2,3,
15 62:2,15,
18,21 63:3
64:14,18,23
65:5,11,18,
19,22 66:3,9,
17 67:1,6,12,
16,17,21,24
68:3,9,16,21,
23 69:9,10,
16,17,20,25
70:1,4,12,13,
20 71:8,18
72:2,5,13,14,
17,20,25
73:14,22
74:8,17,18,
19,23 75:12,
19,21,24
76:7,10,12
77:2,6,7,8,23
78:9,11,16
79:13 80:2,3,
5,8,12,22
81:4,9,14,17
82:14,18
83:17
**that's**  9:10
11:19 13:24

17:10 18:11
20:13 23:10
24:24 25:15
26:9 28:16
29:12 37:19,
25 38:10
39:11 40:4,23
44:21 45:10
46:2 56:3,14
57:4,17 58:24
59:2 63:8
67:21 69:4
71:9 81:11
82:1
**theater**   76:23
**theaters**
76:25
**their**   7:24
8:25 9:1,2,
20,22 11:19,
24 20:20
22:18 27:21
28:6 29:10
33:15 34:22,
23 42:25
54:18 56:5,12
58:25 72:4
82:7,17
**them**   14:7
20:9,11 25:22
33:15 51:22,
23 55:20
56:17 57:13,
16,20 61:15
62:11 63:6,9,
24 72:12,21,
23 73:20,24
74:25 75:17
76:1,2,20,23
77:3,5,18
78:12,15
**then**   10:13,14
12:16 16:16
18:20 19:16
23:2 25:5,23
29:2 30:19
31:8 35:9
48:13 50:21
52:16 57:11,

16 66:9
67:13,15
68:23 69:18
77:18 78:3
**there**   6:10,19
7:4,6 9:11
11:2,25 12:3,
11 13:2,4,10
15:5,6 17:2
21:6,16,19
24:4,5,6
30:19,21 31:6
32:7 33:8,14
34:12,15
35:3,9 37:2,
6,20 38:11
39:16 40:12
46:14 51:14
54:25 55:9,
11,20,24
56:1,2,21,24
57:11,23,25
58:5,7,21
60:1,12,15,
16,18 63:3,
12,13,23,24
65:7 66:23
68:25 69:11,
14,20 70:20
71:2 72:8,10
73:19 77:16
78:8 79:13
**there's**   6:8
9:18 12:21
18:19 21:2
40:6 54:14
56:21 57:10
59:12,15,23
60:11,12,13,
14 64:4
66:19,21
67:15 68:13
76:18 81:22
**Thereupon**   4:8
**these**   74:24
76:15
**they**   6:3,5,6,
25 7:1 8:24,
25 11:24 13:1

16:8 17:19,
24,25 18:1
20:10,24,25
22:24,25 23:2
24:23 27:3,4,
11 28:25
29:10 30:8,9,
12,13 32:19,
21 33:7,14
34:3,18,20,21
35:6,11,13
42:11 46:10,
17,21,23 47:7
48:3,4,16,17
49:23 50:8,
11,14 53:11,
14,17 54:10,
17,18,20
55:19 56:4,
10,11 57:5,
14,15,16,20
58:2,9,14,19
59:2,14
61:10,11,14,
16,25 62:4,5,
6,7 63:6,12,
13 64:11
66:24 67:11
68:1,2 69:7
70:9,13,16,22
72:3,13,20,
21,24 73:18,
25 74:1,2,10,
23 75:4,5,16
76:3,4,20,23,
24 77:1 78:1,
3,7,14,19
79:6,7,15
81:16,24
82:6,11,12,21
83:13
**they'll**   68:9
**they're**   6:22
7:23 8:25
11:23 21:7
33:8 45:10
47:6 56:1,9
58:8 59:13
60:21,24

63:5,6 67:12,
13 69:6 72:4,
22 74:24
75:16,21
81:24 82:14,
23 83:2
**They've**   15:8
**thing**   10:9
13:2 17:20
38:19 48:18
53:21
**things**   5:10
27:1,3,6
38:14 52:8
53:17 77:2,9
**think**   8:21
25:21 28:23
32:14 41:22
54:20 56:20
57:1 61:19
64:23 67:21
71:23 75:21
76:24
**thinking**
66:24 83:3
**third**   10:23
19:5 52:16
**this**   5:15
7:10 8:16
9:25 10:9,13,
14,21 19:3
21:11 23:24
25:1 26:24,25
27:17 28:8
29:11,16,20
30:2,8,10
32:16 34:7
36:1 37:13,23
38:6,9,12
39:14 40:7
41:10 44:23
45:13,18,19,
20 46:14,21,
22 47:23
48:20,24
49:13,14,16,
18 50:19
51:9,10,19,21
53:22 59:20

| | | | |
|---|---|---|---|
| 60:17 61:11 63:8 64:20 68:4,7 69:21 75:24,25 81:11 82:5,10 83:18 | **to** 4:25 5:1, 3,5,7,8,11, 12,15,16,17 6:8,10,12 7:15,16,17, 21,23 8:10,22 9:11,13 10:1, 2,4,16,19,25 11:1,2,15,18, 20,24 12:1,6, 9 13:1,2,6, 14,21 14:3,5, 10,18,19,21 15:16,17 16:15,16,20, 21 17:7,18,22 18:10,16 19:3,8,14,18, 22 21:3,9,12, 13,14,16 22:3,4,5,8, 17,18 23:5,12 24:3,6,7,14, 16,19,21 25:4,5,6,12, 19,21,22,23, 25 26:1,6,11, 16,18 27:7,8, 13,18,25 28:1,6,20,21, 24 29:2,14, 15,18,24 30:6,9,10,13, 20 31:5,10,18 32:2,15,20,25 33:1,4,6,7,8, 10,21 34:1,7, 10,11,15 35:7,8,15,16, 17,22,23 36:1,10,12, 13,14,18,20 37:1,8,14,15, 18 38:7,14, 16,20,23 39:1,3,11,19, 20 40:10,16, 20,21,22,23 41:1,2,4,10, | 17,19,20,22, 24 42:2,12, 14,15,20 43:4,11,16, 18,22,23 44:6,7,10,12, 13,18 45:3,9, 13,16,21,25 46:21,22 47:2,9,20 48:12,16 49:7,9,10,19 50:1,4,5,12, 13,16,21,25 51:3,10,12, 16,21 52:8, 10,14 53:4,8, 11,14,17 54:4,12 55:5, 9,16,19,22, 24,25 56:5,8 57:2,9,11,14, 17,19 58:8,9, 21,24 59:11, 13,16,19,22 60:3,4,8,13, 24 61:3,10,12 62:5,9,11 63:16 64:3,9, 13,18,23 65:6,9,16,18 66:3,5,7,10, 14,22 67:4,5, 7,12,13 68:7, 11,14,16,18, 21 69:8,14, 15,17,18 70:1,3,5,12, 19,20,23,24 71:9,18,19,20 72:2,8,12 73:3,5,23 74:1,21,23,25 75:5,15 76:6, 8,10,12 77:4, 6,8,17,18,22, 23 78:11 79:2,3,5,6 81:21,25 | 82:9,14,24 83:1,21 **today** 4:19 5:10,20 15:20 22:12 41:4, 10,20 42:24 **together** 80:16 **told** 10:19 11:17 22:12 25:4,5,6,22, 23 27:11,14 31:9,11 44:17 45:1,22 47:7, 17 48:4 50:5 61:15 64:9 67:11 72:21 79:10,12 **Tony** 47:9 51:2 78:20 **too** 27:10 36:25 48:6 76:11 83:16 **took** 58:20 **top** 23:4 37:23 **total** 18:13, 14 **touch** 14:6 77:18,21 **touched** 77:7 **touches** 77:7 **touching** 8:25 76:14 78:17 **towel** 12:17 22:21,24 23:2 **Townsend** 4:3 **transcript** 49:12 **transpired** 42:10 **travel** 68:21 **treatment** 17:23 **tree** 11:11 **trick** 27:25 |
| **those** 9:19,21 18:17 27:6 34:8 37:21 53:16 77:9,17 80:17 | | | |
| **though** 61:15 68:6 71:15 74:13 82:7 | | | |
| **thought** 48:1 79:15 | | | |
| **three** 8:5 21:2 24:17 27:1,6,8,9 51:23 52:2,5, 8,17,25 69:15 72:11 | | | |
| **throat** 14:12 15:11 | | | |
| **through** 46:16 83:6,7 | | | |
| **throughout** 78:8 | | | |
| **throwing** 73:24 74:6 75:14 76:2 | | | |
| **time** 11:20 14:9 15:12 41:8 50:18 54:8,14,20,22 55:3,5,8,17 56:22 58:10 62:9 64:4 69:7 72:2,11 74:23 75:6 83:10,11,18 | | | |
| **times** 15:3,7 17:17 18:5,9, 11 19:22 36:13 60:4 63:6 70:8 73:2 74:4 | | | |

Terri Ferebee Quashie
August 27, 2019

28

trigger 13:18
triggered
18:16
true 33:2
35:20
trust 69:17
truthful 5:16
try 5:1,3
19:15 57:19
trying 25:21
27:25 74:25
81:21
turn 5:7 29:2
61:10
Twice 19:20
two 7:25 8:1
9:18 16:1,13
18:10 19:21
20:2 53:16
57:10 80:16,
17
type 11:2
14:18 21:17
typically
54:15,17

**U**

U.S. 41:24
uh-huh 7:3,24
13:12 16:9
26:21 29:8,23
31:1 32:11,23
34:25 35:19
41:14 44:22
47:15 51:24
52:17 53:18,
25 56:18,20
59:7,17 64:16
69:24 73:12
78:19 80:9,19
uh-huhs 5:2
uh-uh 76:20
uh-uhs 5:2
ultimately
46:5

uncle 71:17
under 5:14
8:4 12:25
13:10 31:25
55:14,23
understand
12:3 26:15
28:8 35:12
69:9 71:13
75:8 80:2
81:20
understanding
12:5 13:13
30:15 46:25
80:22 82:14
understood
32:22 38:16
47:16
unsatisfactory
66:13
until 5:9
25:5 48:24
55:17 56:4
58:25
up 13:9 16:21
20:13 22:5
27:15 37:23
38:13 39:3
48:24 49:1
55:17,20
58:18 59:7,15
65:15 75:11
76:1,14
upcoming
82:10
upon 8:22
12:4 13:13
17:1 31:16
46:24
us 4:15,23
9:18 40:20
69:6
use 13:1
17:24 19:16,
19,22 27:19
28:24 29:15
30:7 32:16
44:5 51:17

54:11 65:10
71:18
used 15:3,4,7
usually 6:22
55:8 56:9
57:5
utilize 19:3
31:18

**V**

varies 19:23
vary 9:24
verbal 50:19
verbally 5:1
36:1
verbatim
43:21 44:1,14
very 6:23
10:5 11:23
21:7 24:11
59:13 71:11
72:24 74:24
77:12 78:19
via 64:9
viewers 57:1
volunteer
50:24 67:5
71:16
volunteers
29:1 51:16
52:19 53:15
56:3 65:9
72:15

**W**

wagon 56:10
wait 5:9
25:5,23
waiting 25:25
waive 83:21
walk 55:10
63:6 73:23
74:5 75:13
walking 78:10

want 5:8 21:3
24:14 25:12
41:4 42:2
44:7,12,13
59:12 62:9
70:19 75:8
83:21
wanted 10:4,
19 21:14
36:10 38:7
41:17 48:16
49:18 50:25
54:3
warmup 54:18
was 4:10 6:17
8:13,16 10:6,
8,15,18,20
15:25 16:24
17:21 18:3,6,
14 21:9,10,
12,15,16,19
23:18 24:9
25:2,5,25
27:1,4,10,11
28:1,6,9,12,
13,17 29:10
30:9,10,14,
20,21 31:12,
25 32:14,18,
19 33:23
34:5,6,16
35:3,16,17
36:13,18,25
37:14 38:15,
16,19,20
39:1,2,6
42:19 45:9,
12,14,16,20,
22 46:11,15,
17,21,22
47:8,12,14,
16,23,24
48:4,5,6,20,
22,24 49:12,
13,19 50:3,5,
11,13,14,16,
19 51:2 52:3
53:1,22,23
54:3 56:15

60:18 61:15
62:7,15 64:25
65:1,2 66:3,
10,13 67:2
69:20,25
70:24 72:23,
24 79:15
80:1,22 81:20
83:8 84:3
**wash** 8:25
**washes** 9:2,4,
6
**washing** 23:1,
8,9
**wasn't** 8:13
25:21 40:2
57:22 79:15,
16
**watch** 54:21
60:13 65:21
69:7 79:12
**way** 10:14
13:6,8 16:11
21:20 25:1
55:17 69:21
76:11 78:11
**we** 5:3,4 9:13
10:14 11:7
16:16,20
19:14,15 22:5
25:4,5,25
37:13 41:7,8,
24,25 43:24
44:23 48:8
49:1,2 50:5
52:3 55:11,20
56:13,14
57:13 59:9,19
61:3,15 63:8
68:22 69:4
76:24 77:8,9
82:20
**we'll** 5:19
19:16 30:15
40:20,22 41:2
43:1 54:11
83:23
**we're** 4:18

