Daniel Prieto
November 13, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 19-CV-80825-DMM

JENNIFER QUASHA, on behalf of
her son, H.Q., a minor,

       Plaintiffs,

vs.

CITY OF PALM BEACH GARDENS,
FLORIDA,

       Defendant.
_____/

DEPOSITION OF DANIEL PRIETO

Pages 1 through 43

Wednesday, November 13, 2019
1:10 p.m. to 2:29 p.m.
U.S. Legal Support, Inc.
444 West Railroad Avenue, Suite 300
West Palm Beach, Florida

Reported By:
KIMBERLEY A. ROSS

Daniel Prieto
November 13, 2019                          2

```
 1    APPEARANCES:

 2    On Behalf of the Plaintiffs:

 3            DISABILITY INDEPENDENCE GROUP, INC.
              2990 S.W. 35th Avenue
 4            Miami, Florida  33133
              305.669.2822
 5            mdietz@justdigit.org
              BY:  MATTHEW W. DIETZ, ESQ.
 6
      On Behalf of the Defendant:
 7
              JOHNSON, ANSELMO, MURDOCH,
 8            BURKE, PIPER & HOCHMAN, P.A.
              2455 East Sunrise Boulevard, Suite 1000
 9            Fort Lauderdale, Florida  33304
              954.463.0100
10            alexander@jambg.com
              BY:  SCOTT D. ALEXANDER, ESQ.
11

12    ALSO PRESENT:

13            JENNIFER QUASHA

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    INDEX OF PROCEEDINGS

 2                                                  Page

 3    DANIEL PRIETO

 4    Direct Examination by Mr. Dietz              4
      Cross-Examination by Mr. Alexander          38
 5    Certificate of Oath                         40
      Certificate of Reporter                     41
 6    Read and Sign Letter                        42
      Errata Sheet                                43
 7

 8                     * * * * *

 9                 PLAINTIFFS' EXHIBITS

10    Number            Description              Page

11    1     Email to Michael and Jennifer Quasha   23

12    2     Email string between Cory Wilder,       33
            Michael Roland, and Daniel Prieto
13
      3     Palm Beach Gardens recreational         36
14          services analysis

15

16

17

18

19

20

21

22

23

24

25
```

Daniel Prieto
November 13, 2019                          4

```
 1              Deposition taken before Kimberley A. Ross,
 2   Notary Public in and for the State of Florida at
 3   Large in the above cause.
 4                       *****
 5              THE REPORTER:  Do you swear the testimony
 6         you are about to give will be the truth, the
 7         whole truth, and nothing but the truth?
 8              THE WITNESS:  I do.
 9   THEREUPON,
10                    DANIEL PRIETO,
11   having been first duly sworn, was examined and testified
12   as follows:
13                    DIRECT EXAMINATION
14   BY MR. DIETZ:
15         Q.   Please state and spell your name for the
16   record.
17         A.   Daniel Prieto.  D-a-n-i-e-l P-r-i-e-t-o.
18         Q.   Have you ever had your deposition taken
19   before, Mr. Prieto?
20         A.   No, sir.
21         Q.   Today I'm going to be asking you a series
22   of questions.  My name is Matthew Dietz, and I
23   represent Jennifer Quasha and H.Q.
24              I would like you to answer them to the
25   best of your ability.  All your answers have to be
```

Daniel Prieto
November 13, 2019                              5

1    out loud and in the English language.  So if you nod

2    your head or say "Uh-huh" or "Huh-uh," the court

3    reporter to my left is not going to be able to take

4    down what you said.

5             Also I would like you to wait until we are

6    done asking the questions and your attorney objects,

7    if at all, before you answer the question.  He may

8    object to a question, and if he's doing so, he may

9    be objecting to the form of the question.  Unless he

10   tells you not to answer the question, please answer

11   the question.

12            Also if for any reason you don't

13   understand a question that I'm asking, please ask me

14   to repeat it or to rephrase it.  I will be happy to

15   do so.  If you answer a question, I'm going to

16   assume that you understood what I asked.

17            Do you understand?

18       A.   Yes.

19       Q.   Great.

20            MR. ALEXANDER:  One moment.  He referred

21       to Miss Quasha's son as H.Q.  So in the

22       deposition, because he's a minor, if you would

23       refer to him by his initials as well.  It saves

24       us time from having to redact your transcript

25       later.  But you understood that's who he was

Daniel Prieto
November 13, 2019                          6

```
 1          referring to; was the boy --
 2               THE WITNESS:  Yes.
 3               MR. ALEXANDER:  -- by his initials?
 4               THE WITNESS:  Yes, sir.
 5   BY MR. DIETZ:
 6        Q.   Mr. Prieto, where do you work?
 7        A.   The City of Palm Beach Gardens.
 8        Q.   And what do you do for the City of Palm
 9   Beach Gardens?
10        A.   My title is a deputy leisure services
11   administrator.
12        Q.   And how long have you been deputy of
13   leisure services administrator?
14        A.   Almost two years.
15        Q.   And what was your position prior to that?
16        A.   Sports director.
17        Q.   For the City of Palm Beach Gardens?
18        A.   Yes, sir.
19        Q.   And how long were you sports director?
20        A.   Roughly -- I don't know exactly.  About
21   three years.
22        Q.   And what was your job prior to that?
23        A.   Operations manager, athletics.
24        Q.   And how long were you in that position?
25        A.   A few years.
```

Daniel Prieto
November 13, 2019                          7

1        Q.   Two years?

2        A.   A few, yes, roughly.

3        Q.   And prior to that?

4        A.   Sports supervisor.

5        Q.   How many years for sports supervisor?

6        A.   Again, roughly two years.

7        Q.   And before that?

8        A.   I was a part-time employee for the City,

9   odds and ends, different things.

10        Q.   So you've worked for the City about ten

11   years?

12        A.   Eleven, I believe.

13        Q.   What is your educational background?

14        A.   I went to college at the Hampden-Sydney

15   College in Virginia and high school locally.

16        Q.   And what degree did you graduate with from

17   Hampden City College?

18        A.   Political science.  Hampden-Sydney.

19        Q.   Sydney?

20        A.   Sydney.

21        Q.   What are your duties as a deputy leisure

22   services administrator?

23        A.   More or less fiscal responsibility of the

24   department.  I oversee, through operations managers,

25   athletics, aquatics divisions.  I work with parks

Daniel Prieto
November 13, 2019                                    8

 1   and grounds on various communication and work orders

 2   that need to be done just to maintain the grounds

 3   around the facility.

 4            And also I'm liaison to -- well, let's say

 5   our facilities department and our -- the Palm Beach

 6   Gardens Youth Athletic Association and finance

 7   department; so...

 8       Q.    And who do you report to?

 9       A.    Charlotte Presensky.

10       Q.    How do you spell the last name?

11       A.    P-r-e-s-e-n-s-k-y.

12       Q.    What are your duties with regards to

13   PBGYAA?

14       A.    If there's any issues, I assist.  I

15   formerly was the sports supervisor; so that's the

16   direct contact to the Palm Beach Gardens Youth

17   Athletic Association.

18       Q.    What are the duties of a sports

19   supervisor?

20       A.    Schedule field space, permit field space,

21   ensure that there's communication with the parks

22   department that the fields are prepared so that the

23   sports can be played, field calls from the public

24   about permit requests to use fields.

25       Q.    Is that part of the sports supervisor?

Daniel Prieto
November 13, 2019                           9

1          A.    Uh-huh.

2               MR. ALEXANDER:  Is that a "Yes"?

3               THE WITNESS:  Yes.

BY MR. DIETZ:

5          Q.    Thank you.

6               Do you have any children in the PBGYAA?

7          A.    No, I don't.

8          Q.    I should have asked a foundation question

9     first.  Do you have any children, and then I should

10    ask if you have any in the PBGYAA.

11         A.    Well, no, I don't.  And I do have a child.

12         Q.    Okay.  When you said that you did the

13    supervision for parks and grounds, is it any

14    specific park or is it all the parks?

15         A.    Please explain further the question.  I

16    wasn't the supervisor for parks and grounds.

17         Q.    What was your role with regards to parks

18    and grounds?

19         A.    I work with them to make sure that my

20    facility, the recreation center, is in good shape.

21         Q.    Okay.  Are you in charge of one facility?

22         A.    I'm in charge of the recreation center,

23    more or less.

24         Q.    Okay.  What is the recreation center?

25         A.    Burns Road Community Center.  I'm the

Daniel Prieto
November 13, 2019                                    10

1    deputy leisure services administrator, so anything

2    there.  And I'm not a facility manager.  That's why

3    I work with the other departments.

4        Q.   So what are your responsibilities with

5    regards to the Burns Road Community Center?

6        A.   Programming, and then just fiscal

7    responsibility of the department.

8        Q.   What are your roles, if any, with regards

9    to maintenance personnel at the Burns Road Community

10   Center?

11       A.   We have staff that does not report to us,

12   but if there's issues we can coordinate with them to

13   make sure that trash gets taken out; if there's

14   spills, that they get mopped up.  More or less those

15   type of things.

16       Q.   Does the community center include the

17   fields?

18       A.   No.

19       Q.   What does the community center include?

20       A.   The Burns Road Community Center at

21   4404 Burns Road.

22       Q.   Okay.  When was your first interaction

23   with the Quashas?

24       A.   In the fall of 2018.

25       Q.   And what happened in the fall of 2018?

Daniel Prieto
November 13, 2019                           11

```
 1        A.    There was, I guess, a correspondence or
 2   contact with the city manager's office that stated
 3   that a child has been kept out of playing baseball
 4   because of a peanut allergy.  So I was asked to look
 5   into it, investigate the situation, and reach out to
 6   Dr. Quasha.
 7        Q.    Was this for the upcoming spring of 2019,
 8   or was this for the fall of 2018?
 9        A.    It was for the fall of 2018.
10        Q.    Okay.  Do you know if accommodations were
11   provided for the fall of 2018?
12        A.    I'm aware of that because I understand
13   that I helped to actually create the situation; was
14   that there was the ability to -- well, the standard
15   operation is to have the park cleaned before each
16   day, and then we're able to ensure that the fields
17   were -- I'm sorry, that the games were scheduled
18   early in the agenda of the night or the day.  And I
19   don't recall the other two or one.  I don't recall;
20   but, yes, I'm aware.
21        Q.    And peanuts weren't sold during the first
22   game; correct?
23        A.    Oh, yes.
24        Q.    So you said you were a part of it.  Tell
25   me how you were a part of it.
```

Daniel Prieto
November 13, 2019                                    12

1        A.   So after speaking with Dr. Quasha, I

2   reached out to the Palm Beach Gardens Youth Athletic

3   Association, Seth Abrams first, discussed the

4   situation.  I had to ask all the questions as to

5   what happened.

6             He gave me his answer, which was they did

7   not deny any play of anybody, but then he told me

8   that they asked for -- to stop the sale of peanuts.

9             He also came up with the idea to create

10  some -- you know, we discussed what sort of

11  accommodations could be made.  And he said that he

12  would work to -- with the schedulers to see if they

13  could do some of the items that were presented.

14       Q.   Okay.  Let's go back a little bit.  In the

15  fall of 2018, you spoke with Dr. Quasha?

16       A.   Uh-huh.

17       Q.   And can you tell me about that

18  conversation that you had with Dr. Quasha in the

19  fall of 2018.

20       A.   I have notes on the subject, but I don't

21  have them in front of me.

