Michael Gallucci
November 11, 2019

1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
2
                CASE NO. 9:19-CV-80825-DMM
3
_____/
4
JENNIFER QUASHA, on behalf of her son,
5   H.Q., a minor,

6                    Plaintiff,

7   vs.

8
CITY OF PALM BEACH GARDENS, FLORIDA,
9
                    Defendant.
10 _____/

11

12            DEPOSITION OF MICHAEL GALLUCCI

13                  Pages 1 - 16

14

15

16               November 11, 2019
                2:00 p.m. - 2:14 p.m.
17              444 West Railroad Avenue
              West Palm Beach, Florida 33401
18

19

20

21           Stenographically Reported By:
                 Terri Becker, CSR
22          Certified Shorthand Reporter

23               Job No. 2008895

24

25

Michael Gallucci
November 11, 2019                          2

```
1                        APPEARANCES

2

    ON BEHALF OF THE PLAINTIFF:
3
         DISABILITY INDEPENDENCE GROUP, INC.
4        2990 S.W. 35th Avenue
         Miami, Florida 33133
5        Mdietz@justdigit.org
         Aa@justdigit.org
6        BY:  MATTHEW W. DIETZ, ESQ.

7

    ON BEHALF OF THE DEFENDANT:
8
         JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN,
9        P.A.
         2455 East Sunrise Boulevard
10       Suite 1000
         Fort Lauderdale, Florida 33404
11       Alexander@jambg.com
         Johnson@jambg.com
12       BY:  SCOTT ALEXANDER, ESQ.

13

    ALSO PRESENT:
14
         JENNIFER QUASHA
15

16

17

18

19

20

21

22

23

24

25
```

Michael Gallucci
November 11, 2019                    3

1                    INDEX OF PROCEEDINGS

2
     DEPOSITION OF:  MICHAEL GALLUCCI
3
                         DIRECT   CROSS   REDIRECT
4
     By Mr. Alexander        4
5

6

7                    (NO EXHIBITS MARKED)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Michael Gallucci
November 11, 2019                                    4

1              Deposition taken before TERRI BECKER,

2       Certified Shorthand Reporter and Notary Public in

3       and for the State of Florida at Large, in the above

4       cause.

5                          *****

6              THE COURT REPORTER:  Please raise your

7       right hand.

8              Do you solemnly swear or affirm the

9       testimony you are about to give will be the truth,

10      the whole truth and nothing but the truth, so help

11      you God?

12             THE WITNESS:  I do.

13   THEREUPON:

14                  MICHAEL GALLUCCI,

15   having been first duly sworn or affirmed, was examined

16   and testified as follows:

17                  DIRECT EXAMINATION

18   BY MR. ALEXANDER:

19      Q    Tell us your name please.

20      A    Michael Gallucci.

21      Q    I'm Scott Alexander, an attorney for the City

22   of Palm Beach Gardens.  We're here today for your

23   deposition.  Have you ever given deposition testimony

24   before?

25      A    Once.

Michael Gallucci
November 11, 2019                                    5

1        Q     As you may recall from the prior occasion, I'm

2   going to ask you some questions.  Please respond

3   verbally and try to avoid nods, shrugs, "Uh-huh" or

4   "Uh-uh," so we have a clear record.

5              If I ask you anything you don't know the

6   answer to, tell me you don't know.  If I ask you

7   anything you don't recall the answer to, tell me you

8   don't recall.  We don't want you to guess or speculate

9   incorrectly.  It's important that we don't talk over

10  each other, so let me get my question completely out

11  before you answer.

12       A     Sure.

13       Q     And, in turn, I won't ask you another question

14  until you're finished with your answer.

15       A     Okay.

16       Q     All right, what is your date of birth?

17       A     October 30th, 1976.

18       Q     And your residential address?

19       A     7659 Misty Lake Place, Jupiter, Florida.

20       Q     In the event this case goes to trial and we

21  need to contact you, what is the best number to reach

22  you at?

