Stephen Stepp
November 13, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 19-CV-80825-DMM

JENNIFER QUASHA, on behalf of
her son, H.Q., a minor,

             Plaintiffs,

vs.

CITY OF PALM BEACH GARDENS,
FLORIDA,

             Defendant.
_____/

DEPOSITION OF STEPHEN J. STEPP

Pages 1 through 72

Wednesday, November 13, 2019
10:38 a.m. to 12:38 p.m.
U.S. Legal Support, Inc.
444 West Railroad Avenue, Suite 300
West Palm Beach, Florida

Reported By:
KIMBERLEY A. ROSS

```
 1    APPEARANCES:

 2    On Behalf of the Plaintiffs:

 3              DISABILITY INDEPENDENCE GROUP, INC.
                2990 S.W. 35th Avenue
 4              Miami, Florida  33133
                305.669.2822
 5              mdietz@justdigit.org
                BY:  MATTHEW W. DIETZ, ESQ.
 6
      On Behalf of the Defendant:
 7
                JOHNSON, ANSELMO, MURDOCH,
 8              BURKE, PIPER & HOCHMAN, P.A.
                2455 East Sunrise Boulevard, Suite 1000
 9              Fort Lauderdale, Florida  33304
                954.463.0100
10              alexander@jambg.com
                BY:  SCOTT D. ALEXANDER, ESQ.
11

12    ALSO PRESENT:

13              JENNIFER QUASHA

14

15

16

17

18

19

20

21

22

23

24

25
```

Stephen Stepp
November 13, 2019                                    3

```
 1                    INDEX OF PROCEEDINGS

 2                                                    Page

 3   STEPHEN J. STEPP

 4   Direct Examination by Mr. Dietz               4

 5   Certificate of Oath                           69

 6   Certificate of Reporter                       70

 7   Read and Sign Letter                          71

 8   Errata Sheet                                  72

 9                       * * * * *

10                  PLAINTIFFS' EXHIBITS

11   Number            Description            Page

12   1     Information from Janice Massey re call    9
           to city manager's office from
13         Michael Quasha
     2     Note from Jennifer Quasha and Michael    12
14         Quasha in reference to a formal 504 ADA
           Response to ADA grievance                12
15   3     Quasha family response to questions      16
     4     Email from Mrs. Quasha                   16
16   5     Written response to Quashas relating     17
           to allegations
17   6     Chapter 46, "Parks and Recreation,"      48
           Palm Beach Gardens Code of Ordinances
18   7     Resolution 48, 2019                      51
     8     Agenda of Parks & Recreation Advisory    55
19         Board dated 11/21/2016
     9     Transmittal sheet from the City of Palm  56
20         Beach Gardens re modifications to
           concession stand at Gardens Park
21   10    Purchase order for construction of       58
           baseball batting cages and pitching
22         areas at Gardens Park
     11    2018 "Recreation Summer Analysis"        60
23         PowerPoint by the City of Palm Beach
           Gardens
24

25
```

1          Deposition taken before Kimberley A. Ross,

2   Notary Public in and for the State of Florida at

3   Large in the above cause.

4                      *****

5          THE REPORTER:  Do you swear the testimony

6      you are about to give will be the truth, the

7      whole truth, and nothing but the truth?

8          THE WITNESS:  I do, yes, ma'am.

9   THEREUPON,

10                  STEPHEN J. STEPP,

11  having been first duly sworn, was examined and testified

12  as follows:

13                  DIRECT EXAMINATION

14  BY MR. DIETZ:

15      Q.  Please state and spell your name for the

16  record.

17      A.  Stephen Stepp.  S-T-E-P-H-E-N S-T-E-P-P.

18      Q.  Good morning, Mr. Stepp.  My name is

19  Matthew Dietz.  I represent Jennifer Quasha for her

20  son H.Q. versus the City of Palm Beach Gardens.

21          Have you ever had your deposition taken

22  before?

23      A.  Yes.

24      Q.  So you know the routine about allowing me

25  to speak before you speak, everything has to be out

1    loud and verbal so it gets on the record, and your

2    counsel may object to the form of the question.

3    Unless he asks you not to answer any question,

4    please answer to the best of your ability.

5        A.   Yes.

6        Q.   Thank you.

7             Where do you currently work, Mr. Stepp?

8        A.   For the City of Palm Beach Gardens.

9        Q.   And what do you do for the City of Palm

10   Beach Gardens?

11       A.   I am currently the deputy city manager.

12       Q.   And who do you report to as the deputy

13   city manager?

14       A.   Ron Ferris, the city manager.

15       Q.   How long have you been the deputy city

16   manager?

17       A.   A little over a year.

18       Q.   And prior to being the deputy city

19   manager, what was your position?

20       A.   Chief of police.

21       Q.   And what city were you the chief of police

22   for?

23       A.   The City of Palm Beach Gardens.

24       Q.   And how long were you the chief of police

25   for the City of Palm Beach Gardens?

1       A.    Approximately 15 years.

2       Q.    And what was your job prior to being the

3   chief of police?

4       A.    I was assistant chief of police in

5   North Miami.

6       Q.    The City of North Miami?

7       A.    Yes.

8       Q.    And how long were you the assistant chief

9   of police for the City of North Miami?

10      A.    I don't know the exact number of years as

11  assistant chief, but I was with the police

12  department there approximately 25 years and with the

13  City a total of approximately 28 years.

14      Q.    What is your educational background?

15      A.    I have a Master's degree in public

16  management with specialization in human resource

17  development and a Bachelor's in criminal justice.

18      Q.    And when did you get your Master's in

19  public management?

20      A.    I believe 1996.

21      Q.    From where?

22      A.    St. Thomas University.

23      Q.    What licenses or certificates do you have?

24      A.    With the State of Florida, the police

25  officers standards in training.

Stephen Stepp
November 13, 2019                                        7

1        Q.   Anything else?

2        A.   I think from my recollection that's the

3   main.  I mean, there's other licenses, a driver's

4   license, things like that; but I don't think that

5   pertains to your question.

6        Q.   No.

7             What are your duties as deputy city

8   manager?

9        A.   I oversee a number of component units,

10  departments, within the City; and assist the city

11  manager and fill in, in his absence.

12       Q.   Are there other deputy city managers?

13       A.   No.

14       Q.   Which components do you oversee?

15       A.   There are a number that include the police

16  department, the leisure services or recreation

17  department, the public services, the building

18  department, code enforcement, city engineer.  I work

19  closely with the fire department overseeing some of

20  their projects; the parks department, which is

21  separate from recreation also known as leisure

22  services.

23       Q.   What are your duties with regards to the

24  park department or the leisure services?

25       A.   I oversee the department heads that run

Stephen Stepp
November 13, 2019                                    8

1   that and get involved in some of their building

2   projects and just overall oversight of what they do.

3         They run their individual departments as a

4   department head, and I have oversight with them.

5         Q.   And who is the department head for the

6   parks department?

7         A.   That falls under David Reyes.

8         Q.   Is the parks department and leisure

9   department one and the same?

10        A.   No.

11        Q.   Okay.  And who is the head of the leisure

12  department?

13        A.   Charlotte Presensky.

14        Q.   What is the role of the parks department?

15  What do they do?

16        A.   They maintain the facilities.  So whether

17  it's groundskeeping or growing grass or involved in

18  buildings or maintenance of the areas, that's what

19  they do.

20        The leisure services is more involved with

21  programming.

22        Q.   You said you were the deputy city manager

23  for approximately a year.  When did you start?

24        A.   I believe the anniversary date of the

25  first year was March; so it's probably close to a

Stephen Stepp
November 13, 2019                                9

1    year and a half.

2         Q.   When did you first hear of the names of

3    Jennifer Quasha or Michael Quasha?

4         A.   When there was information relayed to me

5    about a child with a peanut allergy that we were

6    looking to accommodate.

7              (Exhibit 1 marked for identification.)

8    BY MR. DIETZ:

9         Q.   Can you identify what's marked as

10   Plaintiffs' Exhibit 1?

11        A.   This is information to me from

12   Janice Massey, who is an executive assistant for the

13   city manager, that a call came to the city manager's

14   office from a Dr. Michael Quasha.

15        Q.   And did you receive this email?

16        A.   I believe so.  It's addressed to me.

17        Q.   Is this the first time that you heard of

18   the Quashas?

19        A.   I don't -- I don't recall.

20        Q.   Do you recall --

21        A.   The timing of this seems to make sense.

22   It would have been about that time.

23        Q.   After you received this inquiry, what did

24   you do then?

25        A.   I believe I spoke with our leisure

Stephen Stepp
November 13, 2019                              10

1   services administrator department head to see if

2   they had any information from this.  I don't recall

3   any specific conversations or the date and time that

4   took place, but I began to look deeper into it to

5   find out basically what was going on with it.

6        Q.   The administrator and the department head,

7   or are they one and the same?

8        A.   One and the same, but it would have also

9   been the assistant department head Daniel Prieto.

10       Q.   And do you recall what occurred after you

11  spoke to Daniel Prieto?

12       A.   I don't remember the specifics of the

13  conversation, but he indicated that he had either

14  been in touch with the Quasha family or was going to

15  and that he was going to speak with the Palm Beach

16  Gardens Youth Athletic Association known as YAA or

17  PBGYAA to get some more information on this case.

18  That's all that I recall.

19       Q.   Prior to -- well, withdrawn.

20            Does the City of Palm Beach Gardens have

21  an ADA coordinator?

22       A.   I am the ADA coordinator now.

23       Q.   And when did you become the ADA

24  coordinator?

25       A.   Shortly after learning about this case.  I

Stephen Stepp
November 13, 2019                                    11

1    don't remember the exact date.

2         Q.   After -- after -- well, withdrawn.

3              Was it before or after this email that's

4    marked as Plaintiffs' Exhibit 1?

5         A.   I don't know.  I don't recall.

6         Q.   What training did you receive to become

7    the ADA coordinator?

8         A.   Just did some research on what an ADA

9    coordinator should do and to try and facilitate the

10   needs of anyone making an ADA complaint; that we

11   needed someone that it could go through that would

12   follow up on it and see if any accommodations should

13   be made.

14             (Off the record discussion.)

15             (Jennifer Quasha now present.)

16   BY MR. DIETZ:

17        Q.   Did you get any information from the Palm

18   Beach County ADA coordinator with regards to your

19   duties or responsibilities?

20        A.   I don't believe so.

21        Q.   Does the City of Palm Beach Gardens have

22   any ADA policies or procedures?

23        A.   I believe there is a policy and procedure

24   in place.

25        Q.   And what is the procedure when an ADA

1  issue comes into the city?

2      A.   That I would make contact with the person,

3  hear what the complaint is, and follow up on that.

4          MR. DIETZ:  Let's mark this as Plaintiffs'

5      Exhibit 2.

6          (Exhibit 2 marked for identification.)

7  BY MR. DIETZ:

8      Q.   Can you identify what's been marked as

9  Plaintiffs' Exhibit 2?

10     A.   Yes.  It looks like a note from

11 Jennifer Quasha and Dr. Michael Quasha in reference

12 to a formal 504 ADA entitled "To:  Complaint" to my

13 attention, and it looks as if it is a request for

14 what they believe are three reasonable

15 accommodations.

16     Q.   Prior to you being the ADA coordinator for

17 the City of Palm Beach Gardens, was there another

18 person that was tasked with the job of being the ADA

19 coordinator?

20     A.   Not that I am aware of.

21         MR. DIETZ:  Let's mark this as Plaintiffs'

22     Exhibit 3.

23         (Exhibit 3 marked for identification.)

24 BY MR. DIETZ:

25     Q.   Can you identify what's marked as

Stephen Stepp
November 13, 2019                                    13

1    Plaintiffs' Exhibit 3?

2         A.   Yes.  This is a response from me to the

3    Quashas indicating that I was in -- that I am in

4    receipt of their formal ADA grievance, and I asked

5    them for some additional specific information.

6         Q.   After receiving the letter of April 15th,

7    2019, what did you do with regards to this

8    complaint?

9         A.   I tried to get additional information as

10   to what was taking place from our leisure services

11   people, and we had a meeting with a representative

12   from the YAA.

13        Q.   Was that before or after Plaintiffs'

14   Exhibit 3?

15        A.   I don't recall.

16        Q.   What is the procedure -- what is your

17   procedure to do upon receipt -- well, withdrawn.

18             Is there a specific procedure of what to

19   do after receiving an ADA complaint?

20        A.   To look into it and see if there were any

21   reasonable accommodations that we felt that we could

22   accomplish.  Our goal ultimately was in this case,

23   which is the only one that I'm aware of, the only

24   complaint that I'm aware of that the City has

25   gotten, we wanted the child to be able to play in a

```
 1   reasonably safe environment.
 2        Q.   So which leisure services people did you
 3   speak with?
 4        A.   To my recollection, it would have been
 5   Daniel Prieto and Charlotte Presensky.
 6        Q.   Who is Charlotte Presensky?
 7        A.   She is the department head for leisure
 8   services or recreation.
 9        Q.   What information did Charlotte Presensky
10   have?
11             MR. ALEXANDER:  Object to form.
12   BY MR. DIETZ:
13        Q.   Let me rephrase that.  What did
14   Charlotte Presensky tell you?
15        A.   She was in the meeting.  I don't recall
16   any specific information that she had put out.
17   Daniel Prieto spoke.
18        Q.   And what did Daniel Prieto say?
19        A.   That he had been in touch with the Quashas
20   and with the YAA and explained that -- what our
21   current procedures were and his understanding of
22   what their request was.
23        Q.   And what did he explain to you about what
24   the current procedures were?
25        A.   That our city employees prepare the fields
```

Stephen Stepp
November 13, 2019                              15

```
 1   on a daily basis including cleaning out the dugouts
 2   for play that day, and that's done every day.
 3            Towards the afternoons, those employees
 4   move to different areas and kind of rotate around
 5   the different parks to conduct maintenance or
 6   repairs or things that need to be done there, and
 7   that the cleaning of the dugouts was done on a daily
 8   basis.  They had spoken to the YAA about
 9   possibilities for scheduling, for notifying
10   teammates and parents and coaches of the allergy,
11   and some possibilities of scheduling for either the
12   fall or the spring season.  It was the lighter --
13   the lighter T-ball season, to try and make some
14   accommodations.
15       Q.   Were the accommodations suggested by the
16   Quashas considered prior to the alternate
17   accommodation from Mr. Prieto?
18            MR. ALEXANDER:  Object to form.
19            THE WITNESS:  I don't -- I don't know when
20       that was done.
21   BY MR. DIETZ:
22       Q.   Okay.
23       A.   I'm not aware.
24            MR. DIETZ:  Let's mark this as Plaintiffs'
25       Exhibit 4.
```

Stephen Stepp
November 13, 2019                              16

```
 1              (Exhibit 4 marked for identification.)
 2    BY MR. DIETZ:
 3         Q.   Can you identify what's marked as
 4    Plaintiffs' Exhibit 4?
 5         A.   I will have to review it first here for a
 6    moment.
 7         Q.   Sure.  Take your time.
 8         A.   I believe this is information from the
 9    Quasha family in response to questions that I had
10    asked them about location and dates and the
11    specifics of the complaint that they filed.
12              MR. DIETZ:  Mark this as 5.
13              (Exhibit 5 marked for identification.)
14    BY MR. DIETZ:
15         Q.   Can you identify what is marked as
16    Plaintiffs' Exhibit 5?
17         A.   Give me a moment to review.
18         Q.   Sure.
19         A.   I believe this is an email from
20    Mrs. Quasha based on a phone call that we had where
21    she was -- appears to be trying to clarify some of
22    our discussion.
23         Q.   Do you recall having a discussion with
24    Mrs. Quasha?
25         A.   I do.  And I don't recall the specifics,
```

Stephen Stepp
November 13, 2019                        17

1  but when we hung up I felt like there wasn't good

2  communication, that there was a lack of

3  understanding of what we were trying to accomplish.

4  But I don't remember specifics.

5          And then in here, she asked that

6  everything be done in writing, which was fine

7  because I don't feel that we communicated well on

8  the phone.

9      Q.   Other than that one conversation, did you

10 have any other conversations with Miss Quasha?

11     A.   Not that I recall.

12     Q.   Do you recall any details of that

13 conversation?

14     A.   Not specifically at this time.

15          MR. DIETZ:  Mark this as 6.

16          (Exhibit 6 marked for identification.)

17 BY MR. DIETZ:

18     Q.   Can you identify what's marked as

19 Plaintiffs' Exhibit 6?  It's going to be one

20 document.  I'm just going to staple this all to the

21 next one.

22     A.   I believe that this is a written response

23 from me to the Quashas relating to the allegations

24 that they made, as I understood; some clarifications

25 that were made; and what the City and the YAA

Stephen Stepp
November 13, 2019                           18

1    offered to do which included sweeping the dugouts

2    and ensuring that the parents and coaches,

3    volunteers, and parents, the teammates, would be

4    fully informed of the peanut allergy.

5          And we also offered that while we would --

6    we are not going to stop the sale of peanuts, which

7    is at the discretion of the YAA, we would be willing

8    to place signs in there indicating food allergies

9    are present, in particular the peanut shells, and

10   ask them to place them in the trash receptacles.

11        Q.   I would like to go through this letter.

12             Did you have any assistance in drafting

13   this letter, or did you draft it by yourself?

14        A.   I believe I had assistance.

15        Q.   And who did you have assistance from?

16        A.   I knew we had a meeting or two.  I don't

17   recall --

18             MR. ALEXANDER:  The only thing I want to

19        caution you is if you had any meetings with the

20        city attorney regarding this matter, I do not

21        want you to divulge the content of any

22        conversations you had with any city attorney.

23        Other than that, you can answer.

24             THE WITNESS:  There were some meetings

25        with staff -- Charlotte Presensky and

Stephen Stepp
November 13, 2019                                    19

1        Daniel Prieto and I believe along with our city
2        attorney -- for me to help clarify what I felt
3        were the points that we wanted to make in
4        response.
5            I don't remember the particular parts.  I
6        would have to read, but I agreed with.  And
7        under my signature, this went out.  These are
8        my feelings.
9   BY MR. DIETZ:
10       Q.   So what do you mean under your signature
11  this went out?
12       A.   That I sent it under my name to the
13  Quashas.
14       Q.   Who wrote it?
15       A.   I think several of us put it together.  I
16  don't know who typed it.  I probably typed part of
17  it.  I don't recall who physically touched the
18  keyboard to do it.  Sometimes I do mine; sometimes I
19  have assistance.  I don't -- I don't recall the
20  specifics of that.
21       Q.   So this letter was a group effort?
22       A.   Information contained in it was put
23  together over several meetings.  Again, I don't
24  recall the specific dates or times or every piece
25  that was mentioned, but it was for me to get a feel

Stephen Stepp
November 13, 2019                              20

1    for what was taking place and what we could do to

2    have a full understanding, and then my response back

3    to the Quashas.

4         Q.   And were there notes maintained of the

5    meetings that you had prior to coming up with this

6    final product?

7         A.   None that I'm aware of.

8         Q.   Now, let's go through this.  The

9    allegations -- the first allegation that "The Palm

10   Beach Gardens Youth Athletic Association denied your

11   son, blank Quasha, the same reasonable accommodation

12   during the spring T-ball league that was afforded to

13   him during the fall T-ball league."

14           Did you have knowledge of what was

15   provided in the fall T-ball league?

16        A.   My understanding that was when the first

17   time -- well, let me answer your question.  Yes.

18        Q.   Okay.  Who provided you that knowledge?

19        A.   That was at a meeting with -- I believe

20   that Tony Badala from YAA was there, Daniel Prieto,

21   and Charlotte Presensky.

22        Q.   And where was that meeting held?

23        A.   In my office.

24        Q.   And how long was that meeting?

25        A.   I don't recall.  I don't know the date or

Stephen Stepp
November 13, 2019                              21

```
 1   time or how long it lasted.
 2        Q.   And did Mr. Badala participate in that
 3   meeting?
 4        A.   I believe he did.
 5        Q.   Now, can you turn to number 7,
 6   paragraph 7, on the next page.
 7             Is this your understanding of the
 8   accommodations that were granted during the fall
 9   season?
10        A.   Yes.
11        Q.   As ADA coordinator, did you believe that
12   these accommodations were reasonable?
13        A.   Yes.
14        Q.   Now, the first one says, "As part of the
15   standard maintenance conducted by city parks' crews,
16   the dugouts were swept each day prior to the first
17   use of the day."
18             That's what the normal course and scope of
19   what they do is; correct?
20        A.   Correct.
21        Q.   Are there maintenance workers at the
22   Gardens Park field throughout the day?
23        A.   Not necessarily.  They move around
24   depending on what their workload is for the day; so
25   they are not -- they are not there all the time.
```

Stephen Stepp
November 13, 2019                                    22

1    They prepare the fields early in the day and then

2    move on to do other work depending what's on their

3    schedule that day.

