IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 19-CV-80825-DMM

JENNIFER QUASHA, on behalf of her
son, H.Q., a minor

    Plaintiffs

vs.

CITY OF PALM BEACH GARDENS, FLORIDA

    Defendants
_____/

## UNOPPOSED MOTION TO WITHDRAW

**COMES NOW**, Matthew W. Dietz, and the Disability Independence Group, Inc., as counsel for Plaintiff, JENNIFER QUASHA, on behalf of her son, H.Q., hereby respectfully moves the Court pursuant to Southern District of Florida Local Rule 11.1 (d) for an order permitting them to withdraw as Counsel of Record for Plaintiff, and states as follows:

1. Matthew W. Dietz and the Disability Independence Group, Inc., are the counsel of record representing Plaintiff, JENNIFER QUASHA, on behalf of her son, H.Q., in the above captioned action.

2. Matthew W. Dietz and his attorneys at the Disability Independence Group, Inc, have irreconcilable differences with the Plaintiff, JENNIFER QUASHA, on behalf of her son, H.Q. with regards to the above captioned action and wishes to immediately withdraw from the representation of the Plaintiffs in this action.

3. Pursuant to Local Rule 7.1 (a) (3), the undersigned has conferred with counsel for Defendant, and Defendant does not oppose the Court granting the relief requested herein.

*Disability Independence Group, Inc. * 2990 Southwest 35th Avenue * Miami, Florida 33133*

*Quasha v. City of Palm Beach Gardens, FL*
Case No.: 19-cv-80825-DMM
Page **2** of **2**

4. Plaintiff, JENNIFER QUASHA, on behalf of her son, H.Q., record address for future filings is, 108 Via Escobar Place, Palm Beach Gardens, Florida 33418, or via email jeniega@aol.com.

**WHEREFORE**, Matthew W. Dietz and Disability Independence Group, Inc, respectfully requests that he and the firm be permitted to immediately withdraw from this action as counsel of record.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 16, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record, and will send copies of this motion via U.S. Mail to JENNIFER QUASHA, 108 Via Escobar Place, Palm Beach Gardens, Florida 33418, and via email jeniega@aol.com, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

By: *s/ Matthew W. Dietz*
Matthew W. Dietz, Esq.
Florida Bar No. 0084905
**Disability Independence Group, Inc.**
2990 Southwest 35th Avenue
Miami, Florida 33133
Telephone: (305) 669-2822
Facsimile: (305) 442-4181
mdietz@justdigit.org
aa@justdigit.org