UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80825-CIV-MIDDLEBROOKS

JENNIFER QUASHA, on behalf of her
son, H.Q., a minor,

    Plaintiff,

v.

CITY OF PALM BEACH GARDENS,
FLORIDA,

    Defendant.

___

### ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE is before the Court upon an Unopposed Motion to Withdraw as Attorney by Matthew W. Dietz, and the Disability Independence Group, Inc., as counsel for Plaintiff ("Counsel"), Jennifer Quasha, on behalf of her son, H.Q. ("Plaintiff"). (DE 70). This Motion was filed on January 16, 2020. (*Id.*). Counsel seeks to withdraw due to "irreconcilable differences." (*Id.*). For the following reasons, the Motion is granted.

This action was dismissed on January 15, 2020 pursuant to Plaintiff's Motion for Voluntary Dismissal. (DE 62; DE 68). Although at the time of closing Plaintiff alluded to the possibility that it might file a motion for attorney's fees, the time for it to do so has now expired. *See* Fed. R. Civ. P. 54 ("[A] motion for attorney's fees must be filed no later than 14 days after the entry of judgment."). Therefore, I will approve Plaintiff's request to withdraw as counsel. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

1. Matthew W. Dietz, and the Disability Independence Group, Inc.'s Motion to Withdraw (DE 70) is **GRANTED**.

2. Counsel shall provide a copy of this Order to Defendants. Counsel shall then have no further responsibility in this matter and shall be removed from the CM/ECF notification system and from the certificates of service for all pleadings, correspondence, and orders.

**SIGNED** in Chambers in West Palm Beach, Florida, this __3__ day of February, 2020.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

CC: Counsel of Record

Jennifer Quasha
108 Via Escobar Place
Palm Beach Gardens, Florida 33418
*Pro Se*