9:17 10:22
11:12 19:5
29:3 31:2
34:24 38:15
40:22 41:3
42:6,7,12
69:9,10,21
76:16 79:17
**we've** 19:11
66:18
**wearing** 13:15
73:4,9
**weather**
18:21,24
**website** 34:22
83:7
**week** 10:23
19:5 23:21
**weekend** 56:2
**weeks** 21:2
32:10
**well** 4:24
8:13 10:13
13:1 17:19
20:15,21
24:1,7 25:1
27:11,23
29:2,20
30:15,19 31:8
34:15 35:10
37:24 40:3
44:16 46:4
47:4 57:23,25
58:15 61:25
62:9 66:17
67:21
**went** 9:25
21:24 79:13
**were** 7:17
13:10 24:12
25:4,5,22,23,
25 27:17
28:20 30:8,
12,17 31:23
32:9 34:9
36:12 39:13
43:24 45:22
46:5,9,10,17,

18,23 47:7
49:2 51:7
52:3,9 55:19,
20 57:15,18,
20 58:5,7,13,
21 59:5 60:1,
2,19 63:12
64:17 66:2
72:13,25
77:16 78:1
81:9
**weren't** 30:23
34:8 57:23
74:10
**West** 16:16
**what** 5:5,19,
20 6:17 7:25
9:10,25 10:24
11:5,9 12:19
13:4 14:1,18
15:18 17:1,5,
13,20 18:16
19:6 21:13
22:3,11
24:24,25
25:1,2,25
27:1,11 28:9
29:9,10,12,
13,14 30:8,9,
10 31:9 33:7
34:5,9 35:15,
17 36:3,8,12,
21,24 37:20
38:1,5,11
39:1,10,22,25
40:1 41:9
42:10,25
43:8,23 44:3,
5,9,16,21,23
45:6,9,10,12,
13,18,19,20,
22,24 46:2,3,
21,22 48:15
49:4,5,10,22
50:14,15
51:2,6 52:22
54:3,8,14,21,
22 56:8,14
57:4 58:11,19

61:20 64:25
65:4 66:8,13,
19 67:1,15
68:14,15
69:8,18,23
70:4 71:5,9,
15 73:13
77:10,17,22
79:22 80:1,3,
15 83:2
**what's** 24:20
26:15 40:25
42:9 78:13
**whatever**
58:23
**whatnot** 56:11
**whatsoever**
38:3 45:5
**wheezing**
19:15
**when** 5:3 6:7
7:1 10:15,18,
21 12:10
14:6,10,15
15:10,14
16:20,24
17:21,25
18:9,17,22
19:12,14,21
23:18,20 25:7
28:16 32:9
33:8 34:20
36:7 38:12
46:6 47:12
49:1 51:25
55:20 57:6
58:20,24
59:1,2 63:8
64:4 66:19,20
70:16 78:21
80:2,16 82:4
**where** 6:19
7:17 8:17
12:25 16:12,
14 17:15
20:17 23:24
24:1 27:20
33:23 35:6,13
36:5,18,21

37:13 38:2
39:5,11,16
40:15 41:16
42:13 43:15
46:6,9,14
52:22 55:5
62:7 67:15,
17,23 73:21
74:17 76:18,
24 78:13 80:5
**wherein** 42:19
**whether** 8:13
34:16 48:9,10
**which** 8:4
19:11,19
26:16 29:6
31:3,16 33:25
38:6 40:7
44:24 45:1
50:6 51:7
52:3 59:5
64:8 68:17
72:18 80:12
**while** 43:24
73:4
**who** 5:22
7:20,21,24
9:2,21 11:14,
18 15:25 17:6
21:9 23:22
30:19 46:24
48:4 50:22
56:3 58:16
60:12,14,15
66:16 74:9
77:4 83:5
**who's** 33:4
66:19 75:25
**whole** 9:5,6
33:6 47:24
**whose** 6:7,10
9:4
**why** 20:13
23:10 30:19
32:14 40:2
50:7 56:3
57:1 59:18
60:6,7 61:2,

21 62:13
63:20 66:21
67:3,5 68:16,
18 69:4 70:23
71:18 72:5
79:2,6
**wife** 56:15
**will** 4:22
6:25 10:11,14
12:4,25 23:24
24:6,21 26:12
42:24 51:11,
14 52:19,20
53:15 61:22
64:23 65:7
70:9 72:10,
14,16 75:24
**wipe** 22:25
**wiped** 22:23
**wipes** 7:14
12:14 23:1,9
**wishes** 27:8
79:3
**with** 5:25
7:20 10:4,9,
20 11:17 13:2
14:7 15:9,10
18:17 21:14
22:5 23:5
25:9,16,21
27:15 28:13,
16 31:18 33:5
35:8 36:10
38:13 39:3,16
43:8 47:9
50:4,5,17
51:18 52:25
55:4 56:10,17
57:5 61:12
62:17,21 63:3
64:17 65:11,
22 66:9 69:2
72:4,12,13
73:22 74:16
75:25 76:9,
14,25 77:18
78:18,20,24
80:12

**without** 6:1
33:1
**witness** 4:12
6:15 14:21
25:17 32:6
35:23 38:24
39:20 40:12
42:17,22
47:4,6 49:13
53:6 59:23
61:8,10,21
67:9 70:8
73:7 74:22
75:16 81:19
83:2,19 84:2
**witnessed**
74:8
**won't** 5:2
**word** 48:20
49:13,16
**worded** 44:3
**words** 30:24,
25 34:8,9
44:4,5 83:15
**work** 13:25
19:16 39:24,
25 50:23 56:3
**worker** 67:4
68:16,19
71:19
**works** 10:13
17:10 18:12
82:1
**worth** 37:5
56:25
**would** 13:8,
14,16 15:16
22:4,8 24:22
27:9,12,14,18
28:21,25
30:6,19 31:5
33:3 34:10
35:11,23
36:8,14 37:1
39:6 40:21
45:14 46:17,
18,19 47:18,
19,20 48:14

49:23 50:8
52:17 55:15
59:3 60:18
61:14 62:21,
25 63:2 64:18
65:6,16 66:4,
7,17 68:1,2
69:14 70:1,13
72:14 74:19
76:10 77:17,
20 80:17
**wouldn't**
18:11 30:13
35:9 65:15
72:8 74:23
77:8 78:4
**writing** 22:5,
7 31:24 32:9
36:2,17 45:21
47:18
**written** 21:17
**wrong** 27:12
44:17
**wrote** 26:25
32:6 51:25
67:16

_____

**X**

_____

**Xopenex**
17:14,18,20,
24,25 19:4

_____

**Y**

_____

**Yankees** 74:14
**yeah** 21:5
25:14 55:11,
13 57:21
65:14 68:1
71:11,12,14
74:3,8 77:15
78:1
**year** 6:17,24
7:8,10 10:7,
9,10,17 16:25
17:19 18:6
19:3 21:1

years  76:15
yes  4:12 5:18
  6:22 7:6,9,19
  8:3,20 9:7,9
  12:22 14:12
  15:6,10 17:4,
  12 20:12,16
  21:19 22:16
  24:6 25:24
  26:1,8,22
  27:24 30:1
  35:2 36:16
  38:18 42:3
  46:8 49:13,17
  50:6,21 51:21
  52:6 53:10,
  19,20 54:1,2,
  6 55:20 56:2
  57:9,24 58:7
  59:12 60:3,19
  62:24 64:6,21
  68:11 69:4
  73:7 75:20
  77:4 80:21
  82:22 83:9,24
yet  11:13
  25:2 73:7
you  4:20,25
  5:5,7,8,9,10,
  11,12,16
  6:13,14 7:7,
  10,16,20
  8:16,21
  10:15,24
  11:14,17
  12:10,13
  13:8,9 14:1,
  23 15:1,3
  16:2 17:20
  18:2,9,11,16,
  19,20,21
  19:6,18,19,
  22,24 21:3,
  13,16,18,21,
  23,25 22:3,
  21,23 23:5,10
  24:3,7,14,16,
  24,25 25:7,8,
  12,20,22,23

26:16,24
27:1,11,17,
22,25 28:5,9,
12,16,20
29:12,13,16
30:2,6,10,17,
23 31:9,13,23
32:5,9,10,14,
22 33:4,8,16,
23,25 34:3,5,
15,21 35:3
36:1,8,13,15,
17,24 37:3,
13,20 38:5,6,
11,14,15
39:1,5 40:11,
18,20,22
41:2,5,10,12,
15,19 42:2
43:3,8,14,20,
22 44:1,5,10,
13,17 45:1,7,
8,13,14,22
46:16 47:5,
12,16,17
48:1,9,12,16,
20 49:4,7,9,
10,18 50:1,13
51:11,18
53:5,21 54:3,
22 55:2,14,22
56:8 57:1,9
58:22 59:3,7,
9 60:1,2,3,7
61:9,10,18,
20,21 62:13,
18 63:12
64:17,22
65:11,15,17,
22 66:4,9,10,
24 67:5,8,11,
23 68:5,7,15
69:11 70:1,7,
19 71:22
72:3,8,13,23
73:6,13,20,22
74:4,9,16
75:8,21 76:7,
18 77:22

78:20,21,24
79:2,8,11,22
80:1,2,8,12
81:4,9,25
82:15,19,23,
25 83:10,15,
16,21,25 84:1
you'd  24:11
you're  17:25
  19:21 36:17,
  21 37:17
  41:20 44:3,9,
  10 49:9 50:22
  60:10 61:19
  77:24 81:14,
  25
you've  5:14
  8:4 14:9
  22:11 76:13
young  17:25
youngest  58:8
your  4:15,19
  5:15,19 6:11
  7:7,17 8:22
  9:11,13,25
  10:1,10,15
  11:1,15,21
  12:1,3,4,7,25
  13:5,13 14:2,
  23 15:1 16:6,
  14,18 17:18
  19:6,8 20:5,
  7,14 21:10,24
  22:14,21
  23:13 24:8,21
  25:2,8,10,21
  26:5,6,12,19
  27:8,25
  28:16,20
  29:2,21,25
  30:15 31:14
  32:10,15,25
  34:6 35:7,18
  36:13,19
  37:5,11,14
  38:3,7,16,21
  39:6,14,15,17
  40:7,18
  41:15,17,20

43:15,16,23
44:19 45:25
46:4,24 50:7,
25 51:8,11,25
52:20 53:1,
15,21 54:3,4,
7,22 55:5,14,
23,25 57:18
58:12 59:4,9,
16 60:8,16,
20,21 62:2,
17,20 63:7,16
64:2,10
65:16,19
66:3,6,20
67:22 70:12,
24 71:3 73:23
74:4,18 75:8,
9,11,19 76:13
79:4,8,24
80:22 82:9,
14,24 83:5,
13,16
Youth  26:11
27:7 32:1,24
33:1,17 36:19
39:7 44:18
45:15 50:11,
23 79:1,2
80:24 81:10,
16 82:8

# EXHIBIT "1"



DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721F6EB

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 19-CV-80825-DMM

JENNIFER QUASHA, on behalf of her
son, H.Q., a minor

     Plaintiffs

vs.

CITY OF PALM BEACH GARDENS, FLORIDA

     Defendants
_____/

## DECLARATION OF JENNIFER QUASHA

COMES NOW, Jennifer Quasha and pursuant to 28 U.S.C. § 1746, declares the following under penalty of perjury:

1. My name is Jennifer Quasha, and I am over 18 years old, and have personal knowledge of the statements set forth herein.

2. My family and I live in the City of Palm Beach Gardens, Florida.

3. My son, H.Q., he is currently six years old and will be in the first grade this fall.

4. My son is allergic to various foods, including peanuts, eggs, sesame, shellfish, pineapple, and tree nuts.

5. My son is level four sensitive to peanuts and tree nuts, which is the most severe category for allergies. H.Q. medical records, attached as Exhibit A.

6. When my son was four years old, he was admitted via the emergency room to the hospital after having as severe allergic reaction from eating a cashew.

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A623-58B95721E6EB

Case 9:19-cv-80825-DMM   Document 12-1   Entered on FLSD Docket 08/05/2019   Page 3 of 45

*Quasha v Palm Beach Gardens*
*CASE NO.: 19-CV-80825-DMM*
*Page 2 of 9*

7.  When he as an allergic reaction,. H.Q.'s throat closes up and/or he gets hives. His lips and eyes can become swollen and his throat tighten up. H.Q.'s allergist records are attached hereto as exhibit A.

8.  I was first made aware of my son's peanut allergy after I took him to see Dr. Elena Perez on June 23, 2017, and he was tested to verify his tree nut and peanut allergy.

9.  My son has never eaten a peanut because he would have the same reaction to peanuts as cashews and I was advised that he should not eat or put near his face any of the foods that he was allergic to.

10. I was instructed on what to do if H.Q. came in contact with an allergen with an anaphylaxis action plan. Dr. Perez prescribed H.Q. an epinephrine pen and other medications to use in emergencies, but he has never had to use it because as a food allergy mom, I spend every moment trying to protect my son.

11. For his food allergies, H.Q. has an severe reaction when he eats an allergen, or puts his fingers in his mouth after touching the item.

12. H.Q. is not the only child in the PBGYAA or at school to have peanut allergies. My son often shares pencils and other school supplies with other students and so far he is safe.

13. My son's public school in Palm Beach Gardens acknowledges his deadly allergies by having no-nut classrooms and by having separate tables for students with nut allergies in the cafeteria. Whenever food is brought into the classroom, his teachers contact me to check the ingredients to ensure H.Q. won't have an allergic reaction.