22       Q.   You have notes in your possession?

23       A.   Not in my possession currently.

24       Q.   Is it in your office?

25       A.   Yes.

Daniel Prieto
November 13, 2019                                    13

```
 1        Q.   Okay.
 2        A.   I have a timeline that I created
 3   established that had a summary of the call, but it
 4   was more -- the very first call was investigatory
 5   asking the situation.  He explained the situation as
 6   he knew it, which that didn't turn out to be exactly
 7   right.
 8        Q.   Well, tell me what your understanding is
 9   of the investigation as he knew it.
10             MR. ALEXANDER:  Object to form.
11   BY MR. DIETZ:
12        Q.   I'm sorry.  Let me rephrase that.
13   Withdrawn.
14             Tell me about what he told you that you
15   later found out was not accurate.
16        A.   That H.Q. was kept out of playing baseball
17   and not permitted to play.
18        Q.   And what did he ask you?  What --
19   withdrawn.
20             What other information did he give you
21   during that call?
22        A.   Did Dr. Quasha?
23        Q.   Correct.
24        A.   That he just wants his son to play
25   baseball.
```

Daniel Prieto
November 13, 2019                                    14

```
 1        Q.   Did he ask to have a peanut-free field in
 2   the fall of 2018?
 3        A.   No.
 4        Q.   Did he ask for -- that PBGYAA to stop
 5   selling peanuts in the fall of 2018?
 6        A.   To my recollection, yes.
 7        Q.   Did he make any other requests in the fall
 8   of 2018?
 9        A.   I can't recall offhand.
10        Q.   But it's in your notes?
11        A.   The summary of the call is in my notes.
12        Q.   When you say "your notes," is it notes,
13   like, a notepad or is it in a computer system?
14        A.   It's typed up.  I don't know if it's a
15   saved document, but I definitely have a printout of
16   it.
17        Q.   And you would type out notes every time
18   that you had work -- that you had interaction on
19   their issues?
20        A.   When it seemed like there was going to be
21   legal proceedings, I went through and summarized the
22   notes.
23        Q.   So after you had that conversations and
24   you spoke to Seth Abrams and you asked him
25   questions, what questions and what answers did you
```

Daniel Prieto
November 13, 2019                              15

1   get in your conversations with Seth Abrams in the

2   fall of 2018?

3        A.    That he never refused play for H.Q.

4        Q.    And then what happened?

5        A.    Through dialogue with Seth and

6   Tony Badala, the accommodations and also asking

7   parks department if, you know, this is actual --

8   this is acceptable to offer because it does include

9   some of their work.  The accommodations were made in

10  the fall.

11       Q.    So I want to go through each one of the

12  accommodations that were made.

13            Were you familiar with the scheduling of

14  the T-ball leagues in the fall of 2018?

15            MR. ALEXANDER:  You have to give a verbal

16       response.

17            THE WITNESS:  No.  Sorry.

18  BY MR. DIETZ:

19       Q.    Do you know whether or not the first --

20  the T-ball games were the first in the day in any

21  event?

22       A.    No.

23       Q.    Did they tell you what type of efforts

24  they needed to do in order to get the T-ball games

25  as the first game?

Daniel Prieto
November 13, 2019                          16

```
 1       A.   No.  The PBGYAA is a separate entity that
 2  operates their fields and leagues the way they do.
 3  I don't -- and I have never gotten into their
 4  situation as to how to explain to them how to do
 5  anything.  They are self-sufficient.
 6       Q.   Did you ever ask what efforts that they
 7  had to make in order to ensure that H.Q.'s game was
 8  the first during a certain day?
 9       A.   No.  I asked if it was reasonable.
10       Q.   The next one is the -- delaying the sale
11  of peanuts during the first game.
12            Can you tell me the conversations that you
13  had with regards to that.
14       A.   Very similar to the last.  I just asked
15  what could be done.
16       Q.   And what was the response that you got?
17       A.   Exactly what was has been -- what was
18  provided.
19       Q.   Did they advise you of any hardships that
20  would be -- that they would have if they didn't sell
21  peanuts?
22       A.   No.
23       Q.   Did they -- and the third issue was
24  advising people of -- coaches of the peanut allergy?
25       A.   Yes.
```

Daniel Prieto
November 13, 2019                    17

1      Q.   Can you tell me the conversation you had

2  with that.

3      A.   I just asked -- well, it wasn't even an

4  ask.  They just said and offered that that's part of

5  their standard procedure.  I mean, if there's

6  someone with an allergy, that's what they do.

7      Q.   The issue the City was they would do their

8  normal procedure of sweeping out the dugouts prior

9  to -- I mean, as the first thing on the day;

10 correct?

11     A.   It's part of what their standard work

12 process.  It's -- there's not a staff on-site at all

13 times.  So if it's -- whether it's the first part or

14 the second part or third part, it's just done before

15 the fields get opened up -- or not opened up.  They

16 are always open.  But turned over to the users.

17     Q.   Do the fields get turned over to the users

18 prior to the games, or do they get turned over first

19 thing in the morning?

20     A.   Prior to the games when -- or whenever

21 there is a permit requested and agreed upon.

22     Q.   Do you know if the PBGYAA gets permits?

23     A.   Uh-huh.

24     Q.   "Yes"?

25     A.   Yes.

Daniel Prieto
November 13, 2019                    18

```
 1        Q.   So it wouldn't be the beginning of the
 2   day.  It would be before the permit is even --
 3   before the time of the permit?
 4        A.   That's right.  That is when the fields get
 5   turned over to the users.
 6        Q.   So if the permit -- so if this is an
 7   after-school league, it would be prior to the first
 8   game is when the fields would get cleaned?
 9        A.   Typically prior to an hour before the
10   first game.  There is a warmup period for players,
11   not just a show-up-and-play situation.
12        Q.   Right.  Of course.
13        A.   That's all.  So it's an hour before
14   typically is when there is a permit.
15        Q.   And what is the process for the park to do
16   prior to turning over the field for the first game?
17   The maintenance person goes in.  Does he have a
18   broom?  Does he have an air blower?  What happens?
19        A.    It just depends on how the status of the
20   facility is.  If it's -- they use blowers.  They use
21   brooms.  They use sweepers.  They have a street
22   sweeper.  They have other equipment, rakes.  It just
23   depends on the nature of what's -- what needs to be
24   done.  Mops.
25        Q.   And what exactly for normal, ordinary
```

Daniel Prieto
November 13, 2019                    19

```
 1    Fields 1 through 8, how do they normally prepare the
 2    fields?
 3         A.   Well, they have their on-field work and
 4    then off-the-field work.  They drag the baseball
 5    fields to make sure that they are chalked for games.
 6    And then dugouts are swept clean, blowed out also,
 7    and grass is mowed.  That's standard.
 8              It's also standard practice to make sure
 9    that the batting cages are cleaned, also the
10    bleachers where patrons sit.  The whole place gets
11    attention, the whole park.
12         Q.   And how are the bleachers -- are the
13    bleachers blowed out -- blown out?
14         A.   It depends again -- yes.  They use
15    blowers.  They use sweepers.  They use brooms.  They
16    use various -- if there's gum on the bleachers, they
17    will scrape it off.
18         Q.   How many people does it take to do that?
19         A.   The parks crews are -- there's a lot of
20    park staff.  I don't know how long it -- because
21    there's also an efficiency of time management.
22         Q.   Well, when you say "a lot of park staff,"
23    how many do you mean, approximately?  Like, two or
24    three or, like, ten or fifteen?
25         A.   Oh, I don't know because the crews are not
```

Daniel Prieto
November 13, 2019                              20

```
 1    one of my control.  I don't know.
 2         Q.   So after you came up -- and was this
 3    together with Tony Badala and Seth, or was this over
 4    the phone, or where was this located, this
 5    conversation?
 6         A.   Over the phone.  Also in person.
 7         Q.   How many conversations did you have in the
 8    fall of 2018 involving this?
 9         A.   One or two.  Not many.  It was pretty
10    quickly resolved.
11         Q.   Aside from speaking to your lawyer, which
12    I don't want to hear about, what did you do to
13    prepare for the deposition today?
14         A.   That's all.
15         Q.   Okay.  Now, after this conversation and
16    came up with a solution, what happened then?
17         A.   I believe H.Q. played baseball in the fall
18    of 2018.
19         Q.   Did you speak to Dr. Badala -- how did
20    Dr. -- if you know, how did Dr. Badala and
21    Jennifer -- I mean, sorry.  How did Dr. Quasha --
22    sorry.
23              How did Dr. Quasha or Jennifer Quasha come
24    to know about this decision, if you know?
25         A.   You're going to have to repeat that.  That
```

Daniel Prieto
November 13, 2019                           21

 1    was a silly one.  I don't know.

 2         Q.   I know.  I apologize.

 3              Did you inform Dr. Quasha of the results?

 4         A.   I spoke with him.  I believe it was either

 5    I or Tony who delivered that message.

 6         Q.   Are you social with Tony?

 7         A.   Sporadically.  Not really.  In fact, not

 8    at all.

 9         Q.   And then it was all fine until H.Q.

10    Played, and did you hear anything else with regards

11    to the fall of 2018?

12         A.   What was that again?

13         Q.   H.Q. played, and then did you hear of

14    anything else during the fall of 2018?

15         A.   No, sir.

16         Q.   Okay.  Let's go to 2019.  Can you tell me

17    when the first time that you heard from the Quashas

18    in 2019?

19         A.   I received a call from Dr. Quasha.

20         Q.   And tell me about the call with

21    Dr. Quasha.

22         A.   He was very upset -- very upset and

23    accused me of a lot of things, and it wasn't

24    accurate at all.

25         Q.   Uh-huh.  And what was the purpose of his

Daniel Prieto
November 13, 2019                              22

```
 1   call?
 2       A.    I assume to try to resolve the situation
 3   in the same manner that was done in 2018, the fall
 4   of 2018.
 5       Q.    Okay.  And what did Dr. Quasha accuse you
 6   of doing?
 7       A.    Not sweeping out park -- basically, a lot
 8   of the things that were done.  But he accused me
 9   specifically, that I recall, of not being willing to
10   sweep out dugouts.
11            And I think he mentioned -- I don't
12   recall.  I couldn't tell you exactly the
13   conversation without reviewing those notes.
14       Q.    Are these in your notes?
15       A.    Perhaps, yeah.
16       Q.    And --
17       A.    I remember I explained at one point,
18   whether it was that call or another call, that the
19   league -- he accused us of trying to ship him --
20   ship H.Q. to North Palm Beach.  That's not accurate.
21            It's the same league played by the same
22   players and the same teams and the same individuals
23   just at a different park.
24       Q.    I will get to that.  We haven't gotten to
25   that part yet.
```

Daniel Prieto
November 13, 2019                              23

1        A.   You were asking me about the call.

2        Q.   Oh, so that was --

3             MR. DIETZ:  Let me mark this as

4        Plaintiffs' Exhibit 1 to this deposition.

5             (Exhibit 1 marked for identification.)

6   BY MR. DIETZ:

7        Q.   Can you identify what's marked as

8   Plaintiffs' Exhibit 1.

9        A.   It is an email to Jennifer Quasha and

10  Dr. Quasha by myself.

11       Q.   And did you author this email?

12       A.   I did.

13       Q.   Now, in the call that Dr. Quasha had with

14  you, he accused you of lying to ship his son off to

15  North Palm?

16       A.   Yes.

17       Q.   What knowledge do you have, if any, of the

18  accommodations that were provided to the Quashas in

19  January of 2019?

20       A.   I'm aware -- generally aware of the

21  accommodations.