23       A     732-614-1440.

24       Q     How are you employed?

25       A     Palm Beach School District.

Michael Gallucci
November 11, 2019                                  6

1        Q    What grade do you teach?

2        A    First grade.

3        Q    How long have you been a first grade teacher?

4        A    Twenty years.

5        Q    All in Palm Beach?

6        A    No.

7        Q    What other districts have you worked for?

8        A    Denville School District up in New Jersey.

9        Q    And how long have you been in Palm Beach?

10       A    Four years.

11       Q    Do you teach at Marsh Point Elementary?

12       A    Yes, I do.

13       Q    Is a boy with the initials HQ one of your

14  students?

15       A    Yes.

16       Q    How long has he been one of your students?

17       A    Approximately three months.

18       Q    Since the beginning of the current school

19  year, which would have started around August/September?

20       A    Yes.

21       Q    Before we talk about him, over the course of

22  your teaching career have you had students with peanut

23  allergies before?

24       A    Yes.

25       Q    Have you been asked as a school teacher to

Michael Gallucci
November 11, 2019                    7

```
 1   make any special accommodations or conditions for your

 2   kids with peanut allergies over the course of your

 3   career?

 4        A    Over the course of my career, yes.

 5        Q    Can you give us a general understanding?  I

 6   know you may not recall every single child or situation,

 7   but just a general understanding of what you have been

 8   asked to do as a teacher over the years.

 9        A    A lot of that information is confidential.

10        Q    Well, I'm not asking you to disclose the name

11   of any child or any specific child's medical condition.

12   I'm intentionally staying away from that.  I'm just

13   asking you to give us an understanding of what you have

14   been asked to do as a school teacher to assist a child

15   generally that has peanut allergies so that we don't get

16   into any school records or issues pertaining to any

17   particular child who is disclosed by name.

18        A    Okay.  I will follow the guidelines of our

19   school and our wellness policy.

20        Q    And what do those guidelines tell you to do?

21        A    I don't know specifically.  I would have to

22   see.

23        Q    I mean, will you generally tell parents when

24   snacks are sent in not to send in snacks containing

25   allergens?
```

Michael Gallucci
November 11, 2019                                    8

```
 1        A    Yes.
 2        Q    So, if you have a kid with a peanut allergy
 3   and parents are bringing in snacks, "Don't bring in
 4   snacks that contain peanuts," right?  Common sense?
 5        A    Right.
 6        Q    But anything else?
 7        A    No.
 8        Q    By doing that, by having no peanut snacks
 9   brought in, you're able to maintain sort of a
10   peanut-free zone for the child so they are not likely to
11   come into contact with peanuts; fair to say?
12             MR. DIETZ:  Object to form.  I'll object
13        to the form for purposes of documenting the record.
14        It's not to make you testify one way or another.
15             THE WITNESS:  Okay.
16        Q    Do you agree with that statement, when you
17   have a child with a peanut allergy, by instructing other
18   parents not to send in items with peanuts you're able to
19   maintain a peanut-free zone for that child to the best
20   of your ability?
21             MR. DIETZ:  Object to form.
22        Q    Accurate?
23        A    Um, yes.
24        Q    Okay.  At Palm Beach schools, where you work
25   now, are children entitled to bring in lunches that
```

Michael Gallucci
November 11, 2019                                    9

```
 1   contain peanut products such as peanut butter and so

 2   forth?

 3        A    Any child?

 4        Q    Yes.

 5        A    Yes.

 6        Q    So in Palm Beach public schools, if children

 7   are generally permitted to bring in lunches that have

 8   peanut cookies or peanut and jelly sandwiches, how do

 9   you protect a particular child in the cafeteria if

10   you're aware that a child in your class has a peanut

11   allergy?

12        A    Generally speaking, there are -- there's a

13   nut-free table.

14        Q    Does Marsh Point Elementary have a nut-free

15   table in the cafeteria?

16        A    Yes.

17        Q    Obviously, I don't want you to give me the

18   names of any kids that sit there, but can you just give

19   me a general idea as to the number of kids that sit at

20   the nut-free table on a day-to-day basis?

21        A    I don't know.

22        Q    Have you seen the nut-free table?

23        A    Yes.

24        Q    Is it always occupied?

25        A    I can't say.
```

Michael Gallucci
November 11, 2019                                    10

1          Q     Are you with the kids during lunch?

2          A     No.

3          Q     You walk them to the cafeteria, then you go

4    back to your classroom?