4         Q.   And when the PBGYAA has games, what park

5    employees are present at the Gardens Park?

6         A.   They come and go.  They float to other

7    facilities in and around the parks area doing

8    whatever maintenance or jobs that they do.  They

9    also monitor who is in and around the park.  So they

10   float.  We have a number of different parks around

11   the city; so we have part-time employees that float

12   around to the different parks.

13        Q.   Is there a schedule that's maintained of

14   these employees where they float?

15        A.   Not that I'm aware of.

16        Q.   And is there any requirement for there to

17   be at least one employee at the Gardens Park during

18   PBGYAA games?

19        A.   I don't know.

20        Q.   Who would be familiar with the staffing at

21   the Gardens Park?

22        A.   Probably the -- someone from the parks or

23   from the recreation leisure services.

24        Q.   Well, how do you derive your knowledge

25   that the parks' employees float from park to park?

Stephen Stepp
November 13, 2019                              23

```
 1        A.   Well, I see them at different times doing
 2   that; so my personal observation and knowledge over
 3   the years, over numerous years, of the work that
 4   they basically do.
 5             We have approximately 650 workers in the
 6   city.  So I don't look at their individual schedules
 7   at my level, but I know generally the work that they
 8   do.  But I don't have specifics on that.
 9        Q.   B.  Let's look at B, number 7.  "PBGYAA
10   scheduled all of blank's fall T-ball games as the
11   first game every game day."
12             Do you know whether T-ball games were
13   always the first game every game day?
14        A.   My understanding from that meeting was
15   that they were able to -- it's a shorter season or
16   smaller number of participants, and they were able
17   to schedule those games first; and that the
18   following season, they have nearly double their
19   participants and makes it very difficult for the
20   scheduling because of all the different events that
21   are going on there.
22             And most -- most people would prefer to
23   have the first game of the day.  It's convenient for
24   many families.  So that would be a sought-after
25   time.
```

Stephen Stepp
November 13, 2019                                    24

1        Q.   Do you have any knowledge when the T-ball

2   games are scheduled?

3        A.   We are not involved in that scheduling.

4   That's done through the YAA; so my answer would be

5   no.

6        Q.   Do you have any knowledge when the rookie

7   games are scheduled?

8        A.   No.

9        Q.   What efforts would need to be done to

10  ensure that a particular team's games are the first

11  game played during the day?

12        MR. ALEXANDER:  Object to form.

13        Predicate.  Foundation.  Pure speculation by

14        this witness.

15        THE WITNESS:  We do not schedule.  The YAA

16        sets up their league.  We're not involved in

17        that.

18  BY MR. DIETZ:

19        Q.   Do you ever ask them what efforts it would

20  take to ensure that a certain game is the first game

21  played during a day?

22        A.   All I recall is conversation.  It is very

23  difficult to schedule during the larger season

24  because of the competing needs of the fields and the

25  rotations that take place.  That's all that I

Stephen Stepp
November 13, 2019                              25

```
 1   recall.
 2        Q.   Did you ask why it was difficult?
 3        A.   I don't recall.
 4        Q.   Do you know if it would be a fundamental
 5   alteration to ensure that a game is the first game
 6   during game day?
 7             MR. ALEXANDER:  Object to form.
 8   BY MR. DIETZ:
 9        Q.   Let me withdraw that.
10             Are you familiar with what a fundamental
11   alteration is under the ADA?
12        A.   I don't recall at this point in time, no.
13        Q.   Do you have an understanding what a
14   fundamental alteration is?
15        A.   Not at this moment.
16        Q.   Let's go to the second one, C.
17        A.   If I can clarify, if you're talking about
18   a technical legal term of that definition, the
19   answer is no.  In general terms, I understand and
20   have been involved in scheduling leagues as a
21   volunteer over many years, many years ago, and I
22   know the difficulties in scheduling for a league.
23   But your specific question, no.
24        Q.   Let's go to C.  "PBGYAA delayed the sale
25   of peanuts until the end of the first game."
```

Stephen Stepp
November 13, 2019                                    26

1              Do you know how PBGYAA did that?

2         A.   No.  Just that they told me they had

3    agreed during that season because the games were

4    scheduled first to delay the sale.

5              I recall that they didn't feel that it

6    would have any effect, but they agreed to do that.

7    And that's my recollection of that.

8         Q.   Do you know what hardship, if any, that

9    caused PBGYAA?

10        A.   I don't know.

11        Q.   Did they tell you how much money they lost

12   because they delayed sale of peanuts until the end

13   of the first game?

14        A.   I don't believe that was any part of our

15   conversation that I recall.

16        Q.   Does the City of Palm Beach Gardens make

17   any money from the sale of peanuts that the PBGYAA

18   sells?

19        A.   Not that I'm aware of.

20        Q.   Does the PBGYAA pay any money to rent out

21   the concession area?

22        A.   Not to my knowledge.  We provide the

23   structure, and they run the concession.

24        Q.   When other entities run the concession, do

25   they pay money to rent that facility?

Stephen Stepp
November 13, 2019                          27

```
 1              MR. ALEXANDER:  Object to form.  Assumes
 2       facts not in evidence.
 3              THE WITNESS:  I am not aware of that.
 4  BY MR. DIETZ:
 5       Q.   Let's go back to page 1, the last
 6  sentence -- I mean the last two sentences, the last
 7  paragraph where it says number 2.
 8              So it's the second number 2, not the first
 9  number 2.  Do you see where I'm talking about?  It
10  says "Part of the spring"?
11       A.   Yes.
12       Q.   The accommodation that was suggested by
13  the City was "Part of the spring T-ball league
14  accommodations offered by PBGYAA was to schedule all
15  of the games at the North Palm Beach baseball
16  facility available due to interleague play or
17  possibly providing your son's coach with an EpiPen.
18  The NPBB facility is only a little more than one
19  mile away from the City's facilities and does not
20  have a concession stand."
21              Do you see that?
22       A.   Yes, I do.
23       Q.   What knowledge did you have of the
24  arrangement between the PBGYAA and the North Palm
25  Beach baseball facility?
```

1       A.    I believe that my information came from

2    Tony Badala and Daniel Prieto that my understanding

3    was North Palm Beach did not have enough

4    participants to run their own league at that time

5    and that, during that time, there was lesser

6    participation with our YAA and that they combined

7    the groups for interleague play under the YAA and

8    that they would use those fields also.

9           And the reason for moving the games to

10   those fields was that it offered an opportunity to

11   play at a field that was a very nice field, a very

12   short distance away, probably a block or so outside

13   of the city limits, not very far from the other

14   fields, and that it offered no concession stand,

15   which means people would have to bring their own

16   food or beverages; and that he would be able to stay

17   with his team in the YAA league with the coach with

18   his teammates, which seemed very reasonable.

19      Q.    And how would the -- and who would his

20   team be made up of?

21      A.    I believe it was the same coach and team

22   that he was on before, but we don't schedule that.

23   The YAA does.  So I don't have any specifics on that

24   at all, but that was my understanding.

25           And I think that's where some of the

Stephen Stepp
November 13, 2019                              29

```
1    confusion came in; that he was being sent to North
2    Palm Beach to play in a different league in North
3    Palm Beach and they wanted to play in the league in
4    their city with their -- his friends and coach.
5            And my understanding is no one wanted to
6    deny that at all.  That was never what was being
7    proposed.  That was my understanding.
8        Q.   In 2019 do you know if there were any
9    games played in the North Palm Beach baseball
10   facility?
11       A.   I don't have any knowledge one way or the
12   other to that.
13       Q.   Do you know if the -- this current, I
14   mean, the upcoming spring season, if there are going
15   to be any games played at the North Palm Beach
16   baseball facility?
17       A.   I don't know.  That would be the YAA.
18       Q.   Can you describe the facilities available
19   at Gardens Park?
20       A.   We have baseball fields for different ages
21   and different types of activities.  I believe
22   there's eight fields.  It's going through some major
23   renovation right now to enhance the facilities with
24   training sites and additional fields and new
25   lighting.
```

Stephen Stepp
November 13, 2019                                    30

```
 1              We added observation decks and bleachers
 2    and other amenities and are in the process of
 3    building what's called the Miracle League Field for
 4    disabled children to be able to enjoy the game.  And
 5    we were in the process of building that right now.
 6         Q.   And are you in the process of building an
 7    indoor facility as well?
 8         A.   Yes.  That is part of the training
 9    facility that will benefit from Major League
10    professional baseball players down to our youth
11    athletes.
12         Q.   And what's going to be contained in that
13    facility?
14         A.   I don't know all the specifics of it.  I
15    believe it's approximately a 10,000-square-foot
16    facility.  It will have some offices and a place for
17    trainers, and then some of the fields where batting
18    cages or pitching mounds will be used also.
19              And that it is a public-private
20    partnership agreement with Cressey Sports, I believe
21    is the name of the group, and they are going to be
22    leasing that facility from the City and also
23    providing some training for either youth coaches or
24    youth baseball players.  That's my understanding.
25         Q.   Is PBGYAA going to have an office at that
```

Stephen Stepp
November 13, 2019                              31

```
 1   facility?
 2        A.   I had heard that at one time.  I don't
 3   know if that was built into the facility or not.  I
 4   don't know.
 5        Q.   Other than baseball, does the Gardens Park
 6   have any other amenities?
 7        A.   It's in transition right now, but the
 8   answer is yes.
 9        Q.   What are the other amenities for
10   Gardens Park?
11        A.   There's a tot lot facility for children to
12   play on like swings and climbing apparatus.  We had
13   soccer fields, but we built a new soccer facility;
14   so that has transformed.  I don't recall other
15   amenities.
16        Q.   Do you know what amenities the North Palm
17   Beach baseball facility has?
18        A.   No.
19        Q.   Can you turn to the next page.  Number 3
20   says, "Daniel Prieto, deputy leisure services
21   administrator, never disclaimed responsibility on
22   behalf of the city.  Mr. Prieto directed you to
23   address operation's programming issues with PBGYAA;
24   however, he did misspeak when he stated the matter
25   was closed as it related to the City."
```

Stephen Stepp
November 13, 2019                                      32

```
 1              What does that mean?
 2        A.    Which part?
 3        Q.    Number 3.  What does it mean that -- that
 4   the matter is not closed, that he -- well,
 5   withdrawn.
 6              In looking at that, can you tell me what
 7   responsibility the City has, if any?
 8              MR. ALEXANDER:  Object to form.
 9              THE WITNESS:  The YAA runs the programming
10        for a number of the sports, most of the sports,
11        in the city with the youth programming.  And
12        they are involved in that with, my
13        understanding, hundreds and hundreds of
14        volunteers.
15              For the City to be able to do a program
16        like that, just couldn't be done to the level
17        that they do it.  And it's gotten rave reviews
18        over the years.  Most of us are extremely
19        impressed with the programming that they are
20        able to do.
21              The City's part is to build the facilities
22        and to basically maintain them and prepare them
23        for the game days.  And it's worked as a good
24        partnership in doing that and providing great
25        facilities and great programming, in my
```

Stephen Stepp
November 13, 2019                                    33

```
 1           opinion, for the youth of our community and
 2           surrounding areas.  Thousands of children go
 3           through the programming.
 4    BY MR. DIETZ:
 5           Q.   So what responsibility does -- do you
 6    believe that the City has with regards to how this
 7    matter is handled by the City?
 8           A.   I think when Mr. Prieto -- if he stated
 9    that the matter was closed, I disagreed, and we
10    needed to look into it further.  And that was why we
11    had several of these meetings and why I responded
12    back to the Quashas and offered what we thought was
13    a reasonable accommodation.
14           Q.   Why did the City need to offer a
15    reasonable accommodation?
16                MR. ALEXANDER:  Object to form.
17                THE WITNESS:  We felt that it was the
18           right thing to do.  And I mentioned earlier
19           that everyone involved in this that I'm aware
20           of from the YAA and the City had always wanted
21           this child to be able to play in the league and
22           never restricted, which was part of the
23           miscommunication, I think, that took place at
24           least on the phone call that I had with
25           Mrs. Quasha, and that we weren't keeping the
```

Stephen Stepp
November 13, 2019                           34

1        child or forbidding him to play.

2             YAA, to my understanding, was not; but,

3        again, they run the program, which has been

4        pretty successful.

5             MR. ALEXANDER:  "They" being?

6             THE WITNESS:  YAA runs the programming and

7        the City provides the facility to do it.

8             So I don't feel that the matter was

9        closed, and I felt that we needed to look at it

10       and to see if there were any reasonable

11       accommodations that we could do.

12   BY MR. DIETZ:

13       Q.   And by "we," you mean both the City and

14   the PBGYAA?

15       A.   Well, I'm speaking for the City.

16       Q.   Okay.

17       A.   But I don't think the YAA was necessarily

18   opposed to trying to accommodate with what we

19   thought was reasonable in order to have the child

20   play.

21            I think that's where some of the

22   miscommunication -- that we were trying to keep the

23   child from playing, and it's just the opposite.  And

24   we've demonstrated that time and time again for

25   children with disabilities.

Stephen Stepp
November 13, 2019                    35

```
 1        Q.   Have you ever had a child with an allergy?
 2   Did you ever -- no.
 3             Have you ever had a child with an allergy
 4   come to you as ADA coordinator with regards to
 5   issues involving the PBGYAA?
 6        A.   Only the Quasha family.
 7        Q.   What other issues with regards to the
 8   PBGYAA have you dealt with as an ADA coordinator?
 9        A.   None that I'm aware of.
10        Q.   Did you ever ask the Quashas for more
11   detail about the nature or extent of H.Q.'s
12   disability?
13        A.   I think that was part of the phone
14   conversation, the only conversation that I had with
15   Mrs. Quasha.
16        Q.   Did you ever ask for any additional
17   documentation?
18        A.   I don't recall asking for more than what
19   was in the -- what I originally sent them that we
20   went over before, one of your earlier exhibits,
21   asking for more specifics.
22             (Whereupon, a break was taken from
23        11:34 a.m. to 11:36 a.m.)
24   BY MR. DIETZ:
25        Q.   Does the City limit the use of alcohol on
```

Stephen Stepp
November 13, 2019                    36

1    its property?
2         A.    Yes.
3         Q.    Is that by regulation, or is that just by
4    policy?
5         A.    I don't have that in front of me.  I would
6    have to look that up.  I don't know.  I can't answer
7    at this moment.
8         Q.    What other products does the City prohibit
9    from its properties?
10             I'm sorry.  Let me be more specific.
11             What products does the City limit from its
12   Burns Road Park property?
13        A.    I don't know of any products that we
14   limit.
15        Q.    Does the City allow smoking on -- at the
16   Burns Road Park?
17        A.    Yes.
18        Q.    Does the City allow chewing tobacco at the
19   Burns Road Park?
20        A.    To my knowledge, yes.
21        Q.    Can cigarettes be sold at the concession
22   stands?
23        A.    I don't know what they sell in the
24   concession stand.  That is run by the YAA, and I
25   have no idea if they -- if they have or not.  We

Stephen Stepp
November 13, 2019                                37

```
 1   don't control as long as it's legal.
 2        Q.   Can the City sell alcohol at its -- can
 3   the PBGYAA serve alcohol at its concession stand?
 4        A.   No.  I believe the liquor license would
 5   have to be under the City, and I don't see us doing
 6   that.
 7        Q.   Under 12-D, which says "Under the
 8   Americans with Disabilities Act, neither PBGYAA nor
 9   the City are required to cease selling peanuts.
10   Items may contain peanuts or may be processed in a
11   facility with peanuts."
12        A.   I'm not sure where you're at.
13        Q.   I'm at page 3 of 4, paragraph 12,
14   Section D.
15        A.   Okay.  I see it.
16        Q.   How did you come to the understanding that
17   under the Americans with Disabilities Act neither
18   the PBGYAA nor the City are required to cease
19   selling peanuts, items that contain peanuts, or may
20   be processed in a facility with peanuts?
21            MR. ALEXANDER:  The one thing I would
22        caution you on is if you received information
23        directly from the city attorney on that, I do
24        not want you to divulge the content of any
25        conversations you had with Mr. Lohman, the city
```

Stephen Stepp
November 13, 2019                              38

```
 1        attorney.
 2             If you derived that information
 3        independently of Mr. Lohman, then you can
 4        answer the question.
 5             THE WITNESS:  It was in -- partly in
 6        consultation with the city attorney.
 7             MR. ALEXANDER:  So then I don't want you
 8        to talk about that.
 9   BY MR. DIETZ:
10        Q.   Did you do any independent research
11   yourself?
12        A.   It was all done in consultation.
13        Q.   Have you ever went on the ADA.gov website?
14        A.   I'm sure I have.  I don't recall dates or
15   times or -- but, yes, I have.
16        Q.   Did you do any research independently on
17   accommodations for peanut allergies?
18        A.   Just my own knowledge over the years
19   concerning reasonable accommodations.
20        Q.   Can you look at number 14?
21        A.   Yes.
22        Q.   Tell me when you're done reading it to
23   yourself.
24        A.   Okay.  I finished reading.
25        Q.   Okay.  How would the danger of other
```

Stephen Stepp
November 13, 2019                                    39

```
 1    children or adults bringing in peanuts or foods with

 2    peanuts have on the accommodation requested by the

 3    Quashas?

 4            MR. ALEXANDER:  Object to form.

 5            THE WITNESS:  I'm not sure I understand

 6        the question.  If you want to repeat it.

 7    BY MR. DIETZ:

 8        Q.   Sure.  Number 14 talks about that the

 9    PBGYAA nor the City have control over what other

10    people bring into the parks, and that was one of the

11    reasons that was given why it wouldn't matter

12    whether or not peanuts were sold at the concession

13    area; is that correct?

14        A.   By and large, yes, people can bring

15    peanuts or other items that might contain peanuts or

16    other things that cause allergy reactions to the

17    park without our knowledge and spread around; so

18    yes.

19        Q.   In the North Palm Beach park, wouldn't it

20    be the same issue?  Couldn't a person bring in

21    whatever they want to eat at the North Palm Beach

22    park?

23        A.   I would image so.  I don't have firsthand

24    knowledge of that.

25             What we were trying to do was create an
```

Stephen Stepp
November 13, 2019                                    40

1   environment that was reasonably safe for the child

2   to be able to play.  And by controlling what goes

3   into the dugout and having them clean, having a

4   broom available and making the coaches and parents

5   and teammates aware, then that dugout area, we

6   believe, becomes safer and that that was reasonable.

7        Q.   Well, the question that I have -- and

8   we'll get to that -- is how would the fact that a

9   parent or a visitor can bring peanuts into the

10  Gardens Park be any different from a parent or

11  visitor bringing peanuts or peanut products in the

12  North Palm Beach park?

13            MR. ALEXANDER:  Object to form.

14            THE WITNESS:  I don't know if it would or

15       won't be.  I believe the YAA agreed to -- from

16       my understanding, to a park and schedule those

17       games for this child where there was no

18       concession stand.