14. I signed my son to play T-ball in the Palm Beach Gardens Youth Athletic Association (PBGYAA) around the end of August, 2018.

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721F6FB

*Quasha v Palm Beach Gardens*
*CASE NO.: 19-CV-80825-DMM*
*Page 3 of 9*

15. The PBGYAA plays their T-ball games at Gardens Park, located in Palm Beach Gardens, Florida.

16. On September 21, 2018, when I brought H.Q. to play T-Ball, I noticed that peanuts were sold at Gardens Park during the boys' game. There was a practice of throwing the peanut shells on the floor of the dugout and benches in the dugout., and I became scared that sitting in and being around peanuts would cause my son to have an allergic reaction.

17. The next morning, I went home and requested an accommodation to Seth Abrams, who was the president of PBGYAA Baseball:

> Hello, my son [H.Q] is deadly allergic to peanuts. He is playing t ball this season and I notice the peanut shells all over the dugout and at the concession stand. The lady who works the concession suggested I email you. I've heard they've taken the peanuts away in the past for kids with allergies. Thank you so much. Jennifer and Michael and Quasha []

(See Exhibit "B", p.3)

18. My husband, Michael Quasha spoke to Seth Abrams, who denied the request, and my husband then spoke with the city manager of the City of Palm Beach Gardens, Ron Ferris who offered four accommodations. These were: (1) the dugouts be swept each day prior to first use of the day; (2) all of H.Q.'s Fall T-ball games be scheduled as the first game of every game day; and (3) the park not sell any peanuts until the conclusion of H.Q.'s games.

19. On September 26, 2018, after my conversation with Seth Abrams, and my husband's conversation with Seth Abrams, I wrote to Seth Abrams and told him how upset I was and how the city manager was going to assist:

> Seth, My husband spoke to the city manager and he is going to help us. Your ignorance and indifference towards food allergies and children's safety is alarming. You said that maybe tball isn't the sport for my son just because you serve peanuts. You said you would not stop selling peanuts because its base-

*Disability Independence Group, Inc. * 2990 Southwest 35th Avenue * Miami, FL 33133*

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721E6EB

*Quasha v Palm Beach Gardens*
*CASE NO.: 19-CV-80825-DMM*
*Page 4 of 9*

ball.  Baseball players also love chewing tobacco. Maybe you should start sell-
ing that at the concession stands?   Food allergies are becoming more prevalent
everyday and there is no known cause.    You should really educate yourself.
My daughter's best friend is almost nine and has been eating nuts her whole
life. She recently ate a nut and her throat closed and she is now allergic to nuts.
Thankfully, she was at home and her parents had Benadryl. Other children have
not been so lucky.  Google it.  The information is at your fingertips.  I under-
stand that some people just simply don't care because it's not their kid.  Luckily,
most of the people I come into contact with DO care unlike you and for that we
are thankful.

(See Exhibit "B", p.3)

20. The very next day, Tony Badala, the president of the PBGYAA contacted me and offered

to cooperate and apparently spoke with City Manage Ferris:

Mrs. Quasha.

My name is Tony Badala, I am the president of the PBGYAA. I am sorry you
feel that way in regards the Mr. Abram. He is actually the one who brought it
to my attention and with solutions that I eventually told the city we can accom-
plish to help your child.  I have left at least 3 messages for your husband once
mr Abrams called me (to which I have not heard back)
I think we are going to do everything that we can to try to make this a positive
experience for your child and your family and I hope to speak with yourself and
will make myself available anytime.

My cell # is []

Thank you

(See Exhibit "B", p.2)

21. I responded back to Mr. Badala, and explained my frustration to him:

Hi. My husband will call you back shortly. He is with a patient. I feel that way
because he flat out told me its baseball and we serve peanuts. I tried to politely
space educate him on the danger of peanuts and food allergies because some
people truly don't understand.  He still had zero compassion.  Seth also told my
husband that maybe t ball isn't the sport for my son due to the peanuts. My son
is only five. Who knows what sport he will end up loving? But right now he
loves T-ball and is very excited to go. I have never come into contact with an-
yone that has chosen alienation over accommodation in his whole little life.
Thankfully, this was my first encounter. After reaching out to the city manager,

*Disability Independence Group, Inc. * 2990 Southwest 35th Avenue * Miami, FL 33133*

DocuSign Envelope ID: 20B7AAC6-3BDC-46AF-A633-58B95721F6EB

*Quasha v Palm Beach Gardens*
*CASE NO.: 19-CV-80825-DMM*
*Page 5 of 9*

we are now coming up with a solution. I greatly appreciate your change in heart and appreciate whatever you can do to help. Thank you. Jennifer Quasha []

(See Exhibit "B", p.2)

22. Thereafter, the accommodation was granted, and H.Q.'s game was the first game of the day, and prior to H.Q.'s game, the dugouts would be swept, and peanuts would not be sold until after H.Q.'s game.

23. Mr. Badala assured me that there would be no problems and H.Q. would be able to play T-ball.

24. There was no problem at all with compliance with my requests, and my son was able to play T-ball in Fall 2018, without any major issues. There was only one occasion which H.Q. was ill with a fever and bronchitis, and when he came back, the dugout was not swept out. My father swept it out and took care of the situation. (See Exhibit "B", p.1)

25. H.Q. loved playing T-Ball, and wanted to play again in the Spring, and he wanted to play with his neighbors and friends.

26. On January 10, 2019, I made a request that H.Q. be on the same team as his friend M.A. because M.A.'s parents are a physician assistant and a nurse practitioner and they know the signs of an allergic reaction, know how to react, and can administer H.Q.'s epi-pen. (Exhibit "C", p. 1). My husband and I were told that there were no exceptions to the new "no request" policy, even for medical reasons. Id.

27. On January 14, 2019, I emailed Mr. Badala stating that my son would be playing T-ball again in the Spring and requested the same accommodation for my son that we had received in the Fall.

Hi Tony,

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721E6EB
Case 9:19-cv-80825-DMM   Document 12-1   Entered on FLSD Docket 08/05/2019   Page 7 of 45

*Quasha v Palm Beach Gardens*
*CASE NO.: 19-CV-80825-DMM*
*Page 6 of 9*

Our son [H.Q.] really wanted to sign up for t ball again. I know it is an extra responsibility for you guys so I greatly appreciate. Also, is it possible since they don't do evaluations to put him with [M.A.]? He is our neighbor. If I have to leave [H.Q.] to take my other kids somewhere they are in the medical field and can handle his allergies. I know they aren't taking any friend requests anymore but it would be hard for him to be with all strangers with his allergies and asthma.

Thank you so much for your help.
Jennifer and Michael Quasha

(See Exhibit "C", p.3). I received a response from Mr. Badala that said, "I honestly don't know what I can do, I will talk with the group and get back to you."

28. On January 16, 2019, I spoke with Mr. Daniel Prieto, who is the Deputy Leisure Services Administrator for the City of Palm Beach Gardens, and he informed me that there was nothing that could be done, they would not sweep out the dugouts and they would not stop selling peanuts during the game - my accommodation was denied. He suggested that he could transfer HQ to the North Palm Beach League. I confirmed this in an email to him on January 16, 2019- "Hello Mr. Prieto, I just want to clarify. You said you will not sweep the peanuts out of the dugout before [H.Q.]'s game again, You won't stop selling peanuts during H.Q. t ball game and you will transfer him to north palm? Thank you for your attention to this matter."

29. Several days later, I received this email:

Hello Dr. and Mrs. Quasha,
The assertions made in your January 16, 2019 email are incorrect. I did, however, communicate that the baseball program is administered by the Palm Beach Gardens Youth Athletic Association (PBGYAA), and all inquiries about their operation are to be directed to them. Accordingly, as this relates to the City, the matter is closed. Again, for any and all future disagreements with the PBGYAA operational programing, please communicate with their Executive Board to find resolution.
Thank you,
Daniel Prieto, AFO
Deputy Leisure Services Administrator
office:(561) 630-1117|site: www.pbgfl.com

*Disability Independence Group, Inc. * 2990 Southwest 35th Avenue * Miami, FL 33133*

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721E6EB

*Quasha v Palm Beach Gardens*
*CASE NO.: 19-CV-80825-DMM*
*Page 7 of 9*

address:4404 Burns Road |Palm Beach Gardens, FL 33410
"A Signature City"

(See Exhibit "C", p.2)

30. I was issued a refund on January 21st.

31. H.Q. was very upset that he could not play, and I was upset that he was treated like this.

32. I did not know what to do, so I contacted the councilmembers and complained about the situation, they pledged their assistance to resolve it with the city manager and the PBGYAA, and there was no response after April 3, 2019.  See Exhibit "D"

33. On April 15, 2019, I filed a formal 504 ADA and Title II complaint to the City of Palm Beach Gardens ADA Coordinator, Stephen J. Stepp. ADA Complaint attached as Exhibit "E".

34. One week later on April 22, 2019, Stepp wrote and called me to get more details about my request.  We emailed a response which advised of the city's offer to send H.Q. to North Palm Beach, and how the city was not responsible, See Exhibit "F" and "G".

35. Then on May 3, Mr. Stepp called me on my cell phone.  He asked if we could meet in person to see what we could work out with t-ball and my son's peanut allergies.  He then sarted asking me questions about the extent of my son's disabilities   I followed this up with an email.

Hello,
In regards to your phone call to me at 10:32 this morning.  I wanted to make note of your question and what I felt was your argument, "What happens if someone has a peanut butter and jelly sandwich before they come to baseball and they touch a ball, would your son react?"  My son goes to school and many other sports where he shares pencils and balls etc. He does not and will not live in a bubble.  Sitting in a dug out with tossed peanut shells, peanut oil and fallen peanuts is a direct threat to his safety.
Thank you for your attention to this matter and as I said, please keep the rest in writing.

*Disability Independence Group, Inc. * 2990 Southwest 35th Avenue * Miami, FL 33133*

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721E6EB

*Quasha v Palm Beach Gardens*
*CASE NO.: 19-CV-80825-DMM*
*Page 8 of 9*

Jennifer Quasha

(Exhibit G)

36. On May 9, 2019, I received a formal response to my ADA/504 grievance, it is attached as Exhibit H.

37. On May 9, 2019, Stepp responded to my ADA and Title II complaint, in which he informed me that my son would not be able to receive the same accommodation for the spring 2019 T-ball season that he had in the Fall 2018 T-ball season. ADA complaint response, which included the following:

    a.  due to the increase in players and teams in the spring league compared to the fall, it would be too difficult to make this accommodation work.

    b.  my son should play in a league at a park in North Palm Beach, Florida since they do not sell concessions and it would be safer to my son.

    c.  having my son play in the PBGYAA would constitute a threat to himself due to the amount of peanuts around the field.

38. The final accommodation offer the city was willing to make was for the concession stand to have brooms for parents and volunteers to use and that the City would install a sign that informed "patrons that children with food allergies are present and encouraging them to place their peanut shells into trash receptacles."

39. My husband and I rejected this accommodation request because it would prevent H.Q. from playing T-ball with his friends and the opportunity to carpool with members of the community.

40. H.Q. does not have any friends that play in the league in North Palm Beach and has never been to that park.

*Disability Independence Group, Inc. * 2990 Southwest 35th Avenue * Miami, FL 33133*

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721F6EB

*Quasha v Palm Beach Gardens*
*CASE NO.: 19-CV-80825-DMM*
*Page 9 of 9*

41. It is important for my six year old son to play T-ball with his friends and not a group of strangers and in our own city where my other children participate in soccer and dance at the same time.

42. I would like my son to be able to play ball with his friends without concern that he is going to go into anaphylactic shock, or sit in peanut shells, with kids that are picking up peanut shells, or eating them.

FURTHER DECLARANT SAYETH NAUGHT.

Jennifer Quasna

Dated this _____8/1/2019_____

DocuSign Envelope ID: 20B7AAC6-28DC-46AF-A633-58B95721F6EB

## Allergy Associates of the Palm Beaches, P.A.

840 US Highway One Suite 235
North Palm Beach  FL  334083835
Phone: 561-626-2006  Fax: 561-626-8622

## Visit Note - Office Visit

Provider: Elena Perez, MD PhD
Encounter Date: Jan 02, 2019
Patient: Quasha, ▉▉▉  (PT00009950)
Sex: Male
DOB: ▉▉▉▉  Age: 6 Year 1 Week
Race: White
Address: 108 Via Escobar Pl, Palm Beach Gardens FL 33418    Pref. Phone(C): 561-516-0135
Primary Dr.: James Beattie, M.D.
Insurance(s):
AvMed, Inc. (PP)

Reason for Visit/Chief Complaint:
▉▉▉ a 6 year 1 week old male, is here today for the following:
Asthma .
Food Allergy.
Eczema.

HPI:
Follow Up History:
Asthma: Asthma is currently active. Asthma flare began Sept. 2018. Current symptoms include  daytime
cough, night cough and  wheeze. Current Treatment includes albuterol. Pt. had bronchitis and has caused
asthma type sx to flare up. He seems to respond to albuterol neb. Mom is unsure if doing spacer/inhaler
correctly.
Food Allergy: Pt here for food allergy follow up.
Peanut - no accidental exposures.
Egg- no accidental exposures.
Tree Nut/Seed - no accidental exposures.
Shellfish - no accidental exposures.
Other food exposure: Sesame and pineapple.
▉▉▉ does have an epinephrine auto-injector available at all times.
Food challenges and labs previously planned have been postponed due to illness.