22       Q.   Okay.  When did the discussion first start

23  with regards to H.Q. in the spring league?

24       A.   The date, I can't tell you.

25       Q.   And --

Daniel Prieto
November 13, 2019                          24

```
 1        A.    Mid-January.
 2        Q.    Mid-January.  And in the first
 3   conversation, who was the conversation with?
 4        A.    When I was made aware?
 5        Q.    Correct.
 6        A.    The notes have a timeline that explain
 7   exactly who communicated and when everything was
 8   done.  So I can't recall that explicitly, like, how
 9   it came to my desk, whether it was a call from
10   Dr. Quasha or not.
11        Q.    Did you provide that timeline to anybody
12   in the City of Palm Beach Gardens?
13        A.    It was actually established by
14   Charlotte Presensky.  She was the author of it.
15        Q.    So she authored the timeline?
16        A.    Yeah.
17             MR. DIETZ:  Do you have a copy of that
18        timeline?
19             MR. ALEXANDER:  No.
20   BY MR. DIETZ:
21        Q.    So before receiving the call from H.Q.'s
22   father, you had conversations with
23   Charlotte Presensky about this matter?
24        A.    No.
25        Q.    Who did you have a conversation with prior
```

Daniel Prieto
November 13, 2019                               25

1   to speaking to H.Q.'s father on January 16th?

2        A.   There was no conversation.  Just I believe

3   it was brought to my attention by either Seth Abrams

4   or Tony Badala, the PBGYAA, that there was further

5   request for accommodations and that it could not

6   be -- could not be accommodated reasonably.

7        Q.   Okay.  And was this brought before to your

8   attention via a telephone call or by email?

9        A.   Oh, I don't recall.

10        Q.   Do you maintain -- did you receive -- do

11   you receive any emails from the PBGYAA?

12        A.   Do I receive emails --

13        Q.   Correct.

14        A.   -- from the PBGYAA?

15        Q.   Yes.

16        A.   Yes.

17        Q.   Did you receive emails regarding this

18   topic from persons at the PBGYAA?

19        A.   I may have been added to emails, but I

20   don't believe I actually received.  If I did, it was

21   one or two of them.

22        Q.   So what did Tony Badala or Seth Abrams

23   tell you in their conversation prior to January 16th

24   in your conversation with Dr. Quasha?

25        A.   That there was a reasonable accommodation

Daniel Prieto
November 13, 2019                              26

1    to support the play of H.Q. in North Palm Beach,

2    which is on -- one mile away, and it's in the same

3    league because the North Palm Beach league isn't

4    strong enough to have a full league so they

5    inner-league.

6         Q.   What was the start of the conversation

7    after, "Hello, Daniel.  How are you doing today?  I

8    spoke to -- Dr. Quasha came," and what happened?

9    What did they tell you about Dr. Quasha's request?

10        A.   I don't recall that conversation in detail

11   from January.

12        Q.   And that would be in your notes?

13        A.   If there was a conversation, it would be

14   in the summary.

15        Q.   Okay.

16             MR. DIETZ:  I'm going to hold this

17        deposition open until I receive those notes.

18             MR. ALEXANDER:  You can say you are.  I

19        don't agree to it.  There was no duces tecum

20        request; so he wasn't asked to bring anything

21        with him today.

22             MR. DIETZ:  He did it as part of his job,

23        and I did a request for it.  So to the extent

24        that you say employees can't -- aren't supposed

25        to give their documents to a duces tecum

Daniel Prieto
November 13, 2019                           27

```
 1          request, I would be more than happy to address
 2          that with the court.
 3               MR. ALEXANDER:  Well, you know, I didn't
 4          want to debate the issue.  I'm just saying he's
 5          here for his deposition today.  He wasn't asked
 6          to bring anything.  He's in full compliance
 7          with the notice of taking deposition, and it's
 8          our position that the deposition should be
 9          concluded today as per the notice.
10     BY MR. DIETZ:
11          Q.   So the only thing you remember of the
12     conversation is the fact that they had suggested
13     that he go up to North Palm Beach?
14          A.   No.  That his games be played at North
15     Palm Beach within the same league of the PBGYAA.
16          Q.   Prior to that time have any games been
17     played from the PBGYAA in North Palm Beach?
18          A.   I don't know.
19          Q.   Currently do any games from the PBGYAA,
20     are they played in North Palm Beach?
21          A.   I don't know, nor do I --
22          Q.   Did you ask?
23          A.   No.
24          Q.   Did you ask why the accommodations
25     provided during the last year could not be done
```

Daniel Prieto
November 13, 2019                                    28

1   again?

2        A.   During the fall of 2018?

3        Q.   Correct.

4        A.   Yes.

5        Q.   You asked that question?

6        A.   Yes.

7        Q.   And what were you told?

8        A.   The league is double in size in the

9   spring, and it is logistically much tougher to do

10  and unreasonable, thus.

11       Q.   What made it tougher to do?

12       A.   Schedule.

13       Q.   Did you ask what made it tougher to do?

14       A.   No.

15       Q.   Are you assuming that it's because of the

16  scheduling?

17       A.   No.

18       Q.   What did they tell you about the

19  scheduling?

20       A.   That's what they told me; was the schedule

21  would be tougher because there's twice as many kids

22  in the league.

23       Q.   And what would it involve in order to do

24  that?

25       A.   I've never had any sort of say or question

Daniel Prieto
November 13, 2019                                    29

```
 1    of any schedule of the PBGYAA other than when they
 2    ask for field space and when we give them field
 3    space.
 4            How they operate their league is a
 5    management tool for them as the managers and
 6    provider of the youth sport league.
 7        Q.   Do you know whether or not the spring
 8    T-ball league has its games -- the first game of
 9    every day for the spring?
10        A.   For that same reason, I don't know.
11        Q.   Do you know if the spring rookie league
12    has its games as the first game of the day?
13        A.   No.  I don't know.
14        Q.   Did you ask?
15        A.   No.
16        Q.   Did you ask why if they didn't sell
17    peanuts for the fall league, why they couldn't sell
18    peanuts -- why they wanted to sell peanuts for the
19    spring league past the first game?
20            MR. ALEXANDER:  Object to form.
21        Mischaracterizes his prior testimony.
22            THE WITNESS:  No.
23    BY MR. DIETZ:
24        Q.   Did you ask them any questions about their
25    sale of peanuts?
```

Daniel Prieto
November 13, 2019                                    30

```
 1        A.    No.
 2        Q.    And then how long was that conversation
 3   that you had with Tony Badala and Seth Abrams?
 4        A.    I don't recall the length of time of the
 5   conversation.
 6        Q.    And then after -- and then after that, you
 7   had the call with Dr. Quasha, correct?
 8        A.    Sure.  Yes, sir.
 9        Q.    And then after that the call with
10   Dr. Quasha, what did you do then, if anything?
11        A.    Informed my supervisors of the call.
12        Q.    Exhibit A said, "I did, however,
13   communicate that the baseball program is
14   administered by the Palm Beach Gardens Youth
15   Athletic Association and all inquiries about their
16   operation are to be directed to them.  Accordingly,
17   as it relates to the City, the matter is closed.
18   Again, for any and all future disagreements with the
19   PBGYAA operational programming, please communicate
20   with their executive board to find resolution."
21             Who advised you that, as it relates to the
22   City, the matter is closed?
23        A.    No one.
24        Q.    What authority did you have to state to
25   Dr. Quasha and Mrs. Quasha that, as it relates to
```

Daniel Prieto
November 13, 2019                              31

```
 1    the City, the matter is closed?
 2         A.    None.
 3         Q.    Why did you say it, then?
 4         A.    Because there are operational issues that
 5    the YAA handles, and they have a board thus to make
 6    change to; but the City doesn't interfere with their
 7    operation.
 8         Q.    Do you know the City's ADA policies?
 9         A.    Generally.
10         Q.    What are your knowledge of the City's ADA
11    policies?
12              MR. ALEXANDER:  Object to form.  Vague.
13              THE WITNESS:  Can you be more specific?
14    BY MR. DIETZ:
15         Q.    With regards to the operations of the
16    athletic parks and recreation department, what are
17    the ADA policies if there is a request?
18         A.    There is an ADA-designated person to
19    handle specific ADA official complaints.
20         Q.    And if there's an ADA request for an
21    accommodation, what is the policy?
22         A.    There isn't.
23         Q.    There is no policy?
24         A.    To my knowledge, not a policy specific to
25    that other than we work daily to help all residents.
```

Daniel Prieto
November 13, 2019                              32

```
 1        Q.   So other than your knowledge to work daily
 2   to help all residents, you're not aware of any ADA
 3   policy?
 4        A.   Specific, no.
 5        Q.   Are you aware of the City's recreational
 6   facilities use and procedures policies and
 7   procedures manual?
 8        A.   Uh-huh.
 9        Q.   "Yes"?
10        A.   Yes.
11        Q.   Do you have a copy of the manual?
12        A.   With me?
13        Q.   No.  In your office.
14        A.   Yes.
15        Q.   And what does that manual say with regards
16   to the Americans with Disabilities Act?  Do you
17   know?
18        A.   Offhand, I do not.  I would reference the
19   manual.
20             MR. DIETZ:  Let's mark this as Plaintiffs'
21        Exhibit Number 2.
22             (Exhibit 2 marked for identification.)
23   BY MR. DIETZ:
24        Q.   Can you identify what's marked as
25   Plaintiffs' Exhibit 2.
```

Daniel Prieto
November 13, 2019                                    33

```
 1        A.    It seems to be a string of emails from our
 2   parks operations manager who -- from Cory Wilder to
 3   Michael Roland, and previously, then, from
 4   Cory Wilder to Daniel Prieto cc'ing and forwarding
 5   to Lyndsey Marsh.
 6        Q.    Did you receive this email from
 7   Cory Wilder?
 8        A.    Yes, sir.
 9        Q.    And who is Cory Wilder?
10        A.    Director of public services.
11        Q.    Did you reach out to Michael Quasha
12   regarding peanut shells in the park in February of
13   2019?
14        A.    I have spoken with Michael Quasha by that
15   time.  I don't recall if I did because of this.
16        Q.    After your conversation with him that was
17   in -- on Plaintiffs' Exhibit 1, did you have any
18   more interactions with the Quashas?
19        A.    No.  Not -- you mean after this?
20        Q.    No.  After that.
21        A.    After this?
22        Q.    Pointing as to Exhibit 1.
23        A.    No.
24        Q.    After your email in Exhibit 1, did you
25   have any other interactions on this matter?
```

Daniel Prieto
November 13, 2019                                    34

```
 1        A.   Not until I received legal documentation.

 2        Q.   What do you mean "legal documentation"?

 3        A.   Notice that we were being sued.

 4        Q.   Did you have discussions with

 5   Stephen Stepp --

 6             MR. DIETZ:  Is that his name?

 7             MS. QUASHA:  Uh-huh.

 8   BY MR. DIETZ:

 9        Q.   -- Stephen Stepp after you had the

10   conversations with --

11             MS. QUASHA:  Do you mean this here before?

12        Sorry.

13   BY MR. DIETZ:

14        Q.   After January 17th, 2019, did you have

15   conversations with Mr. Stepp involving Mr. Quasha?

16             MR. ALEXANDER:  Let me try to give you an

17        instruction.  If you attended any meetings with

18        Mr. Stepp that I was present at, the content of

19        any conversations at those meetings with

20        defense counsel, even if you had discussions

21        with Mr. Stepp at those meetings but the

22        meetings were in conjunction with defense

23        counsel, I do not want you to disclose the

24        content of those meetings.

25             If you had any meetings with Mr. Stepp in
```

Daniel Prieto
November 13, 2019                              35

1          which I not present or anyone from my firm was

2          not present, then you can answer the question.