5          A     Correct.

6          Q     So if you're not there as the teacher, is

7    there anyone that works in the cafeteria that will sort

8    of keep an eye on the nut-free table versus the tables

9    that are not nut-free?

10         A     I can't say that we have people that are

11   specifically looking for that, but there are people that

12   work in the cafeteria, lunch aides.

13         Q     How is the nut-free table identified as the

14   nut-free table?  Does it have a sign on it?

15         A     Yes.

16         Q     There's a sign that says "Nut-Free Table"?

17         A     I don't know about those exact words, but I'm

18   going to say, "Yes".

19         Q     Okay.  You know Mrs. Quasha is the mother of

20   one of your students, correct?

21         A     Correct.

22         Q     Have you had any conversations with her in

23   anticipation of you giving your deposition today?

24         A     Can you repeat that?

25         Q     Yes.  When you were notified that you were

Michael Gallucci
November 11, 2019                                    11

```
 1   going to be giving a deposition for today, did you have
 2   any discussions or conversations with her?
 3        A     No.
 4        Q     Or her husband?
 5        A     No.
 6        Q     Do you know what this case is about?
 7        A     No.
 8        Q     We'll make this brief.  Does HQ sit at the
 9   nut-free table?
10        A     That's confidential.
11                MR. ALEXANDER:  The mother is here with
12           her attorney.  Any objection to him disclosing that
13           information?
14                MR. DIETZ:  I don't know if he can or
15           not.  I don't know if he needs the school board
16           lawyer or not.  We have no -- it's part of the
17           case, but I'm not sure what he can or can't do.
18        Q     Why is it confidential whether the child sits
19   at the nut-free table?  I'm not sure why.  For the
20   confidentiality of the child?
21        A     Correct.
22        Q     And if the mother is here and doesn't object
23   to you disclosing it, do you have any problem
24   commenting?
25        A     I'm not sure about, under FERPA, exactly what
```

Michael Gallucci
November 11, 2019                                    12

```
 1   information I can give or can't give.
 2        Q    FERPA pertains to children's school records.
 3        A    Okay.
 4        Q    I'm not asking you anything that has to do
 5   with confidential, scholastic or school records.  I'm
 6   just asking where the kid sits in the cafeteria.  I
 7   don't see how that would touch on FERPA.  I do want to
 8   avoid having to do this again.
 9        A    I understand.
10        Q    I mean, did the school board attorney tell you
11   not to answer -- well, I don't want you to tell me about
12   your conversation with the school board attorney, so
13   I'll strike that.
14             Let me ask it this way:  What is your
15   understanding of FERPA?  FERPA, for the record, is the
16   Family Educational Rights & Privacy Act.  It's a federal
17   privacy law that gives parents certain protections with
18   regard to their children's education records, such as
19   report cards, transcripts, disciplinary records, contact
20   and family information and class schedules.
21             As a parent, you have the right to review your
22   child's education records and to request changes under
23   limited circumstances.  To protect your child's privacy,
24   the law generally requires schools to ask for written
25   consent before disclosing your child's personally
```

Michael Gallucci
November 11, 2019                                    13

1    identifiable information to individuals.

2          So what I'm asking does not seem to come under

3    that.  I'm just asking where a kid sits in the

4    cafeteria.

5    A    I can consider school records to be

6    confidential and there is...

7    Q    Okay, but I'm not asking about a record.  I'm

8    just asking where the kid sits when he eats lunch.

9    A    I understand that, but it false underneath it.

10   Q    I don't think it does, but if you're telling

11   me you're not going to answer my questions today, what

12   we will do is we'll adjourn for the day, we'll get a

13   ruling from the Judge, and we'll come back and do it

14   another day.

15         I'm not going to sit here and tell you to

16   answer questions that you understand you're not supposed

17   to answer.  From my review of the law, where the kid

18   sits in the cafeteria is not even close to being

19   protected by FERPA, but I'm not your lawyer, and

20   apparently someone instructed you on this and then

21   didn't send a lawyer to be here with you today, which is

22   now causing us to have a waste of our time.