19  BY MR. DIETZ:

20       Q.   And what would prevent a parent or child

21  or any other person from bringing peanuts into the

22  North Palm Beach park?

23            MR. ALEXANDER:  Object to form.

24       Predicate.

25            THE WITNESS:  If you can ask that again.

```
 1        I don't understand.
 2   BY MR. DIETZ:
 3        Q.    Sure.  What would prevent a parent or
 4   family from bringing a peanut butter sandwich into
 5   the North Palm Beach park?
 6        A.    I don't know.
 7        Q.    Now, you said something before in your
 8   answer about a peanut-free dugout.  How would that
 9   be maintained?
10        A.    The dugouts are cleaned at the beginning
11   of the day every day by our staff and brooms are
12   available for anyone else to clean the dugouts right
13   there at the concession stand readily available, not
14   very far away at all.
15             The coaches -- teammates in this case,
16   it's pretty young children -- teammates, parents,
17   team mom, team dad, anyone would have the ability to
18   quickly sweep.  It's very simple to do.  We have all
19   done it at one time or another when there was
20   something in dugouts where we have cleaned them in
21   short order.  And that creates, we believe, a safer
22   environment and is reasonable.
23        Q.    What is unreasonable about having a
24   peanut-free field?  One field?
25             MR. ALEXANDER:  Object to form.
```

Stephen Stepp
November 13, 2019                                    42

```
 1              THE WITNESS:  I don't know how we can

 2         control that totally and remove every bit and

 3         stop people from having peanuts.  The wind

 4         blows out there.  I don't know.

 5              I think the dugout is reasonable in having

 6         brooms to sweep it in short order is very

 7         reasonable.  I don't know that we can make

 8         every field or concession a -- bleachers, I

 9         don't know that we can control that.  I don't

10         think it's reasonable for the City to control

11         that.

12  BY MR. DIETZ:

13         Q.   What makes it unreasonable?

14         A.   I don't know how we would do it.

15         Q.   How would it be different from sweeping a

16  dugout, from sweeping the bleachers?

17              MR. ALEXANDER:  Object to form.

18              THE WITNESS:  I think a dugout in a very

19         short amount of time -- seconds or a minute or

20         whatever -- is very easy to sweep out and you

21         can visually see any debris and quickly deal

22         with it.

23              Across an entire field with the dirt and

24         the grass and bleachers nearby, people walking

25         around, it changing, I think it's much more
```

Stephen Stepp
November 13, 2019                          43

```
 1          difficult to control; but I think the smaller
 2          the area that's concentrated where the children
 3          are make it a lot easier, no different than
 4          walking through a parking lot or down the
 5          street.  I don't know that we can control that
 6          easily.  I don't think that's reasonable on our
 7          part.
 8   BY MR. DIETZ:
 9          Q.   Now, on the last page, it says, "However,
10   a sign will be placed at the concession stand
11   informing patient that children with food allergies
12   are present and encouraging them to place the peanut
13   shells into trash receptacles."
14               Who would make that sign?
15          A.   We agreed to do that.  And that was our
16   offer.  The City would make the sign, and we have
17   trash receptacles available throughout the park.
18   And we thought that was another reasonable
19   accommodation that the City was willing to do.
20          Q.   And when it says -- and the City would pay
21   for the sign?
22          A.   We would -- well, in effect, we would pay
23   for them.  We make our own signs.
24          Q.   Oh, you do.  How do you make your own
25   signs?  Do you have, like, a sign shop that makes
```

Stephen Stepp
November 13, 2019                              44

```
 1   signs?

 2        A.   Correct.

 3        Q.   Okay.  Do you have signs that say "No

 4   alcohol" on the field?

 5        A.   I don't know if we have specific signs

 6   that say that.

 7        Q.   Do you have signs that say what is

 8   permitted in the park and what is not permitted into

 9   the park like dogs?  Unleashed dogs?

10        A.   Yes.

11        Q.   Okay.  And do people still have their dogs

12   on the field?

13        A.   At times we find people that bring them,

14   and we have to address the issue.  It's not unusual

15   to find people violating those rules.

16        Q.   What effect would a sign that says --

17   encouraging people to place their peanut shells in

18   trash receptacles have on a person with allergies?

19             MR. ALEXANDER:  Object to form.  Calls for

20        speculation.

21   BY MR. DIETZ:

22        Q.   Well, let me change the question.

23             What was the purpose of granting this part

24   of the -- well, withdrawn.

25             What was the purpose of offering this
```

1   accommodation?

2       A.   Quite frankly, the purpose of it was to

3   offer what we felt was another reasonable

4   accommodation to be able to have the child play out

5   there and to offer something that we thought was

6   good from the City or -- or what YAA might be able

7   to do and something that would help satisfy the

8   parents.  It's just one additional step.

9            Is it a catchall?  Would it absolutely

10  make for a perfect scenario?  I don't know.  That

11  would be speculation, but we offered to do that as

12  an additional step.  I told you before our goal was

13  to have the child playing, but we can only do what

14  we feel is reasonable.

15      Q.   Why did you believe that having the sign

16  would be good?

17      A.   Because some people would follow those

18  rules, and knowing that the people with allergies

19  were around, might be more likely to put them into

20  the receptacle; because there are lot of really,

21  really good families that obey the rules and come

22  there and are concerned.

23           Just like telling -- we had a request to

24  tell the teammates hoping that they would comply.

25  Does that mean another kid on the team couldn't have

Stephen Stepp
November 13, 2019                              46

1    peanuts in his pocket or start eating them?  But by

2    giving the parents and the coaches and everyone

3    knowledge that there was a child there with an

4    allergy, there is a high probability that they would

5    try to accommodate them.

6              And we thought it was reasonable to ask

7    YAA, and they agreed, to let the coaches and parents

8    and teammates know that there was a child with an

9    allergy.

10       Q.   And you believed that the parents and

11   spectators would comply with signs that are posted

12   on the most part?

13       A.   Well, I think the sign is just an

14   extension of telling the team and was reasonable,

15   not -- it's reasonable.  I stand by that.  It was a

16   reasonable accommodation that we offered.

17       Q.   My question is:  You believe that parents

18   and players and spectators would comply with what

19   coaches and other people from the PBGYAA said about

20   a child with an allergy and the signs would assist

21   in that as well; correct?

22       A.   No.  I said that some will comply with

23   that.  Just like when you asked about dogs in the

24   park.  There are people that violate and are going

25   to do what they are going to do.

1              It's not an end all.  It was just an

2    additional -- just like telling the parents, it

3    doesn't guarantee a child is not going to have a

4    peanut in his pocket or eat them in the dugout.  But

5    it's just one more what we thought was a positive

6    step to accommodate.

7              It is not an end all.  It doesn't

8    guarantee anything.  It was reasonable, we felt on

9    our part, to offer it.  And to my knowledge, they

10   have never taken us up on that.

11             MR. DIETZ:  Can we take a five-minute

12        break?

13             MR. ALEXANDER:  Sure.

14             (Whereupon, a break was taken from

15        11:53 a.m. to 11:58 a.m.)

16   BY MR. DIETZ:

17        Q.   Are you familiar with the City's

18   recreational facilities use policy and procedure

19   manual?

20        A.   Not specifically, no.

21        Q.   Have you seen the City's recreational

22   facilities use policy and procedures manual?

23        A.   I don't recall when I've seen it.

24        Q.   Do those policies and procedures pertain

25   to persons that have programs in the City parks?

Stephen Stepp
November 13, 2019                                    48

```
 1        A.   Sitting here right now, I don't recall the
 2   specifics of it at all.
 3             (Exhibit 7 marked for identification.)
 4   BY MR. DIETZ:
 5        Q.   Can you identify what's marked as
 6   Plaintiffs' Exhibit 7?
 7        A.   Was your question directed to me a moment
 8   ago?
 9        Q.   Yeah.  Can you identify that document?
10        A.   The first page says Chapter 46, "Parks and
11   Recreation," and goes on to articles having to do
12   with parks and recreation.  It's from our Palm Beach
13   Gardens Code of Ordinances.
14        Q.   And do these apply on all people who use
15   the park?
16        A.   Normally I would say yes.  I'm not sure
17   what you specifically mean by that, but generally
18   speaking, yes.
19        Q.   And these would apply to PBGYAA?
20             MR. ALEXANDER:  Object to form.
21             THE WITNESS:  I don't know.  I don't know
22        what your question is.
23   BY MR. DIETZ:
24        Q.   Is there any exception to the ordinances
25   involving parks and -- the use of City parks to
```

Stephen Stepp
November 13, 2019                                    49

1    PBGYAA?
2         A.    Well, as I mentioned earlier, we take care
3    of -- we build and maintain the facility.   And when
4    it comes to the programming of many of the youth
5    sports throughout the year in our parks, that is
6    programmed through the YAA, and they run those
7    programs.
8              And when it comes to things like
9    concession, we provide some storage area and the
10   concession stands for them, but we don't control
11   those.   We build them and take care of the
12   structure, but not what's inside or what they sell
13   out of it.
14        Q.    Do you know if any policies or rules of
15   the parks department exclude the PBGYAA from any of
16   the rules of the parks department?
17        A.    I don't know the answer to that right now.
18        Q.    Is it your understanding that the PBGYAA
19   is exempt from any of the rules of the parks
20   department?
21             MR. ALEXANDER:   Object to form.   Asked and
22        answered.
23             THE WITNESS:   That is not my
24        understanding.
25

Stephen Stepp
November 13, 2019                    50

```
 1   BY MR. DIETZ:
 2        Q.   Okay.
 3        A.   I think it's important --
 4             MR. ALEXANDER:  Wait for a question.
 5             MR. DIETZ:  What's that?
 6             MR. ALEXANDER:  You want to wait for a
 7        question.
 8             THE WITNESS:  No.  I think it's important
 9        to clarify that I do not deal with these rules
10        on a daily basis in my position.  I just want
11        to make that clear.  So I do not look at these
12        rules on a regular basis.  I do not recall the
13        last time I read through them.
14   BY MR. DIETZ:
15        Q.   Can you look at Section 46-3, "Enforcement
16   Authority."  And at 3, it says "The City manager may
17   adopt reasonable rules and regulations as he/she may
18   deem necessary to manage and govern park property
19   and activities."
20             Do you see that?
21        A.   Yes.
22        Q.   Okay.  As the deputy city manager that has
23   this as part of your purview, you're not aware of
24   the rules and regulations that are necessary to
25   manage and govern park property and activities?
```

Stephen Stepp
November 13, 2019                          51

```
 1              MR. ALEXANDER:  Object to form.
 2              THE WITNESS:  I don't believe that's what
 3         I am saying.  I'm saying I don't read these
 4         rules on a daily basis or interact with them.
 5              We have staff department heads, deputy
 6         department heads, and supervisors that deal
 7         with that.  If something were to come up that
 8         needed to go to a higher level, then we would
 9         review it with them and make decisions.  And I
10         believe that allows for the city manager to
11         adopt those reasonable rules and regulations.
12              Nothing immediately comes to mind that we
13         have done recently, but I don't recall sitting
14         here right at that moment.
15              MR. DIETZ:  Let's mark this as
16         Plaintiffs' 8.
17              (Exhibit 8 marked for identification.)
18    BY MR. DIETZ:
19         Q.   Can you look at Plaintiffs' 8 and tell me
20    what you see?  Can you identify the document?
21         A.   I'm just seeing it now.  It says
22    Resolution 48, 2019, a resolution of the city
23    council of Palm Beach Gardens updating the schedule
24    of fees and charges for various services rendered.
25              This appears to be our fee schedule that's
```

Stephen Stepp
November 13, 2019                                    52

1   updated on an annual basis.

2        Q.    And can you go to where it's clipped, and

3   that starts the page of the parks and recreation,

4   just the general information.

5        A.    Yes.  I'm there.

6        Q.    Can you tell me what an affiliated group

7   is?

8        A.    An affiliated group -- and it uses PBGYAA

9   as an example -- that are involved in presenting

10  programs to participants in conjunction with the

11  City.

12            So as I mentioned earlier, we have

13  somewhat of a partnership with the YAA to provide

14  many of the youth sports programs that we would not

15  be able to successfully or at least to that extent

16  run by ourselves without having to spend a

17  tremendous amount of taxpayer dollars, and I'm not

18  sure that we would be able to do it as effectively.

19       Q.    Can you turn to the second page of fees

20  where the first one says -- it says "Master fees and

21  charge of schedule" and then it says "Single

22  basketball court, 2 hours."

23            MR. ALEXANDER:  Keep going back further.

24            THE WITNESS:  So not where it's paper

25       clipped?

Stephen Stepp
November 13, 2019                              53

1   BY MR. DIETZ:

2        Q.   Just take off the paperclip.  The next

3   page.

4        A.   Okay.

5        Q.   Now, the second item says "Concession

6   Stand Use," and it has a cost for each event and

7   deposits and cleaning fees.  Is this a same

8   concession stand that's used by the PBGYAA?

9        A.   I think so.  I don't have full knowledge

10  of that.  We have concession stands at different

11  parks.

12       Q.   Does the -- do any other groups use the

13  same concession stand that the PBGYAA uses?

14            I'm sorry.  Withdrawn.

15            Is a concession stand that the PBGYAA use

16  open for the use of any other group when the PBGYAA

17  is not using it?

18       A.   I am not aware personally of other groups

19  using the concession stand occupied by the YAA.  I

20  believe that they keep it secured with their own

21  items; so I'm not aware of any.

22       Q.   Do you know if the PBGYAA pays these fees

23  that are listed in this exhibit for the concession

24  stand use?

25       A.   No.

Stephen Stepp
November 13, 2019                                54

```
 1        Q.    Does the PBGYAA pay a light fee for the
 2   lights that it uses during night games?
 3        A.    Not to my knowledge.
 4        Q.    Does the PBGYAA pay the organized
 5   tournament fee?
 6        A.    Not to my knowledge.
 7        Q.    Does the PBGYAA pay the field prep fee?
 8        A.    Not to my knowledge.
 9        Q.    Does the PBGYAA pay for the staffing used
10   by the City?  I'm sorry.
11             Does the PBGYAA pay for the staffing that
12   is assigned to them?
13        A.    No.
14        Q.    What is Lyndsey Marsh's position?
15        A.    I don't know her exact title, but she
16   acts -- part of her duties are liaison with the YAA.
17        Q.    Does the YAA pay for her salary?
18        A.    No.  Just to clarify:  To my knowledge,
19   no, no funding comes from YAA for her salary.
20        Q.    Does the YAA give money to the City for
21   the nonresidents that use the programs?
22        A.    Yes.  There is an additional fee charged
23   to nonresidents that does come to the City.  That is
24   the only fee that I am aware of that YAA pays, and
25   that's a passthrough from what they collect for a
```

Stephen Stepp
November 13, 2019                              55

1   nonresident fee which helps us to maintain the

2   properties.

3          MR. DIETZ:  Let's mark this as Plaintiffs'

4      Exhibit 9.

5          (Exhibit 9 marked for identification.)

6   BY MR. DIETZ:

7      Q.   Can you identify what's marked as

8   Plaintiffs' Exhibit 9?

9      A.   It appears to be an agenda for the parks

10  and recreation advisory board.  And it says a joint

11  meeting with PBGYAA executive board from Monday,

12  November 21st, 2016, at 6:00 p.m.

13     Q.   Have you ever seen this document?

14     A.   Not that I recall.

15     Q.   Can you look at page 3 of this document.

16  There is a chart with a field -- with the field use

17  for fiscal year 2016.

18          Were you aware that the PBGYAA uses 77% of

19  the field time for their activities and services?

20          MR. ALEXANDER:  Object to form.

21          THE WITNESS:  No.  I have not seen this

22      document that I am aware of or that pie chart.

23          MR. DIETZ:  Let's mark this as Plaintiffs'

24      Exhibit 10.

25

Stephen Stepp
November 13, 2019                                    56

```
 1              (Exhibit 10 marked for identification.)
 2    BY MR. DIETZ:
 3         Q.   Can you please identify what's marked as
 4    Plaintiffs' Exhibit 10?
 5         A.   It looks like a purchase or transmittal
 6    sheet from the City of Palm Beach Gardens having to
 7    do with modifications to a concession stand at
 8    Gardens Park.
 9         Q.   Are you familiar with these documents --
10    with this document?
11         A.   Not initially first blush looking at this.
12    If I look at it for a moment, I may know more about
13    it.  I don't recall seeing this before.
14         Q.   Do you know about the modifications that
15    were done to the concessions at Gardens Park?
16         A.   By and large I know that we put some
17    viewing areas and scoring booths on top of the roof
18    and some additional shade and protective structures
19    from the elements along with some of the renovations
20    that are being done to the baseball area at
21    Gardens Park.
22         Q.   And are you familiar with a vendor
23    Ahrens Enterprises?  A-H-R-E-N-S?
24         A.   I know who Ahrens is.  They have done
25    several projects for the City, construction
```

Stephen Stepp
November 13, 2019                    57

```
 1   projects.
 2        Q.    What is the relation between
 3   Ahrens Enterprises and Tony Badala?
 4        A.    I don't know of any.  They are a
 5   construction company as far as I know.
 6        Q.    This concession stand is the one in which
 7   PBGYAA uses?
 8        A.    I think so.  You just put this in front of
 9   me.  I'm not familiar with it.  I mean, it's a large
10   document.  I don't know what all it entails, but I
11   believe that's the case.
12        Q.    If you want more details just to be sure,
13   you could look at Ahrens' letter which is attached
14   to the end of the contract as Exhibit A.
15        A.    I can read through this long list of value
16   engineering.  I'm not familiar.  This was done prior
17   to me taking on my current position and overseeing
18   some of these projects; so I have no independent
19   recollection of what this is here.  I would just
20   have to read it for the first time.
21        Q.    Was the concession stand that had two
22   raised decks -- is that the concession stand that is
23   used by the YAA?
24        A.    I believe so.
25        Q.    Okay.  Did the YAA pay any of the $513,500
```

Stephen Stepp
November 13, 2019                          58

1   that it cost to renovate the concession stands?

2        A.   I have no knowledge either way.  I don't

3   know.

4        Q.   Are you familiar with the baseball

5   expansion project?

6        A.   Somewhat.

7        Q.   What is your familiarity with the baseball

8   expansion project?

9        A.   I think I explained my knowledge of it

10  earlier in that we were adding some baseball fields,

11  renovating.  There is a training facility going in

12  there that will be used for several different

13  things, batting cages, practice pitching areas, the

14  Miracle League Field.  I think I said additional

15  baseball fields.  Some of the new enhanced LED

16  lighting for the fields.  That's what I recall.

17            MR. DIETZ:  Can you mark this as

18        Plaintiffs' Exhibit 11.

19            (Exhibit 11 marked for identification.)

20  BY MR. DIETZ:

21        Q.   Did it also involve the construction of

22  baseball batting cages and pitching areas at

23  Gardens Park?

24        A.   Yes, it does.

25        Q.   Can you identify what's marked as

Stephen Stepp
November 13, 2019                          59

```
 1   Plaintiffs' 11?
 2        A.   A purchase order transmittal from the City
 3   of Palm Beach Gardens for the construction of
 4   baseball batting cages and pitching areas at
 5   Gardens Park.
 6        Q.   And did the PBGYAA pay any of the -- for
 7   any of the construction of the baseball batting
 8   cages and pitching areas at Gardens Park?
 9        A.   I don't recall right now what the details
10   of the funding for that are.  I don't know.  And
11   it's not listed on the document.  I don't recall.
12        Q.   Does the PBGYAA pay any money into
13   building the City's facilities at the parks?
14        A.   I don't know if there was some agreement
15   to be involved in this one or not.  I just -- I
16   don't -- I don't recall.
17        Q.   Do you know if there's any contracts or
18   agreements between the PBGYAA and the City?
19        A.   Not that I am aware of as I sit here that
20   I recall, no.
21        Q.   Have you ever attended parks and
22   recreation advisory board's joint meetings with the
23   PBGYAA?
24        A.   I don't believe that I ever have.
25             MR. DIETZ:  Mark this as 12.
```

Stephen Stepp
November 13, 2019                                  60

```
 1                  (Exhibit 12 marked for identification.)
 2    BY MR. DIETZ:
 3        Q.   Will you review this document.  My first
 4    question is a basic question.
 5             Have you ever seen the 2018 "Recreation
 6    Summer Analysis" PowerPoint by the City of Palm
 7    Beach Gardens?
 8        A.   I believe I have.  I don't recall
 9    specifics of it.
10        Q.   Can you turn to the chart of the municipal
11    campus.
12        A.   Yes, I have it.
13        Q.   Can you tell me what this chart displays?
14        A.   It looks like areas are highlighted for
15    either renovation or expansion of some of the
16    projects that are ongoing at the Gardens Park shown
17    here as the municipal campus.
18        Q.   So this is the Gardens Park and the shaded
19    ones are the proposed areas; correct?
20        A.   I don't know if that's completely correct.
21    I think some parts are where renovations or
22    enhancements are taking place.  Some of it is new,
23    and not all of it is related to just baseball.
24        Q.   Can you tell me where on this chart is the
25    concession stand that we're talking about?
```

Stephen Stepp
November 13, 2019                                    61

```
 1        A.    There are, I believe, two that I am aware
 2   of.  Do you want me to --
 3        Q.    Yes.  Tell --
 4        A.    -- point to you, or how do you want to me
 5   to describe them?
 6        Q.    Well, let me give you a highlighter.  I'm
 7   giving you a green highlighter.
 8              Can you please highlight where the
 9   concession stand is.
10        A.    To the best of my knowledge, there is a
11   concession stand there (indicating) and there
12   (indicating) that I recall.
13        Q.    And which one is the one that is used by
14   the PBGYAA?
15        A.    I think they both are, to my knowledge.
16        Q.    Now, there is a building towards the
17   bottom of the document, and it has a shaded square
18   and an unshaded area.  Can you tell me what that
19   building is?
20        A.    That is Fire Station No. 1.
21        Q.    Okay.  And what is the building at the
22   leftmost side of the chart?
23        A.    That's in the shaded area?
24        Q.    Correct.
25        A.    That would be renovations and enhancements
```

Stephen Stepp
November 13, 2019                                    62

1    to the City Hall building.  Addition and --

2    addition, which includes enhancements to some of the

3    current structure, but I believe that's the

4    additional part being added.

5         Q.   And what is the structure to the north of

6    that?

7         A.   That would be the police department.

8         Q.   Okay.  So when you switched jobs, you just

9    had to walk down the hall from one building to the

10   other?

11        A.   They are separate buildings but pretty

12   close.

13        Q.   And what are the buildings on the east

14   side -- or the right side of this piece of paper?