PMH/FH/SH/Env Hx:
Past Medical History: The past medical history was updated on today's visit 01/02/19.
Immunizations:
Up to date.
Flu shot given 2018 flu season.
Food Allergy.
No other surgical history.
Family History: Father asthma, Siblings eczema.
Social/Environmental History: Alcohol Abuse: Patient denies any history of alcohol abuse., Alcohol
Usage: Patient denies any alcohol usage., No drug usage/abuse:, Non smoker, HIV negative, no Hepatitis B

Patient: Quasha, ▉▉▉    DOB: ▉▉▉▉    Visit: 01/02/2019    Page: 1


EXHIBIT "A"

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721F6EB

From Trinesell 1.844.885.8134 Thu May 23 10:21:08 2019 EDT Page 1

# Allergy Associates of the Palm Beaches, P.A.

840 US Highway 1, Suite 235
North Palm Beach, FL 33408
Phone: 561-626-2006
Fax: 561-626-8622
office@pballergy.com

Mark R. Stein, M.D.    Alan P. Koterba, M.D.,Ph.D.    Elena E. Perez, M.D.,Ph.D.    Cathy Hollowell, ARNP

| | |
|---|---|
| **DATE** | 05/23/2019 |
| **TO** | Patient |
| **FAX #** | 561-335-3915 |
| **# of PAGES** | |
| **MESSAGE** | |

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND
CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT NAMED ABOVE. This message is confidential. If the reader
of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient,
you are hereby notified that you have received this document in error, and that any review, disclosure,
dissemination, distribution or copying of this message, or the taking of any action in reliance on its contents, is
strictly prohibited. If you have received this communication in error, please notify us immediately and destroy
the documents. Thank you.

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721F6EB

From Trinesett 1.844.389.0134

# Pulmonary Function Report

Allergy Assoc. of the Palm Beaches



## Patient Information

| Name: Quashu | ID: 9930 | Smoking history (pk yrs): |
| Height at test (in): | Sex: Male | Predicted set. Crapo 1981, Polgar i Pess. 1971 |
| Weight at test (lb): | Age at test: 6 | |

Comments:
Diagnosis:

## Interpretation

Interpreted by:

MILD RESTRICTIVE VENTILATORY DEFECT. This is indicated by the finding of a mildly reduced forced vital capacity (FVC). Bronchodilator therapy was administered followed by repeat spirometric testing. Post-bronchodilator testing failed to demonstrate a significant change in FVC, FEV1, or FEF 25-75. This indicates that this patient may not benefit from continued bronchodilator therapy. This interpretation is valid only upon physician review and signature.

Site: KcKc34217
Physician: Dr. Perez
Technician: Shonda

Effort protocol: ATS/ERS 2005
Bronchodilator: 2 puff of xopenex
Estimated Lung Age: ---

Test date/time: 01/02/18 11:16:33 AM
Pre-BD Number of efforts performed: 3
Post-BD Number of efforts performed: 3

## Results

| Result | Pred | Pre | %Prd | Post | %Prd | %Chg |
|---|---|---|---|---|---|---|
| FVC (Lt) | 1.40 | 1.01 | 86% | 0.98 | 87% | -3% |
| FEV1 (Lt) | | 0.96 | 73% | 0.96 | 74% | -2% |
| FEV1/FVC | 0.90 | 0.97 | 115% | 0.96 | 114% | 1% |
| FEF25-75% (L/s) | 1.64 | 1.20 | 73% | 1.31 | 74% | 8% |
| PEFR (L/s) | 3.12 | 3.45 | 49% | 1.56 | 50% | -28% |
| Vext % | | 7.02 | | 5.04 | | |

Test comments (Pre):
Test comments (Post):



FVC Flow vs. Volume



FVC Volume vs. Time

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721F6EB

or C. No secondhand smoke in the household. Occupation: student. No mold/flooding/water damage in the household or workplace.

**Drug Allergy:**
Penicillins

**Current Medication:**
1 Auvi-q 0.15 Mg Auto-Injector Mg/0.15 Ml  SIG: Use as directed to anaphylaxis
2 Xopenex Hfa 45 Mcg Inhaler Mcg/actuation  SIG: Inhale  2 puffs every 4-6 hours as needed

**Other MD:**
1 Multivit-Iron Child Tab Chew  SIG: one daily

**ROS:**
GENERAL: (-) fever, (-) chills, (-) night sweats, (-) fatigue, (-) weakness, (-) changes in appetite or weight.
SKIN: (-) rashes, (-) itching.
HEAD: (-) headaches, (-) head injury or deformity.
EYES: (-) visual changes, (-) eye pain, (-) eye discharges, (-) redness, (-) itching, (-) excessive tearing, (-) double or blurred vision.
EARS: (-) hearing changes, (-) ear discharge, (-) earache, (-) ear infection.
NOSE AND SINUSES: (-) nasal stuffiness or itchiness, (-) postnasal drip, (-) hay fever, (-) nosebleeds, (-) sinus trouble.
MOUTH AND THROAT: (-) frequent sore throat, (-) hoarseness.
NECK: (-) swollen glands, (-) enlarged thyroid, (-) neck pain.
RESPIRATORY:  (+) cough, (+) wheezing.
CARDIAC: (-) chest pain, (-) palpitations, (-) shortness of breath.
GASTROINTESTINAL: (-) abdominal pain, (-) heartburn, (-) constipation, (-) diarrhea, (-) nausea, (-) vomiting.

**Asthma Questionnaire:**
How is your asthma today? Good (2).
How much of a problem is your asthma when you run, exercise or play sports? It's not a problem (3).
Do you cough because of your asthma? Yes, some of the time (2).
Do you wake up during night because of your asthma? Yes, some of the time (2).
During the last 4 weeks how many days did your child have any daytime asthma symptoms? 11-18 days (2).
During the last 4 weeks, how many days did your child wheeze during day because of asthma? 11-18 days (2).
During past 4 weeks, how many days did your child wake up during the night because of asthma? 4-10 days (3).
Total Score: 16.

**Vital Signs:**
| | |
|---|---|
| Time: | 10:39 AM |
| Weight: | 46 lbs 8 oz |
| Height: | 3' 10" |
| BMI: | 15.45 |
| BSA: | 0.83 |
| Temperature: | 97.6 F |
| BP: | 98/70 |
| Pulse: | 85 |
| Oxygen: | 99(Room air) |

Patient: Quasha,　　　　　DOB: 　　　　　Visit: 01/02/2019   Page: 2

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721F6EB

**Physical Examination:**
**Appearance:**
No acute distress, normally grown and well nourished
**Eyes:**
External examination and lids: Normal eye lids
Conjunctivae/Globe: clear without injection or exudate
**Ears:**
Left TM: no injection or fluid, Left canal: no erythema nor otorrhea, Right TM: no injection or fluid, Right canal: no erythema or otorrhea
**Nose:**
Left mucosa/turbinates: 2+ Left nasal discharge: Left nasal discharge: none **Right mucosa/turbinates:** 2+ **Right nasal discharge:** Right nasal discharge: none
**Mouth and Throat:**
Teeth/gums: normal appearing dentition and gingiva
Oropharynx: normal posterior pharynx without tonsillar erythema or exudate
**Respiratory:**
Respiratory effort: normal work of breathing, auscultation: clear.
**Skin:**
Inspection: no rash or skin lesions
Palpation: no palpable lesions
**Neck:**
Neck: no mass or tenderness
Thyroid: normal to palpation
**Cardiovascular:**
Auscultation: no murmur or gallop
Peripheral circulation: normal peripheral pulses
**Lymphatic:**
Cervical nodes: no abnormal cervical nodes
Other nodes: no abnormal nodes
**Extremities:**
No lower extremity edema

**Office Tests:**
**PFT - Pre/Post**

| Result | Pred | Pre Actual | Pre % Pred | Post Actual | Post % Pred | % Change |
|---|---|---|---|---|---|---|
| FVC | 1.46 | 1.01 | 69 | .98 | 67 | -2.97 |
| FEV1 | 1.29 | .98 | 76 | .96 | 74 | -2.04 |
| FEV1/FVC | .86 | .97 | 113 | .98 | 114 | 1.03 |
| FEF25%-75% | 1.64 | 1.2 | 73 | 1.21 | 74 | 0.83 |
| PEF | 3.12 | 1.45 | 46 | 1.56 | 50 | 7.69 |

first attempt, still learning technique

**Diagnostic/Lab:**
**Quest Diagnostics Inc.** (Order Date: 1/2/2019) (Ordered)
Cashew (f202) IgE
Egg White (f1) IgE
Ovalbumin (f232) IgE
Ovomucoid (f233) Ige
Peanut (f13) Ige

Patient: Quasha, ▓▓▓▓    DOB: ▓▓▓▓    Visit: 01/02/2019   Page: 3

DocuSign Envelope ID: 2087AAC6-38DC-46AF-A633-58B95721F6FB

Peanut Component Panel
Pecan Nut (f201) Ige
Pineapple (f210) Ige
Pistachio (f203) Ige
Sesame Seed (f10) Ige
Shrimp (f24) Ige
Walnut (f256) Ige

Prescription:
1 Flovent Hfa 44 Mcg Inhaler Mcg/actuation  SIG: 2 puffs BID  QTY: 1.00

Changed/Discontinued Medication(s):
    Discontinued By Other MD: EPIPEN JR 2-PAK 0.15 MG INJCTR MG/0.3 ML

Diagnosis:
Z91.018       Allergy to other foods
Z91.012       Allergy to eggs
J30.89        Other allergic rhinitis
R05           Cough

Assessment/Plan:
Asthma:

- Current Status: Uncontrolled.
- ACT: 16.
- Spirometry is abnormal as indicated above.
Not entirely interpretable, as Harley is learning the technique.
- Controller medications to start/continue.
- Fluticasone Flovent HFA 44mcg 2 puffs BID. This may be temporary if clears up inflammation from post
bronchitis, and sx resolve, or may be start of asthma type symptoms. Will need follow up over time. Asked
mom to keep symptom journal to document response to flovent and need for albuterol.

- Xopenex: Use 1 to 2 puffs every 4 hours as needed for acute asthma symptoms.
- spirometry/FENO on follow up.

Food Allergy:
- Avoidance of these food items was advised. egg peanut shellfish tree nut(s).
- Serum specific IGE ordered to select foods.
- Reviewed at length the indications for use and teaching of self administered epinephrine. 0.15mg IM x1
then repeat in 5' as indicated.
Will plan for challenges when asthmatic sx under control, and depending on labwork.

Followup:
1 Month(s)  Follow Up

This visit note has been electronically signed off by Elena Perez, MD PhD.

Patient: Quasha,          DOB:          Visit: 01/02/2019  Page: 4

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721F6EB

**Allergy Associates of the Palm Beaches, P.A.**
840 US Highway One Suite 235
North Palm Beach FL 334083835
Phone: 561-626-2006  Fax: 561-626-8622

## Visit Note - Office Visit

**Provider:** Elena Perez, MD PhD
**Encounter Date:** Jun 26, 2018
**Patient:** Quasha, ▓▓▓▓▓  (PT00000950)
**Sex:** Male
**DOB** ▓▓▓▓▓▓▓▓  **Age:** 5 Year 6 Month
**Race:** White
**Address:** 108 Via Escobar Pl, Palm Beach Gardens FL 33418   **Pref. Phone(C):** 561-516-0135
**Primary Dr.:** James Beattie, M.D.
**Insurance(s):**
AvMed, Inc. (PP)

**Reason for Visit/Chief Complaint:**
▓▓▓▓ a 5 year 6 month old male, is here today for the following:
Food Allergy.

**HPI:**
**Follow Up History:**
Rhinitis: Patient here for follow up of nasal symptoms. Currently there are mild rhinitis symptoms . Current symptoms include rhinorrhea. Nasal symptoms have been triggered by dog.
**Food Allergy:** Pt here for food allergy follow up.
Peanut - no accidental exposures.
Egg- no accidental exposures.
Tree Nut/Seed - no accidental exposures.
Shellfish - no accidental exposures.
Here to review lab results.
▓▓▓▓ does have an epinephrine auto-injector available at all times▐
going to kindergarten next year. needs a plan.

**PMH/FH/SH/Env Hx:**
**Past Medical History:** The past medical history was updated on today's visit Jun 23, 2017.
Food Allergy.
No other surgical history.
**Family History:** Father asthma, Siblings eczema.
**Social/Environmental History:** Alcohol Abuse: Patient denies any history of alcohol abuse., Alcohol Usage: Patient denies any alcohol usage., Drug Usage/Abuse: Patient denies any illicit drug use or abuse., Non smoker, HIV negative, no Hepatitis B or C, No secondhand smoke in the household, Occupation: student, No mold/flooding/water damage in the household or workplace.