3                  THE WITNESS:   After January 17th?

4    BY MR. DIETZ:

5          Q.   Yes.   In April or May --

6          A.   Yes.

7          Q.   -- did you have conversations with

8    Stephen Stepp?

9          A.   Yes.

10         Q.   And what did those conversations regard?

11                MR. ALEXANDER:   Again, only when I was not

12         there.   A conversation you had with him without

13         me.

14                THE WITNESS:   I think he was responding to

15         the formal complaint under the ADA.

16   BY MR. DIETZ:

17         Q.   Prior to responding to the formal

18   complaint under the ADA, did you have an opportunity

19   to speak to Mr. Stepp?

20         A.   Only when it was to inform him of my

21   conversations with Dr. Quasha.

22         Q.   Did you have any other conversations with

23   Tony Badala involving this matter after

24   January 16th, 2019?

25         A.   Yes.

Daniel Prieto
November 13, 2019                                    36

```
 1        Q.   And what conversations did you have with
 2   Mr. Badala?
 3        A.   Just to inform him that -- that there was
 4   going to be a lawsuit.
 5        Q.   Did you call him after the lawsuit was
 6   filed?
 7        A.   No.
 8        Q.   Did you call him after the ADA complaint
 9   was sent to -- the discussions that you had with
10   Mr. Stepp?
11        A.   I never called him specific to inform him
12   of any of this.  It was maybe in passing after a
13   conversation regarding something else.
14             MR. DIETZ:  Mark this as Plaintiffs'
15        Exhibit Number 3.
16             (Exhibit 3 marked for identification.)
17   BY MR. DIETZ:
18        Q.   Can you identify what's marked as
19   Plaintiffs' Exhibit 3.
20        A.   Palm Beach Gardens recreational services
21   analysis.
22        Q.   Okay.  Have you seen this document before?
23        A.   I have.
24        Q.   And was your role with regards to the
25   recreation services analysis?
```

Daniel Prieto
November 13, 2019                              37

```
1        A.    To fill in the data points, to assist in
2   the author -- the authoring of the document.
3        Q.    On page 3 on the bottom, it states "The
4   second map shows the distribution of the
5   4,800 households served by our largest partner, the
6   Palm Beach Gardens Youth Athletic Association."
7             And then if you turn to page 5, it says
8   "The PBGYAA coordinates all of the major youth
9   sports including inclusion offerings for children
10  with disabilities."
11       A.    Yes, sir.
12       Q.    What connection does the PBGYAA have with
13  the City, if you know?
14       A.    They are the youth provider of sports.
15       Q.    So they are the youth provider of sports
16  for the City; correct?
17       A.    Yeah.
18             MR. DIETZ:  I have no further questions.
19       Thank you.
20             I'll also -- for the record order.  I'm
21       going to hold open the deposition.  I'm not
22       concluding it until I receive the notes or
23       other emails that were not provided.
24
25
```

```
 1                    CROSS-EXAMINATION
 2    BY MR. ALEXANDER:
 3         Q.    Mr. Prieto, I just want to make one thing
 4    clear.  Exhibit 1, one of the things you
 5    communicated to Mr. Quasha was that you wanted him
 6    to communicate with the PBGYAA instead of with you
 7    going forward; is that right?
 8         A.    That's right.
 9         Q.    Did Mr. Quasha use any completely
10    inappropriate, disrespectful, crude and profane
11    language in dealing with you prior to that email?
12         A.    Yes, he did.
13         Q.    And why don't you state for the record
14    what Dr. Quasha said to you.
15         A.    He called me a fucking asshole.
16         Q.    When someone talks to you like that, would
17    it be your desire not to interact with them going
18    forward?
19         A.    Yeah.  Absolutely.
20         Q.    And was that one of your motivations for
21    telling Dr. Quasha that he should deal with the
22    PBGYAA going forward because he could not interact
23    with you in a respectful, professional, and adult
24    tone?
25         A.    Yes.
```

Daniel Prieto
November 13, 2019                            39

```
 1         MR. ALEXANDER:  I have no other questions.

 2         MR. DIETZ:  I have no questions.

 3         Do you want him to instruct to read or

 4    waiving or --

 5         MR. ALEXANDER:  He's going to read.

 6         MR. DIETZ:  Thank you.

 7         MR. ALEXANDER:  And for the record, it's

 8    the City's position that this deposition is

 9    over.  I understand it's plaintiffs' position

10    otherwise.

11         MR. DIETZ:  I would like to order.  Thank

12    you.  You're excused.

13                    *****

14         (The deposition was adjourned at

15    2:29 p.m.)

16         (Reading and signing of the deposition was

17    not waived by the witness and all parties.)

18

19

20

21

22

23

24

25
```

1                    CERTIFICATE OF OATH

2      STATE OF FLORIDA

3      COUNTY OF PALM BEACH

4             I, Kimberley A. Ross, Notary Public, State of

5      Florida, certify that DANIEL PRIETO, personally appeared

6      before me on the 13th day of November, 2019, and was duly

7      sworn.

8             Signed this 25th day of November, 2019.

9

10

11

12

13

14      _____

15      KIMBERLEY A. ROSS
        Notary Public, State of Florida
        Commission No. FF950475
16      Commission Expires: January 27, 2020

17

18

19

20

21

22

23

24

25

```
 1              CERTIFICATE OF REPORTER
 2   STATE OF FLORIDA
 3   COUNTY OF PALM BEACH
 4          I, KIMBERLEY A. ROSS, certify that I was
 5   authorized to and did stenographically report the
 6   deposition of DANIEL PRIETO, pages 1 through 39; that
 7   a review of the transcript was requested; and that the
 8   transcript is a true record of my stenographic notes.
 9          I further certify that I am not a relative,
10   employee, attorney, or counsel of any of the parties,
11   nor am I a relative or employee of any of the parties'
12   attorneys or counsel connected with the action, nor am
13   I financially interested in the action.
14          Dated this 25th day of November, 2019.
15
16
17
18
19   _____
20   KIMBERLEY A. ROSS
21
22
23
24
25
```

```
 1   DATE:        November 25, 2019

 2   TO:          DANIEL PRIETO
                  JOHNSON, ANSELMO, MURDOCH,
 3                BURKE, PIPER & HOCHMAN, P.A.
                  c/o SCOTT D. ALEXANDER, ESQ.
 4                2455 East Sunrise Boulevard, Suite 1000
                  Fort Lauderdale, Florida  33304
 5
     IN RE:       JENNIFER QUASHA, ET AL. vs.
 6                CITY OF PALM BEACH GARDENS, FLORIDA
                  Deposition taken November 13, 2019
 7                U.S. Legal Support Job No. 2044712

 8   The transcript of the above-referenced proceeding has
     been prepared and is being provided to your office for
 9   review by the witness.

10   We respectfully request that the witness complete their
     review within 30 days and return the errata sheet to our
11   office at the below address or via email to:
     Southeastproduction@uslegalsupport.com.

12

13   Sincerely,

14
     Kimberley A. Ross
15   U.S. LEGAL SUPPORT, INC.
     Courthouse Commons
16   444 Railroad Avenue, Suite 300
     West Palm Beach, Florida  33401
17   (561) 835-0220

18   CC via transcript:

19   MATTHEW W. DIETZ, ESQ.

20

21

22

23

24

25
```

Daniel Prieto
November 13, 2019                              43

```
1                        ERRATA SHEET

2
                DO NOT WRITE ON THE TRANSCRIPT
3                 ENTER CHANGES ON THIS PAGE

4    IN RE:      JENNIFER QUASHA, ET AL. vs.
                 CITY OF PALM BEACH GARDENS, FLORIDA
5                Deposition taken November 13, 2019
                 U.S. Legal Support Job No. 2044712
6
     PAGE NO.  LINE NO.   CHANGE            REASON
7

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19

20   Under penalties of perjury, I declare that I have read
     the foregoing document and that the facts in it are true.
21

22   _____        _____

23   DATE                        DANIEL PRIETO

24

25
```

| Exhibits |
| --- |

EX 0001 Daniel
 Prieto PLTF 1
11319   23:4,5,
 8 33:17,22,24
 38:4
EX 0001 Daniel
 Prieto PLTF 1
11319_1
 32:21,22,25
EX 0002 Daniel
 Prieto PLTF 1
11319   36:15,
 16,19
EX 0002 Daniel
 Prieto PLTF 1
11319_1
EX 0003 Daniel
 Prieto PLTF 1
11319
EX 0003 Daniel
 Prieto PLTF 1
11319_1
EX 0004 Daniel
 Prieto PLTF 1
11319
EX 0005 Daniel
 Prieto PLTF 1
11319
EX 0006 Daniel
 Prieto PLTF 1
11319
EX 0007 Daniel
 Prieto PLTF 1
11319
EX 0008 Daniel
 Prieto PLTF 1
11319
EX 0009 Daniel
 Prieto PLTF 1
11319
EX 0010 Daniel
 Prieto PLTF 1
11319

EX 0011 Daniel
 Prieto PLTF 1
11319
EX 0012 Daniel
 Prieto PLTF 1
11319

| 1 |
| --- |

1   19:1 23:4,
 5,8 33:17,22,
 24
16th   25:1,23
 35:24
17th   34:14
 35:3

| 2 |
| --- |

2   32:21,22,25
2018   10:24,25
 11:8,9,11
 12:15,19
 14:2,5,8
 15:2,14 20:8,
 18 21:11,14
 22:3,4 28:2
2019   11:7
 21:16,18
 23:19 33:13
 34:14 35:24

| 3 |
| --- |

3   36:15,16,19
 37:3

| 4 |
| --- |

4,800   37:5
4404   10:21

| 5 |
| --- |

5   37:7

| 8 |
| --- |

8   19:1

| A |
| --- |

ability   4:25
 11:14
able   5:3
 11:16
about   4:6
 6:20 7:10
 8:24 12:17
 13:14 20:12,
 24 21:20 23:1
 24:23 26:9
 28:18 29:24
 30:15
above   4:3
Abrams   12:3
 14:24 15:1
 25:3,22 30:3
acceptable
 15:8
accommodated
 25:6
accommodation
 25:25 31:21
accommodations
 11:10 12:11
 15:6,9,12
 23:18,21 25:5
 27:24
Accordingly
 30:16
accurate
 13:15 21:24
 22:20
accuse   22:5
accused   21:23
 22:8,19 23:14
Act   32:16
actual   15:7
actually
 11:13 24:13
 25:20