23         And I'm not blaming you for it, I'm blaming

24   whoever gave you this instruction and then didn't bother

25   to show up with you today, but if you're not going to

Michael Gallucci
November 11, 2019                                    14

1   answer questions about the kid's lunchroom situation,

2   the conversations you have had with the parents about

3   his lunchroom situation, so forth, then we will call it

4   a day.

5            Am I correct that if I ask you questions about

6   HQ's lunchroom situation, where he sits, why he sits

7   there, what he does with his lunch and what arrangements

8   you've made with his mother for his lunch, you're not

9   going to answer it?

10      A    Correct.

11              MR. ALEXANDER:  Okay, we're done.

12              We will adjourn.  The deposition is not

13      over.  We're just adjourning it for today until we

14      can get a ruling from the Judge.

15              (The deposition was adjourned at 2:14

16      o'clock, p.m.)

17

18

19

20

21

22

23

24

25

Michael Gallucci
November 11, 2019                                    15

1                    CERTIFICATE OF OATH

2
      STATE OF FLORIDA        )
3     COUNTY OF PALM BEACH    )

4

5             I, TERRI BECKER, Certified Shorthand Reporter,

6     Notary Public, State of Florida, certify that MICHAEL

7     GALLUCCI personally appeared before me on November 11,

8     2019 and was duly sworn.

9             Signed this 13th day of November, 2019.

10

11

12            _____
                Terri Becker, CSR
13              Certified Shorthand Reporter
                Notary Public, State of Florida
14              Commission No.:  FF177109
                Expires:  March 13, 2023
15

16

17

18

19

20

21

22

23

24

25

Michael Gallucci
November 11, 2019                                    16

CERTIFICATE OF REPORTER

STATE OF FLORIDA        )
COUNTY OF PALM BEACH    )


        I, TERRI BECKER, Certified Shorthand Reporter,

do hereby certify that I was authorized to and did

stenographically report the Deposition of MICHAEL

GALLUCCI, pages 1 through 16, and that the transcript is

a true record of my stenographic notes.

        I further certify that I am not a relative,

employee, attorney, or counsel of any of the parties,

nor am I a relative or employee of any of the parties'

attorneys or counsel connected with the action, nor am I

financially interested in the action.

        Dated this 13th day of November, 2019.



_____
Terri Becker, CSR
Certified Shorthand Reporter

**1**

1976   5:17

**2**

2:14   14:15

**3**

30th   5:17

**7**

732-614-144O
  5:23
7659   5:19

**A**

ability   8:20
able   8:9,18
about   4:9
  6:21 10:17
  11:6,25 12:11
  13:7 14:1,2,5
above   4:3
accommodations
  7:1
Accurate   8:22
Act   12:16
address   5:18
adjourn   13:12
  14:12
adjourned
  14:15
adjourning
  14:13
affirm   4:8
affirmed   4:15
again   12:8
agree   8:16
aides   10:12
Alexander
  4:18,21 11:11

14:11
All   5:16 6:5
allergens
  7:25
allergies
  6:23 7:2,15
allergy   8:2,
  17 9:11
always   9:24
Am   14:5
and   4:2,3,10,
  16 5:3,13,18,
  20 6:9 7:19,
  20 8:3 9:1,8
  11:22 12:20,
  22 13:6,13,
  15,19,20,23,
  24 14:7
another   5:13
  8:14 13:14
answer   5:6,7,
  11,14 12:11
  13:11,16,17
  14:1,9
anticipation
  10:23
any   7:1,11,16
  9:3,18 10:22
  11:2,12,23
anyone   10:7
anything   5:5,
  7 8:6 12:4
apparently
  13:20
Approximately
  6:17
are   4:9 5:24
  7:24 8:3,10,
  25 9:7,12
  10:1,9,10,11
around   6:19
arrangements
  14:7
as   4:16 5:1
  6:25 7:8,14
  9:1,19 10:6,
  13 12:18,21

ask   5:2,5,6,
  13 12:14,24
  14:5
asked   6:25
  7:8,14
asking   7:10,
  13 12:4,6
  13:2,3,7,8
assist   7:14
at   4:3 5:22
  6:11 8:24
  9:19 11:8,19
  14:15
attorney   4:21
  11:12 12:10,
  12
August/
september
  6:19
avoid   5:3
  12:8
aware   9:10
away   7:12