15        A.   That angled shaded-in area is the new

16   public works operation center building.

17        Q.   And the part that's in the flat part on

18   the southeast, what is that building?

19        A.   I'm not sure where you're talking about.

20   If you want to point to it or mark it or however you

21   want to do it.

22        Q.   I'll point to it.

23        A.   I'm not sure what you're talking about.

24        Q.   This building here (indicating).

25        A.   That is part of our community services.

Stephen Stepp
November 13, 2019                                   63

1   That is going through some minor renovation, and

2   some of its use is being switched around.  Some of

3   the people that were working in that building are

4   now in the new operations center building that we

5   just spoke about.  And some people from our motor

6   pool are moving -- property are moving into that

7   facility that you just pointed to.

8       Q.    And where is the playground?

9       A.    There's a couple areas that I'm aware of

10  where the kids play in this area right here and here

11  (indicating).

12      Q.    Okay.  In the corner is the field areas.

13            Where is the new facility going to be

14  built?

15      A.    What new facility?  We've got many, many

16  projects going on including recreational facilities.

17  Many of them.

18      Q.    On the baseball training center.

19      A.    I believe that is going -- I would have to

20  point to you -- right in here (indicating).

21      Q.    So it's in the shaded area between

22  Fields 9 and 10, proposed 9 and 10?

23      A.    On this sheet, yes.

24      Q.    Are there any other buildings or

25  structures that are of use for the public on the

Stephen Stepp
November 13, 2019                        64

```
1   municipal campus we have here that we haven't
2   discussed?
3        A.   There's some pavilion areas.  There's an
4   area that's used for our green market and other
5   activities.
6             There's a -- what we call our Veterans
7   Plaza, which is an open area that has a stage and
8   covered lighted area where we do special events
9   from.  We just did the Veterans Day there.  We do
10  Memorial Day and a number of other events, all
11  different kinds from concerts to plays on that stage
12  to informational meetings.  Many, many different
13  things are done in that area.
14            There are several covered pavilion areas
15  that are used for different events.  Sometimes teams
16  or families will use them.
17            And then directly across the street to the
18  south is a whole other recreational complex with
19  swimming pools and indoor -- quite a bit of indoor
20  facilities and more -- I guess you call them tot
21  lots and jogging tracks, and these are used in
22  conjunction.  People cross back and forth to use
23  both facilities jointly at the same time or same
24  day.  They kind of work hand-in-hand.
25            That is what comes to mind right now as
```

Stephen Stepp
November 13, 2019                                    65

1    far as other amenities on that property.

2         Q.    And now can you turn two pages ahead to

3    the Gardens Park concession and improvements.

4         A.    This page (indicating)?

5         Q.    Correct.  Yes.

6         A.    Okay.

7         Q.    It says "Estimated completion date:  Fall

8    of 2018."  Is it completed now?

9         A.    To my knowledge, it's complete.  It had to

10   do with covering the front of the concession and

11   having a scorer's booth and viewing area above the

12   concession related to it, but it also gives some

13   weather protection and redoing some of the fencing

14   and shelters over the actual bleachers.  That was

15   all part of the same project to enhance that for

16   both safety from the elements and in order to host

17   activities there.

18              It's not unusual to have a tournaments

19   there throughout the year that draws people to our

20   city.

21        Q.    Would the T-ball games be in one of these

22   fields that over- -- that look out on the fields?

23        A.    I believe so.

24        Q.    Okay.  And when we were talking about

25   bleachers, these are the bleachers that we would be

Stephen Stepp
November 13, 2019                         66

1   talking about?  The ones that are pictured?

2        A.   Yes.

3        Q.   Okay.  And the covered areas in the

4   following pictures, these are over the bleachers or

5   how do these -- there's a picture here that has

6   bleachers and it has -- some of them have covered

7   areas and some of them have roofs.  Is that how it

8   works?

9        A.   I'm not sure exactly what you're asking or

10  what page you're on.

11       Q.   Hold on.  Sure.

12       A.   If you want to show me an example, I will

13  try to describe it.

14       Q.   Like, this is a walking area.  Is there a

15  walking area over a bleacher?

16       A.   So that picture as I said I see it, which

17  is kind of zoomed in, I believe depicts a covered

18  area over the outside of the concession so that

19  people downstairs have some protection from the

20  elements.  And it also allows for people to go

21  upstairs to either video or score-keep or whatever

22  they may need to do upstairs.

23            So it serves -- that first floor roof also

24  serves as a floor for those who need to go up there

25  to assist with the games such as score-keeping or

Stephen Stepp
November 13, 2019                            67

1    officials or photographers.

2        Q.    Is the grass limited to the fields and the

3    rest of the area is paved?

4        A.    The best I can answer, if I even

5    understand your question, is that we have quite a

6    bit of parking spaces there that are asphalt.  There

7    are dry detention areas for stormwater runoff.

8    There are grass areas.  There are some artificial

9    turf areas, more to come like with the Miracle Field

10   and some of the training areas.  And then there's

11   the sports turf for the baseball fields.  And there

12   are other open areas with landscaping that have

13   grass and different types of plants.

14          So it's really a combination of others --

15   there's also sidewalks that lead in between the

16   fields out to parking lots and to the concessions.

17       Q.    Let me ask a little bit better question

18   because that was really an awful question.

19          With regards to the areas that go to the

20   concessions and that are around the fields, are

21   those paved areas?

22       A.    There are what I would term wide sidewalks

23   that separate the fields.  They are often used.  A

24   lot of times people cut across the fields.  That's

25   not unusual.  And people will set up on the sides of

Stephen Stepp
November 13, 2019                    68

1    the fields.  So it's really a combination of both.

2             There's wide paved areas, and there's

3    other areas in the grass; but to traverse from one

4    field to the other or to get to the concession

5    stand, it's not usual to see people cutting across

6    particularly before and after games.

7             Obviously in the middle of a game being

8    played, that's not likely to happen; but in between

9    games, highly likely.

10       Q.   And the bleachers are on that wide paved

11   path; correct?

12       A.   Yes.

13            MR. DIETZ:  Okay.  I have no further

14       questions.

15            MR. ALEXANDER:  Okay.  I'm not going to

16       ask you any questions, Mr. Stepp.

17            Would you like to read when this is

18       transcribed?

19            THE WITNESS:  Yes, I will read.

20            MR. DIETZ:  By the way, I want to order.

21                      *****

22            (The deposition was concluded at

23       12:38 p.m.)

24            (Reading and signing of the deposition was

25       not waived by the witness and all parties.)

1                     CERTIFICATE OF OATH

2    STATE OF FLORIDA

3    COUNTY OF PALM BEACH

4          I, Kimberley A. Ross, Notary Public, State of

5    Florida, certify that STEPHEN J. STEPP, personally

6    appeared before me on the 13th day of November, 2019, and

7    was duly sworn.

8          Signed this 25th day of October, 2019.

9

10

11

12

13

14    _____
      KIMBERLEY A. ROSS
15    Notary Public, State of Florida
      Commission No. FF950475
16    Commission Expires: January 27, 2020

17

18

19

20

21

22

23

24

25

Stephen Stepp
November 13, 2019                                    70

```
 1              CERTIFICATE OF REPORTER

 2   STATE OF FLORIDA

 3   COUNTY OF PALM BEACH

 4            I, KIMBERLEY A. ROSS, certify that I was

 5   authorized to and did stenographically report the

 6   deposition of STEPHEN J. STEPP, pages 1 through 68;

 7   that a review of the transcript was requested; and

 8   that the transcript is a true record of my

 9   stenographic notes.

10            I further certify that I am not a relative,

11   employee, attorney, or counsel of any of the parties,

12   nor am I a relative or employee of any of the parties'

13   attorneys or counsel connected with the action, nor am

14   I financially interested in the action.

15            Dated this 25th day of November, 2019.

16

17

18

19

20            _____

21            KIMBERLEY A. ROSS

22

23

24

25
```

```
 1   DATE:      November 25, 2019

 2   TO:        STEPHEN J. STEPP
                JOHNSON, ANSELMO, MURDOCH,
 3              BURKE, PIPER & HOCHMAN, P.A.
                c/o SCOTT D. ALEXANDER, ESQ.
 4              2455 East Sunrise Boulevard, Suite 1000
                Fort Lauderdale, Florida  33304
 5
     IN RE:     JENNIFER QUASHA, ET AL. vs.
 6              CITY OF PALM BEACH GARDENS, FLORIDA
                Deposition taken November 13, 2019
 7              U.S. Legal Support Job No. 2044712

 8   The transcript of the above-referenced proceeding has
     been prepared and is being provided to your office for
 9   review by the witness.

10   We respectfully request that the witness complete their
     review within 30 days and return the errata sheet to our
11   office at the below address or via email to:
     Southeastproduction@uslegalsupport.com.

12

13   Sincerely,

14

15   Kimberley A. Ross
     U.S. LEGAL SUPPORT, INC.
16   Courthouse Commons
     444 Railroad Avenue, Suite 300
17   West Palm Beach, Florida  33401
     (561) 835-0220
18
     CC via transcript:
19
     MATTHEW W. DIETZ, ESQ.
20

21

22

23

24

25
```

Stephen Stepp
November 13, 2019                              72

```
1                      ERRATA SHEET

2
               DO NOT WRITE ON THE TRANSCRIPT
3                ENTER CHANGES ON THIS PAGE

4     IN RE:     JENNIFER QUASHA, ET AL. vs.
                 CITY OF PALM BEACH GARDENS, FLORIDA
5                Deposition taken November 13, 2019
                 U.S. Legal Support Job No. 2044712
6
      PAGE NO.  LINE NO.   CHANGE           REASON
7

8     _____

9     _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19

20    Under penalties of perjury, I declare that I have read
      the foregoing document and that the facts in it are true.
21

22    _____       _____
      DATE                              STEPHEN J. STEPP
23

24

25
```

Stephen Stepp
November 13, 2019

1

---

## Exhibits

**EX 0001 Stephe
n Stepp PLTF 1
11319** 9:7,10
11:4
**EX 0002 Stephe
n Stepp PLTF 1
11319** 12:5,6,
9
**EX 0003 Stephe
n Stepp PLTF 1
11319** 12:22,
23 13:1,14

---

## $

**$513,500**
57:25

---

## 1

**1** 9:7,10 11:4
27:5 61:20
**10** 55:24
56:1,4 63:22
**10,000-square-
foot** 30:15
**11** 58:18,19
59:1
**11:34** 35:23
**11:36** 35:23
**11:53** 47:15
**11:58** 47:15
**12** 37:13
59:25 60:1
**12-D** 37:7
**12:38** 68:23
**14** 38:20 39:8
**15** 6:1
**15th** 13:6
**1996** 6:20

---

## 2

**2** 12:5,6,9
27:7,8,9
52:22
**2016** 55:12,17
**2018** 60:5
65:8
**2019** 13:7
29:8 51:22
**21st** 55:12
**25** 6:12
**28** 6:13

---

## 3

**3** 12:22,23
13:1,14 31:19
32:3 37:13
50:16 55:15

---

## 4

**4** 15:25 16:1,
4 37:13
**46** 48:10
**46-3** 50:15
**48** 51:22

---

## 5

**5** 16:12,13,16
**504** 12:12

---

## 6

**6** 17:15,16,19
**650** 23:5
**6:00** 55:12

---

## 7

**7** 21:5,6 23:9
48:3,6

---

**77%** 55:18

---

## 8

**8** 51:16,17,19

---

## 9

**9** 55:4,5,8
63:22

---

## A

**A-H-R-E-N-S**
56:23
**a.m.** 35:23
47:15
**ability** 5:4
41:17
**able** 13:25
23:15,16
28:16 30:4
32:15,20
33:21 40:2
45:4,6 52:15,
18
**about** 4:6,24
9:5,22 10:25
14:23 15:8
16:10 25:17
27:9 35:11
38:8 39:8
41:8,23
46:19,23
56:12,14
60:25 62:19,
23 63:5 65:24
66:1
**above** 4:3
65:11
**absence** 7:11
**absolutely**
45:9
**accommodate**
9:6 34:18
46:5 47:6

---

**accommodation**
15:17 20:11
27:12 33:13,
15 39:2 43:19
45:1,4 46:16
**accommodations**
11:12 12:15
13:21 15:14,
15 21:8,12
27:14 34:11
38:17,19
**accomplish**
13:22 17:3
**across** 42:23
64:17 67:24
68:5
**Act** 37:8,17
**activities**
29:21 50:19,
25 55:19 64:5
65:17
**acts** 54:16
**actual** 65:14
**ADA** 10:21,22,
23 11:7,8,10,
18,22,25
12:12,16,18
13:4,19 21:11
25:11 35:4,8
**ADA.GOV** 38:13
**added** 30:1
62:4
**adding** 58:10
**addition**
62:1,2
**additional**
13:5,9 29:24
35:16 45:8,12
47:2 54:22
56:18 58:14
62:4
**address** 31:23
44:14
**addressed**
9:16
**administrator**
10:1,6 31:21

---

adopt  50:17
 51:11
adults  39:1
advisory
 55:10 59:22
affiliated
 52:6,8
afforded
 20:12
after  9:23
 10:10,25
 11:2,3 13:6,
 13,19 68:6
afternoons
 15:3
again  19:23
 34:3,24 40:25
agenda  55:9
ages  29:20
ago  25:21
 48:8
agreed  19:6
 26:3,6 40:15
 43:15 46:7
agreement
 30:20 59:14
agreements
 59:18
ahead  65:2
Ahrens  56:23,
 24 57:3
Ahrens'  57:13
alcohol  35:25
 37:2,3 44:4
ALEXANDER
 14:11 15:18
 18:18 24:12
 25:7 27:1
 32:8 33:16
 34:5 37:21
 38:7 39:4
 40:13,23
 41:25 42:17
 44:19 47:13
 48:20 49:21
 50:4,6 51:1
 52:23 55:20

68:15
all  10:18
 17:20 21:25
 23:10,20
 24:22,25
 27:14 28:24
 29:6 30:14
 38:12 41:14,
 18 47:1,7
 48:2,14 57:10
 60:23 64:10
 65:15 68:25
allegation
 20:9
allegations
 17:23 20:9
allergies
 18:8 38:17
 43:11 44:18
 45:18
allergy  9:5
 15:10 18:4
 35:1,3 39:16
 46:4,9,20
allow  36:15,
 18
allowing  4:24
allows  51:10
 66:20
along  19:1
 56:19
also  7:21
 10:8 18:5
 22:9 28:8
 30:18,22
 58:21 65:12
 66:20,23
 67:15
alteration
 25:5,11,14
alternate
 15:16
always  23:13
 33:20
am  5:11 10:22
 12:20 13:3
 27:3 51:3
 53:18 54:24

55:22 59:19
 61:1
amenities
 30:2 31:6,9,
 15,16 65:1
Americans
 37:8,17
amount  42:19
 52:17
Analysis  60:6
and  4:2,7,11,
 15 5:1,9,12,
 18,21,24 6:2,
 8,12,17,18
 7:10,11 8:1,
 2,4,5,8,9,11
 9:1,15 10:3,
 6,7,8,10,15,
 23 11:9,12,
 23,25 12:3,
 11,13 13:4,
 11,20 14:5,
 18,20,21,23
 15:2,4,6,10,
 11,13 16:10,
 25 17:5,25
 18:2,3,5,9,
 15,25 19:1,6
 20:1,2,4,21,
 22,24 21:2,18
 22:1,4,6,7,9,
 16 23:2,16,
 17,19,22
 24:24 25:19,
 21 26:7,23
 27:19,24
 28:2,5,6,7,9,
 14,16,19,21,
 25 29:3,4,5,
 21,24 30:1,2,
 4,6,12,16,17,
 19,21,22
 31:12 32:11,
 13,17,22,23,
 24,25 33:1,9,
 10,11,12,18,
 20,21,25
 34:6,9,10,13,
 23,24 36:24

37:5 39:10,
 14,17 40:2,3,
 4,5,6,7,16,20
 41:11,21,22
 42:2,20,21,
 23,24 43:12,
 15,16,18,20
 44:8,11,14
 45:5,7,18,21,
 22 46:2,6,7,
 8,10,14,18,
 19,20,24
 47:9,18,22,24
 48:10,11,12,
 14,19,25
 49:3,6,8,9,
 11,21 50:16,
 17,18,19,24,
 25 51:6,9,11,
 19,24 52:2,3,
 8,17,20,21
 53:6,7 54:24
 55:10,19
 56:16,17,18,
 22 57:3,17
 58:22 59:4,6,
 8,10,18,21
 60:18,23
 61:11,13,17,
 18,21,25
 62:1,5,13,17
 63:1,5,8,10,
 22 64:4,7,10,
 17,19,20,21,
 22 65:2,3,10,
 11,13,14,16,
 24 66:3,6,7,
 20 67:2,10,
 11,13,16,20,
 25 68:2,6,10,
 24,25
angled  62:15
anniversary
 8:24
annual  52:1
another  12:17
 41:19 43:18
 45:3,25

answer   5:3,4
  18:23 20:17
  24:4 25:19
  31:8 36:6
  38:4 41:8
  49:17 67:4
answered
  49:22
any   5:3 10:2,
  3 11:12,17,22
  13:20 14:16
  17:10,12
  18:12,19,21,
  22 22:16
  24:1,6 26:6,
  8,14,17,20
  28:23 29:8,
  11,15 31:6
  32:7 34:10
  35:16 36:13
  37:24 38:10,
  16 40:10,21
  42:21 48:24
  49:14,15,19
  53:12,16,21
  57:4,25 59:6,
  7,12,17 63:24
  68:16
anyone   11:10
  41:12,17
anything   7:1
  47:8
apparatus
  31:12
appears   16:21
  51:25 55:9
apply   48:14,
  19
approximately
  6:1,12,13
  8:23 23:5
  30:15
April   13:6
are   4:6 7:7,
  12,15,23 10:7
  12:14 18:6,9
  19:7 21:21,25
  22:5 23:21

24:2,3,7,10
  25:10 29:14
  30:2,6,21
  31:9 32:12,
  18,19 37:9,18
  41:10,11
  43:3,12
  45:20,22
  46:11,24,25
  47:17 50:24
  52:9 53:23
  54:16 56:9,
  20,22 57:4
  58:4 59:10
  60:14,16,19,
  21,22 61:1,15
  62:11,13
  63:3,6,24,25
  64:13,14,15,
  21 65:25
  66:1,4 67:6,
  7,8,12,20,22,
  23 68:10
area   22:7
  26:21 39:13
  40:5 43:2
  49:9 56:20
  61:18,23
  62:15 63:10,
  21 64:4,7,8,
  13 65:11
  66:14,15,18
  67:3
areas   8:18
  15:4 33:2
  56:17 58:13,
  22 59:4,8
  60:14,19
  63:9,12 64:3,
  14 66:3,7
  67:7,8,9,10,
  12,19,21
  68:2,3
around   15:4
  21:23 22:7,9,
  10,12 39:17
  42:25 45:19
  63:2 67:20

arrangement
  27:24
articles
  48:11
artificial
  67:8
as   4:12 5:12
  6:10 7:7,21
  8:3 9:9 10:16
  11:4 12:4,8,
  13,21,25 13:9
  15:24 16:3,
  12,15 17:15,
  18,24 21:11,
  14 23:10
  25:20 30:7
  31:25 32:23
  35:4,8 37:1
  45:11 46:21
  48:5 49:2
  50:17,22,23
  51:15 52:9,
  12,18 55:3,7,
  23 56:3 57:5,
  14 58:17,25
  59:19,25
  60:17 64:25
  65:1 66:16,
  24,25
ask   18:10
  24:19 25:2
  35:10,16
  40:25 46:6
  67:17 68:16
asked   13:4
  16:10 17:5
  46:23 49:21
asking   35:18,
  21 66:9
asks   5:3
asphalt   67:6
assigned
  54:12
assist   7:10
  46:20 66:25
assistance
  18:12,14,15
  19:19

assistant
  6:4,8,11 9:12
  10:9
Association
  10:16 20:10
Assumes   27:1
at   4:2 17:14
  18:7 20:19
  21:21 22:5,
  17,20 23:1,6,
  7,9 25:12,15
  27:15 28:4,
  11,24 29:6,
  15,19 30:25
  31:2 32:6
  33:23 34:9
  36:7,15,18,21
  37:2,3,12,13
  38:20 39:12,
  21 41:10,13,
  14,19 43:10
  44:13 48:2
  50:11,15,16
  51:14,19
  52:15 53:10
  55:12,15
  56:7,11,12,
  15,20 57:13
  58:22 59:4,8,
  13 60:16
  61:21 64:23
  68:22
athletes
  30:11
Athletic
  10:16 20:10
attached
  57:13
attended
  59:21
attention
  12:13
attorney
  18:20,22 19:2
  37:23 38:1,6
Authority
  50:16