**Drug Allergy:**
Penicillins

**Current Medication:**

Patient: Quasha, ▓▓▓▓▓   DOB: ▓▓▓▓▓▓▓   Visit: 06/26/2018   Page: 1

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721F6FB

From Trimeset 1.844.339.8134 Thu May, 23 10:21:06 2019 EDT Page 9 of 17

1 Epipen Jr 2-pak 0.15 Mg Injctr Mg/0.3 Ml  SIG: Use as needed for allergic reaction. After use please seek medical attention

**Other MD:**
1 Multivit-Iron Child Tab Chew  SIG: one daily

**Vital Signs:**
Time:              02:01 PM
Weight:            44 lbs
Height:            3' 7"
BMI:               16.73
BSA:               0.78
Temperature:       100.0 F
BP:                100/70
Pulse:             96
Oxygen:            99(Room air)

**Physical Examination:**
**Appearance:**
No acute distress, normally grown and well nourished
**Eyes:**
External examination and lids: Normal eye lids
Conjunctivae/Globe: clear without injection or exudate
**Ears:**
Left TM: no injection or fluid, Left canal: no erythema nor otorrhea, Right TM: no injection or fluid, Right canal: no erythema or otorrhea
**Nose:**
Left mucosa/turbinates: normal appearing mucosa without swelling, Left nasal discharge: none, Right mucosa/turbinates: normal appearing mucosa without swelling, Right nasal discharge: none
**Mouth and Throat:**
Teeth/gums: normal appearing dentition and gingiva
Oropharynx: normal posterior pharynx without tonsillar erythema or exudate
**Respiratory:**
Respiratory effort: normal work of breathing, auscultation: clear.
**Skin:**
Inspection: no rash or skin lesions
Palpation: no palpable lesions
**Neck:**
Neck: no mass or tenderness
Thyroid: normal to palpation
**Cardiovascular:**
Auscultation: no murmur or gallop
Peripheral circulation: normal peripheral pulses
**Lymphatic:**
Cervical nodes: no abnormal cervical nodes
Other nodes: no abnormal nodes
**Extremities:**
No lower extremity edema

**Skin Test:**
**Patient was found to be hypersensitive to the following allergens on skin testing:**
Prick:              Order   Score   Wheal   Flare

Patient: Quasha,     DOB: 1        Visit: 06/26/2018   Page: 2

DocuSign Envelope ID: 2057AAC6-38DC-46AF-A633-58B95721F6EB

**Control:**

| | | |
|---|---|---|
| Histamine: | N | 3+ |
| Negative Control : | N | 0+ |

**Food:**

| | | | | |
|---|---|---|---|---|
| Egg White : | N | 3+ | 4 | 15 |
| Egg Yolk: | N | 3+ | 3 | 15 |
| Codfish: | N | 0+ | | |
| flounder: | N | 0+ | | |

**Prescription:**
1 Auvi-q 0.15 Mg Auto-injector Mg/0.15 Ml  SIG: Use as directed to anaphylaxis  QTY: 2.00 REF: 1
2 Xopenex Hfa 45 Mcg Inhaler Mcg/actuation  SIG: Inhale 2 puffs every 4-6 hours as needed  QTY: 1.00
REF: 2

**Diagnosis:**
Z91.018    Allergy to other foods
Z91.012    Allergy to eggs
J30.89     Other allergic rhinitis

**Assessment/Plan:**
**Allergic Rhinitis:**
- Status Stable.
- Specific environmental allergen avoidance measures were discussed.
- Reviewed use of medications.
- Intranasal sprays (INS) 1-2 sprays/nostril (peds/adult) with proper technique reviewed with patient. Major
side effects associated with INS were reviewed including nose bleeds and headaches. Indications when to
use and duration of use were dicussed in detail.
- Fluticasone 1spray each nostril daily spray(s)/nostril daily.
- Reviewed role of anti-histamines for relief of sneezing, itching, runny nose.

**Drug allergy:**
- Skin testing for PCN at follow up visit.

**Food Allergy:**
- Results of the skin prick testing were reviewed and clinical correlation was discussed. Skin tests were
positive to: egg white Egg yolk.
- Avoidance of these food items was advised.
- Serum specific IGE ordered to select foods Egg component panel, Egg white IgE, Egg yolk IgE, Mango
IgE.
- Reviewed at length the indications for use and teaching of self administered epinephrine Auvi-Q, 0.15mg IM
x1 then repeat in 5' as indicated.
- Anaphylaxis action plan was dicussed and a written copy was provided.
- Patient referred to foodallergy.org for further information/FAQs about food allergy.
- Advised food challenge in the future, depending on SPT and lab trend.
- School forms were filled out detailing epinephrine/antihistamine use.
History of SPT also + to: peanut, shrimp, pineapple, pecan, walnut, cashew, sesame and pistachio.
Avoidance was advised.

**Followup:**
2 Week(s) Follow Up
pCN testing

Patient: Quasha,     DOB:              Visit: 06/26/2018  Page: 3

Case 9:19-cv-80825-DMM   Document 67-3   Entered on FLSD Docket 01/13/2020   Page 140 of
165
Case 9:19-cv-80825-DMM   Document 12-1   Entered on FLSD Docket 08/05/2019   Page 20 of 45

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721F6FB

This visit note has been electronically signed off by Elena Perez, MD PhD

Patient: Quasha,         DOB:              Visit: 06/26/2018   Page: 4

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721F6FB

From: Fax# 1.844.886.8134 Thu May 23 12:21:06 2019 EDT Page 12 of 17

**Allergy Associates of the Palm Beaches, P.A.**
840 US Highway One Suite 235   North Palm Beach, FL 334083835
Phone: (561) 626-2006  Fax: (561) 626-8622
SKIN TEST FORM

Test Date: 08/23/2017

Tested By: Croft, Shandra

Patient: Quisha, ████(PT00009950)

Antihistamine Taken: No

DOB: ████   Sex: Male

| Allergen | PRICK | | | | | I.D. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Order | Score | Wheal | Flare | Loc | Order | Score | Wheal | Flare | Loc |
| **Panel: Epidermals** | | | | | | | | | | |
| *Cat H/S (Environment) | No | 4 | 5 | 50 | Back | No | | | | |
| *Dog A.P. (Environment) | No | 3 | 3 | 10 | Back | No | | | | |
| **Panel: Environmentals** | | | | | | | | | | |
| *D. Farinae (Environment) | No | 3 | 3 | 10 | Back | No | | | | |
| *D. Pteronyssinus (Environment) | No | 3 | 3 | 15 | Back | No | | | | |
| **Panel: Control food** | | | | | | | | | | |
| *Histamine (Control) | No | 3 | | | Back | No | | | | |
| Negative Control (Control) | No | 0 | | | Back | No | | | | |
| **Panel: Animal Food** | | | | | | | | | | |
| *Egg White (Food) | No | 3 | 3 | 15 | Back | No | | | | |
| *Egg Yolk (Food) | No | 3 | 3 | 15 | Back | No | | | | |
| **Panel: Fish** | | | | | | | | | | |
| Tuna (Food) | No | 0 | | | Back | No | | | | |
| Salmon (Food) | No | 0 | | | Back | No | | | | |
| **Panel: Arthropods** | | | | | | | | | | |
| *Shrimp (Food) | No | 4 | 5 | 15 | Back | No | | | | |
| **Panel: Leguminosae** | | | | | | | | | | |
| *Peanut (Food) | No | 4 | 5 | 20 | Back | No | | | | |
| **Panel: Drupaceae** | | | | | | | | | | |
| Almond (Food) | No | 0 | | | Back | No | | | | |
| **Panel: Liliaceae** | | | | | | | | | | |
| *Pineapple (Food) | No | 3 | 3 | 15 | Back | No | | | | |
| **Panel: Juglandaceae** | | | | | | | | | | |
| English Walnut (Food) | No | 0 | | | Back | No | | | | |
| *Pecan (Food) | No | 3 | 2 | 10 | Back | No | | | | |

\* = Positive

| | | |
|---|---|---|
| 0 = No wheal/flare | 1 = Flare only no wheal | 2 = Wheal smaller than control with flare |
| 3 = Wheal 3mm > than negative control | 4 = Positive | 5 = Not Used |
| 8 = Positive Result | | |

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721F6EB

Case 9:19-cv-80825-DMM   Document 12-1   Entered on FLSD Docket 08/05/2019   Page 22 of 45

### Allergy Associates of the Palm Beaches, P.A.
840 US Highway One Suite 235   North Palm Beach, FL 334083835
Phone: (561) 626-2006  Fax: (561) 626-8622
**SKIN TEST FORM**

Test Date: 06/23/2017

Patient: Quisha, ██████ (PT00089950)

DOB ██████    Sex: Male

Tested By: Croft, Shandra

Antihistamine Taken: No

| Allergen | PRICK | | | | | I.D. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Order | Score | Wheal | Flare | Loc | Order | Score | Wheal | Flare | Loc |
| **Panel: Juglandaceae** | | | | | | | | | | |
| *Black Walnut (Food) | No | 3 | 2 | 13 | Back | No | | | | |
| **Panel: Miscellaneous** | | | | | | | | | | |
| *Cashew (Food) | No | 4 | 5 | 30 | Back | No | | | | |
| *Sesame Seed (Food) | No | 4 | 10 | 40 | Back | No | | | | |
| *Pistachio (Food) | No | 4 | 5 | 30 | Back | No | | | | |

* = Positive

| | | |
|---|---|---|
| 0 = No wheal/flare | 1 = Flare only no wheal | 2 = Wheal smaller than control with flare |
| 3 = Wheal 3mm > than negative control | 4 = Positive | 5 = Not Used |
| 6 = Positive Result | | |

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721F6EB

From Trimesei 1.844.589.8134 Thu May 23 10:21:06 2019 EDT Page 7 of 17

## Allergy Associates of the Palm Beaches, P.A.
840 US Highway One Suite 235   North Palm Beach, FL 334083836
Phone: (561) 626-2006  Fax: (561) 626-6622
### SKIN TEST FORM

Test Date: 06/26/2018                                    Tested By: Cole, Anne-Marie

Patient: Quasha, ▓▓▓▓ (PT00009950)                   Antihistamine Taken: No

DOB: ▓▓▓▓▓        Sex: Male

| Allergen | PRICK | | | | | I.D. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Order | Score | Wheal | Flare | Loc | Order | Score | Wheal | Flare | Loc |
| **Panel: Control food** | | | | | | | | | | |
| *Histamine (Control) | No | 3 | | | Back | No | | | | |
| Negative Control (Control) | No | 0 | | | Back | No | | | | |
| **Panel: Animal Food** | | | | | | | | | | |
| *Egg White (Food) | No | 3 | 4 | 15 | Back | No | | | | |
| *Egg Yolk (Food) | No | 3 | 3 | 15 | Back | No | | | | |
| **Panel: Fish** | | | | | | | | | | |
| Codfish (Food) | No | 0 | | | Back | No | | | | |
| flounder (Food) | No | 0 | | | Back | No | | | | |

* = Positive

| | | |
|---|---|---|
| 0 = No wheal/flare | 1 = Flare only no wheal | 2 = Wheal smaller than control with flare |
| 3 = Wheal 3mm > than negative control | 4 = Positive | 5 = Not Used |
| 6 = Positive Result | | |

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721F6EB

**Allergy Associates of the Palm Beaches, P.A.**
840 US Highway One Suite 235
North Palm Beach FL 334083835
Phone: 561-626-2006  Fax: 561-626-8622

## Visit Note - New Patient

Provider: Elena Perez, MD PhD
Encounter Date: Jun 23, 2017
Patient: Quasha, ⬛⬛⬛ (PT00009950)
Sex: Male
DOB: ⬛⬛⬛⬛    Age: 4 Year 6 Month
Race: White
Address: 108 Via Escobar Pl, Palm Beach Gardens FL 33418    Pref. Phone(C): 561-516-0135
Primary Dr.: James Beattie, M.D.
Insurance(s):
AvMed, Inc. (PP)

Snomed CT:
Type: procedure
code: 428191000124101
desc: Documentation of current medications (procedure)

Reason for Visit/Chief Complaint:
⬛⬛⬛, a 4 year 6 month old male, is here today for the following:
Food Allergy  tree nuts and seeds .

HPI:
New Patient Visit:
Asthma: Patient here for evaluation of asthma. Coughs easily. Post tussive emesis at times. Worse during school year. Asthma in dad. Xopenex prn. Never admitted or ER. Condition has been intermittent.
Food Allergy: Patient here for evaluation of a food allergy. Patient has a prior known history of food allergy egg yolk sesame. At 11m tried egg yolk. Put to lip and developed hives. Allergy test + for egg white and yolk, later around 2yo he tried hummus. Chick peas ok, but hummus caused reaction hives on scalp, lips, face. benadryl and bath calmed him down. Tested and +, over 2 years ago. Negative to fish, shellfish, negative to peanuts and tree nuts. Milk was slight positive on blood test. Tolerates in the diet. Mom let him try one almonds and did fine. One month later cashews tried and red around mouth and throat tightness. EMS came heard wheezing. In hospital given decadron. Mom is worried to try other things.
Pineapple worsened eczema.
He has injectable epinephrine available.

PMH/FH/SH/Env Hx:
Past Medical History: The past medical history was updated on today's visit Jun 23, 2017.
Food Allergy.
No other surgical history.
Family History: Father asthma, Siblings eczema.
Social/Environmental History: Alcohol Abuse: Patient denies any history of alcohol abuse., Alcohol Usage: Patient denies any alcohol usage., Drug Usage/Abuse: Patient denies any illicit drug use or abuse., Non smoker, HIV negative, no Hepatitis B or C, No secondhand smoke in the household, Occupation:

Patient: Quasha, ⬛⬛⬛    DOB: 1⬛⬛⬛⬛    Visit: 06/23/2017    Page: 1

DocuSign Envelope ID: 2057AAC6-38DC-46AF-A633-58B95721F6EB

Case 9:19-cv-80825-DMM   Document 12-1   Entered on FLSD Docket 08/05/2019   Page 25 of 45

student. No mold/flooding/water damage in the household or workplace.