ADA   31:8,10,
 17,19,20 32:2
 35:15,18 36:8
ADA-DESIGNATED
 31:18
added   25:19
address   27:1
administered
 30:14
administrator
 6:11,13 7:22
 10:1
advise   16:19
advised   30:21
advising
 16:24
after   12:1
 14:23 20:2,15
 26:7 30:6,9
 33:16,19,20,
 21,24 34:9,14
 35:3,23 36:5,
 8,12
after-school
 18:7
again   7:6
 19:14 21:12
 28:1 30:18
 35:11
agenda   11:18
agree   26:19
agreed   17:21
air   18:18
ALEXANDER
 5:20 6:3 9:2
 13:10 15:15
 24:19 26:18
 27:3 29:20
 31:12 34:16
 35:11
all   4:25 5:7
 9:14 12:4
 17:12 18:13
 20:14 21:8,9,
 24 30:15,18
 31:25 32:2
 37:8

allergy  11:4
  16:24 17:6
Almost  6:14
also  5:5,12
  8:4 12:9 15:6
  19:6,8,9,21
  20:6 37:20
always  17:16
Americans
  32:16
analysis
  36:21,25
and  4:2,7,11,
  15,22,23 5:1,
  6,8 6:8,12,
  15,19,22,24
  7:3,7,9,15,16
  8:1,4,5,6,8
  9:9,11,13,16,
  18 10:2,6,25
  11:5,16,18,21
  12:11,17
  13:17,18
  14:17,21,23,
  24,25 15:4,5,
  6 16:2,3,16,
  23 17:4,21
  18:15,25
  19:3,6,7,12
  20:2,3,15,20
  21:9,10,13,
  20,22,23,25
  22:5,11,16,22
  23:9,11,25
  24:2,7 25:5,7
  26:2,8,12,23
  27:7 28:7,9,
  10,23 29:2,5
  30:2,3,6,9,
  15,18,25
  31:5,16,20
  32:6,15 33:3,
  4,9 35:10
  36:1,24 37:7
another  22:18
answer  4:24
  5:7,10,15
  12:6 35:2

answers  4:25
  14:25
any  5:12 8:14
  9:6,9,10,13
  10:8 12:7
  14:7 15:20
  16:19 23:17
  25:11 27:16,
  19 28:25
  29:1,24 30:18
  32:2 33:17,25
  34:17,19,25
  35:22 36:12
anybody  12:7
  24:11
anyone  35:1
anything  10:1
  16:5 21:10,14
  26:20 27:6
  30:10
apologize
  21:2
approximately
  19:23
April  35:5
aquatics  7:25
are  4:6 5:5
  7:21 8:12,18,
  22 9:21 10:4,
  8 16:5 17:16
  19:5,6,9,12,
  19,25 21:6
  22:14 26:7,18
  27:20 28:15
  30:16 31:4,
  10,16 32:5
  37:14,15
aren't  26:24
around  8:3
as  4:12 5:21,
  23 7:21 12:4
  13:5,9 15:25
  16:4 17:9
  23:3,7 26:22
  27:9 28:21
  29:5,12
  30:17,21,25
  32:20,24

33:22 36:14,
  18
Aside  20:11
ask  5:13 9:10
  12:4 13:18
  14:1,4 16:6
  17:4 27:22,24
  28:13 29:2,
  14,16,24
asked  5:16
  9:8 11:4 12:8
  14:24 16:9,14
  17:3 26:20
  27:5 28:5
asking  4:21
  5:6,13 13:5
  15:6 23:1
assist  8:14
  37:1
Association
  8:6,17 12:3
  30:15 37:6
assume  5:16
  22:2
assuming
  28:15
at  4:2 5:7
  7:14 10:9,20
  17:12 21:8,24
  22:17,23
  25:18 27:14
  34:18,19,21
athletic  8:6,
  17 12:2 30:15
  31:16 37:6
athletics
  6:23 7:25
attended
  34:17
attention
  19:11 25:3,8
attorney  5:6
author  23:11
  24:14 37:2
authored
  24:15
authoring
  37:2

authority
  30:24
aware  11:12,
  20 23:20 24:4
  32:2,5
away  26:2

---

## B

back  12:14
background
  7:13
Badala  15:6
  20:3,19,20
  25:4,22 30:3
  35:23 36:2
baseball  11:3
  13:16,25 19:4
  20:17 30:13
basically
  22:7
batting  19:9
Beach  6:7,9,
  17 8:5,16
  12:2 22:20
  24:12 26:1,3
  27:13,15,17,
  20 30:14
  36:20 37:6
because  5:22
  11:4,12 15:8
  19:20,25 26:3
  28:15,21 31:4
  33:15
been  4:11
  6:12 11:3
  16:17 25:19
  27:16
before  4:1,19
  5:7 7:7 11:15
  17:14 18:2,3,
  9,13 24:21
  25:7 34:11
  36:22
beginning
  18:1
being  22:9
  34:3

believe  7:12
  20:17 21:4
  25:2,20
best  4:25
bit  12:14
bleachers
  19:10,12,13,
  16
blowed  19:6,
  13
blower  18:18
blowers  18:20
  19:15
blown  19:13
board  30:20
  31:5
bottom  37:3
boy  6:1
bring  26:20
  27:6
broom  18:18
brooms  18:21
  19:15
brought  25:3,
  7
Burns  9:25
  10:5,9,20,21
but  4:7 5:25
  10:12 11:20
  12:7,20 13:3
  14:10,15
  17:16 22:8
  25:19 31:6
  34:21
by  4:14 5:23
  6:3,5 9:4
  13:11 15:18
  22:21 23:6,10
  24:13,20
  25:3,8 27:10
  29:23 30:14
  31:14 32:23
  33:14 34:8,13
  35:4,16 36:17
  37:5

                C

cages  19:9
call  13:3,4,
  21 14:11
  21:19,20
  22:1,18 23:1,
  13 24:9,21
  25:8 30:7,9,
  11 36:5,8
called  36:11
calls  8:23
came  12:9
  20:2,16 24:9
  26:8
can  8:23
  10:12 12:17
  16:12 17:1
  21:16 23:7
  26:18 31:13
  32:24 35:2
  36:18
can't  14:9
  23:24 24:8
  26:24
cause  4:3
cc'ing  33:4
center  9:20,
  22,24,25
  10:5,10,16,
  19,20
certain  16:8
chalked  19:5
change  31:6
charge  9:21,
  22
Charlotte  8:9
  24:14,23
child  9:11
  11:3
children  9:6,
  9 37:9
city  6:7,8,17
  7:8,10,17
  11:2 17:7
  24:12 30:17,

  22 31:1,6
  37:13,16
City's  31:8,
  10 32:5
clean  19:6
cleaned  11:15
  18:8 19:9
closed  30:17,
  22 31:1
coaches  16:24
college  7:14,
  15,17
come  20:23
communicate
  30:13,19
communicated
  24:7
communication
  8:1,21
community
  9:25 10:5,9,
  16,19,20
complaint
  35:15,18 36:8
complaints
  31:19
compliance
  27:6
computer
  14:13
concluded
  27:9
concluding
  37:22
conjunction
  34:22
connection
  37:12
contact  8:16
  11:2
content
  34:18,24
control  20:1
conversation
  12:18 17:1
  20:5,15 22:13
  24:3,25 25:2,

  23,24 26:6,
  10,13 27:12
  30:2,5 33:16
  35:12 36:13
conversations
  14:23 15:1
  16:12 20:7
  24:22 34:10,
  15,19 35:7,
  10,21,22 36:1
coordinate
  10:12
coordinates
  37:8
copy  24:17
  32:11
correct  11:22
  13:23 17:10
  24:5 25:13
  28:3 30:7
  37:16
correspondence
  11:1
Cory  33:2,4,
  7,9
could  12:11,
  13 16:15
  25:5,6 27:25
couldn't
  22:12 29:17
counsel
  34:20,23
course  18:12
court  5:2
  27:2
create  11:13
  12:9
created  13:2
crews  19:19,
  25
currently
  12:23 27:19

                D

D-A-N-I-E-L
  4:17

daily   31:25
  32:1
Daniel   4:10,
  17 26:7 33:4
data   37:1
date   23:24
day   11:16,18
  15:20 16:8
  17:9 18:2
  29:9,12
debate   27:4
decision
  20:24
defense
  34:20,22
definitely
  14:15
degree   7:16
delaying
  16:10
delivered
  21:5
deny   12:7
department
  7:24 8:5,7,22
  10:7 15:7
  31:16
departments
  10:3
depends
  18:19,23
  19:14
deposition
  4:1,18 5:22
  20:13 23:4
  26:17 27:5,7,
  8 37:21
deputy   6:10,
  12 7:21 10:1
desk   24:9
detail   26:10
dialogue   15:5
did   7:16 9:12
  12:6 13:18,
  20,22 14:1,4,
  7,25 15:23
  16:6,19,23

20:7,12,19,
  20,21,23
  21:3,10,13
  22:5 23:11,
  12,22 24:11,
  25 25:10,17,
  20,22 26:9,
  22,23 27:22,
  24 28:13,18
  29:14,16,24
  30:10,12,24
  31:3 33:6,11,
  15,17,24
  34:4,14 35:7,
  10,18,22
  36:1,5,8
didn't   13:6
  16:20 27:3
  29:16
Dietz   4:14,22
  6:5 9:4 13:11
  15:18 23:3,6
  24:17,20
  26:16,22
  27:10 29:23
  31:14 32:20,
  23 34:6,8,13
  35:4,16
  36:14,17
  37:18
different   7:9
  22:23
direct   4:13
  8:16
directed
  30:16
director
  6:16,19 33:10
disabilities
  32:16 37:10
disagreements
  30:18
disclose
  34:23
discussed
  12:3,10
discussion
  23:22

discussions
  34:4,20 36:9
distribution
  37:4
divisions
  7:25
do   4:5,8
  5:15,17 6:6,8
  8:8,10 9:6,9,
  11 11:10
  12:13 15:19,
  24 16:2,4
  17:6,7,17,18,
  22 18:15
  19:1,18,23
  20:12 23:17
  24:17 25:10,
  12 27:19,21
  28:9,11,13,23
  29:7,11 30:10
  31:8 32:11,
  16,18 34:2,
  11,23
document
  14:15 36:22
  37:2
documentation
  34:1,2
documents
  26:25
does   10:11,
  16,19 15:8
  18:17,18
  19:18 32:15
  37:12
doesn't   31:6
doing   5:8
  22:6 26:7
don't   5:12
  6:20 9:7,11
  11:19 12:20
  14:14 16:3
  19:20,25
  20:1,12 21:1
  22:11 25:9,20
  26:10,19
  27:18,21
  29:10,13 30:4

33:15
done   5:6 8:2
  16:15 17:14
  18:24 22:3,8
  24:8 27:25
double   28:8
down   5:4
Dr   11:6 12:1,
  15,18 13:22
  20:19,20,21,
  23 21:3,19,21
  22:5 23:10,13
  24:10 25:24
  26:8,9 30:7,
  10,25 35:21
drag   19:4
duces   26:19,
  25
dugouts   17:8
  19:6 22:10
duly   4:11
during   11:21
  13:21 16:8,11
  21:14 27:25
  28:2
duties   7:21
  8:12,18

_____

E

each   11:15
  15:11
early   11:18
educational
  7:13
efficiency
  19:21
efforts   15:23
  16:6
either   21:4
  25:3
Eleven   7:12
else   21:10,14
  36:13
email   23:9,11
  25:8 33:6,24

emails  25:11,
12,17,19 33:1
37:23
employee  7:8
employees
26:24
ends  7:9
English  5:1
enough  26:4
ensure  8:21
11:16 16:7
entity  16:1
equipment
18:22
established
13:3 24:13
even  17:3
18:2 34:20
event  15:21
ever  4:18
16:6
every  14:17
29:9
everything
24:7
exactly  6:20
13:6 16:17
18:25 22:12
24:7
EXAMINATION
4:13
examined  4:11
executive
30:20
exhibit  23:4,
5,8 30:12
32:21,22,25
33:17,22,24
36:15,16,19
explain  9:15
16:4 24:6
explained
13:5 22:17
explicitly
24:8
extent  26:23