**B**

back   10:4
  13:13
basis   9:20
Beach   4:22
  5:25 6:5,9
  8:24 9:6
BECKER   4:1
been   4:15
  6:3,9,16,25
  7:7,14
before   4:1,24
  5:11 6:21,23
  12:25
beginning
  6:18
being   13:18
best   5:21
  8:19
birth   5:16
blaming   13:23

board   11:15
  12:10,12
bother   13:24
boy   6:13
brief   11:8
bring   8:3,25
  9:7
bringing   8:3
brought   8:9
but   4:10 7:7
  8:6 9:18
  10:11,17
  11:17 13:7,9,
  10,19,25
butter   9:1
by   4:18 7:17
  8:8,17 13:19

**C**

cafeteria
  9:9,15 10:3,
  7,12 12:6
  13:4,18
call   14:3
can   7:5 9:18
  10:24 11:14,
  17 12:1 13:5
  14:14
can't   9:25
  10:10 11:17
  12:1
cards   12:19
career   6:22
  7:3,4
case   5:20
  11:6,17
cause   4:4
causing   13:22
certain   12:17
Certified   4:2
changes   12:22
child   7:6,11,
  14,17 8:10,
  17,19 9:3,9,
  10 11:18,20

child's   7:11
   12:22,23,25
children   8:25
   9:6
children's
   12:2,18
circumstances
   12:23
City   4:21
class   9:10
   12:20
classroom
   10:4
clear   5:4
close   13:18
come   8:11
   13:2,13
commenting
   11:24
Common   8:4
completely
   5:10
condition
   7:11
conditions
   7:1
confidential
   7:9 11:10,18
   12:5 13:6
confidentiality   11:20
consent   12:25
consider   13:5
contact   5:21
   8:11 12:19
contain   8:4
   9:1
containing
   7:24
conversation
   12:12
conversations
   10:22 11:2
   14:2
cookies   9:8
correct   10:5,
   20,21 11:21

14:5,10
course   6:21
   7:2,4
COURT   4:6
current   6:18


D

date   5:16
day   13:12,14
   14:4
day-to-day
   9:20
Denville   6:8
deposition
   4:1,23 10:23
   11:1 14:12,15
did   11:1
   12:10
didn't   13:21,
   24
DIETZ   8:12,21
   11:14
DIRECT   4:17
disciplinary
   12:19
disclose   7:10
disclosed
   7:17
disclosing
   11:12,23
   12:25
discussions
   11:2
District   5:25
   6:8
districts   6:7
do   4:8,12
   6:1,11,12
   7:8,14,20
   8:16 9:8
   11:6,17,23
   12:4,7,8
   13:12,13
documenting
   8:13

does   9:14
   10:14 11:8
   13:2,10 14:7
doesn't   11:22
doing   8:8
don't   5:5,6,
   7,8,9 7:15,21
   8:3 9:17,21
   10:17 11:14,
   15 12:7,11
   13:10
done   14:11
duly   4:15
during   10:1


E

each   5:10
eats   13:8
education
   12:18,22
Educational
   12:16
Elementary
   6:11 9:14
else   8:6
employed   5:24
entitled   8:25
even   13:18
event   5:20
ever   4:23
every   7:6
exact   10:17
exactly   11:25
EXAMINATION
   4:17
examined   4:15
eye   10:8


F

fair   8:11
false   13:9
family   12:16,
   20

federal   12:16
FERPA   11:25
   12:2,7,15
   13:19
finished   5:14
first   4:15
   6:2,3
Florida   4:3
   5:19
follow   7:18
follows   4:16
for   4:3,21,22
   6:7 7:1 8:10,
   13,19 10:11
   11:1,19
   12:15,24
   13:12,23
   14:8,13
form   8:12,13,
   21
forth   9:2
   14:3
Four   6:10
from   5:1 7:12
   13:13,17
   14:14


G

Gallucci
   4:14,20
Gardens   4:22
gave   13:24
general   7:5,7
   9:19
generally
   7:15,23 9:7,
   12 12:24
get   5:10 7:15
   13:12 14:14
give   4:9 7:5,
   13 9:17,18
   12:1
given   4:23
gives   12:17
giving   10:23
   11:1

go   10:3
God   4:11
goes   5:20
going   5:2
  10:18 11:1
  13:11,15,25
  14:9
grade   6:1,2,3
guess   5:8
guidelines
  7:18,20