**available**
27:16 29:18
40:4 41:12,13
43:17
**aware**  12:20
13:23,24
15:23 20:7
22:15 26:19
27:3 33:19
35:9 40:5
50:23 53:18,
21 54:24
55:18,22
59:19 61:1
63:9
**away**  27:19
28:12 41:14
**awful**  67:18

—————

**B**

—————

**Bachelor's**
6:17
**back**  20:2
27:5 33:12
52:23 64:22
**background**
6:14
**Badala**  20:20
21:2 28:2
57:3
**baseball**
27:15,25
29:9,16,20
30:10,24
31:5,17 56:20
58:4,7,10,15,
22 59:4,7
60:23 63:18
67:11
**based**  16:20
**basic**  60:4
**basically**
10:5 23:4
32:22
**basis**  15:1,8
50:10,12 51:4
52:1

**basketball**
52:22
**batting**  30:17
58:13,22
59:4,7
**Beach**  4:20
5:8,10,23,25
10:15,20
11:18,21
12:17 20:10
26:16 27:15,
25 28:3 29:2,
3,9,15 31:17
39:19,21
40:12,22 41:5
48:12 51:23
56:6 59:3
60:7
**because**  17:7
23:20 24:24
26:3,12
45:17,20
67:18
**become**  10:23
11:6
**becomes**  40:6
**been**  4:11
5:15 9:22
10:9,14 12:8
14:4,19 25:20
34:3
**before**  4:1,
22,25 11:3
13:13 28:22
35:20 41:7
45:12 56:13
68:6
**began**  10:4
**beginning**
41:10
**behalf**  31:22
**being**  5:18
6:2 12:16,18
29:1,6 34:5
56:20 62:4
63:2 68:7
**believe**  6:20
8:24 9:16,25

11:20,23
12:14 16:8,19
17:22 18:14
19:1 20:19
21:4,11 26:14
28:1,21 29:21
30:15,20 33:6
37:4 40:6,15
41:21 45:15
46:17 51:2,10
53:20 57:11,
24 59:24 60:8
61:1 62:3
63:19 65:23
66:17
**believed**
46:10
**benefit**  30:9
**best**  5:4
61:10 67:4
**better**  67:17
**between**  27:24
57:2 59:18
63:21 67:15
68:8
**beverages**
28:16
**bit**  42:2
64:19 67:6,17
**blank**  20:11
**blank's**  23:10
**bleacher**
66:15
**bleachers**
30:1 42:8,16,
24 65:14,25
66:4,6 68:10
**block**  28:12
**blows**  42:4
**blush**  56:11
**board**  55:10,
11
**board's**  59:22
**booth**  65:11
**booths**  56:17
**both**  34:13
61:15 64:23

65:16 68:1
**bottom**  61:17
**break**  35:22
47:12,14
**bring**  28:15
39:10,14,20
40:9 44:13
**bringing**  39:1
40:11,21 41:4
**broom**  40:4
**brooms**  41:11
42:6
**build**  32:21
49:3,11
**building**  7:17
8:1 30:3,5,6
59:13 61:16,
19,21 62:1,9,
16,18,24
63:3,4
**buildings**
8:18 62:11,13
63:24
**built**  31:3,13
63:14
**Burns**  36:12,
16,19
**but**  4:7 6:11
7:4 10:4,8,13
17:1,4 19:6,
25 23:7,8
25:23 26:6
28:22,24
31:7,13 34:2,
17 38:15 43:1
45:11,13 46:1
47:4 48:17
49:10,12
51:13 54:15
57:10 62:3,11
65:12 68:3,8
**butter**  41:4
**by**  4:14 9:8
11:16 12:7,24
14:12 15:15,
21 16:2,14
17:17 18:13
19:9 21:15

24:13,18 25:8
27:4,12,14
33:4,7 34:12,
13 35:24
36:3,24 38:9
39:2,7,14
40:2,19 41:2,
11 42:12 43:8
44:21 46:1,15
47:16 48:4,
17,23 50:1,14
51:18 52:16
53:1,8,19
54:10 55:6
56:2,16 57:23
58:20 60:2,6
61:13 68:20,
25

**C**

cages  30:18
58:13,22
59:4,8
call  9:13
16:20 33:24
64:6,20
called  30:3
Calls  44:19
came  9:13
28:1 29:1
campus  60:11,
17 64:1
can  9:9 12:8,
25 16:3,15
17:18 18:23
21:5 25:17
29:18 31:19
32:6 36:21
37:2 38:3,20
39:14 40:9,25
42:1,7,9,21
43:5 45:13
47:11 48:5,9
50:15 51:19,
20 52:2,6,19
55:7,15 56:3
57:15 58:17,

25 60:10,13,
24 61:8,18
65:2 67:4
can't  36:6
care  49:2,11
case  10:17,25
13:22 41:15
57:11
catchall  45:9
cause  4:3
39:16
caused  26:9
caution  18:19
37:22
cease  37:9,18
center  62:16
63:4,18
certain  24:20
certificates
6:23
change  44:22
changing
42:25
Chapter  48:10
charge  52:21
charged  54:22
charges  51:24
Charlotte
8:13 14:5,6,
9,14 18:25
20:21
chart  55:16,
22 60:10,13,
24 61:22
chewing  36:18
chief  5:20,
21,24 6:3,4,
8,11
child  9:5
13:25 33:21
34:1,19,23
35:1,3 40:1,
17,20 45:4,13
46:3,8,20
47:3
children  30:4
31:11 33:2

34:25 39:1
41:16 43:2,11
cigarettes
36:21
city  4:20
5:8,9,11,13,
14,15,18,21,
23,25 6:6,9,
13 7:7,10,12,
18 8:22 9:13
10:20 11:21
12:1,17 13:24
14:25 17:25
18:20,22 19:1
21:15 22:11
23:6 26:16
27:13 28:13
29:4 30:22
31:22,25
32:7,11,15
33:6,7,14,20
34:7,13,15
35:25 36:8,
11,15,18
37:2,5,9,18,
23,25 38:6
39:9 42:10
43:16,19,20
45:6 47:25
48:25 50:16,
22 51:10,22
52:11 54:10,
20,23 56:6,25
59:2,18 60:6
62:1 65:20
City's  27:19
32:21 47:17,
21 59:13
clarifications
17:24
clarify  16:21
19:2 25:17
50:9 54:18
clean  40:3
41:12
cleaned
41:10,20
cleaning
15:1,7 53:7

clear  50:11
climbing
31:12
clipped  52:2,
25
close  8:25
62:12
closed  31:25
32:4 33:9
34:9
closely  7:19
coach  27:17
28:17,21 29:4
coaches  15:10
18:2 30:23
40:4 41:15
46:2,7,19
code  7:18
48:13
collect  54:25
combination
67:14 68:1
combined  28:6
come  22:6
35:4 37:16
45:21 51:7
54:23 67:9
comes  12:1
49:4,8 51:12
54:19 64:25
coming  20:5
communicated
17:7
communication
17:2
community
33:1 62:25
company  57:5
competing
24:24
complaint
11:10 12:3,12
13:8,19,24
16:11
complete  65:9
completed
65:8

completely
  60:20
completion
  65:7
complex  64:18
comply  45:24
  46:11,18,22
component  7:9
components
  7:14
concentrated
  43:2
concerned
  45:22
concerning
  38:19
concerts
  64:11
concession
  26:21,23,24
  27:20 28:14
  36:21,24 37:3
  39:12 40:18
  41:13 42:8
  43:10 49:9,10
  53:5,8,10,13,
  15,19,23 56:7
  57:6,21,22
  58:1 60:25
  61:9,11 65:3,
  10,12 66:18
  68:4
concessions
  56:15 67:16,
  20
concluded
  68:22
conduct  15:5
conducted
  21:15
confusion
  29:1
conjunction
  52:10 64:22
considered
  15:16
construction

56:25 57:5
58:21 59:3,7
consultation
  38:6,12
contact  12:2
contain
  37:10,19
  39:15
contained
  19:22 30:12
content  18:21
  37:24
contract
  57:14
contracts
  59:17
control  37:1
  39:9 42:2,9,
  10 43:1,5
  49:10
controlling
  40:2
convenient
  23:23
conversation
  10:13 17:9,13
  24:22 26:15
  35:14
conversations
  10:3 17:10
  18:22 37:25
coordinator
  10:21,22,24
  11:7,9,18
  12:16,19
  21:11 35:4,8
corner  63:12
correct
  21:19,20
  39:13 44:2
  46:21 60:19,
  20 61:24 65:5
  68:11
cost  53:6
  58:1
could  11:11
  13:21 20:1
  34:11 57:13

couldn't
  32:16 39:20
  45:25
council  51:23
counsel  5:2
County  11:18
couple  63:9
course  21:18
court  52:22
covered  64:8,
  14 66:3,6,17
covering
  65:10
create  39:25
creates  41:21
Cressey  30:20
crews  21:15
criminal  6:17
cross  64:22
current
  14:21,24
  29:13 57:17
  62:3
currently
  5:7,11
cut  67:24
cutting  68:5

————————

        D

dad  41:17
daily  15:1,7
  50:10 51:4
danger  38:25
Daniel  10:9,
  11 14:5,17,18
  19:1 20:20
  28:2 31:20
date  8:24
  10:3 11:1
  20:25 65:7
dates  16:10
  19:24 38:14
David  8:7
day  15:2
  21:16,17,22,

24 22:1,3
23:11,13,23
24:11,21 25:6
41:11 64:9,
10,24
days  32:23
deal  42:21
  50:9 51:6
dealt  35:8
debris  42:21
decisions
  51:9
decks  30:1
  57:22
deem  50:18
deeper  10:4
definition
  25:18
degree  6:15
delay  26:4
delayed  25:24
  26:12
demonstrated
  34:24
denied  20:10
deny  29:6
department
  6:12 7:16,17,
  18,19,20,24,
  25 8:4,5,6,8,
  9,12,14 10:1,
  6,9 14:7
  49:15,16,20
  51:5,6 62:7
departments
  7:10 8:3
depending
  21:24 22:2
depicts  66:17
deposition
  4:1,21 68:22,
  24
deposits  53:7
deputy  5:11,
  12,15,18 7:7,
  12 8:22 31:20
  50:22 51:5

derive  22:24
derived  38:2
describe
 29:18 61:5
 66:13
detail  35:11
details  17:12
 57:12 59:9
detention
 67:7
development
 6:17
did  6:18 8:23
 9:2,15,23
 10:23 11:6,8,
 17 13:7 14:2,
 9,13,18,23
 17:9 18:12,
 13,15 20:14
 21:2,4,11
 25:2 26:1,11
 27:23 28:3
 31:24 33:14
 35:2,10,16
 37:16 38:10,
 16 45:15
 57:25 58:21
 59:6 64:9
didn't  26:5
Dietz  4:14,19
 9:8 11:16
 12:4,7,21,24
 14:12 15:21,
 24 16:2,12,14
 17:15,17 19:9
 24:18 25:8
 27:4 33:4
 34:12 35:24
 38:9 39:7
 40:19 41:2
 42:12 43:8
 44:21 47:11,
 16 48:4,23
 50:1,5,14
 51:15,18 53:1
 55:3,6,23
 56:2 58:17,20
 59:25 60:2

68:13,20
different
 15:4,5 22:10,
 12 23:1,20
 29:2,20,21
 40:10 42:15
 43:3 53:10
 58:12 64:11,
 12,15 67:13
difficult
 23:19 24:23
 25:2 43:1
difficulties
 25:22
DIRECT  4:13
directed
 31:22 48:7
directly
 37:23 64:17
dirt  42:23
disabilities
 34:25 37:8,17
disability
 35:12
disabled  30:4
disagreed
 33:9
disclaimed
 31:21
discretion
 18:7
discussed
 64:2
discussion
 11:14 16:22,
 23
displays
 60:13
distance
 28:12
divulge  18:21
 37:24
do  4:5,8 5:7,
 9,12 6:23
 7:14 8:2,15,
 19 9:20,24
 10:10 11:9

13:7,17,19
 16:23,25
 17:12 18:1,20
 19:10,18 20:1
 21:19 22:2,8,
 24 23:4,8,12
 24:1,6,15,19
 25:4,13 26:1,
 6,8,24 27:9,
 21,22 29:8,13
 31:16 32:15,
 17,20 33:5,18
 34:7,11 37:23
 38:10,16
 39:25 41:18
 42:14 43:15,
 19,24,25
 44:3,7,11
 45:7,11,13
 46:25 47:24
 48:11,14
 49:14 50:9,
 11,12,20
 52:18 53:12,
 22 56:7,14
 59:17 61:2,4
 62:21 64:8,9
 65:10 66:5,22
document
 17:20 48:9
 51:20 55:13,
 15,22 56:10
 57:10 59:11
 60:3 61:17
documentation
 35:17
documents
 56:9
does  10:20
 11:21 26:16,
 20 27:19
 28:23 31:5
 32:1,3 33:5
 35:25 36:8,
 11,15,18
 45:25 53:12
 54:1,4,7,9,
 11,17,20,23
 58:24 59:12

doesn't  47:3,
 7
dogs  44:9,11
 46:23
doing  22:7
 23:1 32:24
 37:5
dollars  52:17
don't  6:10
 7:4 9:19
 10:2,12 11:1,
 5,20 13:15
 14:15 15:19
 16:25 17:4,7
 18:16 19:5,
 16,17,19,23
 20:25 22:19
 23:6,8 25:3,
 12 26:10,14
 28:22,23
 29:11,17
 30:14 31:2,4,
 14 34:8,17
 35:18 36:5,6,
 13,23 37:1,5
 38:7,14 39:23
 40:14 41:1,6
 42:1,4,7,9,14
 43:5,6 44:5
 45:10 47:23
 48:1,21
 49:10,17
 51:2,3,13
 53:9 54:15
 56:13 57:4,10
 58:2 59:9,10,
 11,14,16,24
 60:8,20
done  15:2,6,
 7,20 17:6
 24:4,9 32:16
 38:12,22
 41:19 51:13
 56:15,20,24
 57:16 64:13
double  23:18
down  30:10
 43:4 62:9

| | | | |
|---|---|---|---|
| downstairs 66:19 | effort 19:21 | entities 26:24 | 17:16,19 48:3,6 51:17 |
| Dr 9:14 12:11 | efforts 24:9, 19 | entitled 12:12 | 53:23 55:4,5, 8,24 56:1,4 |
| draft 18:13 | eight 29:22 | environment 14:1 40:1 | 57:14 58:18, 19 60:1 |
| drafting 18:12 | either 10:13 15:11 30:23 | 41:22 | exhibits 35:20 |
| draws 65:19 | 58:2 60:15 66:21 | Epipen 27:17 | expansion 58:5,8 60:15 |
| driver's 7:3 | elements 56:19 65:16 | Estimated 65:7 | explain 14:23 |
| dry 67:7 | 66:20 | even 67:4 | explained 14:20 58:9 |
| due 27:16 | else 7:1 41:12 | event 53:6 | extension 46:14 |
| dugout 40:3,5 41:8 42:5,16, 18 47:4 | email 9:15 11:3 16:19 | events 23:20 64:8,10,15 | extent 35:11 52:15 |
| dugouts 15:1, 7 18:1 21:16 41:10,12,20 | employee 22:17 | ever 4:21 24:19 35:1,2, 3,10,16 38:13 | extremely 32:18 |
| duly 4:11 | employees 14:25 15:3 22:5,11,14,25 | 55:13 59:21, 24 60:5 | |
| during 20:12, 13 21:8 22:17 24:11,21,23 | encouraging 43:12 44:17 | every 15:2 19:24 23:11, 13 41:11 | F |
| 25:6 26:3 28:5 54:2 | end 25:25 26:12 47:1,7 | 42:2,8 | facilitate 11:9 |
| duties 7:7,23 11:19 54:16 | 57:14 | everyone 33:19 46:2 | facilities 8:16 22:7 27:19 29:18, |
| | enforcement 7:18 50:15 | everything 4:25 17:6 | 23 32:21,25 47:18,22 |
| E | engineer 7:18 | evidence 27:2 | 59:13 63:16 64:20,23 |
| each 21:16 53:6 | engineering 57:16 | exact 6:10 11:1 54:15 | facility 26:25 27:16, |
| earlier 33:18 35:20 49:2 | enhance 29:23 65:15 | exactly 66:9 | 18,25 29:10, 16 30:7,9,13, |
| 52:12 58:10 | enhanced 58:15 | EXAMINATION 4:13 | 16,22 31:1,3, 11,13,17 34:7 |
| early 22:1 | enhancements 60:22 61:25 | examined 4:11 | 37:11,20 49:3 58:11 63:7, |
| easier 43:3 | 62:2 | example 52:9 66:12 | 13,15 |
| easily 43:6 | enjoy 30:4 | exception 48:24 | fact 40:8 |
| east 62:13 | enough 28:3 | exclude 49:15 | facts 27:2 |
| easy 42:20 | ensure 24:10, 20 25:5 | executive 9:12 55:11 | fall 15:12 20:13,15 21:8 |
| eat 39:21 47:4 | ensuring 18:2 | exempt 49:19 | 23:10 65:7 |
| eating 46:1 | entails 57:10 | exhibit 9:7, 10 11:4 12:5, | falls 8:7 |
| educational 6:14 | Enterprises 56:23 57:3 | 6,9,22,23 13:1,14 15:25 | familiar 22:20 25:10 |
| effect 26:6 43:22 44:16 | entire 42:23 | 16:1,4,13,16 | |
| effectively 52:18 | | | |

47:17 56:9,22
57:9,16 58:4
**familiarity**
58:7
**families**
23:24 45:21
64:16
**family** 10:14
16:9 35:6
41:4
**far** 28:13
41:14 57:5
65:1
**fee** 51:25
54:1,5,7,22,
24 55:1
**feel** 17:7
19:25 26:5
34:8 45:14
**feelings** 19:8
**fees** 51:24
52:19,20
53:7,22
**felt** 13:21
17:1 19:2
33:17 34:9
45:3 47:8
**fencing** 65:13
**Ferris** 5:14
**field** 21:22
28:11 30:3
41:24 42:8,23
44:4,12 54:7
55:16,19
58:14 63:12
67:9 68:4
**fields** 14:25
22:1 24:24
28:8,10,14
29:20,22,24
30:17 31:13
58:10,15,16
63:22 65:22
67:2,11,16,
20,23,24 68:1
**filed** 16:11
**fill** 7:11

**final** 20:6
**find** 10:5
44:13,15
**fine** 17:6
**finished**
38:24
**fire** 7:19
61:20
**first** 4:11
8:25 9:2,17
16:5 20:9,16
21:14,16
23:11,13,17,
23 24:10,20
25:5,25 26:4,
13 27:8 48:10
52:20 56:11
57:20 60:3
66:23
**firsthand**
39:23
**fiscal** 55:17
**five-minute**
47:11
**flat** 62:17
**float** 22:6,
10,11,14,25
**floor** 66:23,
24
**Florida** 4:2
6:24
**follow** 11:12
12:3 45:17
**following**
23:18 66:4
**follows** 4:12
**food** 18:8
28:16 43:11
**foods** 39:1
**for** 4:2,15,19
5:8,9,22,25
6:9 8:5,23
9:7,12 12:6,
13,16,23 13:5
14:7 15:2,9,
11 16:1,5,13
17:16 19:2,25

20:1 21:24
22:16 23:19,
23 25:22
28:7,9 29:20
30:3,16,23
31:9,11
32:10,15,23
33:1 34:15,24
35:10,16,18,
21 38:17
40:1,17 41:12
42:10 43:21,
23 44:19
45:10 48:3
49:10 50:4,6
51:10,17,24
53:6,16,23
54:1,9,11,17,
19,20,25
55:5,9,17,19
56:1,12,25
57:20 58:12,
16,19 59:3,6,
10 60:1,14
63:25 64:4,15
65:15 66:20,
24 67:7,11
**forbidding**
34:1
**form** 5:2
14:11 15:18
24:12 25:7
27:1 32:8
33:16 39:4
40:13,23
41:25 42:17
44:19 48:20
49:21 51:1
55:20
**formal** 12:12
13:4
**forth** 64:22
**Foundation**
24:13
**frankly** 45:2
**friends** 29:4
**from** 6:21
7:2,21 9:11,
14 10:2 11:17

12:10 13:2,
10,12 15:17
16:8,19 17:23
18:15 20:20
22:22,23,25
23:14 26:17
27:19 28:1,13
30:9,22 33:20
34:23 35:22
36:9,11 37:23
40:10,15,21
41:4 42:3,15,
16 45:6 46:19
47:14 48:12
49:15,19
54:19,25
55:11 56:6,19
59:2 62:9
63:5 64:9,11
65:16 66:19
68:3
**front** 36:5
57:8 65:10
**full** 20:2
53:9
**fully** 18:4
**fundamental**
25:4,10,14
**funding** 54:19
59:10
**further** 33:10
52:23 68:13