**Drug Allergy:**
Penicillins

**Current Medication:**
1 Epipen Jr 2-pak 0.15 Mg Injctr Mg/0.3 Ml  SIG: Use as needed for allergic reaction. After use please seek medical attention

**Other MD:**
1 Multivit-Iron Child Tab Chew  SIG: one daily

**Vital Signs:**

| | |
|---|---|
| Time: | 02:01 PM |
| Weight: | 39 lbs |
| Height: | 3' 7" |
| BMI: | 14.83 |
| BSA: | 0.73 |
| Temperature: | 97.8 F |
| BP: | 92/58 |
| Pulse: | 57 |
| Oxygen: | 94(Room air) |

**Physical Examination:**
**Appearance:**
No acute distress, normally grown and well nourished
**Eyes:**
External examination and lids: Normal eye lids
Conjunctivae/Globe: clear without injection or exudate
**Ears:**
Left TM: no injection or fluid, Left canal: no erythema nor otorrhea, Right TM: no injection or fluid, Right canal: no erythema or otorrhea
**Nose:**
Left mucosa/turbinates: normal appearing mucosa without swelling, Left nasal discharge: none, Right mucosa/turbinates: normal appearing mucosa without swelling, Right nasal discharge: none
**Mouth and Throat:**
Teeth/gums: normal appearing dentition and gingiva
Oropharynx: normal posterior pharynx without tonsillar erythema or exudate
**Respiratory:**
Respiratory effort: normal work of breathing, auscultation: clear.
**Skin:**
Inspection: no rash or skin lesions
Palpation: no palpable lesions
**Neck:**
Neck: no mass or tenderness
Thyroid: normal to palpation
**Cardiovascular:**
Auscultation: no murmur or gallop
Peripheral circulation: normal peripheral pulses
**Lymphatic:**
Cervical nodes: no abnormal cervical nodes
Other nodes: no abnormal nodes

Patient: Quasha,          DOB: 1          Visit: 06/23/2017  Page: 2

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721F6FB

**Extremities:**
No lower extremity edema

**Skin Test:**
Patient was found to be hypersensitive to the following allergens on skin testing:

| Prick: | Order | Score | Wheal | Flare |
|---|---|---|---|---|
| **Control:** | | | | |
| Histamine: | N | 3+ | | |
| Negative Control : | N | 0+ | | |
| **Food:** | | | | |
| Egg White : | N | 3+ | 3 | 15 |
| Egg Yolk: | N | 3+ | 3 | 15 |
| Tuna: | N | 0+ | | |
| Salmon: | N | 0+ | | |
| Shrimp: | N | 4+ | 5 | 15 |
| Peanut: | N | 4+ | 5 | 20 |
| Almond : | N | 0+ | | |
| Pineapple: | N | 3+ | 3 | 15 |
| English Walnut: | N | 0+ | | |
| Pecan: | N | 3+ | 2 | 10 |
| Black Walnut: | N | 3+ | 2 | 13 |
| Cashew: | N | 4+ | 5 | 30 |
| Sesame Seed: | N | 4+ | 10 | 40 |
| Pistachio: | N | 4+ | 5 | 30 |
| **Environment:** | | | | |
| Cat H/S: | N | 4+ | 5 | 50 |
| Dog A.P.: | N | 3+ | 3 | 10 |
| D. Farinae: | N | 3+ | 3 | 10 |
| D. Pteronyssinus: | N | 3+ | 3 | 15 |

**Prescription:**
Changed/Discontinued Medication(s)
Discontinued By Other MD: VITAMINS A-D-E TABLET 10,000-400 UNIT-UNIT - error

**Diagnosis:**
J30.81    Allergic rhinitis due to animal (cat) (dog) hair and dander
J30.89    Other allergic rhinitis
L27.2     Dermatitis due to ingested food

**Assessment/Plan:**
**Food Skin Testing:**
Based on the patient history food allergy skin testing is indicated. I have reviewed the results of the skin tests performed at this visit, correlated them with the clinical history and have discussed them with the patient/parent. During that discussion the positive and negative results displayed within this note were explained and used to provide management guidance.

**Allergic Rhinitis:**
- Type Perennial.
- Results of the skin prick tests were reviewed and their clinical correlation was discussed.
- Skin test results were significantly positive to: cat dander dog dander dust mite.

Patient: Quasha,  DOB: Visit: 06/23/2017   Page: 3

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721F6EB
From Timeless# 1.844.559.8134 Thu May 23 10:21:06 2019 EDT Page 17 of 17

**Food Allergy:**
- Results of the skin prick testing were reviewed and clinical correlation was discussed. Skin tests were positive to: egg white peanut shrimp tree nut(s) sesame.
- Avoidance of the these food items was advised.
- Reviewed at length the indications for use and teaching of self administered epinephrine. 0.15mg IM x1 then repeat in 5' as indicated.
- Anaphylaxis action plan was dicussed and a written copy was provided.
- Patient referred to foodallergy.org for further information/FAQs about food allergy.
discussed with parent possibility of OIT.

**Followup:**
Follow Up
3-6 month

This visit note has been electronically signed off by Elena Perez, MD PhD.

Patient: Quasha,          DOB:            Visit: 06/23/2017   Page: 4

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721F6EB

Case 9:19-cv-80825-DMM   Document 12-1   Entered on FLSD Docket 08/05/2019   Page 28 of 45



From: jeniega <jeniega@aol.com>
To: tbadala <tbadala@lglrecycling.com>; drquasha <drquasha@quashadentistry.com>
Sent: Mon, Jan 14, 2019 11:13 am
Subject: Re: Peanut allergy

Hi Tony,

Our son ▆▆▆ Quasha really wanted to sign up for t ball again.  I know it is an extra responsibility for you guys so I greatly appreciate.  Also, Is it possible since they don't do evaluations to put him with ▆▆▆ Aronowitz?  He is our neighbor. If I have to leave ▆▆▆ to take my other kids somewhere they are in the medical field and can handle his allergies.  I know they aren't taking any friend requests anymore but it would be hard for him to be with all strangers with his allergies and asthma.

Thank you so much for your help.

Jennifer and Michael Quasha

-----Original Message-----
From: Jennifer <jeniega@aol.com>
To: Tony Badala <tbadala@lglrecycling.com>
Sent: Wed, Oct 31, 2018 9:08 pm
Subject: Re: Peanut allergy

Thank you so much.  And happy Halloween!!!

Sent from my iPhone

On Oct 31, 2018, at 3:20 PM, Tony Badala <tbadala@lglrecycling.com> wrote:

I am so sorry.

I hope he is feeling much better.

I will be sure to let everyone know that this needs to be swept clean for the next 2 weeks.

Thank you for everything and GOD Bless

From: Jennifer [mailto:jeniega@aol.com]
Sent: Monday, October 29, 2018 5:37 PM
To: Tony Badala <tbadala@lglrecycling.co▆▆▆
Subject: Re: Peanut allergy



EXHIBIT
"B"

Hi Tony,  Unrelated to food allergies, ████ got very sick with a fever virus and then bronchitis and couldn't attend school or anything for a couple weeks.  He is better now and back at t ball. My dad is there and swept the dug out. Not sure if someone told you he wasn't coming back.  Thank you so much for your help!  Jennifer and Michael Quasha ████████

Sent from my iPhone

On Sep 27, 2018, at 4:42 PM, Tony Badala <tbadala@lglrecycling.com> wrote:

> Jen.  I had a nice conversation with your husband and look forward to meeting with your family
>
> Sent from my iPhone
>
> On Sep 27, 2018, at 1:40 PM, Jennifer <jeniega@aol.com> wrote:
>
>> Hi. My husband will call you back shortly. He is with a patient. I feel that way because he flat out told me it's baseball and we serve peanuts. I tried to politely space educate him on the danger of peanuts and food allergies because some people truly don't understand. He still had zero compassion.  Seth also told my husband that maybe t ball isn't the sport for my son due to the peanuts. My son is only five. Who knows what sport he will end up loving? But right now he loves T-ball and is very excited to go. I have never come into contact with anyone that has chosen alienation over accommodation in his whole little life. Thankfully, this was my first encounter. After reaching out to the city manager, we are now coming up with a solution. I greatly appreciate your change in heart and appreciate whatever you can do to help. Thank you. Jennifer Quasha ████████████
>>
>> Sent from my iPhone
>>
>> On Sep 27, 2018, at 12:22 PM, Tony Badala <tbadala@lglrecycling.com> wrote:
>>
>>> Mrs. Quasha.
>>>
>>> My name is Tony Badala, I am the president of the PBGYAA. I am sorry you feel that way in regards the Mr. Abram. He is actually the one who brought it to my attention and with solutions that I eventually told the city we can accomplish to help your child.  I have left at least 3 messages for your husband once mr Abrams called me (to which I have not heard back)
>>> I think we are going to do everything that we can to try to make this a positive experience for your child and your family and I hope to speak with yourself and will make myself available anytime.
>>>
>>> My cell # is ██████████
>>>
>>> Thank you
>>>
>>> **From:** Seth Abrams [mailto:baseball@sethabrams.com]
>>> **Sent:** Wednesday, September 26, 2018 10:27 AM
>>> **To:** Tony Badala <tbadala@lglrecycling.com>
>>> **Subject:** Fwd: Peanut allergy
>>>
>>>
>>> Sent from my iPhone
>>>
>>> Begin forwarded message:

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721F6EB

**From:** Jennifer <jeniega@aol.com>
**Date:** September 26, 2018 at 10:08:12 AM EDT
**To:** baseball@sethabrams.com, quashdmd@aol.com
**Subject:** Re: Peanut allergy

Seth,                                                    My
husband spoke to the city manager and he is going to
help us.  Your ignorance and indifference towards food
allergies and children's safety is alarming.  You said that
maybe tball isn't the sport for my son just because you
serve peanuts.  You said you would not stop selling
peanuts because its baseball.  Baseball players also
love chewing tobacco. Maybe you should start selling
that at the concession stands?  Food allergies are
becoming more prevalent everyday and there is no
known cause.  You should really educate yourself. My
daughter's best friend is almost nine and has been
eating nuts her whole life. She recently ate a nut and her
throat closed and she is now allergic to nuts.  Thankfully,
she was at home and her parents had Benadryl.  Other
children have not been so lucky.  Google it.  The
information is at your fingertips.  I understand that some
people just simply don't care because it's not their
kid.  Luckily, most of the people I come into contact with
DO care unlike you and for that we are thankful.

<image1.png>


Sent from my iPhone




> On Sep 22, 2018, at 9:47 AM, Jennifer
> <jeniega@aol.com> wrote:
>
> Hello, my son ▓▓▓▓ Quasha is deadly
> allergic to peanuts.  He is playing t ball
> this season and I notice the peanut
> shells all over the dugout and at the
> concession stand.  The lady who works
> the concession suggested I email you.
> I've heard they've taken the peanuts
> away in the past for kids with allergies.
> Thank you so much. Jennifer and
> Michael and Quasha ▓▓▓▓▓▓
>
>
> Sent from my iPhone

3

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721F6EB

Case 9:19-cv-80825-DMM   Document 12-1   Entered on FLSD Docket 08/05/2019   Page 31 of 45



**From:** Drquasha <drquasha@gardensdentist.com>
**Date:** Jan 15, 2019 at 6:28 PM
**To:** Tony Badala <tbadala@lglrecycling.com>
**Subject:**

Hello Tony
The reason we requested to have ██████ with M████ is because his parents are physician assistants and carpool with us. That way if we are running late there is someone at the field we trust to handle his allergies if there is a complication and use Epi pen if needed

Again I am requesting again that you place ██████ Aronowitz on ██████'s team. I understand you don't do requests but this is a medical necessity and should be obliged.

This is 6 year old tball and is an easy request to handle

Mike Quasha
██████

**From:** Jennifer <jeniega@aol.com>
**Sent:** Monday, January 14, 2019 2:05 PM
**To:** Sarah Saunders <ssaunders.pbgyaa@gmail.com>
**Subject:** Re: 2019 Spring T-Ball Season
Just to clarify, you are saying they are not making exceptions even for children with severe peanut allergies? Thank you so much Jennifer

Sent from my iPhone

On Jan 10, 2019, at 10:39 AM, Sarah Saunders <ssaunders.pbgyaa@gmail.com> wrote:

Good Morning Jennifer,
Unfortunately the request was not approved by the Baseball league. I apologize for the miscommunication on my part, I work in the accounting office and was not aware that the Baseball league voted last fall to not except any request for the rec season besides team managers requesting their first assistant coach. This rule was put into place because the league was inundated with request last fall. The league which is run fully by volunteers couldn't possibly grant all request and did not feel that it was fair to award some of the request.
The baseball league handles the day to day operations and will be your best point of contact for any further questions. They can reached at info@pbgbaseball.com.
Thank You,
Sarah

**From:** Jennifer <jeniega@aol.com>
**Sent:** Wednesday, January 9, 2019 12:52 PM
**To:** Sarah Saunders <ssaunders.pbgyaa@gmail.com>
**Subject:** Re: 2019 Spring T-Ball Season
That is so kind of you Sarah! I greatly appreciate it! Looking forward to another fun t ball season! Jennifer Quasha ██████
██████

Sent from my iPhone

EXHIBIT
"C"

DocuSign Envelope ID: 20B7AAC6-3BDC-46AE-A633-58B95721F6EB

On Jan 9, 2019, at 11:54 AM, Sarah Saunders <ssaunders.pbgyaa@gmail.com> wrote:

Hi Jennifer,
I have put all 3 boys on the same team. You should receive an email from your coach next week about the upcoming season.
Thank You,
Sarah-----Original Message-----
From: Sarah Saunders <ssaunders.pbgyaa@gmail.com>
To: 'Jennifer' <jeniega@aol.com>
Sent: Mon, Jan 21, 2019 9:35 am
Subject: FW: Refund

Good Morning Jennifer,

I have processed your full refund for ▇▇▇▇s T-Ball registration.