**F**

facilities
8:5 32:6
facility  8:3
9:20,21 10:2
18:20
fact  21:7
27:12
fall  10:24,25
11:8,9,11
12:15,19
14:2,5,7
15:2,10,14
20:8,17
21:11,14 22:3
28:2 29:17
familiar
15:13
father  24:22
25:1
February
33:12
few  6:25 7:2
field  8:20,23
14:1 18:16
29:2
fields  8:22,
24 10:17
11:16 16:2
17:15,17
18:4,8 19:1,
2,5
fifteen  19:24
filed  36:6
fill  37:1
finance  8:6
find  30:20
fine  21:9
firm  35:1
first  4:11
9:9 10:22
11:21 12:3
13:4 15:19,
20,25 16:8,11
17:9,13,18

18:7,10,16
21:17 23:22
24:2 29:8,12,
19
fiscal  7:23
10:6
Florida  4:2
follows  4:12
for  4:2,15
5:12 6:8,17
7:5,8,10
9:13,16 11:7,
8,9,11 12:8
14:4 15:3
18:10,15,16,
25 19:5 20:13
23:5 25:5
26:23 27:5
29:2,5,9,10,
17,18 30:18
31:20 32:22
36:16 37:9,
16,20
form  5:9
13:10 29:20
31:12
formal  35:15,
17
formerly  8:15
forwarding
33:4
found  13:15
foundation
9:8
from  5:24
7:16 8:23
20:11 21:17,
19 24:9,21
25:11,14,18
26:11 27:17,
19 33:1,2,3,6
35:1
front  12:21
full  26:4
27:6
further  9:15
25:4 37:18

future  30:18

**G**

game  11:22
15:25 16:7,11
18:8,10,16
29:8,12,19
games  11:17
15:20,24
17:18,20 19:5
27:14,16,19
29:8,12
Gardens  6:7,
9,17 8:6,16
12:2 24:12
30:14 36:20
37:6
gave  12:6
generally
23:20 31:9
get  10:14
15:1,24
17:15,17,18
18:4,8 22:24
gets  10:13
17:22 19:10
give  4:6
13:20 15:15
26:25 29:2
34:16
go  12:14
15:11 21:16
27:13
goes  18:17
going  4:21
5:3,15 14:20
20:25 26:16
36:4 37:21
good  9:20
got  16:16
gotten  16:3
22:24
graduate  7:16
grass  19:7
Great  5:19

grounds  8:1,2
  9:13,16,18
guess  11:1
gum  19:16

—————————————

H

H.Q.  4:23
  5:21 13:16
  15:3 20:17
  21:9,13 22:20
  23:23 26:1
H.q.'s  16:7
  24:21 25:1
had  4:18
  12:4,18 13:3
  14:18,23
  16:7,13 17:1
  23:13 24:22
  27:12 28:25
  30:3,7 34:9,
  20,25 35:12
  36:9
Hampden  7:17
Hampden-sydney
  7:14,18
handle  31:19
handles  31:5
happened
  10:25 12:5
  15:4 20:16
  26:8
happens  18:18
happy  5:14
  27:1
hardships
  16:19
has  11:3
  16:17 29:8,12
have  4:18,25
  6:12 9:6,8,9,
  10,11 10:11
  11:15 12:20,
  21,22 13:2
  14:1,15 15:15
  16:3,20
  18:17,18,21,
  22 19:3 20:7,

25 23:17
  24:6,17,25
  25:19 26:4
  27:16 30:24
  31:5 32:11
  33:14,17,25
  34:4,14 35:7,
  18,22 36:1,
  22,23 37:12,
  18
haven't  22:24
having  4:11
  5:24
he  5:7,8,9,
  20,25 12:6,7,
  9,11 13:5,6,
  9,14,18,20,24
  14:1,4,7 15:3
  18:17,18
  21:22 22:8,
  11,19 23:14
  26:20,22
  27:5,13 35:14
he's  5:8,22
  27:4,6
head  5:2
hear  20:12
  21:10,13
heard  21:17
Hello  26:7
help  31:25
  32:2
helped  11:13
here  27:5
  34:11
high  7:15
him  5:23
  14:24 21:4
  22:19 26:21
  33:16 35:12,
  20 36:3,5,8,
  11
his  5:23 6:3
  12:6 13:24
  21:25 23:14
  26:22 27:5,14
  29:21 34:6

hold  26:16
  37:21
hour  18:9,13
households
  37:5
how  6:12,19,
  24 7:5 8:10
  11:25 16:4
  18:19 19:1,
  12,18,20,23
  20:7,19,20,
  21,23 24:8
  26:7 29:4
  30:2
however  30:12
Huh-uh  5:2

—————————————

I

I'LL  37:20
I'M  4:21
  5:13,15 8:4
  9:22,25 10:2
  11:12,17,20
  13:12 23:20
  26:16 27:4
  37:20,21
I'VE  28:25
idea  12:9
identification
  23:5 32:22
  36:16
identify  23:7
  32:24 36:18
if  5:1,7,8,
  12,15,22 8:14
  9:10 10:8,12,
  13 11:10
  12:12 14:14
  15:7 16:9,20
  17:5,13,22
  18:6,20 19:16
  20:20,24
  23:17 25:20
  26:13 29:11,
  16 30:10
  31:17,20
  33:15 34:17,

20,25 37:7,13
in  4:2,3 5:1,
  21 6:24 7:15
  9:6,10,20,21,
  22 10:24,25
  11:18 12:14,
  18,21,22,23,
  24 14:1,5,7,
  10,11,13
  15:1,9,14,20,
  24 16:7 17:19
  18:17 20:6,7,
  17 21:7,18
  22:3,14
  23:13,18,23
  24:2,12
  25:23,24
  26:1,2,10,12,
  14 27:6,17,20
  28:8,22,23
  32:13 33:12,
  17,24 34:22,
  25 35:5 36:12
  37:1
include
  10:16,19 15:8
including
  37:9
inclusion
  37:9
individuals
  22:22
inform  21:3
  35:20 36:3,11
information
  13:20
Informed
  30:11
initials  5:23
  6:3
inner-league
  26:5
inquiries
  30:15
instruction
  34:17
interaction
  10:22 14:18

**interactions**
33:18,25
**interfere**
31:6
**into**  11:5
16:3
**investigate**
11:5
**investigation**
13:9
**investigatory**
13:4
**involve**  28:23
**involving**
20:8 34:15
35:23
**is**  4:22 5:3
6:10 7:13
8:25 9:2,13,
14,20,24
11:15 12:24
13:8 14:11,
12,13 15:7,8
16:1,10 17:21
18:2,4,6,8,
10,14,15,20
19:7 23:9
26:2 27:12
28:8,9 29:4
30:13,17,22
31:1,17,18,
21,23 33:9
34:6
**isn't**  26:3
31:22
**issue**  16:23
17:7 27:4
**issues**  8:14
10:12 14:19
31:4
**it**  5:14,23
9:13,14 11:5,
9,24,25 12:24
13:3,6,9
14:12,13,16,
20 15:8 16:9
17:3 18:1,2,
7,19,22

19:14,17,18,
20 20:9 21:4,
9,23 22:18
23:9 24:9,13,
14 25:3,5,20
26:13,19,22,
23 28:9,11,
13,23 30:17,
21,25 31:3
33:1 35:20
36:12 37:3,7,
22
**it's**  14:10,14
17:11,12,13,
14 18:13,20
19:8 22:21
26:2 27:7
28:15
**items**  12:13
**its**  29:8,12

---

### J

**January**  23:19
25:1,23 26:11
34:14 35:3,24
**Jennifer**  4:23
20:21,23 23:9
**job**  6:22
26:22
**just**  8:2 10:6
13:24 16:14
17:3,4,14
18:11,19,22
22:23 25:2
27:4 36:3

---

### K

**kept**  11:3
13:16
**kids**  28:21
**Kimberley**  4:1
**knew**  13:6,9
**know**  6:20
11:10 12:10
14:14 15:7,19
17:22 19:20,

25 20:1,20,24
21:1,2 27:3,
18,21 29:7,
10,11,13 31:8
32:17 37:13
**knowledge**
23:17 31:10,
24 32:1

---

### L

**language**  5:1
**Large**  4:3
**largest**  37:5
**last**  8:10
16:14 27:25
**later**  5:25
13:15
**lawsuit**  36:4,
5
**lawyer**  20:11
**league**  18:7
22:19,21
23:23 26:3,4
27:15 28:8,22
29:4,6,8,11,
17,19
**leagues**  15:14
16:2
**left**  5:3
**legal**  14:21
34:1,2
**leisure**  6:10,
13 7:21 10:1
**length**  30:4
**less**  7:23
9:23 10:14
**Let**  13:12
23:3 34:16
**let's**  8:4
12:14 21:16
32:20
**liaison**  8:4
**like**  4:24 5:5
14:13,20
19:23,24 24:8

**little**  12:14
**locally**  7:15
**located**  20:4
**logistically**
28:9
**long**  6:12,19,
24 19:20 30:2
**look**  11:4
**lot**  19:19,22
21:23 22:7
**loud**  5:1
**lying**  23:14
**Lyndsey**  33:5

---

### M

**made**  12:11
15:9,12 24:4
28:11,13
**maintain**  8:2
25:10
**maintenance**
10:9 18:17
**major**  37:8
**make**  9:19
10:13 14:7
16:7 19:5,8
31:5
**management**
19:21 29:5
**manager**  6:23
10:2 33:2
**manager's**
11:2
**managers**  7:24
29:5
**manner**  22:3
**manual**  32:7,
11,15,19
**many**  7:5
19:18,23
20:7,9 28:21
**map**  37:4
**mark**  23:3
32:20 36:14
**marked**  23:5,7
32:22,24

36:16,18
**Marsh** 33:5
**matter** 24:23
  30:17,22 31:1
  33:25 35:23
**Matthew** 4:22
**may** 5:7,8
  25:19 35:5
**maybe** 36:12
**me** 5:13 11:25
  12:6,7,17,21
  13:8,12,14
  16:12 17:1
  21:16,20,23
  22:8 23:1,3
  28:20 32:12
  34:16 35:13
**mean** 17:5,9
  19:23 20:21
  33:19 34:2,11
**meetings**
  34:17,19,21,
  22,24,25
**mentioned**
  22:11
**message** 21:5
**Michael** 33:3,
  11,14
**Mid-january**
  24:1,2
**mile** 26:2
**minor** 5:22
**Mischaracteriz**
**es** 29:21
**Miss** 5:21
**moment** 5:20
**mopped** 10:14
**Mops** 18:24
**more** 7:23
  9:23 10:14
  13:4 27:1
  31:13 33:18
**morning** 17:19
**mowed** 19:7
**Mr** 4:14,19
  5:20 6:3,5,6
  9:2,4 13:10,

11 15:15,18
  23:3,6 24:17,
  19,20 26:16,
  18,22 27:3,10
  29:20,23
  31:12,14
  32:20,23
  34:6,8,13,15,
  16,18,21,25
  35:4,11,16,19
  36:2,10,14,17
  37:18
**Mrs** 30:25
**MS** 34:7,11
**much** 28:9
**my** 4:22 5:3
  6:10 9:19
  12:23 14:6,11
  20:1 24:9
  25:3 30:11
  31:24 35:1,20
**myself** 23:10