---

**H**

had   6:22
  10:22 14:2
hand   4:7
has   6:16 7:15
  9:10 12:4
have   4:23 5:4
  6:3,7,9,19,
  22,25 7:7,13,
  21 8:2,17
  9:7,14,22
  10:10,14,22
  11:1,16,23
  12:21 13:22
  14:2
having   4:15
  8:8 12:8
he   6:16
  11:14,15,17
  13:8 14:6,7
help   4:10
her   10:22
  11:2,4,12
here   4:22
  11:11,22
  13:15,21
him   6:21
  11:12
his   14:3,7,8
how   5:24 6:3,
  9,16 9:8
  10:13 12:7
HQ   6:13 11:8

HQ's   14:6
husband   11:4

---

**I**

I'LL   8:12
  12:13
I'M   4:21 5:1
  7:10,12 10:17
  11:17,19,25
  12:4,5 13:2,
  3,7,15,19,23
idea   9:19
identifiable
  13:1
identified
  10:13
if   5:5,6 8:2
  9:6,9 10:6
  11:14,15,22
  13:10,25 14:5
important   5:9
in   4:2,3
  5:13,20 6:5,
  8,9 7:24 8:3,
  9,18,25 9:6,
  7,9,10,15
  10:7,12,22
  12:6 13:3,18
incorrectly
  5:9
individuals
  13:1
information
  7:9 11:13
  12:1,20 13:1
initials   6:13
instructed
  13:20
instructing
  8:17
instruction
  13:24
intentionally
  7:12
into   7:16
  8:11

is   5:16,21
  6:13 7:9,17
  9:24 10:6,13,
  19 11:6,11,
  18,22 12:14,
  15 13:6,12,
  18,21 14:12
issues   7:16
it   9:24 10:14
  11:18,23
  12:14 13:9,
  10,13,23
  14:3,9,13
it's   5:9 8:14
  11:16 12:16
items   8:18

---

**J**

jelly   9:8
Jersey   6:8
Judge   13:13
  14:14
Jupiter   5:19
just   7:7,12
  9:18 12:6
  13:3,8 14:13

---

**K**

keep   10:8
kid   8:2 12:6
  13:3,8,17
kid's   14:1
kids   7:2
  9:18,19 10:1
know   5:5,6
  7:6,21 9:21
  10:17,19
  11:6,14,15

---

**L**

Lake   5:19
Large   4:3
law   12:17,24
  13:17

lawyer   11:16
  13:19,21
let   5:10
  12:14
likely   8:10
limited   12:23
long   6:3,9,16
looking   10:11
lot   7:9
lunch   10:1,12
  13:8 14:7,8
lunches   8:25
  9:7
lunchroom
  14:1,3,6

---

**M**

made   14:8
maintain   8:9,
  19
make   7:1 8:14
  11:8
Marsh   6:11
  9:14
may   5:1 7:6
me   5:6,7,10
  9:17,19
  12:11,14
  13:11
mean   7:23
  12:10
medical   7:11
Michael   4:14,
  20
Misty   5:19
months   6:17
mother   10:19
  11:11,22 14:8
MR   4:18 8:12,
  21 11:11,14
  14:11
Mrs   10:19
my   5:10 7:4
  13:11,17

| N | of 4:3,22 | 7:2,15 8:2,8, | R |
|---|---|---|---|

**N**

name  4:19
  7:10,17
names  9:18
need  5:21
needs  11:15
New  6:8
no  6:6 8:7,8
  10:2 11:3,5,
  7,16
nods  5:3
not  7:6,10,24
  8:10,14,18
  10:6,9 11:15,
  16,17,19,25
  12:4,11 13:2,
  7,11,15,16,
  18,19,23,25
  14:8,12
Notary  4:2
nothing  4:10
notified
  10:25
now  8:25
  13:22
number  5:21
  9:19
nut-free
  9:13,14,20,22
  10:8,9,13,14,
  16 11:9,19