---

G

**game** 23:11,
13,23 24:11,
20 25:5,6,25
26:13 30:4
32:23 68:7
**games** 22:4,18
23:10,12,17
24:2,7,10
26:3 27:15
28:9 29:9,15
40:17 54:2
65:21 66:25
68:6,9

Gardens    4:20
  5:8,10,23,25
  10:16,20
  11:21  12:17
  20:10  21:22
  22:5,17,21
  26:16  29:19
  31:5,10  40:10
  48:13  51:23
  56:6,8,15,21
  58:23  59:3,5,
  8  60:7,16,18
  65:3
general    25:19
  52:4
generally
  23:7  48:17
get    6:18  8:1
  10:17  11:17
  13:9  19:25
  40:8  68:4
gets    5:1
give    4:6
  16:17  54:20
  61:6
given    39:11
gives    65:12
giving    46:2
  61:7
go    11:11
  18:11  20:8
  22:6  25:16,24
  27:5  33:2
  51:8  52:2
  66:20,24
  67:19
goal    13:22
  45:12
goes    40:2
  48:11
going    10:5,
  14,15  17:19,
  20  18:6  23:21
  29:14,22
  30:12,21,25
  46:24,25  47:3
  52:23  58:11
  63:1,13,16,19

68:15
good    4:18
  17:1  32:23
  45:6,16,21
got    63:15
gotten    13:25
  32:17
govern    50:18,
  25
granted    21:8
granting
  44:23
grass    8:17
  42:24  67:2,8,
  13  68:3
great    32:24,
  25
green    61:7
  64:4
grievance
  13:4
groundskeeping
  8:17
group    19:21
  30:21  52:6,8
  53:16
groups    28:7
  53:12,18
growing    8:17
guarantee
  47:3,8
guess    64:20

———————————————

H

H.Q.    4:20
H.q.'s    35:11
had    4:21
  10:2,13  13:11
  14:16,19  15:8
  16:9,20
  18:14,16,19,
  22  20:5  26:2
  31:2,12
  33:11,20,24
  35:1,3,14
  37:25  45:23

57:21  62:9
  65:9
half    9:1
hall    62:1,9
hand-in-hand
  64:24
handled    33:7
happen    68:8
hardship    26:8
has    4:25
  13:24  22:4
  31:14,17  32:7
  33:6  34:3
  50:22  53:6
  61:17  64:7
  66:5,6
have    4:21
  5:15  6:15,23
  8:4  9:22
  10:8,20  11:21
  14:4,10  16:5
  17:10  18:12,
  15  19:6,19
  20:2,14
  22:10,11
  23:5,8,18,23
  24:1,6  25:13,
  20  26:6
  27:20,23
  28:3,15,23
  29:11,20
  30:16,25  31:6
  34:19  35:1,3,
  8  36:5,6,25
  37:5  38:13,
  14,15  39:2,9,
  23  40:7
  41:17,18,20
  43:16,25
  44:3,5,7,11,
  14,18  45:4,
  13,25  47:3,
  10,21,25
  51:5,13  52:12
  53:9,10
  55:13,21
  56:24  57:18,
  20  58:2
  59:21,24

60:5,8,12
  63:19  64:1
  65:18  66:6,7,
  19  67:5,12
  68:13
haven't    64:1
having    4:11
  16:23  40:3
  41:23  42:3,5
  45:15  48:11
  52:16  56:6
  65:11
he    5:3  10:13,
  15  14:19,23
  21:4  28:16,22
  29:1  31:24
  32:4  33:8
he/she    50:17
head    8:4,5,11
  10:1,6,9  14:7
heads    7:25
  51:5,6
hear    9:2  12:3
heard    9:17
  31:2
held    20:22
help    19:2
  45:7
helps    55:1
her    4:19
  54:15,16,17,
  19
here    16:5
  17:5  48:1
  51:14  57:19
  59:19  60:17
  62:24  63:10,
  20  64:1  66:5
high    46:4
higher    51:8
highlight
  61:8
highlighted
  60:14
highlighter
  61:6,7

highly  68:9
him  20:13
  34:1
his  7:11
  14:21 28:17,
  18,19 29:4
  46:1 47:4
Hold  66:11
hoping  45:24
host  65:16
hours  52:22
how  5:15,24
  6:8 20:24
  21:1 22:24
  26:1,11 28:19
  33:6 37:16
  38:25 40:8
  41:8 42:1,14,
  15 43:24 61:4
  66:5,7
however  31:24
  43:9 62:20
human  6:16
hundreds
  32:13
hung  17:1

—————————
            I
—————————

I'LL  62:22
I'M  13:23,24
  15:23 17:20
  20:7 22:15
  26:19 27:9
  33:19 34:15
  35:9 36:10
  37:12,13
  38:14 39:5
  48:16 51:3,21
  52:5,17
  53:14,21
  54:10 57:9,16
  61:6 62:19,23
  63:9 66:9
  68:15
I'VE  47:23
idea  36:25

identification
  9:7 12:6,23
  16:1,13 17:16
  48:3 51:17
  55:5 56:1
  58:19 60:1
identify  9:9
  12:8,25 16:3,
  15 17:18
  48:5,9 51:20
  55:7 56:3
  58:25
if  10:1 11:12
  12:13 13:20
  18:19 25:4,17
  26:8 29:8,13,
  14 31:3 32:7
  33:8 34:10
  36:25 37:22
  38:2 39:6
  40:14,25 44:5
  49:14 51:7
  53:22 56:12
  57:12 59:14,
  17 60:20
  62:20 66:12
  67:4
image  39:23
immediately
  51:12
important
  50:3,8
impressed
  32:19
improvements
  65:3
in  4:2,3 6:4,
  15,16,17,18,
  25 7:11 8:1,
  17 10:14
  11:24 12:11
  13:3,22,25
  14:15,19 16:9
  17:5,6 18:8,
  9,10,12 19:3,
  22 20:15,23
  21:2 22:1,7,9
  23:5 24:3,16
  25:12,19,20,

  22 27:2 28:17
  29:1,2,3,8,9
  30:2,5,6,12
  31:7 32:6,11,
  12,24,25
  33:19,21
  34:19 35:19
  36:5,23
  37:10,20
  38:5,12 39:1,
  19,20 40:11
  41:7,15,20
  42:5,6,18
  43:22 44:8,17
  46:1,21,23
  47:4,25 49:5
  50:10 52:9,10
  53:23 57:6,8
  58:10,11
  59:15 61:23
  62:17 63:3,4,
  10,12,20,21
  64:13,21
  65:16,21
  66:3,17 67:15
  68:3,7,8
include  7:15
included  18:1
includes  62:2
including
  15:1 63:16
independent
  38:10 57:18
independently
  38:3,16
indicated
  10:13
indicating
  13:3 18:8
  61:11,12
  62:24 63:11,
  20 65:4
individual
  8:3 23:6
indoor  30:7
  64:19
information
  9:4,11 10:2,

  17 11:17
  13:5,9 14:9,
  16 16:8 19:22
  28:1 37:22
  38:2 52:4
informational
  64:12
informed  18:4
informing
  43:11
initially
  56:11
inquiry  9:23
inside  49:12
interact  51:4
interleague
  27:16 28:7
into  10:4
  12:1 13:20
  31:3 33:10
  39:10 40:3,9,
  21 41:4 43:13
  44:8 45:19
  59:12 63:6
involve  58:21
involved  8:1,
  17,20 24:3,16
  25:20 32:12
  33:19 52:9
  59:15
involving
  35:5 48:25
is  4:18 6:14
  7:20 8:5,8,
  11,14,20
  9:11,12,17
  11:23,25
  12:3,13 13:2,
  16,18,23
  14:6,7 16:8,
  15,19 17:22
  18:7,19 21:7,
  19,24 22:9,
  13,16 24:20,
  22 25:5,11,
  14,19 27:18
  29:5 30:8,19,
  21,25 31:8

32:4,21 33:7
36:3,24 37:22
39:13 40:8
41:22,23
42:5,6,20
44:7,8 45:9,
14 46:4,13,17
47:3,7 48:22,
24 49:5,18,
19,23 52:7
53:7,15,17
54:12,14,22,
23 55:16
56:24 57:2,6,
13,19,22
58:7,11 60:4,
18,22,23,24
61:9,10,13,
16,19,20,21
62:5,15,18,25
63:1,2,8,12,
13,19 64:7,
18,25 65:8
66:7,14,17
67:2,3,5
68:17
**issue**  12:1
39:20 44:14
**issues**  31:23
35:5,7
**it**  5:1 9:22
10:4,5,8
11:3,11,12
12:10,13
13:20 14:4
15:12 16:5
18:13 19:12,
14,15,16,17,
18,22,25 21:1
23:19 24:19,
22 25:2,4
26:5 27:7,9
28:10,14,21
30:14,16,19
31:25 32:3,17
33:10,17
34:7,9 37:15
38:5,12,22
39:6,11,19

40:14 41:19
42:6,13,14,
15,22,25
43:3,9,20
45:2,9 46:6,
15 47:1,2,7,
8,9,23 48:2
49:4,8,13,18
50:16 51:9,21
52:8,18,20,21
53:6,17,20
54:2 55:9,10
56:5,12,13
57:9,10,20
58:1,9,21,24
60:9,12,14,
22,23 61:17
62:20,21,22
65:7,8,9,12
66:6,7,13,16,
20,23
**it's**  8:17,25
9:16 17:19
23:15,23 27:8
29:22 30:15
31:7 32:17,23
34:23 37:1
41:16,18
42:10,25
44:14 45:8
46:15 47:1,5
48:12 50:3,8
52:2,24 57:9
59:11 63:21
65:9,18 67:14
68:1,5
**item**  53:5
**items**  37:10,
19 39:15
53:21
**its**  36:1,9,11
37:2,3 63:2

---

**J**

**Janice**  9:12
**jennifer**  4:19
9:3 11:15

12:11
**job**  6:2 12:18
**jobs**  22:8
62:8
**jogging**  64:21
**joint**  55:10
59:22
**jointly**  64:23
**just**  8:2 11:8
17:20 26:2
32:16 34:23
36:3 38:18
45:8,23
46:13,23
47:1,2,5
50:10 51:21
52:4 53:2
54:18 57:8,
12,19 59:15
60:23 62:8
63:5,7 64:9
**justice**  6:17

---

**K**

**keep**  34:22
52:23 53:20
**keeping**  33:25
**keyboard**
19:18
**kid**  45:25
**kids**  63:10
**Kimberley**  4:1
**kind**  15:4
64:24 66:17
**kinds**  64:11
**knew**  18:16
**know**  4:24
6:10 11:5
15:19 19:16
20:25 22:19
23:7,12 25:4,
22 26:1,8,10
29:8,13,17
30:14 31:3,4,
16 36:6,13,23
40:14 41:6

42:1,4,7,9,14
43:5 44:5
45:10 46:8
48:21 49:14,
17 53:22
54:15 56:12,
14,16,24
57:4,5,10
58:3 59:10,
14,17 60:20
**knowing**  45:18
**knowledge**
20:14,18
22:24 23:2
24:1,6 26:22
27:23 29:11
36:20 38:18
39:17,24 46:3
47:9 53:9
54:3,6,8,18
58:2,9 61:10,
15 65:9
**known**  7:21
10:16

---

**L**

**lack**  17:2
**landscaping**
67:12
**large**  4:3
39:14 56:16
57:9
**larger**  24:23
**last**  27:5,6
43:9 50:13
**lasted**  21:1
**lead**  67:15
**league**  20:12,
13,15 24:16
25:22 27:13
28:4,17 29:2,
3 30:3,9
33:21 58:14
**leagues**  25:20
**learning**
10:25

leasing  30:22
least  22:17
  33:24 52:15
LED  58:15
leftmost
  61:22
legal  25:18
  37:1
leisure  7:16,
  21,24 8:8,11,
  20 9:25 13:10
  14:2,7 22:23
  31:20
lesser  28:5
let  14:13
  20:17 25:9
  36:10 44:22
  46:7 61:6
  67:17
let's  12:4,21
  15:24 20:8
  23:9 25:16,24
  27:5 51:15
  55:3,23
letter  13:6
  18:11,13
  19:21 57:13
level  23:7
  32:16 51:8
liaison  54:16
license  7:4
  37:4
licenses  6:23
  7:3
light  54:1
lighted  64:8
lighter
  15:12,13
lighting
  29:25 58:16
lights  54:2
like  7:4
  12:10 17:1
  18:11 31:12
  32:16 43:25
  44:9 45:23
  46:23 47:2

49:8 56:5
60:14 66:14
67:9 68:17
likely  45:19
  68:8,9
limit  35:25
  36:11,14
limited  67:2
limits  28:13
liquor  37:4
list  57:15
listed  53:23
  59:11
little  5:17
  27:18 67:17
location
  16:10
Lohman  37:25
  38:3
long  5:15,24
  6:8 20:24
  21:1 37:1
  57:15
look  10:4
  13:20 23:6,9
  33:10 34:9
  36:6 38:20
  50:11,15
  51:19 55:15
  56:12 57:13
  65:22
looking  9:6
  32:6 56:11
looks  12:10,
  13 56:5 60:14
lost  26:11
lot  31:11
  43:3,4 45:20
  67:24
lots  64:21
  67:16
loud  5:1
Lyndsey  54:14

_____

M

ma'am  4:8
made  11:13
  17:24,25
  28:20
main  7:3
maintain  8:16
  32:22 49:3
  55:1
maintained
  20:4 22:13
  41:9
maintenance
  8:18 15:5
  21:15,21 22:8
major  29:22
  30:9
make  9:21
  12:2 15:13
  19:3 26:16
  42:7 43:3,14,
  16,23,24
  45:10 50:11
  51:9
makes  23:19
  42:13 43:25
making  11:10
  40:4
manage  50:18,
  25
management
  6:16,19
manager  5:11,
  13,14,16,19
  7:8,11 8:22
  9:13 50:16,22
  51:10
manager's
  9:13
managers  7:12
manual  47:19,
  22
many  23:24
  25:21 49:4
  52:14 63:15,

17 64:12
March  8:25
mark  12:4,21
  15:24 16:12
  17:15 51:15
  55:3,23 58:17
  59:25 62:20
marked  9:7,9
  11:4 12:6,8,
  23,25 16:1,3,
  13,15 17:16,
  18 48:3,5
  51:17 55:5,7
  56:1,3 58:19,
  25 60:1
market  64:4
Marsh's  54:14
Massey  9:12
Master  52:20
Master's
  6:15,18
matter  18:20
  31:24 32:4
  33:7,9 34:8
  39:11
Matthew  4:19
may  5:2
  37:10,19
  50:16,17
  56:12 66:22
me  4:24 9:4,
  11,16 13:2
  14:13 16:17
  17:23 19:2,25
  20:17 25:9
  26:2 32:6
  36:5,10 38:22
  44:22 48:7
  51:19 52:6
  57:9,17
  60:13,24
  61:2,4,6,18
  66:12 67:17
mean  7:3
  19:10 27:6
  29:14 32:1,3
  34:13 45:25
  48:17 57:9

means  28:15
meeting  13:11
  14:15 18:16
  20:19,22,24
  21:3 23:14
  55:11
meetings
  18:19,24
  19:23 20:5
  33:11 59:22
  64:12
Memorial
  64:10
mentioned
  19:25 33:18
  49:2 52:12
Miami  6:5,6,9
Michael  9:3,
  14 12:11
middle  68:7
might  39:15
  45:6,19
mile  27:19
mind  51:12
  64:25
mine  19:18
minor  63:1
minute  42:19
Miracle  30:3
  58:14 67:19
miscommunicati
  on  33:23
  34:22
Miss  17:10
misspeak
  31:24
modifications
  56:7,14
mom  41:17
moment  16:6,
  17 25:15 36:7
  48:7 51:14
  56:12
Monday  55:11
money  26:11,
  17,20,25
  54:20 59:12

monitor  22:9
more  8:20
  10:17 27:18
  35:10,18,21
  36:10 42:25
  45:19 47:5
  56:12 57:12
  64:20 67:9
morning  4:18
most  23:22
  32:10,18
  46:12
motor  63:5
mounds  30:18
move  15:4
  21:23 22:2
moving  28:9
  63:6
Mr  4:14,18
  5:7 9:8 11:16
  12:4,7,21,24
  14:11,12
  15:17,18,21,
  24 16:2,12,14
  17:15,17
  18:18 19:9
  21:2 24:12,18
  25:7,8 27:1,4
  31:22 32:8
  33:4,8,16
  34:5,12 35:24
  37:21,25
  38:3,7,9
  39:4,7 40:13,
  19,23 41:2,25
  42:12,17 43:8
  44:19,21
  47:11,13,16
  48:4,20,23
  49:21 50:1,4,
  5,6,14 51:1,
  15,18 52:23
  53:1 55:3,6,
  20,23 56:2
  58:17,20
  59:25 60:2
  68:13,15,16,
  20

Mrs  16:20,24
  33:25 35:15
much  26:11
  42:25
municipal
  60:10,17 64:1
my  4:18 7:2
  12:12 14:4
  19:7,8,12
  20:2,16,23
  23:2,7,14
  24:4 26:7,22
  28:1,2,24
  29:5,7 30:24
  32:12,25 34:2
  36:20 38:18
  40:16 46:17
  47:9 49:23
  50:10 54:3,6,
  8,18 57:17
  58:9 60:3
  61:10,15 65:9

_____

## N

name  4:15,18
  19:12 30:21
names  9:2
nature  35:11
nearby  42:24
nearly  23:18
necessarily
  21:23 34:17
necessary
  50:18,24
need  15:6
  24:9 33:14
  66:22,24
needed  11:11
  33:10 34:9
  51:8
needs  11:10
  24:24
neither  37:8,
  17
never  29:6
  31:21 33:22
  47:10

new  29:24
  31:13 58:15
  60:22 62:15
  63:4,13,15
next  17:21
  21:6 31:19
  53:2
nice  28:11
night  54:2
no  7:6,13
  8:10 24:5,8
  25:12,19,23
  26:2 28:14
  29:5 31:18
  35:2 36:25
  37:4 40:17
  43:3 44:3
  46:22 47:20
  50:8 53:25
  54:13,18,19
  55:21 57:18
  58:2 59:20
  61:20 68:13
None  20:7
  35:9
nonresident
  55:1
nonresidents
  54:21,23
nor  37:8,18
  39:9
normal  21:18
Normally
  48:16
north  6:5,6,9
  27:15,24 28:3
  29:1,2,9,15
  31:16 39:19,
  21 40:12,22
  41:5 62:5
not  5:3 12:20
  15:23 17:11,
  14 18:6,20
  21:23,25
  22:15 24:3,
  15,16 25:15
  26:19,22
  27:2,3,8,19

28:3,13 31:3
32:4 34:2
36:25 37:12,
24 39:5,12
41:13 44:8,14
46:15 47:1,3,
7,20 48:16
49:12,23
50:9,11,12,23
52:14,17,24
53:17,18,21
54:3,6,8
55:14,21
56:11 57:9,16
59:11,15,19
60:23 62:19,
23 65:18 66:9
67:25 68:5,8,
15,25
**Notary** 4:2
**note** 12:10
**notes** 20:4
**nothing** 4:7
51:12
**notifying**
15:9
**November**
55:12
**now** 10:22
11:15 20:8
21:5,14 29:23
30:5 31:7
41:7 43:9
48:1 49:17
51:21 53:5
59:9 61:16
63:4 64:25
65:2,8
**NPBB** 27:18
**number** 6:10
7:9,15 21:5
22:10 23:9,16
27:7,8,9
31:19 32:3,10
38:20 39:8
64:10
**numerous** 23:3

O

**obey** 45:21
**object** 5:2
14:11 15:18
24:12 25:7
27:1 32:8
33:16 39:4
40:13,23
41:25 42:17
44:19 48:20
49:21 51:1
55:20
**observation**
23:2 30:1
**Obviously**
68:7
**occupied**
53:19
**occurred**
10:10
**of** 4:2,20
5:2,4,8,9,20,
21,23,24,25
6:3,4,6,9,10,
13,24 7:9,19
8:1,2,11,14,
18,24 9:2,17,
21 10:12,20
11:10,21
12:17,18,20
13:4,6,18,23,
24 14:21
15:4,7,10,11
16:11,21
17:2,3,12
18:4,6,7,21
19:15,16,20
20:4,7,14
21:7,14,17,18
22:10,13,15
23:3,10,16,
20,23 24:24
25:18,25
26:7,12,13,
14,16,17,19
27:3,10,13,