Have a good day,

Sarah

-----Original Message-----
From: Tony Badala <tbadala@lglrecycling.com>
Sent: Friday, January 18, 2019 9:33 AM
To: Sarah Saunders <ssaunders.pbgyaa@gmail.com>
Subject: FW: Refund


-----Original Message-----
From: Jennifer [mailto:jeniega@aol.com]
Sent: Friday, January 18, 2019 9:30 AM
To: Tony Badala <tbadala@lglrecycling.com>; drquasha@quashadentistry.com
Subject: Refund

Good morning, if you can not provide the same simple reasonable
accommodations as last time, we would like a refund issued. Thank you.
Dr.and Mrs. Quasha

Sent from my iPhone

> Hello Dr. and Mrs. Quasha,
>
> The assertions made in your January 16, 2019 email are incorrect. I did, however, communicate that the baseball program is administered by the Palm Beach Gardens Youth Athletic Association (PBGYAA), and all inquiries about their operation are to be directed to them. Accordingly, as this relates to the City, the matter is closed. Again, for any and all future disagreements with the PBGYAA operational programing, please communicate with their Executive Board to find resolution.
>
> Thank you,
>
> Daniel Prieto, AFO
> Deputy Leisure Services Administrator
> office:(561) 630-1117|site: www.pbgfl.com
> address:4404 Burns Road |Palm Beach Gardens, FL 33410
> "A Signature City"
>
>
>
>
> -----Original Message-----

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721F6FB

> From: Jennifer <jeniega@aol.com>
> Sent: Thursday, January 17, 2019 11:45 AM
> To: Daniel Prieto <dprieto@pbgfl.com>
> Cc: drquasha@quashadentistry.com
> Subject: Re: ▓▓▓▓ Quasha
>
> We are waiting on your confirmation via this matter. Thank you. Dr. And Mrs. Quasha
>
> Sent from my iPhone
>
>> On Jan 16, 2019, at 6:18 PM, Jennifer <jeniega@aol.com> wrote:
>>
>> Hello Mr. Prieto, I just want to clarify. You said you will not sweep the peanuts out of the dug out before ▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ to
north palm? Thank you for your attention to this matter. Dr. and Mrs. Quasha ▓▓▓▓▓▓▓▓


----Original Message-----
From: Tony Badala <tbadala@lglrecycling.com>
To: jeniega@aol.com <jeniega@aol.com>; drquasha@quashadentistry.com <drquasha@quashadentistry.com>
Sent: Mon, Jan 14, 2019 1:46 pm
Subject: RE: Peanut allergy

I honestly don't know what I can do, I will talk with the group and get back to you
From: jeniega@aol.com [mailto:jeniega@aol.com]
Sent: Monday, January 14, 2019 11:13 AM
To: Tony Badala <tbadala@lglrecycling.com>; drquasha@quashadentistry.com
Subject: Re: Peanut allergy
Hi Tony,
Our son ▓▓▓▓ Quasha really wanted to sign up for t ball again. I know it is an extra responsibility for you guys so I greatly
appreciate. Also, Is it possible since they don't do evaluations to put him with ▓▓▓▓ Aronowitz? He is our neighbor. If I
have to leave ▓▓▓▓ to take my other kids somewhere they are in the medical field and can handle his allergies. I know
they aren't taking any friend requests anymore but it would be hard for him to be with all strangers with his allergies and
asthma.
Thank you so much for your help.
Jennifer and Michael Quasha

DocuSign Envelope ID: 2057AAC6-38DC-46AF-A633-58B95721F6FB

-----Original Message-----
From: Jennifer <jeniega@aol.com>
To: Rachelle Litt <rlitt@pbgfl.com>; drquasha <drquasha@quashadentistry.com>
Sent: Wed, Apr 3, 2019 9:58 pm
Subject: Re: Food allergies

I greatly appreciate that. Thank you very much. Look forward to hearing back from you and goodnight.
Jennifer Quasha
Sent from my iPhone

On Apr 3, 2019, at 9:15 PM, Rachelle Litt <rlitt@pbgfl.com> wrote:

Jennifer I just went back in my records and I did receive Dr. Quasha's voice mail dated January 18, 2019. It must have been around the time I had my discussion with the City Manager. My sincerest apologies for not following up on the outcome of the interaction between the city and PBGYAA. I will
do some of my own research on what other cities are doing and I will try to speak with him again tomorrow to see what our options are. No child should feel stigmatized due to something that is not under his control.
Rachelle
Sent from my iPhone

On Apr 3, 2019, at 8:04 PM, Jennifer <jeniega@aol.com> wrote:

Hi Rachelle. My husband did not send emails as he left voicemails to almost everyone on council. In the fall 2018, someone simply swept out the dugout before his games. They also stopped the sale of peanuts during his games. I made the other team parents aware that he was allergic. I sat very close to the dug out to keep an eye. This time Anthony said he could not do that because there were more children?? He did say he would send him to north palm which isn't a reasonable accommodation as we have been participating in the city and Pbgyaa sports since my oldest son was in preschool and my other children all participate in activities in the same vicinity around the same time. That also alienates him from the program and his friends. He also would not allow him to be on a team with his friend whose parents are physician assistants in case we had to carpool juggling the three children. This is a six year old t ball league(suppose to be fun.). Ron Ferris suggested just to play and not worry about the peanuts as they have the greatest EMT's right on site. He also said he was not responsible for the baseball league unless they committed a crime. Daniel Prieto said the case was closed as far as the city and take it up with Mr. Badala. My oldest son has played t ball and soccer in the league since preschool. He is now 11 and this is his third year on the Pbg predator travel soccer league. I must applaud the soccer league as my 6 year old son with food allergies attends their soccer camps and coach kris and coach Vinnie take outstanding care of him. I have never even had to think of asking for accommodations. I am not sure how this problem can be solved as Mr. Badala insists he must have peanuts. One mother I know said a peanut got into her son's helmet and he freaked out as he is allergic as well. Mr. Badala also stated to me in an email that another parent came to him about a peanut allergy. He didn't go into detail so I'm not sure what happened with that. In my son's school, Marsh Pointe Elementary, there are approximately 2 kids in each class who are allergic to peanuts. There are minor league stadiums that have banned peanuts due to the growing prevalence of peanut allergies. My son has multiple allergies but the difference with peanuts is that they are thrown all over the place leaving their oils on surfaces etc. There comes a time when people have to think....peanuts or children? This is a children's league. It's a major problem but my son has never been sent away before. It was his first major rejection

EXHIBIT
"D"

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721F6EB

as a kindergartener. His teacher is even a t ball coach and said he would take him and watch over him on his team. Thank you for your attention to this matter. It is greatly appreciated. Sincerely, Jennifer Quasha   Furthermore, I am in connection with many food allergy groups and came across this post. I asked this mother if she could share her story but she was afraid that her son would too be alienated from baseball.

Sent from my iPhone

On Apr 3, 2019, at 7:26 PM, Rachelle Litt <rlitt@pbgfl.com> wrote:

> Hello Jennifer. I just received this email and I am extremely upset that I was unaware that this was a problem for your son. As with the Mayor, I do not remember receiving an email from you about this problem. I do remember, however, hearing that the city was discussing a peanut allergy situation with PBGYAA. Of course when I mentioned this letter to my husband, he fondly acknowledged his long standing relationship with your family. Like the Mayor, I will also follow up with the City Manager and PBGYAA to see what can be done. Do you have any information on other cities who have successfully solved this problem.
> Rachelle Litt
> Councilmember
> City of Palm Beach Gardens
>
> Sent from my iPhone
>
> On Apr 2, 2019, at 3:29 PM, "jeniega@aol.com" <jeniega@aol.com> wrote:
>
>> I sincerely appreciate that. My husband called both of your offices back in January. Feel free to let me know if you have any questions. Jennifer
>>
>> ▌▌▌▌▌▌▌▌▌▌
>>
>>
>> -----Original Message-----
>> From: Maria Marino <mmarino@pbgfl.com>
>> To: jeniega@aol.com <jeniega@aol.com>; Rachelle Litt <rlitt@pbgfl.com>; drquasha@quashadentistry.com <drquasha@quashadentistry.com>
>> Sent: Tue, Apr 2, 2019 2:14 pm
>> Subject: Re: Food allergies
>>
>> Jennifer - I am in receipt of your emails and would like to let you know, your first email was my first awareness of this. I have not heard from your husband in the past. I am looking into the matter.
>>
>> Thank you for reaching out.
>>
>> Maria
>>
>>
>> Mayor Maria Marino
>> 10500 North Military Trail
>> Palm Beach Gardens, FL 33510
>> 561-799-4101 Office
>> 561-799-4124 Fax
>> www.pbgfl.com
>>
>>
>>
>> From: jeniega@aol.com <jeniega@aol.com>
>> Sent: Tuesday, April 2, 2019 9:50:30 AM

Case 9:19-cv-80825-DMM   Document 67-3   Entered on FLSD Docket 01/13/2020   Page 156 of 165
DocuSign Envelope ID: 20B7AAC6-28DC-46AF-A633-58B95721F6EB
Case 9:19-cv-80825-DMM   Document 12-1   Entered on FLSD Docket 08/05/2019   Page 36 of 45

To: Rachelle Litt; Maria Marino; drquasha@quashadentistry.com
Subject: Food allergies

Hello, My name is Jennifer Quasha. This is my second and final attempt to bring this to your attention. My son was refused reasonable accommodations and alienated from his friends and denied his rights to play t-ball by Ron Ferris, Daniel Prieto and Anthony Badala. When this was occurring, my husband reached out to your office and never received a response. I attached a copy of the Food Allergy Disability discrimination laws to this e-mail because maybe they weren't aware even though I did inform them. My hope is that the leaders of our city are supporters of the Food Allergy Community and help promote food allergy awareness, human kindness and empathy. Sincerely, Jennifer Quasha ████████ or Dr. Quasha ████████

https://www.foodallergy.org/sites/default/files/migrated-files/file/ada-webinar-slides.pdf

-----Original Message-----
From: Jennifer <jeniega@aol.com>
To: mmarino <mmarino@pbgfl.com>
Sent: Thu, Mar 28, 2019 11:04 pm
Subject: Food allergies

Good evening, My name is Jennifer Quasha and I am mother of three sweet children and a Palm Beach Gardens resident. My youngest son was playing t ball in the fall in the Pbgyaa. He is allergic to peanuts amongst other foods. When he started t ball last fall 2018, we noticed there were peanut shells all over the dug out and being sold at the concessions stand. After first contacting the baseball league and being told there was nothing they could do, we contacted the city. Ron Ferris then provided reasonable accommodations and had the dug out swept before his games as well as stopping the sale of peanuts during his games. This spring was different as both the city and Pbgyaa t ball said they would not accommodate at all and would refund his money and send him to the city of north palm instead. We do not live in North Palm beach. We are palm beach gardens residents and tax payers. Ron Ferris said that Anthony badala was in charge and unless the baseball league committed a crime, the city wasn't responsible. My husband tried to reach out to you and to a council member, Rachelle litt, as her husband was my obgyn for all three children. We received no response. It is extremely sad for a small child to be sent away because of his disability and to be told he can not play t ball with his friends. I hope as mayor you would put yourself in his shoes. I know there is a lot of politics involved and Anthony badala is donating and raising a lot of money for the baseball
League. I asked him to reconsider and research the severity of peanut allergies. Children these days should never be sitting in a dug out full of peanut shells. My children attend Marsh Pointe Elementary school and they have been more than accommodating. Sadly, this encounter with the palm beach gardens baseball league was his first time being excluded and treated as a nuisance due to his peanut allergies. I felt it was my duty to inform you as a mother and as a compassionate human being. Thank you. Jennifer Quasha ████████
Sent from my iPhone
CITY OF PALM BEACH GARDENS E-MAIL DISCLAIMER: PLEASE NOTE: Florida has a very broad public records law. Most written

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721F6F8

communications to or from local officials regarding city business are public records available to the public and media upon request. Your e-mail communications may therefore be subject to public disclosure.

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721F6EB

April 15,2019

RE: Formal 504 ADA and Title II complaint

ATTN: Deputy City Manager

Fax: 5617994111

Sstepp@pbgfl.com

To whom it may concern,

This is our formal 504, ADA and Title II complaint. We are requesting that our son
H    Quasha be allowed to play t-ball and baseball in our city of Palm beach
Gardens, Florida with the following reasonable accommodations.

1) His dugout be swept before practices and games.
2) The sale of peanuts stopped during his games and practices.
3) Parents and teammates on his team should also be notified of his food.
   allergies

Thank you for your attention to this matter.