_____

### N

**name** 4:15,22
  8:10 34:6
**nature** 18:23
**need** 8:2
**needed** 15:24
**needs** 18:23
**never** 15:3
  16:3 28:25
  36:11
**next** 16:10
**night** 11:18
**no** 4:20 9:7,
  11 10:18 14:3
  15:17,22
  16:1,9,22
  21:15 24:19,
  24 25:2 26:19
  27:14,23
  28:14,17
  29:13,15,22
  30:1,23 31:23
  32:4,13
  33:19,20,23

36:7 37:18
**nod** 5:1
**None** 31:2
**nor** 27:21
**normal** 17:8
  18:25
**normally** 19:1
**North** 22:20
  23:15 26:1,3
  27:13,14,17,
  20
**not** 5:3,10
  10:2,11 12:7,
  23 13:15,17
  15:19 17:12,
  15 18:11
  19:25 20:9
  21:7 22:7,9,
  20 24:10
  25:5,6 27:25
  29:7 31:24
  32:2,18 33:19
  34:1,23 35:1,
  2,11 37:21,23
**Notary** 4:2
**notepad** 14:13
**notes** 12:20,
  22 14:10,11,
  12,17,22
  22:13,14 24:6
  26:12,17
  37:22
**nothing** 4:7
**notice** 27:7,9
  34:3
**Now** 20:15
  23:13
**Number** 32:21
  36:15

_____

### O

**object** 5:8
  13:10 29:20
  31:12
**objecting** 5:9

**objects** 5:6
**odds** 7:9
**of** 4:2,22,25
  5:9 6:7,8,12,
  17 7:23 8:18,
  25 9:21,22
  10:7,15,24,25
  11:3,4,7,8,9,
  11,12,18,24,
  25 12:7,8,10,
  13,15,19,21
  13:3,9,16
  14:2,5,8,11,
  15 15:2,9,11,
  13,14,23
  16:11,19,24
  17:4,8,11
  18:1,3,12,19,
  23 19:19,21,
  22 20:1,8,18
  21:3,11,13,
  14,23,25
  22:4,6,8,9,19
  23:14,17,19,
  20 24:12,14,
  17 25:21
  26:1,6,22
  27:7,11,15
  28:2,15,25
  29:1,6,8,12,
  25 30:4,11
  31:10,15
  32:2,5,11
  33:1,10,12,15
  34:18,24
  35:20 36:12
  37:2,4,8,14,
  15
**off** 19:17
  23:14
**off-the-field**
  19:4
**offer** 15:8
**offered** 17:4
**offerings**
  37:9
**offhand** 14:9
  32:18

office 11:2
12:24 32:13
official
31:19
Oh 11:23
19:25 23:2
25:9
Okay 9:12,21,
24 10:22
11:10 12:14
13:1 20:15
21:16 22:5
23:22 25:7
26:15 36:22
on 8:1 12:20
14:18 17:9
18:19,23
19:16 25:1
26:2 33:17,25
37:3
on-field 19:3
on-site 17:12
one 5:20 9:21
11:19 15:11
16:10 20:1,9
21:1 22:17
25:21 26:2
30:23
only 27:11
35:11,20
open 17:16
26:17 37:21
opened 17:15
operate 29:4
operates 16:2
operation
11:15 30:16
31:7
operational
30:19 31:4
operations
6:23 7:24
31:15 33:2
opportunity
35:18
or 5:2,14
7:23 9:14,23
10:14 11:1,8,

18,19 14:13
15:19 17:13,
14,15,18,20
19:23,24
20:3,4,9,23
21:5 22:18
24:10 25:4,8,
21,22 28:25
29:7 35:1,5
37:22
order 15:24
16:7 28:23
37:20
orders 8:1
ordinary
18:25
other 10:3
11:19 13:20
14:7 18:22
29:1 31:25
32:1 33:25
35:22 37:23
our 8:5 27:8
33:1 37:5
out 5:1 10:13
11:3,5 12:2
13:6,15,16
14:17 17:8
19:6,13 22:7,
10 33:11
over 17:16,
17,18 18:5,16
20:3,6
oversee 7:24

---

**P**

P-R-E-S-E-N-S-
K-Y 8:11
P-R-I-E-T-O
4:17
page 37:3,7
Palm 6:7,8,17
8:5,16 12:2
22:20 23:15
24:12 26:1,3
27:13,15,17,
20 30:14

36:20 37:6
park 9:14
11:15 18:15
19:11,20,22
22:7,23 33:12
parks 7:25
8:21 9:13,14,
16,17 15:7
19:19 31:16
33:2
part 8:25
11:24,25
17:4,11,13,14
22:25 26:22
part-time 7:8
partner 37:5
passing 36:12
past 29:19
patrons 19:10
PBGYAA 8:13
9:6,10 14:4
16:1 17:22
25:4,11,14,18
27:15,17,19
29:1 30:19
37:8,12
peanut 11:4
16:24 33:12
peanut-free
14:1
peanuts 11:21
12:8 14:5
16:11,21
29:17,18,25
people 16:24
19:18
per 27:9
Perhaps 22:15
period 18:10
permit 8:20,
24 17:21
18:2,3,6,14
permits 17:22
permitted
13:17
person 18:17
20:6 31:18

personnel
10:9
persons 25:18
phone 20:4,6
place 19:10
Plaintiffs'
23:4,8 32:20,
25 33:17
36:14,19
play 12:7
13:17,24 15:3
26:1
played 8:23
20:17 21:10,
13 22:21
27:14,17,20
players 18:10
22:22
playing 11:3
13:16
please 4:15
5:10,13 9:15
30:19
point 22:17
Pointing
33:22
points 37:1
policies
31:8,11,17
32:6
policy 31:21,
23,24 32:3
Political
7:18
position
6:15,24 27:8
possession
12:22,23
practice 19:8
prepare 19:1
20:13
prepared 8:22
Presensky 8:9
24:14,23
present 34:18
35:1,2

presented
  12:13
pretty  20:9
previously
  33:3
Prieto  4:10,
  17,19 6:6
  33:4
printout
  14:15
prior  6:15,22
  7:3 17:8,18,
  20 18:7,9,16
  24:25 25:23
  27:16 29:21
  35:17
procedure
  17:5,8
procedures
  32:6,7
proceedings
  14:21
process  17:12
  18:15
program  30:13
programming
  10:6 30:19
provide  24:11
provided
  11:11 16:18
  23:18 27:25
  37:23
provider  29:6
  37:14,15
public  4:2
  8:23 33:10
purpose  21:25

                Q

Quasha  4:23
  11:6 12:1,15,
  18 13:22
  20:21,23
  21:3,19,21
  22:5 23:9,10,
  13 24:10

25:24 26:8
30:7,10,25
33:11,14
34:7,11,15
35:21
Quasha's  5:21
  26:9
Quashas  10:23
  21:17 23:18
  33:18
question  5:7,
  8,9,10,11,13,
  15 9:8,15
  28:5,25 35:2
questions
  4:22 5:6 12:4
  14:25 29:24
  37:18
quickly  20:10

                R

rakes  18:22
reach  11:5
  33:11
reached  12:2
really  21:7
reason  5:12
  29:10
reasonable
  16:9 25:25
reasonably
  25:6
recall  11:19
  14:9 22:9,12
  24:8 25:9
  26:10 30:4
  33:15
receive
  25:10,11,12,
  17 26:17 33:6
  37:22
received
  21:19 25:20
  34:1
receiving
  24:21

recollection
  14:6
record  4:16
  37:20
recreation
  9:20,22,24
  31:16 36:25
recreational
  32:5 36:20
redact  5:24
refer  5:23
reference
  32:18
referred  5:20
referring  6:1
refused  15:3
regard  35:10
regarding
  25:17 33:12
  36:13
regards  8:12
  9:17 10:5,8
  16:13 21:10
  23:23 31:15
  32:15 36:24
relates
  30:17,21,25
remember
  22:17 27:11
repeat  5:14
  20:25
rephrase  5:14
  13:12
report  8:8
  10:11
reporter  4:5
  5:3
represent
  4:23
request  25:5
  26:9,20,23
  27:1 31:17,20
requested
  17:21
requests  8:24
  14:7

residents
  31:25 32:2
resolution
  30:20
resolve  22:2
resolved
  20:10
responding
  35:14,17
response
  15:16 16:16
responsibiliti
es  10:4
responsibility
  7:23 10:7
results  21:3
reviewing
  22:13
right  13:7
  18:4,12
Road  9:25
  10:5,9,20,21
Roland  33:3
role  9:17
  36:24
roles  10:8
rookie  29:11
Ross  4:1
roughly  6:20
  7:2,6

                S

said  5:4 9:12
  11:24 12:11
  17:4 30:12
sale  12:8
  16:10 29:25
same  22:3,21,
  22 26:2 27:15
  29:10
saved  14:15
saves  5:23
say  5:2 8:4
  14:12 19:22
  26:18,24
  28:25 31:3

32:15
saying  27:4
says  37:7
schedule  8:20
  28:12,20 29:1
scheduled
  11:17
schedulers
  12:12
scheduling
  15:13 28:16,
  19
school  7:15
science  7:18
scrape  19:17
second  17:14
  37:4
see  12:12
seemed  14:20
seems  33:1
seen  36:22
self-
sufficient
  16:5
sell  16:20
  29:16,17,18
selling  14:5
sent  36:9
separate  16:1
series  4:21
served  37:5
services
  6:10,13 7:22
  10:1 33:10
  36:20,25
Seth  12:3
  14:24 15:1,5
  20:3 25:3,22
  30:3
shape  9:20
she  24:14,15
shells  33:12
ship  22:19,20
  23:14
should  9:8,9
  27:8

show-up-and-
play  18:11
shows  37:4
silly  21:1
similar  16:14
sir  4:20 6:4,
  18 21:15 30:8
  33:8 37:11
sit  19:10
situation
  11:5,13 12:4
  13:5 16:4
  18:11 22:2
size  28:8
so  5:1,8,15,
  21 7:10 8:7,
  15,22 10:1,4
  11:4,24 12:1
  14:23 15:11
  17:13 18:1,6,
  13 20:2 23:2
  24:8,15,21
  25:22 26:4,
  20,23 27:11
  32:1 37:15
social  21:6
sold  11:21
solution
  20:16
some  12:10,13
  15:9
someone  17:6
something
  36:13
son  5:21
  13:24 23:14
sorry  11:17
  13:12 15:17
  20:21,22
  34:12
sort  12:10
  28:25
space  8:20
  29:2,3
speak  20:19
  35:19

speaking  12:1
  20:11 25:1
specific  9:14
  31:13,19,24
  32:4 36:11
specifically
  22:9
spell  4:15
  8:10
spills  10:14
spoke  12:15
  14:24 21:4
  26:8
spoken  33:14
Sporadically
  21:7
sport  29:6
sports  6:16,
  19 7:4,5
  8:15,18,23,25
  37:9,14,15
spring  11:7
  23:23 28:9
  29:7,9,11,19
staff  10:11
  17:12 19:20,
  22
standard
  11:14 17:5,11
  19:7,8
start  23:22
  26:6
state  4:2,15
  30:24
stated  11:2
states  37:3
status  18:19
Stephen  34:5,
  9 35:8
Stepp  34:5,9,
  15,18,21,25
  35:8,19 36:10
stop  12:8
  14:4
street  18:21
string  33:1

strong  26:4
subject  12:20
sued  34:3
suggested
  27:12
summarized
  14:21
summary  13:3
  14:11 26:14
supervision
  9:13
supervisor
  7:4,5 8:15,
  19,25 9:16
supervisors
  30:11
support  26:1
supposed
  26:24
sure  9:19
  10:13 19:5,8
  30:8
swear  4:5
sweep  22:10
sweeper  18:22
sweepers
  18:21 19:15
sweeping  17:8
  22:7
swept  19:6
sworn  4:11
Sydney  7:19,
  20
system  14:13