**O**

o'clock  14:16
object  8:12,
  21 11:22
objection
  11:12
Obviously
  9:17
occasion  5:1
occupied  9:24
October  5:17

**of**  4:3,22
  5:16 6:13,16,
  18,21 7:2,4,
  7,9,11,13,18
  8:9,13,20
  9:18,19 10:8,
  19,20,23
  11:16,20
  12:15 13:17,
  22
Okay  5:15
  7:18 8:15,24
  10:19 12:3
  13:7 14:11
on  9:20 10:8,
  14 12:7 13:20
Once  4:25
one  6:13,16
  8:14 10:20
or  4:8,15
  5:3,8 7:1,6,
  11,16 8:14
  9:8 11:2,4,
  14,16,17
  12:1,5
other  5:10
  6:7 8:17
our  7:18,19
  13:22
out  5:10
over  5:9 6:21
  7:2,4,8 14:13

**P**

p.m.  14:16
Palm  4:22
  5:25 6:5,9
  8:24 9:6
parent  12:21
parents  7:23
  8:3,18 12:17
  14:2
part  11:16
particular
  7:17 9:9
peanut  6:22

7:2,15 8:2,8,
  17 9:1,8,10
peanut-free
  8:10,19
peanuts  8:4,
  11,18
people  10:10,
  11
permitted  9:7
personally
  12:25
pertaining
  7:16
pertains  12:2
Place  5:19
please  4:6,19
  5:2
Point  6:11
  9:14
policy  7:19
prior  5:1
privacy
  12:16,17,23
problem  11:23
products  9:1
protect  9:9
  12:23
protected
  13:19
protections
  12:17
public  4:2
  9:6
purposes  8:13

**Q**

Quasha  10:19
question
  5:10,13
questions  5:2
  13:11,16
  14:1,5

**R**

raise  4:6
reach  5:21
recall  5:1,7,
  8 7:6
record  5:4
  8:13 12:15
  13:7
records  7:16
  12:2,5,18,19,
  22 13:5
regard  12:18
repeat  10:24
report  12:19
Reporter  4:2,
  6
request  12:22
requires
  12:24
residential
  5:18
respond  5:2
review  12:21
  13:17
right  4:7
  5:16 8:4,5
  12:21
Rights  12:16
ruling  13:13
  14:14

**S**

sandwiches
  9:8
say  8:11 9:25
  10:10,18
says  10:16
schedules
  12:20
scholastic
  12:5
school  5:25
  6:8,18,25

7:14,16,19
11:15 12:2,5,
10,12 13:5
**schools**  8:24
9:6 12:24
**Scott**  4:21
**see**  7:22 12:7
**seem**  13:2
**seen**  9:22
**send**  7:24
8:18 13:21
**sense**  8:4
**sent**  7:24
**Shorthand**  4:2
**show**  13:25
**shrugs**  5:3
**sign**  10:14,16
**Since**  6:18
**single**  7:6
**sit**  9:18,19
11:8 13:15
**sits**  11:18
12:6 13:3,8,
18 14:6
**situation**  7:6
14:1,3,6
**snacks**  7:24
8:3,4,8
**so**  4:10 5:4,
10 7:15 8:2,
10 9:1,6 10:6
12:12 13:2
14:3
**solemnly**  4:8
**some**  5:2
**someone**  13:20
**sort**  8:9 10:7
**speaking**  9:12
**special**  7:1
**specific**  7:11
**specifically**
7:21 10:11
**speculate**  5:8
**started**  6:19
**State**  4:3

**statement**
8:16
**staying**  7:12
**strike**  12:13
**students**
6:14,16,22
10:20
**such**  9:1
12:18
**supposed**
13:16
**sure**  5:12
11:17,19,25
**swear**  4:8
**sworn**  4:15

─────────

**T**

**table**  9:13,
15,20,22
10:8,13,14,16
11:9,19
**tables**  10:8
**taken**  4:1
**talk**  5:9 6:21
**teach**  6:1,11
**teacher**  6:3,
25 7:8,14
10:6
**teaching**  6:22
**tell**  4:19
5:6,7 7:20,23
12:10,11
13:15
**telling**  13:10
**TERRI**  4:1
**testified**
4:16
**testify**  8:14
**testimony**
4:9,23
**that**  5:9 7:9,
12,15 8:4,8,
16,19,25 9:7,
10,18,19
10:7,9,10,11,
16,24,25