15,23 28:13,
20,25 29:21
30:2,5,6,8,
14,17,21
31:22 32:10,
13,18 33:1,2,
11,20,22
34:21 35:9,
11,13,20,25
36:5,13
37:13,24
38:3,25
39:10,24
41:11 42:19
44:23,24,25
45:2,20 46:14
48:2,13,25
49:3,4,11,13,
14,15,16,19
50:23 51:22,
23,24 52:3,
13,14,17,19,
21 53:10,16,
18,21 54:16,
24 55:15,18,
22 56:6,17,19
57:4,8,14,15,
18,19,25
58:9,15,21
59:3,6,7,10,
19 60:6,9,10,
15,22,23
61:2,10,17,22
62:2,5,14,25
63:2,9,17,25
64:10,19,24
65:8,10,13,
15,21 66:6,7,
17,18 67:3,6,
10,13,14,24,
25 68:1,7,24
**off** 11:14
53:2
**offer** 33:14
43:16 45:3,5
47:9
**offered** 18:1,
5 27:14
28:10,14

33:12 45:11
46:16
**offering**
44:25
**office** 9:14
20:23 30:25
**officers** 6:25
**offices** 30:16
**officials**
67:1
**often** 67:23
**Oh** 43:24
**Okay** 8:11
15:22 20:18
34:16 37:15
38:24,25
44:3,11 50:2,
22 53:4 57:25
61:21 62:8
63:12 65:6,24
66:3 68:13,15
**on** 5:1 10:5,
17 11:8,12
12:3 15:1,7
16:20 17:7
21:6,24 22:2
23:8,21
28:22,23
31:12,21
33:24 35:25
36:15 37:22,
23 38:13,16
39:2 43:6,9
44:4,12,18
45:25 46:12
47:8,10
48:11,14
50:10,12 51:4
52:1 56:17
57:17 59:11
60:24 62:13,
17 63:16,18,
23,25 64:11
65:1,22
66:10,11
67:25 68:10
**one** 8:9 10:7,
8 13:23 17:9,

19,21 21:14
22:17 25:16
27:18 29:5,11
31:2 35:20
37:21 39:10
41:19,24 45:8
47:5 52:20
57:6 59:15
61:13 62:9
65:21 68:3
**ones** 60:19
66:1
**ongoing** 60:16
**only** 13:23
18:18 27:18
35:6,14 45:13
54:24
**open** 53:16
64:7 67:12
**operation**
62:16
**operation's**
31:23
**operations**
63:4
**opinion** 33:1
**opportunity**
28:10
**opposed** 34:18
**opposite**
34:23
**or** 6:23 7:16,
24 8:17,18
9:3 10:3,7,
14,16 11:3,
19,22 13:13
14:8 15:5,6,
12 18:13,16
19:24 20:25
21:1 22:8,22
23:15 27:16
28:12,16
29:11 30:18,
23 31:3 34:1
35:11 36:3,25
37:10,19
38:14,15
39:1,12,15

40:9,10,11,
14,20,21
41:3,19 42:8,
19 43:4 45:6
46:1 47:4
49:12,14 51:4
52:15 55:22
56:5 59:15,17
60:15,21 61:4
62:14,20
63:24 64:16,
23 66:4,9,21,
25 67:1 68:4
**order** 34:19
41:21 42:6
59:2 65:16
68:20
**ordinances**
48:13,24
**organized**
54:4
**originally**
35:19
**other** 7:3,12
17:9,10 18:23
22:2,6 26:24
28:13 29:12
30:2 31:5,6,
9,14 35:7
36:8 38:25
39:9,15,16
40:21 46:19
53:12,16,18
62:10 63:24
64:4,10,18
65:1 67:12
68:3,4
**others** 67:14
**our** 9:25
13:10,22
14:20,25
16:22 19:1
26:14 28:6
30:10 33:1
39:17 41:11
43:6,15,23
45:12 47:9
48:12 49:5
51:25 62:25

63:5 64:4,6
65:19
**ourselves**
52:16
**out** 4:25 10:5
14:16 15:1
19:7,11 26:20
42:4,20 45:4
49:13 65:22
67:16
**outside** 28:12
66:18
**over** 5:17
19:23 23:2,3
25:21 32:18
35:20 38:18
39:9 65:14
66:4,15,18
**over-** 65:22
**overall** 8:2
**oversee** 7:9,
14,25
**overseeing**
7:19 57:17
**oversight**
8:2,4
**own** 28:4,15
38:18 43:23,
24 53:20

---

**P**

---

**p.m.** 55:12
68:23
**page** 21:6
27:5 31:19
37:13 43:9
48:10 52:3,19
53:3 55:15
65:4 66:10
**pages** 65:2
**Palm** 4:20
5:8,9,23,25
10:15,20
11:17,21
12:17 20:9
26:16 27:15,
24 28:3 29:2,

3,9,15 31:16
39:19,21
40:12,22 41:5
48:12 51:23
56:6 59:3
60:6
**paper** 52:24
62:14
**paperclip**
53:2
**paragraph**
21:6 27:7
37:13
**parent** 40:9,
10,20 41:3
**parents** 15:10
18:2,3 40:4
41:16 45:8
46:2,7,10,17
47:2
**park** 7:24
21:22 22:4,5,
9,17,21,25
29:19 31:5,10
36:12,16,19
39:17,19,22
40:10,12,16,
22 41:5 43:17
44:8,9 46:24
48:15 50:18,
25 56:8,15,21
58:23 59:5,8
60:16,18 65:3
**parking** 43:4
67:6,16
**parks** 7:20
8:6,8,14 15:5
22:7,10,12,22
39:10 47:25
48:10,12,25
49:5,15,16,19
52:3 53:11
55:9 59:13,21
**parks'** 21:15
22:25
**part** 19:16
21:14 26:14
27:10,13 30:8

32:2,21 33:22
35:13 43:7
44:23 46:12
47:9 50:23
54:16 62:4,
17,25 65:15
**part-time**
22:11
**participants**
23:16,19 28:4
52:10
**participate**
21:2
**participation**
28:6
**particular**
18:9 19:5
24:10
**particularly**
68:6
**parties**  68:25
**partly**  38:5
**partnership**
30:20 32:24
52:13
**parts**  19:5
60:21
**passthrough**
54:25
**path**  68:11
**patient**  43:11
**paved**  67:3,21
68:2,10
**pavilion**
64:3,14
**pay**  26:20,25
43:20,22
54:1,4,7,9,
11,17 57:25
59:6,12
**pays**  53:22
54:24
**PBGYAA**  10:17
22:4,18 23:9
25:24 26:1,9,
17,20 27:14,
24 30:25

31:23 34:14
35:5,8 37:3,
8,18 39:9
46:19 48:19
49:1,15,18
52:8 53:8,13,
15,16,22
54:1,4,7,9,11
55:11,18 57:7
59:6,12,18,23
61:14
**peanut**  9:5
18:4,9 38:17
40:11 41:4
43:12 44:17
47:4
**peanut-free**
41:8,24
**peanuts**  18:6
25:25 26:12,
17 37:9,10,
11,19,20
39:1,2,12,15
40:9,11,21
42:3 46:1
**people**  13:11
14:2 23:22
28:15 39:10,
14 42:3,24
44:11,13,15,
17 45:17,18
46:19,24
48:14 63:3,5
64:22 65:19
66:19,20
67:24,25 68:5
**perfect**  45:10
**permitted**
44:8
**person**  12:2,
18 39:20
40:21 44:18
**personal**  23:2
**personally**
53:18
**persons**  47:25
**pertain**  47:24

**pertains**  7:5
**phone**  16:20
17:8 33:24
35:13
**photographers**
67:1
**physically**
19:17
**picture**  66:5,
16
**pictured**  66:1
**pictures**  66:4
**pie**  55:22
**piece**  19:24
62:14
**pitching**
30:18 58:13,
22 59:4,8
**place**  10:4
11:24 13:10
18:8,10 20:1
24:25 30:16
33:23 43:12
44:17 60:22
**placed**  43:10
**Plaintiffs'**
9:10 11:4
12:4,9,21
13:1,13 15:24
16:4,16 17:19
48:6 51:16,19
55:3,8,23
56:4 58:18
59:1
**plants**  67:13
**play**  13:25
15:2 27:16
28:7,11 29:2,
3 31:12 33:21
34:1,20 40:2
45:4 63:10
**played**  24:11,
21 29:9,15
68:8
**players**
30:10,24
46:18

**playground**
63:8
**playing**  34:23
45:13
**plays**  64:11
**Plaza**  64:7
**please**  4:15
5:4 56:3 61:8
**pocket**  46:1
47:4
**point**  25:12
61:4 62:20,22
63:20
**pointed**  63:7
**points**  19:3
**police**  5:20,
21,24 6:3,4,
9,11,24 7:15
62:7
**policies**
11:22 47:24
49:14
**policy**  11:23
36:4 47:18,22
**pool**  63:6
**pools**  64:19
**position**  5:19
50:10 54:14
57:17
**positive**  47:5
**possibilities**
15:9,11
**possibly**
27:17
**posted**  46:11
**Powerpoint**
60:6
**practice**
58:13
**Predicate**
24:13 40:24
**prefer**  23:22
**prep**  54:7
**prepare**  14:25
22:1 32:22
**Presensky**
8:13 14:5,6,

9,14 18:25
20:21
**present**  11:15
18:9 22:5
43:12
**presenting**
52:9
**pretty**  34:4
41:16 62:11
**prevent**  40:20
41:3
**Prieto**  10:9,
11 14:5,17,18
15:17 19:1
20:20 28:2
31:20,22 33:8
**prior**  5:18
6:2 10:19
12:16 15:16
20:5 21:16
57:16
**probability**
46:4
**probably**  8:25
19:16 22:22
28:12
**procedure**
11:23,25
13:16,17,18
47:18
**procedures**
11:22 14:21,
24 47:22,24
**process**  30:2,
5,6
**processed**
37:10,20
**product**  20:6
**products**
36:8,11,13
40:11
**professional**
30:10
**program**  32:15
34:3
**programmed**
49:6

**programming**
8:21 31:23
32:9,11,19,25
33:3 34:6
49:4
**programs**
47:25 49:7
52:10,14
54:21
**prohibit**  36:8
**project**  58:5,
8 65:15
**projects**  7:20
8:2 56:25
57:1,18 60:16
63:16
**properties**
36:9 55:2
**property**
36:1,12
50:18,25 63:6
65:1
**proposed**  29:7
60:19 63:22
**protection**
65:13 66:19
**protective**
56:18
**provide**  26:22
49:9 52:13
**provided**
20:15,18
**provides**  34:7
**providing**
27:17 30:23
32:24
**public**  4:2
6:15,19 7:17
62:16 63:25
**public-private**
30:19
**purchase**  56:5
59:2
**Pure**  24:13
**purpose**
44:23,25 45:2

**purview**  50:23
**put**  14:16
19:15,22
45:19 56:16
57:8

_____

## Q

**Quasha**  4:19
9:3,14 10:14
11:15 12:11
16:9,20,24
17:10 20:11
33:25 35:6,15
**Quashas**  9:18
13:3 14:19
15:16 17:23
19:13 20:3
33:12 35:10
39:3
**question**  5:2,
3 7:5 20:17
25:23 38:4
39:6 40:7
44:22 46:17
48:7,22 50:4,
7 60:4 67:5,
17,18
**questions**
16:9 68:14,16
**quickly**  41:18
42:21
**quite**  45:2
64:19 67:5

_____

## R

**raised**  57:22
**rave**  32:17
**reactions**
39:16
**read**  19:6
50:13 51:3
57:15,20
68:17,19
**readily**  41:13
**reading**

38:22,24
68:24
**really**  45:20,
21 67:14,18
68:1
**reason**  28:9
**reasonable**
12:14 13:21
20:11 21:12
28:18 33:13,
15 34:10,19
38:19 40:6
41:22 42:5,7,
10 43:6,18
45:3,14 46:6,
14,15,16 47:8
50:17 51:11
**reasonably**
14:1 40:1
**reasons**  39:11
**recall**  9:19,
20 10:2,10,18
11:5 13:15
14:15 16:23,
25 17:11,12
18:17 19:17,
19,24 20:25
24:22 25:1,3,
12 26:5,15
31:14 35:18
38:14 47:23
48:1 50:12
51:13 55:14
56:13 58:16
59:9,11,16,20
60:8 61:12
**receipt**  13:4,
17
**receive**  9:15
11:6
**received**  9:23
37:22
**receiving**
13:6,19
**recently**
51:13
**receptacle**
45:20

receptacles
18:10 43:13,
17 44:18
recollection
7:2 14:4 26:7
57:19
record 4:16
5:1 11:14
recreation
7:16,21 14:8
22:23 48:11,
12 52:3 55:10
59:22 60:5
recreational
47:18,21
63:16 64:18
redoing 65:13
reference
12:11
regarding
18:20
regards 7:23
11:18 13:7
33:6 35:4,7
67:19
regular 50:12
regulation
36:3
regulations
50:17,24
51:11
related 31:25
60:23 65:12
relating
17:23
relation 57:2
relayed 9:4
remember
10:12 11:1
17:4 19:5
remove 42:2
rendered
51:24
renovate 58:1
renovating
58:11

renovation
29:23 60:15
63:1
renovations
56:19 60:21
61:25
rent 26:20,25
repairs 15:6
repeat 39:6
rephrase
14:13
report 5:12
REPORTER 4:5
represent
4:19
representative
13:11
request 12:13
14:22 45:23
requested
39:2
required
37:9,18
requirement
22:16
research 11:8
38:10,16
resolution
51:22
resource 6:16
responded
33:11
response 13:2
16:9 17:22
19:4 20:2
responsibiliti
es 11:19
responsibility
31:21 32:7
33:5
rest 67:3
restricted
33:22
review 16:5,
17 51:9 60:3
reviews 32:17

Reyes 8:7
right 29:23
30:5 31:7
33:18 41:12
48:1 49:17
51:14 59:9
62:14 63:10,
20 64:25
Road 36:12,
16,19
role 8:14
Ron 5:14
roof 56:17
66:23
roofs 66:7
rookie 24:6
Ross 4:1
rotate 15:4
rotations
24:25
routine 4:24
rules 44:15
45:18,21
49:14,16,19
50:9,12,17,24
51:4,11
run 7:25 8:3
26:23,24 28:4
34:3 36:24
49:6 52:16
runoff 67:7
runs 32:9
34:6

—————————

S

—————————

S-T-E-P-H-E-N
4:17
S-T-E-P-P
4:17
safe 14:1
40:1
safer 40:6
41:21
safety 65:16
said 8:22
41:7 46:19,22

58:14 66:16
salary 54:17,
19
sale 18:6
25:24 26:4,
12,17
same 8:9
10:7,8 20:11
28:21 39:20
53:7,13 64:23
65:15
sandwich 41:4
satisfy 45:7
say 14:18
44:3,6,7
48:16
saying 51:3
says 21:14
27:7,10 31:20
37:7 43:9,20
44:16 48:10
50:16 51:21
52:20,21 53:5
55:10 65:7
scenario
45:10
schedule
22:3,13 23:17
24:15,23
27:14 28:22
40:16 51:23,
25 52:21
scheduled
23:10 24:2,7
26:4
schedules
23:6
scheduling
15:9,11 23:20
24:3 25:20,22
scope 21:18
score-keep
66:21
score-keeping
66:25
scorer's
65:11

scoring  56:17
season  15:12,
 13 21:9
 23:15,18
 24:23 26:3
 29:14
second  25:16
 27:8 52:19
 53:5
seconds  42:19
Section  37:14
 50:15
secured  53:20
see  10:1
 11:12 13:20
 23:1 27:9,21
 34:10 37:5,15
 42:21 50:20
 51:20 66:16
 68:5
seeing  51:21
 56:13
seemed  28:18
seems  9:21
seen  47:21,23
 55:13,21 60:5
sell  36:23
 37:2 49:12
selling  37:9,
 19
sells  26:18
sense  9:21
sent  19:12
 29:1 35:19
sentence  27:6
sentences
 27:6
separate  7:21
 62:11 67:23
serve  37:3
serves  66:23,
 24
services
 7:16,17,22,24
 8:20 10:1
 13:10 14:2,8
 22:23 31:20

51:24 55:19
 62:25
set  67:25
sets  24:16
several
 19:15,23
 33:11 56:25
 58:12 64:14
shade  56:18
shaded  60:18
 61:17,23
 63:21
shaded-in
 62:15
she  14:7,15,
 16 16:21 17:5
 54:15
sheet  56:6
 63:23
shells  18:9
 43:13 44:17
shelters
 65:14
shop  43:25
short  28:12
 41:21 42:6,19
shorter  23:15
Shortly  10:25
should  11:9,
 12
show  66:12
shown  60:16
side  61:22
 62:14
sides  67:25
sidewalks
 67:15,22
sign  43:10,
 14,16,21,25
 44:16 45:15
 46:13
signature
 19:7,10
signing  68:24
signs  18:8
 43:23,25
 44:1,3,5,7

46:11,20
simple  41:18
Single  52:21
sit  59:19
sites  29:24
sitting  48:1
 51:13
smaller  23:16
 43:1
smoking  36:15
so  4:24 5:1
 8:16,25 9:16
 11:20 14:2
 19:10,21
 21:24 22:9,11
 23:2,6,24
 24:4 27:8
 28:12,23
 31:14 33:5
 34:8 38:7
 39:17,23
 50:11 52:12,
 24 53:9,21
 57:8,18,24
 60:18 62:8
 63:21 65:23
 66:16,18,23
 67:14 68:1
soccer  31:13
sold  36:21
 39:12
some  7:19 8:1
 10:17 11:8
 13:5 15:11,13
 16:21 17:24
 18:24 28:25
 29:22 30:16,
 17,23 34:21
 45:17 46:22
 49:9 56:16,
 18,19 57:18
 58:10,15
 59:14 60:15,
 21,22 62:2
 63:1,2,5 64:3
 65:12,13
 66:6,7,19
 67:8,10

someone  11:11
 22:22
something
 41:7,20 45:5,
 7 51:7
sometimes
 19:18 64:15
somewhat
 52:13 58:6
son  4:20
 20:11
son's  27:17
sorry  36:10
 53:14 54:10
sought-after
 23:24
south  64:18
southeast
 62:18
spaces  67:6
speak  4:25
 10:15 14:3
speaking
 34:15 48:18
special  64:8
specialization
 6:16
specific  10:3
 13:5,18 14:16
 19:24 25:23
 36:10 44:5
specifically
 17:14 47:20
 48:17
specifics
 10:12 16:11,
 25 17:4 19:20
 23:8 28:23
 30:14 35:21
 48:2 60:9
spectators
 46:11,18
speculation
 24:13 44:20
 45:11
spell  4:15

spend 52:16
spoke 9:25
  10:11 14:17
  63:5
spoken 15:8
sports 30:20
  32:10 49:5
  52:14 67:11
spread 39:17
spring 15:12
  20:12 27:10,
  13 29:14
square 61:17
St 6:22
staff 18:25
  41:11 51:5
staffing
  22:20 54:9,11
stage 64:7,11
stand 27:20
  28:14 36:24
  37:3 40:18
  41:13 43:10
  46:15 53:6,8,
  13,15,19,24
  56:7 57:6,21,
  22 60:25
  61:9,11 68:5
standard
  21:15
standards
  6:25
stands 36:22
  49:10 53:10
  58:1
staple 17:20
start 8:23
  46:1
starts 52:3
state 4:2,15
  6:24
stated 31:24
  33:8
Station 61:20
stay 28:16
step 45:8,12
  47:6