Jennifer Quasha

Dr. Michael D Quasha

108 Via Escobar place

Palm Beach Gardens, Fl 33418

*Dr. Michael D Quasha*


EXHIBIT
"E"

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721F6FB



PALM BEACH
*Gardens*

April 22, 2019

Dr. and Mrs. Michael D. Quasha
108 Via Escobar Place
Palm Beach Gardens, FL 33418

Dear Dr. and Mrs. Quasha:

I am in receipt of your formal Americans with Disabilities Act (ADA) Grievance dated April 15, 2019.  In order for me to properly address your complaint, the following information needs to be included with the reasonable accommodation suggestions for the grievance to be considered complete according to the City's ADA Grievance Procedure:

1. Location, date, and precise description of the problem, event, action, or condition giving rise to the grievance.

Once this information is received, I will respond in my capacity as the City's ADA Coordinator in writing within 15 calendar days.

Please let me know if you have any further questions or require additional information

Sincerely,

Stephen J. Stepp
Deputy City Manager



EXHIBIT

"F"

**CITY OF PALM BEACH GARDENS**
10500 N. Military Trail   Palm Beach Gardens, FL   33410-4698
www.pbgfl.com

DocuSign Envelope ID: 2057AAC6-38DC-46AF-A633-58B95721F6FB

Case 9:19-cv-80825-DMM   Document 12-1   Entered on FLSD Docket 08/05/2019   Page 40 of 45



**From:** jeniega@aol.com
**Date:** May 3, 2019 at 11:17:05 AM EDT
**To:** quashdmd@aol.com, sstepp@pbgfl.com
**Subject: ADA formal complaint**

Hello,
In regards to your phone call to me at 10:32 this morning. I wanted to make note of your question and what I felt was your argument, "What happens if some one has a peanut butter and jelly sandwich before they come to baseball and they touch a ball, would your son react?" My son goes to school and many other sports where he shares pencils and balls etc. He does not and will not live in a bubble. Sitting in a dug out with tossed peanut shells, peanut oil and fallen peanuts is a direct threat to his safety.
Thank you for your attention to this matter and as I said, please keep the rest in writing. Jennifer Quasha

-----Original Message-----
From: jeniega <jeniega@aol.com>
To: quashdmd <quashdmd@aol.com>; sstepp <sstepp@pbgfl.com>
Sent: Fri, May 3, 2019 11:01 am
Subject: Re: ADA formal complaint

I just realized you never confirmed receipt of this e-mail. Thank you. Jennifer Quasha



-----Original Message-----
From: jeniega <jeniega@aol.com>
To: quashdmd <quashdmd@aol.com>; sstepp <sstepp@pbgfl.com>
Sent: Mon, Apr 22, 2019 4:15 pm
Subject: Re: ADA formal complaint

Attention Stephen J. Stepp

In response to the information you need pertaining to our formal Americans with Disabilities Act (ADA) complaint,

*location-baseball fields on burns road (PBGYAA t-ball league)
*date-Spring 2019 tball season
*event-it wasn't an event.
*problem-pbgyaa refused the reasonable accommodations they provided during the fall season 2018 which were the ones listed on our formal ADA complaint, their reasonable accommodations were sending my son to north palm beach or possibly providing a coach with an epi-pen (still risking his life). The city(Daniel Prieto) said the city wasn't responsible and that the case was closed as far as they were



EXHIBIT
"6"

concerned. Ron Ferris said Anthony Badala was in charge and unless the city commits a crime, the city isn't responsible.

Thank you.

Dr. and Mrs. Quasha

PS Please confirm received this e-mail and let us know what other information may be needed.

-----Original Message-----
From: Quashdmd <quashdmd@aol.com>
To: Jennifer <jeniega@aol.com>
Sent: Mon, Apr 22, 2019 3:27 pm
Subject: Fwd:

Begin forwarded message:

**From:** Stephen Stepp <sstepp@pbgfl.com>
**Date:** Apr 22, 2019 at 3:13 PM
**To:** Quashdmd <quashdmd@aol.com>
**Subject: RE:**

Dr. Quasha,

Attached, please find a response to your Grievance requesting additional information. Thank you.



### Stephen J. Stepp
Deputy City Manager
**office:** (561) 799-4114 | **site:** www.pbgfl.com
**address:** 10500 N. Military Trail | Palm Beach Gardens, FL 33410

**From:** quashdmd@aol.com <quashdmd@aol.com>
**Sent:** Monday, April 22, 2019 10:26 AM
**To:** Stephen Stepp <sstepp@pbgfl.com>
**Subject:**

please confirm by email receipt of complaint.....i just called office was told you received it on friday....
CITY OF PALM BEACH GARDENS E-MAIL DISCLAIMER: PLEASE NOTE: Florida has a very broad public records law. Most written communications to or from local officials regarding city business are public records available to the public and media upon request. Your e-mail communications may therefore be subject to public disclosure.



DocuSign Envelope ID: 2057AAC6-38DC-46AF-A633-58B95721F6EB



PALM BEACH
*Gardens*

VIA EMAIL    quashdmd@aol.com
             jeniega@aol.com

May 9, 2019

Dr. Michael and Jennifer Quasha
108 Via Escobar Place
Palm Beach Gardens, FL 33418

     Re:    ADA Grievance - ███ Quasha – Reasonable Accommodation for Peanut
           Allergy– City of Palm Beach Gardens and PBGYAA

Dear Dr. and Mrs. Quasha:

The City is in receipt of your complaint, originally dated April 22, 2019, in which you make several allegations, to wit:

1.     That the Palm Beach Gardens Youth Athletic Association (PBGYAA) denied your son, ███ Quasha, the same reasonable accommodation during the Spring T-ball league that was afforded him during the Fall T-ball league.

2.     That the Spring T-ball league accommodation offered by PBGYAA was to schedule all of your son's games at the North Palm Beach Baseball facility (available due to inter-league play) or possibly providing your son's coach with an epi-pen.

3.     That Daniel Prieto, Deputy Leisure Services Administrator, disclaimed responsibility on behalf of the City and that the matter was closed.

As the ADA Coordinator, it is incumbent upon me to make certain that the facts are clearly stated and that the City's and PBGYAA's attempts to accommodate ███s allergy are properly addressed. Accordingly, I offer the following:

1.     ███ Quasha has not, nor has he ever been refused registration or participation by PBGYAA or the City.

2.     Part of the Spring T-ball league accommodation offered by PBGYAA was to schedule all of ███s games at the North Palm Beach Baseball (NPBB) facility (available due to inter-league play) or possibly providing your son's coach with an epi-pen. The NPBB facility is only a little more than one mile away from the City's facilities and does not a have a concession stand.



CITY O█ ████████ █████DENS
10500 N. Military ████  ██ ██████  ███ FL  33410-4698

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721F6EB

Dr. Michael and Jennifer Quasha
May 9, 2019
Page 2 of 4

3.    Daniel Prieto, Deputy Leisure Services Administrator, never disclaimed responsibility on behalf of the City; Mr. Prieto directed you to address operations programming issues with PBGYAA. However, he did misspeak when he stated that the matter was closed as it related to the City.

4.    You have asserted, and the City has no reason to disbelieve, that ███ Quasha has a peanut allergy. However, the severity of his allergy remains a question of fact.

5.    The City owns the subject baseball fields upon which the majority of the games are played. However, PBGYAA operates the league and coordinates with the City to utilize the fields for league play. Additionally, during this Spring T-ball season, PBGYAA also had operational control of the NPBB facility as part of inter-league play.

6.    Based upon our investigation, it is my understanding that you first contacted PBGYAA regarding ███s peanut allergy on or about September 22, 2018, during the Fall T-ball season, via an email from Mrs. Quasha to Seth Abram (PBGYAA) stating that, "...my son ███ Quasha is deadly allergic to peanuts." To which, Anthony Badala responded on September 27, 2018, stating, "...we are going to do everything that we can to try to make this a positive experience for your child...".

7.    Subsequently, on or about September 30, 2018, PBGYAA took the following actions to accommodate ███s peanut allergy during Fall T-ball:

    a.    As part of the standard maintenance conducted by City parks crew, the dugouts were swept each day prior to first use of the day.
    b.    PBGYAA scheduled all of ███s Fall T-ball games as the first game, every game day.
    c.    PBGYAA delayed the sale of peanuts until the end of the first game.
    d.    PBGYAA informed the parent/coach volunteer of ███'s peanut allergy, which is standard procedure for PBGYAA.

8.    The Fall T-ball league concluded without any further requests or complaints related to ███s peanut allergy.

9.    It is further my understanding that these steps were possible because the Fall T-ball league had significantly fewer participants than the Spring T-ball league. Spring T-ball has nearly double the number of children participating, which leads to increased field utilization rates, which precipitates numerous scheduling conflicts and challenges.

10.    On January 16, 2019, Dr. Quasha informed Daniel Prieto, via telephone, that PBGYAA would not make the same accommodations for the Spring T-ball league that it previously had made for the Fall T-ball league and that PBGYAA would not sweep out the dugouts between games. It is important to understand that the dugouts are not swept out between games and never have been. They are swept once each day prior to the first game on each game day by City parks maintenance personnel.



DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721F6FB

Dr. Michael and Jennifer Quasha
May 9, 2019
Page 3 of 4

11.    Mrs. Quasha followed the above-referenced telephone call with several emails ranging in date from January 16, 2019 – April 2, 2019, containing factually inaccurate statements and accusations that ▊▊▊▊ has been refused a reasonable accommodation. He was provided an accommodation and it was reasonable, the details of which are set forth below.

12.    Reasonable accommodation offered by PBGYAA for ▊▊▊▊ Quasha for Spring T-ball league:

        a.    PBGYAA offered to schedule all of ▊▊▊▊'s team's games at the North Palm Beach baseball fields, <u>as that site does not sell any concessions whatsoever</u>. This accommodation provided the highest degree of safety for ▊▊▊▊ since no concessions are sold. This location is also located off Burns Road and is a little more than one mile away.
        b.    Due to the number of children participating in the Spring T-ball league, it was simply not possible to schedule all of ▊▊▊▊s games for first play of the day at the City's baseball facility.
        c.    Dugouts continue to be swept prior to first use each game day.
        d.    Under the Americans with Disabilities Act (ADA), neither PBGYAA nor the City are required to cease selling peanuts, items that may contain peanuts, or that may be processed in a facility with peanuts.[1] Concession revenues are used to offset the cost of all PBGYAA Youth Athletic Programs.
        e.    You subsequently withdrew H    from the Spring T-ball league.

13.    While it is apparent from your email correspondence that you are unsatisfied with the accommodation you were afforded, it was reasonable and any inconvenience you might have experienced by driving 1.3 miles further to the North Palm Beach Baseball facility than you would normally have to drive to the City's facilities is no more or less severe than that experienced by ▊▊▊▊s teammates' parents.

14.    Additionally, you have stated more than once that ▊▊▊▊s allergy is "severe" or "deadly." Dr. Quasha went so far as to provide an example when speaking to Daniel Prieto, stating that if one child were to touch a baseball after having handled peanuts, and then ▊▊▊▊ were to handle the baseball, he could have a severe allergic reaction. If such a description of ▊▊▊▊s allergy is accurate, and not merely an exaggeration, it would not appear possible to provide an accommodation that is also reasonable. Neither PBGYAA nor the City have any control over or the ability to police what foods are handled or consumed by other children who may come in contact with ▊▊▊▊ or what equipment other children have handled. A peanut allergy as severe as you have stated, would appear to make it impossible for ANY accommodation to ameliorate the risks to ▊▊▊▊s health. Regardless of where or what time ▊▊▊ might participate in T-ball, neither the City nor PBGYAA have the ability to prevent another child from transporting, handling, consuming, or exposing ▊▊▊▊ to peanuts.

15.    If ▊▊▊▊s allergy to peanuts is as severe as you have stated, he may pose a "direct threat" to himself by merely participating in sports or being anywhere that the potential for contact with peanuts or someone who has recently handled peanuts might occur.

---

[1] PBGYAA operates the concession facilities, NOT the City.

**CITY OF PALM BEACH GARDENS**
10500 N. Military Trail   Palm Beach Gardens, FL   33410-4698
www.pbgfl.com

DocuSign Envelope ID: 20B7AAC6-38DC-46AF-A633-58B95721F6FB

Dr. Michael and Jennifer Quasha
May 9, 2019
Page 4 of 4

16.     However, in response to your request for accommodation, the City and PBGYAA offer the following:

a.      The dugouts will continue to be swept every game day prior to the first games and/or practices as part of the City's regular maintenance plan. There will be designated brooms available at the concession stand for the parent/coach volunteers to sweep out the dugout before use, if desired.

b.      PBGYAA will ensure that the parent/coach volunteers and the parents of ██████s teammates will be fully informed of ████s peanut allergy.

c.      Under the Americans with Disabilities Act (ADA), neither PBGYAA nor the City are required to cease selling peanuts, items that may contain peanuts, or that may be processed in a facility with peanuts. PBGYAA operates the concession stand and it is permitted to sell whatever legally permissible concessions it chooses. However, a sign will be placed at the concession stand informing patrons that children with food allergies are present and encouraging them to place their peanut shells into trash receptacles.

Sincerely,

Stephen J. Stepp
Deputy City Manager, ADA Coordinator

c:      Mayor and Council