---

**T**

T-BALL  15:14,
  20,24 29:8
take  5:3
  19:18
taken  4:1,18
  10:13
taking  27:7
teams  22:22

tecum  26:19,
  25
telephone
  25:8
tell  11:24
  12:17 13:8,14
  15:23 16:12
  17:1 21:16,20
  22:12 23:24
  25:23 26:9
  28:18
tells  5:10
ten  7:10
  19:24
testified
  4:11
testimony  4:5
  29:21
than  27:1
  29:1 31:25
  32:1
Thank  9:5
  37:19
that  5:13,16
  6:15,22,24
  7:3,7 8:2,21,
  22,25 9:2,12,
  19 10:11,13,
  14 11:2,3,12,
  13,14,16,17
  12:8,11,13,
  17,18 13:2,3,
  6,12,14,16,
  21,24 14:4,
  18,23 15:3,12
  16:1,6,7,12,
  13,16,19,20
  17:2,4 18:4
  19:5,9,18
  20:25 21:5,
  12,17 22:3,8,
  9,18,24,25
  23:2,13,18
  24:6,8,11,17
  25:4,5,25
  26:10,12,24
  27:2,8,12,13,
  14,16 28:5,

15,24 29:10
  30:2,3,6,9,
  13,21,25
  31:4,25 32:15
  33:14,16,20
  34:3,6,18
  36:3,9 37:23
that's  5:25
  8:15 10:2
  17:4,6 18:4,
  13 19:7 20:14
  22:20 28:20
their  14:19
  15:9 16:2,3
  17:5,7,11
  19:3 25:23
  26:25 29:4,24
  30:15,20 31:6
them  4:24
  9:19 10:12
  12:21 16:4
  25:21 29:2,5,
  24 30:16
then  9:9 10:6
  11:16 12:7
  15:4 19:4,6
  20:16 21:9,13
  30:2,6,9,10
  31:3 33:3
  35:2 37:7
there  10:2
  11:1,14 14:20
  17:21 18:10,
  14 25:2,4,25
  26:13,19
  31:4,17,18,
  22,23 35:12
  36:3
there's  8:14,
  21 10:12,13
  17:5,12
  19:16,19,21
  28:21 31:20
THEREUPON  4:9
these  22:14
they  10:14
  12:6,8,12
  15:23,24

16:2,5,6,19,
  20,23 17:4,6,
  7,15,18
  18:20,21,22
  19:1,3,4,5,
  14,15,16
  26:4,9 27:12,
  20 28:18,20
  29:1,4,16,17,
  18 31:5
  37:14,15
thing  17:9,19
  27:11
things  7:9
  10:15 21:23
  22:8
think  22:11
  35:14
third  16:23
  17:14
this  11:7,8
  15:7,8 18:6
  20:2,3,4,8,
  15,24 23:3,4,
  11 24:23
  25:7,17 26:16
  32:20 33:6,
  15,19,21,25
  34:11 35:23
  36:12,14,22
those  10:14
  22:13 26:17
  34:19,21,24
  35:10
three  6:21
  19:24
through  7:24
  14:21 15:5,11
  19:1
thus  28:10
  31:5
time  5:24
  14:17 18:3
  19:21 21:17
  27:16 30:4
  33:15
timeline  13:2
  24:6,11,15,18

times  17:13
title  6:10
to  4:6,21,24,
  25 5:3,5,8,9,
  10,14,15,21,
  23,24 6:1,15,
  22 7:3,14
  8:2,4,8,12,
  16,24 9:17,19
  10:5,9,11,12
  11:4,5,13,14,
  15,16 12:2,4,
  8,9,12 13:6,
  10,17,24
  14:1,4,6,20,
  24 15:8,11,
  15,24 16:4,7,
  13,14 17:9,
  16,17,18,20
  18:5,7,9,15,
  16,23 19:5,8,
  18 20:11,12,
  19,24,25
  21:11,16
  22:2,9,19,20,
  24 23:4,9,14,
  18,23 24:9,11
  25:1,3,7,19,
  23 26:1,4,8,
  16,19,20,23,
  25 27:1,4,6,
  13,16 28:9,
  11,13,23
  29:18,20
  30:16,17,20,
  21,24,25
  31:5,6,12,15,
  18,24,25
  32:1,2,16
  33:1,2,4,5,
  11,22 34:16,
  23 35:14,17,
  19,20 36:3,4,
  9,11,24 37:1,
  7,21
today  4:21
  20:13 26:7,21
  27:5,9

together   20:3
told   12:7
 13:14 28:7,20
Tony   15:6
 20:3 21:5,6
 25:4,22 30:3
 35:23
tool   29:5
topic   25:18
tougher   28:9,
 11,13,21
transcript
 5:24
trash   10:13
truth   4:6,7
try   22:2
 34:16
trying   22:19
turn   13:6
 37:7
turned   17:16,
 17,18 18:5
turning   18:16
twice   28:21
two   6:14 7:1,
 6 11:19 19:23
 20:9 25:21
type   10:15
 14:17 15:23
typed   14:14
typically
 18:9,14

                U

Uh-huh   5:2
 9:1 12:16
 17:23 21:25
 32:8 34:7
under   35:15,
 18
understand
 5:13,17 11:12
understanding
 13:8
understood
 5:16,25

Unless   5:9
unreasonable
 28:10
until   5:5
 21:9 26:17
 34:1 37:22
up   10:14 12:9
 14:14 17:15
 20:2,16 27:13
upcoming   11:7
upon   17:21
upset   21:22
us   5:24 10:11
 22:19
use   8:24
 18:20,21
 19:14,15,16
 32:6
users   17:16,
 17 18:5

                V

Vague   31:12
various   8:1
 19:16
verbal   15:15
very   13:4
 16:14 21:22
via   25:8
Virginia   7:15

                W

wait   5:5
want   15:11
 20:12 27:4
 34:23
wanted   29:18
wants   13:24
warmup   18:10
was   4:11 5:25
 6:1,15,22 7:8
 8:15 9:17
 10:22 11:1,4,
 7,8,9,13,14
 12:6 13:4,15,

16 14:20
16:7,9,16,17,
23 17:7 20:2,
3,4,9 21:1,4,
9,12,22,25
22:3,18 23:2
24:3,4,7,9,
13,14 25:2,3,
4,7,20,25
26:6,13,19
28:20 30:2
33:16 34:18
35:1,11,14,20
36:3,5,9,12,
24
wasn't   9:16
17:3 21:23
26:20 27:5
way   16:2
we   5:5 10:11,
12 12:10
22:24 29:2
31:25 34:3
we're   11:16
well   5:23 8:4
9:11 11:14
13:8 17:3
19:3,22 27:3
went   7:14
14:21
were   6:19,24
11:10,17,24,
25 12:13
15:9,12,13,20
22:8 23:1,18
28:7 34:3,22
37:23
weren't   11:21
what   5:4,16
6:8,15,22
7:13,16,21
8:12,18 9:17,
24 10:4,8,19,
25 12:5,10
13:8,14,18,20
14:25 15:4,23
16:6,15,16,17
17:6,11

18:15,18,23,
25 20:12,16
21:12,25 22:5
23:17 25:22
26:6,8,9
28:7,11,13,
18,20,23
30:10,24
31:10,16,21
32:15 34:2
35:10 36:1
37:12
what's   18:23
23:7 32:24
36:18
when   9:12
10:22 14:12,
20 17:20
18:4,8,14
19:22 21:17
23:22 24:4,7
29:1,2 35:11,
20
whenever
17:20
where   6:6
19:10 20:4
whether   15:19
17:13 22:18
24:9 29:7
which   12:6
13:6 20:11
26:2 35:1
who   5:25 8:8
21:5 24:3,7,
25 30:21
33:2,9
whole   4:7
19:10,11
why   10:2
27:24 29:16,
17,18 31:3
Wilder   33:2,
4,7,9
will   4:6 5:14
19:17 22:24
willing   22:9

with  7:16,25
  8:12,21 9:17,
  19 10:3,4,8,
  12,23 11:2
  12:1,9,12,15,
  18 15:1,5,13
  16:13 17:2,6
  20:3,16 21:4,
  6,10,20
  23:13,23
  24:3,22,25
  25:24 26:21
  27:2,7 30:3,
  7,9,18,20
  31:6,15
  32:12,15,16
  33:14,16,18
  34:4,10,15,
  17,19,21,22,
  25 35:7,12,
  21,22 36:1,9,
  24 37:10,12
withdrawn
  13:13,19
within  27:15
without  22:13
  35:12
WITNESS  4:8
  6:2,4 9:3
  15:17 29:22
  31:13 35:3,14
work  6:6 7:25
  8:1 9:19 10:3
  12:12 14:18
  15:9 17:11
  19:3,4 31:25
  32:1
worked  7:10
would  4:24
  5:5,22 12:12
  14:17 16:20
  17:7 18:2,7,8
  26:12,13 27:1
  28:21,23
  32:18
wouldn't  18:1

Y

YAA  31:5
yeah  22:15
  24:16 37:17
year  27:25
years  6:14,
  21,25 7:1,5,
  6,11
yes  5:18 6:2,
  4,18 7:2 9:2,
  3 11:20,23
  12:25 14:6
  16:25 17:24,
  25 19:14
  23:16 25:15,
  16 28:4,6
  30:8 32:9,10,
  14 33:8 35:5,
  6,9,25 37:11
yet  22:25
you  4:5,6,18,
  21,24 5:1,4,
  5,7,10,12,15,
  16,17,22,25
  6:6,8,12,19,
  24 7:16 8:8,
  10 9:5,6,9,
  10,12,21
  11:10,24,25
  12:10,15,17,
  18,22 13:14,
  18,20 14:12,
  17,18,23,24,
  25 15:7,13,
  15,19,23
  16:6,12,16,19
  17:1,22
  19:22,23
  20:2,7,12,19,
  20,24 21:3,6,
  10,13,16,17
  22:5,12 23:1,
  7,11,14,17,24
  24:11,17,22,
  25 25:10,11,
  17,23 26:7,9,

  18,24 27:3,
  11,22,24
  28:5,7,13,15,
  18 29:7,11,
  14,16,24
  30:3,6,10,21,
  24 31:3,8,13
  32:5,11,16,24
  33:6,11,17,
  19,24 34:2,4,
  9,11,14,16,
  17,20,23,25
  35:2,7,12,18,
  22 36:1,5,8,
  9,18,22 37:7,
  13,19
you're  20:25
  32:2
you've  7:10
your  4:15,18,
  25 5:2,6,24
  6:15,22 7:13,
  21 8:12 9:17
  10:4,8,22
  12:22,24 13:8
  14:10,12 15:1
  20:11 22:14
  25:7,24 26:12
  31:10 32:1,13
  33:16,24
  36:24
youth  8:6,16
  12:2 29:6
  30:14 37:6,8,
  14,15