11:12 12:4,7,
13,17 13:3,9,
16 14:5
**That's**  11:10
**their**  12:18
**them**  10:3
**then**  10:3
13:20,24 14:3
**there**  9:12,18
10:6,7,11
13:6 14:7
**there's**  9:12
10:16
**THEREUPON**
4:13
**they**  8:10
**think**  13:10
**this**  5:20
11:6,8 12:8,
14 13:20,24
**those**  7:20
10:17
**three**  6:17
**time**  13:22
**to**  4:9 5:2,3,
6,7,8,20,21
6:25 7:8,10,
13,14,16,20,
21,24 8:9,10,
11,12,13,14,
18,19,21,25
9:7,17,19
10:3,4,18
11:1,12,23
12:2,4,7,8,
11,18,21,22,
23,24 13:1,2,
5,11,15,17,
18,21,22,25
14:9
**today**  4:22
10:23 11:1
13:11,21,25
14:13
**touch**  12:7
**transcripts**
12:19

**trial**  5:20
**truth**  4:9,10
**try**  5:3
**turn**  5:13
**Twenty**  6:4

─────────

**U**

**Uh-huh**  5:3
**Uh-uh**  5:4
**under**  11:25
12:22 13:2
**underneath**
13:9
**understand**
12:9 13:9,16
**understanding**
7:5,7,13
12:15
**until**  5:14
14:13
**up**  6:8 13:25
**us**  4:19 7:5,
13 13:22

─────────

**V**

**verbally**  5:3
**versus**  10:8

─────────

**W**

**walk**  10:3
**want**  5:8 9:17
12:7,11
**was**  4:15
14:15
**waste**  13:22
**way**  8:14
12:14
**we**  5:4,8,9,20
6:21 7:15
10:10 11:16
13:12 14:3,
12,13

| | |
|---|---|
| **we'll**  11:8  13:12,13 | **written**  12:24 |
| **we're**  4:22  14:11,13 | **Y** |
| **well**  7:10  12:11 | **year**  6:19 |
| **wellness**  7:19 | **years**  6:4,10  7:8 |
| **were**  10:25 | **yes**  6:12,15,  20,24 7:4 |
| **what**  5:16,21  6:1,7 7:7,13,  20 11:6,17,25  12:14 13:2,11  14:7 | 8:1,23 9:4,5,  16,23 10:15,  18,25 |
| **when**  7:23  8:16 10:25  13:8 | **you**  4:8,9,11,  23 5:1,2,5,6,  7,8,11,13,21,  22,24 6:1,3, |
| **where**  8:24  12:6 13:3,8,  17 14:6 | 7,9,11,22,25  7:5,6,7,10,  13,20,23 8:2,  14,16,24 9:9, |
| **whether**  11:18 | 17,18,22  10:1,3,19,22, |
| **which**  6:19  13:21 | 23,24,25  11:1,6,23 |
| **who**  7:17 | 12:4,10,11,21  13:15,16,20, |
| **whoever**  13:24 | 21,23,24,25  14:2,5 |
| **whole**  4:10 | **you're**  5:14  8:9,18 9:10 |
| **why**  11:18,19  14:6 | 10:6 13:10,  11,16,25 14:8 |
| **will**  4:9  7:18,23 10:7  13:12 14:3,12 | **you've**  14:8 |
| **with**  5:14  6:13,22 7:2  8:2,11,16,17,  18 10:1,22  11:2,11 12:5,  12,17 13:21,  25 14:2,7,8 | **your**  4:6,19,  22 5:14,16,18  6:13,16,22  7:1,2 8:20  9:10 10:4,20,  23 12:12,14,  21,23,25  13:19 |
| **WITNESS**  4:12  8:15 | **Z** |
| **won't**  5:13 | **zone**  8:10,19 |
| **words**  10:17 | |
| **work**  8:24  10:12 | |
| **worked**  6:7 | |
| **works**  10:7 | |
| **would**  6:19  7:21 12:7 | |