Stephen 4:10,
  17
Stepp 4:10,
  17,18 5:7
  68:16
still 44:11
stop 18:6
  42:3
storage 49:9
stormwater
  67:7
street 43:5
  64:17
structure
  26:23 49:12
  62:3,5
structures
  56:18 63:25
successful
  34:4
successfully
  52:15
such 66:25
suggested
  15:15 27:12
Summer 60:6
supervisors
  51:6
sure 16:7,18
  37:12 38:14
  39:5,8 41:3
  47:13 48:16
  52:18 57:12
  62:19,23
  66:9,11
surrounding
  33:2
swear 4:5
sweep 41:18
  42:6,20
sweeping 18:1
  42:15,16
swept 21:16
swimming
  64:19
swings 31:12

switched 62:8
  63:2
sworn 4:11

---

**T**

T-BALL 15:13
  20:12,13,15
  23:10,12 24:1
  27:13 65:21
take 16:7
  24:20,25
  47:11 49:2,11
  53:2
taken 4:1,21
  35:22 47:10,
  14
taking 13:10
  20:1 57:17
  60:22
talk 38:8
talking 25:17
  27:9 60:25
  62:19,23
  65:24 66:1
talks 39:8
tasked 12:18
taxpayer
  52:17
team 28:17,
  20,21 41:17
  45:25 46:14
team's 24:10
teammates
  15:10 18:3
  28:18 40:5
  41:15,16
  45:24 46:8
teams 64:15
technical
  25:18
tell 14:14
  26:11 32:6
  38:22 45:24
  51:19 52:6
  60:13,24
  61:3,18

telling 45:23
  46:14 47:2
term 25:18
  67:22
terms 25:19
testified
  4:11
testimony 4:5
than 17:9
  18:23 27:18
  31:5 35:18
  43:3
Thank 5:6
that 7:4,15,
  25 8:1,7 9:5,
  13,17,22
  10:3,13,15,18
  11:10,11
  12:2,3,18,20
  13:3,13,21,
  23,24 14:13,
  16,19,20,25
  15:2,6,7,20
  16:9,11,20
  17:2,5,7,9,
  11,12,22,24,
  25 18:2,5,23
  19:3,12,20,25
  20:5,7,9,12,
  16,18,19,20,
  22,24 21:2,8,
  11 22:3,8,11,
  15,25 23:2,3,
  7,8,14,15,17,
  20,24 24:3,
  10,17,20,25
  25:5,9,18
  26:1,2,3,5,6,
  7,8,14,15,17,
  19,25 27:3,
  12,21 28:1,2,
  4,5,6,8,10,
  11,14,16,22,
  23,24 29:1,6,
  7,12,17 30:5,
  8,9,12,19,22,
  25 31:2,3,14
  32:1,3,4,6,
  12,16,17,19,

```
24 33:6,9,10,        68:10                29:8,14 34:10      thing  18:18
17,19,23,24,       that's  7:2            40:17 41:13,        33:18 37:21
25 34:8,9,11,        8:18 10:18           19 42:4 45:5,     things  7:4
22,24 35:9,          11:3 15:2            20,22 46:3,4,       15:6 39:16
13,14,19             21:18 22:13          8,24 48:24          49:8 58:13
36:3,5,6,13,         24:4,25 26:7         52:5 54:22          64:13
24 37:6,16,          28:25 30:24          55:16 58:11,      think  7:2,4
19,23 38:2,8         34:21 43:2,6         12 59:14            19:15 28:25
39:8,10,11,          51:2,25 53:8         61:1,10,11,16       33:8,23
13,15,16,24          54:25 57:11          63:24 64:9,14       34:17,21
40:1,5,6,7,8,        58:16 60:20          65:17,19            35:13 42:5,
25 41:8,21           61:23 62:3,17        66:14,24            10,18,25
42:2,7,9,11          64:4 67:24           67:6,8,11,22        43:1,6 46:13
43:5,11,14,          68:8               there's  7:3          50:3,8 53:9
15,18,19,25        their  7:20            29:22 31:11         57:8 58:9,14
44:3,6,7,13,         8:1,3 13:4           59:17 63:9          60:21 61:15
16 45:5,7,10,        14:22 21:24          64:3,6 66:5       this  9:11,15,
11,15,18,21,         22:2 23:6,18         67:10,15 68:2       17,21,23
24,25 46:3,4,        24:16 28:4,15      THEREUPON  4:9        10:2,17,25
8,10,11,15,          29:4 44:11,17     these  19:7            11:3 12:4,21
16,17,21,22,         53:20 55:19         21:12 22:14          13:2,7,22
23,24 47:10,       them  8:4 13:5        33:11 48:14,         15:24 16:8,
25 48:9,17           16:10 18:10         19 50:9,11           12,19 17:14,
49:5,17,18,23        23:1 24:19          51:3 53:22           15,20,22
50:5,9,11,20,        32:22 35:19         56:9 57:18           18:11,13,20
22,24 51:6,7,        40:3 41:20          64:21 65:21,         19:7,11,21
10,12,14             43:12,23            25 66:4,5            20:5,8 21:7
52:3,9,14,15,        44:13 45:19       they  8:2,3,           24:14 25:12,
18 53:10,13,         46:1,5 47:4         15,16,19            15 29:13
15,20,23             49:10,11            10:2,7 12:14         33:6,19,21
54:2,11,21,          50:13 51:4,9        15:8 16:11           36:7 40:17
23,24 55:14,         54:12 61:5          17:24 21:19,         41:15 44:23,
18,22 56:14,         63:17 64:16,        23,25 22:1,6,        25 50:23
16,20 57:21,         20 66:6,7           8,9,14 23:4,         51:15,25
22 58:1,10,12      then  9:24            7,15,16,18           53:7,23 55:3,
59:10,19,24          17:5 20:2           26:2,5,6,11,         13,15,21,23
60:16,25             22:1 30:17          12,23,25             56:10,11,13
61:1,12,13,          38:3,7 40:5         28:6,8 29:3          57:6,8,15,16,
18,20,25             51:8 52:21          30:21 32:12,         19 58:17
62:6,7,15,18,        64:17 67:10         17,19 34:3,5         59:15,25
25 63:1,3,4,       there  6:12           36:23,25             60:3,13,18,24
6,7,9,19,25          7:12,15 9:4         39:21 45:24          62:14,24
64:1,7,11,13,        11:23 12:17         46:4,7,25            63:10,23 65:4
15,25 65:1,          13:18,20 15:6       47:9 49:6,12         66:14 68:17
14,15,19,22,         17:1,2 18:8,        53:20 54:25        Thomas  6:22
25 66:1,5,7,         24 20:4,20          56:24 57:4        those  15:3
16,18,23             21:21,25            61:15 62:11          23:17 28:8,10
67:5,6,12,15,        22:13,16            64:24 66:22          40:16 44:15
18,19,20,23          23:21 28:5          67:23                45:17 47:24
```

49:6,11 51:11
66:24 67:21
**thought** 33:12
34:19 43:18
45:5 46:6
47:5
**Thousands**
33:2
**three** 12:14
**through** 11:11
18:11 20:8
24:4 29:22
33:3 43:4
49:6 50:13
57:15 63:1
**throughout**
21:22 43:17
49:5 65:19
**time** 9:17,22
10:3 16:7
17:14 20:17
21:1,25 23:25
25:12 28:4,5
31:2 34:24
41:19 42:19
50:13 55:19
57:20 64:23
**times** 19:24
23:1 38:15
44:13 67:24
**timing** 9:21
**title** 54:15
**to** 4:6,25
5:2,3,4,12,18
6:2 7:5,23
8:25 9:4,6,
11,13,16,21
10:1,4,11,14,
15,17,19
11:6,9,18
12:12,16
13:2,7,9,10,
17,18,20,25
14:4,11,23
15:4,5,6,8,
13,16,18
16:5,9,17,21
17:3,19,20,23

18:1,6,8,10,
11,18,21
19:2,3,6,12,
18,25 20:1,3,
5,12 21:5,16
22:2,6,12,16,
25 23:15,17,
22 24:9,12,
20,23 25:5,7,
16,24 26:4,6,
20,22,25
27:1,5,14,16
28:4,9,10,15,
16 29:1,2,3,
5,12,15,23
30:4,10,12,
21,25 31:11,
19,22,25
32:8,15,16,
20,21,22
33:6,10,12,
14,16,18,21
34:1,2,7,9,
10,18,19,22
35:4,7,23
36:6,20 37:5,
9,16,18,24
38:8,22 39:4,
6,16,21,25
40:2,8,13,15,
16,23 41:12,
17,18,25
42:6,10,17,20
43:1,12,15,19
44:14,15,17,
19 45:2,4,5,
7,11,13,19,23
46:5,6,7,25
47:3,6,9,15,
25 48:7,11,
19,20,24,25
49:4,8,17,21
50:6,9,11,18,
24 51:1,7,8,
10,12,25
52:2,10,13,
15,16,18,19
54:3,6,8,12,
18,20,23

55:1,9,20
56:6,7,15,20
57:12,14,17,
20 58:1 59:15
60:10,23
61:2,4,5,10,
15 62:1,2,5,
9,20,21,22
63:7,13,19,20
64:11,12,17,
22,25 65:2,9,
12,15,16,18,
19 66:12,13,
20,21,22,24,
25 67:2,9,16,
19 68:3,4,5,
8,15,17,20
**tobacco** 36:18
**together**
19:15,23
**told** 26:2
45:12
**Tony** 20:20
28:2 57:3
**took** 10:4
33:23
**top** 56:17
**tot** 31:11
64:20
**total** 6:13
**totally** 42:2
**touch** 10:14
14:19
**touched** 19:17
**tournament**
54:5
**tournaments**
65:18
**towards** 15:3
61:16
**tracks** 64:21
**trainers**
30:17
**training** 6:25
11:6 29:24
30:8,23 58:11
63:18 67:10

**transcribed**
68:18
**transformed**
31:14
**transition**
31:7
**transmittal**
56:5 59:2
**trash** 18:10
43:13,17
44:18
**traverse** 68:3
**tremendous**
52:17
**tried** 13:9
**truth** 4:6,7
**try** 11:9
15:13 46:5
66:13
**trying** 16:21
17:3 34:18,22
39:25
**turf** 67:9,11
**turn** 21:5
31:19 52:19
60:10 65:2
**two** 18:16
27:6 57:21
61:1 65:2
**typed** 19:16
**types** 29:21
67:13

---

**U**

**ultimately**
13:22
**under** 8:7
19:7,10,12
25:11 28:7
37:5,7,17
**understand**
25:19 39:5
41:1 67:5
**understanding**
14:21 17:3
20:2,16 21:7

23:14 25:13
28:2,24 29:5,
7 30:24 32:13
34:2 37:16
40:16 49:18,
24
**understood**
17:24
**units** 7:9
**University**
6:22
**Unleashed**
44:9
**Unless** 5:3
**unreasonable**
41:23 42:13
**unshaded**
61:18
**until** 25:25
26:12
**unusual** 44:14
65:18 67:25
**up** 11:12 12:3
17:1 20:5
24:16 28:20
36:6 47:10
51:7 66:24
67:25
**upcoming**
29:14
**updated** 52:1
**updating**
51:23
**upon** 13:17
**upstairs**
66:21,22
**us** 19:15
32:18 37:5
47:10 55:1
**use** 21:17
28:8 35:25
47:18,22
48:14,25
53:6,12,15,
16,24 54:21
55:16 63:2,25
64:16,22

**used** 30:18
53:8 54:9
57:23 58:12
61:13 64:4,
15,21 67:23
**uses** 52:8
53:13 54:2
55:18 57:7
**using** 53:17,
19
**usual** 68:5

___

### V

**value** 57:15
**various** 51:24
**vendor** 56:22
**verbal** 5:1
**versus** 4:20
**very** 23:19
24:22 28:11,
13,18 41:14,
18 42:6,18,20
**Veterans**
64:6,9
**video** 66:21
**viewing** 56:17
65:11
**violate** 46:24
**violating**
44:15
**visitor** 40:9,
11
**visually**
42:21
**volunteer**
25:21
**volunteers**
18:3 32:14

___

### W

**wait** 50:4,6
**waived** 68:25
**walk** 62:9
**walking** 42:24

43:4 66:14,15
**want** 18:18,21
37:24 38:7
39:6,21 50:6,
10 57:12
61:2,4 62:20,
21 66:12
68:20
**wanted** 13:25
19:3 29:3,5
33:20
**was** 4:11 5:19
6:2,4,11 8:25
9:4 10:5,14,
15 11:3
12:17,18
13:3,10,13,22
14:15,22
15:7,12,20
16:21 17:2,6
19:21,22,25
20:1,12,14,
16,19,20,22,
24 23:14 25:2
26:14 27:12,
13,14 28:3,5,
10,11,21,22,
24 29:1,6,7
31:3,25 33:9,
10,12,17,22
34:2,8,17,19
35:13,19,22
38:5,12
39:10,11,25
40:1,6,17
41:19 43:15,
18,19 44:23,
25 45:2,3,5,
12 46:3,6,8,
14,15 47:1,5,
8,14 48:7
57:16,21
59:14 65:14
67:18 68:22,
24
**wasn't** 17:1
**way** 29:11
58:2 68:20

**we** 9:5 11:10
13:11,21,25
16:20 17:1,3,
7 18:5,6,7,16
19:3 20:1
22:10,11 23:5
24:3,15 26:22
28:22 29:20
30:1,5 31:12,
13 33:9,10,
12,17,25
34:9,11,13,
18,22 35:19
36:13,25
39:25 40:5
41:18,20,21
42:1,7,9,14
43:5,15,16,
18,22,23
44:5,13,14
45:3,5,11,13,
14,23 46:6,16
47:5,8,11
49:2,3,9,10,
11 51:5,8,12
52:12,14,18
53:10 56:16
58:10 63:4
64:1,6,8,9
65:24,25 67:5
**we'll** 40:8
**we're** 24:16
60:25
**we've** 34:24
63:15
**weather** 65:13
**website** 38:13
**well** 10:19
11:2 13:17
17:7 20:17
22:24 23:1
30:7 32:4
34:15 40:7
43:22 44:22,
24 46:13,21
49:2 61:6
**went** 19:7,11
35:20 38:13

| | | | |
|---|---|---|---|
| **were** 5:21,24 | 18,23 63:15 | **while** 18:5 | 52:10,13 |
| 6:8 8:22 9:5 | 64:6,25 66:9, | **who** 5:12 8:5, | 53:20 54:16 |
| 13:20 14:21, | 10 67:22 | 11 9:12 14:6 | 55:11,16 |
| 24 15:15 | **what's** 9:9 | 18:15 19:14, | 56:7,9,10,19, |
| 17:3,25 18:24 | 12:8,25 16:3 | 16,17 20:18 | 22 57:9 58:4, |
| 19:3 20:4 | 17:18 22:2 | 22:9,20 28:19 | 7 59:22 64:18 |
| 21:8,12,16 | 30:3,12 48:5 | 43:14 48:14 | 65:10 66:25 |
| 23:12,15,16 | 49:12 50:5 | 56:24 66:24 | 67:9,12,19 |
| 26:3 29:8 | 55:7 56:3 | **whole** 4:7 | **withdraw** 25:9 |
| 30:5 34:10,22 | 58:25 | 64:18 | **withdrawn** |
| 39:12,25 | **whatever** 22:8 | **why** 25:2 | 10:19 11:2 |
| 45:19 51:7 | 39:21 42:20 | 33:10,11,14 | 13:17 32:5 |
| 55:18 56:15 | 66:21 | 39:11 45:15 | 44:24 53:14 |
| 58:10 63:3 | **when** 6:18 | **wide** 67:22 | **within** 7:10 |
| 65:24 | 8:23 9:2,4 | 68:2,10 | **without** 39:17 |
| **weren't** 33:25 | 10:23 11:25 | **will** 4:6 16:5 | 52:16 |
| **what** 5:9,19, | 15:19 17:1 | 30:9,16,18 | **witness** 4:8 |
| 21 6:2,14,23 | 20:16 22:4 | 43:10 46:22 | 15:19 18:24 |
| 7:7,23 8:2, | 24:1,6 26:24 | 58:12 60:3 | 24:14,15 27:3 |
| 14,15,18 9:23 | 31:24 33:8 | 64:16 66:12 | 32:9 33:17 |
| 10:5,10 11:6, | 38:22 41:19 | 67:25 68:19 | 34:6 38:5 |
| 8,25 12:3,14 | 43:20 46:23 | **willing** 18:7 | 39:5 40:14,25 |
| 13:7,10,16,18 | 47:23 49:3,8 | 43:19 | 42:1,18 48:21 |
| 14:9,13,18, | 53:16 62:8 | **wind** 42:3 | 49:23 50:8 |
| 20,22,23 | 65:24 68:17 | **with** 6:11,12, | 51:2 52:24 |
| 16:15 17:3,25 | **where** 5:7 | 16,24 7:19,23 | 55:21 68:19, |
| 19:2,10 20:1, | 6:21 16:20 | 8:4,20 9:5,25 | 25 |
| 14 21:18,19, | 20:22 22:14 | 10:5,14,15 | **won't** 40:15 |
| 24 22:4 24:9, | 27:7,9 28:25 | 11:18 12:2,18 | **work** 5:7 7:18 |
| 19 25:10,13 | 30:17 34:21 | 13:7,11 14:3, | 22:2 23:3,7 |
| 26:8 27:23 | 37:12 40:17 | 19,20 16:23 | 64:24 |
| 29:6 31:9,16 | 41:20 43:2 | 17:10 18:19, | **worked** 32:23 |
| 32:1,3,6 | 52:2,20,24 | 22,25 19:1,6 | **workers** 21:21 |
| 33:5,12 34:18 | 60:21,24 61:8 | 20:5,19 22:20 | 23:5 |
| 35:7,18,19 | 62:19 63:8, | 25:10 27:17 | **working** 63:3 |
| 36:8,11,23 | 10,13 64:8 | 28:6,17 29:4, | **workload** |
| 39:9,25 40:2, | **whereupon** | 23 30:20 | 21:24 |
| 20 41:3,23 | 35:22 47:14 | 31:23 32:11, | **works** 62:16 |
| 42:13 44:7,8, | **whether** 8:16 | 12,19 33:6,24 | 66:8 |
| 16,23,25 | 23:12 39:12 | 34:18,25 | **would** 9:22 |
| 45:3,6,13 | **which** 7:14,20 | 35:1,3,4,7,8, | 10:8 11:11 |
| 46:18,25 47:5 | 13:23 14:2 | 14 37:8,11, | 12:2 14:4 |
| 48:17,22 | 17:6 18:1,6 | 17,20,25 38:6 | 18:3,5,7,11 |
| 49:12 51:2,20 | 28:15,18 32:2 | 39:1 42:22,23 | 19:6 22:20 |
| 52:6 54:14,25 | 33:22 34:3 | 43:11 44:18 | 23:22,24 |
| 57:2,10,19 | 37:7 55:1 | 45:18 46:3,8, | 24:4,9,19 |
| 58:7,16 59:9 | 57:6,13 61:13 | 11,18,20,22 | 25:4 26:6 |
| 60:13 61:18, | 62:2 64:7 | 47:17 48:12 | 28:8,15,16,19 |
| 21 62:5,13, | 66:16 | 50:9 51:4,7,9 | |

29:17 36:5
37:4,21 38:25
39:23 40:8,
14,20 41:3,8,
17 42:14,15
43:14,16,20,
22 44:16
45:7,9,11,16,
17,24 46:4,
11,18,20
48:16,19 51:8
52:14,18
57:19 61:25
62:7 63:19
65:21,25
67:22 68:17
**wouldn't**
39:11,19
**writing** 17:6
**written** 17:22
**wrote** 19:14

---

**Y**

**YAA** 10:16
13:12 14:20
15:8 17:25
18:7 20:20
24:4,15 28:6,
7,17,23 29:17
32:9 33:20
34:2,6,17
36:24 40:15
45:6 46:7
49:6 52:13
53:19 54:16,
17,19,20,24
57:23,25
**Yeah** 48:9
**year** 5:17
8:23,25 9:1
49:5 55:17
65:19
**years** 6:1,10,
12,13 23:3
25:21 32:18
38:18

**yes** 4:8,23
5:5 6:7 12:10
13:2 20:17
21:10,13
27:11,22 30:8
31:8 36:2,17,
20 38:15,21
39:14,18
44:10 48:16,
18 50:21 52:5
54:22 58:24
60:12 61:3
63:23 65:5
66:2 68:12,19
**you** 4:5,6,21,
24,25 5:3,6,
7,9,12,15,21,
24 6:8,18,23
7:14 8:22,23
9:2,9,15,17,
20,23,24
10:10,23
11:6,17 12:8,
16,25 13:7
14:2,14,23
16:3,15,23
17:9,12,18
18:12,13,15,
19,21,22,23
19:10 20:5,
14,18 21:5,11
22:24 23:12
24:1,6,19
25:2,4,10,13
26:1,8,11
27:9,21,23
29:8,13,18
30:6 31:16,
19,22 32:6
33:5 34:13
35:1,2,3,4,8,
10,16 37:16,
22,24,25
38:2,3,7,10,
13,16,20 39:6
40:25 41:7
42:20 43:24,
25 44:3,7
45:12,15

46:10,17,23
47:17,21
48:5,9,17
49:14 50:6,
15,20 51:19,
20 52:2,6,19
53:22 55:7,
13,15,18
56:3,9,14,22
57:8,12,13
58:4,17,25
59:17,21
60:3,5,10,13,
24 61:2,4,6,
7,8,18 62:8,
20 63:7,20
64:20 65:2
66:12 68:16,
17
**you're** 25:17
37:12 38:22
50:23 62:19,
23 66:9,10
**young** 41:16
**your** 4:15,21
5:1,4,19 6:2,
14,18 7:5,7,
23 11:18
13:16 16:7
19:10 20:10,
17 21:7 22:24
25:23 27:17
35:20 41:7
43:24 48:7,22
49:18 50:23
58:7 67:5
**yourself**
18:13 38:11,
23
**youth** 10:16
20:10 30:10,
23,24 32:11
33:1 49:4
52:14

---

**Z**

**zoomed** 66:17